# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **KIRBY INLAND MARINE, LP** | § | Civil Action No. 3:19-cv-00207 |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **FPG SHIPHOLDING PANAMA 47** | § | Rule 9(h) Admiralty |
| **S.A., K LINE ENERGY SHIP** | § | Non-Jury |
| **MANAGEMENT, and the VLGC** | § | |
| **GENESIS RIVER,** *in rem* | § | |
| **IN THE MATTER OF KIRBY** | § | |
| **INLAND MARINE, LP, in a cause** | § | |
| **of exoneration from or limitation of** | § | |
| **liability** | § | |

## NOTICE OF APPEARANCE OF JOHN R. THOMAS

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the undersigned, John R. Thomas, of counsel with the law firm of Brent Coon & Associates, files this Notice of Appearance to serve as counsel for all clients listed on *Exhibit A (*Document 167-1) that was filed on August 23, 2019, and request notice of all filings in this matter.

Submitted by:

Brent Coon & Associates
**/s/ *John R. Thomas***
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521

Eric_Newell@bcoonlaw.com
John R. Thomas
John@bcoonlaw.com
Texas Bar No. 19856400
Southern Dist of Texas No. 429193
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on September 11, 2019 I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Southern District of Texas via the CM/ECF System, which provides notices to all counsel or records.

*/s/ John R. Thomas*