UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRBY INLAND MARINE, LP, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION No. 3:19-cv-00207 |
| | § | |
| FPG SHIPHOLDING PANAMA 47 S.A., K | § | |
| LINE ENERGY SHIP MANAGEMENT, | § | |
| and the VLGC GENESIS RIVER, *in rem*. | § | |
| | § | |

*****************************************************************

| | | |
|---|---|---|
| IN THE MATTER OF KIRBY INLAND | § | Rule 9(h) Admiralty |
| MARINE, LP, in a cause for exoneration | § | |
| From or limitation of liability | § | |

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE

On November 27, 2019, Kirby Inland Marine, LP, BW VLGC Ltd., and the claimants jointly filed a motion to consolidate Civil Action No. 3:19-cv-00372, titled *In the Matter of the Complaint of FPG Shipholding Panama 47 S.A., et al.*, with the above-styled and -numbered case. Dkt. 303. Having considered the motion and applicable law, the Court is of the opinion that consolidating the two cases will serve the interests of judicial economy. *See* Fed. R. Civ. P. 42(a).

Accordingly, it is hereby **ORDERED** that Civil Action No. 3:19-cv-00372, titled *In the Matter of the Complaint of FPG Shipholding Panama 47 S.A., et al.*, is to be consolidated with the above-styled and -numbered case, resulting in one lawsuit under Civil Action No. 3:19-cv-00207.

SIGNED at Galveston, Texas on this 2nd day of December, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE