UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DISTRICT

| | | |
|---|---|---|
| **KIRBY INLAND MARINE, LP** | * | NO. 3:19-CV-00207 |
| *Plaintiff* | * | |
| | * | |
| v. | * | JUDGE |
| | * | GEORGE C. HANKS, JR. |
| **FPG SHIPHOLDING PANAMA 47 S.A.,** | * | |
| **K LINE ENERGY SHIP MANAGEMENT,** | * | MAGISTRATE JUDGE |
| and the **VLGC GENESIS RIVER**, *in rem* | * | ANDREW M. EDISON |
| *Defendants* | * | |
| | * | |
| **IN THE MATTER OF KIRBY INLAND** | * | Rule 9(h) Admiralty |
| **MARINE, LP,** in a cause of exoneration | * | |
| from or limitation of liability | * | |

**************************************************************************

## CROSSCLAIM

NOW INTO COURT, through undersigned counsel, come Claimants,[1] who file this Crossclaim pursuant to this Honorable Court's Agreed Docket Control Order of October 16, 2019 (Rec. Doc. 285).

1.

Made Crossclaim Defendants herein are:

(a)     **FPG Shipholding Panama 47 S.A.** ("FPG"), a foreign corporation duly organized existing under the laws of the Republic of Panama with an office and principal place of business at Paseo del Mar and Pacific Avenues, Costa del Este, MMG Tower, 23rd Floor, Panama City, Republic of Panama and, at all relevant times, the registered owner of the VLGC GENESIS RIVER;

---

[1] The lists of the Claimants filing this Crossclaim are attached hereto as Exhibits "A" through "H."

(b) **"K" Line Energy Ship Management Co., Ltd.** ("K Line"), *in personam*, a corporation duly organized and existing under the laws of the Japan with an office and principal place of business at 15th Floor, Iino Bldg., 1-1, Uchisaiwaicho 2-Chome, Chiyoda-ku, Tokyo 100-0011, Japan, and at all relevant times, the manager of the VLGC GENESIS RIVER;

(c) **Genesis River Shipping, S.A., FPG**, a corporation duly organized and existing under the laws of the Republic of Panama with an office and principal place of business at Paseo del Mar and Pacific Avenues, Costa del Este, MMG Tower, 23rd Floor, Panama City, Republic of Panama, and , at all relevant times, a bareboat charterer of the VLGC GENESIS RIVER;

(d) **Ship No. 138 Co. Ltd.**, a corporation organized and existing under the laws of Japan with a registered office at 7-2, Marunouchi 2-chome, Minatoku, Tokyo, Japan and, at all relevant times, an owner of the VLGC GENESIS RIVER;

(e) **Ship No. 139 Co. Ltd.**, a corporation organized and existing under the laws of Japan with a registered office at 7-2, Marunouchi 2-chome, Chiyodaku, Tokyo, Japan, and, at all relevant times, an owner of the VLGC GENESIS RIVER;

(f) **VLGC GENESIS RIVER**, *in rem*, an LPG carrier bearing IMO No. 9791224; Crossclaim Defendants, FPG Shipholding Panama 47 S.A., "K" Line Energy Ship Management Co., Ltd., Genesis River Shipping, S.A., FPG, Ship No. 138 Co. Ltd., Ship No. 139 Co. Ltd., and VLGC GENESIS RIVER, are referred to herein collectively as the "Genesis River Defendants."

(g) **BW VLGC Ltd.**, a foreign business entity with its principal place of business in Norway and the registered owner of BW OAK;

(h) **BW Gas AS**, a foreign business entity with its principal place of business in Norway and the manager of BW OAK;

(i) **BW Fleet Management AS**, *in personam*, a foreign business entity with its principal place of business in Norway and the manager of BW OAK; and

(j) **VLGC BW OAK**, *in rem*, an LPG carrier bearing IMO No. 9320764.

Crossclaim Defendants, BW VLGC Ltd., BW Gas AS, BW Fleet Management AS, and VLGC BW OAK, are referred to herein collectively as the "BW Oak Defendants."

## JURISDICTION

2.

This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the claims asserted in this Crossclaim because the claims asserted in the Crossclaim arise out of the same facts and circumstances as the claims asserted in Plaintiff's Original Complaint and are so related to the claims asserted that they form part of the same case and controversy. Further, this Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Crossclaim Defendant vessels were within the District at the time of the incident in question and, therefore, within the jurisdiction of the Court.

3.

