# EXHIBIT B
## MATTHEWS, LAWSON, MCCUTCHEON & JOSEPH, PLLC and ABRAHAM WATKINS NICHOLS SORRELS AGOSTO & AZIZA CLAIMANTS

1. Jose Aguilar
2. Armando Aguillou
3. Ramiro Aguirre
4. Gildardo Alcocer
5. Juvencio Alcocer
6. Fernando Alvarado
7. Daniel Alvarez
8. Elias Amador-Perez
9. Taggart Anderson
10. Patricia Andrade
11. Victor Avila Bribiesca
12. Erick Avila Bribiesca
13. Christian Avila Bribiesca
14. Emmanuel Balboa
15. Derek Blume
16. Tera Blume
17. David Brasher
18. Edvardo Bribiesca
19. Juan Bribiesca
20. Juan Bribiesca
21. Jose Bribiesca Garcia
22. Candace Bribiesca-Garcia
23. Jose Bribiesca-Hernandez
24. Oscar Bribiesca-Hernandez
25. Christian Bribiesca-Montano
26. Ricardo Cabrera
27. Jose Cabrera
28. Sergio Cabrera Bribiesca
29. Miguel Cabrera Bribiesca
30. Cristian Cabrera Bribiesca
31. Arthur Cady
32. Miguel Calderon
33. Jose Carrillo
34. Luis Carrillo
35. Miguel Carrillo
36. Sergio Carrizales

37. Edgar Castillo
38. Diana Castillo
39. Jose Castillo
40. Humberto Cavazos
41. Rafael Cavazos
42. Blas Cedillo
43. David Cedillo
44. Fernando Cedillo
45. Christhian Cerbantes-Reyna
46. David Coker
47. Ronald Coker
48. Ramon Coronado
49. Benordino Correrio
50. Jose Cruz
51. Carlos Cruz-Mar
52. Rob Cumming
53. Michael Cybak
54. Curtis David
55. Matthew David
56. Jose De La Cruz-Coronado
57. Luis Delgadillo
58. Alejandro Delgadillo
59. Richard Dodgen
60. WarrenDuke
61. Magdaleno Duque
62. Aaron Dykes
63. Mickey Eastman
64. Jesse Eureste
65. Miguel Fierros-Hernandez
66. Greg Fletcher
67. Rosendo Flores
68. Juan Flores
69. Roberto Flores
70. Jesse Francisco
71. Jesus Franco
72. Blaien Friermood
73. Ron Galloway
74. Jose Garcia
75. Julian Garcia
76. Luis Garcia

77. Maria Garcia Perez
78. Jesus Garza
79. Juan Garza
80. Vanessa Gonzalez
81. Eduardo Gonzalez
82. Carlos Gonzalez
83. Jesus Gonzalez
84. Scott Goodman
85. Danny Gore
86. Rufus Green
87. Maria Guerrero-Gonzalez
88. Michael Hedger
89. Jose Hernandez
90. Ricardo Hernandez
91. Alberto Hernandez
92. Jose Hernandez
93. Jose Hernandez
94. Oscar Hernandez
95. Rolando Herrera
96. Kenneth Hillman
97. Jesus Hinojosa
98. Invincible Holdings, LLC
99. Cody Kenney
100. Hugo Laguna
101. Tuan Le
102. Daniel Leal
103. Jose Leyva
104. Jose Loa
105. Jose Lopez
106. Raul Lopez
107. Oscar Lopez Maldonado
108. Juan Lopez-Alonso
109. Antonio Lozano
110. Dail Lumbracas
111. Arturo Madrigal
112. Gary Malloy
113. Miguel Martinez
114. Jose Martinez
115. Juan Martinez
116. Flavio Martinez

117. Christian Martinez-Abrego
118. James Mayeaux
119. Burl McBride
120. Pat McLennan
121. Adriana Medina
122. Yarith Medina-Perez
123. Mario Mendoza
124. Pat Meyerhoff
125. Michael Meza
126. Miguel Montalvo
127. Leonardo Montana
128. Jonathan Montano
129. Jesus Moreno-Becerra
130. Marco Mosqueda
131. Jose Muniz
132. Joiy Muniz
133. Eligio Munoz
134. Jesus Munoz
135. Aurelio Munoz-Vallejo
136. Jesus Murillo-Bribiesca
137. Edward Nelson
138. Jonathan Olguin
139. Oscar Olivo
140. Alejandro Olvera
141. Alexis Olvera
142. Joaquin Ortiz
143. Jose Ortiz
144. Jose Osornio
145. Francisco G. Perez
146. Francisco A. Perez
147. Jamie Perez
148. Maria Perez
149. Wade Phillips
150. Aido Picasco
151. Jose Picaso G
152. VernonPitchford
153. Wilbert Pitre
154. Anastacio Ramirez
155. Feo Ramirez
156. Jacob Reaves

157. Jose Regino
158. Juan Carlos Reyes
159. Auscencio Reyna
160. Francisco Rico
161. Gegorio Rivas
162. Willibardo Rivera
163. Rodalfo Robles
164. Sheree Rodriguez
165. Jose Rodriguez
166. Cesar Rodriguez
167. Jose Rodriguez
168. Tereso Rodriguez
169. Jose Rodriguez
170. Jose H. Rodriguez
171. Eduardo Rojas-Ponce
172. Rene Roman
173. Juan Rosales
174. Armando Rosales
175. Salomon Saavedra-Morales
176. Dario Salazar
177. Jose Saldierena
178. Arnoldo Saldierna
179. Rogelio Saldierna
180. Rafael Sanchez
181. Jose Sanchez
182. Angel Sanchez Avila
183. David Santoscopy
184. Ronald Scheck
185. Jessica Selvera
186. Jesus Selvera
187. Yulissa G. Serna
188. Jose Serna-Garcia
189. Jose Serna-Serna
190. Thurman Splawn
191. Brad Stiles
192. Chambers County, TX - Jimmy Sylvia
193. Nicolas Tapia
194. Kenneth Terry
195. Debbie Thompson
196. Jose Torres Bribiesca

197. Miguel Torres Calderon
198. Juan Torres-Alvarado
199. Hector Torres-Bribiesca
200. Damian Torres-Bribiesca
201. Flavio Torres-Bribiesca
202. Jose Torres-Bribiesca
203. Jose Torres-Bribiesca
204. Eddie Tucker
205. Vincent Turrentine
206. Marco Urrutia Mosqueda
207. Christian Valenciana
208. Filiberto Vallejo
209. Francisco Valtierra
210. Ricardo Valtierra
211. Antonio Vazquez
212. Mario Vazquez
213. Francisco J. Vazquez
214. Isidro Vazquez
215. Juan Vazquez-Maldonado
216. Aurelio Verdin
217. John Walker
218. Lisa Walker
219. Coy Witherspoon
220. Troy Wood
221. Robert Yardley
222. Richard Young
223. Tim Young
224. Hector Zamora
225. Alberto Zarogoza
226. Jose Guadalupe Ajuilar
227. Juan Perez Tovar
228. Lucio Roberto Flores Lara