**EXHIBIT 1**

**BBCSPT CLAIMANTS**

1. John Norgan
2. Cindy Lanehart
3. Ira Hansley
4. Bille Jean Hansley