IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRBY INLAND MARINE, LP § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:19-cv-00207 | |
| § | | |
| FPG SHIPHOLDING PANAMA 47 S.A., § | | |
| K LINE ENERGY SHIP MANAGEMENT, § | | |
| and the VLGC GENESIS RIVER, *in rem* § | | |
| § | | |
| Defendants. § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN THE MATTER OF KIRBY INLAND § | | |
| MARINE, LP, in a cause of exoneration from § | Rule 9(h) Admiralty | |
| or limitation of liability § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Consolidated with

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT § | | |
| OF FPG SHIPHOLDING PANAMA 47 § | | |
| S.A. SHIP NO. 138 CO. LTD., ET AL, § | Rule 9(h) – Admiralty | |
| in a cause for exoneration from § | | |
| or limitation of liability § | | |

**KIRBY INLAND MARINE, LP'S DISCLOSURE OF RESPONSIVE EXPERT TESTIMONY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B)**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and the Court's Scheduling Order, Kirby Inland Marine, LP ("Kirby") submits the following expert disclosures in response to other parties' identification of experts and production of expert reports:

**Responsive Experts**

**Steven J. Cunningham**
**Independent Maritime Consulting, LLC**
**700 Louisiana Street, Suite 3950**
**Houston, Texas 77002**
**(281) 480-4260**

**KIRBY INLAND MARINE, LP'S DESIGNATION OF RESPONSIVE EXPERT WITNESSES**   Page 1

Captain Cunningham is a Master Mariner and marine surveyor who will provide expert testimony on matters related to the collision. Captain Cunningham's opinions, including the bases and reasons for his opinions, are set forth in his report, which, along with his curriculum vitae, case/publications list, and fee schedule were previously produced to counsel for all parties with Kirby's designation of experts. Captain Cunningham's responsive report is now being produced to counsel for all parties.

**Captain John R. Sutton**
**P.O. Box 111**
**Fairfield, KY 40020**

Captain John Sutton is an inland towing vessel pilot. He may offer expert testimony as to the navigation and operation of the M/V VOYAGER, the competency of the VOYAGER's crew, and Kirby's training programs. Captain Sutton's opinions, including the bases and reasons for his opinions, are set forth in his report, which includes his rates and case/publications list. His report and curriculum vitae are being produced to counsel for all parties.

### Non-Retained Experts

Kirby reserves the right to elicit, by way of direct or cross-examination, testimony from those individuals identified as experts by other parties to these proceedings. Kirby also reserves the right to elicit opinion testimony from lay witnesses as permitted by Fed. R. Evid. 701. Kirby also reserves the right to call undesignated rebuttal or impeachment expert witnesses whose testimony cannot be reasonably foreseen until the presentation of the evidence.

    Respectfully submitted,

    **SHIPLEY SNELL MONTGOMERY LLP**

    By:    /s/ *George T. Shipley*
         George T. Shipley
         State Bar No. 18267100
         Federal ID No. 2118
         712 Main Street, Suite 1400
         Houston, Texas 77002
         Telephone:  (713) 652-5920
         Facsimile:  (713) 652-3057

    **ATTORNEY-IN-CHARGE FOR**
    **KIRBY INLAND MARINE, L.P.**

OF COUNSEL:

Amy Snell
State Bar No. 24002968
Federal ID No. 23039
SHIPLEY SNELL MONTGOMERY LLP
712 Main Street, Suite 1400
Houston, Texas 77002-3201
Telephone:  (713) 652-5920
Facsimile:   (713) 652-3057
asnell@shipleysnell.com

AND

CLARK HILL PLC

David E. James
S.D.T.X. 588556
djames@clarkhill.com
Misha Paltiyevich
S.D.T.X. No. 3060542
mpaltiyevich@clarkhill.com
909 Fannin Street, Suite 2300
Houston, Texas 77010
T:  713.951-5600
F:  713.951-5660

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of September, 2020, a true and correct copy of this document was served on all counsel of record via e-serve, email, facsimile, first class mail and/or otherwise.

*/s/ Misha J. Paltiyevich*
Misha J. Paltiyevich