IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRBY INLAND MARINE, LP | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:19-cv-00207 |
| FPG SHIPHOLDING PANAMA 47 | § | |
| S.A., | § | |
| K LINE ENERGY SHIP | § | |
| MANAGEMENT, | § | |
| and the VLGC GENESIS RIVER, *in rem* | § | |
| | | |
|     Defendants. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN THE MATTER OF KIRBY INLAND | § | |
| MARINE, LP, in a cause of exoneration | § | Rule 9(h) Admiralty |
| from or limitation of liability | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Consolidated with

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| COMPLAINT | § | |
| OF FPG SHIPHOLDING PANAMA 47 | § | |
| S.A. SHIP NO. 138 CO. LTD., ET AL, | § | Rule 9(h) – Admiralty |
| in a cause for exoneration from | § | |
| or limitation of liability | | |

## AGREED SUBMISSION OF CLAIMANTS FOR BELLWETHER TRIAL

Pursuant to the Court's Order Amending Scheduling Order dated May 22, 2020, the

parties in the above-captioned cause have conferred and submit the following claimants for

inclusion in the bellwether trial set for July 2021.  The parties have agreed to five categories

of claimants to include in the bellwether trial: (1) private oyster leaseholder with remediation claim; (2) oyster harvester; (3) shrimper; (4) seafood marketer/processor; and (5) recreational fishing charter. The claimants have selected one bellwether claimant within each category, and the vessel interests (Kirby, the Genesis River Interests, and the BW Oak Interests) have selected one bellwether claimant within each category for a total of 10 bellwether claimants.

The claimants have agreed on the following selections of claimants for participation in the bellwether trial:

| Claimant Category | Claimant Name | Claimant Law Firm |
|---|---|---|
| Private Oyster Leaseholder with Remediation Claim | Shrimps R Us, Inc. | Baron & Budd, P.C./Cossich Sumich Parsiola & Taylor LLC |
| Oyster Harvester | Alejandro Gutierrez | Beeton Shabot LLC |
| Shrimper | Kenneth Hillman | Matthews, Lawson, McCutcheon & Joseph PLLC |
| Seafood Marketer/Processor | Misho's Oyster Company | Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC; Garbin Law Firm, LLC |
| Recreational Fishing Charter | Blaien Friermood | Matthews, Lawson, McCutcheon & Joseph PLLC |

In addition, Kirby, the Genesis River Interests, and the BW Oak Interests have agreed on the following selections of claimants for participation in the bellwether trial:

| Claimant Category | Claimant Name | Claimant Law Firm |
|---|---|---|
| Private Oyster Leaseholder with Remediation Claim | Ivo Slabic | Baron & Budd, P.C./Cossich Sumich Parsiola & Taylor LLC |
| Oyster Harvester | Rafael Amezola | Beeton Shabot LLC |
| Shrimper | Kevin Ritzler | Beeton Shabot LLC |
| Seafood Marketer/Processor | Gulf Coast Oysters, Inc. | Baron & Budd, P.C./Cossich Sumich Parsiola & Taylor LLC |
| Recreational Fishing Charter | Shawn Warren | Pierce Skrabanek PLLC |

Respectfully submitted,

SHIPLEY SNELL MONTGOMERY LLP

By:    */s/ George T. Shipley*
       George T. Shipley
       State Bar No. 18267100
       Federal ID No. 02118
       712 Main Street, Suite 1400
       Houston, Texas 77002
       Telephone: (713) 652-5920
       Facsimile:  (713) 652-3057
       gshipley@shipleysnell.com

ATTORNEY-IN-CHARGE FOR
KIRBY INLAND MARINE, LP

OF COUNSEL:

Amy L. Snell
State Bar No. 24002968
Federal ID No. 23039
asnell@shipleysnell.com
Brooksie Bonvillain Boutet
State Bar No. 24097400
Federal ID No. 2789069
bboutet@shipleysnell.com

SHIPLEY SNELL MONTGOMERY LLP
712 Main Street, Suite 1400
Houston, Texas 77002-3201
Telephone: (713) 652-5920
Facsimile:  (713) 652-3057

AND

Bijan R. Siahatgar
S.D.T.X. No. 13796
bsiahatgar@clarkhill.com
John K. Spiller
S.D.T.X. 13993
jspiller@clarkhill.com
David James
S.D.T.X. No. 588556
djames@clarkhill.com
Misha Paltiyevich
S.D.T.X. No. 3060542
mpaltiyevich@clarkhill.com
CLARK HILL PLC
909 Fannin Street, Suite 2300
Houston, Texas 77010
T: 713.951-5600
F: 713.951-5660

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that liaison counsel for claimants, counsel for Kirby Inland Marine, LP, counsel for the Genesis River Interests, and counsel for the BW Oak Interests have conferred and reached the agreements set forth herein.

*/s/ George T. Shipley*
George T. Shipley

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record on November 17, 2020, via eFile.

*/s/ George T. Shipley*
George T. Shipley