# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Kirby Inland Marine L.P.

v.                                                          Case Number: 3:19–cv–00207

FPG Shipholding Panama 47 S.A., et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**PLACE:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 2/2/2021

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Bench Trial

Date:   December 9, 2020                                      David J. Bradley, Clerk