Plaintiffs-in-Limitation, Kirby Inland Marine, LP, as owner of M/V VOYAGER, KIRBY 30015T, and MMI 3041, as well as the Genesis River Defendants and the BW Oak Defendants are liable to Claimants jointly severally, and <u>in solido</u>.

4.

At all pertinent times herein, Claimants were interest holders in the waters in and around Galveston Bay, operating in the commercial fishing industry and processing, purchasing, distributing, and/or selling oysters, shrimp, and/or fish from in and around Galveston Bay, State

of Texas, including, but not limited to, government entities, property owners, seafood business owners, oyster harvesters, shrimp harvesters, owners and/or captains of oyster harvesting vessels, owners and/or captains of shrimp harvesting vessels, and/or had a proprietary interest in and were the lease holders of certain state waterbottoms for oyster bedding purposes located in Galveston Bay. Claimants' business operations and/or oyster leases have sustained damage as a result of the incidents set forth herein.

5.

Claimants earn revenue and income from operations that significantly and directly involve the resources located in and around the area in which this collision and spill took place, including, but not limited to, the area in and around Galveston Bay.

6.

At all times pertinent hereto, and more particularly during the time period of May 10, 2019, and thereafter, Plaintiffs-in-Limitation, Kirby Inland Marine, LP, as owner of M/V VOYAGER, KIRBY 30015T, and MMI 3041, as well as, the Genesis River Defendants and the BW Oak Defendants, negligently conducted operations which resulted in their respective vessels colliding in the vicinity of Houston Ship Channel, Texas, causing the Reformate carried aboard KIRBY 30015T to spill into Galveston Bay; additionally, the collision caused Plaintiffs-in-Limitation's barge MMI 3041, also pushed by Plaintiffs-in-Limitation's M/V VOYAGER, to capsize into the Houston Ship Channel in Galveston Bay.

7.

At all times pertinent herein, the actions and inactions and unseaworthiness of the M/V VOYAGER, the KIRBY 30015T, the MMI 3041, the VLGC GENESIS RIVER, and the VLGC BW OAK and their respective crew were within the privity and knowledge of Kirby Inland Marine,

LP, the Genesis River Defendants, and the BW Oak Defendants, and their respective owners, members, officers and agents.

8.

The aforesaid incident and resulting damages to Claimants were not caused or contributed to by any fault, negligence or want of care on the part of Claimants, but were caused or contributed in whole or in part by the unseaworthiness of the M/V VOYAGER, the KIRBY 30015T, the MMI 3041, the VLGC GENESIS RIVER, and the VLGC BW OAK, by the fault, negligence and want of care on the part of the M/V VOYAGER, the KIRBY 30015T, the MMI 3041, the VLGC GENESIS RIVER, and the VLGC BW OAK and their respective officers and crew, and/or the fault, negligence and want of care on the part of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants, their respective agents, servants and employees. Each and every act or omission on the part of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants constitutes negligence and was a proximate and legal cause of Claimants' damages. The foregoing acts and unseaworthiness are within the privity and knowledge of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants.

9.

The aforementioned incident caused damages and other harmful effects to the water, water bottoms, and fisheries in and around Galveston Bay so as to make those areas unsuitable for ordinary fishing activities.

10.

As a result of the aforementioned incident, Claimants were unable to conduct normal business operations, including, but not limited to, harvesting and selling oysters and shrimp from Galveston Bay.

11.

As a result of the aforementioned incident, Claimants' revenue, income, livelihood, business operations, and/or employment were negatively impacted causing Claimants to sustain past and future economic damages.

12.

The aforementioned damages were caused by the herein described collision and subsequent spill involving the vessel owned, operated and/or controlled by Plaintiffs-in-Limitation, the Genesis River Defendants, and/or the BW Oak Defendants, which was, upon information and belief, the direct result of the negligent acts of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants.

13.

As a result of the negligent actions and/or omissions of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants, Claimants itemize their damages as follows, to wit:

1. Loss of past and future income;

2. Loss of earning capacity;

3. Delay damages for the time that Claimants were unable to operate in Galveston Bay;

4. Property damages including past and future loss of value;

5. Loss of business reputation and goodwill; and

6. Damage to and destruction of oysters, oyster leases, and waterbottoms, including lost value of oysters;

7. Diminution of the value of Claimants' leasehold interest;

8. Restoration and/or replacement costs of natural resources damaged or destroyed as a result of the acts of Claimants-in-Limitation, including reefs, water bottoms and shell plants;

9.	Any and all other damages which will be shown at the trial of this matter.

14.

All the damages incurred herein and all the negligent acts and omissions of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants occurred in the Galveston Bay, State of Texas and within the jurisdiction of this Court. Wherefore, Claimants have and will continue to incur damages because of the negligence, fault, carelessness and/or omissions of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants.  Claimants also prays for such further orders and relief to which it is entitled, whether at law or in equity.

15.

Claimants reserve and preserve unto themselves the right to proceed in a chosen forum if and when Plaintiffs-in-Limitation's or any other Complaint for Exoneration from or Limitation of Liability is dismissed and/or the injunction preventing Claimants from filing a formal claim for damages is dissolved.

16.

Claimants hereby reserve and specifically does not waive their right to pursue any and all available causes of action and damages against any parties in relation to the underlying collision and contaminant spill for any and all acts of negligence and/or fault in connection with the incident which forms the basis of the pending Complaint for Exoneration and/or Limitation of Liability a including but not limited to any rights available to Claimants under the Shipowner's Limitation of Liability Act (46 U.S.C. §30501 *et seq.*), the Oil Pollution Act, the Texas Oil Spill Prevention and Response Act of 1991, and any other applicable maritime, federal, and state laws.

17.

Claimants hereby assert a claim for punitive damages under any and all applicable laws including but not limited to General Maritime Law and any and all other federal or state laws applicable to this matter and arising from actions and/or omissions of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants.

WHEREFORE, Crossclaim Plaintiffs and Claimants pray that this Crossclaim be deemed good and sufficient, that Crossclaim Defendants, FPG Shipholding Panama 47 S.A., "K" Line Energy Ship Management Co., Ltd., Genesis River Shipping, S.A., FPG, Ship No. 138 Co. Ltd., Ship No. 139 Co. Ltd., VLGC GENESIS RIVER, be duly cited to appear and answer same within the delays allowed by law, and that following all due delays and legal proceedings, judgment be rendered in favor of Crossclaim Plaintiffs and Claimants and against Plaintiffs-in-Limitation, Kirby Inland Marine, LP, as owner of M/V VOYAGER, KIRBY 30015T, and MMI 3041; Crossclaim Defendants, FPG Shipholding Panama 47 S.A., "K" Line Energy Ship Management Co., Ltd., Genesis River Shipping, S.A., FPG, Ship No. 138 Co. Ltd., Ship No. 139 Co. Ltd., VLGC GENESIS RIVER; and Crossclaim Defendants, BW VLGC Ltd., BW Gas AS, BW Fleet Management AS, and VLGC BW OAK, jointly severally and in solido, for all reasonable general, special, and punitive damages Claimants have and will continue to incur because of the negligence, fault, carelessness and/or omissions of Plaintiffs-in-Limitation, the Genesis River Defendants, and the BW Oak Defendants. Claimants also pray for such further orders and relief to which they are entitled, whether at law or in equity, in an amount reasonable in the premises, together with penalties and legal interest from date of judicial demand, and for all costs incurred, including attorney's fees, and all general and equitable relief that this Honorable Court deems fit and proper.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR, L.L.C.
ATTORNEYS AT LAW

 /s/ Corey E. Dunbar
COREY E. DUNBAR
Texas Bar No. 24076801)
Federal Bar No. 1125433
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

and

GARBIN LAW FIRM, LLC

 /s/ V. Jacob Garbin
V. JACOB GARBIN (*Pro Hac Vice)
Louisiana Bar No. 27808
Garbin Law Firm, LLC
535 Derbigny Street
Gretna, Louisiana 70053
Telephone: (504) 217-5454
Facsimile: (504) 217-5300
jacob@garbinlaw.com

MATTHEWS LAWSON
MCCUTCHEON JOSEPH, P.L.L.C.

 /s/ William "Billy" Dills
Terry Blaine Joseph
Texas State Bar No. 11029500
William "Billy" Dills
Texas State Bar No. 24067421
Federal Bar No. 2346498
D. Ryan Cordell, Jr.
Texas State Bar No. 24109754
2000 Bering Drive, Suite 700
Houston, Texas 77057
Telephone: 713.355.4200
Facsimile: 713.355.9689
tjoseph@matthewsfirm.com
wdills@matthewsfirm.com
dcordel@matthewsfirm.com

and

ABRAHAM WATKINS NICHOLS
SORRELS AGOSTO & AZIZA

 /s/ Muhammad S. Aziz
Muhammad S. Aziz
Texas State Bar No. 24043538
Federal Bar No. 868540
800 Commerce Street
Houston, Texas 77002
Telephone: 713.222.7211
Facsimile: 713.225.0827
maziz@awtxlaw.com

BARON AND BUDD, P.C.

 /s/ Paul Scott Summy
Paul Scott Summy
Texas State Bar No. 19507500
Maria Cristina Sanchez
Texas State Bar No. 24041856
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: 214.523.6267
Facsimile: 214.599.1172
ssummy@baronbudd.com
csanchez@baronbudd.com

and

COSSICH SUMICH PARSIOLA & TAYLOR, L.L.C.

 /s/ Brandon J. Taylor
Andrew John Cvitanovic
La. State Bar No. 34500 (*Pro Hac Vice)
Brandon J. Taylor
La. State Bar No. 27662 (*Pro Hac Vice)
Darren D. Sumich
La. State Bar No. 23321 (*Pro Hac Vice)
Natalie Morris
La. State Bar No. 38096 (*Pro Hac Vice)
Philip Francis Cossich, Jr.
La. State Bar No. 01788 (*Pro Hac Vice)
8397 Hwy. 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: 504.394.9000
Facsimile: 504.394.9110
acvitanovic@cossichlaw.com
btaylor@cossichlaw.com
dsumich@cossichlaw.com
nmorris@cossichlaw.com

PIERCE SKRABNEK, PLC

 /s/ Eduardo J. Garza
Michael E. Pierce
Texas State Bar No. 24039117
Federal Bar No. 597900
Eduardo J. Garza
Texas State Bar No. 24099892
Federal Bar No. 2984657
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: 832.690.7000
Facsimile: 832.616.5576
michael@pstriallaw.com
eduardo@pstriallaw.com


WHITE & HARRISON

 /s/ Brian Elliott White
Brian Elliott White
Texas State Bar No. 24034736
Federal Bar No. 31893
Rusty Harrison
Texas State Bar No. 24012793
Federal Bar No. 27059
Joshua R. Hilbe
Texas State Bar No. 24092513
Federal Bar No. 3099190
3120 Southwest Freeway, Suite 350
Houston, Texas 77098
Telephone: 713.224.4878
Facsimile: 713.237.0510
brian@attorneybrianwhite.com
rusty@attorneybrianwhite.com
joshua@attorneybrianwhite.com

SIMPSON BEETON SHABOT AND MCCONNELL

/s/ Samuel Shabot
Samuel Shabot
Texas State Bar No. 24055007
Federal Bar No. 1058956
Timothy A. Beeton
Texas State Bar No. 02043600
Federal Bar No. 8373
Amy B. Archambault
Texas State Bar No. 24055110
Federal Bar No. 670238
2200 Market Street, Suite 801
Galveston, Texas 77550
Telephone: 409.766.1661
Facsimile: 409.750.8372
bshabot@simpsonbeeton.com
tbeeton@simpsonbeeton.com
amy@simpsonbeeton.com


BRENT COON AND ASSOCIATES

/s/ John R. Thomas
Brent W. Coon
Texas State Bar No. 04769750
John R. Thomas
Texas State Bar No. 19856400
Eric Wayne Newell
Texas State Bar No. 24046521
215 Orleans
Beaumont, Texas 77701
Telephone: 409.835.2666
Facsimile: 409.835.1912
brent@bcoonlaw.com
eric_newell@bcoonlaw.com
john@bcoonlaw.com

HAUN MENA, PLLC

 /s/ D. Douglas Mena
D. DOUGLAS MENA
Texas State Bar No. 24054982
Federal Bar No. 900712
RYAN K. HAUN
Texas State Bar No. 24055634
Federal Bar No. 712457
3006 Brazos Street
Houston, Texas 77006
Telephone: (713) 781-8600
Facsimile: (713) 781-8601
doug@haunmena.com
ryan@haunmena.com


PUSCH & NGUYEN LAW FIRM PLLC

 /s/ Anthony A. Pusch
ANTHONY A. PUSCH
Federal Bar No. 3372174
6330 Gulf Freeway
Houston, Texas 77023
Telephone: (713) 524-8139
Facsimile: (713) 524-7034
apusch@puschnguyen.com


**ATTORNEYS FOR CLAIMANTS**


**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 2nd day of December 2019, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                /s/ Corey E. Dunbar
                                                                COREY E. DUNBAR