**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **KIRBY INLAND MARINE L.P.** | § | **3:19-CV-00297** |
| | § | |
| **V.** | § | **9:05 A.M. TO 5:21 P.M.** |
| | § | |
| **FPG SHIPHOLDING PANAMA 47 S.A., ET AL** | § § | **FEBRUARY 2, 2021** |
| **IN THE MATTER OF KIRBY INLAND MARINE, LP, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY** | § § § § § | **RULE 9(H) ADMIRALTY** |
| **IN THE MATTER OF THE COMPLAINT OF FPG SHIPHOLDING PANAMA 47 S.A. SHIP NO. 138 CO. LTD., ET AL, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | § § § § § § § | **RULE 9(h) ADMIRALTY** |

**BENCH TRIAL**
**BEFORE THE HONORABLE JEFFREY V. BROWN**
**Day 1 of 4 Days**

**APPEARANCES:**

**FOR KIRBY INLAND MARINE, LLP:**
Ms. Amy Louise Snell
Mr. George T. Shipley
Ms. Brooksie Bonvillain Boutet
Shipley Snell Montgomery LLP
712 Main Street
Suite 1400
Houston, Texas 77002
(713) 652-3052
and
Mr. David Earl James
Clark Hill Strasburger
2615 Calder Avenue
Suite 240
Beaumont, Texas 77002
(409) 351-3802

**FOR KIRBY INLAND MARINE, LLP: (continued)**
Mr. Misha Paltiyevich
Clark Hill Strasburger
909 Fannin Street
Suite 2300
Houston, Texas 77010
(713) 951-5600

**FOR FPG SHIPHOLDING PANAMA 47 S.A.; "K" LINE ENERGY SHIP MANAGEMENT; VLGC GENESIS RIVER:**
Mr. Dimitri P. Georgantas
Mr. Eugene Wade Barr
Mr. Kevin Patrick Walters
Mr. Blake E. Bachtel
Royston Rayzor
1600 Smith Street
Suite 5000
Houston, Texas 77002
(713) 225-9945

**FOR BW VLGC LTD.; BW GAS A.S.; BW FLEET MANAGEMENT A.S.; VLGC BW OAK:**
Mr. Robert L. Klawetter
Mr. James T. Bailey
Eastham Watson Dale & Forney
808 Travis
Suite 1300
Houston, Texas 77002
(713) 225-0905

**ALSO IN ATTENDANCE:**
Ms. Kim Darnell
Mr. Patrick Shamus O'Brien
Mr. Corey E. Dunbar
Mr. William W. Dills

Court Reporter:
Laura Wells, RPR, RMR, CRR
515 Rusk Street, Suite 8004
Houston, Texas 77002

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

**DAY 1**
**(Bench Trial)**

February 2, 2021


| | Page |
|---|---|
| Announcements..................................... | 4 |
| Stipulation of Counsel as to Depositions........ | 4 |
| Stipulation of Counsel as to Exhibits........... | 4 |
| Objection to Genesis River Exhibit 144.......... | 6 |
| Objection to BW Exhibit 24...................... | 8 |
| Genesis River Objections to Exhibits............ | 9 |
| Stipulation as to Damages....................... | 12 |
| Opening Statement by Mr. Shipley................ | 21 |
| Rule Invoked.................................... | 25 |
| Opening Statement by Mr. Georgantas............. | 37 |
| Opening Statement by Mr. Klawetter.............. | 48 |
| Admission of Exhibits........................... | 262 |
| Reporter's Certificate.......................... | 265 |


**ALPHABETICAL**


| WITNESSES | Page |
|---|---|
| **CAPTAIN STEVEN CUNNINGHAM** | |
| Direct Examination By Ms. Snell | 58 |
| Cross-Examination By Mr. Georgantas | 133 |

**PROCEEDINGS**

**(Call to order of the Court.)**

**(Discussion off the record.)**

THE COURT: Go ahead and go on the record, please, Laura.

09:05:38

MR. SHIPLEY: We have handed the Court the deposition excerpts. Each party's designations have been color-coded. The objections appear at the front of the notebook. I think that the parties have agreed that we can each play 10 or 15 minutes of some of the depos, just so the Court can see the witnesses and get a feel for who these people are. We don't want to play the video depos and we don't want to do it for hours. But each side has picked about 10 or 15 minutes from the witnesses to play to the Court.

09:05:52

09:06:11

So that's what we plan to do at the appropriate time.

On the exhibits, I think, with very few exceptions, that the parties have agreed that all the exhibits are admissible. We haven't talked about this, but most judges prefer to say, instead of they are all in the record, they are tentatively admitted but, presumably, as we go through and use them, we'll actually put them into the record. We may not use them all, like in most cases.

09:06:29

THE COURT: Right.

MR. SHIPLEY: I think -- is that our

09:06:44

understanding?

MR. GEORGANTAS: Good morning, Your Honor. Dimitri Georgantas for the GENESIS RIVER.

In terms of the video playback, we do have kind of a minor issue on that, those 15 minutes. They are available to the Court, you know, at your convenience to look at them. We don't really see what the purpose is. I was kind of picking here and there and kind of optional completeness. It's kind of a mild objection, if I could put it like that --

THE COURT: Okay. Understood.

MR. GEORGANTAS: -- just on that issue. The rest we are in agreement with Mr. Shipley.

THE COURT: All right.

MR. KLAWETTER: Your Honor, we don't want to take up a bunch of the Court's time with objections this morning. I do think it would be helpful to be able to see a few minutes of the depositions. That would be helpful. We would like to do that as well.

THE COURT: As far as running the snippets for me to see, that's fine with me, and the parties have my assurance that as far as optional completeness goes, I will read all the excerpts that are submitted so there won't be an optional completeness problem associated with me just seeing snippets of the video here in the

courtroom.

MR. SHIPLEY: We think maybe it's important to see the people and make some assessment. It may be irrelevant to the Court, but it may help the Court judge the character and the quality of the testimony, too.

09:08:08

On exhibits, I don't know if you want to take those up now. We only have one objection to any exhibits that anybody has. There is an exhibit -- the GENESIS RIVER Exhibit 144. They have just taken the whole --

09:08:28 So, as you probably know, there is a collision. This is a collision between two ships. There was a coast guard investigation. There was a lot of testimony and statements taken by the coast guard, and they have simply taken all the transcripts from the coast guard and marked them as Exhibit 144 and offered them into the record.

09:08:46

That's our only objection. We don't think that's appropriate. We don't think the Court should have to read all that. If they want to use snippets of it, it may be relevant at some point. But that's our only objection to all the exhibits they have is Exhibit 144. It's hearsay. It's cumulative. This is just not the right way we ought to be doing it.

09:09:00

THE COURT: All right. Let's go ahead and -- if y'all just have a few objections to exhibits, let's go ahead and knock those out and then --

09:09:16

MR. SHIPLEY: That's our objection. Maybe you should see --

Do you have -- what objections do you have, George?

MR. GEORGANTAS: Well, just responding to using
09:09:25 some of the snippets. Are you talking about the NTSB and the coast guard interviews or are you --

MR. SHIPLEY: Well, I have an objection to your Exhibit 144.

MR. GEORGANTAS: So we will generally agree that
09:09:38 we're only using snippets.

MR. SHIPLEY: The whole thing is not in until you actually use it. Okay. Then, it's a moot issue.

THE COURT: Okay.

MR. GEORGANTAS: Also, Your Honor, just coming
09:09:49 back a little bit back to the snippets of video, we would like leave of Court when we put our case in chief, if we want to play some, would the Court entertain that as well?

THE COURT: Yes. Certainly.

MR. GEORGANTAS: Thank you.

09:10:09 MR. SHIPLEY: I think Mr. Georgantas has an objection to a handful of exhibits, to the post-remedial exhibits.

MR. GEORGANTAS: Mr. Bachtel will address those, Your Honor.

09:10:19 MR. BACHTEL: Your Honor, we had a few -- I guess

09:10:35 09:10:46 09:11:01 09:11:15 09:11:40

we can put them in different buckets. As a placeholder, we objected to the party's submission of expert reports, but it was just a prophylactic measure because at one time the other parties had objected. Our preference in a bench trial would be to just submit the reports. I believe Kirby is in agreement with that as well.

MR. SHIPLEY: Yeah, we are all in agreement. The reports are in evidence. The experts will testify, but the reports are in evidence for the Court.

THE COURT: All right. And that's fine with me, too.

MR. BACHTEL: And then we had a hearsay objection on the Pilot Board Investigation Committee submission that the lawyers for Captain Charpentier and Captain Holland submitted. It had an expert as well. That expert has not been involved in this litigation. It involves lawyers' arguments in another proceeding that was presented at the hearing, but none of these parties were allowed to participate in. So that's our hearsay objection on that.

THE COURT: And whose exhibit is that?

MR. BACHTEL: That is a BW exhibit.

THE COURT: Which exhibit is that?

MR. BACHTEL: That is Exhibit 24 of BW.

MR. KLAWETTER: Your Honor, we don't want to fight over that.

THE COURT: Okay. All right. So 24 is not -- at this point is not admissible and not admitted.

MR. KLAWETTER: That's fine, Your Honor.

MR. BACHTEL: That leaves the one, I guess, there is a little bit of a fight on.

09:11:52

We have some exhibits that were designated by Kirby and BW regarding post-incident notices, safety alerts, that were issued by the "K" Line and our position is that those are subsequent remedial measures that were used to educate the members of the fleet that, hey, these are items to keep an eye out for. And so that's how we feel they fit within that category and should be excluded from this proceeding.

09:12:14

THE COURT: All right.

MR. KLAWETTER: Your Honor, we don't believe that they're subsequent remedial measures. They deal with issues like speed, safe speed, the use of radars and electronic chart display systems that were turned off. We plan to use them for feasibility of measures that could have been taken, policies and procedures that could have and should have been followed. And in a bench trial, in any event, we think that the Court is entitled to consider those.

09:12:25

09:12:43

MR. SHIPLEY: And I would -- Mr. Klawetter's argument is -- at least one of these exhibits was given to

09:12:56

their expert. So I think, you know, we obviously get to question the expert about the materials that he has been given. They don't get to hide that from the Court. I agree with the rest of his arguments, but I just wanted to point out to the Court that at least one of these documents was supplied to the expert.

THE COURT: Okay. Which exhibit is this, just so the record is good?

MR. BACHTEL: Your Honor, it's going to be Kirby Exhibits 70, 91, 92, 122, 123, 124 and then BW OAK Interests Exhibits 19, 29, 65, 66, 67.

THE COURT: Okay. And when do you expect these to come up?

MR. BACHTEL: I guess -- are y'all presenting them today with Captain Cunningham for Day 1?

MS. SNELL: He may mention them, if the Court allows it.

MR. BACHTEL: Okay. We're not arguing feasibility. We're not saying that a vessel couldn't go faster or slower or whatnot. It's just these were educational items that were circulated to the fleet after the fact. I mean, that is a subsequent remedial measure to highlight things that, 'Hey, we can improve on this.' So critical analysis.

THE COURT: Okay.

MR. KLAWETTER: That's not truly the way I think it's going to pan out, Your Honor. Their navigation expert, Captain Richter, who is sitting back here, has testified that these documents were provided to him. They were referenced in his deposition. He is going to take the position that he has ridden this ship, the GENESIS RIVER, and how professional they are and how they follow good seamanship.

09:14:39

These documents that we're talking about will clearly show that they didn't do that on the date of the incident. They didn't follow the policies and procedures and, if they had, this accident wouldn't have happened.

09:14:54

So I think they are directly relevant. They are not subsequent remedial measures. They show feasibility and could be used for impeachment.

09:15:07

MR. SHIPLEY: Frankly, Your Honor, I think the easiest way to deal with this in a bench trial is that the Court take them, consider them and, if you -- as you are looking -- to let it all come in -- instead of us arguing about it, let them come in. And the Court is, obviously, going to disregard things that shouldn't be admissible and that's the way it's going to be reviewed on appeal. I think that's probably the most efficient way to approach it.

09:15:21

THE COURT: Well, that's where I was headed

09:15:32

anyway. I think, with it being a bench trial, the risk of me giving undue regard to something that might be seen as a subsequent remedial measure is not really an issue.

So my inclination -- I'm going to let them in. If, when the exhibits come up, you have some more objections to them, go ahead and offer them then. But -- but I am anticipating letting them in.

MR. BACHTEL: Understood, Your Honor.

MR. GEORGANTAS: If I may add, Your Honor, we just request that their admissibility just go to the weight of the report as opposed to just keeping them out altogether when you consider them.

THE COURT: All right. Yes. I think that makes sense.

MR. SHIPLEY: One last thing that I think we should take up before we do some short openings, if that's okay with the Court, is -- I think the Court will appreciate this -- Mr. Georgantas and Amy Snell have been working very hard trying to come up with a stipulation on damages.

So we have two sets of damages in this case, Kirby does. We have the collision damages to our barges and repair and all that. And then because reformate leaked out of one of the barges, we were the responsible parties, our barge. So we're the responsible party under the Oil

Pollution Act. We've had to clean it up, and we are seeking recovery of all these clean-up costs from the GENESIS RIVER.

We have made a lot of progress, but we're not there 09:17:02 yet on a final stipulation, and what we would suggest is that we not argue or submit evidence on the damages this week. We may need a few weeks to get that worked out; and then we'll get back to the Court and advise you, as opposed to having to bring in experts and go through 09:17:23 detailed things.

Is that agreeable?

MR. GEORGANTAS: It's about 95 percent agreeable. We are agreed. The GENESIS RIVER, Your Honor, has damages as well, both repair damages because the vessel sustained 09:17:39 damages as a result of the collision, which break down to temporary and permanent damages. So that's one category. And we have another one that's sort of the loss of use of the vessel while these repairs were being carried out.

So it is true. I have been working with Amy to get to 09:17:58 a good point. The only difference is, if there is some category or an item of damages that we cannot agree on, we have agreed to present that dispute to the Court by way of written submission --

MR. SHIPLEY: Right.

09:18:15 MR. GEORGANTAS: -- instead of bringing in

witnesses.

MR. SHIPLEY: Right.

MR. GEORGANTAS: We would present to the Court the invoices or the type of service that was provided, and they can have their consultants or experts say, 'This is why I think they are reasonable,' we'll do the same, and then the Court can decide. So, yes, we are in agreement.

And, also, I would like to add, the BW OAK has been participating in these meetings and discussions and review of documents so that they are aware of what all we are trying to do.

THE COURT: Okay. That all sounds good to me.

Yes, sir.

MR. DILLS: Good morning, Your Honor. William Dills. I'm the liaison counsel for the OPA claimants.

THE COURT: Will you take your mask off just briefly?

MR. DILLS: Your Honor, I apologize.

THE COURT: That's all right. And would you start over?

MR. DILLS: Yes. Williams Dills for the OPA claimants.

We're just asking that, to the extent there is a stipulation regarding damages, that the OPA claimants have a right to either review, comment, or object as it

pertains just to damages for the OPA claimants.

MR. SHIPLEY: Well, do you mind if I speak directly to Mr. Dills?

THE COURT: Go right ahead.

09:19:28 MR. SHIPLEY: So I'm trying to understand. You are talking about OPA damages, your client's damages --

MR. DILLS: Correct.

MR. SHIPLEY: -- or who are you talking about?

MR. DILLS: I'm talking about the OPA damages to 09:19:35 the OPA claimants.

MR. SHIPLEY: We're only -- the only damages we are seeking in this proceeding under OPA is the money that we have already paid out for clean-up costs, and there may be a handful of third-party claims we have already 09:19:50 settled. That's the only thing we're trying to recoup back from them.

MR. DILLS: I understand. I just want to make sure that we are at least knowledgeable about what is being stipulated to.

09:20:00 MR. SHIPLEY: Yeah. It's a public record. I don't think that will be a problem.

MR. DILLS: Thank you.

THE COURT: When you see the stipulation, if there is something that the OPA claimants have an issue 09:20:15 with, you all will definitely be able to file something

with the Court to let me know.

MR. DILLS: Thank you, Your Honor.

THE COURT: All right.

MR. GEORGANTAS: Same comment for the GENESIS RIVER. It's the GENESIS RIVER damages that we're talking about, not anything else.

THE COURT: Right. I understand that. Okay.

And while we're talking about a stipulation and y'all working things out, let me, as a quick aside, say this is a big case and y'all have needed almost none of my input as you have gotten it ready for trial. And I just want to praise all of the lawyers involved in this case for that.

It's the second time your firm -- it has happened with Royston Rayzor. We had a big longshoremen's case that was about to go to trial and the first thing I had to do in that case was pretrial. It's refreshing when lawyers can get along and get a case ready in a big case like this. So thank you very much on behalf of the Court for that.

Does it make sense to do -- are we done with -- are we mainly done with exhibits?

MR. SHIPLEY: I believe so, Your Honor.

MR. KLAWETTER: Yes, Your Honor.

MR. BACHTEL: Yes, Your Honor.

MR. GEORGANTAS: Yes, Your Honor.

THE COURT: All right. Does it make sense to do

09:21:45 09:22:00 09:22:14 09:22:24 09:22:36

the depos or to do openings? What do y'all think?

MR. SHIPLEY: Well, I thought the plan would be we would do some openings, and then we're just going to present the depos as we go through our case. I mean, the total excerpts from -- I don't know how many depos we have -- is like between 10 and 15 minutes that we're going to offer.

But I think our order: We're going to do opening statements. Then we're going to call Steven Cunningham as our first witness. Then I think we're going to show some depos at that point in time. And then we're going to put Captain Marie on the stand, and then we have a couple of witnesses after that.

THE COURT: Okay. So, to the extent there are objections to the excerpts when we get to a deposition, I'll just rule on them before that deposition comes up in the order of witnesses?

MR. SHIPLEY: Yeah.

THE COURT: I mean, that's --

MR. SHIPLEY: Did they object to the things that we actually put on?

MR. JAMES: I don't know.

MR. SHIPLEY: I'm not sure they objected to the excerpts we are going to play for the Court. We'll check on that. I don't think they have, but we'll check on

that.

THE COURT: With it being a bench trial -- in a jury trial you want to do all the objections to the excerpts ahead of time when there is not a jury waiting. 09:22:48 We're not going to have a jury waiting now. So, if we need to take those up as we go along, that's fine. That will work fine.

MR. SHIPLEY: That's the easiest way. And, again, I'm not sure they even objected to what we're 09:22:57 actually playing.

MR. BACHTEL: And, Your Honor, I believe Mr. Shipley is correct. I think most of our objections were -- there were submissions from the two pilots on the GENESIS RIVER that reference that Captain Jay Rivera 09:23:12 report, and we objected to that. But that's the vast majority of what we objected to.

MR. SHIPLEY: If it's okay with the Court, we'll play those after we finish with Mr. Cunningham.

Mr. Cunningham is going to be the first witness. He 09:23:23 is an expert. We're going to go through a lot of detail with him. And then we'll put on the video excerpts from the witnesses, if that's okay with the Court.

THE COURT: That's works for me.

All right. So opening statements.

09:23:42 MR. GEORGANTAS: Your Honor, one final point

09:24:01 09:24:19 09:24:31 09:24:46 09:24:59

before Mr. Shipley starts out. What is the order of presentation in terms of who goes first and second -- we understand Kirby first -- as we put on our cases? I would suggest to the Court in this case the GENESIS RIVER is sort of being sandwiched in terms of the finger-pointing and, also, the matter we are here on with the tables in between. So I would respectfully request that, you know, we put our case last.

MR. KLAWETTER: Your Honor, they sued us. Okay. That's the reason we are in the lawsuit. They have got the burden of proof against us. They are suggesting we put on our case when they have got the burden of proof, which doesn't seem fair.

MR. SHIPLEY: Right. The finger-pointing is being done by the GENESIS RIVER. We sued them. They counterclaimed and brought these people in. The BW OAK has no claim against my client, Kirby.

I don't think you have a claim against GENESIS RIVER.

They are clearly a third-party defendant and I think they ought to be allowed -- I mean, I have never been in a trial where somebody gets to decide, 'I want to go second. I brought in a third party, but I want to go second' -- so -- I mean, 'I want to go last,' is what they are asking.

THE COURT: I think it makes --

MR. GEORGANTAS: It was a suggestion, Your Honor.
THE COURT: Okay. No. Understood. Understood. It doesn't hurt to ask, right?
No. I think the proper order is going to be Kirby, the GENESIS RIVER, and the BW OAK.
09:25:10
MR. GEORGANTAS: Thank you, Your Honor.
MR. KLAWETTER: Thank you, Your Honor.
THE COURT: Let me -- the Court calls to trial Case No. 3:19-CV-207, Kirby Inland Marine LP v. FPG Shipping Panama and others.
09:25:32
Before we get to opening statements, would the attorneys make their appearances for the record, please?
MR. SHIPLEY: Yes. George Shipley for Kirby Inland. We're prepared for trial.
09:25:40
Would you like me to -- I was going to introduce everybody else as part of the opening, if that's fine.
THE COURT: That's fine. That can wait until then.
MR. GEORGANTAS: Dimitri Georgantas on behalf of the GENESIS RIVER.
09:25:51
THE COURT: Okay. Ready for trial?
MR. GEORGANTAS: Ready, Your Honor.
MR. KLAWETTER: Your Honor, Robert Klawetter on behalf of the BW OAK interests with James Bailey. Ready for trial.
09:26:01

THE COURT: All right. Great.

With that, Mr. Shipley, Kirby may make its opening statement.

MR. SHIPLEY: Thank you. As I said, I would like to introduce the other lawyers that I'm working -- I have the privilege of working with and some of our clients that are here today. I'm here today with two of my colleagues, Amy Snell and Brooksie Bonvillain Boutet. As you might guess, her family is from Thibodaux, Louisiana.

09:26:10

In addition to this, at counsel table we have David James, who is with the Clark Hill firm. David is a valuable part of our team. In addition to being a lawyer, he graduated from the Moody Maritime Academy here. I guess it's A&M -- I'm showing my age -- Maritime Academy and, actually, as they put it, spent time on the water for a while.

09:26:30

09:26:46

We also have Misha Paltiyevich -- I think is the way you say it -- with Clark Hill. He is out in the gallery.

And, of course, I can't try a case without Carla Moore, my paralegal. She is here also.

09:27:06

In the audience we have Jim Guidry, who is Executive Vice President with Kirby Inland Marine. And we have Kim Darnell and Shamus O'Brien in the back that work with the legal department at Kirby Inland.

Can we go ahead and start this?

09:27:22

So, as the Court knows, there are three vessels that are involved in this accident. There are two that were involved in the collision. There are three that are involved in the lawsuit.

09:27:35 The one on the top is the GENESIS RIVER. It's a very large ship that carries liquefied propane/butane. It was fully loaded on the day of the accident.

The second ship is the Kirby tow or Kirby tug, which is the VOYAGER. Of course, at the time of the collision 09:27:59 this tug was pushing two barges that are approximately 300 feet long, 54 feet wide each. So he is pushing a load over a football field long, 300 feet long, and a little over 100 feet wide.

And then in the bottom is the BW OAK.

09:28:17 The evidence is going to be undisputed in this case that the GENESIS RIVER, as it was coming down the Houston Ship Channel, was driving at what the GENESIS RIVER described as an unsafe rate of speed. It had an uneventful textbook passing with the BW OAK. They passed 09:28:38 each other. After that passing, the GENESIS RIVER ricocheted off of the green side of the channel.

So, as the Court may know, as you are coming up into the channel, the green buoys or beacons or signals are on the left of port and right return red as you are coming in 09:29:00 is on the right. They are coming down to the green zone.

09:29:18 09:29:41 09:29:59 09:30:22 09:30:42

They are right. They are starboard side.

And the undisputed evidence is going to be, they are traveling too fast. They sheer. They ricochet off the ship channel. They never regain control of the ship until after the collision. They come all the way across the ship channel, across the centerline, all the way over to the other side, to the red side of the ship channel. They ricochet again off of the ship channel and then plow in to the VOYAGER, the Kirby vessel.

Now, we -- unlike these firms, my firm doesn't do maritime full-time. And I'm always amazed that, when I do these cases, that essentially everything that matters is on videotape or recorded. I mean, if we're going to -- go ahead and start the video.

Our expert has put together kind of a mix of some feed that you are going to see. On the top left is -- you are going to see the -- that's a personal pilot unit or a portable pilot unit that the pilot on the GENESIS RIVER used to navigate his ship.

As the Court knows, any ship coming in or out of the ship channel has to have a pilot who gets on board. These pilots, that's all they do. They are full-time pilots taking ships in and out of the Houston Ship Channel. We're going to look at the feed from his navigational laptop.

On the top right, we're going to see the GENESIS RIVER VDR data. That's like the black box for a ship. VDR is voyage data recorder. It records everything from engine speed, direction, everything that's going on, and it records what is being said on the bridge between the pilot and the crew members of the GENESIS RIVER.

09:30:58

In the lower left what we're going to see is essentially a DashCam that is on the Kirby Inland tug, and there is a camera that -- where you can actually see the pilot and what he is doing, and then there is a camera shot that is looking out in front.

09:31:18

Then on the right, in the lower right, is the Kirby, the VOYAGER. It's their navigational equipment. You are going to be able to see -- we're going to spend a lot of time on this. I'm not going to show the whole thing now.

09:31:36

Let's go ahead and get started. And I'm going to advance it to about 12:15 -- 20:12:15. So this is at three -- if you look in the top right, that's UTC time. So if I have this correct, we're about 3:12:15 in the afternoon.

09:31:59

MR. GEORGANTAS: Your Honor, if I may. I apologize. Can we check and see if there are any fact witnesses in the audience at this point?

MR. SHIPLEY: Our corporate rep is here.

09:32:09

MR. GEORGANTAS: Not corporate reps.

THE COURT: Are you invoking the Rule?

MR. GEORGANTAS: I would like to, yeah.

THE COURT: The Rule has been -- the Rule has been invoked. If there are any witnesses other than parties in the courtroom, if we're going to be going over some facts, those witnesses need to leave the courtroom until that's over with.

MR. GEORGANTAS: Other than expert witnesses, Your Honor.

09:32:34 THE COURT: So other than parties and experts.

MR. SHIPLEY: Okay.

THE COURT: It looks like we're good.

MR. GEORGANTAS: Sorry for the interruption.

THE COURT: 3:12 p.m.

09:32:46 MR. SHIPLEY: I'm not going to go through this in detail. This is about six minutes long. What I do want to show is this is, of course, the Houston Ship Channel. Up in the top left, we're looking at the portable pilot unit of Mr. Charpentier, who was one of the two that were -- there were actually two pilots because it was a difficult ship to handle, to control. There were two pilots on the ship.

What we see here, this is the GENESIS RIVER. This ship is the BW OAK. So they have just completed their passing. Of course, the BW OAK is going north up in the

channel and the GENESIS RIVER is coming down south.

09:33:42

And down here in the lower right is the VOYAGER. That's the Kirby tow pushing two barges. And so in the top right, you can see this will -- we'll just talk about it briefly. In the top right, you can see that the engine in the GENESIS RIVER is on full ahead. They are going over 12 knots, speed over ground.

09:34:01

And then down here is you can see the tugs and you can -- actually, you can see what the VOYAGER sees, which you can see the GENESIS RIVER is on the left coming down the ship channel and the ship on his right is the BW OAK as they have just completed their passing.

And so what we're going to see -- and then let's go to 20:13:24.

09:34:22

And I just wanted to show you how the ships move. And this is approximately the first time that the GENESIS RIVER tells the VOYAGER or requests the VOYAGER to go to the greens, says, I need you to go to the greens, which means go port, go left, get away from the red side and go across the channel, is what he asked for. This is approximately the first time he asked for it.

09:34:49

If we could go to 20:13:55, please.

So you see that the GENESIS RIVER continues to ricochet off toward the reds. And this is when the GENESIS RIVER pilot again says, We need you to go to the

09:35:12

Opening Statement by Mr. Shipley Day 1 - 27

greens. And the VOYAGER had already agreed to do that, was in the process of doing that.

Now, if we could -- now we'll go to 20:15:40.

You can see that the GENESIS RIVER ricochets again and 09:35:32 then starts and actually goes out of the ship channel into the barge channel, and then it starts coming back. And it's going to -- we're going to see it ricochet some more. I'm going to play it from here to the end.

At this point, this is approximately the time when 09:35:52 Captain Charpentier, who is on the GENESIS RIVER, says essentially, I'm going to hit you. We're going to collide. And we're just going to show the end of this. You can follow the tracking in the upper left, and you can actually see the ship in the lower left. That's the 09:36:07 GENESIS RIVER coming into the barge.

Can you just play it to when the bell --

(Video playing.)

So we think that this is a clear case of 100 percent liability on the GENESIS RIVER. The GENESIS RIVER 09:36:59 disagrees and they are trying to take -- put some of -- some percentage of the responsibility for this either on Kirby or the BW OAK. This is simply an effort to reduce and spread their financial responsibility for this.

So they make -- I'm just going to summarize generally 09:37:21 what their arguments are and why the arguments, we don't

think, should be given any weight by the Court.

First, GENESIS RIVER actually claims that the BW OAK somehow, when they passed, interfered with the navigation of the GENESIS RIVER, the -- kind of the point -- the 09:37:44 admiralty maritime term they use is that the BW OAK embarrassed the navigation of the GENESIS RIVER. There is no evidence of that whatsoever.

Essentially -- let me say that both of the arguments that the GENESIS RIVER makes trying to claim the BW OAK 09:38:02 and trying to put some fault onto Kirby is essentially on some level asking this Court to ignore what you are going to see and hear on these videotapes and everything that was recorded.

They are going to ask you to ignore that and engage in 09:38:22 the alternative reality that their post-accident experts have tried to recreate.

So let me talk about that. On the BW OAK you will hear nothing coming from anybody on the GENESIS RIVER the day of the accident suggesting that the BW OAK got too 09:38:43 close, cut the corner too much, embarrassed their navigation. Not only that, the pilots on both ships -- both ships have pilots. Both pilots say the passing between the BW OAK and the GENESIS RIVER was textbook, flawless, perfect. It's like the literally tens of 09:39:05 thousands of other passings that they have made in the

ship channel.

Not only that, but all the crew members of the GENESIS RIVER have been deposed. Not a single one of those crew members has said there was anything wrong with the passing or that there was any reason to believe that the BW OAK had interfered or embarrassed their navigation. The only people in this courtroom who are going to suggest to you that the BW OAK somehow caused the GENESIS RIVER to lose control are the GENESIS RIVER's lawyers and experts that they have hired to come in after the fact.

There is simply no evidence whatsoever that the BW OAK contributed in any way.

So you are probably asking, well, if the BW OAK didn't cause them to lose control, why did they lose control? There is a lot of reasons they lost control. We're going to go through that. There is a lot of things that the GENESIS RIVER did wrong.

For example, in violation of all rules of the road and requirements, the people -- the crew of the GENESIS RIVER had turned off all the radars and the navigational system on the ship. It's inexplicable. They just turned it off. That alone makes the vessel unseaworthy.

But the main problem that the GENESIS RIVER has is that the GENESIS RIVER was going at an unsafe speed. We pointed out, as we were looking at the video, that the

09:41:12 GENESIS RIVER was going over 12 knots. That's important because all ships coming in or out of the Port of Houston have to prepare a voyage plan. It's a very detailed plan that says, Here is what we're going to do. Here is how we're going to do it.

And one of the things they plan is, what is the safe speed at each point in the ship channel. When they were going 12 knots along this section of the ship channel, their voyage plan said that the maximum safe speed was 09:41:30 going to be 6 to 8 knots.

Okay. So why does that matter? That matters because this is a very -- you are going to hear testimony -- a very poor-handling ship that's fully loaded. And it's loaded in a way that is creating a lot of hydrodynamic 09:41:50 forces.

The faster you go, the faster a ship goes, the more hydrodynamic forces that are created and create an interaction with the bank or the side of the canal. You know, Mr. Cunningham will show you. But the canal is 09:42:08 supposed to be 45 deep in the middle or 530 feet. But on the side there is steep banks, and then it gets very shallow.

As the ship comes down, it's pushing water. As it pushes the water into the shallows, the water has no place 09:42:23 to go. So what happened is the front, the bow of the

GENESIS RIVER, tended to go port. And then there is a suction effect on the stern, and it pulls them in. And that's what threw them out.

The evidence is going to be, had they been going 6 to 8 knots, there might have been some bank effect, but it wouldn't have been so severe that they would have completely lost control of the ship.

It's important to keep in mind that as speed increases, these hydrodynamic forces increase exponentially. Not linearly. Exponentially. If you are going twice as fast as you are supposed to go, it's not twice as many hydrodynamic forces. It's far beyond that. I don't think there is going to be any dispute. So speed is what caused them to lose control.

Clearly, everybody on the GENESIS RIVER, they had decided -- they are the ones that prepared the passage plan. They are the ones that said 6 to 8 is safe. And they knowingly let the pilots go in excess of 12 knots. That was unsafe.

Another reason going so fast was unsafe and caused everything is the event that started the whole accident. The other reason it's dangerous is that the way -- if you have this -- what they call a sheering effect and you get pushed over the way that the GENESIS RIVER is pushed, the way you correct that is to increase the RPMs on the engine

and the prop. So you give it some thrust. And it's a way you can get more control and you can turn back starboard and get control.

09:44:07 But if you are already full engine ahead and you are already going essentially full speed, there is no -- you don't have any reserve RPMs to give them. The pilots like to say, you know, I have got some RPMs in my pocket. So had they been going the correct speed, even if they had sheered off the bank, if they had been going 6 to 8, they 09:44:29 could have easily goosed the engine up and got more RPMs, and they would have been able to straighten up the ship, and none of this would have happened.

So loss of control was clearly GENESIS RIVER's own making. They are the ones that violated their own plan. 09:44:52 They lost control. And it's going to be undisputed that once they lost control, they never regained control of the ship until after the collision. So, of course, the other party that the GENESIS RIVER wants this Court to put some fault on, to throw some percentage responsibility on, is 09:45:14 Kirby and its captain, Captain Marie.

Now, there is not going to be any evidence to put fault in Captain Marie. And we think that, in essence, this argument, too, is going to ask you to ignore a lot of what you see and hear on the video and just kind of adopt 09:45:39 this alternative world view that their post-accident

experts have created.

09:45:59 I mean, the fact is, Captain Marie was where he was supposed to be -- there is going to be no dispute. He is where he is supposed to be in the barge lane on the reds proceeding slowly and safely up the ship channel when the GENESIS RIVER starts ricocheting off the banks and coming towards him.

09:46:20 They -- the bridge -- the pilot and the bridge of the GENESIS RIVER reached out to Captain Marie. And you are going to hear this. He calls him and says, "We need you to go to the greens." And think about this. Captain -- their argument is -- and he tells him twice, "We need you to go to the greens, Captain Marie," which means go left, go port. They tell him that twice.

09:46:46 Nobody -- nobody on the ship and none of the pilots in this case are going to testify that Captain Marie did anything wrong. Again, the people that are going to say Captain Marie did something wrong are the lawyers and the experts that they have hired. That's all.

09:47:06 What happened here is they reached out. They tell him to go to the greens. And now the experts have come in and their claim is that Captain Marie should have done anything but exactly what he was asked to do by the GENESIS RIVER. Their claim now is that he should have

09:47:25 gone starboard or he should have stopped, parked it over

in the barge lane.

First of all, our experts don't agree with that. We think there would have been a collision anyway. The pilots don't agree to that. Pilot Charpentier, who was at the controls when all this happened, the controls of the GENESIS RIVER -- he said if the -- if the GENESIS RIVER had gone starboard instead of going to port the way he asked him to do it, we would probably be talking about maimed and dead people instead of property damage.

09:47:43

09:48:02 And just imagine these experts that they have brought in to say the one thing that Captain Marie should have done was the very thing that the GENESIS RIVER asked them to do.

So just imagine if Captain Marie had ignored their request to go to the greens and done exactly what he was -- the opposite than what these experts now claim he should have done and there would have been a collision. Then they would be here and we would be hearing the argument, Oh, if you had only gone to the port like we asked you to do, none of us would be here today.

09:48:20

09:48:37

So that's what we're facing here.

Now, Captain Marie, he was put into what is called an in extremis position. And I just want to read -- this is a -- from a case that was written in the Fifth Circuit a long time ago by Judge Brown. And as he puts it, he says,

09:48:58

"The one who is put to a sudden choice of action to avoid a hazard created by the fault of the other has considerable latitude. The choices of stopping engines or going ahead or going to port rather than starboard are to be judged not by an armchaired admiral or armchaired experts hired after the event who has hours, days, weeks and months or years to reflect, but in the light of choice suddenly forced on him by the neglect of the one now seeking total absolution."

09:49:19

09:49:39 So I'll leave with this. I just want the Court to think about the position that Captain Marie is in. He is in the -- he is on the bridge of the VOYAGER. He gets a call from this huge, loaded ship that is coming down the ship channel. The pilot at one point says, "She is not checking up," which means he doesn't have the control he wants. And then at some point, he is told twice, "I need -- I need you to go to the greens."

09:50:01

All Captain Marie knows is that the ship is out of control. He doesn't know what they are trying to do to regain control. Some ships have been known to just, what they call, put it into the mud. You go across the ship channel and you intentionally go into the barge lane and run this -- I mean, yeah, run into the barge lane and put the ship into the mud to stop it safely. He doesn't know if they are doing that. He doesn't know what they are

09:50:22

09:50:40

09:51:00 doing. All he knows is, there is one or two pilots on board. And there are supposed to be, on the bridge, a crew of sophisticated mariners who are watching radar and ECDIS and trying to solve this problem that they have created.

And the message that comes from that, what is supposed to be highly trained people -- the message is to avoid this accident, we need you to go to the greens.

09:51:18 And I just say there is no evidence -- there is going to be no credibility to this story from experts who come in now and say, Oh, no, Captain Marie should have -- he could have done anything. He could have gone starboard. He could have stopped. He shouldn't have done the one thing he was asked to do.

09:51:35 So at the end of this trial, we think that the evidence is going to show that Kirby is free of negligence. Kirby did nothing wrong. We followed all the navigational rules of the road, that we exercised due care, that the VOYAGER and what they call the flotilla was 09:51:58 seaworthy. The evidence is going to be that the GENESIS RIVER was the sole cause of this accident. The GENESIS RIVER was the sole cause of the resulting oil spill.

Under maritime law, because there is privity of knowledge between the ship and its owners, they don't get 09:52:14 to invoke the maritime limited liability. And under OPA,

because they violated multiple navigational rules, under the OPA statute, they don't get to invoke the limitations of OPA. So they -- at the end of this trial, we're going to ask you to find them 100 percent responsible, which means they will become the responsible party under OPA.

09:52:38

Unless the Court has any questions, that concludes my opening.

THE COURT: All right. Thank you, Mr. Shipley.

For the GENESIS RIVER.

09:52:52

MR. GEORGANTAS: Thank you, Your Honor. May it please the Court.

I would like to introduce our team. Kevin Walters, Eugene Barr, and Blake Bachtel on behalf of GENESIS RIVER.

Your Honor, I would ask initially for you not to buy this book by the cover that Mr. Shipley just wrote for you. And while I appreciate what the appearances are in this case, there will be facts, credible evidence that will establish that things are not quite as Mr. Shipley portrayed to you in terms of what actually happened there and who was doing what.

09:53:14

09:53:37

On the date in question, the GENESIS RIVER had completed cargo operations at the Targa terminal and departed for an outbound voyage with two compulsory Houston pilots onboard. The two pilots were onboard not because it was a difficult ship to handle. It's the

09:54:00

regulation for a vessel of a certain size to have two pilots on board, and also they can take turns in terms of rest and how long they have the conn, depending on how long the outbound or inbound voyage might be. Those two pilots were Captain Charpentier and Captain Holland.

The GENESIS RIVER is, in fact, a liquid gas carrier. And at the time she was carrying, I believe, a cargo of propane and butane. She was practically a new vessel, Your Honor. She was built and delivered to the owners in, I believe, November of 2017. So at the time of this collision, she was five or six months old, brand new, constructed to classification standards, fully equipped, and in seaworthy condition at all times.

She was manned by a well-trained and competent group. All their certificates, training, licenses will be available for the Court to review. And, importantly, Captain Holland had no complaints of the crew, contrary to some suggestions, and Captain Charpentier was somewhat limited to his complaint of one of the officers that was on the bridge in this three-minute period.

This thing happened in three minutes, Your Honor, from start to finish, maybe a little more than three minutes. And we will address that as well.

There may be some suggestions throughout this trial about the ordinary seaman that was at the helm, that

perhaps he was not following the pilot's order. There will be overwhelming evidence that that was not the case and that he followed every command that the pilot gave him.

09:56:01 Prior to departure from the terminal, there was a master/pilot exchange that was carried out. That's when the pilot or pilots and the captain have an exchange with respect to the vessel and any information is given or requested. This exchange happened to the satisfaction of the pilots. 09:56:24

At the same time, the pilots were given what is referred to as a pilot card. And that card, with multiple pages, contains all kinds of information about the vessel, maneuvering, characteristics, et cetera. Additionally, a passage plan or a voyage plan, as Mr. Shipley suggested, 09:56:43 was prepared for the outbound voyage.

Now, during this master/pilot exchange, one of the pilots, prior to departure, requested from the captain -- and that's all on the VDR, you can hear all this -- to turn off the volume of the radar and the ECDIS. Now, the 09:57:07 radar -- I'm sure you know what a radar is. But the ECDIS, in case you are not familiar, is an electronic chart display and instrument system. It's basically an electronic chart. And you saw the one from the VOYAGER a little bit earlier. 09:57:30

The reason why they asked that is to avoid unnecessary noise and distractions during the passage because the Houston Ship Channel is so tight, so to speak, with so many object vessels that alarms can go off quite
09:57:50 frequently that are not even relevant to the navigation, and that can be a distraction. So they -- because of that, they requested for the volumes to be off and to have a quiet bridge.

In fact, one of them requested that they didn't want
09:58:08 the helmsmen to repeat the orders. I don't know if you are familiar, but it's customary when a pilot or a captain or whoever the navigation officer is, when they give a helm order, typically, the helmsmen would repeat that order. So if you were to give, say, "10 to port," it
09:58:31 would be repeated, "10 to port." That's so there is no confusion. So at their request, they didn't want that to be repeated to them.

Your Honor, we recognize that it was a regrettable decision by the master to put the radar and the ECDIS on
09:58:51 standby. There was no way to mute the volume, which is what the pilots requested. So there was no way to turn the knob and turn it off or lower it. So what he did is he put them -- both units on standby, but we will establish to you that the fact that the ECDIS and the
09:59:13 radar had been put on standby had nothing to do with this

09:59:34 09:59:56 10:00:11 10:00:33 10:00:58

collision and it could not have prevented or done anything about this collision.

This collision happened in three minutes. Neither one of these units has anything to do with controlling the vessel's speed. The rudder, it was -- they just give information.

Additionally, the pilots have their own ECDIS, so to speak. They don't call it that. They call it a PPU, which is -- it was on earlier. It's the pilot's personal unit. But it has a program in it. It's called Raven, which is very similar, if not identical, to an ECDIS. That's what they use, Your Honor. They don't use the ECDIS or the radar. That's what they use when they conn the vessel. And, of course, the vessel is under the conn of the pilots for these voyages.

In fact, you will hear testimony from the pilots that they had no issue and no one thinks that the absence of the vessel's ECDIS or radar had anything to do with this collision. In fact, I think one of them called the ECDIS a useless piece of -- I'll stop there.

So those units are plugged into the vessel system. So all the information that is available on the vessel's ECDIS from all the vessel's instruments is available to the pilot. So we think this is a big red herring for the Court that these two navigational units were in standby

mode, regrettably, but nothing to do with this collision.

So those were the circumstances of the vessel's departure from the terminal.

Captain Holland, who was the more senior of the two pilots, had the conn coming out and they came off the dock without any incident and proceeded outbound. Somewhere around Morgan's Point -- and, again, I'm estimating somewhere between two and three hours during the voyage, he turned the vessel over to Captain Charpentier. And Morgan's Point is a part of the channel that the channel kind of straightens out almost into kind of a gun barrel until you get to the Bayport Flare where the GENESIS RIVER met the BW OAK.

They had a little discussion during this turnover or handover when the -- when Captain Charpentier took over, and Captain Holland pointed out to him during this turnover -- and, again, this is all recorded -- that the vessel was requiring a little more rudder for the turns, and maybe once or twice he had to give the vessel a little kick, which in their parlance means you give it a little extra speed to accommodate the turn.

So this information, to the extent there was anything that needed to be handed over with the maneuvering or handling characteristics, was provided to Captain Charpentier from Captain Holland.

As I said, Captain Holland had no complaints about the vessel's crew, and Captain Charpentier took over at Morgan's Point guiding through the straight part. And at this point, he did order a navigational full ahead. While 10:03:04 this may have been in excess, the speed may have been in excess of the vessel's passage plan, the Court will hear testimony and will see evidence that it is not at all unusual for vessels to be traveling at those speeds in that part of the channel. That's from the pilots. And 10:03:26 also, in this case, the BW OAK was proceeding at approximately 12 knots, as well, inbound, very close to the speed of the GENESIS RIVER.

Now, prior to going to this "full navigation ahead," the crew did check the depth and for what they call 10:03:50 "underkeel clearance" because when you increase speed, one of the effects on the vessel is squat, which means -- that's kind of what it suggests. The vessel tends to sit in a little more. And there was ample room in the ship channel. You are talking about a channel that's at least 10:04:10 45 feet, and the GENESIS RIVER departed with a 37-foot draft.

Coming out to the Bayport Flare, they are meeting with the BW OAK. As is customary, the vessels had agreed to meet on a one whistle or a port-to-port meeting.

10:04:35 Now, this is where things started to go wrong because,

10:04:58 10:05:21 10:05:47 10:06:11 10:06:33

unlike the customary approach that the BW OAK should have taken -- and this is regardless of comments about the pilots' textbook meetings that you have heard and you will hear again throughout this trial -- the BW OAK approached the turn from the wrong side of the channel. She was on the green side of the channel coming into that turn. In fact, I believe Captain Barton, the pilot of the BW OAK, has testified and he has agreed that he was coming in a little wide into the turn and he had to give it a little speed to tighten up and come in more to his side.

Now, the effect of that approach and the BW OAK -- which you will see in evidence because, as Mr. Shipley said, everything is videoed these days. So the effect of that approach was that the GENESIS RIVER had to delay commencing her turn to port and she also had to kind of stay tight on the starboard side of her side where she became exposed to some, what has been referred to, "unknown shoaling" in the area or buildup of silt which can and will create what they call a "bank effect."

So the GENESIS RIVER had to wait for the BW OAK to get into a position in the channel where the GENESIS RIVER could then come around and start making her turn. The same approach, this unorthodox approach by the BW OAK, had the effect of, when the vessels actually met, they were a lot closer to each other than they could have or should

have been in terms of the space between them, and that's another factor in the hydrodynamics between two vessels.

It is common knowledge in the ship channel that, when two vessels meet, once the bow of the vessels becomes exposed to the stern area of the other vessel, there is suction. I have heard it as falling into a void. Different people -- captains, pilots -- have different expressions. But that tends to drag the vessel into that area of the suction. So the closer you are, the more effect of this hydrodynamic activity.

Importantly, in the Bayport Flare the Court will see on the starboard side of the BW OAK or the red side where the BW OAK should have been, there is a widener. Because it's a bend, there has been a widener there that is -- it has plenty of water much like, you know, the main channel and could have -- should have been used by the BW OAK. And the Court will see many examples where vessels inbound were coming in and using that widener. The BW OAK did not. She barely got over to her side of the channel for the meeting.

So, even though the meeting was accomplished in terms of, yeah, there was no collision between the GENESIS RIVER and the BW OAK, we submit to you that you will see evidence that that approach did embarrass the navigation of the GENESIS RIVER because, shortly right after that

10:08:43 meeting, the GENESIS RIVER experienced that significant sheer to port which was unable to be regained, or the control of the vessel, until almost very late when Captain Charpentier actually put a hard to starboard to try to hit the barges instead of the tugboat.

Coming to the Kirby part of this, I believe that you are going to see credible evidence -- and you will have to make a decision on your own on this, Your Honor, obviously, when you see it -- just by following the 10:09:04 conversation between the pilot and Captain Tony Marie. And our criticism, as Mr. Shipley pointed out, is that Captain Marie did have some other options that an experienced mariner should have taken the time to explore.

Instead, we believe he simply followed the 10:09:23 instructions, if you will, of Captain Charpentier without weighing all of the possible outcomes or what other options he might have had, which would have included slowing down, stopping, or even going to his starboard as an evasive maneuver. Instead, he quickly agreed to go to 10:09:47 the greens or to port and across the channel. And, as you saw just now on the video, he never quite made it. The collision actually took place on the red side of the channel.

Captain Marie did testify that his understanding of 10:10:03 going to the greens was that the VOYAGER would in fact --

and when I say "the VOYAGER," I mean the whole tow, the tug and the two barges -- would be on the green side of the channel or across the centerline.

So, sort of in conclusion, Your Honor, we do recognize 10:10:26 that the GENESIS RIVER does share responsibility in this collision. But we also contend -- and we ask you to carefully weigh all the evidence -- that the BW OAK's unorthodox approach to the bend basically initiated this sheer that took place and created the dangerous condition 10:10:52 and, also, the fact that Captain Marie, we believe, had better options and, instead, went with the option that he was basically instructed to go by Captain Charpentier, and the collision resulted from that.

The one last item, Your Honor, that I would like to 10:11:20 tell you -- and there will be some testimony because it's sort of difficult to get evidence or get people to talk about that -- we believe that there is a bit of a hierarchy in the Houston Ship Channel between, you know, pilots, tugboat operators and the -- we believe that the 10:11:42 pilots think themselves as at the top of the food chain.

And part of this is when they -- you know, when they issue what we call an "instruction," the tugboat captains like Captain Marie, who has been in the business 22 years as a mariner, should be trained to challenge some of these 10:12:05 instructions because he is responsible at the end of the

10:12:23 day for his own boat and the crew. He has testified to that. And that needs to be taken into consideration in terms of what Captain Marie, you know, should have or could have done at the time in terms of the various options.

10:12:43 And we do understand that it was a dangerous situation, Your Honor, and we also recognize that this was not a dangerous situation that was created by the Kirby tug, the VOYAGER. It's just what happened afterwards when the communication started and decisions were made.

So thank you, Your Honor, and we look forward to trying this case before you.

THE COURT: Thank you.

For the BW OAK.

10:12:52 MR. KLAWETTER: Your Honor, Robert Klawetter and I'll introduce again James Bailey. We have a corporate rep attending remotely from Singapore where it's about to be tomorrow, Captain Ian MacLean. I'm not sure how long he will participate with us today.

10:13:07 Obviously, Mr. Shipley covered a lot of the stuff that would be a part of my opening statement. I agree with what he had to say. It seems to stretch credulity to suggest that Kirby did anything wrong. And, clearly, when you see the evidence, you'll realize that the passing --

10:13:23 the meeting and passing that took place between the BW OAK

and the GENESIS RIVER was, in fact, textbook.

Counsel asked you to ignore clear evidence that played a causal role in what happened. The suggestion that the radars and the ECDIS being turned off on the GENESIS RIVER was not a significant factor, it's a violation of international law and U.S. law. It's a violation of the company's safety policies.

And you'll hear from the Captain of the GENESIS RIVER that he was interviewed by a superintendent for "K" Line the very day this incident happened and he detailed the things that caused the accident: the fact that the radar was off, the ECDIS was off, and they were going too fast. That's what the captain of the GENESIS RIVER had to say on the date of the incident.

Well, the GENESIS RIVER, as counsel has said, left the Targa terminal fully loaded. It's a big, big ship just like the BW OAK. They are both large gas delivery tankers. And it was on an even keel when they left. You'll hear from the experts what that means, same draft fore and aft.

In a ship like that, when it's underway, deep-loaded, it tends to trim by the head. That means the bow will go down. The experts will tell you that that makes the ship hard to steer. It makes it directionally unstable. Okay. You are going to hear this from a variety of sources.

10:15:10 10:15:27 10:15:44 10:16:00 10:16:17

Captain Holland, who was the very experienced pilot who took the first leg of the outbound transit with the GENESIS RIVER, actually experienced two sheers just like what happened after the meeting and passing with the BW OAK. He experienced two sheers earlier in the transit that he had to control with engine kicks and hard rudder maneuvers. It's a functional fact that everyone describes it, including the Captain, as a sluggish, hard to handle, hard to steer ship. Okay.

So there was -- there was nothing new about what happened when it sheered the third time that hadn't already happened that day except for the fact that the pilot, who had taken over from Captain Holland, Captain Charpentier, decided he was going to go to navigation full sea speed, they call it. What that meant was that he had taken away the option for any immediate RPMs to do that engine kick to break the sheer if he had another one like he experienced earlier in the day.

Now, there was a process where the GENESIS RIVER's crew could have given him those RPMs. There is an emergency override. They didn't activate it. He was asking them for every RPM they could give him, and they didn't activate the emergency override. And the evidence will suggest it was because of one of two reasons. They either didn't know how to do it or they couldn't do it

without a master's permission.

The master of the GENESIS RIVER had been out until 4:00 a.m. in the morning the night before this accident happened. There will be evidence that he had consumed alcohol. He, after the master/pilot meeting, turns the bridge over to one of his officers and goes to go to sleep. So he is not on the bridge until right before this incident happens.

The fact that they are going to suggest that these things don't play a role just defies logic.

Now, navigating down by the bow, directionally unstable, ECDIS turned off, radar turned off, two sheers before the incident happens, 20 to 25 minutes out, they go to full speed. There is a radio communication between Captain Charpentier and Captain Barton where they agree to this meeting that's discussed. They know exactly when and where they are going to meet. You heard about the PPUs, the personal pilot units, the VDR. All of this information you'll be able to see. It gives the courses. It gives the speeds. It gives the times. They knew when they were going to meet. They knew where they were going to meet. They were in constant radio contact.

There was never a time when Captain Charpentier on the GENESIS RIVER suggested to Captain Barton on the BW OAK that he was being squeezed, that he needed more room, that

there was anything irregular or abnormal about the meeting that was taking place. Indeed, when you hear the audio, they were talking about a house fire as the ships were meeting each other and passing each other. And it was a perfect meeting and passing. You'll be able to see it yourself. So there was clearly no concern. No concern was expressed. No concern was expressed as they met, as they passed.

10:18:04

The BW OAK is two minutes or three minutes down the channel when this collision occurs. And there is evidence that there was some unknown shoaling in the area. The GENESIS RIVER never had to get out of the channel.

10:18:20

And you are going to hear from a variety of sources that there were improper rudder orders that were given by Captain Charpentier. He starts to make his turn into the Bayport Flare. The vessel sheers. He can't break the sheer because he doesn't have the RPMs he needs and he gets into this shoaling area. That's what caused him to lose control. That and nothing else.

10:18:39

Could you show me Exhibit 47, please?

10:18:59

Your Honor, I'm going the sit down here so I can see that, if that's okay.

THE COURT: Fine.

MR. KLAWETTER: You are going to hear from Captain Lawson, Captain Charpentier, Captain Holland,

10:19:12

Captain Barton. Captain Rodrigues will not be testifying -- well, yes, I guess he will be testifying. He will be testifying.

10:19:25 So between these pilots, two of whom were on the GENESIS RIVER, two of whom were on the BW OAK, and one of whom is a retained expert, they have 33,450 transits of the Houston Ship Channel, an incredible amount of experience, a lifetime of experience, for these people.

10:19:46 The GENESIS RIVER's navigation expert had zero experience on the Houston Ship Channel. He has made three transits that he did for the purposes of this lawsuit. He was paid to come and ride the ship in and out. When he did it, the transits he made were outbound and were made under different conditions because the GENESIS RIVER had 10:20:01 decided that they were going too fast and they transited at a reduced speed. They decided that the vessel needed trim by the stern so that it would steer properly. It was trimmed by the stern when he made those transits.

So it's an apples-and-oranges comparison. It's a paid 10:20:18 expert who is coming in to suggest that all of these experienced Houston pilots don't know what they are talking about.

It's going to be clear that -- there's going to be a suggestion that the pilots themselves have esprit de 10:20:43 corps, I think is the way the Captain Richter described

it. They won't criticize each other. That's why they say this was a perfect passing, a textbook passing, and it was.

10:20:56 In the face of what we know happened six weeks after the incident, that argument fails miserably. There was a meeting held by the pilot board. They conducted an investigation.

And if we could see that please, Trevor. And if you'll go to Page 2 of it.

10:21:25 TECHNICIAN: Your Honor, could we get the input switched to the other table? Thank you.

MR. KLAWETTER: If you'll go to Page 2.

The pilot board, after hearing testimony from Captain Charpentier and Captain Holland, determined that the 10:21:47 accident was caused by unprecedented and unknown shoaling at the Bayport Flare and by Captain Charpentier's inability to recover control of the GENESIS RIVER because it was a poor-handling vessel, the poor-handling characteristics of the vessel. They also found that 10:22:07 Captain Charpentier lost situational awareness and did not consider all the options available to him to avoid the collision.

There was nothing said about Captain Barton on the GENESIS RIVER. There was no complaint about the GENESIS 10:22:20 RIVER. These are the pilots policing themselves, and this

10:22:37
10:23:06
10:23:22
10:23:32
10:23:41

is what they found caused the accident -- I'm sorry -- - about the BW OAK. I misspoke. There was nothing about the BW OAK.

He was required to undergo additional training. He was given a letter of reprimand. And I think maybe the best way to end would be if we could see from the mouth of Pilot Charpentier himself, the man who was at the wheel of the GENESIS RIVER, when a question was put to him about the BW OAK.

"QUESTION: With respect to the meeting and the passing that occurred, you have no criticism of the BW OAK or Captain Barton with respect to the meeting and the passing that occurred, correct?

"ANSWER: No criticism.

"QUESTION: In fact, on several occasions you've described the meeting and passing with the BW OAK as a textbook meeting and passing. Do you recall that?

"ANSWER: Yes.

"QUESTION: You stand by that testimony today, don't you?

"ANSWER: I do.

"QUESTION: And if there is an allegation made in this lawsuit that the BW OAK somehow embarrassed or interfered or impeded the navigation of the GENESIS RIVER, you absolutely reject that, don't you?

"ANSWER: I do."

Now, Captain Charpentier had every reason in the world to be critical of the BW OAK and Captain Barton if he thought he did something wrong. He had every opportunity to say something both on the day the incident occurred and as the meeting and passing were taking place. He has had an opportunity to say it in his deposition and testimony before the National Transportation Safety Board, before the pilot board, and no one, none of these pilots, criticized Captain Barton on the BW OAK.

The suggestion about the BW OAK having room on its red or starboard side to get over onto something called "the widener," you are going to see that the GENESIS RIVER had at least as big a widener on its starboard side called the Bayport Flare. If there was any need for them to get over, they had room to get over.

The reason the widener wasn't used and the reason the GENESIS RIVER didn't use the flare is because neither pilot needed it. It was a perfect setup on the straightaway and above the elbow of the flare. There was perfect separation. The ships were 161 feet apart when they met and passed one another. So the suggestion that they were too close, there is no compelling evidence of that at all.

With that, Your Honor, we're prepared to proceed.

Thank you.

THE COURT: All right. Great. Thank you all.

Before we go to our first witness, why don't we take five or ten minutes, a five- or ten-minute break, and come right back in here and we'll get started with evidence.

(Recess from 10:25 a.m. to 10:37 a.m.)

THE COURT: Thank you. You may take your seats.

Mr. Shipley, you may call your first witness.

MS. SNELL: Kirby Inland Marine calls Captain Steven Cunningham.

THE COURT: The witness stand is right up here. Would you raise your right hand to be sworn.

Do you solemnly swear that the testimony you are about to give in the case that's now on trial will be the truth, the whole truth and nothing but the truth, so help you God?

THE WITNESS: I do.

THE COURT: You may take your seat.

If you would -- the court reporter has asked that the witnesses testify without their masks on just so we can get a clean record. She is the one closest to the witness, and she is the one who is asking. I think that's fine.

Ms. Snell, you may proceed.

MS. SNELL: Your Honor, do you have a preference

whether we sit or stand during the examination?

THE COURT: I don't have a preference. You can do as you please.

MS. SNELL: Thank you.

10:39:07

**CAPTAIN STEVEN CUNNINGHAM,**

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

BY MS. SNELL:

**Q.** Captain Cunningham, where do you work?

10:39:11

**A.** I work for Independent Maritime Consulting here in Houston.

**Q.** What kind of work do you do at Independent Maritime Consulting?

**A.** Yes. My job title is a principal surveyor and

10:39:22

consultant and regional manager for the gulf region.

**Q.** Do you have a license for navigating vessels?

**A.** Yes. I'm a master mariner unlimited.

**Q.** What does it mean to be a master mariner unlimited?

**A.** I am licensed to captain any type of vessel, any size

10:39:41

and anywhere in the world.

**Q.** Are you licensed to sail as the master of a ship like the GENESIS RIVER?

**A.** Correct.

**Q.** Is the master the highest-ranking person on the ship?

10:39:53

**A.** Correct.

**Q.** Are you also licensed to sail a tugboat like the VOYAGER?
**A.** Correct. Yes.
**Q.** When did you get your unlimited master mariner license?
10:40:04
**A.** I began my career in 1997 and obtained a master's unlimited license in 2007.
**Q.** What is the kind of training that you go through in order to get an unlimited master mariner license?
10:40:20 **A.** It is a combination of time at college, but most of the time is spent sailing aboard ships of various types all over the world.
**Q.** As part of your training to get your unlimited master mariner license, did you also sail in the United States?
10:40:37 **A.** Yes. I spent a significant portion of my seagoing career in and out of U.S. ports and spent thousands of hours under U.S. pilotage.
**Q.** After you received your license -- and I think you said it was 2006 or 2007?
10:40:51 **A.** Yes. I passed the exams in 2006 and received the license in 2007.
**Q.** Okay. After you received your license in 2007, what was the next step in your career?
**A.** After those ten years of sailing at sea in 2008, I became a harbor pilot.
10:41:08

**Q.** So tell us what that means.
**A.** A harbor pilot is a mariner who is an expert ship handler and is assigned to bring ships in and out of ports in order to assist the master of vessels.
10:41:26 **Q.** Where were you a harbor pilot?
**A.** I was a pilot at the Port of Tyne in the UK.
**Q.** How many years did you spend working as a harbor pilot?
**A.** Six years.
10:41:38 **Q.** As part of your job as a harbor pilot, did you pilot tugboats like the VOYAGER?
**A.** On many occasions we piloted tugboats including those push-boat style like the VOYAGER.
**Q.** And as part of your time as a pilot, did you also navigate ships like the GENESIS RIVER? 10:41:53
**A.** Vessels of the same size and proportion type, yes.
**Q.** In what year did you finish your career as a harbor pilot?
**A.** In 2013 was when I relocated to Houston.
10:42:11 **Q.** When you relocated to Houston, what was the next step in your career?
**A.** That was when I became a surveyor consultant and expert witness.
**Q.** In addition to your master mariner license, do you hold any other degrees? 10:42:24

**A.** Yes.
**Q.** And what degrees do you hold?
**A.** I hold a master of science degree in the professional practice of marine accident investigation.
10:42:35 **Q.** And what does that course of study involve?
**A.** That was a course of study over a period of three years. It was a work-based study program, and the primary focus of the course was in the forensic analysis and reconstruction of electronic navigation data for the
10:42:56 investigation analysis of marine accidents.
**Q.** What year did you get your master's degree?
**A.** I believe that was around 2016 or 2017.
**Q.** And where is your master's degree in marine accident reconstruction from?
10:43:12 **A.** It's from Middlesex University from the UK.
**Q.** Have you testified as an expert in cases besides this one?
**A.** Yes. I have testified several times.
**Q.** In what areas have you testified as an expert?
10:43:27 **A.** I have testified -- I am accepted by the courts in areas including vessel navigation, vessel pilotage, marine accident reconstruction, and ISM safety management systems.
**Q.** Have you been accepted by courts as a qualified expert
10:43:43 in all of those areas?

**A.** Correct.
**Q.** Does your work as an expert involve investigating incidents on the Houston Ship Channel?
**A.** Yes. Many a time.
10:43:55 **Q.** Have you investigated incidents on the Houston Ship Channel?
**A.** Many cases. Yes.
**Q.** Have you been aboard vessels on the Houston Ship Channel?
10:44:04 **A.** Yes. I have been aboard general cargo vessels, tankers, and tug and tows.
**Q.** Have you written expert reports in this case?
**A.** Yes.
MS. SNELL: And those expert reports, for the
10:44:16 Court's convenience, are Kirby Exhibits 42, 43 and 44.
BY MS. SNELL:
**Q.** Do you have your reports with you today?
**A.** Yes. I have my three reports with me here.
**Q.** I want to turn now to some of the other work that you
10:44:30 have done on this case.
First of all, when were you engaged to work on this case?
**A.** Yes, I was engaged on the day of the collision.
**Q.** As part of your work on this case, have you inspected
10:44:44 the VOYAGER?

**A.** Yes, I have been aboard the VOYAGER.
**Q.** How quickly after the accident did that happen, if you remember?
**A.** I don't recall the exact date. It was likely a week or two after the collision.
10:44:55
**Q.** As part of your work in this case, have you been onboard the GENESIS RIVER?
**A.** Yes.
**Q.** And, again, if you remember, when did you get onboard the GENESIS RIVER?
10:45:06
**A.** It was around the same time, maybe one or two weeks following the collision.
**Q.** When you were on the GENESIS RIVER for your inspection, did you ask to test the steering on the GENESIS RIVER?
10:45:17
**A.** Yes. I asked to test the steering gear as well as some of the navigation equipment.
**Q.** What was the response to your request?
**A.** It was denied. I asked for an explanation. There was no explanation other than the request is denied.
10:45:28
**Q.** Is it typical for a ship not to give you permission to test its steering equipment?
**A.** In most cases and similar incidents, it's customary that the opportunity to test equipment like that is allowed.
10:45:45

**Q.** As part of your work in this case, did you attend the hearing that the coast guard and the NTSB held?
**A.** I did, yes.
**Q.** And have you attended the depositions of many of the witnesses in this case?
10:46:01
**A.** Yes. In fact, I have heard that the pilots and the crew members issued interviews, hearings and deposition testimony a total of three times.
**Q.** Have you also reviewed electronic data that was made available in the case?
10:46:18
**A.** Yes. I have reviewed all data.
**Q.** So tell us a little bit about the types of data that you have reviewed as part of your work in this case.
**A.** Yes. Sure. The GENESIS RIVER had a voyage data recorder, which is similar to a black box system, that records the audio as well as powermetric data from all of the sensor inputs aboard her vessel. I have reviewed the pilot's portable pilot units from both the BW OAK as well as the GENESIS RIVER. The Rose Point chart playback from the VOYAGER has been reviewed as well as the CCTV camera footage that is available. And I have reviewed the U.S. Coast Guard VTS or vessel traffic services recordings and playbacks of the audio captured over the VHF radios.
10:46:37
10:46:57
**Q.** So as we just went through that list, there are a lot of acronyms. Have you prepared a glossary of terms that
10:47:21

explains what some of these acronyms mean?
**A.** Yes, I did.
MS. SNELL: Your Honor, for the Court's convenience, Captain Cunningham has prepared a glossary of some of the abbreviations that he is going to be talking through today and some of the terms that he is going to be using. For the Court's convenience, we would like to offer the Court just a one-page glossary to make it a little bit easier to follow some of the terminology.
THE COURT: That's fine.
MS. SNELL: Counsel also has received a copy.
THE COURT: Do you have a copy for our court reporter, too?
MS. SNELL: Yes.
THE COURT: Okay. Great.
BY MS. SNELL:
**Q.** Captain Cunningham, I'll give you one, too, just so you have it with you.
**A.** Thank you.
**Q.** So as we go through your testimony today, we're going to be talking about some of these terms.
And just describe why it is that you put this one-sheet glossary together.
**A.** Yes. As we will hear, there are many terms and acronyms such as ECDIS, PPU, AIS, GPS, and a lot of terms

that are used locally to describe the channel such as a one whistle, two whistle, red side, green side.

**Q.** We have already heard some of those terms today. As we go through, I'll try to remember to stop to let you explain unfamiliar language, at least to me, as we get through your testimony today.

**A.** Absolutely.

**Q.** All right. As part of your work in this case, have you also reviewed the documents produced by the parties to the litigation?

**A.** Yes. I have received and reviewed all of the production from each individual party.

**Q.** I want to turn now to the day of the collision and talk a little bit about how the Houston Ship Channel works. So, first of all, what was the day that the collision happened?

**A.** The collision occurred on May 10, 2019.

**Q.** And approximately what time was the collision?

**A.** It was at 15:16 hours local time.

**Q.** What does that translate into for non-maritime time?

**A.** About a quarter past 3:00 in the afternoon of May 10, 2019.

**Q.** What was the weather like that day?

**A.** Clear, fair, no issues with the weather.

**Q.** Where in the ship channel did the collision occur?

**A.** It occurred below Bayport Flare just north of Beacon 74.

MS. SNELL: Ms. Fastow, we're going to go to Kirby Exhibit 33, Page 3.

10:50:36 BY MS. SNELL:

**Q.** Captain Cunningham, we're looking at an excerpt from one of your reports. What are we looking at here?

**A.** This is an extract from the official nautical chart issued by the NOAA. It is to provide an overview of the
10:50:53 area of Bayport Flare and the area below where GENESIS RIVER first took a sheer and to show the area where the collision occurred.

**Q.** By the way, do you have a pointer on the stand?

**A.** Yes.

10:51:06 **Q.** There we go.

**A.** Yes. There we go.

**Q.** Okay. So show us again where the sheer first occurred.

**A.** Yes. Well, we'll start from the top. This is -- the
10:51:17 area circled in red is what is known as Bayport Flare. It's basically an intersection between the main shipping channel, which proceeds from north to south and intersects with the Bayport channel. And there is a wide flair there because very large container vessels need to turn in and
10:51:34 out of the Bayport ship channel.

Buoy -- Beacon 75, located just below the Bayport Flare is near the area of the initial sheer, which is shown here on the starboard side of the channel indicated by a blue circle. And then slightly to the south on the red side of the channel was the -- slightly on the red side of the channel north of Beacon 74 is the area of collision.

**Q.** If we go to the channel blowup, we're going to look at a different picture; and I'm going to ask you to explain the dimensions of the Houston Ship Channel.

**A.** Sure. This is an extract from the electronic version of the nautical chart. It was chosen because it provides a clearer and easier to understand description of the dimensions of the channel. We chose the areas between Beacons 73 to 74 because those beacons clearly indicate the outside limits of the barge lanes.

So the area indicated now marks the main shipping channel, which has a width of 530 feet. On either side of the main shipping channel, we have an inbound barge lane 235 feet wide and outbound barge lane also 235 feet wide.

**Q.** We heard reference already in the opening statements today to the red side of the channel and the green side of the channel. Can you explain what the red side of the channel is and what the green side is?

**A.** Yes. The -- when proceeding into port, the starboard

side of the channel is typically marked by red buoys or beacons or markers, as shown here with the red Beacon 74; and the port side of the channel proceeding inbound is marked by a green marker or beacon.

10:53:39 **Q.** Green meaning outbound or inbound?

**A.** If you are -- if you are outbound, green is on your starboard side.

**Q.** And then you mentioned the barge lanes. What kind of traffic is supposed to travel in the barge lanes?

10:53:59 **A.** So inland towing vessels and other small vessels will typically have the opportunity to use the barge lanes for navigation, whereas larger vessels are limited to the main shipping channel.

**Q.** So this is probably a good time to talk about the
10:54:18 dimensions of the ship channel in terms of depth. So if we go to Kirby Exhibit 33, Page 1.

Captain Cunningham, what are we looking at with this exhibit?

**A.** Yes. This is a simplified illustration of the Houston
10:54:40 Ship Channel. It's an intersection profile view. It is to show the dimensions, as we've already discussed, which is the main channel is two hundred and -- sorry, the main channel, 530 feet wide with a project depth of 46 feet at the time that we -- although, the reports of this chart
10:55:05 show 45 feet where the actual depth was 46.

So it shows that the main channel has a 46 for depth and the project depth of the barge lanes is listed over here as 12 feet and the barge lanes are 235 feet wide with a transition between the main lane and the barge lanes.

10:55:27 **Q.** You've used the term "project depth." And what does that mean?

**A.** A project depth is the minimum specified depth. But the reality is that the depths are typically -- if I can get my marker up here -- the center of the channel is 10:55:44 typically deeper. The area here is known as the channel tows, which would -- are the first areas to shoal and typically have a lesser depth than the main channel by a few feet. This area here is called the top of the channel slopes, and they are typically deeper and overdredged.

10:56:07 So it's important to understand that this is a simplified drawing. And the actual transition between the main channel and the barge lane, it's impossible to maintain that profile.

So the depth varies a lot more gently. You go from 10:56:22 46 feet in the main channel to eventually you will reach 12 feet all the way on the outside edge of that barge lane. But the main point and takeaway is that the depths are not exactly as stated. These are minimum depths. Actual depths are typically greater in most places.

10:56:39 **Q.** So this is, basically, a simplified tool that we're

looking at on the screen right now?
**A.** Exactly.
**Q.** If we go back to Kirby 33, Page 3 for just a minute.
I just wanted to ask before we go on: On the day of
10:57:02 the collision, May 10, in what direction was the GENESIS RIVER traveling?
**A.** The GENESIS RIVER was proceeding southbound or outbound. So from the top of the chart towards the south.
**Q.** What side of the channel is that? Red or green?
10:57:21 **A.** That is the green side, outbound side of the channel.
**Q.** On the day of the collision, where was the VOYAGER traveling?
**A.** The VOYAGER was on the red side or inbound side, and they were proceeding from south to north.
10:57:34 **Q.** Were they in the barge lane?
**A.** They were in the barge lane, correct.
**Q.** Is that the place where they are supposed to be?
**A.** Exactly.
**Q.** As part of your work in this case, did you make a
10:57:52 transcript of the GENESIS RIVER's VDR?
**A.** Yes, I did.
**Q.** Describe the process that you used to make the transcript?
**A.** I made a transcript of the VDR audio recording from
10:58:06 the GENESIS RIVER. The process to make that transcript is

to listen several times, numerous times to the audio. Various channels can be isolated. And the idea is to document the time and transcribe as accurately as possible what was said or what occurred.

10:58:28 **Q.** So let's go to Kirby Exhibit 39. Is this the first page of your transcript?

**A.** This is the cover page, correct.

**Q.** By the way, in order to make this transcript, how many hours do you think it took?

10:58:44 **A.** I estimate spending 20 to 30 hours preparing this transcript.

**Q.** And did you listen to the VDR, I assume, multiple times?

**A.** Many, many times, yes.

10:58:56 **Q.** Other than the VDR, did you use other data to help you compile the transcript?

**A.** Yes. Some of the other sources available, for instance, are the U.S. Coast Guard audiotapes of the VHF. So all sources are considered, isolated individually in

10:59:15 order to produce the more accurate transcript.

**Q.** Remind us again. What is the VDR?

**A.** It's the voyage data recorder which records the events of the GENESIS for that day.

**Q.** If we look at Page 1 of your transcript, there is a

10:59:34 note in the middle about the timing of the VDR audio?

**A.** Correct.
**Q.** So tell us -- tell us what your note says.
**A.** The -- when you play the audio together with the data on the VDR playback software, there was a synchronization issue or difference between the audio and the data. The audio plays 7 seconds too early.
**Q.** So you made a distinction between the audio and the data. Can you tell us the difference between the two? How is it that they can be off by 7 seconds?
**A.** Yes. So there is a different recording mechanism. Each is recorded independently. Audio files are recorded to one file. All of the ^ start plyrometric data is recorded to another file.
**Q.** So we have one file for the audio, if I'm following you correctly, and then one file for the data from the GENESIS RIVER's VDR. Did I get that right?
**A.** Yes. And it's multiple files in each.
**Q.** Okay.
**A.** A set of files for audio, a set of files for the data.
**Q.** Okay. And in the data files, what kind of information is recorded, just in those data files?
**A.** Yes. Various powermetrics of settings on the GENESIS RIVER such as the speed, the heading, position, engine setting, engine RPM, and many other things.
**Q.** Then you have another note at the bottom of the

section about the timing of the audio that 7 seconds should be added to your transcript of the audio. Can you explain that?

**A.** Yes. So when the transcript was made, it was made using the VDR time, which was in UTC. So the transcript follows the VDR's original time. But when we're reviewing all the other data sources, such as the PPU, the Rose Point, they are all time synchronized to UTC. So in order to correlate the transcript to the other sources, you have to add 7 seconds to the transcript time.

**Q.** So if somebody is reading your transcript, for every time entry do they need to add 7 seconds?

**A.** To convert to actual time or UTC, correct.

**Q.** Okay. Did the NTSB also make a transcript of the GENESIS RIVER's VDR?

**A.** Yes, they did.

**Q.** Did you look at that transcript while you were making your transcript?

**A.** Yes. They had produced a preliminary transcript at the time. So I was able to build upon their transcript to expand the period and make it more accurate.

**Q.** Did the NTSB also find that the audio was slightly off from the data file?

**A.** They did, yes.

**Q.** And by how many seconds?

**A.** In their preliminary transcript they made, it was 9.4 seconds. And then in October 2020, they issued a revised transcript where they determined the time was 8 seconds difference.

11:02:47 **Q.** Does it make any difference to the issues in the case as to whether the audio is 7 seconds or 8 seconds out from the data?

**A.** No. The difference of 7 to 8 seconds between my transcript and the NTSB transcript is very close and makes 11:03:07 no significant difference to any analysis.

**Q.** What about the difference between 7 seconds and 9 seconds?

**A.** Even the 2.5 seconds made no major difference in the analysis.

11:03:20 **Q.** Has any expert in this case criticized your transcript?

**A.** No.

**Q.** Has any expert in this case disagreed with your transcript?

11:03:27 **A.** No.

**Q.** Captain Cunningham, did you also make a video of the collision in the moments leading up to it?

**A.** I did, yes.

**Q.** What was the purpose of the video that you made?

11:03:46 **A.** Because of the multiple sources of information

11:04:04 available, they can be reviewed individually. But to really understand and to visualize what is happening, it's important to synchronize all of those sources to view them side by side and also understand what is being said at those moments.

**Q.** When you went through the process of making your video -- and we'll talk about it in more detail as we look at the video, but what were the four sources that you included in your video?

11:04:17 **A.** The upper left quadrant is a screen capture of the pilot's portable pilot unit. The upper right is selected data from the voyage data recorder. So some of the powermetric data from the GENESIS RIVER's VDR system. The lower right was the screen capture of the VOYAGER's chart 11:04:47 playback system, which indicates their position into the data.

And then in the lower right, we took the CCTV video footage showing the viewpoint from the vantage point of the VOYAGER.

11:05:03 **Q.** Before we show the video, can you explain how you ensured that all of the timing from these four sources is synced up together to play together at the same time?

**A.** Yes. The first three sources -- the pilot's PPU, the VDR, and the Rose Point data -- were all UTC time-synced. 11:05:29 So those times just had to be matched. The CCTV was found

11:05:46 11:06:01 11:06:17 11:06:33 11:06:54

with a difference of 7 minutes and 8 seconds. So it had to be adjusted by that time. And, of course, the audio that we hear, which is the audio as recorded on the bridge of the GENESIS RIVER, was adjusted for the 7-second difference so that all of these sources are now synchronized and provide a more clear picture of what happened.

**Q.** You mentioned the audio that is included in your video. And before we listen to it, I want to touch base on one point related to the audio.

You said that the audio is from the GENESIS RIVER's voyage data recorder; is that right?

**A.** That's right.

**Q.** Before we play the audio, can Captain Marie hear everything that we're going to hear in this audio recording from the GENESIS RIVER's VDR?

**A.** No. Not at all. Those are the conversations that took place person to person on the bridge of the GENESIS RIVER and are not audible to Captain Marie.

**Q.** Just generally speaking, what does Captain Marie hear in terms of his communication with the GENESIS RIVER?

**A.** The only communications that Captain Marie can hear from the GENESIS RIVER are those over the VHF radio when Pilot Charpentier makes a call over the radio to the VOYAGER.

**Q.** Okay. Has any expert in this case criticized your video?
**A.** No.
**Q.** Has any expert in this case disagreed with anything in
11:07:05 your video?
**A.** Not at all.
**Q.** When we play the video, we're going to hear the voice of Captain Charpentier and others on the bridge of the GENESIS RIVER, along with Captain Marie. We heard a
11:07:21 little bit about Captain Charpentier in opening statements, but just to refresh our memory, who is Captain Charpentier?
**A.** Captain Charpentier was one of the Houston pilots assigned to assist the vessel master of the GENESIS RIVER
11:07:34 that day with the transit through the Houston Ship Channel.
**Q.** Even though Captain Charpentier is onboard the GENESIS RIVER as the pilot, who on the GENESIS RIVER has the ultimate authority for the navigation of the vessel in a
11:07:50 safe manner?
**A.** The master always retains the ultimate responsibility for the safety of the vessel and is at all times in command of that vessel.
**Q.** Before we play the video all the way through, is there
11:08:07 anything else you would like to set up for us in terms of

what we're going to see when we start playing it?

**A.** I think if -- on this occasion if we play it without comment, I don't think there is anything else at this point.

11:08:24 **Q.** Okay. Just to get us oriented in time, where does the video start?

**A.** The video starts just prior to the passing of the GENESIS RIVER with the BW OAK.

**Q.** Okay. We'll go ahead and play it, and we'll play it first all the way through. 11:08:43

(Audio and video played.)

BY MS. SNELL:

**Q.** Captain Cunningham, we're going to go through the video in smaller segments so you can explain in more detail what happened. 11:15:05 But just big picture, give us a summary of what we saw in the video as to how the collision happened.

**A.** Sure. What we just saw was that the unsafe conditions and excessive speed on the GENESIS RIVER meant that they went too fast. 11:15:26 They lost control. They crossed to the wrong side of the channel, which is an undisputed violation of the collision regulations. They entered the barge lane, took a second sheer and back towards the escaping VOYAGER tow.

11:15:44 **Q.** We also heard in the audio recording a lot of what

people would call salty language. Was that audio something that Captain Marie could hear in the wheelhouse of the VOYAGER or was that something that was only being said on the bridge of the GENESIS RIVER?

11:16:03 **A.** Only on the bridge of the GENESIS RIVER. So Captain Marie did not hear any of the commotion going on aboard the GENESIS RIVER, other than the few VHF calls that he received.

**Q.** Before we play back the video in smaller segments, you

11:16:22 mentioned that there is also a VTS recording?

**A.** Correct.

**Q.** And what is VTS?

**A.** U.S. Coast Guard Vessel Traffic Services.

**Q.** What does the VTS recording have on it?

11:16:35 **A.** So they recorded only the VHF conversations on various channels. For instance, Channel 13 is the vessel-to-vessel communication channel, which is what the vessels were using that day.

**Q.** So if we listen to the VTS Channel 13, will that give

11:16:56 us a better sense of what Captain Marie could actually hear in the wheelhouse of the VOYAGER?

**A.** Absolutely, yes.

**Q.** So we don't have to go through the whole VTS recording, but just to give everybody a sense of what

11:17:09 Captain Marie could hear on the VOYAGER versus what was

happening on the bridge of the GENESIS RIVER, I want to play just a small segment of the VTS recording of Channel 13, which is Exhibit 37. And we're going to start at 4220 in Exhibit 7.

11:17:34 But before we play the recording for just a short bit, can you explain the start point?

**A.** The start point is seconds prior to the first GENESIS RIVER call to the VOYAGER.

**Q.** All right.

11:18:10 (Audio played.)

BY MS. SNELL:

**Q.** All right. You can stop it there.

So in that segment, what are we hearing?

**A.** We are hearing the VHF communications between the two vessels. 11:18:53

**Q.** And who are the people speaking?

**A.** Pilot Charpentier and Captain Tony Marie.

**Q.** To be clear, Captain Tony Marie was able to hear the communication from Captain Charpentier coming in to him on 11:19:10 the radio, as recorded in the audio that we just listened to?

**A.** Correct.

**Q.** So, if you don't mind, let's go back to your video, Exhibit 41. And I think you have already explained what 11:19:29 data is included in each of the four quadrants. Is the

data recorded in each quadrant from the day of the collision?

**A.** Exactly. All data is from the actual day that the collision occurred.

11:19:47 **Q.** Do you want to take us through the first segment of the video?

**A.** Yes.

(Audio and video played.)

**A.** So, before we begin, I'm going to point out some of 11:20:08 the areas that are particularly important to draw attention to what we can see.

So the time -- we'll see different time sources here. We have already explained the CCTV time is incorrect. So that's why it's being adjusted by 7 minutes 8 seconds. To 11:20:30 know the actual time, the two sources, we can view the VDR, which shows the time right now as 20:11:26. That is in UTC time. The pilot's PPU unit shows 15:11:26, which is the local time.

Some of the data available on the VDR system that is 11:20:51 most relevant here is we can see what the engine setting was of the GENESIS RIVER. So, even at this moment, they are already at navigation full speed, which is above the normal maneuvering range of that engine. It shows that the RPMs are 72.6 at this moment. We see the speed of the 11:21:12 vessel at this moment is 12.2 knots per the GPS. But it

also tells us what the speed through the water is. The water speed takes into account the incoming tide. We can see that's 13.1 knots, which is the relevant speed when considering hydrodynamic effects of the vessel.

11:21:32 And down here we can see the rudder angle of the GENESIS RIVER.

The Pilot's PPU, of course, is the best source of data to show us the actual position of the GENESIS RIVER in the channel. It shows us the heading and speed of the vessel, 11:21:47 again, over here. And this indicator is known as a rate-of-turn indicator, which will indicate which direction the vessel is turning and at what rate and degrees per minute they are turning at.

The Rose Point is the playback -- the chart system 11:22:07 playback from the VOYAGER's system. Again, this shows us the -- it's the best source of information to show the position of the VOYAGER as well as their projected path.

And, of course, the CCTV gives us the -- an actual view of what Captain Marie could have seen looking out the 11:22:30 window at that time.

So, before we begin the next segment, it's going to begin where we hear the conversation between the two pilots of the BW OAK and the GENESIS RIVER. Those are the first two voices we hear.

11:22:46 (Audio played.)

BY MS. SNELL:

**Q.** So if we stop the video there, Captain Cunningham, just give us an overview of what we have seen and heard in that first segment.

11:23:40 **A.** Yes. We heard the pilots having a casual conversation during their passing. Both vessels are lined up to pass in a usual and customary manner.

We heard the pilot of the GENESIS RIVER, which is Pilot Charpentier. He is being given a series of rudder 11:24:04 commands consistent with the passage up until this point. Occasionally, he is having to use large rudder angles to steer the vessel. However, we just heard him reduce the rudder -- the rudder to midships, suggesting that the vessel is still under control at this point. So there is 11:24:19 nothing unusual about the passing.

**Q.** What did you notice about the GENESIS RIVER's speed at this point?

**A.** So we go to the VDR segment. We can see that their speed per the GPS is 12.5 knots and the speed through the 11:24:32 water is 13.1 knots.

**Q.** And where is the VOYAGER at this point?

**A.** The VOYAGER, we see on their chart system that they are navigating in the inbound barge lane. And on the CCTV angle we can see, for instance, on the starboard side this 11:24:52 is Beacon No. 74, which they are about to pass.

**Q.** Is the VOYAGER exactly where she is supposed to be?
**A.** Yes, in the barge lane.
Before we continue, what we're about to see is the GENESIS RIVER having passed the BW OAK and passing clear. They will transition from the open area of Bayport Flare and back into the 530-foot wide channel.
(Audio played.)
BY MS. SNELL:
**Q.** That was a short segment. What did you note in that segment, Captain Cunningham?
**A.** That the BW OAK and GENESIS RIVER have now passed. They are actually clear by around one ship length at this point, and the pilot has just ordered the rudder from starboard 20 to amidship as he is going to attempt to realign with the main channel.
**Q.** When you say "realign with the main channel," what do you mean?
**A.** So this -- when he makes the turn at this juncture here, the alignment of the channel is one four six and he needs to realign to move back towards the alignment of the channel. So he wants the vessel to turn to port at this time to come back into alignment.
**Q.** Now, you mentioned at this point the BW OAK and the GENESIS RIVER have already passed clear of each other. And how much space did you say is between them,

approximately, at this point?
**A.** They are now clear by one ship length.
**Q.** Did you find anything unusual in the passing of the BW OAK and the GENESIS RIVER?
11:27:01 **A.** No. That was a perfect passing maneuver.
**Q.** Before we play the next segment, where is the VOYAGER at this point?
**A.** The VOYAGER, as seen in the CCTV as well as the chart, they continue inbound in the barge lane. And again, we
11:27:21 see Beacon 74 on their starboard side.
**Q.** Anything else to note before we go to the next segment?
**A.** Yes. So what we're about to hear is -- as the GENESIS RIVER re-enters the channel, this is when we're going to
11:27:38 notice the combination of their excessive speed and the poor-handling characteristics of the vessel are going to cause a bank sheer and the vessel will start turning, sheering to port. And we're going to hear the pilot order "hard to starboard" in response to that.
11:28:00 (Audio played.)
BY MS. SNELL:
**Q.** Before we played this segment, you noted that the GENESIS RIVER went hard to starboard in this segment. Why was that something that you wanted to point out?
11:28:29 **A.** They are now almost two and a half degrees short of

being in alignment with the channel. But what you notice from the rate-of-turn indicator is at this point it starts to increase the rate of turn as the vessel commences a sheer to port.

11:28:48 **Q.** Where is the VOYAGER at this point?

**A.** The VOYAGER is almost now passing Beacon 74. And it's important to point out that that beacon marks the edge of the barge lane and there is insufficient water and shallow water on the other side of that beacon, as indicated in 11:29:13 the nautical chart.

**Q.** Can you also show us on the pilot's PPU where the VOYAGER is?

**A.** This is the VOYAGER as shown on the Pilot's PPU (indicating).

11:29:23 **Q.** Now, at this point in time, is the VOYAGER aware of the problem that the GENESIS RIVER is starting to experience with the excessive swing to port?

**A.** No. This is evident from the position that they can see in their chart of the GENESIS RIVER; and the position 11:29:44 visually, there is absolutely nothing that would indicate that there is any issues with the GENESIS RIVER at this point from the perspective of the VOYAGER.

**Q.** That was something only the GENESIS RIVER knew?

**A.** At this point, yes.

11:29:59 **Q.** Is there anything else that you wanted to note about

this segment of the video?
**A.** Well, just before we play the next segment, we're about to hear Pilot Charpentier become concerned as the vessel continues to swing to port, is not checking up; and 11:30:15 he is about to call the VOYAGER for the first time. So we will again hear that communication.
(Audio played.)
BY MS. SNELL:
**Q.** Captain Cunningham, what do we hear in that segment?
11:30:41 **A.** That was the first call from Pilot Charpentier to the VOYAGER. They said, "We're trying to check this up. Just keep an eye on me."
Of particular note is that, from the CCTV footage aboard the VOYAGER, we saw that Captain Marie was 11:30:58 extremely alert and he responded immediately to that call from the pilot.
**Q.** From Captain Marie's perspective at this point, do you -- do things still look okay on the GENESIS RIVER, from what he can see on his Rose Point display and from 11:31:16 his viewpoint at the wheelhouse?
**A.** At this point, everything still looks okay. He is aware now that the GENESIS RIVER is trying to check up, and he is alert and ready to respond, if required, already considering his options.
11:31:35 **Q.** Is there anything else that you noted in this still

before we go to the next segment?
**A.** Nothing else to note. But, again, before we play the next segment, this is when we're about to hear Pilot Charpentier make his first request for additional revolutions of the ship's propeller, which would help to check or break the sheer to port.

(Audio played.)

BY MS. SNELL:
**Q.** Captain Cunningham, in that short segment what did we hear?
**A.** We hear Pilot Charpentier becomes more concerned as he realizes that they are sheering across the channel towards the wrong side of the channel, and that was his first communication where he suggests or advises the VOYAGER to go to the greens.
**Q.** What does Captain Marie say in response to Captain Charpentier's request?
**A.** Yes. From his perspective, that is clearly the best option. It's the only escape route. And he responds immediately to that request, as is evident through his ensuring the throttles are full ahead and his rudders hard to port to commence that turn.
**Q.** Can you see that Captain Marie -- can you see it on his screen that he has got the throttles going and is making the turn to port as fast as he can?

11:33:40
11:33:58
11:34:14
05:07:17
11:35:18

**A.** Yes. What we saw is that he put the throttles to full ahead, and we're about to see him move the rudder full to port, because this is still within a second of that request, and his chart system is also going to show that the vessel commences that turn immediately.

**Q.** Before we get to Captain Marie's turn, you mentioned that in this last segment we heard Captain Charpentier asking for more RPMs. What was the reason Captain Charpentier asked for more RPMs?

**A.** So, he is extremely concerned that the vessel is not checking up and they are crossing the channel. So his request for additional RPMs is his attempt to increase the thrust over the vessel's rudder to regain control of the vessel.

**Q.** Did Captain Charpentier get those additional RPMs that he requested?

**A.** He never did. And, in fact, before we play the next section we're about to hear him reiterate that request for more RPMs. This time he insists that he wants "everything we've got." The second officer, in fact, advises they are going to full, but he never complied with that order.

(Audio played.)

BY MS. SNELL:

**Q.** Captain Cunningham, what did we hear in that segment, first with regard to the additional RPMs that Captain

Charpentier requested?
**A.** Yes. We heard him request, "Give me more RPMs, everything you have got."

The second officer advised, "Yes, sir. We are going to full."

11:35:32

What we also saw at this point is the VOYAGER does commence the turn to port. We can see on the Rose Point system over here that their 3-minute projected position is that they will be on the other side of the channel. They are turning rapidly to port in excess of 30 degrees per minute. That was also visible on the CCTV footage.

11:35:49

**Q.** At this point, where is the GENESIS RIVER headed?
**A.** At this point, we see from the Pilot's PPU that the GENESIS RIVER is now crossing the centerline to the channel, a violation of Rule 9 of the collision regulations, which is in addition to the multiple violations they have made up until this point to end up in this situation.

11:36:07

**Q.** So they are crossing the centerline. And where is the GENESIS RIVER headed at this point?

11:36:25

**A.** The GENESIS RIVER is headed to the red side or the inbound side of the channel towards the barge lane.
**Q.** Is there anything else you wanted to note in this segment?
**A.** We just heard the -- this is the first time that Pilot

11:36:45

Charpentier mentioned the possibility they would take another sheer. But at this point, the VOYAGER is already committed to their turn to port.

(Audio played.)

11:37:49 BY MS. SNELL:

**Q.** So, as we listen to this segment, we hear some communications between Captain Charpentier and Captain Marie, but then are there also communications on the bridge of the GENESIS RIVER, again, that Captain Marie

11:38:04 can't hear; is that right?

**A.** Yes. He cannot hear any of the communications between the pilots and the ship's crew.

**Q.** When Charpentier -- Captain Charpentier in that segment orders hard to port, what is he trying to do?

11:38:22 **A.** Yes. At this point he is ordering hard to port because he wants to hold and remain on the port side of the channel so that he can complete the passing of the VOYAGER.

**Q.** Was Captain Charpentier's effort to hold the port side

11:38:38 of the channel successful?

**A.** Well, again, he has requested the additional RPMs. One of the reasons he wanted those RPMs was for this moment that he would have an opportunity to hold the port side of the channel. And so what we will see is that his

11:38:57 attempt to hold the port side was not successful.

11:39:13 11:39:35 11:39:54 11:40:46 11:41:08

**Q.** And in terms of red and green, the port side of the channel, is that the red side of the channel?
**A.** That's the port side from the point of view of the GENESIS RIVER, so the red side of the channel of the inbound barge lane.
**Q.** Okay.
**A.** What this moment also shows is that the VOYAGER is now entering the channel. Again, we see the three-minute predictor shadow which predicts their position in the next three minutes and that it is evident that, if the GENESIS RIVER does hold the port side or the red side of the channel, that they will pass clear of the VOYAGER.
**Q.** Was there anything else you wanted to note about this segment?
**A.** That's all. Thank you.
(Audio played.)
BY MS. SNELL:
**Q.** Captain Cunningham, what have we heard in that last segment?
**A.** Well, we saw the GENESIS RIVER enter into the barge lane. Pilot Charpentier was unable to hold the port side of the channel. And at this -- seconds before we stopped there, he ordered the rudder hard to starboard, as he is resigning to the fact that he cannot avoid a collision and will swing back towards the VOYAGER.

**Q.** Did the GENESIS RIVER, in fact, swing back towards the VOYAGER?

**A.** Yes. We're about to see that in the final segment.

Another thing of note is that we go back to the RPM indicator, and this confirms the additional RPMs or the increase to maximum power was never provided. So Pilot Charpentier never received the additional thrust he requested.

And it's also apparent in the data on all of these three sources that had the GENESIS RIVER continued on the port side or the red side of the channel, the VOYAGER tow is going to clear and will have passed clear.

**Q.** When you say "passed clear," do you mean that the VOYAGER would have been able to escape?

**A.** Yes. Exactly.

**Q.** And then can you show us -- you mentioned that the GENESIS RIVER is actually in the barge lane at this point. Can you show us where that is?

**A.** Yes. The pilot's PPU shows that the bow has entered the barge lane to a significant extent. The Rose Point system shows the same. What we will see is that, as they take a -- the bank rejection and sheer out of the barge lane, they penetrate to an even further extent.

**Q.** Anything else to note in the segment?

**A.** We can move on. Thank you.

(Audio played.)

BY MS. SNELL:

**Q.** Is that the last segment, Captain Cunningham, that you wanted to go through?

11:43:39 **A.** Yes. And we stopped here just to point out that we saw the collision occur. We saw how powerful the impact was. We had a 70,000-ton vessel which sliced all the way through the first barge. What we see on the CCTV and what the video also shows is the impact was so great, it caused

11:44:00 the second barge to capsize and the VOYAGER tug to break away from the tow or barge unit. And they almost capsized, too, when, in fact, they were very lucky and fortunate that they did not.

**Q.** Thank you for walking us through those segments.

11:44:20 To put it back into perspective, can you give us a summary of what, in your view, caused the collision as we see it in the video?

**A.** It is the unsafe operating condition of the GENESIS RIVER, the excessive speed. They went too fast, which

11:44:41 resulted in a bank rejection, a loss of control, a violation by crossing to the wrong side of the channel. They were unable to regain control, so they entered the barge lane and suffered a second sheer and back towards the VOYAGER in which they collided.

11:44:58 **Q.** When the GENESIS RIVER collided with the VOYAGER, was

the VOYAGER trying to escape the collision?
**A.** Yes. They had been forced to take evasive action, an emergency maneuver, in an attempt to avoid collision.
**Q.** Before we even get to what we see on the video, from
11:45:26 your review of the documents in the case and the other data available to you, did you identify problems or failures on the GENESIS RIVER that occurred even before the video started that created the conditions that allowed this collision to occur?
11:45:45 **A.** Yes. There were many shortcomings and failures which ultimately led to the unseaworthy condition of the vessel and allowed this dangerous situation to manifest, resulting in what we have just seen.
**Q.** So we're going to flip back in time and go to the
11:46:05 beginning of the voyage and talk about some of those failures that occurred even before the GENESIS RIVER got to the Bayport Flare.
Captain Cunningham, is this an exhibit that you put together to summarize the failures that you saw on the
11:46:24 GENESIS RIVER even before the GENESIS RIVER got to Bayport Flare?
**A.** It is, yes.
**Q.** We'll walk through these in a little bit more detail, but just give us a big-picture summary of the types of
11:46:36 failures that you saw on the GENESIS RIVER.

**A.** Sure. And I'll -- again, at the bottom of this chart the -- I think if we go back, we can show the whole.

So they prepared a risk assessment, which was subsequently completely ignored. The passage plan that they prepared, which has been discussed to some extent so far, six to eight knots, and there are many other things within their passage plan, too, and again completely ignored by the crew.

The trim, which we will further explain, created an unsafe condition of the vessel and led to poor directional stability.

The crew failed to provide the information to the pilot that was necessary for the pilot to perform their role.

The navigation equipment, which is essential -- it's a requirement; it's critical to the safe navigation of a vessel such as the GENESIS RIVER -- was put in standby; but for all intents and purposes, it was switched off and not available.

The crew were fatigued. We will explain how those issues also contributed to the dangerous situation and lack of situational awareness and it, in effect, culminated in an ineffective bridge team.

All of these building blocks combined, allowing the vessel to proceed at this excessive unsafe speed, which

will result in the sheer of the vessel, and everything else thereafter.

**Q.** So let's start with the first block in your exhibit. So the first block is that the GENESIS RIVER ignored their own risk assessment.

11:48:18

First of all, what is a risk assessment?

**A.** The risk assessment is a procedure. For instance, in this case it was for navigating the Houston Ship Channel for departure on May 10, 2019. Various activities

11:48:36

associated with the transit are identified. Hazards associated with those activities are also documented and identified. The combination of the consequence of those risks together and those hazards together with the severity determines a risk factor. You can then put into

11:49:00

place additional mitigating measures so as to reduce the risk to a safe, acceptable level.

**Q.** If we look at Kirby Exhibit 60, is this the risk assessment that the crew of the GENESIS RIVER prepared on May 10th?

11:49:19

**A.** It is, yes.

**Q.** So you mentioned that the risk assessment identifies activities. What are some of the activities that are identified in the risk assessment?

**A.** Yes. So in the first column here, "activities", they

11:49:33

have identified insufficient underkeel clearance, the

narrow width of the channel, high speed of the vessel, and various navigation aspects on the next page that identify crew fatigue even as one of the activities.
**Q.** And then do they identify a hazard level associated with the activities?
11:49:57
**A.** Yes. The hazard level is over here under the risk column. "L" for low, "VL" for very low, and "H" for high.
**Q.** You mentioned that there is an activity for high speed?
11:50:15 **A.** Correct.
**Q.** What is the risk that the GENESIS RIVER's own crew associated with high speed?
**A.** That it was a combination of the consequence and probability creates a high risk.
11:50:30 **Q.** The same question for the activity of the fatigue and stress, which is on the second page. What is the risk level that the crew itself associated with fatigue and stress?
**A.** High.
11:50:48 **Q.** Does the risk assessment also include measures that the crew believed could reduce the risks identified in the risk assessment?
**A.** Yes. They identify existing measures and additional measures to be put in place.
11:51:06 **Q.** What did you notice about the risk reduction methods

that the crew of the GENESIS RIVER identified as a way to reduce the risk of the passage?

**A.** Yes. As highlighted here, one of the common themes is that the vessel should just do minimum safe navigable speed. They should further reduce speed, if possible. The engine room must be manned; engines always maneuverable; and again mentioned the reduction of speed. Additional control measures included reducing to a safe speed and, again, reduce speed if required.

11:51:29

**Q.** Does the risk assessment also envision that the crew would use the ECDIS unit to reduce the risk?

11:51:48

**A.** Another common theme within this risk assessment is the use of the ECDIS equipment for monitoring the passage, for setting alarms and the safety settings.

**Q.** Does the risk assessment also identify some additional hazards of transiting the ship channel that were anticipated on May 10th?

11:52:10

**A.** Yes. Under the "identification of hazards", some of them include grounding or interaction. "Interaction" is another name for the hydrodynamic effects of squat or bank effect.

11:52:29

**Q.** Captain Cunningham, on May 10th did the GENESIS RIVER follow its own risk assessment?

**A.** It was, in fact, completely ignored.

**Q.** Let's go back to your failure chart. What was the

11:52:50

next failure that you noted on the GENESIS RIVER on May 10th?

**A.** It's with regards to the passage plan. They ignored the passage plan.

11:53:07 **Q.** What is a passage plan?

**A.** Every vessel will prepare a document and checklist to plan a voyage from Point A to Point B. A passage plan includes all of the waypoints, the tracks of the vessel, the planned speeds and any control measures that should be put in place for that leg of the passage.

11:53:28

**Q.** If we can look at Exhibit 61. Captain Cunningham, what is Exhibit 61?

**A.** This is a copy of their first page of the passage appraisal record dated 10th of May, 2019.

11:53:50 **Q.** And you mention that you use the passage plan to, among other things, plan for the safe speed of the vessel at different points in the voyage, correct?

**A.** Correct.

**Q.** So for this voyage on May 10th, when the GENESIS RIVER's crew did the passage plan, what was the safe speed that the GENESIS RIVER's own crew planned for in the area of the Bayport Flare?

11:54:08

**A.** Yes. It was 6 to 8 knots, and I believe it's shown on Page 5 or Page 7 of the document.

11:54:33 Can we do 28, 29, 30, please?

So these waypoints correspond to the positions of the transit legs from Morgan's Point to Bayport Flare and Bayport Flare onwards, and all of them have a planned speed of 6 to 8 knots.

11:55:00 **Q.** When the GENESIS RIVER actually got to the Bayport Flare in the areas covered by this section of the passage plan, how fast was the GENESIS RIVER actually going?

**A.** Yes. Moments prior to them losing control, the speed was 12.6 knots per the GPS or 13.1 knots through the water. 11:55:20

**Q.** What else did you notice about the passage plan?

**A.** If we go back and look at the additional columns, this is best explained on the first page with the headers available. So it will be the second page. The first page of the table. Yes. So if we could zoom in to the top 11:55:41 portion all the way to the -- a little further to the time zone.

And what we see here is there is an entire section of a passage plan related to the use of ECDIS, and this is where they plan what the various settings, alarms, alerts, 11:56:18 and parameters should be programmed to the vessel's primary means of navigation from one end of the passage, which is the ECDIS. And they have very extensive instructions for how that ECDIS should be used at each stage of the passage. 11:56:41

**Q.** Were any of those instructions followed on the day of the collision?
**A.** Well, no. They were taken away the moment the vessel turned off those units.
11:56:55 **Q.** And then you also noted an issue with the underkeel clearance. And I don't want to get too far into the weeds here, but give us the big picture of the problem you noticed with the calculations GENESIS RIVER's crew made for underkeel clearance.
11:57:14 **A.** Yes. So one of the documents attached to a passage plan is an underkeel clearance calculation which includes the squat calculation. And, very simply, their calculations were inaccurate and wrong.
**Q.** On May 10th, did the GENESIS RIVER follow its own passage plan? 11:57:33
**A.** No. It was, again, completely ignored.
**Q.** Did the fact that the GENESIS RIVER's crew ignored its own passage plan and risk assessment contribute to the collision?
11:57:48 **A.** It did, yes.
**Q.** How?
**A.** The bridge team were ineffective. They failed to question or countermand the pilot, for instance, when he requested an increase to full sea speed. It goes back to the very beginning before the vessel left the berth. 11:58:07

If they have a planned speed of 6 to 8 knots and they made a risk assessment that it's unsafe to go faster than that speed, these are critical items that have to be discussed and agreed with the pilot.

11:58:22 **Q.** So if we go back to your failure chart, what was the next failure you noted on the GENESIS RIVER?

**A.** Yes. It's the loaded condition of the vessel which results in the vessel's trim.

**Q.** We heard a little bit about trim in the opening statements. But, tell us, what is trim? 11:58:37

**A.** Yeah. I think we have an exhibit, which I can illustrate a little better.

**Q.** Exhibit 33, Page 4.

**A.** So a vessel's trim is the longitudinal or fore-and-aft angle of flotation of a vessel. 11:59:06 So a vessel that is equal in draft forward and aft is said to be even keel. If the stern is deeper than the bow, they are said to be trimmed by the stern. And if the bow is deeper than the stern, they are trimmed by the head.

11:59:23 **Q.** On the day of the collision, what was the trim of the GENESIS RIVER?

**A.** Upon departure from the berth, the trim was, as shown in this illustration, even keel.

**Q.** What was the problem with the GENESIS RIVER being at even keel on May 10th? 11:59:35

11:59:53

**A.** When the vessel is known to be sluggish and slow handling -- that has been admitted by the crew; that is a factor that they knew -- one way to mitigate or improve the directional stability of a slow, sluggish-handling vessel is to trim the vessel by the stern.

12:00:14

However, being at even keel ultimately led to when the vessel makes way, they will, in fact, trim by the bow. And if we go to the next slide, we can illustrate why that was detrimental to the steering -- that directional stability of the vessel.

12:00:31

So the vessel that's even keel and the size of a gas carrier, which is very bulky, when they make way, they trim by the bow. When you trim by the bow, essentially what happens is your point of rotation or pivot point moves astern. Your steering lever is reduced and the vessel becomes much less directionally stable, which, of course, for an existing vessel that is poor handling to begin with makes the situation far worse.

12:00:50

**Q.** Does the fact that the GENESIS RIVER was at even keel on the day of the collision mean that it was not only less directionally stable but also harder to control?

**A.** Exactly.

12:01:09

**Q.** And when you say "the vessel" -- meaning the GENESIS RIVER -- was poor handling, how do you know that the GENESIS RIVER was poor handling on the day of the

collision?

**A.** The crew admitted to the fact that they knew the vessel, particularly when loaded, is a poor, and in their words, a sluggish-handling vessel.

12:01:25 It's also been testified by the pilots. Captain Holland, he experienced upon his portion of the transit, albeit a slower speed, the vessel was sluggish, in his opinion.

**Q.** If we go back to your failure chart, what was the next 12:01:43 failure that you noted on the GENESIS RIVER?

**A.** It's the inadequate information given to the pilots, otherwise known as the master/pilot exchange.

**Q.** Have you listened to the master/pilot exchange on the VDR?

12:02:00 **A.** I have listened to the portion where a master/pilot exchange normally would take place. It's a 30-minute segment prior to the vessel leaving the berth. But the information or the discussions that took place do not constitute a master/pilot exchange. The information 12:02:19 provided was wholly inadequate.

**Q.** In the space where there should have been a master/pilot exchange, did the crew tell the pilots that the GENESIS RIVER was a sluggish vessel?

**A.** They did not.

12:02:35 **Q.** Did the crew tell the pilots that they had done a risk

assessment?
**A.** Nope. They never advised or discussed any of those aspects.
**Q.** Did the crew go over the passage plan with the pilots?
12:02:51 **A.** No. And they did not discuss the planned speed either.
**Q.** Was it a violation of company policy for the crew to fail to talk to the pilots about the passage plan and the risk assessment?
12:03:03 **A.** Yes.
**Q.** If we go to Exhibit 55, we're going to look at the pilot card. Can you tell us what a pilot card is?
**A.** Yes. This is the pilot card and information exchange that was used on the 10th of May, 2019. The whole point 12:03:27 of a master/pilot exchange is the master will tell the pilot information about the vessel. That should include the handling characteristics, any restrictions on speed or engine use. And the pilot tells the master the information about the ship channel. So to facilitate the 12:03:49 process, they complete a pilot card.
One of the items of note here is, because this was never discussed with the pilot, the pilot is under the impression by looking at the speed and RPM table that the maximum maneuvering speed is full ahead at 59 RPM. There 12:04:06 is no mention to using the full ahead or sea speed range

or load program for this type of transit. It is not part of the vessel's maneuvering range.

**Q.** What did you notice on the next page of the pilot card?

12:04:22 **A.** So we briefly touched on the -- one of the things that was discussed was the request from the pilots to silence the radars and the ECDIS units. The crew took that upon themselves to completely switch off that critical navigation equipment.

12:04:40 What we later found out was that they marked on the pilot card that those systems were switched off per the pilot's request. The pilots have confirmed that this portion was never written on the card at the time that they signed this and must have been added after the fact.

12:04:58 **Q.** So we talked a little bit about this already, but was it another failure on the GENESIS RIVER for the crew to have totally disabled the ECDIS and the radar on May 10th?

**A.** Yes. That is a very serious failure.

**Q.** If we go back to your failure chart, that's another

12:05:24 failure that you noted on the GENESIS RIVER, even before they get close to the Bayport Flare?

**A.** Correct.

THE COURT: Ms. Snell, is this a good time to take a break for lunch?

12:05:34 MS. SNELL: Sure.

THE COURT: And is -- is an hour enough? Usually we do more than an hour with a jury. But an hour will be enough for everybody? Too much?

MR. SHIPLEY: Yes, Your Honor. For us it will be.

12:05:48

THE COURT: All right.

MR. GEORGANTAS: That's fine, Your Honor.

THE COURT: All right. An hour works. Okay. Let's be back in here ready to start back up again at 1:00.

12:05:56

(Recess from 12:05 p.m. to 1:11 p.m.)

THE COURT: You may take your seats.

Captain Cunningham, you may take the stand. You are still under oath.

01:11:54

BY MS. SNELL:

**Q.** Good afternoon, Captain Cunningham. Before we left on our break, we were talking about one of the points of failure on your chart. So we have now talked about the inadequate information given to the pilots. And what was the next failure that you identified?

01:12:17

**A.** It was the nonuse or the crew's decision to turn off critical navigation equipment.

**Q.** What navigation equipment was that?

**A.** The ECDIS, or electronic chart systems, and the vessel radars.

01:12:32

**Q.** What information does the ECDIS provide?
**A.** It's an electronic chart, display, and information system. So it displays the official and required nautical charts for the areas to be transited that every vessel must carry and use. In the old days, vessels carried paper charts. This is now a modern version.
GENESIS RIVER did not carry paper charts. So the only charts they had available were on their navigation or the ECDIS system. It's an information system. So many of the vessel sensors, which is the speed, the heading, the position, predicted path, the depth under the water, the location of the vessels, is all shown on that system.
**Q.** It sounds like it's a chart similar to what you would see in the paper chart but with a lot more information and detail; is that right?
**A.** Exactly. And the transition directive was, as defined by the International Maritime Organization, to enhance the safety and navigation. And it does that 100 times over. It is singularly the most important navigation piece of equipment available on modern vessels today.
**Q.** When the GENESIS RIVER's crew turned off the ECDIS unit, was that a violation of the law?
**A.** Absolutely.
**Q.** What laws?
**A.** It was a violation of the Safety of Life at Sea

Convention, which requires a vessel of that size and type to have -- to carry and to use ECDIS systems.

The moment they departed the berth with that system switched off, they, in fact, were in an unseaworthy condition. It's also a violation of the navigation safety regulations, as codified in the USA, and a violation of the inland navigation rules.

01:14:24

**Q.** Was it also a violation of company policy for the ECDIS to be turned off?

01:14:39

**A.** Yes. There are an extensive dedicated chapter as well as many numerous references within the company's management system on the use of ECDIS.

**Q.** You heard in the opening and you probably read in some of the GENESIS RIVER's expert reports that there is some thought on the GENESIS RIVER side of this case that it just didn't matter if the ECDIS was turned on or turned off. It doesn't make a difference. Do you agree or disagree?

01:15:01

**A.** I strongly disagree with those opinions.

01:15:14

**Q.** Why?

**A.** The -- not only is it the most important navigation tool the crew have available, navigating without it decreases their situational awareness. They are now unable to accurately monitor the vessel's position in the channel. And the speed of the vessel is displayed there.

01:15:32

They have all of the information in a single place. And without it, it led to an ineffective bridge team.

**Q.** With regard to the bridge team, it was also noted in the opening statement that the pilot has his personal pilot unit, his PPU.

01:15:55

Can the GENESIS RIVER crew use the pilot's PPU to navigate the vessel?

**A.** There is a distinction. The personal pilot unit is not an ECDIS system. It does not use official charts. It has nowhere near the type of input that a vessel's ECDIS system does.

01:16:12

Secondly, the crew have no training or familiarization with the pilot's PPU system as opposed to having two large ECDIS screens available on the bridge. The pilot's PPU is essentially a personal pilot unit that will be with the pilot on his side of the bridge.

01:16:29

**Q.** Is it on a laptop?

**A.** Correct.

**Q.** You also mentioned ineffective bridge team. Was that another failure you identified on the GENESIS RIVER?

01:16:40

**A.** Yes, it was another failure.

**Q.** And I realize I think I skipped over one. We'll circle back.

Let's talk about ineffective bridge team, since you mentioned that when we were talking about the navigation

01:16:55

equipment. So what is the bridge team on the GENESIS RIVER?
**A.** The bridge team constitutes the people on the bridge of the vessel that day. The chief officer was on duty, second officer, helmsman, and the pilot. And they need to work as a team to safely navigate that vessel.
**Q.** It's not just up to the pilot to navigate?
**A.** No. The whole point of a bridge team was you eliminate single-point failures.
**Q.** When a Houston pilot is on a vessel like the GENESIS RIVER, who has the ultimate authority for the vessel as it's navigating, even with the Houston pilot on board?
**A.** Yes. The pilot is there as an advisor. The master or chief officer, whoever is in charge in the wheelhouse is ultimately responsible for the safe navigation and the safety of the vessel, and they have full overriding authority.
**Q.** Why did you think that the bridge team on the GENESIS RIVER was ineffective on May 10th?
**A.** When you listen to the VDR unit, you -- I sat through all of the interviews and deposition testimony of the crew, and it is apparent that they did not do the things they should have done.
There was almost no discussion -- or there was no discussion with the pilot. The chief officer was

essentially nonexistent on the bridge, and the entire team failed to do their job because the pilot expects the support of the entire bridge team in order to perform his job.

01:18:29 **Q.** Did anybody on the bridge team -- before the GENESIS RIVER took its first sheer, did anybody on the bridge team ask the pilot to go slower?

**A.** No.

**Q.** Another failure that you identified was crew fatigue. 01:18:50 Does that relate to ineffective bridge team issues?

**A.** It was one of those factors leading to an ineffective bridge team.

**Q.** So why is it that you identify crew fatigue as a failure on May 10th?

01:19:03 **A.** There is two main issues. The first was with the master. On paper, he had 17 hours rest prior to departure. He is the most qualified person on the bridge. He had the most experience in the Houston Ship Channel and, because he was the most well-rested, could have or 01:19:20 should have planned that he be on the bridge that entire transit through the channel, which would be six or seven hours.

However, the master had been ashore the night before. He consumed alcohol and did not return to the vessel until 01:19:36 4:00 a.m. in the morning.

**Q.** At the time that the GENESIS RIVER took its initial sheer, where was the master?
**A.** The master had left the bridge during the transit around one and a half hours prior to the sheer to go take some rest, and he has admitted he was napping in his room at the time.
01:19:52
**Q.** He was taking a nap?
**A.** Taking a nap, yes.
**Q.** And what did you say he had been doing the night before?
01:20:01
**A.** He was on his rest time, but he spent that ashore. He consumed alcohol, did not return to the vessel until 4:00 in the morning. So, clearly, he felt the need that he was fatigued to the point he had to go take rest by himself.
**Q.** Did the master's night out violate company policy?
01:20:16
**A.** It did.
**Q.** In what way?
**A.** It violated the company's alcohol policy, which requires that no crew member consume any alcohol within four hours of return to the ship. The master consumed alcohol intending to return to the vessel shortly afterwards.
01:20:29
The second part is the master has admitted he had alcohol in his blood system, which is against the company policy that crew members returning to the vessel need a
01:20:47

blood/alcohol content of zero.

**Q.** Were there any other issues that you saw with crew fatigue on May 10th?

**A.** Because the master relieved himself from his navigational responsibilities, he assigned that responsibility to the chief officer.

01:21:04

**Q.** And what was the problem with that, if there was one?

**A.** The chief officer had been on duty during the night. He had worked the vast majority of the night with minimal rest periods. The vessel departed at noon. The collision occurred at 15:00, and he had worked almost 11 hours up until that point.

01:21:22

**Q.** If we look at your failure chart -- and we have already talked about this quite a bit -- what was the next failure that you identified?

01:21:38

**A.** Ineffective bridge team.

**Q.** Sorry. Oh, we have talked about that one already. I meant the next one. My bad.

**A.** Yes. I think the transition there is the chief officer was fatigued because we know he had worked all night and was nonexistent during the lead-up to the sheer, never discussed anything with the pilot, is, in fact, never heard saying anything on the VDR system.

01:21:55

**Q.** After the ineffective bridge team failure, what is the next failure you identified?

01:22:21

**A.** So as shown in the chart, these are the building blocks which ultimately culminated in the vessel proceeding at a -- or being allowed to proceed at full navigation speed, which was an excessive, unsafe speed.

01:22:37 **Q.** If we look at Kirby Exhibit 102, what are we seeing in this picture, Captain Cunningham?

**A.** This is a photograph of the engine order telegraph system as was fitted to the GENESIS RIVER -- or GENESIS RIVER's bridge. And if I use my pointer, I can show here.

01:23:08 This is the engine order lever. And we see on the right-hand side the various settings that the engine can be ordered to. The maneuvering range, as we saw in the pilot card earlier, would be from full ahead to full astern. At any point during those settings, the engine is

01:23:25 immediately responsive and maneuverable.

Prior to the loss of control and the sheer, the engine telegraph was set to the navigation full, otherwise known as sea speed position. That is a setting that would normally be reserved for a vessel at sea in open water.

01:23:44 It's the highest telegraph setting that that lever can be placed.

**Q.** On the day of the collision, did anybody on the crew of the GENESIS RIVER ask the pilot not to go to full sea speed?

01:24:02 **A.** No. And that goes against the risk assessment, the

passage plan. Nobody questioned or intervened with the pilot when he gave that order. They simply complied with the order, ignoring everything that they had determined with regards to a safe speed for that vessel.

01:24:21 **Q.** You heard a little bit in opening that it's not a big deal because other ships in the ship channel sometimes go above 10 or 12 knots. Is it the case that -- just because other ships go in excess of 10 or 12 knots, is it the case that the GENESIS RIVER should also go that fast?

01:24:43 **A.** Not at all. And it cannot be a direct comparison. Safe speed for one vessel is not necessarily a safe speed for another vessel because it depends on a variety of factors.

So, for instance, one vessel may be in a light 01:24:59 condition trimmed by the stern and have the engine setting at only half ahead and achieving a speed of 12 knots. And if that vessel is maneuverable, then that is a safe speed for that vessel.

A vessel like the GENESIS RIVER, who is known to have 01:25:14 sluggish-handling characteristics and is trimmed even keel, which is going to leave them trimmed by the bow, and to achieve 12 knots they have to go to the highest telegraph setting would clearly not be a safe speed for that vessel.

01:25:30 **Q.** So it was not a safe speed for the GENESIS RIVER on

the day of the collision is your point?
**A.** Correct.
**Q.** What is the relationship between speed and the hydrodynamic effects that ships encounter while navigating the Houston Ship Channel?
01:25:47
**A.** The forces of hydrodynamic effect increase exponentially with speed. Even a small increase in speed can lead to a significant increase in the forces of hydrodynamic interaction.
01:26:00
**Q.** Was that information known to the crew of the GENESIS RIVER on May 10th?
**A.** Yes. Several crew members have discussed that and have admitted that they knew those points.
**Q.** So as the GENESIS RIVER is going at full sea speed and clears the southern part of the Bayport Flare, is that when the GENESIS RIVER takes its first sheer?
01:26:18
**A.** They clear the Bayport Flare, re-enter the main channel, and they take the sheer at that moment, yes.
**Q.** We have been using the term "sheer" a lot today. Do you have a picture that can help us understand how sheer occurs?
01:26:36
**A.** I do. It's detailed in my report. And we have an exhibit taken from the report to illustrate this.
**Q.** We're on Kirby Exhibit 33, Page 8.
01:26:59
**A.** So this is an illustration of the hydrodynamic forces

that will act upon a vessel as they come in close proximity to a bank or a slope. And what happens is, as the vessel makes headway, then an area of high pressure is formed in the bow area. That area of high pressure can cause a rejection of the bow away from the bank.

01:27:18

The water, which is now squeezed down the side of the vessel, creates an area of low pressure or an area of suction that combine the effect of the rotation of the bow away and the stern towards a bank and leads to an uncontrollable sheer away from the bank.

01:27:36

**Q.** So as I'm looking at this picture, if this were the GENESIS RIVER on May 10th, at this point -- and I know it's just a picture, but it would show the GENESIS RIVER going towards the red side of the channel where Captain Marie was at that point safely navigating in the barge lane?

01:27:58

**A.** Yes.

**Q.** In your opinion, Captain Cunningham, what caused the GENESIS RIVER to sheer?

01:28:10

**A.** It was a -- the high speed, speed which was too high for that vessel, combined with the loaded condition, the unsafe condition of the vessel at the time.

**Q.** When the GENESIS RIVER took its first sheer, was it out of control?

01:28:29

**A.** Yes.

**Q.** After the GENESIS RIVER sheers, you said earlier that there was an attempt by the pilot to regain control of the ship. I want to talk a little bit more about that.
How did the GENESIS RIVER's pilot, Captain Charpentier, try to regain control of the ship after it took the sheer?
01:28:49
**A.** He immediately requested an increase in the engine RPMs to increase the thrust.
**Q.** So at this point, the GENESIS RIVER is at full speed, sea speed. And when Captain Charpentier requested additional RPMs, what happens?
01:29:04
**A.** The crew failed to provide the additional RPMs, and there were RPMs left available because, even though they weren't navigation full ahead, they were midway in that range. So they are limited by the load program, the engine is not maneuverable; but there was still a significant portion of power available on the engine as it increases exponentially.
01:29:21
**Q.** If we go to Kirby 102, is there a mechanism on the GENESIS RIVER where the crew can bypass the engine load control program to provide the pilot with more RPMs?
01:29:45
**A.** So in a situation such as this, for the crew to provide those extra RPMs that he has requested, the action that the crew needed to take was to set the telegraph to the maximum RPMs available. And it is already in the
01:30:07

navigation full position, but you can dial up the RPMs.

But to do that, I would say to the load program to get an instant response, the vessel's bridge team had to press this button on the telegraph system, which was the program bypass.

01:30:27

**Q.** Did the crew press the program bypass button?

**A.** They failed to press the button.

**Q.** Why was it important for the crew to have complied with Captain Charpentier's request for additional RPMs?

01:30:47 **A.** Had they immediately pressed the button and provided the additional RPMs and Pilot Charpentier was able to break -- at least break the initial sheer or, if not, then he had additional thrust to hold the port side of the channel.

01:31:04 **Q.** What did Captain Charpentier say about what he thought would have happened if the crew had given him the additional RPMs?

**A.** He has said that, if he had been provided those additional RPMs, then he could have regained control of the vessel and broke the initial sheer.

01:31:17

**Q.** Did you agree?

**A.** I do agree, yes.

**Q.** When the GENESIS RIVER fails to break the sheer and crosses the centerline of the channel, you said earlier that the GENESIS RIVER entered into the barge lane. Did I

01:31:32

follow that correctly?
**A.** Yes.
**Q.** What happens when the GENESIS RIVER enters into the barge lane on the wrong side or the red side of the channel?
01:31:48
**A.** Well, first of all, they are a danger to any vessel on that side of the channel. There is a possibility the vessel could run aground. I think Pilot Charpentier was not sure if they would ground or if they would take a -- the bank rejection, which would lead to a second sheer.
01:32:06
**Q.** Did they take a second sheer?
**A.** They did.
**Q.** Before the GENESIS RIVER took the second sheer, what was Captain Charpentier's plan as to how the two vessels were going to try to avoid the collision?
01:32:23
**A.** So he was still requesting additional RPM because his intention was to move the rudder hard to port, which we hear in the playback, and to hold the port side of the channel long enough for the VOYAGER to make it clear.
01:32:40
**Q.** What happened instead?
**A.** He was unable to achieve that, and the vessel sheered again to starboard towards the VOYAGER.
**Q.** And did it sheer into the VOYAGER's escape path?
**A.** Exactly.
01:32:56
**Q.** And is that when the collision happened?

**A.** Yes.
**Q.** If the second sheer had not happened -- did Captain Charpentier think that, but for the second sheer, he would have been able to clear the VOYAGER?
01:33:15 **A.** Yes. He has said that.
**Q.** Do you agree?
**A.** I do agree.
**Q.** And what is the basis for that?
**A.** I would add, Captain Marie also is of that opinion. 01:33:28 And the further basis is, we have the electronic data, the positions of the vessel. And they clearly show that, at that point, the VOYAGER was going to clear if the GENESIS RIVER had held the port side of the channel.
**Q.** When the GENESIS RIVER crossed to the wrong side of 01:33:45 the channel, did it violate the rules of the road?
**A.** Yes.
**Q.** Which rule?
**A.** Rule 9.
**Q.** And when it violated Rule 9, did it place the VOYAGER 01:33:58 in danger?
**A.** Absolutely.
**Q.** At any time after the first sheer in the collision did the GENESIS RIVER regain control?
**A.** No. They never regained control.
01:34:14 **Q.** Now, you have read all the expert reports in this

case, I assume?
**A.** Yes.
**Q.** And do you understand that experts hired by the GENESIS RIVER have said, in hindsight, that Captain Marie should not have done what Captain Charpentier asked him to do? Have you read that criticism of Captain Marie?
**A.** I have seen that, yes.
**Q.** Do you agree?
**A.** I strongly disagree.
**Q.** Why?
**A.** Because going to port was the best -- best action and the best course of action for the VOYAGER to take.
**Q.** If we look at your report, which is Kirby Exhibit 43 -- and we'll look at the image on Page 5, which I think you put in your report to illustrate Captain Marie's position at the time that he had to take action.
**A.** Yes.
**Q.** So walk us through what we see in this photograph.
**A.** This is a screen capture from the vessel's CCTV. It is taken at the moment that the GENESIS RIVER advised VOYAGER they were not checking up and the first time that the GENESIS RIVER told the VOYAGER to go to the greens.
What we see in this image is the vantage point from Captain Marie's perspective. And what we see is he is looking at a fully-loaded gas carrier bearing down on

them, heading directly into his path and into the barge lane.
**Q.** So from Captain Marie's perspective, what is the problem with staying on the red side in the barge lane here?
01:35:57
**A.** That is the direction the GENESIS RIVER is proceeding, and the clear escape path is to port.
**Q.** Have you also read the criticism of GENESIS RIVER's experts of Captain Marie where the GENESIS RIVER's experts claim that Captain Marie, instead of going to the left like Captain Charpentier asked, should have gone to the right, should have gone the opposite direction, done the opposite of what Captain Charpentier asked him to do? Have you read that criticism?
01:36:17
**A.** Yes. And, again, I strongly disagree with that position.
01:36:31
**Q.** What are you showing in Figure 5 as it relates to the GENESIS RIVER's hindsight, Monday-morning-quarterbacking idea that Captain Marie should have gone to the starboard or the right?
01:36:51
**A.** We have previously seen on the video -- I pointed it out, Beacon No. 74 -- how close the VOYAGER passed to that beacon. So on this picture I provided an illustration where the edge of the barge lane is to show how close they are to the barge lane and the fact that, on the other side
01:37:08

of that beacon, the water depths are insufficient. Those are the dangers indicated in the chart. And, essentially, going to starboard is a no-go area.

01:37:25 So this is to illustrate that this is not clear, open water to the starboard side. It is shallow, dangerous water. And this clearly shows the limited space and time that Captain Marie has to make that decision.

**Q.** If we go to Page 7 of that same report, you mention some dangers of going to the starboard?

01:37:46 **A.** Yes.

**Q.** What do these charts show in terms of the danger of going to starboard?

**A.** So, in addition to what Captain Marie can see visually ahead, if he is to look at his chart -- and he is familiar 01:38:00 with the chart, having made hundreds of transits of the channel previously -- the edge of the barge lane is marked by the dashed line here that runs to Buoy 74. It shows water depths of only 7 feet outside the channel.

The picture on the left is the electronic version of 01:38:15 the chart. The picture on the right is the paper version of the chart. Both are shown for comparison and they essentially show the same information.

One of the things marked in the paper chart is that there is also a submerged bulkhead outside of the barge 01:38:32 lane. And although not shown in the charts here because

they are listed as additional notes, there is reference to submerged stakes and the fact that the bottom consists of shell.

You put this all together, there is absolutely no question that if Captain Marie turns to starboard, he expects that his vessel is going to ground before they even get out of the barge lane.

**Q.** What is the problem with Captain Marie grounding his vessel outside the barge lane?

**A.** It is probably the worst situation he wants to be in. I believe the next Figure 8 will illustrate this.

Captain Marie is pushing two loaded oil barges of 10 feet draft. Those barges are 300 feet long, and there is no way he is going to make it outside of the channel before those barges ground. So this figure from one of my reports is to illustrate how that situation is going to look.

And what is clear is, within meters of departing the barge lane, you expect that the tow will ground. This is a very -- this is the likely position the tow would end up in and, in fact, this would have exposed the tug and all of the people aboard that tug to being struck by the GENESIS RIVER.

**Q.** Thank you.

Have you read the criticisms of the GENESIS RIVER's

experts in this case where they claim that, instead of doing what Captain Charpentier asked him to do, Captain Marie should have either slowed down or stopped?

**A.** I have read that.

**Q.** Do you agree with that criticism?

**A.** I disagree again because going to port was the best option.

**Q.** Why do you think that slowing down was not a better option than going to port?

**A.** If they slow down or if they attempt to stop, they remain in the barge lane on the red side of the channel, which is the exact area of the GENESIS RIVER. As we saw in the other image, you are still directly in the path of the GENESIS RIVER.

Secondly, if you attempt to do a crash stop, then the tow will lose control, and that is a situation that wants to be avoided. But, in any case, you are still on the red side of the channel and in the path of the vessel that is out of control with 70,000 tons.

**Q.** Have the GENESIS RIVER's experts in this case also said that Captain Marie and the VOYAGER were basically safe in the barge lane on the red side?

**A.** The main basis for their opinions is that they have -- they are of the opinion that the VOYAGER was protected within the confines of the barge lane.

**Q.** Is that true?
**A.** It's absolutely false.
**Q.** Why?
**A.** They base that opinion on the simplified dimensions of the channel. If the channel is 12 feet deep, then it would be physically impossible for the GENESIS RIVER, a deep-draft vessel, to penetrate the lane.
But that is quite clearly not the case, as illustrated in the path of the GENESIS RIVER on that day. That the fact that they did penetrate the barge lane to the extent of 122 feet prior to the collision, 172 feet after the collision, and even 150 feet into a 235-foot lane after the collision, and there was insufficient space for the VOYAGER tug to remain in that lane.
**Q.** Do you have an illustration that shows that?
**A.** Yes.
**Q.** If we flip to Exhibit 43, Pages 3 and 4. Yes.
So what are you showing here, Captain Cunningham?
**A.** Using various data sources -- for verification of each data source, we can see in the upper left the pilot's PPU, according to his position of the GENESIS RIVER, at this point the entire stern is inside the barge lane. That's 122 feet, which would have left insufficient space for the VOYAGER. That is a very similar picture to as shown on the VOYAGER's Rose Point system.

And then to further verify this, I took the raw position data and made my own plots with correctly-scaled dimensions of the GENESIS RIVER. And in the lower right here the measurements show the width of the channel, the penetration into the lane at various points, and that quite clearly the tow, which is 108-foot wide, was never protected within the confines of that lane.

01:43:28

**Q.** Is the figure that you were just discussing, Figure 4, a demonstrative that shows the extent of penetration of the GENESIS RIVER versus the width of the tow?

01:43:49

**A.** Yes.

**Q.** As you said, the GENESIS RIVER penetrated the barge lane both before and after the collision?

**A.** Correct.

01:44:03

**Q.** And is that shown in Figures 3 and 4?

**A.** Yes. The first two positions show the extent of the penetration before the collision, which is when they took a bank sheer away from the channel, and then after the collision they backed up at slow speed and were able to penetrate 172 feet. So I also believe the penetration at 10 or 12 knots could have been even deeper.

01:44:22

**Q.** The GENESIS RIVER's experts also criticized Captain Marie for not being able to predict that the GENESIS RIVER would take a second sheer. Are you familiar with that?

01:44:43

**A.** Yes.

**Q.** Do you agree?

**A.** There is no basis. There is no way that Captain Marie knew what was going on aboard the GENESIS RIVER. Pilot Charpentier himself has admitted the vessel was out of control and he wasn't sure where they were going. It was impossible for Captain Marie to predict that path.

**Q.** Was it possible that the GENESIS RIVER could have grounded instead of taking a second sheer?

**A.** Absolutely.

**Q.** In fact, wasn't grounding one of the hazards that was identified in the GENESIS RIVER's risk assessment?

**A.** Yes. Vessels do take sheers, and it's a common occurrence to see them ground in a barge lane after taking a sheer.

**Q.** Was there any way for Captain Marie to have predicted the path of the GENESIS RIVER after it lost control?

**A.** Absolutely no way.

**Q.** Captain Cunningham, just to sum up your opinions, in your opinion, what caused the collision on May 10th?

**A.** It was the unsafe condition of the GENESIS RIVER, the excessive speed which led to a bank sheer resulting in a loss of control, failure to recover from that loss of control, the violation of crossing the channel, and then the second bank sheer that occurred after they penetrated the barge lane.

**Q.** Did the GENESIS RIVER violate any rules or regulations on May 10th?
**A.** Yes.
**Q.** And you don't have to go into detail because I know it's in your report, but at least give us a flavor of what rules and regulations were violated.
**A.** They violated various international rules, such as SOLAS and the ISM code. They violated the navigation safety regulations as codified in 33 CFR. And they violated the collision regulations.
**Q.** Did the GENESIS RIVER's violations put the crew of the VOYAGER in danger?
**A.** Very much so. And I think I -- on the collision regulations, the specific rules they violated were Rule 2, 5, 6, 7, 8, 9 and 14.
**Q.** As a result of those violations, was the VOYAGER and its crew put in danger?
**A.** Very much so.
MS. SNELL: Pass the witness.
THE COURT: Cross-examination by the GENESIS RIVER.
MR. GEORGANTAS: Thank you, Your Honor.

**CROSS-EXAMINATION**

BY MR. GEORGANTAS:
**Q.** Good afternoon, Captain Cunningham. Can you hear me

okay?
**A.** Loud and clear.
**Q.** Thank you. I have to move a little bit to see you.
Let me start a little bit with your previous experience.
01:47:33
You have never sailed onboard a VLGC; is that correct?
**A.** Well, I have sailed aboard vessels of the same type and proportion type, just carrying different cargo.
MR. GEORGANTAS: Object to the response, Your Honor.
01:47:51
THE COURT: Please respond just to the questions asked.
THE WITNESS: Okay.
THE COURT: Okay.
01:47:57 BY MR. GEORGANTAS:
**Q.** So, for your benefit, my question is: You have never sailed aboard a VLGC; is that correct?
**A.** No.
**Q.** And you have never sailed in the Houston Ship Channel as a navigator; is that correct?
01:48:08
**A.** I've sailed in the Houston Ship Channel but never when I was at sea as a -- sailing as an officer.
**Q.** So the answer is "no"?
**A.** As -- for which question?
01:48:25
**Q.** The question was: You have never sailed in the

Houston Ship Channel as a navigator, as a pilot or navigating a vessel under your command?
**A.** Only as an observer or on vessel simulations.
**Q.** But not under your command?
01:48:42 **A.** Correct.
**Q.** Captain Cunningham, I think it would be helpful, subject to the Court's comments, that if you speak to the answers, we would really get through a lot quicker; otherwise, we'll be on the island a long time. So, just
01:49:01 saying.
Have you ever been in the Port of Houston during your sailing career?
**A.** No.
**Q.** And I understand you hold a master's unlimited
01:49:18 license. Correct?
**A.** Correct.
**Q.** Have you ever sailed as a master?
**A.** No. I went straight to being a pilot.
**Q.** What was the highest rank that you sailed as?
01:49:35 **A.** During my ten years at sea, I rose to the rank of first or chief officer.
**Q.** Chief officer. And you did sail as chief -- I know you have a license, but you sailed as chief officer, correct?
01:49:46 **A.** Yes, during those ten years at sea.

**Q.** For ten years as chief officer or ten years your maritime career as mariner?
**A.** No. I went from third officer, second officer, first officer, chief officer.
01:50:02 **Q.** So how many years as chief officer?
**A.** That was -- I don't recall exactly but probably the final two years before I then moved and became a harbor pilot.
**Q.** Okay. And you were a harbor pilot at the Port of Tyne
01:50:16 in the United Kingdom; is that correct?
**A.** Yes.
**Q.** Is that near Newcastle?
**A.** Yes.
**Q.** And you were a pilot there for about five years; is
01:50:26 that correct?
**A.** I think it was almost six years.
**Q.** And is it correct that the Port of Tyne is a much smaller port than the Port of Houston?
**A.** In terms of length. It's similar in size of vessels,
01:50:43 types of vessels.
**Q.** Is it true that the length of the Port of Tyne is about 11 to 13 miles?
**A.** That's a fair assessment, yes.
**Q.** I'm sorry. Yes.
01:50:56 And in terms of the width, about 50 meters or

approximately 150 feet with some areas going as wide as maybe 100 meters?
**A.** Yeah. I think the minimum width is around 50 meters. The widest is up to 360 meters.
01:51:16 **Q.** And if you were to characterize it in terms of the overall, is it mostly closer to 50 meters or closer to 360 meters?
**A.** I would have to speculate on the average. The average width over the entire river may be somewhere between 150
01:51:42 and 200 meters, or 100 to 200, somewhere in there.
**Q.** That's the average?
**A.** Correct.
**Q.** And is it true that it is not wide enough to accommodate two vessels passing or, at least, deep-draft
01:51:59 vessels, which you describe as, I believe, between 5 and 15 meters in draft? Is it wide enough to accommodate two vessels passing?
**A.** It is. And that is a common occurrence in that river.
**Q.** Is it enough to accommodate, in a two-way manner, two
01:52:20 large vessels like the GENESIS RIVER and, say, the BW OAK?
**A.** It accommodates vessels up to 300 meters long, 1,000 feet. Large vessels do pass each other. I don't know what maximum size is of vessels that pass there, but large vessels do pass each other in that river.
01:52:47 **Q.** I was asking about -- I was trying to compare, to give

you a point of reference, the BW OAK and the GENESIS RIVER.
**A.** The -- on the Port of Tyne?
**Q.** Yes.
01:53:07 **A.** So I don't recall if two vessels of that size have ever passed on that river. But, again, I think it's important enough to not forget my previous sailing experience in hundreds of ports around the world on bigger vessels where I have experienced those kind of passing situations. 01:53:25
**Q.** I was asking about the Port of Tyne. I believe the answer was "no."
**A.** As far as I know, two -- two vessels of that size I don't recall passing in that river.
01:53:41 **Q.** Any particular reason why you stopped being a pilot at the Port of Tyne?
**A.** It was mostly my wife's decision. So I married an American, and she wanted to move to the USA. I have always been very fond of the USA and decided to come to Houston and make a career as a consultant and expert. 01:53:58
**Q.** So personal reasons?
**A.** Correct.
**Q.** Okay. Thank you.
So, Captain Cunningham, you were engaged by Kirby on the date of the incident; is that correct? 01:54:27

**A.** Yes. Retained by the lawyers representing Kirby Inland Marine.
**Q.** And have you worked for Kirby before as a consultant or an expert witness?
01:54:43 **A.** A few times.
**Q.** If you were to receive a call on a case that might put you in conflict with Kirby, would you accept instruction or would you refuse it?
**A.** Subject to clearing conflict checks, I would take the
01:55:04 case.
**Q.** When you say "conflict check," it would be a first call? If nobody from Kirby had contacted you, would you accept the case?
**A.** No. That is one of the situations. We all operate on
01:55:16 a first-call, first-serve basis. But also, for instance, if I have an existing case ongoing with Kirby, that may also conflict me out of a similar case at the time.
**Q.** Sure. If there was no case that would present a pending conflict, would you just -- you have no case for
01:55:34 Kirby and you received a call and Kirby is on the other side, would you accept the call --
**A.** Yes. And I have done it in the past.
**Q.** -- and the instruction?
**A.** Yes. I have had Kirby -- cases against Kirby in the
01:55:45 past.

**Q.** When you went onboard and you inspected the VOYAGER after the incident, what did you -- what did you do? What did you inspect?

**A.** I was there to escort your appointed expert. So we allowed them access to view the wheelhouse and to take pictures.

01:56:05

One of the things I did was I wanted to verify the navigation equipment they had installed and the location of the GPS and the AIS antennae to be able to verify the accuracy of the electronic data we have.

01:56:19

**Q.** Towards the end of your testimony when Ms. Snell was asking you, you said that the GENESIS RIVER violated numerous navigational rules. And you said 2, 5, 6, 7, 8, 9 and 14. Is that correct?

**A.** That's accurate. Yes.

01:57:11

**Q.** I'm sorry. Accurate?

**A.** (Nodding head affirmatively.)

**Q.** Can you tell us what these rules are? And if you don't know off the top of your head, I can provide you with the rule books.

01:57:20

**A.** No. I'm extremely familiar with the rules. And, in fact, if it's okay with you, I'll refer to my report to mention each rule.

**Q.** Yeah. That's fine. I'm sorry.

01:57:42

**A.** So the first rule they violated was Rule No. 2, which

is titled "Responsibility".

**Q.** And how did they violate this rule?

**A.** Rule No. 2, otherwise known as "the rule of good seamanship", emphasizes the responsibility to comply with the rules, follow ordinary precautions, and have due regard to all dangers of navigation.

01:58:07

However, GENESIS and her crew neglected to comply with this rule because they failed to follow ordinary bridge team practices and pilotage. They failed to take ordinary precautions, and they failed to take action to prevent the recognized dangers from manifesting.

01:58:26

**Q.** So you are looking at Subparagraph A where it refers to "Ordinary Practice of Seamen"; is that correct?

**A.** That's part of it. Correct.

01:58:47

**Q.** Well, what is the other part?

**A.** Rule 2 -- in a nutshell, Rule 2 states the collision regulations or inland navigation rules cannot possibly cover every scenario at sea, every port is unique, every situation is unique, and emphasizes the responsibility that, regardless of the rules, you will follow ordinary precautions and good seamanship.

01:59:07

**Q.** Well, the rule doesn't really say all that about other ports. It just says "ordinary practice of seamen", correct?

01:59:20

**A.** Yes. It's an all-encompassing rule, which is

basically saying they cannot cover all possible scenarios. And it goes back to basic good seamanship. And it's my opinion that the crew of the GENESIS RIVER failed to follow the basic principles of -- and take ordinary precautions.

01:59:39

**Q.** And that's part of your testimony earlier when you went through the various factors, correct?

**A.** Part of it, yes.

**Q.** All right. We'll get to that.

01:59:48 The next one, Rule No. 5.

**A.** Rule 5 requires every vessel to maintain a proper and full lookout by sight, hearing, as well as all available means.

The GENESIS RIVER crew failed to comply with that rule in various regards.

02:00:03

**Q.** How so?

**A.** Well, "all available means", for instance, includes all of your navigation equipment. They chose not to use the most important piece of equipment, which was the ECDIS. That alone is a violation of Rule 5.

02:00:16

Because they had no ECDIS, they were unable to adequately monitor the vessel's position, which includes radar and ECDIS.

**Q.** So let me ask you this. On the date of the incident, I understand it was a clear day, very good visibility.

02:00:34

Correct?

**A.** It was, yes.

**Q.** Have you seen any testimony by anyone in this case that the GENESIS RIVER was not aware of the BW OAK or the VOYAGER or their respective positions?

**A.** Well, there is a lot more testimony than just that. They said they could see them visually.

**Q.** That doesn't answer my question.

**A.** Yeah. They could see them visually.

**Q.** Have you seen or read any testimony or any evidence that the GENESIS RIVER was not aware of the location and position of the VOYAGER?

**A.** Yes. But it goes beyond that. That's not what maintaining a lookout was about. You need to use all available means and not just your eyes.

**Q.** Well, they had their eyes. They were all looking out the front window, and the pilot had him on the PPU.

But my question is: Have you seen any testimony that would suggest or infer that the GENESIS RIVER did not know where the VOYAGER was and what the VOYAGER was doing?

**A.** They knew the vessels were there, yes.

**Q.** In fact, Captain Charpentier initially contacted the VOYAGER for the heads-up, correct?

**A.** Captain Charpentier, he also has his own electronic equipment.

**Q.** And he contacted the VOYAGER, was my question?
**A.** Yes. He did.
**Q.** He knew they were there, correct?
**A.** Yes.
02:02:28 **Q.** Okay. So where does the failure to maintain a proper lookout come into this collision, in your mind?
**A.** Because the crew lacked situational awareness. They allowed Pilot Charpentier to increase the vessel speed to an unsafe speed.
02:02:46 **Q.** I'm sorry. You are talking about speed now. I think that's another rule. We'll get to that. I'm talking about the lookout.
**A.** Part of the lookout is monitoring the vessel's position and knowing and having situational awareness by 02:02:59 using all of your electronic aids, which the crew failed to do, and that is a clear violation of Rule 5.
**Q.** Okay. So have you seen any evidence or read any testimony that the GENESIS RIVER didn't know where she was in the channel?
02:03:12 **A.** Well, I think the evidence is in the crew's own testimony that they admit it was a mistake, they would never do it again. The pilots have testified they would never have left the berth that day if they knew the electronic chart systems were switched off.
02:03:30 And "K" Line has subsequently issued guidance for the

Houston Ship Channel which says you have to maintain a full and proper lookout and have your navigation equipment available.

MR. GEORGANTAS: I object to the entire response, Your Honor.

02:03:40

BY MR. GEORGANTAS:

**Q.** The question that I'm asking you is: Have you seen any evidence or read any testimony that the GENESIS RIVER didn't know where she was in the Houston Ship Channel?

02:03:55

**A.** I think -- I am not sure if the crew have said that. Is the testimony that the crew have said we had full situational awareness and they knew where they were? In fact, they admitted that without the ECDIS, they were unable to fully monitor their position.

02:04:15

**Q.** And you believe that was the testimony of the crew, that they did not know where the GENESIS RIVER was in the ship channel?

**A.** Since then, "K" Line have issued guidance and memos emphasizing that this was one of the issues on that day.

02:04:29

MR. GEORGANTAS: I object to the response.

BY MR. GEORGANTAS:

**Q.** My question is really simple. Have you seen any evidence or read any testimony that the crew or Captain Charpentier, who is part of the bridge team, right, didn't know where the GENESIS RIVER was located in the ship

02:04:44

channel --
**A.** I have seen --
**Q.** -- at any time during this --
**A.** Yes. I have seen evidence in the VDR system. The voyage data recorder records the communications or lack of communications or the action the crew didn't take. Had they realized what was going on, they would have intervened and discussed these things with the pilot.
**Q.** We're talking about the lookout rule, Number 5, correct?
**A.** Correct.
**Q.** And the question is: Have you seen any evidence that anyone on board the GENESIS RIVER -- that includes Captain Holland, Captain Charpentier -- didn't know where the GENESIS RIVER was at all times in the Houston Ship Channel?
**A.** My opinion is that the crew lacked the situational awareness and they did not know what was going on, and that is a failure to maintain a lookout by all available means.
MR. GEORGANTAS: I object to the response.
THE COURT: Please answer -- the objection is sustained.
Please answer the specific question he is asking you. Ask it one more time, Mr. Georgantas.

MR. GEORGANTAS: Thank you, Your Honor.

BY MR. GEORGANTAS:

**Q.** Have you seen any evidence or any testimony by the pilots onboard the GENESIS RIVER or the crew that at any given time they were not aware or they didn't know where the GENESIS RIVER was located in the Houston Ship Channel?

**A.** Their testimony is visually. They were monitoring the position visually. So they claim they knew where they were by making a visual observation.

**Q.** Thank you.

And Captain Charpentier had his PPU, correct?

**A.** He did, yes.

**Q.** And that is, if not identical, similar to the ECDIS. It may not include all the information that the ECDIS has, but that's what they navigate the vessel with, the pilots, correct?

**A.** For the pilots, but it's not similar to an ECDIS. It doesn't replace the vessel's or the crew's ECDIS system. That is what they should be using.

**Q.** That's what they are using, correct?

**A.** The crew don't use a pilot's PPU unit.

**Q.** I'm talking about the pilot.

**A.** The pilot uses the PPU system, yes.

**Q.** And the pilot has the conn of the vessel, correct?

**A.** Has the conn. He issues orders but doesn't have the

ultimate responsibility.

MR. GEORGANTAS: I'll object to the response.

BY MR. GEORGANTAS:

**Q.** We'll get to ultimate responsibility. I'm talking about conning the vessel.

02:07:17

The pilot -- let me back up.

Houston is a compulsory piloted port, correct?

**A.** Yes.

**Q.** The pilot or pilots on board, depending on the size of the vessel, they basically pilot the vessel or they have the conn, as they say; is that correct?

02:07:29

**A.** They issue the suggested orders. If the crew agree with those orders, they comply with the orders.

**Q.** So every time that Captain Holland -- or Charpentier, in this case -- issued an order, it was a suggestion?

02:07:46

**A.** Yes. That should be repeated by the crew. When they repeat an order, that means they agree with it. The crew members carry it out.

**Q.** So just to put things in perspective here for the Court, did you read the part of -- I believe of Captain Holland's testimony -- I can't remember about Captain Charpentier -- that in his entire career, he has never been -- or maybe once -- countermanded by the master on the bridge?

02:08:02

**A.** I don't recall his exact testimony on that part.

02:08:19

**Q.** But if it's there, then you will agree with me that it is extremely rare that a captain, or in this case a senior navigation officer, specifically, on the GENESIS RIVER that day would countermand the pilot's order? Do you agree or disagree with that?

02:08:45

**A.** It's rare. Not extremely rare, because it does happen.

**Q.** All right. How many times were you countermanded in your six years at the Port of Tyne?

02:09:01

**A.** Well, many a time an active bridge team will question a pilot. So, for example, if I say increase to full ahead, the captain may say, I'm not comfortable with that speed. Should we stick to 6 knots?

Okay. I will stick to 6 knots.

02:09:17

**Q.** So my -- I'm sorry. Did you finish?

**A.** Yes.

**Q.** My question was: How many times were you countermanded where you gave an order or a suggestion and it was not followed?

02:09:28

**A.** It depends on your definition of being countermanded. So I never had --

**Q.** Thank you.

Will you issue -- I'll give you an example. You would say full ahead, and the captain yells out, Delay that order?

02:09:46

**A.** No. That happens fairly frequently. If you say, Go full sea speed, a captain will often say, We do not want to go full sea speed.

**Q.** So that happened to you, you say, frequently at the Port of Tyne --

02:10:02

**A.** Several times.

**Q.** -- your orders were countermanded? Okay.

**A.** Not countermanded in that the captain takes over, but that he questions the order and says, Should we just go half ahead instead of full ahead?

02:10:11

**Q.** So coming back to our circumstances in the Port of Houston and the incident, the testimony of Captains Holland and Charpentier is in their careers -- and I believe Captain Holland was a little more senior, he had never been countermanded in any of his commands. I think maybe there was one occasion during a docking procedure that he said. Do you recall that?

02:10:32

**A.** Yeah. I do recall that. And I think he is referring to a captain stepping in and saying, You leave the controls alone. I take over now.

02:10:51

I'm not sure that includes every time he has been questioned by a crew member, because that would occur a lot more frequently.

**Q.** That he -- I believe he testified he had 5,750 transits in the Houston Ship Channel and, with the

02:11:04

exception of that during docking procedures, he had never had that issue with a crew?

**A.** Yeah. And I think there is a distinction between countermanded or questioned.

02:11:22 **Q.** Okay. Did you see any evidence or read any testimony that the GENESIS RIVER didn't know where the BW OAK was?

**A.** No.

**Q.** In fact, they were so comfortable with each other, as you said, I believe, that they were talking about some 02:11:45 fire in some house in Friendswood that was burning at the time that they were passing and meeting, correct?

**A.** Correct.

**Q.** And that, to you, was an indication of a level of comfort in the meeting, as opposed to perhaps not best 02:12:03 practices in the Houston Ship Channel, to be talking about fires and burning homes and insurance claims or whatever they were talking about in Friendswood, correct?

**A.** Correct.

**Q.** Rule 6, we get to your speed. I know you have been 02:12:24 waiting to get there. So we are here.

What is your criticism of the speed?

**A.** Rule 6 requires that the speed allows proper and effective action to be taken to avoid collision. The faster you go, the less reaction time you have, the longer 02:12:46 it's going to take to slow a vessel down.

Some of the factors you consider was the maneuverability of the vessel, the draft and proximity to navigation hazards such as squat and bank effect.

**Q.** Okay. So do you have access to Rule 6 up there?

02:13:05 **A.** Yeah. I don't have -- I have my summary, not the full rule.

MR. GEORGANTAS: Your Honor, I don't know how to do this. I only have one copy of the rules.

MR. SHIPLEY: May I approach, Your Honor? We

02:13:19 have a copy. We have one for the Court, if you would like it.

THE COURT: All right.

MR. SHIPLEY: And we have one for the witness, too.

02:13:24 THE COURT: Okay.

MR. GEORGANTAS: May I proceed, Your Honor?

THE COURT: Oh, yes. I'm sorry. I didn't know you were waiting on me.

BY MR. GEORGANTAS:

02:14:01 **Q.** Captain Cunningham, tell me where you see in this rule where you read about squat and some of the other comments you just made.

**A.** Are you just preferring to start with the opening paragraph?

02:14:14 **Q.** Okay.

**A.** So every vessel as to proceed at safe speed so that they can take proper and effective action to avoid a collision. And the GENESIS RIVER failed to do that.

**Q.** I'm sorry. What was the last part? I missed it.

02:14:29 **A.** The GENESIS RIVER was not proceeding at a safe speed that allowed them to take proper and effective action to avoid a collision.

**Q.** Okay. So do you know when -- in the timeframe of coming out to meet the BW OAK, when did the GENESIS RIVER

02:14:51 go to a navigational full ahead setting? And I'll grant you it was after Captain Charpentier took the conn.

**A.** Yes, if you allow me to speculate. I can refer to my transcript and tell you the exact time, if that is preferred.

02:15:09 **Q.** We can do that. I suggest it was about 15 minutes, maybe more. But feel free to do that.

**A.** Okay. So right around 14:47 local time, Pilot Charpentier requested -- he was already at full ahead maneuvering, and he requested to go to a 10-minute notice,

02:16:09 which is to increase the telegraph to full sea speed.

**Q.** Okay. So can we say that the GENESIS RIVER was at a navigational full ahead for at least 15 minutes prior to meeting the BW OAK, maybe even closer to 20?

**A.** That's fair to say as an approximate.

02:16:35 **Q.** So when they went to navigation full ahead, did

anything go wrong?
**A.** Not at that time, no.
**Q.** No, not during those 20 minutes, right?
**A.** But it was a violation of Rule 6.
02:16:49 **Q.** How was it a violation of Rule 6?
**A.** Because you have to proceed at speed so that you can take proper and effective action to avoid a collision. But because they were at navigation full within the confines of the load program, that engine was no longer 02:17:08 immediately maneuverable. So they cannot take immediate action.
**Q.** Well, the -- my timeframe I was using was up until meeting or right before meeting the BW OAK. We'll get to the second part.
02:17:20 But from the time they put it on to meeting the BW OAK, everything was fine, correct?
**A.** Yes. But if you are -- I think you are trying to imply that made it a safe speed, and I disagree with that part. Just because nothing went wrong or everything was 02:17:41 fine, in your words, doesn't mean it was a safe speed.
**Q.** But what I'm saying is when they went to nav full before meeting the BW OAK, they didn't just fly off the channel somewhere, correct?
**A.** At that point, no.
02:17:52 **Q.** No. And they maintained the intended course, correct?

**A.** Yes.
**Q.** Rule 7, what did the GENESIS RIVER do or didn't do to violate Rule 7, risk of collision?
**A.** Rule 7 requires that every vessel use all available means appropriate to the prevailing circumstances and conditions to determine if risk of collision exists.
**Q.** And how did the -- thank you.
How did the GENESIS RIVER violate this rule?
**A.** The -- they didn't have their navigation equipment operating. Radar and ECDIS, in addition to being a chart which will indicate the position of the vessel, they are the primary collision avoidance tools.
**Q.** So if they had their ECDIS on 20 minutes or 25 minutes before coming up to the BW OAK, they would have known that there is a risk of collision with the VOYAGER?
**A.** Well, it's not that simple. It's -- the ECDIS also provides the crew with a much greater ability to monitor the vessel's position and to monitor the maneuvering and handling of the vessel.
**Q.** Well, we've already covered that. I mean, I think we agreed that the GENESIS RIVER knew what her position was. The crew and the pilot knew what their position was in the ship channel at all times, correct?
**A.** Well, according to their testimony, visually they did, but that is nowhere near as accurate --

**Q.** Well, it's not just visually. The pilot had his PPU. Did you hear any comments in the VDR discussion somebody coming up and saying, Guys, where are we?

**A.** No. There is no -- that's one of the issues. There was no interaction between the bridge team and the pilot.

**Q.** So did you hear any comments, somebody commenting saying, Hey, where are we right now? We're lost?

**A.** No. There was no comment like that heard on the VDR.

**Q.** Let's talk a little bit about the interaction here. The pilots, when they came on, they requested for the volumes to be turned down for the reasons that we discussed, correct?

**A.** Yes.

**Q.** What is your view on that? Do you think that maybe excessive alarms on the bridge during a passage of five to six hours in confined waters, would that be a distraction? Do you agree or disagree with Captain Holland? I believe it was Captain Holland that made the request.

**A.** Excessive alarms can be a distraction, but there are other ways to minimize the amount of alarms on your ECDIS system. And I think that's part of the procedures "K" Line have now put in place to say these are the settings you need to put on your ECDIS to minimize the alarms so they are not a distraction.

**Q.** So the answer is, yes, you agree that there could be a

distraction?
**A.** Excessive alarms due to an incorrectly set of ECDIS, yes.
**Q.** Okay. So then, there was also commentary, which you didn't discuss but it will be available to the Courts on the VDR, that they wanted kind of a quiet bridge. They didn't want, like, a rock and roll station or something to that effect. Do you recall that?
**A.** Yes.
**Q.** So that was their request, and it seemed to work nicely up until the time of the meeting and passing the BW OAK, but now you are criticizing them that they had a quiet bridge; is that correct?
**A.** No. The criticism is that they didn't have their navigation equipment, which is essential and is a legal requirement for a vessel to have that equipment onboard.
**Q.** I understand it was a legal requirement. But I think we did discuss, and we might have to a little bit more, as to what role that played in the collision. So I guess I'll have to go back, you know, through that.
But coming back to Rule 7. We are on Rule 7 right now. What is the exact evidence that you are seeing, that you have read or heard testimony, that is leading you to opine that the GENESIS RIVER violated Rule 7, the risk of collision?

**A.** The various failures we have discussed led to an uncontrollable vessel. An uncontrollable vessel is a risk of collision to other vessels in the near proximity.
**Q.** So you don't have anything specific?
02:23:31 **A.** I think that was specific. The vessel was uncontrollable and a risk of collision.
**Q.** Oh, no. I'm talking about before this here, Captain Cunningham. Can we agree that this collision happened in the span of, like, say, three minutes or a little bit more? 02:23:50 I did it one time. It was, like, three minutes and maybe 10 or 15 seconds.
**A.** From the point the vessel took a sheer?
**Q.** Yes. From the point the vessel took a sheer until the time of impact.
02:24:02 **A.** It's around three minutes. I disagree that that is -- that there are not events before that that contributed to that loss of control.
**Q.** So before that, what -- what circumstances and conditions should have been determined to see if a risk of collision exists? 02:24:23 I'm trying to stick with the rule here.
**A.** Well, for example, there was an inadequate master/pilot exchange.
**Q.** I'm sorry?
**A.** For example, there was an inadequate master/pilot exchange. 02:24:36 So --

**Q.** Did you read any testimony that the pilots complained about the master/pilot exchange?
**A.** Yes, I have.
**Q.** That the pilots complained that they didn't have enough information? I'm sorry.
02:24:50
**A.** Yes. Once the -- I attended all of the interviews and testimony of the pilots. Initially, they said we received a pilot card, conducted an exchange. But later on, when it became obvious to them the information they weren't provided that the captain knew, they said we wish we had been told that.
02:25:06
**Q.** What information was that?
**A.** That the vessel was sluggish handling and slow to maneuver. That the crew intended to switch off the ECDIS and radar systems. And that the master conducted a risk assessment and determined that --
02:25:23
**Q.** Did you read the testimony of Captain Holland and his characterization of the use of ECDIS?
**A.** And that is his characterization from his experience as a pilot of many years. So from the perspective of a bridge team member who don't have PPUs, ECDIS is essential to them.
02:25:39
**Q.** No. No. We were talking about the pilots complaining. So I'm trying to stick to the discussion. I asked you what complaints the pilots have. And did the
02:25:55

pilots complain that the ECDIS was turned off?
**A.** He said he would never have left the berth if he had known that the ECDIS system was turned off because he relies on the crew to do their job.
02:26:11 **Q.** Who said that?
**A.** It was one or both of the pilots. They have said after we know what we now know that they were extremely critical. It's in the deposition testimony they were critical of the crew for many things.
02:26:27 **Q.** Was that before or after he said that he considered the ECDIS as a useless piece of equipment during the passage?
**A.** And I understand he said that. And from his perspective --
02:26:37 **Q.** He did say that, correct?
**A.** Yes. Because he never uses an ECDIS system. The ECDIS system is for the bridge team and the crew members.
**Q.** So I guess I'm coming back to my original question. What was it about the ECDIS being in standby mode that 02:26:57 would have assisted the crew or the pilot -- we know the pilot is on his PPU -- to let him know that a risk of collision existed with the VOYAGER?
**A.** The job of the crew was to assist the pilot. The pilot relies on the assistance of the bridge team. The 02:27:16 bridge team simply cannot and did not do their job because

02:27:39
02:27:58
02:28:08
02:28:21
02:28:43

they didn't have the tools available to them.

**Q.** And I'm -- that's a -- that's your view of the general description. My question is very specific as to Rule 7.

What is it that you allege the failure of Rule 7 that contributed to this collision, the failure on the part of the GENESIS RIVER? How did the GENESIS RIVER violate Rule 7 in terms of determining risk of collision, knowing the timeframe of the collision and what happened?

**A.** I don't follow the question, I'm afraid.

**Q.** Well, you said that the GENESIS RIVER violated several rules, correct?

**A.** Yes.

**Q.** And Rule 7 was one of them, correct?

**A.** Correct.

**Q.** And Rule 7 is risk of collision?

**A.** Yes. They have to use all available means, which they failed to do.

**Q.** Okay. It says here, "Every vessel shall use all available means appropriate to the prevailing circumstances and conditions to determine if risk of collision exists."

And my question was: Right after the meeting with the BW OAK and the GENESIS RIVER taking the initial sheer to port, what were they unable to determine that would have helped them or what was missing that would have helped

them to determine that a risk of collision existed with the VOYAGER?

**A.** It comes before that. At that point, there is clearly a risk of collision. But, you know, Part B of Rule 7 is proper use of all radar equipment. They also failed to use their radar system. That's another violation of Rule 7.

**Q.** And was there any suggestion they didn't know where the VOYAGER was? I'm sorry. We seem to be going in circles. But the radar basically gives you targets, right?

**A.** Maybe it's better to summarize like this. The crew's nonuse or unavailability to use the ECDIS and radar systems led to their situational awareness, which also was a contributing factor to the loss of control of the vessel. And a vessel out of control is a risk of collision.

**Q.** So because the ECDIS and the radar were in standby mode, the vessel lost navigational control, I think you just said?

**A.** It's one of the contributing factors. When you are determining a risk of collision with another vessel, the best way you do that is you look at those vessels which are shown on your radar and your ECDIS system. They didn't have those tools available. Rule 7 is very clear

you have to use those systems to determine --

**Q.** All right. Let me approach it differently. And if they had seen the VOYAGER on the ECDIS -- I just pushed the button and I turned it on. So now the crew is seeing the VOYAGER and the ECDIS, the same as Captain Charpentier on his PPU. So now we have confirmed that the VOYAGER is where the VOYAGER is and exactly where the PPU is showing the VOYAGER.

How did that reduce the risk of collision when the vessel took a port sheer?

**A.** Yeah. I'm not saying that it reduced the risk of collision at that point.

**Q.** That's what you just said, that somehow the absence of the ECDIS contributed to the sheer.

**A.** Yes. Because the crew failed to do their duties because they didn't have the equipment available to adequately monitor the actions of the pilot and the condition of the vessel.

**Q.** What is it to monitor? The pilot is issuing orders, and the crew is carrying them out.

**A.** Their job is to verify all of the pilot's orders, to continuously monitor the vessel's position and any time they have any concern. So, for example, when a vessel -- a pilot wants to increase speed, which is totally against their passage plan, that has to be discussed and

addressed, not just ignored.

**Q.** Okay. So, then, to hopefully try to move on: It's your testimony that because the ECDIS and the radar were in standby mode that that somehow caused the sheer of the vessel and the eventual collision with the VOYAGER, correct?

**A.** That's one of the contributing factors, in addition to the trim, the excessive speed --

**Q.** No. I just --

**A.** That is my testimony, yes.

**Q.** You're saying that is a factor. That's all I want to know. You are saying that the -- placing the radars and the ECDIS in standby mode contributed to the collision by causing a sheer?

**A.** Yes.

**Q.** So just to jump a little bit on the other side: What was Captain Marie doing at the time that the GENESIS RIVER called them up for the first heads-up?

**A.** Navigating in the barge lane, in the inbound barge lane.

**Q.** Right. That's what the VOYAGER was doing. What was Captain Marie doing?

**A.** He was on the -- in the wheelhouse in his chair maintaining a lookout and navigation watch.

**Q.** In fact, he had been and he was on his cell phone for

about 20 minutes throughout that period, correct?
**A.** I don't know if it was 20 minutes. I know at some point he did look and make a calculation on his phone.
**Q.** Have you looked at the security video in its entirety?
02:33:12 **A.** Yes.
**Q.** And I'm sure we would have asked at your deposition, but we didn't have it at the time. But we did get it since then, and I went back and I estimated, give or take a minute, that he was on his phone for about ten minutes.
02:33:26 Did you see that?
MS. SNELL: Objection. I need to object, Your Honor, to the mischaracterization. The wheelhouse video was available to all parties in this case well before Captain Cunningham's deposition and well before any
02:33:39 experts issued reports in this case. So I just need to make it clear for the record that that material was available both before the reports were written and before Captain Cunningham's deposition.
MR. GEORGANTAS: Your Honor, to the extent that
02:33:55 my question suggested that Kirby somehow withheld evidence, that was not the intention. If that's how it was understood, I withdraw that.
THE COURT: All right. Let's move on. Understood.
02:34:05 MR. GEORGANTAS: Thank you.

BY MR. GEORGANTAS:

**Q.** Captain Cunningham, I'm representing to you that the cell phone was being used by Captain Marie for about 20 minutes up until the time of the first call from the VOYAGER. That's what he was doing. That was my question earlier when I said what was Captain Marie doing at the time.

**A.** One of the things he was doing, he was looking at his phone immediately prior to the call from the GENESIS RIVER.

**Q.** And not immediately prior. For 20 minutes?

**A.** Yeah. I can't verify that, but if you say it's 20 minutes. He was looking at his phone up until the point the GENESIS --

**Q.** It's just a security video. So the video will, you know, speak for itself.

So how do you characterize that action of Captain Marie being on his cell phone for 20 minutes as he enters calculations? I think he was trying to figure out if he could buy a truck or new truck or, in any event, a truck?

**A.** I don't think it was relevant to anything that took place afterwards, because the most important point is the CCTV also shows that he responded immediately to that call, he had full situational awareness, and it did not affect his ability to maintain a full and proper lookout.

**Q.** So you think it's irrelevant that he had been on his cell phone for about 20 minutes prior to getting the first call, correct?

**A.** I think it's irrelevant because at the point he received that call, he responded immediately and had full situational awareness.

**Q.** And you believe that his situational awareness was not in any way affected by being on the phone for about 20 minutes doing interest calculations?

**A.** I don't know if he was doing calculations for 20 minutes.

**Q.** That's what he said, that he was doing interest calculations.

**A.** So the -- you are on a six-hour watch on a tow boat. You don't sit in a chair for the six hours. You are going to fill out the logbook. You are working with your chart. You are making cups of coffee.

The important point is that at the time the GENESIS RIVER called them and said, "We're not checking up," he answered immediately. He knew exactly what was going on. He run through the options in his head. And when he was told that they had to do something, he took exactly the right action.

MR. GEORGANTAS: All right. I object to the response.

BY MR. GEORGANTAS:

**Q.** My question, Captain Cunningham, is: It is your testimony that the fact that Captain Marie was on his cell phone for about 20 minutes doing interest calculations, or maybe sending texts as well, right up to the time that he got the first call did not affect his situational awareness?

02:36:57

**A.** Yes.

**Q.** And is it relevant to you that he was violating Kirby policy?

02:37:09

**A.** I don't recall the Kirby policy, and I think that may be something you would have to discuss with Kirby about.

**Q.** No. I want to discuss it with you.

MR. GEORGANTAS: What exhibit is that? How do we get it up?

02:37:23

BY MR. GEORGANTAS:

**Q.** One second, Captain Cunningham.

Are you able to see Kirby Exhibit No. 23?

**A.** Yes.

**Q.** Is that a little better?

02:37:39

**A.** Yes.

**Q.** Okay. Will you go down to -- there we go. It's highlighted. What do you see? Can you read No. 3 for me?

**A.** "No personal cell phone use or other duty distractors are permitted in the wheelhouse while the vessel is

02:37:59

underway."

**Q.** So is it also irrelevant that he was violating Kirby policy?

**A.** I think whatever happened on the cell phone -- I don't know if this is -- I don't know the whole policy, if it's a violation or not. But it had no bearing --

02:38:10

**Q.** You don't know the whole policy. It says it right there. It's not -- it's not ambiguous. It's pretty clear. They don't want personal cell phone use or any other -- whatever "other" might be -- that might distract them in the wheelhouse while the vessel is underway.

02:38:26

**A.** That's what it says. My position is I don't know if he was distracted because the evidence is it did not cause a distraction at the time he had to respond.

02:39:00

**Q.** So just to summarize this, it's your testimony that even though Captain Marie violated what appears to be Kirby -- and this, by the way, is a standing order as well. What does "standing order" mean? Could you explain that to the Court?

02:39:18

**A.** Well, standing orders may be issued by a vessel master and they may be -- may include certain procedures to be followed, actions to take to call the master or to call the company and so on.

**Q.** To be followed when? These are the standing orders for the bridge, for the wheelhouse, if it's a tugboat, for

02:39:48

the officers on watch, correct?
**A.** (No response.)
**Q.** I mean, "standing orders" has meaning in the maritime world, correct?
02:40:06 **A.** Yeah. Sorry. I'm just reading the whole policy.
**Q.** Oh, okay. I'm sorry.
**A.** You say this is the entire policy.
**Q.** Sure.
**A.** I would like to review it.
02:40:35 May I ask? Is this the single page on wheelhouse standing orders or are there additional pages?
**Q.** Well, I'm asking you -- okay. There you go. I think they just gave you some more pages.
**A.** I mean, I have not looked into this issue. I don't
02:40:56 want to give my opinions without knowing all of the policy documents available on that issue.
THE COURT: What is the pending question right now?
MR. GEORGANTAS: The pending question is where we
02:41:07 started, Judge, is whether he thought it was irrelevant that Captain Marie was violating company policy, specifically Item No. 3 of the standing orders, the use of cell phones.
THE COURT: That's your question.
02:41:25 **A.** And I think I asked and answered a few times that it

was irrelevant to the events after the GENESIS RIVER alerted the VOYAGER to a situation.

BY MR. GEORGANTAS:

**Q.** And you also maintain that, notwithstanding his use of the cell phone for about 20 minutes, Captain Marie somehow maintained situational awareness, correct?

**A.** I think it's -- the CCTV shows that he had the situational awareness to immediately respond to that call. He has later testified he knew who he was talking to, assessed the situation, and he had situational awareness.

**Q.** The question was: While he was using his cell phone, you maintain that he maintained situational awareness?

**A.** As I explained, it's possible to maintain situational awareness when completing logbooks, updating passage plans and doing other bridge activities.

**Q.** So now it's possible. But maybe he did, maybe he didn't?

**A.** And I go to the point where we know that he immediately put his phone down and answered the radio, and there is nothing there --

**Q.** I'm not asking you about that.

**A.** -- to suggest that he lacked situational awareness.

**Q.** That's not what I'm asking you about. I'm asking you about for the 20 minutes before he picked up his mic or -- I'm sorry -- his radio when Captain Charpentier called

him. I'm talking about that period of approximately 20 minutes when he clearly had picked up his phone and he is doing interest calculations.

And the question was, to be precise: Is it your testimony that during that time Captain Marie was maintaining situational awareness?

**A.** And my answer is: I have seen no evidence to suggest he had no situational awareness.

**Q.** Okay. But, yet, the crew of the GENESIS RIVER there was no one with any personal cell phones and everybody was looking out the window and taking visual bearings, as you said a little bit earlier, did not have situational awareness, correct?

**A.** That the bridge team had no situational awareness; otherwise, they would have challenged the pilot on his decision to increase to an unsafe speed is one of the things.

**Q.** Rule 8. What did the GENESIS RIVER do to violate Rule 8 or didn't do?

**A.** One of the things is the various references to -- if necessary, to avoid a collision or allow more time to assess the situation, a vessel shall slacken her speed or take all way off by stopping her or reversing her means of propulsion.

It also mentions that actions shall be taken, be

positive and made in ample time with due observance to good seamanship. I think we have already touched on the good seamanship aspects. Essentially, good seamanship mandated proceeding at safe speed to mitigate the
02:45:48 hydrodynamic forces being experienced to ensure the safe control of the vessel. And my opinion is they failed to do that.

**Q.** I'm sorry. I think you just took me back to Rule 6 on safe speed. I'm on Rule 8 now. And you threw in two or
02:46:10 three things that I would like to discuss but maybe one at a time.

Rule 8 is "Action to avoid collision."

**A.** Yes.

**Q.** And my question was: What did the GENESIS RIVER do or
02:46:18 didn't do to violate Rule 8?

**A.** There is a lot of overlap in the rule. So that's why I'm going to mention lookout and safe speed and so on. The rules all work together. You can't just single them out. But, as I have explained, all of this is detailed in
02:46:41 my report.

They are required to take early positive action to avoid collision or a close-quarters situation. So it's not just action to avoid collision. I think it's very clear it's also to avoid a close-quarters situation. So
02:46:56 when you are proceeding in a narrow channel where head-on

passing and close-quarter situations is customary, then focus has to be on minimizing the potential loss of control of the vessel and on the ability to recover from any loss of control. And that is what they failed to do.
02:47:17 **Q.** I'm sorry, Captain Cunningham. I think Rule 8 speaks to action to avoid collision once there is some sort of possibility of collision. Do you have a different understanding of Rule 8?
**A.** No. That is -- that is correct. And, as I mentioned 02:47:31 there, part -- one of the things is proceeding in a narrow channel, and regular close-quarters passing of vessels in a head-on situation is the ongoing risk of collision.
**Q.** All right. So what did the GENESIS RIVER do or didn't do that violated Rule 8?
02:47:54 **A.** The violation of Rule 6 and Rule 5 led to a violation of Rule 8 because they were in a close-quarters situation with BW OAK and then subsequently the VOYAGER.
**Q.** So the fact that we -- the fact that the ECDIS was in standby mode -- because I think that's how you associated 02:48:21 Rule 5 -- somehow led to Rule 8 action to avoid collision. Is that what you are saying?
**A.** Yeah. They took away the maneuverability of the vessel. That's one of the tools to avoid a collision or to reduce speed to allow more time to assess the 02:48:41 situation. But the vessel was in a load program, and the

engine was not readily maneuverable. So they limited the actions available to them to avoid a collision.

**Q.** So when I look at Rule 8(a), the first paragraph, it says, "Any action taken to avoid collision." Does that imply to you that for me to be taking action there is the possibility of a collision situation developing?

**A.** Please, could you rephrase that question?

**Q.** Well, I'm reading -- I'm reading from 8(a) where it says "Any action taken to avoid collision." "Any action taken to avoid collision." And it seems to me that this rule applies in that three-minute segment when the GENESIS RIVER sustained that first sheer after meeting the BW OAK and all the action that took place by both vessels up until the time of collision.

That's my portal. Do you have a different portal? Are you taking this rule back to the terminal when the vessel left the berth?

**A.** I'm taking it back before the three minutes. Approaching the BW OAK, for example, one of the actions you will take to avoid a collision and a head-on situation is to proceed at a safe speed where the vessel is maneuverable. If you experience a sheer or loss of control, you can recover from that sheer.

**Q.** But you have testified before that that was a textbook meeting or you agreed, I think with testimony, that it was

a textbook meeting or both, correct?
**A.** Yes.
**Q.** Okay. So was there a risk of collision -- prior to meeting the BW OAK, was there a risk of collision between the GENESIS RIVER and the VOYAGER? Is that what you are saying?
**A.** Any time you pass a vessel in the Houston Ship Channel it's covered under Rule 4(e), which is a head-on situation. Yes, that is a risk of collision. Both vessels have to proceed at a safe speed, and they will take avoiding action by moving to the starboard side of the channel, which is exactly what Rule 4(e) says.
Part of it is that you are able to take positive action in ample time in observance with good seamanship, and they failed in all of those elements.
**Q.** So just to clarify, what you are saying right now is that Rule 8 really doesn't kick in, if I can put it like that, at the moment where the GENESIS RIVER took a sheer and Captain Charpentier was concerned and raised the VOYAGER, but it can start before that at any time?
**A.** It starts before that, yes.
**Q.** So one interpretation of what you are saying is that every time vessels meet they have to take action to avoid collision as opposed to actually taking action to avoid an imminent collision or a close-quarters situation

developing?

**A.** It would cover both scenarios. But the three minutes you are talking about, at that point, it's not a normal collision avoidance situation because the GENESIS RIVER is 02:52:18 out of control and they have created an *in extremis* situation. So that is something different.

**Q.** That's the first time the GENESIS RIVER takes a port sheer and is trying to regain control, correct?

**A.** Correct.

02:52:31 **Q.** So then, at this point, the GENESIS RIVER has taken a port sheer and likely headed to the barge lane, correct?

**A.** Correct.

**Q.** And in the barge lane is the VOYAGER?

**A.** Correct.

02:52:47 **Q.** Correct? Inbound on the red side, correct?

**A.** Yes.

**Q.** Okay. So is it not correct that it is at that point that both the GENESIS RIVER and the VOYAGER have to take action to avoid collision?

02:53:05 **A.** That's one of the points.

**Q.** That is the point.

**A.** Yeah, they are in a --

**Q.** That's what they tried to do, right?

**A.** They are at risk of collision, and they are going to 02:53:15 take whatever action they can to avoid a collision.

**Q.** Correct. And that's what they tried to do in the next three minutes with the communications and all that. They both tried to take action to avoid collision, correct?
**A.** Yes.
02:53:28 **Q.** Okay. Rule 9. What did the GENESIS RIVER do or didn't do to violate Rule 9?
**A.** And this relates to paragraph (a)(i)?
**Q.** I'm sorry. (a) what?
**A.** (a)(i), "A vessel proceeding" --
02:54:06 **Q.** I'm sorry. I was in the international rules. Hold on. Okay. I'm with you now. Go ahead.
**A.** "A vessel proceeding along the course of a narrow channel or fairway shall keep as near to the outer limits of the channel or fairway which lies on her starboard side as is safe and practicable."
02:54:18
**Q.** And you contend the GENESIS RIVER violated that because when she took the port sheer she crossed over the centerline to the red side of the channel, correct?
**A.** Yes. She failed to keep to the starboard side or to favor the starboard side of the channel.
02:54:35
**Q.** Could the same rule also be applicable to the BW OAK if you were to see an ECDIS or a PPU that shows the BW OAK on the green side of the channel having crossed over on the other side and not being on her starboard side, as is safe and practicable?
02:55:05

**A.** I disagree. The BW OAK moved to the starboard side as they should have done.

**Q.** I'm sorry?

**A.** The BW OAK favored the starboard side, as they are supposed to do per this rule. So I disagree with your characterization.

**Q.** All right. So let me just read the rule. Will you please look at it as I am reading.

"A vessel" -- and I'm on (a), it looks like, Roman "i". "A vessel proceeding along the course of a narrow channel..." Can we agree that the Houston Ship Channel is a narrow channel?

**A.** Yes.

**Q.** Okay. "...or fairway shall keep as near to the outer limit of the channel or fairway which lies on her starboard side as is safe and practicable," right?

**A.** Yes.

**Q.** Okay. And you say the GENESIS RIVER violated this rule because she crossed over on the red side. She went over on the other side of the centerline, correct?

**A.** Exactly.

**Q.** Okay. So if the BW OAK inbound crossed over on the other side, which would have been the green side, would that not also be a violation of Rule 9?

**A.** It would be, but I disagree that is what happened.

**Q.** Okay. I'm sorry. It would be?
**A.** It would be, but I disagree that that actually happened.
**Q.** So if you were to see a video of the BW OAK proceeding on the green side of the channel and not as close or near where -- on her starboard side as safe and practicable, would you change your mind then?
02:56:38
**A.** I have seen the video. I know what you are referring to.
02:56:57
**Q.** Okay. So why --
**A.** I disagree with the characterization.
**Q.** -- are we going in circles here?
MR. SHIPLEY: He should be allowed to finish his answer.
02:57:06
MR. GEORGANTAS: I'm sorry.
THE COURT: All right. Next question.
BY MR. GEORGANTAS:
**Q.** Captain Cunningham, you have seen the video and you have seen the BW OAK on the green side of the channel, correct?
02:57:15
**A.** I have not seen the BW OAK on the green side of the channel.
MR. GEORGANTAS: Okay. May I have a moment, Your Honor?
02:57:23
THE COURT: Yes.

MR. GEORGANTAS: Thank you.
One second, please, Captain Cunningham.
THE WITNESS: No problem, Counsel.
Excuse me, Counsel.
02:58:31 MR. GEORGANTAS: I'm sorry?
THE WITNESS: While you are preparing the video, if you'd like, I can explain part of what I am going to explain.
MR. GEORGANTAS: I think we have it now, Captain.
02:58:42 BY MR. GEORGANTAS:
**Q.** And I think this is the ECDIS from the --
MR. GEORGANTAS: Is this the PPU or -- which one is this?
(Sotto voce discussion between counsel.)
02:58:51 BY MR. GEORGANTAS:
**Q.** This is the ECDIS from the BW OAK, Exhibit 12.
**A.** No. That's incorrect.
MR. BAILEY: Your Honor, I object. That is not the ECDIS from the BW OAK. That looks like it's coming
02:59:06 from a separate AIS system.
THE COURT: Is this one of y'all's exhibits?
MR. GEORGANTAS: I believe it is, yes.
THE COURT: Which one is it?
MR. GEORGANTAS: Exhibit 12.
02:59:20 THE COURT: It's Exhibit 12, whatever Exhibit 12

is.

THE WITNESS: I can explain what it is, too, before we begin because I think it's relevant.

THE COURT: Okay. Well, we need to go by question and answer.

02:59:29

THE WITNESS: Okay.

THE COURT: And you may get an opportunity to do that on redirect, but we need to go by question and answer.

02:59:36 THE WITNESS: Understood, Your Honor.

BY MR. GEORGANTAS:

**Q.** All right, Captain. It's kind of in a fast mode because that's how it was provided to us. But do you see the BW OAK kind of inbound there just past the VOYAGER?

03:00:03 **A.** Yes.

**Q.** Okay. And she's now kind of moving over across to the green side. Do you see that?

**A.** No.

**Q.** I'm sorry?

03:00:15 **A.** No. I don't see that.

**Q.** You don't see that?

MR. GEORGANTAS: Okay. Here we go. Can you stop it there.

BY MR. GEORGANTAS:

03:00:27 **Q.** So you are seeing the BW OAK and you are just seeing

the GENESIS RIVER up on top of the screen. Do you see that?

**A.** Yes.

**Q.** So it looks like the GENESIS RIVER is kind of hugging

03:00:41 the centerline. Can we call it that?

**A.** Both vessels are on the centerline, as is customary on the Houston Ship Channel for this type of approach.

**Q.** I understand. The question was: Is he hugging the centerline? Yes or no?

03:00:57 **A.** They are both on the centerline, yes.

**Q.** I'm sorry. You think the BW OAK is on the centerline?

**A.** Yes.

**Q.** From what I'm seeing here, I see it significantly to the left of the centerline.

03:01:11 **A.** No. She is very -- if the chart is correct and if the position of the vessel is correct -- because this is not a PPU unit. It's not an ECDIS. It is AIS data, which is not necessarily displaying a highly accurate position of that vessel.

03:01:34 **Q.** All right. We're going to try to make this a little easier for you. We went to Exhibit 14, which is, I believe, Captain Barton's PPU. And we have gone back to regular mode now from that fast forward before.

(Video played.)

03:02:13 BY MR. GEORGANTAS:

**Q.** As you are looking at this, is the BW OAK as far to the -- to her starboard side as is safe and practicable? Yes or no?
**A.** She is in the center of the channel.
03:02:30 **Q.** The question is: Is the BW OAK -- I know where she is. The question is: Is the BW OAK to her starboard side as is safe and practicable? Yes or no?
**A.** No. But --
**Q.** "No." In fact, she has already crossed over to the green side or part of her, correct? 03:02:56
**A.** No. I disagree with that characterization.
**Q.** You disagree that part of the BW OAK is over on the green side of the channel?
**A.** No. This is nitpicking. And to understand what vessels do on the channel -- 03:03:13 if I'm allowed the opportunity to explain, I will. If not, I will just answer your questions.
**Q.** Well, Captain Cunningham, I think your lawyers would like to give you an opportunity to explain later on. And I don't understand what you mean by "nitpicking." 03:03:30 My question is pretty simple.
Is the BW OAK -- as you are looking at this display, has the BW OAK crossed over to the green side of the channel?
03:03:45 **A.** According to this display, she is very slightly to the

Case 3:19-cv-00207 Document 537 Filed 02/07/21 in TXSD Page 185 of 310


left of the center of the channel. But for all intents and purposes, she is in the center of the channel where she should be.

**Q.** Okay. Let me --

03:03:57 MR. GEORGANTAS: Can you stop it right there. Thank you.

BY MR. GEORGANTAS:

**Q.** Let me rephrase that. As you are looking at this screen, is it correct to say that the BW OAK has crossed

03:04:12 over the centerline of the channel on the green side? Is that correct or no?

**A.** I don't think it is correct to say she has crossed the centerline. She is still on the centerline.

**Q.** You don't think she has crossed over the centerline?

03:04:33 **A.** She has crossed it slightly, but she has not crossed the centerline.

**Q.** What is that? Do you see that L45, 47 --

MR. GEORGANTAS: Stop it again.

BY MR. GEORGANTAS:

03:04:48 **Q.** -- on the bottom left? L53 feet?

**A.** Yes. That is the measurement of the -- I'm not sure which part of the vessel it is, but it's saying 53 feet to center. But this is a 122-foot-wide vessel.

**Q.** If I were to represent to you that that L53 means how

03:05:24 many feet over counting from the center of the vessel she

is over on the left side, would you agree with that? In other words, let me represent to you the BW OAK is about 120-feet wide, give or take a foot. Is that your understanding?

03:05:38 **A.** Yes.

**Q.** And the measurements start from kind of amidship. So let's make it 60. This measurement here left. So it would be 60 plus 53. That's 113 feet, correct?

**A.** Yeah. I'm not sure I follow the calculation.

03:06:07 **Q.** Well, the -- what I'm explaining to you is the -- what the L53 means from Captain Barton's PPU. And it indicates how far to the left or to the green side the BW OAK is at this particular position. Do you understand that?

**A.** Yes.

03:06:28 **Q.** And what I'm saying is if you want to figure out more -- not exactly, but within a foot or two of how far over she is in relation to her total width, you have to add the 53 to 60 feet because 60 is kind of the middle where the measurement stands from. Do you understand

03:06:53 that?

**A.** Yes.

**Q.** So if you do that within a foot or two, of course, because I think she is maybe 122 feet. I rounded up. If we add the 53 to the 60 or 61, we come up with 113 or

03:07:10 114 feet of the BW OAK's width is over on the green side

of the channel, correct?
**A.** The aft end. Not the whole vessel, but the aft part of the vessel because they are turning, which is usual. This is ordinary. That vessel is in the center of the channel turning.
03:07:28
**Q.** No. Are we looking at the same screen here? You are saying only the aft end is over? You want me to back it up a little bit?
Let me ask you this: Just to continue here, can we
03:07:54 agree that the BW OAK has crossed over the centerline of the main channel to the green side? Let's forget how many feet. I think that's going to be evident. Let's just keep it basic.
**A.** I agree she has partly crossed -- partly crossed the
03:08:11 center of the lane of the channel. But for a vessel proceeding on the centerline and turning, that is entirely normal, and you will see that every day.
**Q.** Well, let me -- what is it -- let's go back to the rule real quick because that's the rule you used to
03:08:28 criticize GENESIS RIVER.
So a vessel proceeding along the course of a narrow channel or a fairway shall keep as near to the outer limit of the channel or fairway which lies on her starboard side as is safe and practicable, correct?
03:08:42 **A.** Yes.

**Q.** So if you were looking at the picture that we were just looking at, was the BW OAK proceeding near the starboard side -- her starboard side as is safe and practicable?

03:08:59 **A.** She was on the centerline.

**Q.** She was beyond the centerline. She was practically on the green side, Captain Cunningham. But for about ten feet of the vessel, the rest of the vessel was on the green side of the channel.

03:09:14 THE COURT: That's not a question, Mr. Georgantas. You are arguing with the witness.

MR. GEORGANTAS: I'm sorry.

BY MR. GEORGANTAS:

**Q.** Is it not correct to say that most of the vessel was on the green side of the channel? 03:09:24

**A.** Some of the vessel was on the green side of the channel.

**Q.** But in any event, not as near to her starboard side as is safe and practicable?

03:09:37 **A.** Yes. Because this is a situation where you need to consider the Houston Ship Channel and Rule 2. And it's explained in my report. So I'm sure we can address this later. But what you say is correct for now, and I agree with that.

03:09:51 **Q.** I'm sorry. You say you agree with me?

**A.** They were partly across the centerline, yes. I just disagree that was a problem.
**Q.** Well, not a problem. I'm just asking if it's a violation of Rule 9. The GENESIS RIVER river, you said, 03:10:09 violated Rule 9 when she crossed over to the red side, correct?
**A.** Correct.
**Q.** Now the BW OAK has crossed over to the green side. Is that not a violation?
03:10:18 **A.** It is not a violation. It's a different situation.
THE COURT: We have been going for about two hours. Let's take our afternoon break.
When we come back, I want the cross-examiner and the witness to not be argumentative.
03:10:42 Mr. Georgantas, let him answer his question.
Captain Cunningham, answer the question that is asked to you and know that redirect is coming.
THE WITNESS: Understood. Thank you.
THE COURT: All right.
03:10:55 CASE MANAGER: All rise.
(Recess from 3:10 p.m. to 3:28 p.m.)
THE COURT: You may take your seats.
You may proceed, Mr. Georgantas.
MR. GEORGANTAS: Thank you, Your Honor.
03:29:02 BY MR. GEORGANTAS:

**Q.** Captain, I want to pick up with what Ms. Snell went through, this diagram here. It's not an exhibit, but it was, I think, demonstrative. So I want to go over that with you.
03:29:17 **A.** Sure.
**Q.** And I'm going to kind of go in the sequence that she went as well.
So the first item you had on your criticism was the GENESIS RIVER ignored the risk assessment. Do you recall
03:29:33 that?
**A.** Yes.
**Q.** Okay. And you mentioned a couple of items. I was trying to take good notes; but if I miss something, please tell me.
03:29:48 You brought up speed as one of the criticisms here; is that correct?
**A.** Yes.
**Q.** And looking at Exhibit 60, that would be Item Number 3, correct?
03:29:59 **A.** Well, that's the activity. There are several references to speed and their control measures, too.
**Q.** Right. I'm talking about the activity where it says "high speed." Is that what you were talking about?
**A.** That's one of them, yes.
03:30:12 **Q.** Okay. And the risk assessment is to highlight the

activity and then to put what they call existing control measures to bring the risk level down; is that correct?
**A.** Part of it, yes.
**Q.** Okay. So the existing measure -- control measures for
03:30:43 the high speed, are you looking at that column?
**A.** I see it.
**Q.** Okay. It says, "watch level to be enhanced."
Were there any issues as to the watch level that you identified?
03:31:10 **A.** The watch level refers to the number of officers on watch. Is that what you are referring to?
**Q.** That's where I'm looking. Where it says "watch level" just generally. It doesn't say officers. I think it just says "watch level to be enhanced."
03:31:27 Do you have any criticism about the watch level on the GENESIS RIVER at the time of the incident?
**A.** I think I discussed some criticisms of the watch level. And, in fact, I would say it's the opposite, because rather than enhance the watch level, the chief
03:31:44 officer, who was fatigued and overworked, took the place of the master who was the most experienced officer on the bridge. So I think it's quite the opposite.
**Q.** Okay. Well, we'll get to that. I was talking about speed, but you went to fatigue.
03:32:02 It says, "engine room should be manned." Were there

any issues with the manning of the engine room on the GENESIS RIVER that you are aware of?

**A.** No.

**Q.** It also says, "speed should be reduced to safe speed."

03:32:20 And we said up until the time of the meeting with the BW OAK there were no issues with the speed; is that correct?

**A.** I have not said that there was an issue. Rather than reduce speed, they increased speed. It's quite the opposite again. 03:32:35

**Q.** Was there any reason that speed should have been reduced in that segment of the channel?

**A.** Yes. Because it was too fast, leading to an unsafe condition.

03:32:50 **Q.** But yet, we do know that the BW OAK was proceeding at similar speed inbound, correct?

**A.** Yes. And they were light draft with stern trim on the hard A kicker head remaining on the engine.

**Q.** And then the last one is engines on standby. Any issue with that? 03:33:10

**A.** Yes. They increased the engine to the navigation sea speed, which takes away the instant maneuverability or standby status of the engines.

**Q.** But the engines were on standby. They were ready to respond, correct? 03:33:25

**A.** In the maneuvering range, they are ready to respond at sea speed. They are only immediately available to respond if you bypass the load program, which the crew did not know to do or they failed to do.
03:33:40 **Q.** And in this case, the engine was on bridge control; is that correct?
**A.** That is correct.
**Q.** And that means that they can control the engine from the bridge, correct?
03:33:49 **A.** Correct.
**Q.** The other criticism you had was that the crew was fatigued. Have you seen any evidence or read any testimony that the crew was fatigued?
**A.** I have seen evidence, but not -- there is no
03:34:11 testimony, but I have seen the evidence.
**Q.** Okay. And I believe one criticism you had was that the captain was out until 4:00 in the morning the night before, correct?
**A.** Yes.
03:34:23 **Q.** And did you read his deposition that they were trying to get back to the ship, but they got stuck in a storm that was flooding and they were dropped off at a gas station and they were trying to find a ride to get back? Do you recall that part of his testimony?
03:34:43 **A.** Part of the story, yes.

**Q.** So it's not quite fair to say they were out partying until 4:00 in the morning, correct?
**A.** He went ashore, admitted consuming alcohol, returned to the vessel at 4:00 and was, therefore, unable to take the navigation watch in the afternoon. That's my conclusion.
**Q.** Well, he was on the bridge, was he not?
**A.** Not at the time, not in the one and a half hours prior to the collision when the vessel was increased to an unsafe speed and he returned to the bridge less than one minute prior to the collision.
**Q.** But you said he was unable to take the navigational watch. He was on the bridge when they left the dock, correct?
**A.** Correct. When they left the dock.
**Q.** He was on the bridge for some time thereafter, correct?
**A.** Correct.
**Q.** And pursuant to company policy, he is allowed to leave the bridge if he is replaced by a senior officer, which in this case was the chief officer, correct?
**A.** At the time, that was the policy.
**Q.** Okay. And he went to get a bite to eat, correct? The captain, I'm sorry, went to get a bite to eat, correct?
**A.** Yes.

**Q.** And then he went to take some rest, correct?
**A.** Correct.
**Q.** And we do know that the pilots had two pilots on board, correct?
03:36:07 **A.** Correct.
**Q.** And that's because they can switch off if one needs a rest, correct?
**A.** On that particular vessel, yes. But that's not the case for all vessels.
03:36:18 **Q.** For the vessels that have two pilots?
**A.** Yes.
**Q.** Yeah. So if it's okay for the pilots, is it not okay for the master and the chief officer to replace each other, particularly if it's approved by company policy?
03:36:35 **A.** Under the correct circumstances, I would agree. But not under those circumstances.
**Q.** What is the distinction with "those circumstances," as you said? What was unusual with the captain asking to be relieved after an hour and a half or two hours on the bridge to go get a bite to eat? 03:36:53
**A.** The purpose of the policy is in a situation where the master has worked in excess of his work/rest hours and perhaps the chief officer is a bit more well-rested; and in that situation, policy at the time was that the master could be relieved. 03:37:12

03:37:27 03:37:43 03:38:01 03:38:16 03:38:37

That didn't apply to the situation because quite the opposite was true. The master was the one who should have been rested and could have easily taken that six- to seven-hour watch. Instead, he opted to substitute himself with the chief officer, who was far less rested than the master.

**Q.** And your conclusion to that was that he was fatigued just because they decided to switch out?

**A.** The evidence is in the time sheet of the chief officer, which shows up until the time of the collision he had been on duty from midnight up until the time of the collision, 10.75 hours.

And the other conclusion which -- the other factor that leads me to the conclusion he was fatigued is that he failed to do his job. He did nothing to prevent the collision and is never even heard one time on the VDR system.

**Q.** Are you sure he didn't get any rest in that time that you described?

**A.** He had a period of two hours' rest from -- I believe it's 2:30 to 4:30. However, he did also testify that he was on the gangway when the master returned to the ship sometime before 4:00.

**Q.** But he did have a rest period, though? It's not fair to say that he didn't have any rest period, correct?

**A.** He had two short rest periods during that time.
**Q.** And were there any complaints from the pilots about crew fatigue?
**A.** Not specifically about fatigue, no.
03:38:56 **Q.** In fact, again, the pilots were complimentary of the crew, with the exception of Captain Charpentier, initially, the ordinary seaman and the second officer not giving him the RPMs that he requested, correct?
**A.** No. I think there is further testimony from Charpentier where he said the crew did not do their job.
03:39:20
**Q.** Did that include the ordinary seaman that was at the helm?
**A.** Pilot Charpentier, I don't recall him having any criticism of the seaman at the helm.
03:39:47 **Q.** Really? Well, let me ask you this: There has been some suggestion about the ordinary seaman cycling the wheel. Do you recall that?
**A.** Yes.
**Q.** Is it fair to say that you do not agree with that allegation that the helmsmen of the GENESIS RIVER were cycling?
03:40:06
**A.** No. I had other criticism of the helmsman.
**Q.** I'm sorry?
**A.** No. I had other criticism of the helmsman, not specifically related to any cycling.
03:40:22

**Q.** Right. So the answer is you agree that the ordinary seaman was not cycling, on the basis of your investigation and analysis, correct?
**A.** And -- well, I think could you define what you mean by "cycling"?
03:40:41
**Q.** Well, that was my next question to you. What is your understanding of cycling?
**A.** Cycling of rudder would be that the pilot gives the rudder order and he changes the order, but before complying with the second order, the helmsman continues to proceed with the first order.
03:40:52
**Q.** That's my understanding, too. And I believe you have testified before that on the basis of your investigation the helmsman, the ordinary seaman was not doing that, correct?
03:41:13
**A.** Correct.
**Q.** Okay. And I believe that your last criticism under the risk assessment was that, again, reference to the ECDIS unit, correct?
**A.** Yes.
03:41:30
**Q.** Okay. I think we have discussed that before. No need to go into it again. I think I know what your position is on that.
And because of all that, you concluded that the crew of the GENESIS RIVER completely ignored the entire risk
03:41:43

assessment; is that correct?
**A.** Yes.
**Q.** And that completely ignored the entire assessment, correct?
03:41:55 **A.** If I -- well, if I clarify they ignored a significant portion of it with regards to the reduction of speed and the use of ECDIS.
**Q.** I'm sorry. What was the clarification? I didn't hear all of it.
03:42:06 **A.** They ignored the parts with regards to speed and use of ECDIS --
**Q.** Okay. Thank you.
**A.** -- and crew fatigue.
**Q.** So that -- and, again, the fatigue was your assessment, no? 03:42:20
**A.** That's my assessment and my opinion, yes.
**Q.** One more thing before I forget. I think during this discussion you brought up alcohol, correct?
**A.** Yes.
03:42:30 **Q.** And, of course, it's not unusual for sailors to go out and have a beer or two; is that correct?
**A.** It depends. In the USA, it's mostly a zero tolerance policy among U.S. operators. On some foreign flagged vessels, they still allow it but have strict policies in place to be followed. 03:42:51

**Q.** And I think your criticism here was that the company policy has a cutoff of 12:00 midnight, after which no alcohol for the next watch or something like that. Do you recall that?
03:43:07 **A.** The policy is that you do not consume alcohol within four hours of returning to the vessel.
**Q.** And in this case, you understand that they had issues getting back to the vessel because of flooding?
**A.** Yes.
03:43:24 **Q.** And one more question on alcohol. Were you able to review the results of the drug and alcohol test that was performed on the crew of the GENESIS RIVER after the collision?
**A.** Yes.
03:43:38 **Q.** And they were all negative, correct?
**A.** Yes. But also in violation with company policy because they were not conducted within two hours of the collision.
**Q.** But were they conducted as soon as practicable?
03:43:50 **A.** I don't know if it was as soon as practicable.
**Q.** And we're talking about the entire crew; is that correct?
**A.** Correct.
**Q.** And it's possible sometimes, if you have a major
03:44:01 incident like that, you may not be able to get tested

within two hours, correct?
**A.** That's possible.
**Q.** Captain Marie didn't get tested for -- around that time, from what I recall, correct?
03:44:15 **A.** I don't recall the exact timing.
**Q.** Did you review the results of his test? Captain Marie's. I'm sorry.
**A.** I think I have seen it. I don't recall it as we --
**Q.** Do you recall that it came back as something called a
03:44:34 diluted negative?
**A.** I don't recall it having that issue.
**Q.** Moving up on the list here, the next criticism was that the GENESIS RIVER crew ignored the passage plan, correct?
03:44:54 **A.** Correct.
**Q.** Okay. And I think one of your criticisms was that -- well, you put in the ECDIS again, but it was the speed because for the area of the channel, they had put in the passage plan -- I'm sorry the area of the channel near the
03:45:18 time of the collision, they put in 6 to 8 knots, correct?
**A.** Correct.
**Q.** In fact, they were doing 12 or so?
**A.** Almost 13, right.
**Q.** I think it was 12.4 but --
03:45:28 **A.** 12.6 or 13.1 through the water.

**Q.** And we have discussed before that it is not unusual for vessels to be going at speeds between 10 and 12 in that area of the channel, correct?

**A.** It's not unusual, correct.

03:45:48 **Q.** Not unusual? Correct?

**A.** Yes.

**Q.** Okay.

**A.** Specific to every vessel as it is different.

**Q.** And if the crew determined that at the time it was 03:45:59 safe to go to 12 knots or give Captain Charpentier the engine order that he requested, you still take issue with that?

**A.** I do.

**Q.** Do you think they should have had some kind of a full 03:46:18 passage plan meeting to discuss increasing the speed? Is that what you are saying?

**A.** I think an increase from 6 to 8 to all the way to 13 knots is a significant increase, and it's one that the second officer later testified the reason it was 6 to 8 in 03:46:38 the passage plan is because that's what they determined is necessary to prevent the ship from squatting or taking a sheer.

**Q.** Okay. And it went to 12 something? They didn't go to 13, correct?

03:46:51 **A.** 13.1 knots through the water, which is the basis for

the hydrodynamic effect on the vessel.

**Q.** I was talking about the speed over ground.

**A.** 12.6.

**Q.** Okay. And you also mentioned the UKC, which is the underkeel clearance, correct?

**A.** Yes.

**Q.** And generally described, that is kind of what it means. It's how much water is between the keel and the ground, correct?

**A.** Yes.

**Q.** And the factor here with the speed is the vessel's squat, correct?

**A.** And other aspects.

**Q.** And I think what you were saying is that if a vessel -- any vessel increases speed, it will have a tendency to increase the squat, which means it would go a little further down into the water. Is that kind of a simplistic explanation?

**A.** With the exception of a little further, yes, they will increase the sinkage of the vessel and reduce the underkeel clearance.

**Q.** Okay. And in this case, if there is sufficient underwater clearance, it should not have any effect on the vessel's maneuverability, correct?

**A.** Incorrect.

**Q.** How is that? At a 37-foot draft with -- in a 45-foot channel?
**A.** They had calculated a 37-foot draft that the squat would be almost 5 feet. So that reduces the draft to 42 feet, leaving only a few feet beneath the keel. As they increase speed, that squat further reduces. For instance, if you do the calculation correctly, the squat was not 1.5 meters. It's 2.5 meters.
**Q.** Is it also true that in that part of the channel the depth is more than 45?
**A.** Not necessarily.
**Q.** So you disagree with that?
**A.** It's deeper in the center. It's less at the edges of the channel. It's not a uniform bottom depth.
**Q.** But if the crew testified that they were looking at the -- is it the echo sounder and they determined that they had 47 or 48, would you take issue with that, meaning the depth in that area?
**A.** It depends on the specific area. I think prior to meeting the BW OAK in the middle of the -- in the middle of the channel where it's deeper, that's certainly possible.
**Q.** I was talking about the time that they went to nav full.
**A.** In the center of the channel, correct.

**Q.** So it would not be unusual to have more depth, maybe 47 or 48 feet, correct?

**A.** Correct.

**Q.** And that would meet the company policy standard for clearance, correct?

03:49:48

**A.** I don't necessarily agree with that because they did not perform those calculations correctly.

**Q.** Well, the second officer testified that he did, but you disagree with his calculation; is that correct?

03:50:02

**A.** Yes. I think those errors were also discussed with him at his deposition testimony.

**Q.** Okay. Well, all these numbers will be available to the Court. But that was basically your criticism of the UKC, correct?

03:50:18

**A.** Yes.

**Q.** And you also said that the bridge team, again, was ineffective. How is the bridge team ineffective?

**A.** The job of the bridge team is to monitor the vessel's transit and to ensure at all times that they follow the passage plan and that it's safe. And they also monitor the pilots' actions to make sure they are in agreement and the orders he is given is safe. And they will assist the master and the pilot as required, work together as a bridge team, and that simply did not happen.

03:50:45

03:51:04

**Q.** In view of the fact that the pilots did not really

have any complaints about him, why do you say that didn't happen?

**A.** And, again, I disagree with that characterization because the pilots have testified they had some issues with the crew, once they found out all of the failures and information that was never shared with the pilots that they would have liked to have known.

**Q.** Was it part of that information -- you had a few references to the vessels being sluggish. Do you remember that?

**A.** Yes.

**Q.** And your criticism was that this was not information given to them. And it may come up a little bit later on, I think. So, I will leave it for that part so we can kind of go through this.

You also mentioned moving up the trim, then the poor directional stability, correct?

**A.** Correct.

**Q.** And the vessel left the berth on an even keel, correct?

**A.** Correct.

**Q.** And that means, basically, the draft at the bow and the draft at the stern are the same?

**A.** Exactly.

**Q.** So the ship is sitting even in the water, not by the

bow or down by the stern, correct?
**A.** When they are not moving, yes, at the berth.
**Q.** Yes. And then there was a diagram that you've indicated how that might change and the bow would go further down because of the squat factor. Do you recall that?
**A.** Yes.
**Q.** That diagram was just an illustrative diagram that you prepared. That was not any calculation of the actual condition of the GENESIS RIVER, correct?
**A.** It was an illustrative diagram, yes.
**Q.** So just to show -- but not how much the bow went down, correct?
**A.** Correct.
**Q.** Is it unusual for vessels to sail on even keel, in your experience?
**A.** It depends on the vessel type. It's unusual for loaded tankers with high block coefficients, which would lead to a squat by the bow, to leave on the uneven keel, yes.
**Q.** So your testimony is it applies more to tankers and it's unusual to be on an even keel?
**A.** On a poor-handling vessel, and on a lot of those vessels Houston pilots have in place requirements that they have to be trim by the stern.

03:53:47
03:54:01
03:54:18
03:54:34
03:54:49

**Q.** And was there anything to prevent the pilots from requesting additional trim prior to departure?
**A.** No. There was nothing preventing them from requesting it --
**Q.** Okay.
**A.** -- if they had all the information available.
**Q.** Well, you just said generally about tankers and these were experienced pilots. So they did have information about tankers in general, did they not?
**A.** Yes. And I think they have said that one of the pieces of information they were not told was that it was a poor-handling vessel.
**Q.** Well, that was the information you are talking about. I'm talking about generally. You made a general characterization about tankers having a tendency as compared to other vessels. Do you recall that?
**A.** Yes. This is essentially what we're talking about in the master/pilot exchange and why it's important for that information to be exchanged between both the parties.
**Q.** Your characterization was, generally, that tankers have this tendency more than perhaps other types of vessels. That's how we started this discussion, correct?
**A.** If they begin at an even keel, yes.
**Q.** Right. And my question was that the pilots knew that the GENESIS RIVER is a tanker, basically, correct?

**A.** Yes.
**Q.** Okay. And when they got onboard and they saw the pilot card they knew she was on an even keel, correct?
**A.** Yes.
03:55:03 **Q.** And with their knowledge that perhaps this could be problematic, as you said, they would have had the ability, if they wanted to, to ask for a change in the trim, correct?
**A.** Yes. And I believe they would have done so if they
03:55:16 had the full information, which was not stated in the pilot card and not discussed by any of the crew, that this vessel is a sluggish-handling vessel when loaded.
**Q.** I'm talking about their general experience and your example about tankers in general. I'm not talking about
03:55:33 the specifics.
You said tankers, in general, are known for having that sort of potential problem. And this was a tanker, correct?
**A.** Yes.
03:55:43 **Q.** Okay. And the pilots would have had the ability to ask for a change of the trim if they had concerns about it, correct?
**A.** Yes.
**Q.** Okay. Let's get now to the other part about the
03:56:00 information being given, which is the next subject. You

said, "Inadequate information given to pilots."
You said that the information that was given to the pilots was inadequate, correct?
**A.** Yes.
03:56:13 **Q.** And one of the items, you said they were not given the risk assessment, correct?
**A.** It was not discussed.
**Q.** Is that customary in a master/pilot exchange, to discuss the risk assessment?
03:56:31 **A.** It's customary to discuss any mitigating measures that you have identified for the safety of the vessel on that transit, yes.
**Q.** Did the pilots ever complain about having an inadequate master/pilot exchange?
03:56:48 **A.** Not initially. But only later they testified on deposition that these are all things they would have liked to have known.
**Q.** These things are what things? That the vessel was a little sluggish, according to some of the testimony?
03:57:04 **A.** Yes.
**Q.** And is it correct that prior to Captain Holland turning the conn over to Captain Charpentier, whenever that happened -- maybe two, two and a half hours later -- there was an exchange between them, like a handover or a turnover; is that correct?
03:57:25

**A.** Yes.
**Q.** And that was recorded in the vessel's VDR, correct?
**A.** Correct.
**Q.** And Captain Holland told Captain Charpentier that the vessel was taking more rudder and a couple of times he had to kick the engine around turns, correct?
**A.** Correct.
**Q.** So that information was in fact known to Captain Holland and then became known to Captain Charpentier, correct?
**A.** Correct.
**Q.** And if they had any issues about it that it raised, that the situation was at a level that it was dangerous, they certainly could have, you know, stopped the voyage or done something, correct?
**A.** They could have done.
**Q.** They have that power as pilots if they determine that there is an unsafe situation, correct?
**A.** Yes. And involving the voyage, the correct thing to do would have been to discuss it with the bridge team.
**Q.** Well, the bridge team was there when they exchanged the information. In fact, there was some suggestion -- I don't recall everything now -- about a typical Japanese vessel or something. Do you remember that?
**A.** Yes. I'm sure the crew heard that entire

conversation.

**Q.** So it also suggests that both pilots were aware of these conditions, potentially, or so they said, anyway, correct?

03:58:46 **A.** I would agree with that, yes.

**Q.** So when Captain Charpentier took over the conn, he had received some information about the -- from Captain Holland about the responsiveness of the rudder, that she might need a little more rudder, correct?

03:59:04 **A.** Yes.

**Q.** Is it fair to say that the portion of the ship channel when Captain Holland had the conn involves a lot more turns and bends as opposed to the parts starting after Morgan's Point all the way down to, well, here, Galveston?

03:59:24 **A.** That's fair to say. The upper ship channel has more bends than the lower part.

**Q.** So it would make sense why Captain Holland on a couple of occasions had to give extra rudder or, you know, kick the engine a little bit; is that correct?

03:59:41 **A.** Well, it was more specifically when he passed other vessels that he experienced those, which were not always on a bend.

**Q.** And, in any event, all that information was given to Captain Charpentier, correct?

03:59:54 **A.** It was discussed, yes.

**Q.** And when Captain Charpentier took over, I believe, we agreed that he was on the kind of straight part of the channel after Morgan's Point, correct?
**A.** A straight part, but they still had the turn at Bayport Flare and some other turns --
04:00:11
**Q.** Right. Between that and the Bayport Flare, correct?
**A.** Correct.
**Q.** Okay. You also mentioned the pilot card under this category here of information given to the pilots, and you suggested that it was missing some items, like the navigational full ahead and the load program; is that correct?
04:00:30
**A.** Correct.
**Q.** Is that customary for a pilot card to have the load program on it?
04:00:43
**A.** If you intend to use it under pilotage, it should be on there. For example, it's customary to see -- if a vessel is a sluggish-handling vessel, it's customary to see that also written onto the pilot card under the additional notes.
04:00:59
**Q.** So your testimony is that that is a standard item to have on the card if the vessel is sluggish because somebody thinks it might be sluggish; is that correct?
**A.** Yeah. I see frequent references to -- whether it's the vessel steering or any delays on the engine, anything
04:01:20

like that should be noted in the pilot card so that it can be discussed.

**Q.** I'm talking about the navigational -- the absence of the "navigational full" on the little table that you were looking at.

04:01:34

**A.** Yes. If it's not in the pilot card and you intend to use that, that has to be discussed as part of the master/pilot exchange.

**Q.** So you are saying the pilot should have asked for it because he intended to use it?

04:01:45

**A.** He -- well, he did ask the question. They were full ahead. He asked, "Can we go at 10-minute notice?", which is 'Can we go at navigation full?' And the crew agreed without discussing any of that.

04:02:01

**Q.** That was later on. I'm talking about the pilot exchange and the pilot card. The pilot card happens at the dock; is that correct?

**A.** Yes.

**Q.** Okay. And if the pilot was intending to use the navigational full ahead setting, he could have asked for that information, correct?

04:02:13

**A.** He could have asked at that time if that was going to be a possibility and any restrictions in place.

**Q.** And neither pilot did, correct?

04:02:26

**A.** No.

**Q.** Okay. There was also some comment about an addition made to the pilot card after the pilots had signed the card, correct?
**A.** Correct.
04:02:40 **Q.** And that is customary. The pilots sign the card once they are given the card, correct?
**A.** Yes.
**Q.** And that addition, sort of post-signature addition, was the fact that the pilots had requested for the ECDIS
04:02:54 and the radar to be turned off, correct?
**A.** Well, according to the crew statement on the pilot card.
**Q.** Right. So, even if that was a sort of post-signature addition because it was a bit of an unusual request, that
04:03:11 is in fact what happened, is it not?
**A.** Not at all. The pilots requested the alarms were silenced. They never requested that their equipment be turned off.
**Q.** Okay. So you are saying it was mischaracterized how
04:03:25 it was written "off" versus silenced, correct? That's your criticism of the entry, not that it reflected what occurred but what they requested versus what was written?
**A.** No. It's inaccurate. They could have written "silenced per master request" or "pilot's request". But
04:03:49 they wrote it was switched off per the pilot's request,

and that is not true.
**Q.** In fact, they were on standby, correct?
**A.** For all intents and purposes, "standby", the unit is switched off.
04:04:01 **Q.** But it's certainly something that did occur. It was not something that they made up, correct?
**A.** If I understand that you are saying it occurred that they switched the units off then, yes.
**Q.** Okay. In this section you discuss that -- again, I'm
04:04:40 on the inadequate information, and there was some discussion on the ECDIS that the ECDIS has a lot of information on it about the vessel. I think you said speed, heading and other such information; is that correct?
04:04:55 **A.** Yeah. Or the sensors, such as predictors, safety zones and alarms.
**Q.** Is it also correct to say that much of this information is displayed on other instruments on the bridge?
04:05:12 **A.** Correct. That some of the information is displayed on other instruments in various parts of the bridge.
**Q.** So the speed would be one of those items, correct?
**A.** Speed would also be displayed on the GPS unit.
**Q.** Rudder angle would be displayed, correct?
04:05:32 **A.** In a different part of the bridge, yes.

**Q.** In a different part. Or additional. That's what I'm trying to say. Many of these -- or much of this information that would be on the ECDIS display is in fact reflected on individual instruments or equipment on the bridge specific to that particular function, correct?

04:05:49

**A.** Some of the information but not much of it and not all in one convenient place like an ECDIS does. And there is certainly no charts displayed. I know that.

**Q.** It's not fair to say no charts. They did have the -- a nav station?

04:06:08

**A.** Yeah. That's not an approved ECDIS system.

**Q.** I understand. But they did have a chart?

**A.** They are not approved charts. It's a different -- a nav station is not a ECDIS, cannot be substituted for one of the ECDISes on the vessel.

04:06:24

**Q.** I understand, but you said they had no other charts. So all I am pointing out is they did have a nav station, correct?

**A.** They had a device called a "nav station" for planning purposes.

04:06:38

**Q.** It includes charts, the nav station, correct?

**A.** It includes some type of chart but not ECDIS-approved charts and it's in a different area of the bridge where it's limited --

**Q.** I understand it's not an ECDIS chart, but it does

04:06:52

include charts, correct?
**A.** Some type of chart, yes.
**Q.** Well, the next one was the navigation equipment off, but that was primarily the radar and ECDIS discussion, correct?
**A.** Correct.
**Q.** I think we have covered that, so I'm going to move on to "ineffective bridge team", which I think we have covered a bit. But on more than one occasion you suggested that the chief officer was nonexistent?
**A.** Correct.
**Q.** So the chief officer replaced the master as the senior officer of the watch; is that correct?
**A.** Yes.
**Q.** And when you say he was non- -- so from the time that he came on the bridge to the time where the -- to the time of collision, when you say "nonexistent", what do you mean by that?
**A.** He took no action. He said nothing. Pilot Charpentier testified he did not even know he was there.
**Q.** So what action should he have taken?
**A.** He needs to monitor the navigation of the vessel, including the position, the speed, the squat. One of the things he could have done is override the load program bypass when the pilot was requesting the additional RPMs.

Even before that, he should have questioned the pilot's decision to go full sea speed because that occurred on his watch also.

**Q.** So your criticism is not that he was nonexistent. Your criticism is that he didn't challenge Captain Charpentier?

**A.** He did nothing, right.

**Q.** Not that he was nonexistent or not doing what he was supposed to be doing in terms of watching where they are and what is going on. I think what it comes down to is you are saying that when Captain Charpentier ordered "nav full" the chief officer should have raised his hand and said, 'No, we're not going to nav full.' Is that what you are saying?

**A.** Correct. That's one of them.

**Q.** I'm sorry?

**A.** That's one of the things, yes.

**Q.** Okay. What's the other thing?

**A.** He failed to provide the RPMs that were requested by the pilot. He failed to override the load control system.

**Q.** And these RPMs are the bypass program where the engine -- so the engine is already on navigation full, just to be clear, correct?

**A.** Correct.

**Q.** So, if the vessel was at sea -- sometimes you hear

04:09:58 04:10:13 04:10:25 04:10:36 04:10:55

that as sea speed; is that correct?
**A.** Yes.
**Q.** The same thing, navigation or sea speed.
If the vessel was at sea, they would still be on navigation full, and they would not be overriding any programs, correct?
**A.** Typically, there is no need to override the program at sea because you are not maneuvering in confined waters.
**Q.** And this override would have just given an additional, I think, 10 percent of engine power; is that correct?
**A.** More like 30 to 40 percent of engine power.
**Q.** What calculations have you done? Have you done any calculations on that?
**A.** I have read the manual and I have looked at -- for instance, the manual states that the last five RPM, 84 to 89, is 15 percent of the engine load.
**Q.** How much?
**A.** 15 percent.
**Q.** One five?
**A.** That's from 85 to 89. We were only on 72.
**Q.** And let me ask you something. When Captain Charpentier asked for some more RPMs, is it not correct that the second officer gave him some more RPMs?
**A.** He gave him two additional RPMs over a period of four minutes, which were completely ineffective.

**Q.** You are sure he didn't give him more than that?
**A.** He increased the dial from 72 to 76.
**Q.** So that's four RPMs?
**A.** But because of the load program, only two of those RPMs were ever reached.
04:11:09
**Q.** Okay. But the question was he gave them the -- he increased the RPMs. You are talking about what you believe was the net. But he gave him four additional RPMs, correct?
04:11:22
**A.** Yes. But the request was for all the RPMs, the maximum, which should have been 85 or 89, depending how we look at that.
**Q.** Okay. And, again, in terms of the real world, basically what Captain Charpentier was requesting was, at
04:11:38
that time, warp speed, correct, because the vessel is on nav full already?
**A.** He was requesting additional thrust, not necessarily more speed.
**Q.** I'm sorry?
04:11:49
**A.** He is requesting an increase in the propeller revolutions which provides more thrust. Eventually, that additional thrust will lead to an increase in speed. Technically, he wasn't asking for more speed. He was asking for more revolutions to provide better steerage of the vessel.
04:12:06

**Q.** I'll ask you some questions.

You had some figures or diagrams that you had made before, and you were trying to explain how a vessel takes a sheer and you had, I think, the bank effect. Do you recall that figure?

**A.** Yes.

**Q.** Okay. Is it fair to say that, in that figure that you described, another factor to the sheer effect would be the suction created or the void, as I have heard of it sometimes, from the stern of another vessel as they meet and pass? Let me try to see if I can find it. Do you recall where that exhibit was or what figure it was?

**A.** I think we have the number.

MS. SNELL: I believe it's Exhibit 33.

MR. GEORGANTAS: Yes. Page 8. Let me get that. Thank you.

BY MR. GEORGANTAS:

**Q.** Captain, are you seeing that?

**A.** Yes. Thank you.

**Q.** So this is the figure that I was talking about, and you have the high-pressure area pushing the starboard bow of this vessel to the port side, correct?

**A.** Correct.

**Q.** And if I were to expand this diagram and put another vessel kind of on top of this vessel, that is a little

past abeam or they are just starting to clear each other. So the bow of the vessel we're looking at is now exposed to the water of the stern of the other vessel. That would create a suction on the bow of the vessel we're looking at; is that correct?

04:14:42

**A.** I think, if I understand you correctly, you are talking about the passing of the BW OAK and whether that had an effect also on the bank rejection here at this time?

04:14:57 **Q.** No. It was, actually, a general question, because I thought this was a general diagram you did to explain bank effect. Was I incorrect?

**A.** Yeah. This is just simply to explain bank effect. Vessel-to-vessel interaction would be a different diagram in itself.

04:15:14

**Q.** And what I'm asking you is: If I added another vessel, not necessarily the BW OAK, hypothetical, just like your diagram -- if I added another vessel on top of this one going the other way and now the bow of the vessel

04:15:31 we're looking at is exposed to the water or stern of the other vessel that has just gone past, does that not create a suction or sometimes I have heard pilots call it dropping into the void of the other vessel's stern?

**A.** I think the passing interaction you describe is when

04:15:56 the vessels are stern to stern, not bow to stern. So I

disagree.

**Q.** When they clear each other. When they are starting to clear each other and the bow of this vessel that we're looking at would be exposed to the water or stern of the other vessel.

04:16:15

**A.** So if I understand you, you are saying when they are passing clear stern to stern?

**Q.** Not stern to stern. When they are meeting and then they are abeam of each other, which I understand they are even with each other, correct?

04:16:36

**A.** Yes.

**Q.** And then as they move on and they are starting to clear each other, at some point their respective bows are subjected to the suction of their respective sterns; is that correct?

04:16:50

**A.** I understand what you are saying. In principle, when two vessels pass each other, then there is a turning moment as they clear, but I don't see how that relates to this bank effect diagram which occurred well after the passing of BW OAK.

04:17:09

**Q.** Well, the question where I was leading at, if you have a high-pressure area that you have described here in this diagram that we're looking at, regardless of scale and how close things are, and in addition to this you have another vessel that is just going the other way, is it not correct

04:17:27

to say that the bow of this vessel would be drawn further to the port because of the passing of the other vessel?

**A.** To some extent, if a vessel was passing at this exact moment, that's partly true. Not exactly how you describe it. I understand the principle and if a vessel was passing on that particular point.

**Q.** And that is, in fact, why pilots or captains at that moment they give countersteerance to avoid this port suction that they are experiencing, correct?

**A.** At various points when you experience interaction from other vessels then counter rudder can be used, correct.

**Q.** Okay. Captain Cunningham, I want to talk to you now a little bit about the actual events leading to the collision. So this would be -- and, again, just before I leave here, you have no criticism of the meeting between the GENESIS RIVER and the BW OAK, correct?

**A.** Correct.

**Q.** And you have no criticism of the approach of the BW OAK to prepare for a meeting with the GENESIS RIVER, correct?

**A.** Correct.

**Q.** So now the GENESIS RIVER has come around and they experience the first sheer to port, right? And at some point shortly thereafter, Captain Charpentier, realizing that perhaps the vessel is not responding and coming

starboard, gives kind of a heads-up to Captain Marie to -- well, first, I think let me -- let me try to make this a little easier, Captain. Sorry.

04:20:02 I'm going to work -- have you reviewed the NTSB transcript of the VDR?

**A.** I have both of them, yes.

**Q.** And did you have any issues between the NTSB transcript and your transcript other than maybe a 7-second differential?

04:20:19 **A.** There was some differences, some corrections I made to the NTSB transcript, but nothing -- nothing majorly significant.

04:20:37 **Q.** And you agree with me that the NTSB has pretty sophisticated equipment to listen to VDRs or black boxes from airplanes or whatever, correct?

**A.** Yeah. They develop a team who sit together in a room and they play through the VDR and listen to it.

**Q.** And the team is represented in this case by all the parties, correct?

04:20:49 **A.** Correct.

**Q.** They have their representatives there?

**A.** Correct.

04:21:11 **Q.** Okay. So going on from the "Come in there, VOYAGER," which we have -- I'll try to convert it to local time, 3:12:54, that is the first contact that is made, correct?

**A.** Yes.
**Q.** And that's where we saw the security video Captain Marie picks up the mic and tells him, "Go ahead," correct?
**A.** Correct.
04:21:29 **Q.** Okay. And the next communication is, according to my transcript here -- or I should say the NTSB's transcript -- we'll try to bring it up for you, Captain. It's Exhibit 42, we'll bring it up.
Captain, are you seeing it?
04:22:27 **A.** Yes.
**Q.** So that's, I believe, the first contact made by the GENESIS RIVER to the VOYAGER, correct?
**A.** Correct.
**Q.** And then the next one, the VOYAGER responds, "Hey, go 04:22:48 ahead"?
**A.** That's right.
**Q.** Now, I'm kind of looking at the right-hand side of this because the left-hand side is the discussion that was going on onboard the GENESIS RIVER bridge, correct?
04:23:01 **A.** That's right.
**Q.** All right. And I think you have testified before that Captain Marie did not have access or could not hear that, correct?
**A.** That's right.
04:23:11 **Q.** So I'm going to stick with the right side, which is

the communications between Captain Charpentier and Captain Marie. Okay?

**A.** Okay.

**Q.** After the VOYAGER responds, Captain Charpentier tells him, "Hey, it's that ship looking at you. Trying to check this thing up. Keep an eye on me."

Do you see that?

**A.** Yes.

**Q.** So the testimony that we heard from Captain Sutton on this was that this is nothing unusual and in his experience -- or considerable experience, as he put it, over almost 40 years, that's really nothing. He hears that all the time. And it should not have been anything that would have raised concern particularly. Do you agree with that?

**A.** Vessels in the Houston Ship Channel do regularly take these kind of sheers. The vast majority of them are controlled. So I think, yes, I do agree that it's not unusual for a vessel to make this type of call to say just keep an eye on me for a moment, I'm trying to check up.

**Q.** Okay. And then approximately, according to this transcript, 18 seconds later, so fairly quickly, Captain Charpentier goes back to the VOYAGER and says, "She is not checking up, VOYAGER."

Do you see that?

**A.** Yes.
**Q.** And then the VOYAGER comes back fairly quickly and he says, "What do you need me to do, Captain," correct?
**A.** Yes.
04:24:54 **Q.** And do you know approximately how far the vessels were when this communication took place?
**A.** I believe it's 0.8 miles, but I would say I would have to recheck to be sure.
**Q.** About 0.8? Is that what you said? Just a little less than a mile, correct? 04:25:18
**A.** Yes.
**Q.** And then Captain Charpentier comes back and he basically tells him go to the greens, correct?
**A.** Yes.
04:25:30 **Q.** And it's missing here, but you supplemented, I believe, from your VTS review. And somewhere in there, there was a "roger roger"; is that correct? That's what your transcript says.
**A.** Yeah. The "roger roger" is actually following the first communication on my transcript. So that would be on the previous page. 04:25:52
**Q.** Hold on. I'm getting there. Yes. On your transcript is when he was saying, "Trying to check this thing up"?
**A.** Yes. That's when Marie immediately responded "roger roger." 04:26:42

**Q.** And then Captain Charpentier comes back to the other exchange and tells him, "Go to the greens," correct?
**A.** Yes. He says, "She is not checking up, VOYAGER. Go to the greens."
04:26:55 **Q.** Right. Then VOYAGER says, "What do you need me to do," correct?
**A.** Correct.
**Q.** Then Captain Charpentier said, "Go to the greens," correct?
04:27:03 **A.** That's right.
**Q.** And then you have it here that the VOYAGER basically repeated that. It said, "Go to the greens"?
**A.** Correct, in agreement.
**Q.** That's from the VTS supplement, right?
04:27:14 **A.** Yes.
**Q.** And you understand that to be a change in the meeting that now is going to maybe a starboard-to-starboard meeting from their more customary port-to-port meeting?
**A.** Yes. If there was no issue, they would have passed 04:27:32 port to port. The situation has developed, which is -- because it's only minutes to collision, it's already an extreme situation for both of the relevant captains that have agreed that going to the greens is what the VOYAGER should do.
04:28:15 **Q.** Captain Cunningham, do you have a hard copy of your

transcript, because I'm going to bring up the Rose Point of the VOYAGER, and I'm going to ask you some questions at different times. But it might be helpful for you if you had a copy of your transcript --

04:28:27 **A.** I have one here.

**Q.** -- or the NTSB transcript.

**A.** I have my transcript with my report.

**Q.** And, again, just to be clear, the two transcripts are about 7 seconds apart?

04:28:39 **A.** Well, my transcript is 7 seconds -- add 7 seconds to my transcript to match the Rose Point. The NTSB, I'm not sure if it's 8 seconds or 9 seconds or if they already changed that.

(Sotto voce discussion between counsel.)

04:29:24 BY MR. GEORGANTAS:

**Q.** So, Captain, I have put up the screen. This is 15:13:18. This is from the transcript, the NTSB transcript, where the discussion starts about telling him that she is not checking up. Do you see that?

04:29:52 **A.** Yes. I have the same point of time on my transcript.

**Q.** And the time -- I know there is two times on -- and, again, I'm sorry. This is the Rose Point from the VOYAGER, correct?

**A.** Yes.

04:30:05 **Q.** And the time that I'm looking at, there are two times

here. On the right-hand column there is 15:13, Friday, May the 10th. Do you see that?

**A.** Yes.

**Q.** But on the bottom left, way down there, there is actually also the seconds. Do you see that?

04:30:18

**A.** Yes.

**Q.** So just so we have a common point of reference, I'm looking at the bottom left where the seconds are displayed as well.

04:30:28

**A.** Understood. Thank you.

**Q.** Okay. Thank you.

So let's see -- and I'm using this. I know you did your own combination of information, but I'm using this because it's a little bigger screen. I think we can see things a little easier, correct?

04:30:41

**A.** Correct.

**Q.** So this is the point that you think that the two ships are about .8 of a mile, give or take, right?

**A.** That's what I recall. Let's see if that's indicated anywhere here. But that looks to be about correct.

04:31:02

**Q.** Okay. And just to explain a little bit what we're seeing on the display, I'll start with the VOYAGER. So down on the bottom right, that is the tow; is that correct?

04:31:28

**A.** Yes. We're looking at -- it's a split screen. So

we're actually seeing a close-up and an overview of the chart.
**Q.** I'm sorry. Thank you for that. I'm looking at the right screen. It is a split screen. I'm looking on the right-hand side.
**A.** Okay. Yes.
**Q.** And moving ahead of that, you see the tow again. And is that what you previously referred to as the predictor?
**A.** Correct.
**Q.** And so when we look at these two red rectangles -- I know I'm getting pretty basic here with my terms -- the one at the bottom is the actual location of the VOYAGER at this time, and the one on top is where the VOYAGER will be in about three minutes; is that correct?
**A.** Yes. And just to clarify that, that is on the basis -- that's based on the current speed and heading. So if anything changes in the next three minutes, of course, the predictor is going to change with it.
**Q.** Correct. I also see now -- I have moved over to the left. I'm seeing a little blue line coming off -- a blue dotted line, I'm sorry, coming off the VOYAGER. Do you see that?
**A.** Yes.
**Q.** Is that -- I think Captain Marie has testified that that is the line that actually depicts the actual movement

of the tow or the -- you know, which heading it's taking. Not heading. Movement or direction that it's heading; is that correct?

**A.** It is a course vector which indicates the direction of this exact second. So that vector is constantly changing. It's essentially indicating the direction that the GPS antenna is moving.

**Q.** And that would suggest that that is where the tug is moving, correct?

**A.** Again, you have to be very careful when interpreting a vector line because it's not going to allow for any change in heading. So if the vessel has a rate of turn to port, the vector line is not going to show that. It's going to show where the antenna is heading at that very specific second.

**Q.** Would that indicate where the -- where the tow is heading as well, even though it's turning, but it's still heading in a different direction?

**A.** The predictor shadow is a much more accurate representation of where the vessel -- the direction the vessel is heading.

**Q.** So you would not agree that the blue dotted line would reflect how the vessel is sliding, even though turning it is still sliding in a different direction?

**A.** It's a three-minute vector. So I think what we will

see is, as the vessel starts to turn, the shadow is going to give us a much closer indication of where the vessel will be in three minutes. The vector is going to go way off to the starboard side because the stern swings in the opposite direction. So when it's used on that basis, it does not indicate the future position of the vessel.

04:34:26

**Q.** Not a future position. I'm suggesting which direction the vessel is going.

**A.** It is showing the direction at the very stern of the vessel at the antenna above the wheelhouse the direction it's moving at that very second.

04:34:44

**Q.** Right. And that antenna is on the tugboat, correct?

**A.** Correct.

**Q.** Okay. There is also a yellow line, kind of up on top, and it has some information on it about the GENESIS RIVER. And now I'm looking on the left screen. It's a little bigger.

04:35:02

Is that telling Captain Marie whereabouts he will meet the GENESIS RIVER if everything remains constant?

**A.** Yes. The lower yellow line with the label "GENESIS RIVER" is a predictor passing point.

04:35:15

**Q.** Okay. And it has miles per hour there. Is that the information on the GENESIS RIVER? I can't see it very clearly. But is that the information on the GENESIS RIVER? Is that depicting the speed of the GENESIS RIVER,

04:35:44

I guess is what I'm asking?

**A.** Well, the GENESIS RIVER speed is actually indicated at the top of the page over the GENESIS RIVER. The speed you are referring to is -- I can't read that on this screen.

04:36:02 **Q.** All right. And next to that it has a number and it has got, like, two minutes; is that correct?

**A.** Yes. It is showing the predicted passing point in approximately two minutes.

**Q.** Okay. So that's where they are going to meet and pass in about two minutes, correct? 04:36:16

**A.** It's an approximation because it rounds up to the nearest minute.

**Q.** Right. And that's assuming everything remains constant in terms of primarily speed and course, correct?

04:36:30 **A.** Correct.

**Q.** Okay. So it is at this point that the -- that Captain Charpentier goes out to Captain Marie and says, "Hey, you know, you need to go to the greens," correct?

**A.** I believe that the "go to the greens" occurs nine seconds after. This is the moment Charpentier says "She is not checking up." The conversation continues and eventually he says, "Go to the greens." 04:36:57

**Q.** All right. Well, that's why I put it at 13 minutes and 18 seconds going from the NTSB transcript where he says, "She's not checking up, VOYAGER." 04:37:23

**A.** Yes. And I think if you -- if you play the tape and listen to the audio, it is eight or nine seconds until the conversation "go to the greens" is agreed.
**Q.** After this time, you are saying?
04:37:38 **A.** Yes.
MR. GEORGANTAS: Can you move it up a little bit. Just go ahead and play it. Play it. Okay. Stop now.
(Video played.)
BY MR. GEORGANTAS:
04:38:00 **Q.** So is it about this time that he tells him to go to the greens?
**A.** Yes.
**Q.** So at this point, the VOYAGER is in the barge lane inbound, correct?
04:38:14 **A.** Correct.
**Q.** And the GENESIS RIVER is still in the -- on the green side of the channel, outbound, but Captain Charpentier has detected a problem and likely he is not checking his sheer as he told them, correct?
04:38:38 **A.** Do you mean from Pilot -- Captain Marie's perspective, how he understands this situation?
**Q.** Well, he is looking at the Rose Point, I assume. That's the VOYAGER's Rose Point that was --
**A.** Correct.
04:38:56 **Q.** So that is -- right now, when he is talking to Captain

Charpentier, this is what Captain Marie is looking at, right?

**A.** Yes. I think at this point, Captain Marie has been told GENESIS RIVER is not checking up. Go to the greens. So that is everything Marie knows at this point. And this is what he sees on his chart system.

**Q.** And "go to the greens" is sort of -- is it fair to say that Captain Charpentier basically told the VOYAGER to go to the greens? I mean, it comes across as an instruction; is that correct? If we look --

**A.** He says, "Go to the greens."

**Q.** -- at the whole context -- I'm sorry.

**A.** Yes. He says, "Go to the greens."

**Q.** Let me put some more context in it. I apologize. So the exchange was, "She is not checking up."

"What do you need me to do?"

"Go to the greens."

Does that summarize it fairly accurately?

**A.** Yes. I would say so.

**Q.** And it happened fairly quickly, within three or four seconds, correct? Or five or six seconds?

**A.** It was nine seconds from "She's not checking up" to "Go to the greens."

**Q.** Nine seconds. And are you suggesting to us that in those nine seconds that Captain Marie was told to go to

the greens and he agreed to go to the greens? He assessed all of his available options of what he could do, other than go to the greens?

**A.** I think his assessment began on the initial conversation when he was told, "Keep an eye on me." And I believe Captain Marie's testimony was at that point, "I was looking and thinking of my options." So it's a little longer. I believe it's a 20-second period he had to consider his options.

04:40:36

04:40:53

**Q.** His testimony is what it is. But the -- that is the timeframe that he claims to have evaluated his options and decided that the best option was to go to the greens, correct?

**A.** If you are from being told go to the greens, yes.

04:41:11

**Q.** And did you have a chance to review the 2690 -- the Coast Guard 2692 form that was filed by Kirby?

**A.** I have seen it, yes.

**Q.** Yeah. And in there -- there is a box in there that is called the -- we'll bring it up for you.

04:41:30

It's got a description of the incident. It's a brief description of the incident, correct?

**A.** Correct.

**Q.** And it's Exhibit 32.

MR. GEORGANTAS: Can you go to the second page.

04:41:41

BY MR. GEORGANTAS:

**Q.** Do you see the box there? I believe it's 25(b), description of the casualty.
**A.** Yes.
**Q.** And I am referring kind of towards the middle. Although, feel free to review it, the whole entry, if you want; and then, I'll ask you my question. Let me know when you are ready.
**A.** Okay.
**Q.** And then I'll start from kind of four lines down. The M/V VOYAGER was on the red side of the channel at this time, and the VLGC GENESIS RIVER appeared to be altering its course to the port and moving from the green side to the red side of the channel, correct?
**A.** Yes.
(Duck noises.)
MR. GEORGANTAS: I'm not sure what that is.
BY MR. GEORGANTAS:
**Q.** Captain, are you still with me here?
**A.** Right.
**Q.** So the next line is "The M/V VOYAGER complied with the pilot's instruction in an effort to avoid collision."
Do you see that?
**A.** Yes.
**Q.** So from what I read here from the exchange, Captain Marie really just followed the instruction of the pilot.

Do you agree or disagree with that?
**A.** If you only read this, then it says I followed or I complied with the pilot's instruction, according to this report.
04:43:38 **Q.** Well, this is the Kirby report, correct?
**A.** The 2692 report.
**Q.** Right. And it was probably -- I don't think you signed it. But whoever prepared it likely talked to Captain Marie since Captain Marie was the only person in
04:43:52 the wheelhouse, correct?
**A.** That is fair.
**Q.** Yeah. And in addition to this, we also have the actual exchange between Captain Charpentier and Captain Marie of that 7 or 8 seconds, whatever you said it was,
04:44:12 which was, "What do you need me to do?
"Go to the greens. Go to the greens," correct?
**A.** Correct.
**Q.** That's consistent with what we're reading here, is it not?
04:44:21 **A.** Yes.
**Q.** Okay. Do you agree with me that both Captain Marie and the pilot or the captain of the GENESIS RIVER, whoever is in command of the vessel, is responsible for their own vessel to take the appropriate action, correct?
04:44:45 **A.** Yes.

**Q.** And if they think that the action that is suggested to them is not appropriate, they should not follow it; is that correct?
**A.** That would be fair.
04:45:00 **Q.** So in this case, it appears that Captain Marie basically followed the instruction of Captain Charpentier to go to the greens, correct?
**A.** Yes. Because he also agreed he thought it was the best option.
04:45:15 **Q.** And that was because in that -- in those seconds that we described -- and we'll see when he actually started thinking about it. He explored all his other options that were mentioned previously, and he decided this was the best option, correct?
04:45:33 **A.** The obvious escape path, yes.
**Q.** Yeah. And the other options, just to go quickly, were to go to starboard, correct?
**A.** Correct.
**Q.** Stop or slow down or even come astern, go reverse, 04:45:51 correct?
**A.** Yeah. Stopping or reversing --
**Q.** I'm sorry?
**A.** -- or slowing down.
Yes. I thought you meant reversing or stopping. 04:46:03 Stopping to me is reversing or trying to stop.

(Sotto voce discussion between counsel.)

BY MR. GEORGANTAS:

**Q.** Exhibit 37, Captain. So at this point now, the VOYAGER is going to start heading to the greens, correct?

04:46:31 **A.** Yes.

MR. GEORGANTAS: Go ahead and play it.

(Video played.)

MR. GEORGANTAS: Go ahead and stop it.

BY MR. GEORGANTAS:

04:46:59 **Q.** I have stopped it again where I think I'm close to -- where I think Captain Charpentier told him, "Hey, watch out. I'm probably going to come at you again."

Do you recall that? But if you want to adjust it, that's fine. Let me know.

04:47:20 **A.** According to my transcript, it would be 13:54. And that begins with the second request from Pilot Charpentier for the VOYAGER to go to the greens.

**Q.** Do we have it at the right place now where you say he was?

04:47:53 **A.** If this is when Pilot Charpentier said, "You need to go straight to the greens," this is the time.

**Q.** Yeah. And he said, "Because -- or cause I'm going to go your way again probably," correct?

**A.** He said, "You need to go straight to the greens. Take

04:48:16 a 90 to the greens because I am going to go your way again

probably."

**Q.** And I asked you about the "probably" because I think in your earlier testimony you said that he said "possibly." And I think there is a distinction between "probably" and "possibly."

04:48:30

So at this point, Captain Marie has information that -- well, he is asking him to go straight to the greens, take a 90. Did Captain Marie ever do that, take a 90 to go to the greens?

04:48:56

**A.** I don't think it's clear what it means to take a 90 to the greens.

**Q.** Well, would one reasonable interpretation be to go 90 degrees, make a sharp left, so to speak, and go to the other side on the greens?

04:49:14

**A.** Well, that's not physically possible to turn 90 degrees and then continue to go. What we see here, based on his predictor, it would actually take him three minutes to make that 90-degree turn.

So my understanding is Captain Marie understands that he needs to head towards the green side to the best of his ability to avoid a collision.

04:49:33

**Q.** But Captain Marie has previously testified what going to the greens meant and, you know, we'll get to that.

But at this point, Captain Marie at least has information from Captain Charpentier that he, Captain

04:49:54

Charpentier, GENESIS RIVER, will come at him again, correct?

**A.** The information he has is he needs to continue going to the greens, and Pilot Charpentier said, "I'm going to go your way again probably."

04:50:12

**Q.** So is it fair to assume that Captain Charpentier now is predicting that he is going to go across the channel, possibly in the barge lane, and then come out again?

**A.** That's one of the scenarios that he has considered, yes.

04:50:30

**Q.** Is that the likely scenario when you read this? "This" meaning what he told them?

**A.** In -- well, I think Pilot Charpentier's testimony was that he did not have control of the vessel and he was not sure. But in answer to your question, when you read this, that is what it sounds like.

04:50:49

**Q.** I'm just going with what he told them. That's all. And he told them, "I'm probably going to go your way again probably," right?

**A.** Right.

04:51:05

**Q.** And when Captain Marie hears this, he is basically still in the barge lane, correct?

**A.** Yes.

**Q.** Is this the sort of information that Captain Marie should have taken into account to reassess going to the

04:51:24

greens?
**A.** He has commenced the turn to port. As we can see from his indicator, he is turning 30 degrees to port. It was actually in excess of that, up to 47 degrees per minute rate of turn to port. He's pushing two loaded barges and is now committed to turning to port. He does not have time, however, to change his maneuver at this point.
**Q.** Let me read to you Rule 8. I believe it's Exhibit 8(d). And I don't know if you have it handy, but I'll read it to you, if it will help you.
And we're back to action to avoid collision, right?
**A.** I have the rules, yes.
**Q.** Oh, great. Okay.
**A.** I have a copy.
**Q.** So 8(d) has a couple of components to it. The first one says, "Action taken to avoid collision with another vessel shall be such as to result in passing at a safe distance," correct?
**A.** Are we on the correct rule? Which --
**Q.** I want 8(d).
**A.** Oh, (d). Yes.
**Q.** Correct?
**A.** Rule 8(d), yes.
**Q.** Yeah. The first part of Rule 8(d).
The second sentence of subsection (d) says, "The

effectiveness of the action shall be carefully checked until the other vessel is finally past and clear."

Do you see that?

**A.** Yes.

04:53:15 **Q.** So my question was: With the present circumstances where Captain Marie now has information that the GENESIS RIVER will probably come at him again, meaning where he is planning to go, should this have been an occasion that Captain Marie should have reassessed his move to go to the greens?

04:53:36 **A.** No. Because he is committed to going to the greens at this point. It's not a normal collision scenario situation when you have time to adjust your action. It's an evasive maneuver *in extremis* to avoid being struck by a large gas carrier.

04:53:51 **Q.** I understand. That's what the rule is, "Action to avoid collision." And he is now going to the greens to avoid collision.

But Rule 8(d) speaks as to the effectiveness of the action, and the action in this case is go to the greens, correct?

04:54:06 **A.** Head in the direction of the greens, yes.

**Q.** Well, he didn't say "headed." I don't want to play with words. He said, "Go to the greens," correct?

04:54:17 **A.** He said, "Go to the greens," correct.

**Q.** I understand where you are trying to go with the "headed" and we will probably hear more of that. But I'm going just from the transcript here.

And the question was: Should Captain Marie on the basis of this rule reassess his move to go to the greens, the effectiveness of the move, when he is still in the barge lane and now he is being told by Captain Marie that probably he is going to come at him again, meaning the GENESIS RIVER is going to go where the VOYAGER is headed?

04:54:32

**A.** Yes. He needs to continue to reassess all the way through.

04:54:56

**Q.** And if he had done a reassessment there on the effectiveness, because it says, "The effectiveness shall be carefully checked," the conclusion might have been that he is not going to make it, correct?

04:55:10

**A.** Yes. But he is committed to that maneuver at this point.

**Q.** Well, when you say "committed," what would prevent him from changing action at this point? It's only about 30 seconds from the initial decision to go to the greens and he is still in the barge lane, correct?

04:55:25

**A.** Yes. But it's -- I am referring to ship handling. If you are pushing two loaded oil barges, you go hard over, it takes time to develop the turn to port and then momentum builds up. You cannot instantly stop that and

04:55:42

change direction. It's simply not possible, especially in the limited time available at this point.

**Q.** So your testimony is because he was committed by having turned to port to go to the greens that it was not important to reassess the effectiveness of that maneuver, correct?

**A.** That's not my testimony. I said it is important to reassess, and he is continuing to reassess the option.

**Q.** And do you have any evidence that he reassessed the situation when he received this information 30 seconds later from Captain Charpentier?

**A.** I think the audio and the data and Captain Marie's testimony speaks for itself.

**Q.** Okay. So whatever Captain Marie said? Is that what you are saying?

**A.** I think his testimony will speak for itself.

**Q.** I agree. My question is whether, in your opinion, the information from Captain Charpentier 30 seconds later, after having made an agreement to go to the greens, he then told them, "I'm probably going to come at you again," should that have given rise to an occasion whereby Captain Marie should have double-checked his maneuver pursuant to Rule 8(d) in that particular sentence?

**A.** Yes. I think, as I have answered, he is continuing to reassess. But he is committed at this point.

**Q.** Okay. And is it true to say that when the VOYAGER made this sharp turn --

(Sotto voce discussion between counsel.)

BY MR. GEORGANTAS:

04:57:30 **Q.** And just looking at the screen again on the right-hand side, there is a circle there. Do you see that, Captain?

**A.** Yes.

**Q.** That is the rate of turn; is that correct?

**A.** Correct.

04:57:44 **Q.** And it's -- it shows 30 over. That means that he is maxing out on coming hard over to port, correct?

**A.** Yes. He is turning at least 30 degrees per minute to port at this point.

**Q.** Thank you.

04:58:00 Is it true that when the VOYAGER or any vessel, for that matter, turns particularly a sharp turn, they are going to lose speed?

**A.** That's true.

**Q.** And in this case the VOYAGER, Captain Marie -- let me 04:58:15 rephrase that. Captain Marie knew that he would lose speed by turning, correct?

**A.** Yes.

**Q.** And, in fact, he did lose speed, correct?

**A.** Correct.

04:58:24 MR. GEORGANTAS: Can we go ahead and play it.

(Video played.)

BY MR. GEORGANTAS:

**Q.** So he now continues on this course to go to the greens. And you can see up on top his speed is dropping already, correct?

**A.** Yes.

MR. GEORGANTAS: Okay. Can you stop it right there.

BY MR. GEORGANTAS:

04:58:57 **Q.** So I have stopped it again. At this point he is barely out of the barge lane. Do you see that?

**A.** Yes.

**Q.** And his speed has dropped to 4.7, correct?

**A.** Yes.

04:59:14 **Q.** And his predictor is putting him right where the GENESIS RIVER is anticipated to be going, correct?

**A.** No.

**Q.** I'm looking at -- sorry. Not the predictor. The yellow line.

04:59:32 **A.** The predicted passing point is -- it doesn't show you which part of the channel they expect to pass in. That's just how far up the channel they expect to meet.

**Q.** That little yellow line that's perpendicular to the horizontal line, what -- do you know what that is?

04:59:54 **A.** That points in the direction of that specific target,

and it's always in the middle of that yellow line.
**Q.** And can you see how far apart they are at this point?
**A.** I can see, but I don't have a measurement.
MR. GEORGANTAS: Okay. Can you keep playing it.
05:00:30 (Video played.)
MR. GEORGANTAS: Stop it again.
BY MR. GEORGANTAS:
**Q.** I have stopped it again. And the blue dotted line on the VOYAGER, do you see that, Captain?
05:00:40 **A.** Yes.
**Q.** It's kind of -- even though the VOYAGER is turning, the blue line is kind of headed up channel, if I can put it like that. Do you see that?
**A.** Yes.
05:00:52 **Q.** Does that mean that, even though the VOYAGER is starting to turn, she is also sliding forward or upwards?
**A.** Yes. But it's only a very slight slide. Again, you look at the predictor shadow. That is the best indicator of where she is going to be in the next two or three
05:01:11 minutes before the collision.
**Q.** And the predictor always changes as speed and other circumstances change, correct?
**A.** Yes.
**Q.** But while turning, she is sliding and, in a way,
05:01:24 closing the distance between her and the GENESIS RIVER,

correct?
**A.** And that's to be expected, yes.
**Q.** The slide is to be expected, you are saying?
**A.** Any time a vessel turns they are going to have a -- it's called an "advance".
**Q.** And that's a factor to be considered when you are trying to get out of the way of something, correct?
**A.** It would be one of the factors, yes.
MR. GEORGANTAS: Can you play it again.
(Video played.)
BY MR. GEORGANTAS:
**Q.** And, as we are moving on, the speed continues to drop, correct?
**A.** Yes. And then it very shortly begins to increase again.
**Q.** Well, it's still dropping right now, correct?
**A.** Yes. As a result of the initial turn.
MR. GEORGANTAS: Okay. Go ahead and stop it.
BY MR. GEORGANTAS:
**Q.** So at this point, Captain Marie is no longer hard over; is that correct? Or his rate of turn has decreased, correct?
**A.** Correct.
**Q.** And he is now down to 10 from the previous 30, correct?

**A.** 10 degrees rate of turn to port, correct.
**Q.** So he is not -- he is not turning as much, but he continues, if we look at the blue dotted line, to be sliding forward, correct?
05:02:54 **A.** Yeah. Very slightly now because the slide continues to decrease as he executes this maneuver across the channel.
MR. GEORGANTAS: Go ahead.
(Video played.)
05:03:21 MR. GEORGANTAS: All right. Stop it again.
BY MR. GEORGANTAS:
**Q.** So the vessels now are getting closer. The GENESIS RIVER now is entering the barge lane, as expected by Captain Charpentier, correct?
05:03:37 **A.** Yes.
**Q.** And the VOYAGER is still kind of -- if we count the tugboat, kind of still halfway in the barge lane, correct?
**A.** Yeah. The tugboat and a small portion of the barges are still in the barge lane.
05:04:01 **Q.** And the speed is 4.1. So he has dropped about a couple of miles, correct --
**A.** Yes.
**Q.** -- from when he started to make his turn? Sorry.
**A.** I think it's 1.7, 1.8 miles per hour that he dropped.
05:04:16 **Q.** Okay. And that was expected, correct?

**A.** Yes.
**Q.** So at this point the GENESIS RIVER is partially in the barge lane, correct?
**A.** Yes. Almost halfway through the barge lane.
05:04:49 **Q.** And the VOYAGER is still not only in the red side of the channel, but the tugboat is still in the barge lane, correct?
**A.** Yes. The tugboat is about fully into the channel at this point.
05:05:11 MR. GEORGANTAS: Go ahead and play it again.
(Video played.)
MR. GEORGANTAS: Stop.
BY MR. GEORGANTAS:
**Q.** Okay. So at this point it is clear that the GENESIS 05:05:36 RIVER now is coming out of the barge lane, correct?
**A.** Yes.
**Q.** And that was what Captain Charpentier had predicted and told Captain Marie, that she would come out at him again, correct?
05:05:56 **A.** On this precise moment Pilot Charpentier says, "This is bad."
**Q.** Oh, he -- yeah. I agree.
The question is: What we are seeing here is what he had told them much earlier, 30 seconds after the agreement 05:06:14 to go to the greens, that he would come at him again,

correct?
**A.** I understand the conversation you are referring to, but that's not exactly what he said.
**Q.** "You need to go straight to the greens, take a 90 to the greens, because I'm going to go your way again probably."
05:06:44
**A.** Yes.
**Q.** How did you interpret that? That's what he said, right? How did you interpret that? I interpreted that that he is going to come out towards him again.
05:06:56
**A.** Yeah. He is still not 100 percent sure. It sounds like he thinks it's more likely now that he is going to take a second sheer.
**Q.** And that's exactly what we're looking at now. He is coming out, correct?
05:07:13
**A.** Yes.
MR. GEORGANTAS: Go ahead. Thank you.
(Video played.)
MR. GEORGANTAS: Stop.
05:07:33
BY MR. GEORGANTAS:
**Q.** And at this point we are seeing the GENESIS RIVER going further to starboard, correct?
**A.** Turning to their starboard, yes.
**Q.** Sorry. Yeah, towards the GENESIS RIVER, correct?
05:07:51
**A.** Yes.

**Q.** And is this the part where Captain Charpentier ordered a "hard to starboard" because he was concerned about potentially hitting the target?

**A.** Yes. So a few seconds prior to this he ordered "hard to starboard."

05:08:07

**Q.** So there was some vessel reaction. The GENESIS RIVER was not continuously out of control because she did react to that "hard to starboard" order, correct?

**A.** She was turning to starboard before he gave the order. Pilot Charpentier himself says he never regained control of the vessel.

05:08:27

**Q.** So his "hard to starboard" order was ineffective?

**A.** The vessel was already turning to starboard. It may have had the effect of increasing the rate of turn, but looking at the data, it's difficult to tell.

05:08:41

MR. GEORGANTAS: Okay. Go ahead and finish it. Stop where they make contact.

(Video played.)

MR. GEORGANTAS: All right. Stop right there.

BY MR. GEORGANTAS:

05:08:57

**Q.** I have stopped it now to, more or less, the point of collision. Would you agree with that?

**A.** Yes.

**Q.** So I believe you are -- and at this point the situation is that the GENESIS RIVER has come out of the

05:09:11

barge lane and the VOYAGER is still halfway on the red side of the channel or of the main channel, correct?

**A.** They are in the main channel almost crossing the -- in the middle of the center lane, slightly favoring the red side.

05:09:38

**Q.** And the tug is certainly on the red side, correct?

**A.** On the red side of the main channel.

**Q.** Okay. Now, previously I believe you testified that if the GENESIS RIVER had been able to hold to her port, so to speak, it would have been a safe passage or there would not have been a collision; is that correct?

05:10:06

**A.** If the GENESIS RIVER held their port side they could have passed clear.

**Q.** So if we were to -- even just looking at this, if we were to turn the GENESIS RIVER back to port where she was kind of headed prior to when she started coming out, you think she would have cleared the tug?

05:10:21

**A.** Yes.

**Q.** Have you done the math on that?

**A.** Yes.

05:10:38

**Q.** By how much would she have cleared?

**A.** What you need to consider is where the collision occurred. If you rotate the GENESIS RIVER back as you described, they have almost 200 feet until they reach the stern of the tow, which is the tug. And in that time the

05:10:54

VOYAGER is now increasing speed again. I think prior to the collision they were back to almost 5 miles per hour. So they are -- in the time it takes the GENESIS RIVER to advance an extra 200 feet, they pass clear.

05:11:12 **Q.** But my question is: But your calculations -- by how much was your calculation that they would have cleared the stern of the VOYAGER?

**A.** I don't recall the numbers, the exact number. It's -- they clear by somewhere between 20 and 40 feet. And it

05:11:33 depends on the maneuver the VOYAGER ultimately takes, too, because at this point they have taken other maneuvers to minimize the blow of this collision.

**Q.** But you estimated 20 or 40 feet?

**A.** They pass clear, yes.

05:11:49 **Q.** And the risk of that, if you are off by 20 or 40 feet, it is now the tug is exposed, correct?

**A.** Can you rephrase the question?

**Q.** Yeah. I mean, if there would have been contact, it would have been the tugboat?

05:12:08 **A.** Yes.

**Q.** Looking at the aspects of the two vessels and the collision, Captain, is it your opinion that the VOYAGER went to the greens?

**A.** Yes. She headed towards the greens.

05:12:32 **Q.** Headed towards the greens.

Was the agreement to go to the greens or to head to the greens when they altered to do a starboard-to-starboard meeting?

**A.** My understanding of the agreement is to go to the greens because we're going to pass starboard to starboard. It's an emergency action. At that point the VOYAGER did the best they could to avoid a collision. It was the best option they had available.

**Q.** So your understanding was to generally head to the greens, correct? That's what that agreement meant?

**A.** Head to the greens to pass on the -- to leave the GENESIS RIVER on their starboard side.

**Q.** And we agree that the collision occurred on the red side of the channel, correct?

**A.** It occurred in almost the center of the channel. It's very slightly on the red side of the channel.

MR. GEORGANTAS: Your Honor, I don't know how long you want to go today. I have a little bit more, but I thought I would -- it's 5:15. Whatever the Court wants to do.

THE COURT: Well, I kind of had in my head 5:30, but if this is a good stopping point --

MR. GEORGANTAS: It is for me. I have more than 15 minutes. Not a lot more but a little more than 15 minutes.

THE COURT: Okay. All right. Let's go ahead and --

You may step down, Captain.

THE WITNESS: Thank you, Your Honor.

05:14:39 THE COURT: We'll start back up at 9:00 tomorrow morning.

How are we doing, as far as y'all can tell, on where you thought we would be? Are we about where you thought we would be or are we moving slower than you thought we

05:14:56 would be moving or --

MR. GEORGANTAS: I think we're moving a little slower than we thought we would be. I don't know.

George.

MR. SHIPLEY: Right. A little bit slower than I

05:15:07 thought.

THE COURT: All right. I'm good with 9:00 to 6:00 tomorrow and Thursday, if that works for y'all.

MR. GEORGANTAS: That's fine with us, Your Honor.

MR. KLAWETTER: Sure. That's fine, Your Honor.

05:15:23 THE COURT: Okay. In the morning, let's make sure we get on the record the -- I don't want to lose track of the exhibits that we're using. So let's get on the record in the morning the exhibits that have been used and so need to be admitted into evidence, get that on the

05:15:42 record.

MR. SHIPLEY: If it helps, we could do that now, but maybe waiting until in the morning is better. Either way.

THE COURT: We can do it now if you all know what it is. And then in the morning, if you find out you have forgotten something, then you can -- we can note that in the morning.

MS. SNELL: Your Honor, I have the exhibits that were used in Captain Cunningham's direct, thanks to Ms. Boutet. It was Kirby Exhibits 42, 43 and 44, which were Captain Cunningham's three reports. Kirby 33, which were figures from the reports. Kirby 39, Captain Cunningham's VDR transcript. Kirby 41, Captain Cunningham's four-way video. Kirby 37 was the recording from the VTS. Kirby 60 was the GENESIS RIVER's risk assessment. Kirby 61 was the GENESIS RIVER's passage plan. Kirby 55, GENESIS RIVER's pilot card. Kirby 102 was the telegraph photo from the GENESIS RIVER. And that's all.

THE COURT: All right. Any issue with any of those?

MR. GEORGANTAS: Not from us, Your Honor.

MR. KLAWETTER: No, Your Honor.

THE COURT: All right. Kirby 42, 43, 44, 33, 39, 41, 37, 60, 61, 55 and 102 are all admitted.

MR. BACHTEL: On Mr. Cunningham's cross we used GENESIS RIVER 12, the BW OAK AIS. GENESIS RIVER 14, the BW OAK pilot PPU. GENESIS RIVER 23, the Kirby wheelhouse standing orders. GENESIS RIVER 32, VOYAGER CG-2692. 05:17:36 GENESIS RIVER 37, the Rose Point from the VOYAGER time stamp 15:00 to 15:18. We used GENESIS RIVER 42, the NTSB voyage data recorder transcripts. And GENESIS RIVER 145, the coast guard inland rules of navigation.

THE COURT: All right. Any issue with any of 05:18:04 those?

MR. KLAWETTER: Yes, Your Honor. Just for the record, the reference to the BW OAK AIS, that's not our AIS. I don't know where they got it, but that doesn't come from us.

05:18:13 THE COURT: Okay. That's GENESIS RIVER 12, right?

MR. KLAWETTER: Correct.

MR. BACHTEL: I can give you the Bates number. It's BW-1195.

05:18:26 MR. BAILEY: We may have produced it, but it is not the BW OAK AIS. That came from a public source. I don't have access to it right now. But that is not a BW OAK bridge-generated document.

THE COURT: Okay. Is there an objection to the 05:18:40 exhibit being admitted into evidence? You just want to

05:18:52 05:19:00 05:19:15 05:19:26 05:19:45

make sure that the record is clear that it is not a BW OAK document.

MR. BAILEY: I think as long as there is an understanding that that did not come from the BW OAK or any of its equipment, then I think that we would be okay with that.

THE COURT: Okay.

MR. SHIPLEY: I think we're going to cover that tomorrow, correct --

MR. BAILEY: Yes.

MR. SHIPLEY: -- since it's one of the things that you wanted to talk about, the BW OAK AIS? Isn't it? This is one of the things he wanted to discuss?

MR. GEORGANTAS: Do you have a different exhibit for that?

MS. SNELL: I don't think we do.

MR. GEORGANTAS: I was asking George.

MR. SHIPLEY: We'll take it up tomorrow. I don't think there is a problem with it. If we do, we'll take it up with you tomorrow.

THE COURT: All right. I'm going to admit GENESIS RIVER 12, 14, 23, 32, 37, 42 and 145.

And it sounds like we're going to -- there will be some discussion tomorrow about the BW OAK AIS. We'll figure that out tomorrow, though.

Y'all don't have anything yet, correct?

MR. KLAWETTER: Nothing yet, Your Honor.

THE COURT: Okay. Let's go off the record.

(Discussion off the record.)

05:20:51 THE COURT: All right. Well, let's be ready to go at 9:00 and see how much we can get through tomorrow.

Court stands in recess.

*(Proceedings adjourned at 5:20 and continued on Day 2.)*

*Date: February 2, 2021*

***COURT REPORTER'S CERTIFICATE***

*I, Laura Wells, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.*

*/s/* Laura Wells

*Laura Wells, CRR, RMR*

### '

'can [1] - 213:13
'hey [1] - 9:23
'no [1] - 218:13
'this [1] - 13:5

### /

/s [1] - 264:15

### 0

0.8 [2] - 228:7, 228:9

### 1

1 [4] - 1:16, 9:15, 68:16, 71:24
1,000 [1] - 136:22
1.5 [1] - 203:8
1.7 [1] - 253:24
1.8 [1] - 253:24
10 [18] - 3:10, 3:14, 16:6, 39:14, 39:15, 65:17, 65:21, 70:5, 97:9, 117:7, 117:8, 127:12, 130:21, 157:11, 201:2, 219:10, 252:24, 253:1
10-minute [2] - 152:19, 213:12
10.75 [1] - 195:12
100 [7] - 21:13, 26:18, 36:4, 109:18, 136:2, 136:10, 255:11
102 [4] - 116:5, 120:19, 261:17, 261:25
108-foot [1] - 130:6
10:25 [1] - 56:6
10:37 [1] - 56:6
10th [18] - 97:19, 99:17, 99:22, 100:2, 100:14, 100:19, 102:14, 103:25, 106:14, 107:17, 112:19, 113:14, 115:3, 118:11, 119:12, 131:19, 132:2, 231:2
11 [2] - 115:11, 135:22
113 [2] - 185:8, 185:24
114 [1] - 185:25
12 [24] - 25:7, 29:1, 29:8, 30:18, 42:11, 69:3, 69:21, 117:7, 117:8, 117:16, 117:22, 129:5, 130:21, 180:16, 180:24, 180:25, 200:22, 201:2, 201:10, 201:23, 262:2, 262:15, 263:22
12.2 [1] - 81:25
12.4 [1] - 200:24
12.5 [1] - 83:19
12.6 [3] - 101:9, 200:25, 202:3
120-feet [1] - 185:3
122 [4] - 9:10, 129:11, 129:23, 185:23
122-foot-wide [1] - 184:23
123 [1] - 9:10
124 [1] - 9:10
12:00 [1] - 199:2
12:05 [1] - 108:11
12:15 [1] - 23:17
13 [8] - 79:16, 79:19, 80:3, 135:22, 200:23, 201:18, 201:24, 235:23
13.1 [5] - 82:3, 83:20, 101:9, 200:25, 201:25
1300 [1] - 2:14
138 [1] - 1:12
13:54 [1] - 242:15
14 [5] - 132:15, 139:14, 182:21, 262:2, 263:22
1400 [1] - 1:21
144 [4] - 5:9, 5:15, 5:20, 6:8
145 [2] - 262:7, 263:22
14:47 [1] - 152:17
15 [12] - 3:10, 3:14, 4:5, 16:6, 136:16, 152:15, 152:22, 157:11, 219:16, 219:18, 259:24, 259:25
150 [3] - 129:12, 136:1, 136:9
15:00 [2] - 115:11, 262:6
15:11:26 [1] - 81:17
15:13 [1] - 231:1
15:13:18 [1] - 230:17
15:16 [1] - 65:19
15:18 [1] - 262:6
1600 [1] - 2:8
161 [1] - 55:21
17 [1] - 113:16
172 [2] - 129:11, 130:20
18 [2] - 227:22, 235:24
19 [1] - 9:11
1997 [1] - 58:6
1:00 [1] - 108:10
1:11 [1] - 108:11

### 2

2 [12] - 1:6, 53:9, 53:12, 132:14, 139:13, 139:25, 140:3, 140:16, 187:21, 264:9, 264:10
2.5 [2] - 74:13, 203:8
20 [22] - 50:13, 71:10, 84:14, 152:23, 153:3, 154:13, 164:1, 164:2, 165:4, 165:11, 165:13, 165:18, 166:2, 166:9, 166:11, 167:4, 170:5, 170:24, 171:2, 258:9, 258:13, 258:15
20-second [1] - 238:8
200 [4] - 136:10, 257:24, 258:4
2006 [2] - 58:19, 58:20
2007 [4] - 58:7, 58:19, 58:21, 58:22
2008 [1] - 58:24
2013 [1] - 59:19
2016 [1] - 60:12
2017 [2] - 37:10, 60:12
2019 [5] - 65:17, 65:22, 97:9, 100:14, 106:14
2020 [1] - 74:2
2021 [2] - 1:6, 264:10
20:11:26 [1] - 81:16
20:12:15 [1] - 23:17
20:13:24 [1] - 25:14
20:13:55 [1] - 25:22
20:15:40 [1] - 26:3
22 [1] - 46:23
225-0905 [1] - 2:15
225-9945 [1] - 2:10
23 [3] - 167:18, 262:3, 263:22
2300 [1] - 2:3
235 [3] - 67:20, 69:3
235-foot [1] - 129:12
24 [2] - 7:23, 8:1
240 [1] - 1:24
25 [2] - 50:13, 154:13
25(b [1] - 239:1
2615 [1] - 1:24
2690 [1] - 238:15
2692 [2] - 238:16, 240:6
28 [1] - 100:25
29 [2] - 9:11, 100:25
2:30 [1] - 195:21

### 3

3 [7] - 66:4, 70:3, 129:17, 130:15, 167:23, 169:22, 189:19
3-minute [1] - 90:8
30 [12] - 71:10, 90:10, 100:25, 219:11, 245:3, 247:20, 248:10, 248:18, 249:10, 249:12, 252:24, 254:24
30-minute [1] - 105:16
300 [4] - 21:11, 21:12, 127:13, 136:21
32 [3] - 238:23, 262:4, 263:22
33 [9] - 66:4, 68:16, 70:3, 103:13, 118:24, 132:9, 221:14, 261:11, 261:24
33,450 [1] - 52:6
351-3802 [1] - 1:25
360 [2] - 136:4, 136:7
37 [6] - 80:3, 242:3, 261:14, 261:25, 262:5, 263:22
37-foot [3] - 42:20, 203:1, 203:3
39 [3] - 71:5, 261:12, 261:24
3:00 [1] - 65:21

3:10 [1] - 188:21
3:12 [1] - 24:14
3:12:15 [1] - 23:19
3:12:54 [1] - 225:25
3:19-CV-00297 [1] - 1:3
3:19-CV-207 [1] - 19:9
3:28 [1] - 188:21

**4**

4 [5] - 1:16, 103:13, 129:17, 130:8, 130:15
4(e [2] - 175:8, 175:12
4.1 [1] - 253:20
4.7 [1] - 250:13
40 [5] - 219:11, 227:12, 258:9, 258:13, 258:15
409 [1] - 1:25
41 [3] - 80:24, 261:13, 261:25
42 [7] - 61:15, 203:5, 226:8, 261:10, 261:24, 262:6, 263:22
4220 [1] - 80:4
43 [5] - 61:15, 124:14, 129:17, 261:10, 261:24
44 [3] - 61:15, 261:10, 261:24
45 [4] - 29:20, 42:20, 68:25, 203:10
45-foot [1] - 203:1
46 [4] - 68:23, 68:25, 69:1, 69:20
47 [8] - 1:6, 1:12, 2:5, 51:20, 184:17, 203:17, 204:2, 245:4
48 [2] - 203:17, 204:2
4:00 [7] - 50:3, 113:25, 114:12, 192:17, 193:2, 193:4, 195:23
4:30 [1] - 195:21

**5**

5 [15] - 100:24, 124:14, 125:17, 132:15, 136:15, 139:13, 141:10, 141:11, 141:20, 143:16, 145:9, 173:15, 173:20, 203:4, 258:2
5,750 [1] - 149:24
50 [3] - 135:25, 136:3, 136:6
5000 [1] - 2:9
515 [1] - 2:20
53 [4] - 184:22, 185:8, 185:18, 185:24
530 [3] - 29:20, 67:18, 68:23
530-foot [1] - 84:6
54 [1] - 21:11
55 [3] - 106:11, 261:17, 261:25
59 [1] - 106:24
5:15 [1] - 259:19
5:20 [1] - 264:8
5:21 [1] - 1:4
5:30 [1] - 259:21

**6**

6 [21] - 29:10, 30:4, 30:17, 31:9, 100:23, 101:4, 103:1, 132:15, 139:13, 148:13, 148:14, 150:19, 150:22, 151:4, 153:4, 153:5, 172:8, 173:15, 200:20, 201:17, 201:19
60 [9] - 97:17, 185:7, 185:8, 185:18, 185:24, 189:18, 261:15, 261:25
61 [5] - 100:11, 100:12, 185:24, 261:16, 261:25
65 [1] - 9:11
652-3052 [1] - 1:22
66 [1] - 9:11
67 [1] - 9:11
6:00 [1] - 260:17

**7**

7 [34] - 72:6, 72:9, 73:1, 73:10, 73:12, 74:6, 74:8, 74:11, 76:1, 80:4, 81:14, 100:24, 126:8, 126:18, 132:15, 139:13, 154:2, 154:3, 154:4, 156:21, 156:24, 160:3, 160:4, 160:7, 160:13, 160:15, 161:4, 161:7, 161:25, 230:9, 230:10, 240:14
7-second [2] - 76:4, 225:8
70 [1] - 9:10
70,000 [1] - 128:19
70,000-ton [1] - 94:7
712 [1] - 1:20
713 [4] - 1:22, 2:4, 2:10, 2:15
72 [2] - 219:20, 220:2
72.6 [1] - 81:24
73 [1] - 67:15
74 [9] - 66:2, 67:6, 67:15, 68:2, 83:25, 85:10, 86:6, 125:22, 126:17
75 [1] - 67:1
76 [1] - 220:2
77002 [5] - 1:21, 1:25, 2:9, 2:14, 2:20
77010 [1] - 2:3

**8**

8 [35] - 29:10, 30:5, 30:17, 31:9, 74:4, 74:6, 74:8, 76:1, 81:14, 100:23, 101:4, 103:1, 118:24, 127:11, 132:15, 139:13, 171:18, 171:19, 172:9, 172:12, 172:15, 173:5, 173:8, 173:14, 173:16, 173:20, 175:17, 200:20, 201:17, 201:19, 221:15, 230:12, 231:18, 240:14, 245:8
8(a [2] - 174:3, 174:8
8(d [4] - 245:15, 245:23, 246:19, 248:23
8(d) [3] - 245:9, 245:20, 245:24
8004 [1] - 2:20
808 [1] - 2:13
84 [1] - 219:15
85 [2] - 219:20, 220:11
89 [3] - 219:16, 219:20, 220:11

**9**

9 [12] - 74:12, 90:15, 123:18, 123:19, 132:15, 139:14, 177:5, 177:6, 178:24, 188:4, 188:5, 230:12
9(H [1] - 1:8
9(h [1] - 1:12
9.4 [1] - 74:2
90 [7] - 242:25, 243:8, 243:9, 243:10, 243:13, 243:16, 255:4
90-degree [1] - 243:18
909 [1] - 2:2
91 [1] - 9:10
92 [1] - 9:10
95 [1] - 12:12
951-5600 [1] - 2:4
9:00 [3] - 260:5, 260:16, 264:6
9:05 [1] - 1:4

**A**

A&M [1] - 20:14
a)(i [2] - 177:7, 177:9
a.m [4] - 50:3, 56:6, 113:25
A.M [1] - 1:4
A.S [2] - 2:11
abbreviations [1] - 64:5
abeam [2] - 222:1, 223:9
ability [6] - 154:17, 165:25, 173:3, 208:6, 208:20, 243:21
able [19] - 4:17, 14:25, 23:14, 31:11, 50:19, 51:5, 73:20, 80:18, 93:14, 121:11, 123:4, 130:19, 130:23, 139:9, 167:18, 175:13, 199:10, 199:25, 257:9
abnormal [1] - 51:1
aboard [11] - 58:11, 61:8, 61:10, 62:1, 63:17, 79:6, 87:14,

127:22, 131:3, 133:7, 133:17
above-entitled [1] - 264:14
absence [3] - 40:17, 162:13, 213:3
absolutely [10] - 54:25, 65:7, 79:22, 86:20, 109:23, 123:21, 127:4, 129:2, 131:9, 131:17
absolution [1] - 34:9
academy [2] - 20:13, 20:14
accept [3] - 138:7, 138:13, 138:21
acceptable [1] - 97:16
accepted [2] - 60:20, 60:24
access [4] - 139:5, 151:4, 226:22, 262:22
accident [17] - 10:12, 21:2, 21:7, 27:15, 27:19, 30:21, 31:25, 35:8, 35:21, 48:11, 50:3, 53:15, 54:1, 60:4, 60:13, 60:22, 62:2
accidents [1] - 60:10
accommodate [4] - 41:21, 136:14, 136:16, 136:19
accommodates [1] - 136:21
accomplished [1] - 44:21
according [9] - 129:21, 154:24, 183:25, 209:19, 214:11, 226:5, 227:21, 240:3, 242:15
account [2] - 82:2, 244:25
accuracy [1] - 139:10
accurate [7] - 71:20, 73:21, 139:15, 139:16, 154:25, 182:18, 233:19
accurately [3] - 71:3, 110:24, 237:18
achieve [2] - 117:22, 122:21
achieving [1] - 117:16
acronyms [3] - 63:25, 64:1, 64:25
Act [1] - 12:1
act [1] - 119:1
Action [2] - 245:16, 246:16
action [43] - 34:1, 95:2, 120:23, 124:11, 124:12, 124:16, 140:10, 145:6, 150:23, 152:2, 152:6, 153:7, 153:11, 165:17, 166:23, 172:12, 172:21, 172:23, 173:6, 173:20, 174:4, 174:5, 174:9, 174:13, 175:11, 175:14, 175:23, 175:24, 176:19, 176:25, 177:3, 217:19, 217:21, 240:24, 241:1, 245:11, 246:1, 246:13, 246:20, 247:19, 259:6
actions [6] - 162:17, 168:22, 171:25, 174:2, 174:19, 204:21
activate [2] - 49:21, 49:23
active [1] - 148:10
activities [8] - 97:9, 97:11, 97:22, 97:24, 98:3, 98:5, 170:15
activity [6] - 44:10, 98:8, 98:15, 189:20, 189:22, 190:1
actual [13] - 68:25, 69:16, 69:24, 73:13, 81:3, 81:15, 82:8, 82:18, 206:9, 224:13, 232:12, 232:25, 240:13
add [8] - 11:9, 13:8, 73:10, 73:12, 123:9, 185:18, 185:24, 230:10
added [4] - 73:2, 107:14, 222:16, 222:18
addition [13] - 20:10, 20:12, 59:24, 90:16, 126:13, 154:10, 163:7, 214:1, 214:8, 214:14, 223:24, 240:12
additional [32] - 54:4, 88:4, 89:12, 89:15, 89:25, 91:21, 93:5, 93:7, 97:15, 98:23, 99:8, 99:15, 101:12, 120:11, 120:12, 121:9, 121:11, 121:13, 121:17, 121:19, 122:16, 127:1, 169:11, 207:2, 212:20, 216:1, 217:25, 219:9, 219:24, 220:8, 220:17, 220:22
additionally [2] - 38:14, 40:7
address [3] - 6:23, 37:23, 187:22
addressed [1] - 163:1
adequately [2] - 141:22, 162:17
adjourned [1] - 264:8
adjust [2] - 242:13, 246:13
adjusted [3] - 76:2, 76:4, 81:14
admiral [1] - 34:5
ADMIRALTY [2] - 1:8, 1:12
admiralty [1] - 27:5
admissibility [1] - 11:10
admissible [3] - 3:19, 8:2, 10:21
admit [2] - 143:21, 263:21
admitted [13] - 3:21, 8:2, 104:2, 105:2, 114:5, 114:23, 118:13, 131:4, 144:13, 193:3, 260:24, 261:25, 262:25
adopt [1] - 31:24
advance [2] - 23:17, 258:4
advance" [1] - 252:5
advise [1] - 12:8
advised [3] - 90:4, 106:2, 124:20
advises [2] - 88:14, 89:20
advisor [1] - 112:13
affect [2] - 165:25, 167:6
affected [1] - 166:8
affirmatively [1] - 139:17
afraid [1] - 160:9
aft [6] - 48:20, 103:14, 103:16, 186:2, 186:7
afternoon [6] - 23:20, 65:21, 108:16, 132:25, 188:12, 193:5
afterwards [3] - 47:9, 114:22, 165:22
age [1] - 20:14
ago [1] - 33:25
agree [43] - 6:9, 9:4, 12:21, 33:2, 33:4, 47:21, 50:15, 110:17, 121:21, 121:22, 123:6, 123:7, 124:8, 128:5, 131:1, 147:12, 147:17, 148:1, 148:5, 155:17, 155:25, 157:8, 178:11, 185:1, 186:10, 186:14, 187:23, 187:25, 194:15, 196:19, 197:1, 204:6, 211:5, 225:13, 227:14, 227:18, 233:22, 240:1, 240:21, 248:17, 254:22, 256:22, 259:13
agreeable [2] - 12:11, 12:12
agreed [17] - 3:9, 3:18, 12:13, 12:22, 26:1, 42:23, 43:8, 45:19, 103:4, 154:21, 174:25, 212:2, 213:13, 229:23, 236:3, 238:1, 241:8
agreement [11] - 4:13, 7:6, 7:7, 13:7, 204:21, 229:13, 248:19, 254:24, 259:1, 259:4, 259:10
aground [1] - 122:8
ahead [48] - 3:4, 5:23, 5:25, 11:6, 14:4, 17:4, 20:25, 22:14, 23:16, 25:6, 31:4, 34:4, 42:4, 42:13, 78:9, 88:21, 89:2, 106:24, 106:25, 116:13, 117:16, 120:14, 126:14, 148:12, 148:24, 149:10, 152:10, 152:18, 152:22, 152:25, 177:11, 212:11, 213:12, 213:20, 226:3, 226:15, 232:7, 236:7, 242:6, 242:8, 249:25, 252:18, 253:8, 254:10, 255:17, 256:16, 260:1
aids [1] - 143:15

airplanes [1] - 225:15
AIS [10] - 64:25, 139:9, 180:20, 182:17, 262:2, 262:12, 262:13, 262:21, 263:12, 263:24
AL [2] - 1:6, 1:13
alarms [10] - 39:4, 99:14, 101:20, 155:15, 155:19, 155:20, 155:23, 156:2, 214:16, 215:16
albeit [1] - 105:7
alcohol [13] - 50:5, 113:24, 114:12, 114:18, 114:19, 114:21, 114:24, 193:3, 198:18, 199:3, 199:5, 199:10, 199:11
alert [2] - 87:15, 87:23
alerted [1] - 170:2
alerts [2] - 8:7, 101:20
alignment [4] - 84:19, 84:20, 84:22, 86:1
all-encompassing [1] - 140:25
allegation [2] - 54:22, 196:20
allege [1] - 160:4
allow [5] - 152:12, 171:21, 173:24, 198:24, 233:11
allowed [12] - 7:18, 18:20, 62:25, 95:8, 95:12, 116:3, 139:5, 143:8, 152:6, 179:13, 183:15, 193:19
allowing [1] - 96:24
allows [2] - 9:17, 150:22
almost [17] - 15:10, 41:11, 45:3, 85:25, 86:6, 94:11, 112:24, 115:11, 135:16, 200:23, 203:4, 227:12, 254:4, 257:3, 257:24, 258:2, 259:15
alone [3] - 28:22, 141:20, 149:20
ALSO [1] - 2:16
altered [1] - 259:2
altering [1] - 239:11
alternative [2] - 27:15, 31:25
altogether [1] - 11:12
amazed [1] - 22:11
ambiguous [1] - 168:8
American [1] - 137:18
amidship [2] - 84:14, 185:6
amount [2] - 52:7, 155:20
ample [3] - 42:18, 172:1, 175:14
Amy [4] - 1:18, 11:18, 12:19, 20:8
analysis [6] - 9:24, 60:8, 60:10, 74:10, 74:14, 197:3
angle [4] - 82:5, 83:24, 103:15, 215:24
angles [1] - 83:11
ANSWER [4] - 54:14, 54:18, 54:21, 55:1
answer [15] - 133:23, 137:12, 142:8, 145:22, 145:24, 155:25, 171:7, 179:14, 181:5, 181:9, 183:17, 188:15, 188:16, 197:1, 244:15
answered [4] - 166:20, 169:25, 170:19, 248:24
answers [1] - 134:8
antenna [4] - 233:7, 233:14, 234:10, 234:12
antennae [1] - 139:9
anticipated [2] - 99:17, 250:16
anticipating [1] - 11:7
anyway [3] - 11:1, 33:3, 211:3
apart [3] - 55:21, 230:9, 251:2
apologize [3] - 13:18, 23:22, 237:14
apparent [2] - 93:9, 112:22
appeal [1] - 10:22
appear [1] - 3:8
APPEARANCES [1] - 1:17
appearances [2] - 19:12, 36:16
appeared [1] - 239:11
apples [1] - 52:19
apples-and-oranges [1] - 52:19
applicable [1] - 177:21
applies [2] - 174:11, 206:21
apply [1] - 195:1
appointed [1] - 139:4
appraisal [1] - 100:14
appreciate [2] - 11:18, 36:16
approach [12] - 10:23, 43:1, 43:11, 43:14, 43:23, 44:24, 46:8, 151:9, 162:2, 182:7, 224:18
approached [1] - 43:4
approaching [1] - 174:19
appropriate [6] - 3:16, 5:17, 154:5, 160:19, 240:24, 241:2
approved [4] - 194:14, 216:11, 216:13, 216:22
approximate [1] - 152:24
approximation [1] - 235:11
area [31] - 43:18, 44:5, 44:9, 51:11, 51:18, 66:10, 66:11, 66:20, 67:2, 67:6, 67:17, 69:10, 69:13, 84:5, 100:21, 119:3, 119:4, 119:7, 126:3, 128:12, 200:18, 200:19, 201:3, 203:18, 203:19, 216:23, 221:21, 223:22
areas [9] - 60:19, 60:21, 60:25, 67:14, 69:11, 81:10, 101:6, 109:4, 136:1
argue [1] - 12:6
arguing [3] - 9:18, 10:19, 187:11
argument [5] - 8:25, 31:23, 32:12, 33:19, 53:5
argumentative [1] - 188:14
arguments [5] - 7:17, 9:4, 26:25, 27:8
armchaired [2] - 34:5
ashore [3] - 113:23, 114:11, 193:3
aside [1] - 15:9
aspects [5] - 98:2, 106:3, 172:3, 202:13, 258:21
assess [2] - 171:22, 173:24
assessed [2] - 170:10, 238:1
assessment [33] - 5:3, 96:3, 97:5, 97:6, 97:7, 97:18, 97:21, 97:23, 98:20, 98:22, 99:10, 99:12, 99:15, 99:23, 102:18, 103:2, 106:1, 106:9, 116:25, 131:11, 135:23, 158:16, 189:9, 189:25, 197:18, 198:1, 198:3, 198:15, 198:16, 209:6, 209:9, 238:4, 261:16
assigned [3] - 59:3, 77:14, 115:5
assist [4] - 59:4, 77:14, 159:23, 204:22
assistance [1] - 159:24
assisted [2] - 2:22, 159:20
associated [7] - 4:24, 97:10, 97:11, 98:4, 98:12, 98:17, 173:19
assume [4] - 71:12, 124:1, 236:22, 244:6
assuming [1] - 235:13
assurance [1] - 4:22
astern [3] - 104:15, 116:14, 241:19
attached [1] - 102:10
attempt [7] - 84:14, 89:12, 91:25, 95:3, 120:2, 128:10, 128:15
attend [1] - 63:1
ATTENDANCE [1] - 2:16
attended [2] - 63:4,

158:6
attending [1] - 47:17
attention [1] - 81:11
attorneys [1] - 19:12
audible [1] - 76:19
audience [2] - 20:21, 23:23
Audio [12] - 78:11, 80:10, 81:8, 82:25, 84:7, 85:20, 87:7, 88:7, 89:22, 91:4, 92:16, 94:1
audio [29] - 51:2, 63:16, 63:23, 70:24, 71:1, 71:25, 72:3, 72:5, 72:6, 72:7, 72:11, 72:14, 72:19, 73:1, 73:2, 73:22, 74:6, 76:2, 76:3, 76:8, 76:10, 76:11, 76:14, 76:15, 78:25, 79:1, 80:20, 236:2, 248:12
audiotapes [1] - 71:18
authority [3] - 77:19, 112:11, 112:17
available [42] - 4:5, 37:16, 40:22, 40:23, 53:21, 63:10, 63:21, 71:17, 75:1, 81:19, 95:6, 96:19, 101:14, 109:8, 109:20, 110:22, 111:14, 120:13, 120:17, 120:25, 141:12, 141:17, 142:15, 144:3, 145:19, 154:4, 156:5, 160:1, 160:16, 160:19, 161:25, 162:16, 164:13, 164:17, 169:16, 174:2, 192:2, 204:12, 207:6, 238:2, 248:2, 259:8
Avenue [1] - 1:24
average [3] - 136:8, 136:11
avoid [38] - 34:1, 35:7, 39:1, 53:21, 92:24, 95:3, 122:15, 150:23, 152:2, 152:7, 153:7, 171:21, 172:12, 172:22, 172:23, 172:24, 173:6, 173:20, 173:23, 174:2, 174:4, 174:9, 174:10, 174:20, 175:23, 175:24, 176:19, 176:25, 177:3, 224:8, 239:21, 243:21, 245:11, 245:16, 246:14, 246:17, 246:18, 259:7
avoidance [2] - 154:12, 176:4
avoided [1] - 128:17
avoiding [1] - 175:11
aware [8] - 13:10, 86:15, 87:22, 142:4, 142:11, 146:5, 191:2, 211:2
awareness [22] - 53:20, 96:22, 110:23, 143:7, 143:14, 144:12, 145:18, 161:14, 165:24, 166:6, 166:7, 167:7, 170:6, 170:8, 170:10, 170:12, 170:14, 170:22, 171:6, 171:8, 171:13, 171:14

**B**

Bachtel [3] - 2:7, 6:23, 36:13
BACHTEL [13] - 6:25, 7:12, 7:21, 7:23, 8:4, 9:9, 9:14, 9:18, 11:8, 15:23, 17:11, 262:1, 262:18
backed [1] - 130:19
bad [2] - 115:18, 254:21
Bailey [3] - 2:12, 19:24, 47:16
BAILEY [4] - 180:18, 262:20, 263:3, 263:10
bank [22] - 29:18, 30:5, 31:9, 43:19, 85:17, 93:22, 94:20, 99:20, 119:2, 119:5, 119:9, 119:10, 122:10, 130:18, 131:21, 131:24, 151:3, 221:4, 222:8, 222:11, 222:13, 223:19
banks [2] - 29:21, 32:6
barely [2] - 44:19, 250:11
barge [73] - 11:25, 26:6, 26:15, 32:4, 33:1, 34:22, 34:23, 67:16, 67:19, 67:20, 68:8, 68:9, 68:11, 69:2, 69:3, 69:4, 69:17, 69:21, 70:15, 70:16, 78:23, 83:23, 84:2, 85:9, 86:8, 90:22, 92:5, 92:20, 93:17, 93:20, 93:22, 94:8, 94:10, 94:11, 94:23, 119:15, 121:25, 122:4, 125:1, 125:4, 125:24, 125:25, 126:16, 126:24, 127:7, 127:9, 127:19, 128:11, 128:22, 128:25, 129:10, 129:22, 130:12, 131:13, 131:25, 163:19, 176:11, 176:13, 236:13, 244:8, 244:22, 247:7, 247:21, 250:11, 253:13, 253:17, 253:19, 254:3, 254:4, 254:6, 254:15, 257:1
barges [12] - 11:22, 11:24, 21:10, 25:3, 45:5, 46:2, 127:12, 127:13, 127:15, 245:5, 247:23, 253:18
Barr [2] - 2:6, 36:13
barrel [1] - 41:11
Barton [8] - 43:7, 50:15, 50:24, 52:1, 53:23, 54:12, 55:3, 55:10
Barton's [2] - 182:22, 185:11
base [2] - 76:9, 129:4
based [3] - 60:7, 232:16, 243:17
basic [4] - 141:2, 141:4, 186:13, 232:11
basis [11] - 123:8, 123:10, 128:23, 131:2, 138:15, 197:2, 197:13, 201:25, 232:16, 234:5, 247:5
Bates [1] - 262:18
Bayport [24] - 41:12, 42:22, 44:11, 51:16, 53:16, 55:15, 66:1, 66:10, 66:20, 66:23, 66:25, 67:1, 84:5, 95:17, 95:20, 100:22, 101:2, 101:3, 101:5, 107:21, 118:15, 118:17, 212:5, 212:6
Beacon [6] - 66:2, 67:1, 67:6, 68:2, 85:10, 86:6
beacon [7] - 68:4, 83:25, 86:7, 86:9, 125:22, 125:23, 126:1
beacons [3] - 21:23, 67:15, 68:2
Beacons [1] - 67:15
bearing [2] - 124:25, 168:6
bearings [1] - 171:11
Beaumont [1] - 1:25
became [6] - 43:17, 58:25, 59:22, 135:7, 158:9, 210:9
become [2] - 36:5, 87:3
becomes [3] - 44:4, 88:11, 104:16
beer [1] - 198:21
BEFORE [1] - 1:15
began [2] - 58:6, 238:4
begin [6] - 81:9, 82:21, 82:22, 104:18, 181:3, 207:23
beginning [2] - 95:15, 102:25
begins [2] - 242:16, 252:14
behalf [4] - 15:18, 19:19, 19:24, 36:13
bell [1] - 26:16
below [3] - 66:1, 66:10, 67:1
BENCH [1] - 1:15
bench [5] - 7:4, 8:21, 10:17, 11:1, 17:2
bend [3] - 44:14, 46:8, 211:22
bends [2] - 211:13, 211:16
beneath [1] - 203:5
benefit [1] - 133:16
berth [9] - 102:25, 103:22, 105:17, 110:3, 143:23, 159:2, 174:17, 205:19, 206:2
best [18] - 54:6, 82:7, 82:16, 88:18, 101:13, 124:11, 124:12, 128:6, 150:14, 161:23, 238:12, 241:9, 241:14, 243:20, 251:18, 259:7
better [8] - 46:11, 79:20, 103:12, 128:8, 161:12,

167:20, 220:24, 261:2
between [51] - 5:11, 16:6, 18:7, 23:5, 27:23, 35:24, 41:8, 44:1, 44:2, 44:22, 45:10, 46:18, 47:25, 50:14, 52:4, 66:21, 67:14, 69:4, 69:16, 72:5, 72:7, 72:8, 74:8, 74:11, 80:14, 82:22, 84:25, 91:7, 91:11, 118:3, 136:9, 136:15, 150:3, 155:5, 175:4, 180:14, 201:2, 202:8, 207:19, 209:24, 212:6, 224:15, 225:7, 227:1, 230:14, 240:13, 242:1, 243:4, 249:3, 251:25, 258:9
beyond [3] - 30:12, 142:13, 187:6
big [11] - 15:10, 15:14, 15:17, 40:24, 48:16, 55:14, 78:15, 95:24, 102:7, 117:5
big-picture [1] - 95:24
bigger [3] - 137:8, 231:14, 234:17
bit [33] - 6:15, 8:5, 38:25, 46:17, 63:12, 64:9, 65:14, 77:10, 80:5, 95:23, 103:9, 107:15, 115:14, 117:5, 120:3, 133:3, 133:4, 155:9, 156:18, 157:9, 163:16, 171:12, 186:8, 194:23, 205:13, 211:19, 214:14, 217:9, 224:13, 231:21, 236:6, 259:18, 260:14
bite [3] - 193:23, 193:24, 194:20
black [3] - 23:2, 63:15, 225:14
Blake [2] - 2:7, 36:13
block [3] - 97:3, 97:4, 206:18
blocks [2] - 96:24, 116:2
blood [1] - 114:24
blood/alcohol [1] - 115:1
blow [1] - 258:12
blowup [1] - 67:8
blue [7] - 67:4, 232:20, 233:22, 251:8, 251:12, 253:3
Board [2] - 7:13, 55:8
board [10] - 22:21, 35:2, 37:2, 53:6, 53:13, 55:9, 112:12, 145:13, 147:9, 194:4
boat [3] - 47:1, 59:13, 166:14
Bonvillain [2] - 1:19, 20:8
book [1] - 36:15
books [1] - 139:20
bottom [10] - 21:14, 72:25, 96:1, 127:2, 184:20, 203:14, 231:4, 231:8, 231:23, 232:12
Boutet [3] - 1:19, 20:8, 261:10
bow [26] - 29:25, 44:4, 48:22, 50:11, 93:19, 103:17, 103:18, 104:7, 104:13, 117:21, 119:4, 119:5, 119:8, 205:22, 206:1, 206:4, 206:12, 206:19, 221:21, 222:2, 222:4, 222:19, 222:25, 223:3, 224:1
bows [1] - 223:13
box [4] - 23:2, 63:15, 238:18, 239:1
boxes [1] - 225:14
brand [1] - 37:11
break [12] - 12:15, 49:17, 51:16, 56:4, 88:6, 94:10, 107:24, 108:17, 121:12, 121:23, 188:12
bridge [81] - 23:5, 32:8, 34:12, 35:2, 37:20, 39:8, 50:6, 50:7, 76:3, 76:18, 77:8, 79:4, 79:5, 80:1, 91:9, 96:23, 102:22, 111:2, 111:3, 111:14, 111:16, 111:19, 111:24, 112:1, 112:3, 112:8, 112:18, 113:1, 113:3, 113:5, 113:6, 113:10, 113:12, 113:17, 113:20, 114:3, 115:16, 115:24, 116:9, 121:3, 140:8, 144:24, 147:24, 148:10, 155:5, 155:15, 156:6, 156:13, 158:21, 159:17, 159:24, 159:25, 168:25, 170:15, 171:14, 190:22, 192:5, 192:9, 193:7, 193:10, 193:13, 193:16, 193:20, 194:20, 204:16, 204:17, 204:18, 204:24, 210:20, 210:21, 215:19, 215:21, 215:25, 216:5, 216:23, 217:8, 217:16, 226:19, 262:23
bridge-generated [1] - 262:23
brief [1] - 238:20
briefly [3] - 13:17, 25:5, 107:5
bring [7] - 12:9, 59:3, 190:2, 226:7, 226:8, 230:1, 238:19
bringing [1] - 12:25
broke [1] - 121:20
Brooksie [2] - 1:19, 20:8
brought [5] - 18:16, 18:22, 33:10, 189:15, 198:18
Brown [1] - 33:25
BROWN [1] - 1:15
buckets [1] - 7:1
build [1] - 73:20
building [2] - 96:24, 116:1
builds [1] - 247:25
buildup [1] - 43:18
built [1] - 37:9
bulkhead [1] - 126:24
bulky [1] - 104:12
bunch [1] - 4:16
buoy [2] - 67:1, 126:17
buoys [2] - 21:23, 68:1
burden [2] - 18:11, 18:12
burning [2] - 150:10, 150:16
business [1] - 46:23
butane [1] - 37:8
button [5] - 121:4, 121:6, 121:7, 121:10, 162:4
buy [2] - 36:14, 165:20
BW [125] - 2:11, 2:11, 7:21, 7:23, 8:7, 9:10, 13:8, 18:16, 19:5, 19:24, 21:14, 21:19, 24:24, 24:25, 25:11, 26:22, 27:2, 27:5, 27:9, 27:17, 27:19, 27:23, 28:5, 28:8, 28:11, 28:13, 41:13, 42:10, 42:23, 43:1, 43:4, 43:7, 43:11, 43:20, 43:23, 44:12, 44:13, 44:16, 44:18, 44:23, 46:7, 47:14, 47:25, 48:17, 49:4, 50:24, 51:9, 52:5, 54:2, 54:3, 54:9, 54:11, 54:16, 54:23, 55:3, 55:10, 55:11, 63:18, 78:8, 82:23, 84:4, 84:11, 84:23, 85:3, 136:20, 137:1, 142:4, 150:6, 152:9, 152:23, 153:13, 153:15, 153:22, 154:14, 156:11, 160:23, 173:17, 174:12, 174:19, 175:4, 177:21, 177:22, 178:1, 178:4, 178:22, 179:4, 179:19, 179:21, 180:16, 180:19, 181:14, 181:25, 182:11, 183:1, 183:5, 183:6, 183:12, 183:22, 183:23, 184:9, 185:2, 185:12, 185:25, 186:10, 187:2, 188:8, 191:6, 191:15, 203:20, 222:7, 222:17, 223:20, 224:16, 224:18, 262:2, 262:3, 262:12, 262:21, 262:22, 263:1, 263:4, 263:12, 263:24
BW-1195 [1] - 262:19
BY [54] - 57:8, 61:16, 64:16, 66:5, 78:12, 80:11, 83:1, 84:8, 85:21, 87:8, 88:8, 89:23, 91:5, 92:17, 94:2, 108:15, 132:24, 133:15, 144:6, 144:21, 146:2, 147:3, 151:19, 165:1, 167:1, 167:16, 170:3, 179:17, 180:10, 180:15, 181:11, 181:24, 182:25, 184:7, 184:19, 187:13, 188:25, 221:17, 230:15, 236:9, 238:25,

239:17, 242:2, 242:9, 249:4, 250:2, 250:9, 251:7, 252:11, 252:19, 253:11, 254:13, 255:20, 256:20
bypass [6] - 120:20, 121:5, 121:6, 192:3, 217:25, 218:21

**C**

calculated [1] - 203:3
calculation [8] - 102:11, 102:12, 164:3, 185:9, 203:7, 204:9, 206:9, 258:6
calculations [12] - 102:8, 102:13, 165:19, 166:9, 166:10, 166:13, 167:4, 171:3, 204:7, 219:12, 219:13, 258:5
Calder [1] - 1:24
camera [3] - 23:9, 23:10, 63:20
canal [2] - 29:18, 29:19
cannot [10] - 12:21, 91:11, 92:24, 117:10, 140:17, 141:1, 153:10, 159:25, 216:14, 247:25
capsize [1] - 94:10
capsized [1] - 94:12
CAPTAIN [1] - 57:5
captain [18] - 31:20, 38:7, 38:18, 39:11, 48:13, 52:25, 57:19, 148:2, 148:12, 148:24, 149:2, 149:8, 149:19, 158:10, 192:17, 193:24, 194:18, 240:22
Captain [303] - 7:14, 9:15, 10:3, 16:12, 17:14, 26:10, 31:20, 31:22, 32:2, 32:9, 32:11, 32:13, 32:16, 32:18, 32:22, 33:11, 33:14, 33:22, 34:11, 34:18, 35:11, 37:5, 37:17, 37:18, 41:4, 41:9, 41:15, 41:16, 41:24, 41:25, 42:1, 42:2, 43:7, 45:3, 45:10, 45:12, 45:15, 45:24, 46:10, 46:12, 46:23, 47:3, 47:18, 48:8, 49:1, 49:8, 49:13, 50:15, 50:23, 50:24, 51:15, 51:25, 52:1, 53:13, 53:14, 53:16, 53:20, 53:23, 54:12, 55:2, 55:3, 55:10, 56:9, 57:9, 64:4, 64:17, 66:6, 68:17, 74:21, 76:14, 76:19, 76:20, 76:22, 77:8, 77:9, 77:10, 77:11, 77:13, 77:17, 78:13, 79:2, 79:5, 79:20, 79:25, 80:17, 80:18, 80:19, 82:19, 83:2, 84:10, 87:9, 87:14, 87:17, 88:9, 88:16, 88:23, 89:6, 89:7, 89:8, 89:15, 89:24, 89:25, 91:7, 91:9, 91:13, 91:19, 92:18, 94:3, 95:18, 99:22, 100:11, 105:5, 108:13, 108:16, 116:6, 119:14, 119:18, 120:4, 120:10, 121:9, 121:15, 122:14, 123:2, 123:9, 124:4, 124:5, 124:6, 124:15, 124:24, 125:3, 125:9, 125:10, 125:11, 125:13, 125:19, 126:7, 126:13, 127:5, 127:8, 127:12, 128:2, 128:21, 129:18, 130:22, 131:2, 131:6, 131:15, 131:18, 132:25, 134:6, 137:24, 142:22, 142:24, 144:23, 145:13, 145:14, 146:11, 147:14, 147:20, 147:21, 149:14, 151:20, 152:11, 155:17, 155:18, 157:7, 158:17, 162:5, 163:17, 163:22, 164:14, 164:18, 165:2, 165:3, 165:6, 165:17, 167:2, 167:3, 167:17, 168:16, 169:21, 170:5, 170:25, 171:5, 173:5, 175:19, 179:18, 180:2, 180:9, 181:12, 182:22, 183:18, 185:11, 187:7, 188:16, 189:1, 196:6, 200:3, 200:6, 201:10, 209:21, 209:22, 210:4, 210:8, 210:9, 211:6, 211:7, 211:12, 211:17, 211:24, 212:1, 218:5, 218:11, 219:21, 220:14, 221:18, 224:12, 224:24, 225:1, 225:3, 226:2, 226:7, 226:9, 226:22, 227:1, 227:4, 227:9, 227:22, 228:3, 228:12, 229:1, 229:8, 229:25, 230:16, 232:24, 234:18, 235:16, 235:17, 236:17, 236:20, 236:25, 237:1, 237:3, 237:8, 237:25, 238:6, 239:18, 239:24, 240:9, 240:13, 240:21, 241:5, 241:6, 242:3, 242:11, 243:6, 243:8, 243:19, 243:22, 243:24, 243:25, 244:6, 244:21, 244:24, 246:6, 246:9, 247:4, 247:7, 248:11, 248:12, 248:14, 248:18, 248:21, 249:6, 249:19, 249:20, 251:9, 252:20, 253:14, 254:17, 254:18, 256:1, 258:22, 260:3, 261:9, 261:11, 261:12, 261:13
Captains [1] - 149:12
captains [4] - 44:7, 46:22, 224:7, 229:22
capture [3] - 75:10, 75:14, 124:19
captured [1] - 63:23
card [27] - 38:12, 106:12, 106:13, 106:20, 107:4, 107:11, 107:13, 116:13, 158:8, 208:3, 208:11, 212:8, 212:14, 212:19, 212:22, 213:1, 213:6, 213:16, 214:2, 214:3, 214:5, 214:6, 214:12, 261:17
care [1] - 35:19
career [9] - 58:6, 58:16, 58:23, 59:17, 59:21, 134:12, 135:2, 137:20, 147:22
careers [1] - 149:13
careful [1] - 233:10
carefully [3] - 46:7, 246:1, 247:14
cargo [4] - 36:22, 37:7, 61:10, 133:8
Carla [1] - 20:19
carried [3] - 12:18, 38:6, 109:5
carrier [4] - 37:6, 104:12, 124:25, 246:15
carries [1] - 21:6
carry [4] - 109:5, 109:7, 110:2, 147:18
carrying [3] - 37:7, 133:8, 162:20
case [71] - 6:16, 11:21, 15:10, 15:12, 15:14, 15:16, 15:17, 16:4, 18:4, 18:8, 18:12, 19:9, 20:19, 21:15, 26:18, 32:16, 33:24, 36:17, 38:2, 38:22, 42:10, 47:12, 56:14, 61:12, 61:20, 61:22, 61:24, 62:6, 63:1, 63:5, 63:10, 63:13, 65:8, 70:19, 74:5, 74:15, 74:18, 77:1, 77:4, 95:5, 97:8, 110:15, 117:7, 117:8, 124:1, 128:1, 128:17, 128:20, 129:8, 138:6, 138:10, 138:13, 138:16, 138:17, 138:18, 138:19, 142:3, 147:15, 148:2, 164:13, 164:15, 192:5, 193:21, 194:9, 199:7, 202:22, 225:18, 241:5, 246:20, 249:19
CASE [1] - 188:20
cases [7] - 3:23, 18:3, 22:12, 60:16, 61:7, 62:23, 138:24
casual [1] - 83:5
casualty [1] - 239:2
category [4] - 8:12, 12:16, 12:21, 212:9
causal [1] - 48:3
CAUSE [2] - 1:8, 1:13
caused [12] - 28:8, 30:14, 30:20, 48:11, 51:18, 53:15, 54:1, 94:9, 94:16, 119:18, 131:19, 163:4
causing [1] - 163:14
CCTV [13] - 63:20, 75:17, 75:25, 81:13, 82:18, 83:23, 85:8, 87:13, 90:11, 94:8, 124:19, 165:23, 170:7
cell [12] - 163:25, 165:3,

165:18, 166:2, 167:3, 167:24, 168:4, 168:9, 169:23, 170:5, 170:11, 171:10
center [12] - 69:9, 183:4, 184:1, 184:2, 184:23, 184:25, 186:4, 186:15, 203:13, 203:25, 257:4, 259:15
centerline [23] - 22:6, 46:3, 90:14, 90:19, 121:24, 177:18, 178:20, 182:5, 182:6, 182:9, 182:10, 182:11, 182:14, 184:10, 184:13, 184:14, 184:16, 186:10, 186:16, 187:5, 187:6, 188:1
certain [2] - 37:1, 168:21
certainly [6] - 6:18, 203:21, 210:14, 215:5, 216:8, 257:6
CERTIFICATE [1] - 264:11
certificates [1] - 37:15
certify [1] - 264:12
cetera [1] - 38:14
CFR [1] - 132:9
CG-2692 [1] - 262:4
chain [1] - 46:20
chair [2] - 163:23, 166:15
challenge [2] - 46:24, 218:5
challenged [1] - 171:15
chance [1] - 238:15
change [10] - 179:7, 206:4, 208:7, 208:21, 229:16, 232:18, 233:11, 245:7, 248:1, 251:22
changed [1] - 230:13
changes [3] - 197:9, 232:17, 251:21
changing [2] - 233:5, 247:19
channel [180] - 21:17, 21:21, 21:23, 22:4, 22:6, 22:7, 22:8, 22:21, 25:1, 25:11, 25:20, 26:5, 26:6, 28:1, 29:7, 29:8, 32:5, 34:14, 34:22, 41:10, 42:9, 42:19, 43:5, 43:6, 43:21, 44:3, 44:15, 44:19, 45:20, 45:23, 46:3, 51:10, 51:12, 65:1, 65:25, 66:22, 66:23, 66:25, 67:3, 67:5, 67:6, 67:8, 67:14, 67:18, 67:19, 67:22, 67:23, 67:24, 68:1, 68:3, 68:13, 68:15, 68:22, 68:23, 69:1, 69:9, 69:10, 69:12, 69:13, 69:17, 69:20, 70:9, 70:10, 78:21, 79:17, 82:9, 84:6, 84:15, 84:16, 84:19, 84:21, 85:14, 86:1, 88:12, 88:13, 89:11, 90:9, 90:15, 90:22, 91:17, 91:20, 91:24, 92:2, 92:4, 92:8, 92:12, 92:22, 93:11, 94:21, 98:1, 99:16, 106:19, 110:25, 113:21, 117:6, 118:18, 119:14, 121:14, 121:24, 122:5, 122:7, 122:19, 123:13, 123:15, 126:16, 126:18, 127:14, 128:11, 128:18, 129:5, 130:4, 130:18, 131:23, 143:19, 144:17, 145:1, 153:23, 154:23, 172:25, 173:11, 175:12, 177:13, 177:14, 177:18, 177:20, 177:23, 178:12, 178:15, 179:5, 179:19, 179:22, 183:4, 183:13, 183:15, 183:24, 184:1, 184:2, 184:10, 186:1, 186:5, 186:11, 186:15, 186:22, 186:23, 187:9, 187:15, 187:17, 191:12, 200:18, 200:19, 201:3, 203:2, 203:9, 203:14, 203:21, 203:25, 211:11, 211:15, 212:3, 236:17, 239:10, 239:13, 244:7, 250:21, 250:22, 251:12, 253:7, 254:6, 254:8, 257:2, 257:3, 257:7, 259:14, 259:15, 259:16
Channel [33] - 22:23, 24:17, 39:3, 46:18, 52:7, 52:10, 61:3, 61:6, 61:9, 65:14, 67:10, 68:20, 77:16, 79:16, 79:19, 80:3, 97:8, 113:18, 118:5, 133:19, 133:21, 134:1, 144:1, 144:9, 145:16, 146:6, 149:25, 150:15, 175:7, 178:11, 182:7, 187:21, 227:16
channel.. [1] - 178:11
channels [2] - 71:2, 79:16
chapter [1] - 110:10
character [1] - 5:5
characteristics [6] - 38:14, 41:24, 53:19, 85:16, 106:17, 117:20
characterization [8] - 158:18, 158:19, 178:6, 179:11, 183:11, 205:3, 207:15, 207:20
characterize [2] - 136:5, 165:17
charge [1] - 112:14
Charpentier [113] - 7:14, 24:19, 26:10, 33:4, 37:5, 37:18, 41:9, 41:15, 41:25, 42:2, 45:4, 45:15, 46:12, 49:14, 50:15, 50:23, 51:15, 51:25, 53:14, 53:20, 54:7, 55:2, 76:24, 77:8, 77:10, 77:12, 77:13, 77:17, 80:17, 80:19, 83:9, 87:3, 87:10, 88:4, 88:11, 89:7, 89:9, 89:15, 90:1, 91:1, 91:7, 91:13, 92:21, 93:7, 120:5, 120:10, 121:11, 121:15, 122:8, 123:3, 124:5, 125:11, 125:13, 128:2, 131:4, 142:22, 142:24, 143:8, 144:24, 145:14, 146:11, 147:14, 147:22, 149:13, 152:11, 152:18, 162:5, 170:25, 175:19, 196:6, 196:10, 196:13, 201:10, 209:22, 210:4, 210:9, 211:6, 211:24, 212:1, 217:20, 218:6, 218:11, 219:22, 220:14, 224:24, 227:1, 227:4, 227:23, 228:12, 229:1, 229:8, 235:17, 235:20, 236:17, 237:1, 237:8, 240:13, 241:6, 242:11, 242:16, 242:20, 243:25, 244:1, 244:4, 244:6, 248:11, 248:18, 253:14, 254:17, 254:20, 256:1, 256:10
Charpentier's [6] - 53:16, 88:17, 91:19, 121:9, 122:14, 244:13
chart [43] - 8:18, 38:23, 38:24, 63:19, 66:8, 67:12, 68:24, 70:8, 75:14, 82:14, 83:22, 85:8, 86:10, 86:19, 89:4, 96:2, 99:25, 103:5, 105:9, 107:19, 108:18, 108:24, 109:2, 109:13, 109:14, 115:13, 116:1, 126:2, 126:14, 126:15, 126:20, 126:21, 126:23, 143:24, 154:10, 166:16, 182:15, 216:12, 216:22, 216:25, 217:2, 232:2, 237:6
charts [14] - 109:4, 109:6, 109:7, 109:8, 111:9, 126:11, 126:25, 216:8, 216:9, 216:13, 216:16, 216:21, 216:23, 217:1
check [11] - 16:24, 16:25, 23:22, 42:14, 87:11, 87:22, 88:6, 138:11, 227:5, 227:20, 228:23
checked [3] - 246:1, 247:14, 248:22
checking [14] - 34:15, 87:4, 89:11, 124:21, 166:19, 227:24, 229:3, 230:19, 235:21, 235:25, 236:18, 237:4, 237:15, 237:22
checklist [1] - 100:6
checks [1] - 138:9
chief [23] - 6:16, 112:4, 112:14, 112:25, 115:6, 115:8, 115:19, 134:21, 134:22, 134:23, 135:1, 135:4, 135:5, 190:19,

193:21, 194:13, 194:23, 195:5, 195:9, 217:10, 217:12, 218:12
choice [2] - 34:1, 34:7
choices [1] - 34:3
chose [2] - 67:14, 141:18
chosen [1] - 67:12
circle [3] - 67:4, 111:23, 249:6
circled [1] - 66:20
circles [2] - 161:10, 179:12
Circuit [1] - 33:24
circulated [1] - 9:21
circumstances [10] - 41:2, 149:11, 154:5, 157:18, 160:20, 194:15, 194:16, 194:17, 246:5, 251:22
claim [9] - 18:17, 18:18, 27:9, 32:22, 32:24, 33:16, 125:10, 128:1, 146:8
claimants [6] - 13:15, 13:22, 13:24, 14:1, 14:10, 14:24
claims [4] - 14:14, 27:2, 150:16, 238:11
clarification [1] - 198:8
clarify [3] - 175:16, 198:5, 232:15
Clark [4] - 1:23, 2:2, 20:11, 20:18
classification [1] - 37:12
clean [4] - 12:1, 12:2, 14:13, 56:21
clean-up [2] - 12:2, 14:13
clear [44] - 26:18, 48:2, 52:23, 65:24, 76:6, 80:18, 84:4, 84:12, 84:24, 85:2, 92:12, 93:12, 93:13, 118:17, 122:19, 123:4, 123:12, 125:7, 126:4, 127:18, 133:2, 141:25, 143:16, 161:25, 164:16, 168:9, 172:24, 218:23, 222:1, 223:2, 223:3, 223:7, 223:13, 223:18, 230:8, 243:10, 246:2, 254:14, 257:13, 258:4, 258:9, 258:14, 263:1
clearance [9] - 42:15, 97:25, 102:6, 102:9, 102:11, 202:5, 202:21, 202:23, 204:5
cleared [3] - 257:17, 257:21, 258:6
clearer [1] - 67:13
clearing [1] - 138:9
clearly [17] - 10:9, 18:19, 30:15, 31:13, 47:23, 51:6, 67:15, 88:18, 114:13, 117:23, 123:11, 126:6, 129:8, 130:6, 161:3, 171:2, 234:24
clears [1] - 118:15
client [1] - 18:17
client's [1] - 14:6
clients [1] - 20:6
close [18] - 27:20, 42:11, 55:23, 74:9, 107:21, 119:1, 125:22, 125:24, 172:22, 172:24, 173:1, 173:11, 173:16, 175:25, 179:5, 223:24, 232:1, 242:10
close-quarter [1] - 173:1
close-quarters [5] - 172:22, 172:24, 173:11, 173:16, 175:25
close-up [1] - 232:1
closer [7] - 43:25, 44:9, 136:6, 152:23, 234:2, 253:12
closest [1] - 56:21
closing [1] - 251:25
CO [1] - 1:12
Coast [4] - 63:22, 71:18, 79:13, 238:16
coast [6] - 5:11, 5:13, 5:14, 6:6, 63:2, 262:8
code [1] - 132:8
coded [1] - 3:8
codified [2] - 110:6, 132:9
coefficients [1] - 206:18
coffee [1] - 166:17
colleagues [1] - 20:7
college [1] - 58:10
collide [1] - 26:12
collided [2] - 94:24, 94:25
collision [149] - 5:10, 5:11, 11:22, 12:15, 21:3, 21:9, 22:5, 31:17, 33:3, 33:17, 37:11, 40:1, 40:2, 40:3, 40:19, 41:1, 44:22, 45:22, 46:6, 46:13, 51:10, 53:22, 61:23, 62:5, 62:12, 65:13, 65:16, 65:17, 65:18, 65:25, 66:12, 67:7, 70:5, 70:11, 74:22, 78:17, 78:22, 81:2, 81:4, 90:15, 92:24, 94:6, 94:16, 95:1, 95:3, 95:9, 102:2, 102:19, 103:20, 104:20, 105:1, 115:10, 116:22, 118:1, 122:15, 122:25, 123:22, 129:11, 129:12, 129:13, 130:13, 130:17, 130:19, 131:19, 132:10, 132:13, 140:16, 143:6, 150:23, 152:3, 152:7, 153:7, 154:3, 154:6, 154:12, 154:15, 156:19, 156:25, 157:3, 157:6, 157:8, 157:20, 159:22, 160:5, 160:7, 160:8, 160:15, 160:21, 161:1, 161:4, 161:17, 161:22, 162:9, 162:12, 163:5, 163:13, 171:21, 172:12, 172:22, 172:23, 173:6, 173:7, 173:12, 173:20, 173:23, 174:2, 174:4, 174:6, 174:9, 174:10, 174:14, 174:20, 175:3, 175:4, 175:9, 175:24, 175:25, 176:4, 176:19, 176:24, 176:25, 177:3, 193:9, 193:11, 195:10, 195:12, 195:16, 199:13, 199:18, 200:20, 217:17, 224:14, 229:21, 239:21, 243:21, 245:11, 245:16, 246:12, 246:17, 246:18, 251:20, 256:22, 257:11, 257:22, 258:2, 258:12, 258:22, 259:7, 259:13
color [1] - 3:8
color-coded [1] - 3:8
column [4] - 97:24, 98:7, 190:5, 231:1
columns [1] - 101:12
combination [5] - 58:10, 85:15, 97:12, 98:13, 231:13
combine [1] - 119:8
combined [2] - 96:24, 119:21
comfort [1] - 150:14
comfortable [2] - 148:12, 150:8
coming [37] - 6:14, 21:16, 21:22, 21:24, 21:25, 22:20, 25:1, 25:10, 26:6, 26:15, 27:18, 29:2, 32:6, 34:13, 41:5, 42:22, 43:6, 43:8, 44:18, 45:6, 52:20, 80:19, 149:11, 152:9, 154:14, 155:3, 156:21, 159:18, 180:19, 188:17, 224:25, 232:20, 232:21, 249:11, 254:15, 255:15, 257:16
command [5] - 38:3, 77:23, 134:2, 134:4, 240:23
commands [2] - 83:10, 149:15
commence [2] - 88:22, 90:7
commenced [1] - 245:2
commences [2] - 86:3, 89:5
commencing [1] - 43:15
comment [5] - 13:25, 15:4, 78:3, 155:8, 214:1
commentary [1] - 156:4
commenting [1] - 155:6

comments [5] - 43:2, 134:7, 151:21, 155:2, 155:6
committed [7] - 91:3, 245:6, 246:11, 247:16, 247:18, 248:3, 248:25
Committee [1] - 7:13
common [6] - 44:3, 99:3, 99:12, 131:12, 136:18, 231:7
commotion [1] - 79:6
communication [10] - 47:10, 50:14, 76:21, 79:17, 80:19, 87:6, 88:14, 226:5, 228:6, 228:20
communications [9] - 76:22, 80:14, 91:7, 91:8, 91:11, 145:5, 145:6, 177:2, 227:1
company [11] - 106:7, 110:8, 114:15, 114:24, 168:23, 169:21, 193:19, 194:14, 199:1, 199:16, 204:4
company's [3] - 48:7, 110:11, 114:18
compare [1] - 136:25
compared [1] - 207:16
comparison [3] - 52:19, 117:10, 126:21
compelling [1] - 55:23
competent [1] - 37:14
compile [1] - 71:16
complain [2] - 159:1, 209:13
complained [2] - 158:1, 158:4
complaining [1] - 158:24
complaint [2] - 37:19, 53:24
COMPLAINT [1] - 1:11
complaints [5] - 37:17, 42:1, 158:25, 196:2, 205:1
complete [2] - 91:17, 106:20
completed [3] - 24:24, 25:12, 36:22
completely [9] - 30:7, 96:4, 96:7, 99:24, 102:16, 107:8, 197:25, 198:3, 219:25
completeness [3] - 4:9, 4:22, 4:24
completing [1] - 170:14
complied [5] - 89:21, 117:2, 121:8, 239:20, 240:3
complimentary [1] - 196:5
comply [4] - 140:4, 140:7, 141:14, 147:13
complying [1] - 197:10
components [1] - 245:15
compulsory [2] - 36:23, 147:7
computer [1] - 2:22
computer-assisted [1] - 2:22
concern [5] - 51:6, 51:7, 162:23, 227:14
concerned [5] - 87:3, 88:11, 89:10, 175:19, 256:2
concerns [1] - 208:21
concluded [1] - 197:24
concludes [1] - 36:6
conclusion [6] - 46:4, 193:6, 195:7, 195:13, 195:14, 247:14
condition [14] - 37:13, 46:9, 94:18, 95:11, 96:10, 103:7, 110:5, 117:15, 119:21, 119:22, 131:20, 162:18, 191:14, 206:10
conditions [7] - 52:14, 78:18, 95:8, 154:6, 157:19, 160:20, 211:3
conducted [5] - 53:6, 158:8, 158:15, 199:17, 199:19
confined [2] - 155:16, 219:8
confines [3] - 128:25, 130:7, 153:9
confirmed [2] - 107:12, 162:6
confirms [1] - 93:5
conflict [5] - 138:7, 138:9, 138:11, 138:17, 138:19
confusion [1] - 39:16
conn [11] - 37:3, 40:13, 40:14, 41:5, 146:24, 146:25, 147:11, 152:11, 209:22, 211:6, 211:12
conning [1] - 147:5
consequence [2] - 97:12, 98:13
consider [8] - 8:22, 10:18, 11:12, 53:21, 151:1, 187:21, 238:9, 257:22
considerable [2] - 34:3, 227:11
consideration [1] - 47:2
considered [4] - 71:19, 159:10, 244:9, 252:6
considering [2] - 82:4, 87:24
consistent [2] - 83:10, 240:18
consists [1] - 127:2
constant [3] - 50:22, 234:19, 235:14
constantly [1] - 233:5
constitute [1] - 105:19
constitutes [1] - 112:3
constructed [1] - 37:12
consultant [4] - 57:15, 59:22, 137:20, 138:3
consultants [1] - 13:5
Consulting [2] - 57:10, 57:13
consume [2] - 114:19, 199:5
consumed [4] - 50:4, 113:24, 114:12, 114:20
consuming [1] - 193:3
contact [5] - 50:22, 225:25, 226:11, 256:17, 258:18
contacted [3] - 138:12, 142:22, 143:1
container [1] - 66:24
contains [1] - 38:13
contend [2] - 46:6, 177:16
content [1] - 115:1
context [2] - 237:12, 237:14
continue [6] - 84:3, 85:9, 186:9, 243:16, 244:3, 247:10
continued [3] - 2:1, 93:10, 264:8
continues [8] - 25:23, 87:4, 197:10, 235:21, 250:3, 252:12, 253:3, 253:5
continuing [2] - 248:8, 248:24
continuously [2] - 162:22, 256:7
contrary [1] - 37:17
contribute [1] - 102:18
contributed [6] - 28:12, 96:21, 157:16, 160:5, 162:14, 163:13
contributing [3] - 161:15, 161:21, 163:7
control [63] - 22:4, 24:21, 28:9, 28:14, 28:15, 30:7, 30:14, 31:2, 31:3, 31:13, 31:15, 31:16, 34:15, 34:19, 34:20, 45:3, 49:6, 51:19, 53:17, 78:20, 83:14, 89:13, 94:20, 94:22, 99:8, 100:9, 101:8, 104:21, 116:16, 119:24, 120:2, 120:5, 120:21, 121:19, 123:23, 123:24, 128:16, 128:19, 131:5, 131:16, 131:22, 131:23, 157:17, 161:15, 161:16, 161:19, 172:6, 173:3, 173:4, 174:23, 176:5, 176:8, 189:21, 190:1, 190:4, 192:5, 192:8, 218:20, 244:14, 256:7, 256:10
controlled [1] - 227:18
controlling [1] - 40:4
controls [3] - 33:5, 149:20

convenience [4] - 4:6, 61:15, 64:4, 64:7
convenient [1] - 216:7
Convention [1] - 110:1
conversation [8] - 45:10, 82:22, 83:5, 211:1, 235:21, 236:3, 238:5, 255:2
conversations [2] - 76:17, 79:15
convert [2] - 73:13, 225:24
copy [8] - 64:11, 64:12, 100:13, 151:8, 151:10, 229:25, 230:4, 245:14
Corey [1] - 2:17
corner [1] - 27:20
corporate [3] - 23:24, 23:25, 47:16
corps [1] - 52:25
correct [354] - 14:7, 17:12, 23:19, 30:25, 31:8, 54:13, 57:23, 57:25, 58:3, 61:1, 70:16, 71:7, 72:1, 73:13, 79:11, 80:22, 98:10, 100:17, 100:18, 107:22, 111:18, 118:2, 130:14, 133:6, 133:17, 133:20, 134:5, 134:15, 134:16, 134:24, 135:10, 135:15, 135:17, 136:12, 137:22, 137:25, 139:14, 140:13, 140:14, 140:24, 141:7, 142:1, 142:23, 143:3, 145:10, 145:11, 146:11, 146:16, 146:20, 146:24, 147:7, 147:11, 150:11, 150:12, 150:17, 150:18, 153:16, 153:23, 153:25, 154:23, 155:12, 156:13, 159:15, 160:11, 160:13, 160:14, 163:6, 164:1, 166:3, 169:1, 169:4, 170:6, 171:13, 173:9, 175:1, 176:8, 176:9, 176:11, 176:12, 176:14, 176:15, 176:17, 177:1, 177:3, 177:18, 178:20, 179:20, 182:15, 182:16, 183:10, 184:9, 184:11, 184:12, 185:8, 186:1, 186:24, 187:14, 187:23, 188:6, 188:7, 189:16, 189:19, 190:2, 191:7, 191:16, 191:25, 192:6, 192:7, 192:9, 192:10, 192:18, 193:2, 193:14, 193:15, 193:17, 193:18, 193:21, 193:23, 193:24, 194:1, 194:2, 194:4, 194:5, 194:7, 194:15, 195:25, 196:8, 197:3, 197:15, 197:16, 197:19, 198:1, 198:4, 198:18, 198:21, 199:15, 199:22, 199:23, 200:1, 200:4, 200:14, 200:15, 200:20, 200:21, 201:3, 201:4, 201:5, 201:24, 202:5, 202:9, 202:12, 202:24, 203:25, 204:2, 204:3, 204:5, 204:9, 204:14, 205:17, 205:18, 205:20, 205:21, 206:1, 206:10, 206:13, 206:14, 207:22, 207:25, 208:3, 208:8, 208:18, 208:22, 209:3, 209:6, 209:21, 209:25, 210:2, 210:3, 210:6, 210:7, 210:10, 210:11, 210:15, 210:18, 210:19, 211:4, 211:9, 211:19, 211:24, 212:3, 212:6, 212:7, 212:12, 212:13, 212:23, 213:17, 213:21, 213:24, 214:3, 214:4, 214:6, 214:10, 214:20, 215:2, 215:6, 215:14, 215:17, 215:20, 215:22, 215:24, 216:5, 216:18, 216:21, 217:1, 217:5, 217:6, 217:11, 217:13, 218:15, 218:23, 218:24, 219:1, 219:6, 219:10, 219:22, 220:9, 220:15, 221:22, 221:23, 222:5, 223:10, 223:15, 223:25, 224:9, 224:11, 224:16, 224:17, 224:20, 224:21, 225:15, 225:19, 225:20, 225:22, 225:25, 226:3, 226:4, 226:12, 226:13, 226:19, 226:23, 228:3, 228:10, 228:13, 228:17, 229:2, 229:6, 229:7, 229:9, 229:13, 230:23, 231:15, 231:16, 231:20, 231:24, 232:9, 232:14, 232:19, 233:3, 233:9, 234:12, 234:13, 235:6, 235:10, 235:14, 235:15, 235:18, 236:14, 236:15, 236:19, 236:24, 237:10, 237:21, 238:13, 238:21, 238:22, 239:13, 240:5, 240:10, 240:16, 240:17, 240:24, 241:3, 241:7, 241:14, 241:17, 241:18, 241:20, 242:4, 242:23, 244:2, 244:22, 245:18, 245:19, 245:22, 246:21, 246:24, 246:25, 247:15, 247:21, 248:6, 249:8, 249:9, 249:11, 249:21, 249:23, 249:24, 250:5, 250:13, 250:16, 251:22, 252:1, 252:7, 252:13, 252:16, 252:21, 252:22, 252:23, 252:25, 253:1, 253:4, 253:14, 253:17, 253:21, 253:25, 254:3, 254:7, 254:15, 254:19, 255:1, 255:15, 255:22, 255:24, 256:8, 257:2, 257:6, 257:11, 258:16, 259:10, 259:14, 262:17, 263:9, 264:1, 264:13
corrections [1] - 225:10
correctly [6] - 72:15, 122:1, 130:2, 203:7, 204:7, 222:6
correctly-scaled [1] - 130:2
correlate [1] - 73:9
correspond [1] - 101:1
costs [2] - 12:2, 14:13
Counsel [2] - 180:3, 180:4
counsel [9] - 13:15, 20:10, 48:2, 48:15, 64:11, 180:14, 230:14, 242:1, 249:3
count [1] - 253:16
counter [1] - 224:11
counterclaimed [1] - 18:16
countermand [2] - 102:23, 148:4
countermanded [8] - 147:23, 148:8, 148:18, 148:20, 149:7, 149:8, 149:15, 150:4
countersteerance [1] - 224:8
counting [1] - 184:25
couple [6] - 16:12, 189:12, 210:5, 211:17, 245:15, 253:21
course [25] - 20:19, 21:9, 24:17, 24:25, 31:17, 40:14, 60:5, 60:6, 60:8, 76:2, 82:7, 82:18, 104:17, 124:12, 153:25, 177:12, 178:10, 185:22, 186:21, 198:20, 232:18, 233:4, 235:14, 239:12, 250:3
courses [1] - 50:19
Court [45] - 2:19, 3:2, 3:11, 3:15, 4:6, 5:4, 5:17, 6:16, 8:22, 9:3, 9:5, 9:16, 10:18, 11:17, 12:8, 12:22, 13:3, 13:7, 15:1, 15:18, 17:17, 18:4, 19:8, 21:1, 21:22, 22:20, 27:1, 27:11, 31:18, 34:10, 36:6, 36:11, 37:16, 40:25, 42:6, 44:11, 44:17, 64:8, 147:20, 151:10, 168:19, 204:13, 259:19
COURT [95] - 1:1, 3:4, 3:24, 4:11, 4:14, 4:20, 5:23, 6:13, 6:18, 7:10, 7:20, 7:22, 8:1, 8:14, 9:7, 9:12, 9:25, 10:25, 11:13, 13:12, 13:16, 13:19, 14:4, 14:23, 15:3, 15:7, 15:25, 16:14, 16:19, 17:2, 17:23, 18:25, 19:2, 19:8, 19:17, 19:21, 20:1, 24:1, 24:3, 24:10, 24:12, 24:14, 36:8, 47:13, 51:23, 56:2, 56:7, 56:11, 56:18, 57:2, 64:10,

64:12, 64:15, 107:23, 108:1, 108:6, 108:8, 108:12, 132:20, 133:11, 133:14, 145:22, 151:12, 151:15, 151:17, 164:23, 169:17, 169:24, 179:16, 179:25, 180:21, 180:23, 180:25, 181:4, 181:7, 187:10, 188:11, 188:19, 188:22, 259:21, 260:1, 260:5, 260:16, 260:20, 261:4, 261:20, 261:24, 262:9, 262:15, 262:24, 263:7, 263:21, 264:3, 264:5, 264:11
court [9] - 3:6, 6:17, 7:9, 10:20, 16:24, 17:22, 56:19, 64:12, 264:7
Court's [5] - 4:16, 61:15, 64:3, 64:7, 134:7
courtroom [4] - 5:1, 24:5, 24:6, 28:7
courts [2] - 60:20, 60:24
Courts [1] - 156:5
cover [6] - 36:15, 71:7, 140:18, 141:1, 176:2, 263:8
covered [6] - 47:20, 101:6, 154:20, 175:8, 217:7, 217:9
crash [1] - 128:15
create [4] - 29:17, 43:19, 222:4, 222:21
created [10] - 29:17, 32:1, 34:2, 35:5, 46:9, 47:8, 95:8, 96:9, 176:5, 221:9
creates [2] - 98:14, 119:7
creating [1] - 29:14
credibility [1] - 35:10
credible [2] - 36:17, 45:7
credulity [1] - 47:22
crew [104] - 23:6, 28:2, 28:3, 28:19, 35:3, 37:17, 42:2, 42:14, 47:1, 49:20, 63:7, 91:12, 96:8, 96:12, 96:20, 97:18, 98:3, 98:11, 98:17, 98:21, 99:1, 99:10, 100:20, 100:21, 102:8, 102:17, 104:2, 105:2, 105:22, 105:25, 106:4, 106:7, 107:7, 107:16, 109:21, 110:22, 111:6, 111:12, 112:22, 113:9, 113:13, 114:19, 114:25, 115:2, 116:22, 118:10, 118:12, 120:12, 120:20, 120:22, 120:24, 121:6, 121:8, 121:16, 132:11, 132:17, 140:7, 141:3, 141:14, 143:7, 143:15, 144:10, 144:11, 144:15, 144:23, 145:6, 145:17, 146:4, 146:21, 147:12, 147:16, 147:17, 149:22, 150:2, 154:17, 154:22, 158:14, 159:4, 159:9, 159:17, 159:20, 159:23, 162:4, 162:15, 162:20, 171:9, 192:3, 192:11, 192:13, 196:3, 196:6, 196:10, 197:24, 198:13, 199:12, 199:21, 200:13, 201:9, 203:15, 205:5, 208:11, 210:25, 213:13, 214:11
crew's [4] - 108:21, 143:20, 146:18, 161:12
critical [8] - 9:24, 55:3, 96:16, 103:3, 107:8, 108:22, 159:8, 159:9
criticism [26] - 45:11, 54:11, 54:14, 124:6, 125:8, 125:14, 128:5, 150:21, 156:14, 189:8, 190:15, 192:11, 192:16, 196:14, 196:22, 196:24, 197:17, 199:1, 200:12, 204:13, 205:12, 214:21, 218:4, 218:5, 224:15, 224:18
criticisms [4] - 127:25, 189:15, 190:17, 200:16
criticize [2] - 53:1, 186:20
criticized [4] - 55:10, 74:15, 77:1, 130:22
criticizing [1] - 156:12
cross [3] - 132:20, 188:13, 262:1
CROSS [1] - 132:23
cross-examination [1] - 132:20
CROSS-EXAMINATION [1] - 132:23
cross-examiner [1] - 188:13
crossed [18] - 78:20, 123:14, 177:17, 177:23, 178:19, 178:22, 183:9, 183:23, 184:9, 184:12, 184:14, 184:15, 186:10, 186:14, 188:5, 188:8
crosses [1] - 121:24
crossing [6] - 89:11, 90:14, 90:19, 94:21, 131:23, 257:3
CRR [2] - 2:19, 264:16
culminated [2] - 96:23, 116:2
cumulative [1] - 5:21
Cunningham [45] - 9:15, 16:9, 17:18, 17:19, 29:19, 56:10, 57:9, 64:4, 64:17, 66:6, 68:17, 74:21, 78:13, 83:2, 84:10, 87:9, 88:9, 89:24, 92:18, 94:3, 95:18, 99:22, 100:11, 108:13, 108:16, 116:6, 119:18, 129:18, 131:18, 132:25, 134:6, 137:24, 151:20, 157:8, 165:2, 167:2, 167:17, 173:5, 179:18, 180:2, 183:18, 187:7, 188:16, 224:12, 229:25
CUNNINGHAM [1] - 57:5
Cunningham's [7] - 164:14, 164:18, 261:9, 261:11, 261:13, 261:14, 262:1
cups [1] - 166:17
current [1] - 232:16
customary [14] - 39:11, 42:23, 43:1, 62:23, 83:7, 173:1, 182:6, 209:8, 209:10, 212:14, 212:17, 212:18, 214:5, 229:18
cut [1] - 27:20
cutoff [1] - 199:2
cycling [7] - 196:16, 196:21, 196:25, 197:2, 197:5, 197:7, 197:8

## D

d) [1] - 245:21
Dale [1] - 2:13
damage [1] - 33:9
damages [16] - 11:20, 11:21, 11:22, 12:6, 12:13, 12:14, 12:15, 12:16, 12:21, 13:24, 14:1, 14:6, 14:9, 14:11, 15:5
danger [5] - 122:6, 123:20, 126:11, 132:12, 132:17
dangerous [8] - 30:22, 46:9, 47:6, 47:8, 95:12, 96:21, 126:5, 210:13
dangers [4] - 126:2, 126:9, 140:6, 140:11
Darnell [2] - 2:16, 20:23
DashCam [1] - 23:8
dashed [1] - 126:17
data [44] - 23:2, 23:3, 60:9, 63:9, 63:11, 63:12, 63:14, 63:16, 71:15, 71:22, 72:3, 72:5, 72:8, 72:12, 72:15, 72:19, 72:20, 72:21, 73:7, 73:23, 74:7, 75:12, 75:13, 75:16, 75:24, 76:12, 80:25, 81:1, 81:3, 81:19, 82:7, 93:9, 95:6, 123:10, 129:19, 129:20, 130:2, 139:10, 145:5, 182:17, 248:12, 256:15, 262:7
date [6] - 10:10, 36:21, 48:14, 62:4, 137:25, 141:24
Date [1] - 264:10
dated [1] - 100:14
David [3] - 1:23, 20:10, 20:11
Days [1] - 1:16

days [3] - 34:6, 43:13, 109:5
de [1] - 52:24
dead [1] - 33:9
deal [3] - 8:16, 10:17, 117:6
decide [2] - 13:7, 18:21
decided [8] - 30:16, 49:14, 52:15, 52:16, 137:19, 195:8, 238:12, 241:13
decision [8] - 39:19, 45:8, 108:21, 126:7, 137:17, 171:16, 218:2, 247:20
decisions [1] - 47:10
decrease [1] - 253:6
decreased [1] - 252:21
decreases [1] - 110:23
dedicated [1] - 110:10
deep [5] - 29:20, 48:21, 129:5, 129:7, 136:14
deep-draft [2] - 129:7, 136:14
deep-loaded [1] - 48:21
deeper [7] - 69:10, 69:14, 103:17, 103:18, 130:21, 203:13, 203:21
defendant [1] - 18:19
defies [1] - 50:10
define [1] - 197:4
defined [1] - 109:16
definitely [1] - 14:25
definition [1] - 148:20
degree [3] - 60:3, 60:11, 60:13
degrees [11] - 59:25, 60:2, 82:13, 85:25, 90:10, 243:13, 243:16, 245:3, 245:4, 249:12, 253:1
delay [1] - 43:14
Delay [1] - 148:24
delays [1] - 212:25
delivered [1] - 37:9
delivery [1] - 48:17
demonstrative [2] - 130:9, 189:3
denied [2] - 62:19, 62:20
departed [4] - 36:23, 42:20, 110:3, 115:10
departing [1] - 127:18
department [1] - 20:24
departure [7] - 38:5, 38:18, 41:3, 97:9, 103:22, 113:17, 207:2
depicting [1] - 234:25
depicts [1] - 232:25
depos [6] - 3:10, 3:12, 16:1, 16:4, 16:5, 16:11
deposed [1] - 28:3
deposition [14] - 3:7, 10:5, 16:15, 16:16, 55:7, 63:7, 112:21, 159:8, 164:6, 164:14, 164:18, 192:20, 204:11, 209:16
depositions [2] - 4:18, 63:4
depth [16] - 42:14, 68:15, 68:23, 68:25, 69:1, 69:2, 69:5, 69:7, 69:12, 69:19, 109:11, 203:10, 203:14, 203:18, 204:1
depths [6] - 69:8, 69:22, 69:23, 69:24, 126:1, 126:18
describe [6] - 64:22, 65:1, 70:22, 136:15, 222:24, 224:4
described [9] - 21:18, 52:25, 54:16, 195:19, 202:7, 221:8, 223:22, 241:11, 257:24
describes [1] - 49:7
description [5] - 67:13, 160:3, 238:20, 238:21, 239:2
designated [1] - 8:6
designations [1] - 3:7
detail [7] - 17:20, 24:16, 75:7, 78:15, 95:23, 109:15, 132:4
detailed [5] - 12:10, 29:3, 48:10, 118:22, 172:19
detected [1] - 236:18
determine [6] - 154:6, 160:20, 160:24, 161:1, 162:1, 210:17
determined [8] - 53:14, 74:3, 117:3, 157:19, 158:16, 201:9, 201:20, 203:16
determines [1] - 97:14
determining [2] - 160:7, 161:22
detrimental [1] - 104:9
develop [2] - 225:16, 247:24
developed [1] - 229:20
developing [2] - 174:6, 176:1
device [1] - 216:19
diagram [11] - 189:2, 206:3, 206:8, 206:11, 221:24, 222:11, 222:14, 222:18, 223:19, 223:23
diagrams [1] - 221:2
dial [2] - 121:1, 220:2
difference [12] - 12:20, 72:5, 72:8, 74:4, 74:5, 74:8, 74:10, 74:11, 74:13, 76:1, 76:5, 110:17
differences [1] - 225:10
different [23] - 7:1, 44:7, 52:14, 67:9, 72:10, 81:12, 100:17, 133:8, 173:7, 174:15, 176:6, 188:10, 201:8, 215:25, 216:1, 216:13, 216:23, 222:14, 230:3, 233:18, 233:24, 263:14
differential [1] - 225:9
differently [1] - 162:2
difficult [4] - 24:21, 36:25, 46:16, 256:15
Dills [4] - 2:18, 13:15, 13:21, 14:3
DILLS [8] - 13:14, 13:18, 13:21, 14:7, 14:9, 14:17, 14:22, 15:2
diluted [1] - 200:10
dimensions [6] - 67:10, 67:14, 68:15, 68:21, 129:4, 130:3
Dimitri [3] - 2:6, 4:3, 19:19
direct [2] - 117:10, 261:9
DIRECT [1] - 57:7
direction [18] - 23:4, 70:5, 82:12, 125:6, 125:12, 233:2, 233:4, 233:6, 233:18, 233:20, 233:24, 234:5, 234:7, 234:9, 234:10, 246:22, 248:1, 250:25
directional [4] - 96:10, 104:4, 104:9, 205:17
directionally [4] - 48:24, 50:11, 104:16, 104:21
directive [1] - 109:16
directly [4] - 10:13, 14:3, 125:1, 128:13
disabled [1] - 107:17
disagree [22] - 110:18, 110:19, 124:9, 125:15, 128:6, 148:5, 153:18, 155:17, 157:15, 178:1, 178:5, 178:25, 179:2, 179:11, 183:11, 183:12, 188:2, 203:12, 204:9, 205:3, 223:1, 240:1
disagreed [2] - 74:18, 77:4
disagrees [1] - 26:20
discuss [12] - 106:5, 156:5, 156:18, 167:12, 167:13, 172:10, 201:15, 209:9, 209:10, 210:20, 215:9, 263:13
discussed [22] - 50:16, 68:21, 96:5, 103:4, 106:2, 106:22, 107:6, 115:22, 118:12, 145:8, 155:12, 157:1, 162:25, 190:17, 197:21, 201:1, 204:10, 208:11, 209:7, 211:25, 213:2, 213:7
discussing [2] - 130:8, 213:14
discussion [16] - 41:14, 112:24, 112:25, 155:2, 158:24, 180:14, 198:18, 207:22, 215:11, 217:4, 226:18, 230:14, 230:18, 242:1, 249:3, 263:24

Discussion [2] - 3:3, 264:4
discussions [2] - 13:9, 105:18
display [8] - 8:18, 38:23, 87:19, 109:2, 183:22, 183:25, 216:3, 231:22
displayed [7] - 110:25, 215:18, 215:20, 215:23, 215:24, 216:8, 231:8
displaying [1] - 182:18
displays [1] - 109:3
dispute [3] - 12:22, 30:13, 32:3
disregard [1] - 10:21
distance [2] - 245:18, 251:25
distinction [5] - 72:7, 111:8, 150:3, 194:17, 243:4
distract [1] - 168:10
distracted [1] - 168:13
distraction [6] - 39:6, 155:16, 155:19, 155:24, 156:1, 168:14
distractions [1] - 39:2
distractors [1] - 167:24
DISTRICT [2] - 1:1, 1:1
DIVISION [1] - 1:2
dock [4] - 41:5, 193:13, 193:15, 213:17
docking [2] - 149:16, 150:1
document [5] - 71:3, 100:6, 100:24, 262:23, 263:2
documented [1] - 97:11
documents [8] - 9:6, 10:4, 10:9, 13:10, 65:9, 95:5, 102:10, 169:16
done [26] - 15:19, 15:20, 18:15, 32:22, 33:12, 33:15, 33:17, 35:12, 35:13, 40:1, 47:4, 61:20, 105:25, 112:23, 124:5, 125:12, 138:22, 178:2, 208:9, 210:15, 210:16, 217:24, 219:12, 247:12, 257:19
dotted [4] - 232:21, 233:22, 251:8, 253:3
double [1] - 248:22
double-checked [1] - 248:22
down [38] - 12:15, 21:16, 21:25, 25:1, 25:2, 25:8, 25:10, 29:23, 34:13, 45:18, 48:23, 50:11, 51:9, 51:21, 82:5, 119:6, 124:25, 128:3, 128:8, 128:10, 150:25, 155:11, 167:22, 170:19, 190:2, 202:17, 206:1, 206:5, 206:12, 211:14, 218:10, 231:4, 231:23, 239:9, 241:19, 241:23, 252:24, 260:3
draft [14] - 42:21, 48:19, 103:16, 127:13, 129:7, 136:14, 136:16, 151:2, 191:17, 203:1, 203:3, 203:4, 205:22, 205:23
drag [1] - 44:8
draw [1] - 81:10
drawing [1] - 69:16
drawn [1] - 224:1
driving [1] - 21:17
drop [1] - 252:12
dropped [4] - 192:22, 250:13, 253:20, 253:24
dropping [3] - 222:23, 250:4, 252:16
drug [1] - 199:11
Duck [1] - 239:15
due [4] - 35:18, 140:5, 156:2, 172:1
duly [1] - 57:6
Dunbar [1] - 2:17
during [23] - 38:17, 39:2, 41:8, 41:14, 41:16, 57:1, 83:6, 114:3, 115:8, 115:21, 116:14, 134:11, 134:20, 134:25, 145:3, 149:16, 150:1, 153:3, 155:15, 159:11, 171:5, 196:1, 198:17
duties [1] - 162:15
duty [4] - 112:4, 115:8, 167:24, 195:11

## E

Earl [1] - 1:23
early [2] - 72:6, 172:21
easier [5] - 64:9, 67:13, 182:21, 225:3, 231:15
easiest [2] - 10:17, 17:8
easily [2] - 31:10, 195:3
Eastham [1] - 2:13
eat [3] - 193:23, 193:24, 194:20
ECDIS [84] - 35:4, 38:20, 38:22, 39:19, 39:24, 40:7, 40:11, 40:13, 40:18, 40:19, 40:23, 48:4, 48:12, 50:12, 64:25, 99:11, 99:13, 101:19, 101:23, 101:24, 107:7, 107:17, 108:24, 109:1, 109:9, 109:21, 110:2, 110:9, 110:12, 110:16, 111:9, 111:10, 111:14, 141:20, 141:21, 141:23, 144:13, 146:13, 146:14, 146:17, 146:18, 154:10, 154:13, 154:16, 155:20, 155:23, 156:2, 158:14, 158:18, 158:21, 159:1, 159:3, 159:11, 159:16, 159:17, 159:19, 161:13, 161:18, 161:24, 162:3, 162:5, 162:14, 163:3, 163:13, 173:18, 177:22, 180:11, 180:16, 180:19, 182:17, 197:19, 198:7, 198:11, 200:17, 214:9, 215:11, 216:3, 216:7, 216:11, 216:14, 216:22, 216:25, 217:4
ECDIS-approved [1] - 216:22
ECDISes [1] - 216:15
echo [1] - 203:16
edge [4] - 69:21, 86:7, 125:24, 126:16
edges [1] - 203:13
educate [1] - 8:10
educational [1] - 9:21
effect [23] - 30:2, 30:5, 30:23, 43:11, 43:13, 43:19, 43:24, 44:10, 96:22, 99:21, 118:6, 119:8, 151:3, 156:8, 202:1, 202:23, 221:4, 221:8, 222:8, 222:12, 222:13, 223:19, 256:14
effective [4] - 150:23, 152:2, 152:6, 153:7
effectiveness [6] - 246:1, 246:19, 247:6, 247:13, 248:5
effects [4] - 42:16, 82:4, 99:20, 118:4
efficient [1] - 10:23
effort [3] - 26:22, 91:19, 239:21
eight [2] - 96:6, 236:2
either [7] - 13:25, 26:21, 49:25, 67:18, 106:6, 128:3, 261:2
elbow [1] - 55:20
electronic [14] - 8:18, 38:22, 38:24, 60:9, 63:9, 67:11, 108:24, 109:2, 123:10, 126:19, 139:10, 142:24, 143:15, 143:24
elements [1] - 175:15
eliminate [1] - 112:9
embarrass [1] - 44:24
embarrassed [4] - 27:6, 27:20, 28:6, 54:23
emergency [4] - 49:21, 49:23, 95:3, 259:6
emphasizes [2] - 140:4, 140:19
emphasizing [1] - 144:19
encompassing [1] - 140:25
encounter [1] - 118:4
end [12] - 26:8, 26:12, 35:15, 36:3, 46:25, 54:6, 90:17, 101:22, 127:20, 139:11, 186:2, 186:7

ENERGY [1] - 2:5
engage [1] - 27:14
engaged [3] - 61:21, 61:23, 137:24
engine [40] - 23:3, 25:5, 30:25, 31:4, 31:10, 49:6, 49:17, 72:23, 72:24, 81:20, 81:23, 99:6, 106:18, 116:7, 116:10, 116:11, 116:14, 116:16, 117:15, 120:7, 120:16, 120:17, 120:20, 153:9, 174:1, 190:25, 191:1, 191:18, 191:21, 192:5, 192:8, 201:11, 210:6, 211:19, 212:25, 218:22, 219:10, 219:11, 219:16
engines [5] - 34:3, 99:6, 191:19, 191:23, 191:24
enhance [2] - 109:17, 190:19
enhanced [2] - 190:7, 190:14
ensure [2] - 172:5, 204:19
ensured [1] - 75:21
ensuring [1] - 88:21
enter [2] - 92:20, 118:17
entered [4] - 78:22, 93:19, 94:22, 121:25
entering [2] - 92:8, 253:13
enters [3] - 85:14, 122:3, 165:18
entertain [1] - 6:17
entire [13] - 101:18, 113:1, 113:3, 113:20, 129:22, 136:9, 144:4, 147:22, 169:7, 197:25, 198:3, 199:21, 210:25
entirely [1] - 186:16
entirety [1] - 164:4
entitled [2] - 8:22, 264:14
entry [3] - 73:12, 214:21, 239:5
envision [1] - 99:10
equal [1] - 103:15
equipment [27] - 23:13, 62:17, 62:22, 62:24, 96:15, 99:13, 107:9, 108:22, 108:23, 109:20, 112:1, 139:8, 141:18, 141:19, 142:25, 144:2, 154:9, 156:15, 156:16, 159:11, 161:5, 162:16, 214:17, 216:4, 217:3, 225:14, 263:5
equipped [1] - 37:12
errors [1] - 204:10
escape [6] - 88:19, 93:14, 95:1, 122:23, 125:7, 241:15
escaping [1] - 78:24
escort [1] - 139:4
especially [1] - 248:1
esprit [1] - 52:24
essence [1] - 31:22
essential [3] - 96:15, 156:15, 158:21
essentially [14] - 22:12, 23:8, 26:11, 27:8, 27:10, 31:5, 104:13, 111:15, 113:1, 126:2, 126:22, 172:3, 207:17, 233:6
establish [2] - 36:18, 39:24
estimate [1] - 71:10
estimated [2] - 164:8, 258:13
estimating [1] - 41:7
et [1] - 38:14
ET [2] - 1:6, 1:13
Eugene [2] - 2:6, 36:13
evaluated [1] - 238:11
evasive [3] - 45:19, 95:2, 246:14
event [6] - 8:22, 30:21, 34:6, 165:20, 187:18, 211:23
events [4] - 71:22, 157:16, 170:1, 224:13
eventual [1] - 163:5
eventually [3] - 69:20, 220:21, 235:22
evidence [47] - 7:8, 7:9, 12:6, 21:15, 22:2, 27:7, 28:11, 30:4, 31:21, 35:9, 35:16, 35:20, 36:17, 38:2, 42:7, 43:12, 44:24, 45:7, 46:7, 46:16, 47:24, 48:2, 49:23, 50:4, 51:10, 55:23, 56:5, 142:10, 143:17, 143:20, 144:8, 144:23, 145:4, 145:12, 146:3, 150:5, 156:22, 164:21, 168:13, 171:7, 192:12, 192:14, 192:15, 195:9, 248:9, 260:24, 262:25
evident [4] - 86:18, 88:20, 92:10, 186:12
exact [9] - 62:4, 128:12, 147:25, 152:13, 156:22, 200:5, 224:3, 233:5, 258:8
exactly [23] - 32:23, 33:15, 50:16, 69:23, 70:2, 70:18, 81:3, 84:1, 93:15, 104:22, 109:16, 122:24, 135:6, 162:7, 166:20, 166:22, 175:12, 178:21, 185:16, 205:24, 224:4, 255:3, 255:14
examination [2] - 57:1, 132:20
EXAMINATION [2] - 57:7, 132:23
examiner [1] - 188:13
example [9] - 28:18, 148:11, 148:23, 157:21, 157:24, 162:23, 174:19, 208:14, 212:17
examples [1] - 44:17
exams [1] - 58:20
except [1] - 49:12
exception [3] - 150:1, 196:6, 202:19
exceptions [1] - 3:17
excerpt [1] - 66:6
excerpts [7] - 3:7, 4:23, 16:5, 16:15, 16:24, 17:4, 17:21
excess [7] - 30:18, 42:5, 42:6, 90:10, 117:8, 194:22, 245:4
excessive [11] - 78:19, 85:15, 86:17, 94:19, 96:25, 116:4, 131:21, 155:15, 155:19, 156:2, 163:8
exchange [25] - 38:6, 38:7, 38:9, 38:17, 105:12, 105:13, 105:16, 105:19, 105:22, 106:13, 106:15, 157:22, 157:25, 158:2, 158:8, 207:18, 209:8, 209:14, 209:24, 213:8, 213:16, 229:2, 237:15, 239:24, 240:13
exchanged [2] - 207:19, 210:21
excluded [1] - 8:12
excuse [1] - 180:4
executes [1] - 253:6
executive [1] - 20:21
exercised [1] - 35:18
exhibit [15] - 5:8, 7:20, 7:21, 7:22, 9:7, 68:18, 95:18, 97:3, 103:11, 118:23, 167:14, 189:2, 221:12, 262:25, 263:14
Exhibit [33] - 5:9, 5:15, 5:20, 6:8, 7:23, 51:20, 66:4, 68:16, 71:5, 80:3, 80:4, 80:24, 97:17, 100:11, 100:12, 103:13, 106:11, 116:5, 118:24, 124:14, 129:17, 167:18, 180:16, 180:24, 180:25, 182:21, 189:18, 221:14, 226:8, 238:23, 242:3, 245:9
exhibits [16] - 3:17, 3:18, 5:6, 5:7, 5:20, 5:24, 6:21, 6:22, 8:6, 8:25, 11:5, 15:20, 180:21, 260:22, 260:23, 261:8
Exhibits [4] - 9:10, 9:11, 61:15, 261:10
existed [2] - 159:22, 161:1
existing [5] - 98:23, 104:17, 138:16, 190:1, 190:4
exists [3] - 154:6, 157:20, 160:21
EXONERATION [2] - 1:8, 1:13
expand [2] - 73:21, 221:24

expect [4] - 9:12, 127:19, 250:21, 250:22
expected [4] - 252:2, 252:3, 253:13, 253:25
expects [2] - 113:2, 127:6
experience [15] - 52:8, 52:10, 86:17, 113:18, 133:5, 137:8, 158:19, 174:22, 206:16, 208:13, 224:10, 224:23, 227:11
experienced [13] - 45:1, 45:13, 49:1, 49:3, 49:5, 49:18, 52:21, 105:6, 137:9, 172:5, 190:21, 207:8, 211:21
experiencing [1] - 224:9
expert [30] - 7:2, 7:15, 9:1, 9:2, 9:6, 10:3, 17:20, 22:15, 24:8, 52:6, 52:9, 52:20, 59:2, 59:23, 60:16, 60:19, 60:24, 61:2, 61:12, 61:14, 74:15, 74:18, 77:1, 77:4, 110:14, 123:25, 137:20, 138:4, 139:4
experts [23] - 7:8, 12:9, 13:5, 24:10, 27:15, 28:9, 32:1, 32:19, 32:21, 33:2, 33:10, 33:16, 34:6, 35:10, 48:19, 48:23, 124:3, 125:9, 128:1, 128:20, 130:22, 164:15
explain [19] - 65:5, 67:9, 67:23, 73:3, 75:20, 78:14, 80:6, 96:9, 96:20, 168:18, 180:7, 180:8, 181:2, 183:16, 183:19, 221:3, 222:11, 222:13, 231:21
explained [6] - 80:24, 81:13, 101:13, 170:13, 172:19, 187:22
explaining [1] - 185:10
explains [1] - 64:1
explanation [3] - 62:19, 62:20, 202:18
explore [1] - 45:13
explored [1] - 241:12
exponentially [4] - 30:10, 118:7, 120:18
exposed [7] - 43:17, 44:5, 127:21, 222:2, 222:20, 223:4, 258:16
expressed [2] - 51:7
expressions [1] - 44:8
extensive [2] - 101:23, 110:10
extent [11] - 13:23, 16:14, 41:22, 93:20, 93:23, 96:5, 129:10, 130:9, 130:16, 164:19, 224:3
extra [4] - 41:21, 120:23, 211:18, 258:4
extract [2] - 66:8, 67:11
extreme [1] - 229:22
extremely [6] - 87:15, 89:10, 139:21, 148:2, 148:6, 159:7
extremis [3] - 33:23, 176:5, 246:14
eye [5] - 8:11, 87:12, 227:6, 227:20, 238:5
eyes [2] - 142:15, 142:16

**F**

face [1] - 53:4
facilitate [1] - 106:19
facing [1] - 33:21
fact [58] - 9:22, 23:22, 28:10, 32:2, 37:6, 39:9, 39:24, 40:16, 40:19, 43:7, 45:25, 46:10, 48:1, 48:11, 49:7, 49:12, 50:9, 54:15, 63:6, 89:17, 89:20, 92:24, 93:1, 94:12, 99:24, 102:17, 104:7, 104:19, 105:2, 107:14, 110:4, 115:22, 125:25, 127:2, 127:21, 129:10, 131:10, 139:22, 142:22, 144:13, 150:8, 163:25, 167:3, 173:18, 183:9, 190:18, 196:5, 200:22, 204:25, 210:8, 210:22, 214:9, 214:15, 215:2, 216:3, 224:7, 249:23
factor [11] - 44:2, 48:5, 97:14, 104:3, 161:15, 163:11, 195:13, 202:11, 206:5, 221:8, 252:6
factors [7] - 113:11, 117:13, 141:7, 151:1, 161:21, 163:7, 252:8
facts [2] - 24:6, 36:17
fail [1] - 106:8
failed [23] - 96:12, 102:22, 113:2, 120:12, 121:7, 140:8, 140:9, 140:10, 141:3, 141:14, 143:15, 152:3, 160:17, 161:5, 162:15, 172:6, 173:4, 175:15, 177:19, 192:4, 195:15, 218:19, 218:20
fails [2] - 53:5, 121:23
failure [25] - 99:25, 100:1, 103:5, 103:6, 105:9, 105:10, 107:16, 107:18, 107:19, 107:20, 108:18, 108:20, 111:20, 111:21, 113:9, 113:14, 115:13, 115:15, 115:24, 115:25, 131:22, 143:5, 145:19, 160:4, 160:5
failures [8] - 95:7, 95:10, 95:16, 95:19, 95:25, 112:9, 157:1, 205:5
fair [15] - 18:13, 65:24, 135:23, 152:24, 193:1, 195:24, 196:19, 211:11, 211:15, 216:9, 221:7, 237:7, 240:11, 241:4, 244:6
fairly [5] - 149:1, 227:22, 228:2, 237:18, 237:20
fairway [6] - 177:13, 177:14, 178:14, 178:15, 186:22, 186:23
falling [1] - 44:6
false [1] - 129:2
familiar [5] - 38:22, 39:11, 126:14, 130:24, 139:21
familiarization [1] - 111:12
family [1] - 20:9
Fannin [1] - 2:2
far [15] - 4:20, 4:22, 30:12, 96:6, 102:6, 104:18, 137:13, 183:1, 185:12, 185:16, 195:5, 228:5, 250:22, 251:2, 260:7
fast [13] - 22:3, 30:11, 30:20, 48:12, 52:15, 78:20, 88:25, 94:19, 101:7, 117:9, 181:12, 182:23, 191:13
faster [5] - 9:20, 29:16, 103:2, 150:24
Fastow [1] - 66:3
fatigue [11] - 98:3, 98:15, 98:17, 113:9, 113:13, 115:3, 190:24, 196:3, 196:4, 198:13, 198:14
fatigued [8] - 96:20, 114:14, 115:20, 190:20, 192:12, 192:13, 195:7, 195:14
fault [4] - 27:10, 31:19, 31:22, 34:2
favor [1] - 177:20
favored [1] - 178:4
favoring [1] - 257:4
feasibility [3] - 8:19, 9:19, 10:14
February [1] - 264:10
FEBRUARY [1] - 1:6
feed [2] - 22:15, 22:24
feet [47] - 21:11, 21:12, 21:13, 29:20, 42:20, 55:21, 67:18, 67:20, 68:23, 68:25, 69:3, 69:13, 69:20, 69:21, 126:18, 127:13, 129:5, 129:11, 129:12, 129:23, 130:20, 136:1, 136:22, 184:20, 184:22, 184:25, 185:8, 185:18, 185:23, 185:25, 186:12, 187:8, 203:4, 203:5, 204:2, 257:24, 258:4, 258:9, 258:13, 258:15
felt [1] - 114:13
few [12] - 3:17, 4:18, 5:24, 6:25, 12:7, 69:13, 79:7, 138:5, 169:25, 203:5, 205:8, 256:4

field [1] - 21:12
Fifth [1] - 33:24
fight [2] - 7:25, 8:5
Figure [3] - 125:17, 127:11, 130:8
figure [9] - 127:15, 130:8, 165:19, 185:15, 221:5, 221:7, 221:12, 221:20, 263:25
Figures [1] - 130:15
figures [2] - 221:2, 261:12
file [6] - 14:25, 72:12, 72:13, 72:14, 72:15, 73:23
filed [1] - 238:16
files [6] - 72:11, 72:17, 72:19, 72:20, 72:21
fill [1] - 166:16
final [4] - 12:5, 17:25, 93:3, 135:7
finally [1] - 246:2
financial [1] - 26:23
fine [17] - 4:21, 7:10, 8:3, 17:6, 17:7, 19:16, 19:17, 51:23, 56:23, 64:10, 108:7, 139:24, 153:16, 153:20, 242:14, 260:18, 260:19
finger [2] - 18:5, 18:14
finger-pointing [2] - 18:5, 18:14
finish [6] - 17:18, 37:22, 59:17, 148:15, 179:13, 256:16
fire [2] - 51:3, 150:10
fires [1] - 150:16
firm [3] - 15:13, 20:11, 22:10
firms [1] - 22:10
first [69] - 15:15, 16:10, 17:19, 18:2, 18:3, 25:16, 25:21, 27:2, 33:2, 49:2, 56:3, 56:8, 57:6, 61:21, 65:15, 66:11, 66:17, 69:11, 71:5, 75:23, 78:10, 80:7, 81:5, 82:24, 83:4, 87:5, 87:10, 88:4, 88:13, 89:25, 90:25, 94:8, 97:3, 97:4, 97:6, 97:24, 100:13, 101:13, 101:14, 113:6, 113:15, 118:16, 119:23, 122:6, 123:22, 124:21, 130:16, 134:21, 135:3, 138:11, 138:15, 139:25, 163:18, 165:4, 166:2, 167:6, 174:3, 174:12, 176:7, 189:8, 197:11, 224:23, 225:2, 225:25, 226:11, 228:20, 245:15, 245:24
first-call [1] - 138:15
first-serve [1] - 138:15
fit [1] - 8:12
fitted [1] - 116:8
five [8] - 37:11, 56:4, 135:14, 155:15, 219:15, 219:19, 237:21
flagged [1] - 198:23
flair [1] - 66:23
flare [2] - 55:18, 55:20
Flare [22] - 41:12, 42:22, 44:11, 51:16, 53:16, 55:15, 66:1, 66:10, 66:20, 67:2, 84:5, 95:17, 95:21, 100:22, 101:2, 101:3, 101:6, 107:21, 118:15, 118:17, 212:5, 212:6
flavor [1] - 132:5
flawless [1] - 27:24
FLEET [1] - 2:11
fleet [2] - 8:10, 9:21
flip [2] - 95:14, 129:17
flooding [2] - 192:22, 199:8
flotation [1] - 103:15
flotilla [1] - 35:19
fly [1] - 153:22
focus [2] - 60:8, 173:2
follow [15] - 10:7, 10:11, 26:13, 64:9, 99:23, 102:14, 122:1, 140:5, 140:8, 140:20, 141:4, 160:9, 185:9, 204:19, 241:2
followed [12] - 8:21, 35:17, 38:3, 45:14, 102:1, 148:19, 168:22, 168:24, 198:25, 239:25, 240:2, 241:6
following [5] - 38:1, 45:9, 62:12, 72:14, 228:19
follows [2] - 57:6, 73:6
fond [1] - 137:19
food [1] - 46:20
foot [3] - 185:3, 185:16, 185:22
footage [4] - 63:21, 75:18, 87:13, 90:11
football [1] - 21:12
FOR [5] - 1:13, 1:18, 2:1, 2:5, 2:11
forced [2] - 34:8, 95:2
forces [8] - 29:15, 29:17, 30:9, 30:12, 118:6, 118:8, 118:25, 172:5
fore [2] - 48:20, 103:14
fore-and-aft [1] - 103:14
foregoing [1] - 264:12
foreign [1] - 198:23
forensic [1] - 60:8
forget [3] - 137:7, 186:11, 198:17
forgotten [1] - 261:6
form [1] - 238:16
formed [1] - 119:4
Forney [1] - 2:13
fortunate [1] - 94:13
forward [5] - 47:11, 103:16, 182:23, 251:16, 253:4
four [12] - 75:8, 75:21, 80:25, 84:19, 114:20, 199:6, 219:24, 220:3, 220:8, 237:20, 239:9, 261:14
four-way [1] - 261:14
FPG [4] - 1:5, 1:11, 2:5, 19:9
frankly [1] - 10:16
free [3] - 35:16, 152:16, 239:5
frequent [1] - 212:24
frequently [4] - 39:5, 149:1, 149:4, 149:23
Friday [1] - 231:1
Friendswood [2] - 150:10, 150:17
FROM [2] - 1:9, 1:13
front [4] - 3:8, 23:11, 29:25, 142:17
full [61] - 22:11, 22:22, 25:6, 31:4, 31:5, 42:4, 42:13, 49:14, 50:14, 81:22, 88:21, 89:1, 89:2, 89:21, 90:5, 102:24, 106:24, 106:25, 112:16, 116:3, 116:13, 116:17, 116:23, 118:14, 120:9, 120:14, 121:1, 141:12, 144:2, 144:11, 148:11, 148:24, 149:2, 149:3, 149:10, 151:5, 152:10, 152:18, 152:20, 152:22, 152:25, 153:8, 153:21, 165:24, 165:25, 166:5, 201:14, 203:24, 208:10, 212:11, 213:4, 213:11, 213:13, 213:20, 218:2, 218:12, 218:13, 218:22, 219:5, 220:16
full-time [2] - 22:11, 22:22
fully [7] - 21:7, 29:13, 37:12, 48:16, 124:25, 144:14, 254:8
fully-loaded [1] - 124:25
function [1] - 216:5
functional [1] - 49:7
future [2] - 234:6, 234:7

## G

gallery [1] - 20:18
GALVESTON [1] - 1:2
Galveston [1] - 211:14
gangway [1] - 195:22
GAS [1] - 2:11
gas [6] - 37:6, 48:17, 104:11, 124:25, 192:22, 246:15
gear [1] - 62:16
general [9] - 61:10, 160:2, 207:9, 207:14, 208:13, 208:14,

208:16, 222:10, 222:11
**generally** [9] - 6:9, 26:24, 76:20, 190:13, 202:7, 207:7, 207:14, 207:20, 259:9
**generated** [1] - 262:23
**GENESIS** [363] - 2:5, 4:3, 5:8, 10:6, 12:3, 12:13, 15:4, 15:5, 17:14, 18:4, 18:15, 18:18, 19:5, 19:20, 21:5, 21:16, 21:17, 21:20, 22:18, 23:1, 23:6, 24:23, 25:1, 25:6, 25:10, 25:16, 25:23, 25:25, 26:4, 26:10, 26:15, 26:19, 27:2, 27:4, 27:6, 27:9, 27:18, 27:23, 28:2, 28:8, 28:9, 28:17, 28:19, 28:23, 28:24, 29:1, 30:1, 30:15, 30:24, 31:13, 31:18, 32:6, 32:9, 32:24, 33:6, 33:12, 35:20, 35:21, 36:9, 36:13, 36:21, 37:6, 41:12, 42:12, 42:20, 43:14, 43:20, 43:21, 44:22, 44:25, 45:1, 46:5, 48:1, 48:4, 48:8, 48:13, 48:15, 49:3, 49:19, 50:2, 50:24, 51:12, 52:5, 52:9, 52:14, 53:17, 53:24, 54:8, 54:24, 55:13, 55:18, 57:22, 59:15, 62:7, 62:10, 62:13, 62:15, 63:14, 63:19, 66:10, 70:5, 70:7, 70:20, 70:25, 71:23, 72:16, 72:22, 73:15, 75:13, 76:4, 76:11, 76:16, 76:18, 76:21, 76:23, 77:9, 77:14, 77:17, 77:18, 78:8, 78:19, 79:4, 79:5, 79:7, 80:1, 80:7, 81:21, 82:6, 82:8, 82:23, 83:8, 83:16, 84:4, 84:11, 84:24, 85:4, 85:13, 85:23, 86:16, 86:19, 86:21, 86:23, 87:18, 87:22, 90:12, 90:14, 90:20, 90:21, 91:9, 92:4, 92:10, 92:20, 93:1, 93:10, 93:17, 94:18, 94:25, 95:7, 95:16, 95:20, 95:25, 96:17, 97:4, 97:18, 98:11, 99:1, 99:22, 100:1, 100:19, 100:21, 101:5, 101:7, 102:8, 102:14, 102:17, 103:6, 103:21, 103:24, 104:19, 104:23, 104:25, 105:10, 105:23, 107:16, 107:20, 109:7, 109:21, 110:14, 110:15, 111:6, 111:20, 112:1, 112:10, 112:18, 113:5, 114:1, 116:8, 116:23, 117:9, 117:19, 117:25, 118:10, 118:14, 118:16, 119:12, 119:13, 119:19, 119:23, 120:1, 120:4, 120:9, 120:20, 121:23, 121:25, 122:3, 122:13, 123:12, 123:14, 123:23, 124:4, 124:20, 124:22, 125:6, 125:8, 125:9, 125:18, 127:23, 127:25, 128:12, 128:14, 128:20, 129:6, 129:9, 129:21, 130:3, 130:10, 130:12, 130:22, 130:23, 131:3, 131:7, 131:11, 131:16, 131:20, 132:1, 132:11, 132:20, 136:20, 137:1, 139:12, 140:7, 141:3, 141:14, 142:4, 142:11, 142:19, 143:18, 144:8, 144:16, 144:25, 145:13, 145:15, 146:4, 146:6, 148:3, 150:6, 152:3, 152:5, 152:9, 152:21, 154:2, 154:8, 154:21, 156:24, 160:6, 160:10, 160:23, 163:17, 165:9, 165:14, 166:18, 170:1, 171:9, 171:18, 172:14, 173:13, 174:11, 175:5, 175:18, 176:4, 176:7, 176:10, 176:18, 177:5, 177:16, 178:18, 182:1, 182:4, 186:20, 188:4, 189:9, 190:16, 191:2, 196:20, 197:25, 199:12, 200:13, 206:10, 207:25, 224:16, 224:19, 224:22, 226:12, 226:19, 234:15, 234:19, 234:20, 234:23, 234:24, 234:25, 235:2, 235:3, 236:16, 237:4, 239:11, 240:22, 244:1, 246:6, 247:9, 250:16, 251:25, 253:12, 254:2, 254:14, 255:21, 255:24, 256:6, 256:25, 257:9, 257:12, 257:15, 257:23, 258:3, 259:12, 261:15, 261:16, 261:17, 261:18, 262:2, 262:3, 262:4, 262:5, 262:6, 262:7, 262:15, 263:22
**gently** [1] - 69:19
**Georgantas** [9] - 2:6, 4:3, 6:20, 11:18, 19:19, 145:25, 187:11, 188:15, 188:23
**GEORGANTAS** [117] - 4:2, 4:12, 6:4, 6:9, 6:14, 6:19, 6:23, 11:9, 12:12, 12:25, 13:3, 15:4, 15:24, 17:25, 19:1, 19:6, 19:19, 19:22, 23:21, 23:25, 24:2, 24:8, 24:13, 36:10, 108:7, 132:22, 132:24, 133:9, 133:15, 144:4, 144:6, 144:20, 144:21, 145:21, 146:1, 146:2, 147:2, 147:3, 151:7, 151:16, 151:19, 164:19, 164:25, 165:1, 166:24, 167:1, 167:14, 167:16, 169:19, 170:3, 179:15, 179:17, 179:23, 180:1, 180:5, 180:9, 180:10, 180:12, 180:15, 180:22, 180:24, 181:11, 181:22, 181:24, 182:25, 184:5, 184:7, 184:18, 184:19, 187:12, 187:13, 188:24, 188:25, 221:15, 221:17, 230:15, 236:6, 236:9, 238:24, 238:25, 239:16, 239:17, 242:2, 242:6, 242:8, 242:9, 249:4, 249:25, 250:2, 250:7, 250:9, 251:4, 251:6, 251:7, 252:9, 252:11, 252:18, 252:19, 253:8, 253:10, 253:11, 254:10, 254:12, 254:13, 255:17, 255:19, 255:20, 256:16, 256:19, 256:20, 259:17, 259:23, 260:11, 260:18, 261:22, 263:14, 263:17
**George** [5] - 1:19, 6:3, 19:13, 260:13, 263:17
**given** [24] - 8:25, 9:3, 27:1, 38:8, 38:11, 49:20, 51:14, 54:5, 83:9, 105:11, 108:19, 121:16, 146:5, 204:22, 205:13, 208:25, 209:1, 209:2, 209:5, 211:23, 212:9, 214:6, 219:9, 248:21
**glossary** [4] - 63:25, 64:4, 64:8, 64:23
**God** [1] - 56:16
**goosed** [1] - 31:10
**GPS** [7] - 64:25, 81:25, 83:19, 101:9, 139:9, 215:23, 233:6
**graduated** [1] - 20:13
**grant** [1] - 152:10
**great** [5] - 20:1, 56:2, 64:15, 94:9, 245:13
**greater** [2] - 69:24, 154:17
**green** [35] - 21:21, 21:23, 21:25, 43:6, 46:2, 65:2, 67:22, 67:24, 68:4, 68:5, 68:6, 70:9, 70:10, 92:1, 177:23, 178:23, 179:5, 179:19, 179:21, 181:17, 183:10, 183:13, 183:23, 184:10, 185:12, 185:25, 186:11, 187:7, 187:9, 187:15, 187:16, 188:8, 236:16, 239:12, 243:20
**greens** [74] - 25:18, 26:1, 32:11, 32:13, 32:21, 33:15, 34:17, 35:8, 45:20, 45:25, 88:15, 124:22, 228:13, 229:2, 229:4, 229:8, 229:12, 229:23, 235:18, 235:19, 235:22, 236:3, 236:11, 237:4, 237:7, 237:9, 237:11, 237:13, 237:17, 237:23, 238:1, 238:3, 238:12, 238:14,

240:16, 241:7, 242:4, 242:17, 242:21, 242:24, 242:25, 243:8, 243:9, 243:11, 243:14, 243:23, 244:4, 245:1, 246:10, 246:11, 246:17, 246:20, 246:22, 246:24, 246:25, 247:5, 247:20, 248:4, 248:19, 250:4, 254:25, 255:4, 255:5, 258:23, 258:24, 258:25, 259:1, 259:2, 259:5, 259:10, 259:11
ground [8] - 25:7, 122:9, 127:6, 127:15, 127:19, 131:13, 202:2, 202:9
grounded [1] - 131:8
grounding [3] - 99:19, 127:8, 131:10
group [1] - 37:14
Guard [4] - 63:22, 71:18, 79:13, 238:16
guard [6] - 5:11, 5:13, 5:14, 6:6, 63:2, 262:8
guess [9] - 6:25, 8:4, 9:14, 20:9, 20:14, 52:2, 156:19, 159:18, 235:1
guidance [2] - 143:25, 144:18
guiding [1] - 42:3
Guidry [1] - 20:21
gulf [1] - 57:15
gun [1] - 41:11
Guys [1] - 155:3

**H**

half [7] - 85:25, 114:4, 117:16, 149:10, 193:8, 194:19, 209:23
halfway [3] - 253:17, 254:4, 257:1
hand [8] - 56:12, 116:11, 218:12, 226:17, 226:18, 231:1, 232:5, 249:5
handed [2] - 3:6, 41:23
handful [2] - 6:21, 14:14
handle [3] - 24:21, 36:25, 49:8
handler [1] - 59:3
handling [20] - 29:13, 41:24, 53:18, 85:16, 104:2, 104:4, 104:17, 104:24, 104:25, 105:4, 106:17, 117:20, 154:19, 158:13, 206:23, 207:12, 208:12, 212:18, 247:22
handover [2] - 41:15, 209:24
handy [1] - 245:9
harbor [8] - 58:25, 59:2, 59:5, 59:7, 59:10, 59:17, 135:7, 135:9
hard [22] - 11:19, 45:4, 48:24, 49:6, 49:8, 49:9, 85:19, 85:23, 88:21, 91:14, 91:15, 92:23, 122:17, 191:18, 229:25, 247:23, 249:11, 252:20, 256:2, 256:4, 256:8, 256:12
harder [1] - 104:21
hazard [3] - 34:2, 98:4, 98:6
hazards [6] - 97:10, 97:13, 99:16, 99:18, 131:10, 151:3
head [16] - 48:22, 103:19, 139:17, 139:19, 166:21, 172:25, 173:12, 174:20, 175:8, 191:18, 243:20, 246:22, 259:1, 259:9, 259:11, 259:21
head-on [4] - 172:25, 173:12, 174:20, 175:8
headed [12] - 10:25, 90:12, 90:20, 90:21, 176:11, 246:23, 247:2, 247:9, 251:12, 257:16, 258:24, 258:25
headers [1] - 101:13
heading [15] - 72:23, 82:9, 109:10, 125:1, 215:13, 232:16, 233:1, 233:2, 233:12, 233:14, 233:17, 233:18, 233:21, 242:4
heads [3] - 142:23, 163:18, 225:1
heads-up [3] - 142:23, 163:18, 225:1
headway [1] - 119:3
hear [50] - 27:12, 27:18, 29:12, 31:24, 32:10, 38:19, 40:16, 42:6, 43:4, 48:8, 48:19, 48:25, 51:2, 51:13, 51:24, 64:24, 76:3, 76:14, 76:15, 76:20, 76:22, 77:7, 79:2, 79:6, 79:21, 79:25, 80:18, 82:22, 82:24, 85:13, 85:18, 87:3, 87:6, 87:9, 88:3, 88:10, 88:11, 89:18, 89:24, 91:6, 91:10, 91:11, 122:18, 132:25, 155:2, 155:6, 198:8, 218:25, 226:22, 247:2
heard [27] - 43:3, 44:6, 50:17, 63:6, 65:3, 67:21, 77:9, 78:25, 83:3, 83:5, 83:8, 83:12, 89:7, 90:2, 90:25, 92:18, 103:9, 110:13, 115:23, 117:5, 155:8, 156:23, 195:16, 210:25, 221:9, 222:22, 227:9
hearing [7] - 7:18, 33:18, 53:13, 63:2, 80:13, 80:14, 141:12
hearings [1] - 63:7
hears [2] - 227:12, 244:21
hearsay [3] - 5:20, 7:12, 7:19
held [4] - 53:6, 63:2, 123:13, 257:12
helm [4] - 37:25, 39:13, 196:12, 196:14
helmsman [5] - 112:5, 196:22, 196:24, 197:10, 197:14
helmsmen [3] - 39:10, 39:13, 196:20
help [6] - 5:4, 56:15, 71:15, 88:5, 118:20, 245:10
helped [2] - 160:25
helpful [4] - 4:17, 4:18, 134:6, 230:3
helps [1] - 261:1
herring [1] - 40:24
hide [1] - 9:3
hierarchy [1] - 46:18
high [15] - 98:1, 98:7, 98:8, 98:12, 98:14, 98:19, 119:3, 119:4, 119:20, 189:23, 190:5, 206:18, 221:21, 223:22
high-pressure [2] - 221:21, 223:22
highest [4] - 57:24, 116:20, 117:22, 134:19
highest-ranking [1] - 57:24
highlight [2] - 9:23, 189:25
highlighted [2] - 99:3, 167:23
highly [2] - 35:7, 182:18
Hill [4] - 1:23, 2:2, 20:11, 20:18
himself [6] - 54:7, 114:14, 115:4, 131:4, 195:4, 256:10
hindsight [2] - 124:4, 125:18
hired [4] - 28:10, 32:19, 34:6, 124:3
hit [2] - 26:11, 45:4
hitting [1] - 256:3
hold [15] - 59:25, 60:2, 60:3, 91:16, 91:19, 91:23, 91:25, 92:11, 92:21, 121:13, 122:18, 134:14, 177:10, 228:22, 257:9
Holland [25] - 7:14, 37:5, 37:17, 41:4, 41:16, 41:25, 42:1, 49:1, 49:13, 51:25, 53:14, 105:6, 145:14, 147:14, 149:13, 149:14, 155:17, 155:18, 158:17, 209:21, 210:4, 210:9, 211:8, 211:12, 211:17
Holland's [1] - 147:21
homes [1] - 150:16
Honor [72] - 4:2, 4:15, 6:14, 6:24, 6:25, 7:24, 8:3, 8:15, 9:9, 10:2, 10:16, 11:8, 11:9, 12:13, 13:14, 13:18, 15:2, 15:21, 15:22,

15:23, 15:24, 17:11, 17:25, 18:9, 19:1, 19:6, 19:7, 19:22, 19:23, 23:21, 24:9, 36:10, 36:14, 37:9, 37:21, 39:18, 40:12, 45:8, 46:4, 46:14, 47:7, 47:11, 47:15, 51:21, 53:10, 55:25, 56:25, 64:3, 108:4, 108:7, 132:22, 133:10, 144:5, 146:1, 151:7, 151:9, 151:16, 164:12, 164:19, 179:24, 180:18, 181:10, 188:24, 259:17, 260:4, 260:18, 260:19, 261:8, 261:22, 261:23, 262:11, 264:2

HONORABLE [1] - 1:15

hopefully [1] - 163:2

horizontal [1] - 250:24

hour [10] - 108:1, 108:2, 108:8, 166:14, 194:19, 195:4, 234:22, 253:24, 258:2

hours [23] - 3:13, 34:6, 41:8, 58:17, 65:19, 71:9, 71:10, 113:16, 113:22, 114:4, 114:20, 115:11, 155:16, 166:15, 188:12, 193:8, 194:19, 194:22, 195:12, 199:6, 199:17, 200:1, 209:23

hours' [1] - 195:20

house [2] - 51:3, 150:10

Houston [51] - 1:21, 2:3, 2:9, 2:14, 2:20, 21:16, 22:23, 24:17, 29:2, 36:24, 39:3, 46:18, 52:7, 52:10, 52:21, 57:11, 59:19, 59:20, 61:3, 61:5, 61:8, 65:14, 67:10, 68:19, 77:13, 77:15, 97:8, 112:10, 112:12, 113:18, 118:5, 133:19, 133:21, 134:1, 134:11, 135:18, 137:20, 144:1, 144:9, 145:15, 146:6, 147:7, 149:12, 149:25, 150:15, 175:7, 178:11, 182:7, 187:21, 206:24, 227:16

huge [1] - 34:13

hugging [2] - 182:4, 182:8

hundred [1] - 68:22

hundreds [2] - 126:15, 137:8

hurt [1] - 19:3

hydrodynamic [13] - 29:14, 29:17, 30:9, 30:12, 44:10, 82:4, 99:20, 118:4, 118:6, 118:9, 118:25, 172:5, 202:1

hydrodynamics [1] - 44:2

hypothetical [1] - 222:17

**I**

i'' [1] - 178:10

Ian [1] - 47:18

idea [2] - 71:2, 125:19

identical [2] - 40:11, 146:13

identification [1] - 99:18

identified [14] - 97:10, 97:12, 97:23, 97:25, 98:21, 99:1, 108:20, 111:20, 113:9, 115:15, 115:25, 131:11, 190:9, 209:11

identifies [1] - 97:21

identify [6] - 95:6, 98:2, 98:4, 98:23, 99:15, 113:13

ignore [4] - 27:11, 27:14, 31:23, 48:2

ignored [15] - 33:14, 96:4, 96:8, 97:4, 99:24, 100:3, 102:16, 102:17, 163:1, 189:9, 197:25, 198:3, 198:5, 198:10, 200:13

ignoring [1] - 117:3

illustrate [7] - 103:12, 104:8, 118:23, 124:15, 126:4, 127:11, 127:16

illustrated [1] - 129:8

illustration [5] - 68:19, 103:23, 118:25, 125:23, 129:15

illustrative [2] - 206:8, 206:11

image [3] - 124:14, 124:23, 128:13

imagine [2] - 33:10, 33:14

immediate [2] - 49:16, 153:10

immediately [16] - 87:15, 88:20, 89:5, 116:15, 120:7, 121:10, 153:10, 165:9, 165:11, 165:23, 166:5, 166:20, 170:8, 170:19, 192:2, 228:24

imminent [1] - 175:25

impact [3] - 94:6, 94:9, 157:14

impeachment [1] - 10:15

impeded [1] - 54:24

imply [2] - 153:18, 174:5

important [17] - 5:2, 29:1, 30:8, 69:15, 75:3, 81:10, 86:7, 109:19, 110:21, 121:8, 137:7, 141:19, 165:22, 166:18, 207:18, 248:5, 248:7

importantly [2] - 37:16, 44:11

impossible [3] - 69:17, 129:6, 131:6

impression [1] - 106:23

improper [1] - 51:14

improve [2] - 9:23, 104:3

IN [5] - 1:7, 1:8, 1:11, 1:13, 2:16

inability [1] - 53:17

inaccurate [2] - 102:13, 214:23

inadequate [9] - 105:11, 105:20, 108:19, 157:21, 157:24, 209:1, 209:3, 209:14, 215:10

inbound [17] - 37:4, 42:11, 44:17, 67:19, 68:3, 68:5, 70:13, 83:23, 85:9, 90:22, 92:5, 163:19, 176:15, 178:22, 181:14, 191:16, 236:14

incident [17] - 8:7, 10:10, 41:6, 48:10, 48:14, 50:8, 50:13, 53:5, 55:5, 137:25, 139:2, 141:24, 149:12, 190:16, 199:25, 238:20, 238:21

incidents [3] - 61:3, 61:5, 62:23

inclination [1] - 11:4

include [7] - 98:20, 99:19, 106:16, 146:14, 168:21, 196:11, 217:1

included [5] - 45:17, 75:9, 76:8, 80:25, 99:8

includes [8] - 100:8, 102:11, 141:17, 141:22, 145:13, 149:21, 216:21, 216:22

including [4] - 49:8, 59:12, 60:21, 217:23

incoming [1] - 82:2

incorrect [4] - 81:13, 180:17, 202:25, 222:12

incorrectly [1] - 156:2

increase [25] - 30:9, 30:25, 42:15, 86:3, 89:12, 93:6, 102:24, 118:6, 118:7, 118:8, 120:7, 120:8, 143:8, 148:11, 152:20, 162:24, 171:16, 201:17, 201:18, 202:16, 202:20, 203:6, 220:20, 220:22, 252:14

increased [5] - 191:9, 191:21, 193:9, 220:2, 220:7

increases [3] - 30:9, 120:18, 202:15

increasing [3] - 201:15, 256:14, 258:1

incredible [1] - 52:7

indeed [1] - 51:2

Independent [2] - 57:10, 57:12

independently [1] - 72:11

indicate [6] - 67:15, 82:11, 86:20, 154:11,

233:16, 234:6
indicated [7] - 67:3, 67:17, 86:9, 126:2, 206:4, 231:19, 235:2
indicates [3] - 75:15, 185:11, 233:4
indicating [1] - 233:6
indicating) [1] - 86:14
indication [2] - 150:13, 234:2
indicator [6] - 82:10, 82:11, 86:2, 93:5, 245:3, 251:18
individual [2] - 65:12, 216:4
individually [2] - 71:19, 75:1
ineffective [15] - 96:23, 102:22, 111:2, 111:19, 111:24, 112:19, 113:10, 113:11, 115:16, 115:24, 204:17, 217:8, 219:25, 256:12
inexplicable [1] - 28:21
infer [1] - 142:19
information [64] - 38:8, 38:13, 40:6, 40:22, 41:22, 50:19, 72:20, 74:25, 82:16, 96:12, 105:11, 105:18, 105:19, 106:13, 106:16, 106:19, 108:19, 109:1, 109:2, 109:9, 109:14, 111:1, 118:10, 126:22, 146:14, 158:5, 158:9, 158:12, 205:6, 205:8, 205:12, 207:6, 207:8, 207:11, 207:13, 207:19, 208:10, 208:25, 209:1, 209:2, 210:8, 210:22, 211:7, 211:23, 212:9, 213:21, 215:10, 215:12, 215:13, 215:18, 215:20, 216:3, 216:6, 231:13, 234:15, 234:23, 234:24, 243:6, 243:25, 244:3, 244:24, 246:6, 248:10, 248:18
initial [8] - 67:2, 114:1, 121:12, 121:20, 160:23, 238:4, 247:20, 252:17
initiated [1] - 46:8
Inland [7] - 19:9, 19:14, 20:22, 20:24, 23:8, 56:9, 138:2
inland [4] - 68:10, 110:7, 140:17, 262:8
INLAND [4] - 1:3, 1:8, 1:18, 2:1
input [3] - 15:10, 53:10, 111:10
inputs [1] - 63:17
inside [1] - 129:22
insists [1] - 89:19
inspect [1] - 139:3
inspected [2] - 61:24, 139:1
inspection [1] - 62:14
installed [1] - 139:8
instance [10] - 71:18, 79:16, 83:24, 97:7, 102:23, 117:14, 138:15, 141:17, 203:7, 219:15
instant [2] - 121:3, 191:22
instantly [1] - 247:25
instead [15] - 3:20, 10:19, 12:25, 33:7, 33:9, 45:5, 45:14, 45:19, 46:11, 122:20, 125:10, 128:1, 131:8, 149:10, 195:4
instructed [1] - 46:12
instruction [8] - 46:22, 138:7, 138:23, 237:9, 239:21, 239:25, 240:3, 241:6
instructions [4] - 45:15, 46:25, 101:24, 102:1
instrument [1] - 38:23
instruments [4] - 40:23, 215:18, 215:21, 216:4
insufficient [5] - 86:8, 97:25, 126:1, 129:13, 129:23
insurance [1] - 150:16
intend [2] - 212:16, 213:6
intended [3] - 153:25, 158:14, 213:10
intending [2] - 114:21, 213:19
intention [2] - 122:17, 164:21
intentionally [1] - 34:22
intents [3] - 96:18, 184:1, 215:3
interaction [9] - 29:18, 99:19, 118:9, 155:5, 155:9, 222:14, 222:24, 224:10
interest [4] - 166:9, 166:12, 167:4, 171:3
interests [2] - 9:11, 19:24
interfered [3] - 27:3, 28:6, 54:23
international [3] - 48:6, 132:7, 177:10
International [1] - 109:17
interpret [2] - 255:8, 255:9
interpretation [2] - 175:22, 243:12
interpreted [1] - 255:9
interpreting [1] - 233:10
interruption [1] - 24:13
intersection [2] - 66:21, 68:20
intersects [1] - 66:22
intervened [2] - 117:1, 145:8
interviewed [1] - 48:9
interviews [4] - 6:6, 63:7, 112:21, 158:6
introduce [4] - 19:15, 20:5, 36:12, 47:16
investigated [1] - 61:5
investigating [1] - 61:2
investigation [6] - 5:12, 53:7, 60:4, 60:10, 197:2, 197:13
Investigation [1] - 7:13
invoices [1] - 13:4
invoke [2] - 35:25, 36:2
invoked [1] - 24:4
invoking [1] - 24:1
involve [2] - 60:5, 61:2
involved [5] - 7:16, 15:12, 21:2, 21:3, 21:4
involves [2] - 7:16, 211:12
involving [1] - 210:19
irregular [1] - 51:1
irrelevant [6] - 5:4, 166:1, 166:4, 168:2, 169:20, 170:1
island [1] - 134:9
ISM [2] - 60:22, 132:8
isolated [2] - 71:2, 71:19
issue [22] - 4:5, 4:12, 6:12, 11:3, 14:24, 40:17, 46:22, 72:5, 102:5, 147:12, 148:23, 150:2, 169:14, 169:16, 191:8, 191:20, 200:11, 201:11, 203:17, 229:19, 261:20, 262:9
issued [9] - 8:8, 63:7, 66:9, 74:2, 143:25, 144:18, 147:15, 164:15, 168:20
issues [18] - 8:17, 65:24, 74:5, 86:21, 96:21, 113:10, 113:15, 115:2, 144:19, 146:25, 155:4, 190:8, 191:1, 191:6, 199:7, 205:4, 210:12, 225:7
issuing [1] - 162:19
item [4] - 12:21, 46:14, 189:8, 212:21
Item [2] - 169:22, 189:18
items [8] - 8:11, 9:21, 103:3, 106:21, 189:12, 209:5, 212:10, 215:22
itself [5] - 98:17, 165:16, 222:15, 248:13, 248:16

## J

JAMES [1] - 16:22
James [5] - 1:23, 2:12, 19:24, 20:11, 47:16
Japanese [1] - 210:23

Jay [1] - 17:14
JEFFREY [1] - 1:15
Jim [1] - 20:21
job [11] - 57:14, 59:10, 113:2, 113:4, 159:4, 159:23, 159:25, 162:21, 195:15, 196:10, 204:18
judge [2] - 5:4, 169:20
Judge [1] - 33:25
judged [1] - 34:5
judges [1] - 3:19
jump [1] - 163:16
juncture [1] - 84:18
jury [4] - 17:3, 17:4, 17:5, 108:2

**K**

keel [16] - 48:18, 103:16, 103:23, 103:25, 104:6, 104:11, 104:19, 117:21, 202:8, 203:5, 205:19, 206:15, 206:19, 206:22, 207:23, 208:3
keep [11] - 8:11, 30:8, 87:12, 177:13, 177:19, 178:14, 186:13, 186:22, 227:6, 227:20, 251:4
Keep [1] - 238:5
keeping [1] - 11:11
Kevin [2] - 2:7, 36:12
kick [5] - 41:20, 49:17, 175:17, 210:6, 211:18
kicker [1] - 191:18
kicks [1] - 49:6
Kim [2] - 2:16, 20:22
kind [42] - 4:4, 4:8, 4:9, 22:15, 27:4, 31:24, 41:11, 42:17, 43:15, 57:12, 58:8, 68:8, 72:20, 137:9, 156:6, 181:12, 181:14, 181:16, 182:4, 185:6, 185:18, 189:6, 201:14, 202:7, 202:17, 205:14, 212:2, 221:25, 225:1, 226:17, 227:17, 234:14, 239:4, 239:9, 251:11, 251:12, 253:16, 253:17, 257:16, 259:21
kinds [1] - 38:13
Kingdom [1] - 135:10
Kirby [67] - 7:6, 8:6, 9:9, 11:21, 18:3, 18:17, 19:4, 19:9, 19:13, 20:2, 20:22, 20:24, 21:8, 22:9, 23:8, 23:12, 25:3, 26:22, 27:10, 31:20, 35:16, 35:17, 45:6, 47:8, 47:23, 56:9, 61:15, 66:4, 68:16, 70:3, 71:5, 97:17, 116:5, 118:24, 120:19, 124:13, 137:24, 138:1, 138:3, 138:7, 138:12, 138:16, 138:20, 138:24, 164:20, 167:9, 167:11, 167:12, 167:18, 168:2, 168:17, 238:16, 240:5, 261:10, 261:11, 261:12, 261:13, 261:14, 261:15, 261:16, 261:17, 261:24, 262:3
KIRBY [4] - 1:3, 1:7, 1:18, 2:1
Klawetter [3] - 2:12, 19:23, 47:15
KLAWETTER [17] - 4:15, 7:24, 8:3, 8:15, 10:1, 15:22, 18:9, 19:7, 19:23, 47:15, 51:24, 53:12, 260:19, 261:23, 262:11, 262:17, 264:2
Klawetter's [1] - 8:24
knob [1] - 39:22
knock [1] - 5:25
knots [28] - 25:7, 29:1, 29:8, 29:10, 30:5, 30:18, 42:11, 81:25, 82:3, 83:19, 83:20, 96:6, 100:23, 101:4, 101:9, 103:1, 117:7, 117:8, 117:16, 117:22, 130:21, 148:13, 148:14, 200:20, 201:10, 201:18, 201:25
knowing [3] - 143:14, 160:7, 169:15
knowingly [1] - 30:18
knowledge [3] - 35:24, 44:3, 208:5
knowledgeable [1] - 14:18
known [17] - 34:20, 66:20, 69:10, 82:10, 104:1, 105:12, 116:17, 117:19, 118:10, 140:3, 154:14, 159:3, 205:7, 208:16, 209:17, 210:8, 210:9
knows [5] - 21:1, 22:20, 34:18, 35:1, 237:5

**L**

L.P [1] - 1:3
L45 [1] - 184:17
L53 [3] - 184:20, 184:24, 185:11
label [1] - 234:20
lack [2] - 96:22, 145:5
lacked [3] - 143:7, 145:17, 170:22
lane [68] - 32:4, 33:1, 34:22, 34:23, 67:19, 67:20, 69:4, 69:17, 69:22, 70:15, 70:16, 78:23, 83:23, 84:2, 85:9, 86:8, 90:22, 92:5, 92:21, 93:17, 93:20, 93:23, 94:23, 119:16, 121:25, 122:4, 125:2, 125:4, 125:24, 125:25, 126:16, 126:25, 127:7, 127:9, 127:19, 128:11, 128:22, 128:25, 129:7, 129:10, 129:12, 129:14, 129:22, 130:5, 130:7, 130:13, 131:13, 131:25, 163:19, 163:20, 176:11, 176:13, 186:15, 236:13, 244:8, 244:22, 247:7, 247:21, 250:11, 253:13, 253:17, 253:19, 254:3, 254:4, 254:6, 254:15, 257:1, 257:4
lanes [7] - 67:16, 68:8, 68:9, 68:11, 69:2, 69:3, 69:4
language [2] - 65:5, 79:1
laptop [2] - 22:25, 111:17
large [9] - 21:6, 48:17, 66:24, 83:11, 111:13, 136:20, 136:22, 136:24, 246:15
larger [1] - 68:12
last [11] - 11:15, 18:8, 18:23, 46:14, 89:7, 92:18, 94:3, 152:4, 191:19, 197:17, 219:15
late [1] - 45:3
latitude [1] - 34:3
Laura [5] - 2:19, 3:5, 264:12, 264:15, 264:16
law [4] - 35:23, 48:6, 109:22
laws [1] - 109:24
Lawson [1] - 51:25
lawsuit [4] - 18:10, 21:4, 52:11, 54:23
lawyer [1] - 20:12
lawyers [8] - 7:14, 15:12, 15:16, 20:5, 28:9, 32:18, 138:1, 183:18
lawyers' [1] - 7:16
lead [5] - 115:21, 118:8, 122:10, 206:19, 220:22
lead-up [1] - 115:21
leading [6] - 74:22, 113:11, 156:23, 191:13, 223:21, 224:13
leads [2] - 119:9, 195:14
leaked [1] - 11:23
least [12] - 8:25, 9:5, 14:18, 42:19, 55:14, 65:5, 121:12, 132:5, 136:14, 152:22, 243:24, 249:12
leave [10] - 6:16, 24:6, 34:10, 117:21, 149:19, 193:19, 205:14, 206:19, 224:15, 259:11
leaves [1] - 8:4
leaving [2] - 105:17, 203:5
led [9] - 95:11, 96:10, 104:6, 111:2, 131:21, 157:1, 161:14, 173:15, 173:20

left [38] - 21:24, 22:16, 23:7, 24:18, 25:10, 25:19, 26:13, 26:14, 32:13, 48:15, 48:18, 75:10, 102:25, 108:16, 114:3, 120:13, 125:10, 126:19, 129:20, 129:23, 143:23, 159:2, 174:17, 182:14, 184:1, 184:20, 185:1, 185:7, 185:12, 193:13, 193:15, 205:19, 226:18, 231:4, 231:8, 232:20, 234:16, 243:13
left-hand [1] - 226:18
leg [2] - 49:2, 100:10
legal [3] - 20:24, 156:15, 156:17
legs [1] - 101:2
length [4] - 84:12, 85:2, 135:19, 135:21
less [8] - 104:16, 104:20, 150:24, 193:10, 195:5, 203:13, 228:9, 256:21
lesser [1] - 69:12
letter [1] - 54:5
letting [1] - 11:7
level [16] - 27:11, 97:16, 98:4, 98:6, 98:17, 150:13, 190:2, 190:7, 190:8, 190:10, 190:12, 190:14, 190:15, 190:18, 190:19, 210:13
lever [3] - 104:15, 116:10, 116:20
liability [2] - 26:19, 35:25
LIABILITY [2] - 1:9, 1:14
liaison [1] - 13:15
license [11] - 57:16, 58:5, 58:7, 58:9, 58:14, 58:18, 58:21, 58:22, 59:24, 134:15, 134:23
licensed [3] - 57:19, 57:21, 58:1
licenses [1] - 37:15
lies [3] - 177:14, 178:15, 186:23
Life [1] - 109:25
lifetime [1] - 52:8
light [3] - 34:7, 117:14, 191:17
likely [7] - 62:4, 127:20, 176:11, 236:18, 240:8, 244:11, 255:12
limit [2] - 178:15, 186:22
LIMITATION [2] - 1:9, 1:14
limitations [1] - 36:2
limited [8] - 35:25, 37:19, 68:12, 120:15, 126:6, 174:1, 216:24, 248:2
limits [2] - 67:16, 177:13
Line [5] - 8:8, 48:9, 143:25, 144:18, 155:22
line [17] - 126:17, 232:20, 232:21, 232:25, 233:11, 233:13, 233:22, 234:14, 234:20, 239:20, 250:19, 250:23, 250:24, 251:1, 251:8, 251:12, 253:3
LINE [1] - 2:5
linearly [1] - 30:10
lined [1] - 83:6
lines [1] - 239:9
liquefied [1] - 21:6
liquid [1] - 37:6
list [2] - 63:24, 200:12
listed [2] - 69:2, 127:1
listen [9] - 71:1, 71:12, 76:9, 79:19, 91:6, 112:20, 225:14, 225:17, 236:2
listened [3] - 80:20, 105:13, 105:15
literally [1] - 27:24
litigation [2] - 7:16, 65:10
LLP [3] - 1:18, 1:20, 2:1
load [14] - 21:11, 107:1, 120:15, 120:20, 121:2, 153:9, 173:25, 192:3, 212:11, 212:14, 217:24, 218:20, 219:16, 220:4
loaded [15] - 21:7, 29:13, 29:14, 34:13, 48:16, 48:21, 103:7, 105:3, 119:21, 124:25, 127:12, 206:18, 208:12, 245:5, 247:23
local [4] - 65:19, 81:18, 152:17, 225:24
locally [1] - 65:1
located [3] - 67:1, 144:25, 146:6
location [4] - 109:12, 139:8, 142:11, 232:12
logbook [1] - 166:16
logbooks [1] - 170:14
logic [1] - 50:10
longitudinal [1] - 103:14
longshoremen's [1] - 15:14
look [28] - 4:6, 22:24, 23:18, 47:11, 67:8, 71:24, 73:17, 75:7, 87:18, 97:17, 100:11, 101:12, 106:11, 115:13, 116:5, 124:13, 124:14, 126:14, 127:17, 161:23, 164:3, 174:3, 178:8, 220:12, 232:10, 237:10, 251:18, 253:3
looked [3] - 164:4, 169:14, 219:14
looking [50] - 10:19, 23:11, 24:18, 28:25, 66:6, 66:7, 68:17, 70:1, 82:19, 106:23, 119:11, 124:25, 140:12, 142:16, 165:8, 165:13, 171:11, 183:1, 183:22, 184:8, 186:6, 187:1, 187:2, 189:18, 190:5, 190:12, 203:15, 213:5, 222:2, 222:4, 222:20, 223:4, 223:23, 226:17, 227:5, 230:25, 231:8, 231:25, 232:3, 232:4, 234:16, 236:22, 237:1, 238:7, 249:5, 250:18, 255:14, 256:15, 257:14, 258:21
lookout [11] - 141:12, 142:14, 143:6, 143:12, 143:13, 144:2, 145:9, 145:19, 163:24, 165:25, 172:17
looks [6] - 24:12, 87:21, 178:9, 180:19, 182:4, 231:20
lose [10] - 28:8, 28:14, 30:14, 51:19, 128:16, 249:17, 249:20, 249:23, 260:21
losing [1] - 101:8
loss [11] - 12:17, 31:13, 94:20, 116:16, 131:22, 157:17, 161:15, 173:2, 173:4, 174:22
lost [9] - 28:15, 30:7, 31:15, 31:16, 53:20, 78:20, 131:16, 155:7, 161:19
loud [1] - 133:2
Louise [1] - 1:18
Louisiana [1] - 20:9
low [3] - 98:7, 119:7
lower [10] - 23:7, 23:12, 25:2, 26:14, 39:22, 75:14, 75:17, 130:3, 211:16, 234:20
LP [2] - 1:8, 19:9
LTD [2] - 1:13, 2:11
lucky [1] - 94:12
lunch [1] - 107:24

## M

M/V [2] - 239:10, 239:20
MacLean [1] - 47:18
maimed [1] - 33:9
Main [1] - 1:20
main [23] - 28:23, 44:15, 66:21, 67:17, 67:19, 68:12, 68:22, 69:1, 69:4, 69:12, 69:17, 69:20, 69:22, 84:15, 84:16, 113:15, 118:17, 128:23, 186:11, 257:2, 257:3, 257:7
maintain [9] - 69:18, 141:11, 143:5, 144:1, 145:19, 165:25, 170:4, 170:12, 170:13
maintained [3] - 153:25, 170:6, 170:12
maintaining [3] - 142:14, 163:24, 171:6
major [2] - 74:13, 199:24

majority [3] - 17:16, 115:9, 227:17
majorly [1] - 225:11
man [1] - 54:7
management [2] - 60:22, 110:12
MANAGEMENT [2] - 2:5, 2:11
manager [1] - 57:15
MANAGER [1] - 188:20
mandated [1] - 172:4
maneuver [11] - 45:19, 85:5, 95:3, 158:14, 245:7, 246:14, 247:16, 248:5, 248:22, 253:6, 258:10
maneuverability [4] - 151:2, 173:22, 191:22, 202:24
maneuverable [7] - 99:7, 116:15, 117:17, 120:16, 153:10, 174:1, 174:22
maneuvering [10] - 38:14, 41:23, 81:23, 106:24, 107:2, 116:12, 152:19, 154:18, 192:1, 219:8
maneuvers [2] - 49:7, 258:11
manifest [1] - 95:12
manifesting [1] - 140:11
manned [3] - 37:14, 99:6, 190:25
manner [3] - 77:20, 83:7, 136:19
manning [1] - 191:1
manual [2] - 219:14, 219:15
Marie [102] - 16:12, 31:20, 31:22, 32:2, 32:9, 32:13, 32:16, 32:18, 32:22, 33:11, 33:14, 33:22, 34:11, 34:18, 35:11, 45:10, 45:12, 45:24, 46:10, 46:23, 47:3, 76:14, 76:19, 76:20, 76:22, 77:9, 79:2, 79:6, 79:20, 79:25, 80:17, 80:18, 82:19, 87:14, 88:16, 88:23, 91:8, 91:9, 119:15, 123:9, 124:4, 124:6, 125:9, 125:10, 125:19, 126:7, 126:13, 127:5, 127:8, 127:12, 128:3, 128:21, 130:23, 131:2, 131:6, 131:15, 163:17, 163:22, 165:3, 165:6, 165:18, 167:3, 168:16, 169:21, 170:5, 171:5, 200:3, 225:1, 226:3, 226:22, 227:2, 228:24, 232:24, 234:18, 235:17, 237:1, 237:3, 237:5, 237:25, 239:25, 240:9, 240:14, 240:21, 241:5, 243:6, 243:8, 243:19, 243:22, 243:24, 244:21, 244:24, 246:6, 246:9, 247:4, 247:7, 248:14, 248:22, 249:19, 249:20, 252:20, 254:18
Marie's [9] - 87:17, 89:6, 124:16, 124:24, 125:3, 200:7, 236:20, 238:6, 248:12
Marine [4] - 19:9, 20:22, 56:9, 138:2
MARINE [4] - 1:3, 1:8, 1:18, 2:1
marine [4] - 60:4, 60:10, 60:13, 60:21
mariner [10] - 45:13, 46:24, 57:17, 57:18, 58:4, 58:9, 58:14, 59:2, 59:24, 135:2
mariners [1] - 35:3
maritime [9] - 20:13, 20:14, 22:11, 27:5, 35:23, 35:25, 65:20, 135:2, 169:3
Maritime [3] - 57:10, 57:12, 109:17
marked [6] - 5:14, 68:1, 68:4, 107:10, 126:16, 126:23
marker [2] - 68:4, 69:9
markers [1] - 68:2
marks [2] - 67:17, 86:7
married [1] - 137:17
mask [1] - 13:16
masks [1] - 56:20
master [39] - 39:19, 50:2, 57:17, 57:18, 57:21, 57:24, 58:4, 58:9, 58:13, 59:4, 59:24, 60:3, 77:14, 77:21, 106:15, 106:18, 112:13, 113:16, 113:23, 114:2, 114:3, 114:20, 114:23, 115:4, 134:17, 147:23, 158:15, 168:20, 168:22, 190:21, 194:13, 194:22, 194:24, 195:2, 195:6, 195:22, 204:23, 214:24, 217:12
master's [6] - 50:1, 58:6, 60:11, 60:13, 114:15, 134:14
master/pilot [16] - 38:6, 38:17, 50:5, 105:12, 105:13, 105:15, 105:19, 105:22, 106:15, 157:22, 157:24, 158:2, 207:18, 209:8, 209:14, 213:8
match [1] - 230:11
matched [1] - 75:25
material [1] - 164:16
materials [1] - 9:2
math [1] - 257:19
matter [5] - 18:6, 29:11, 110:16, 249:16, 264:14
MATTER [2] - 1:7, 1:11
matters [2] - 22:12, 29:11
maximum [6] - 29:9, 93:6, 106:24, 120:25, 136:23, 220:11
maxing [1] - 249:11
mean [27] - 9:22, 16:4, 16:19, 18:20, 18:23, 22:13, 32:2, 34:23, 46:1, 57:18, 64:1, 69:6, 84:17, 93:13, 104:20, 153:20, 154:20, 168:18, 169:3, 169:14, 183:20, 197:4, 217:17, 236:20, 237:9, 251:15, 258:18
meaning [7] - 68:5, 104:23, 169:3, 203:17, 244:12, 246:7, 247:8
means [27] - 25:19, 32:13, 34:15, 36:5, 41:20, 42:16, 48:19, 48:22, 59:1, 101:22, 141:13, 141:17, 142:15, 145:20, 147:17, 154:5, 160:16, 160:19, 171:23, 184:24, 185:11, 192:8, 202:8, 202:16, 205:22, 243:10, 249:10
meant [6] - 49:15, 78:19, 115:18, 241:24, 243:23, 259:10
measure [4] - 7:3, 9:22, 11:3, 190:4
measurement [4] - 184:21, 185:7, 185:19, 251:3
measurements [2] - 130:4, 185:6
measures [14] - 8:9, 8:16, 8:19, 10:14, 97:15, 98:20, 98:23, 98:24, 99:8, 100:9, 189:21, 190:2, 190:4, 209:10
mechanical [1] - 2:21
mechanism [2] - 72:10, 120:19
meet [12] - 42:24, 44:4, 50:17, 50:21, 50:22, 152:9, 175:23, 204:4, 221:10, 234:18, 235:9, 250:22
meeting [41] - 42:22, 42:24, 44:20, 44:21, 45:1, 47:25, 49:4, 50:5, 50:16, 51:1, 51:4, 51:5, 53:6, 54:10, 54:12, 54:16, 54:17, 55:6, 150:11, 150:14, 152:23, 153:13, 153:15, 153:22, 156:11, 160:22, 174:12, 174:25, 175:1, 175:4, 191:5, 201:15, 203:20, 223:8, 224:15, 224:19, 229:16, 229:18, 259:3
meetings [2] - 13:9, 43:3
member [3] - 114:19, 149:22, 158:21
members [9] - 8:10,

23:6, 28:2, 28:4, 63:7, 114:25, 118:12, 147:18, 159:17
memory [1] - 77:11
memos [1] - 144:18
mention [6] - 9:16, 100:15, 106:25, 126:8, 139:23, 172:17
mentioned [18] - 68:8, 76:8, 79:10, 84:23, 89:6, 91:1, 93:16, 97:21, 98:8, 99:7, 111:19, 111:25, 173:9, 189:12, 202:4, 205:16, 212:8, 241:13
mentions [1] - 171:25
message [2] - 35:6, 35:7
met [4] - 41:13, 43:24, 51:7, 55:22
meters [12] - 127:18, 135:25, 136:2, 136:3, 136:4, 136:6, 136:7, 136:10, 136:16, 136:21, 203:8
methods [1] - 98:25
mic [2] - 170:24, 226:3
middle [8] - 29:20, 71:25, 185:18, 203:20, 239:4, 251:1, 257:4
Middlesex [1] - 60:15
midnight [2] - 195:11, 199:2
midships [1] - 83:13
midway [1] - 120:14
might [14] - 11:2, 20:8, 30:5, 37:4, 45:17, 138:6, 156:18, 168:10, 206:4, 211:9, 212:23, 230:3, 247:14
mild [1] - 4:9
mile [2] - 228:10, 231:18
miles [6] - 135:22, 228:7, 234:22, 253:21, 253:24, 258:2
mind [5] - 14:2, 30:8, 80:23, 143:6, 179:7
minimal [1] - 115:9
minimize [3] - 155:20, 155:23, 258:12
minimizing [1] - 173:2
minimum [4] - 69:7, 69:23, 99:4, 136:3
minor [1] - 4:5
minute [13] - 37:20, 56:4, 70:3, 82:13, 90:11, 92:8, 164:9, 174:11, 193:11, 233:25, 235:12, 245:4, 249:12
minutes [54] - 3:10, 3:14, 4:5, 4:18, 16:6, 24:16, 37:21, 37:22, 40:3, 50:13, 51:9, 56:4, 76:1, 81:14, 92:10, 152:15, 152:22, 153:3, 154:13, 157:9, 157:10, 157:15, 164:1, 164:2, 164:9, 165:4, 165:11, 165:13, 165:18, 166:2, 166:9, 166:11, 167:4, 170:5, 170:24, 171:2, 174:18, 176:2, 177:2, 219:25, 229:21, 232:14, 232:17, 234:3, 235:6, 235:8, 235:10, 235:23, 243:18, 251:20, 259:24, 259:25
mischaracterization [1] - 164:12
mischaracterized [1] - 214:19
miserably [1] - 53:5
Misha [2] - 2:1, 20:17
miss [1] - 189:13
missed [1] - 152:4
missing [3] - 160:25, 212:10, 228:15
misspoke [1] - 54:2
mistake [1] - 143:21
mitigate [2] - 104:3, 172:4
mitigating [2] - 97:15, 209:10
mix [1] - 22:15
mode [8] - 41:1, 159:19, 161:19, 163:4, 163:13, 173:19, 181:12, 182:23
modern [2] - 109:6, 109:20
moment [17] - 81:21, 81:24, 81:25, 91:23, 92:7, 102:3, 110:3, 118:18, 124:20, 175:18, 179:23, 223:18, 224:4, 224:8, 227:20, 235:20, 254:20
moments [3] - 74:22, 75:5, 101:8
momentum [1] - 247:25
Monday [1] - 125:18
Monday-morning-quarterbacking [1] - 125:18
money [1] - 14:12
monitor [11] - 110:24, 141:22, 144:14, 154:17, 154:18, 162:17, 162:19, 162:22, 204:18, 204:20, 217:22
monitoring [3] - 99:13, 143:13, 146:7
Montgomery [1] - 1:20
months [2] - 34:7, 37:11
Moody [1] - 20:13
moore [1] - 20:20
moot [1] - 6:12
Morgan's [6] - 41:7, 41:10, 42:3, 101:2, 211:14, 212:3
morning [15] - 4:2, 4:17, 13:14, 50:3, 113:25, 114:13, 125:18, 192:17, 193:2, 260:6, 260:20, 260:23, 261:2, 261:5, 261:7
most [17] - 3:19, 3:23, 10:23, 17:12, 58:10, 62:23, 69:24, 81:20, 109:19, 110:21, 113:17, 113:18, 113:19, 141:19, 165:22, 187:14, 190:21
mostly [3] - 136:6, 137:17, 198:22
mouth [1] - 54:6
move [15] - 25:15, 84:20, 89:2, 93:25, 122:17, 133:3, 137:18, 163:2, 164:23, 217:7, 223:12, 236:6, 246:9, 247:5, 247:6
moved [3] - 135:7, 178:1, 232:19
movement [2] - 232:25, 233:2
moves [1] - 104:15
moving [14] - 175:11, 181:16, 200:12, 205:16, 206:2, 232:7, 233:7, 233:9, 234:11, 239:12, 252:12, 260:9, 260:10, 260:11
MR [200] - 3:6, 3:25, 4:2, 4:12, 4:15, 5:2, 6:1, 6:4, 6:7, 6:9, 6:11, 6:14, 6:19, 6:20, 6:23, 6:25, 7:7, 7:12, 7:21, 7:23, 7:24, 8:3, 8:4, 8:15, 8:24, 9:9, 9:14, 9:18, 10:1, 10:16, 11:8, 11:9, 11:15, 12:12, 12:24, 12:25, 13:2, 13:3, 13:14, 13:18, 13:21, 14:2, 14:5, 14:7, 14:8, 14:9, 14:11, 14:17, 14:20, 14:22, 15:2, 15:4, 15:21, 15:22, 15:23, 15:24, 16:2, 16:18, 16:20, 16:22, 16:23, 17:8, 17:11, 17:17, 17:25, 18:9, 18:14, 19:1, 19:6, 19:7, 19:13, 19:19, 19:22, 19:23, 20:4, 23:21, 23:24, 23:25, 24:2, 24:8, 24:11, 24:13, 24:15, 36:10, 47:15, 51:24, 53:12, 108:4, 108:7, 132:22, 132:24, 133:9, 133:15, 144:4, 144:6, 144:20, 144:21, 145:21, 146:1, 146:2, 147:2, 147:3, 151:7, 151:9, 151:13, 151:16, 151:19, 164:19, 164:25, 165:1, 166:24, 167:1, 167:14, 167:16, 169:19, 170:3, 179:13, 179:15, 179:17, 179:23, 180:1, 180:5, 180:9, 180:10, 180:12, 180:15, 180:18, 180:22, 180:24, 181:11, 181:22, 181:24, 182:25, 184:5, 184:7, 184:18, 184:19, 187:12, 187:13, 188:24, 188:25, 221:15, 221:17,

230:15, 236:6, 236:9, 238:24, 238:25, 239:16, 239:17, 242:2, 242:6, 242:8, 242:9, 249:4, 249:25, 250:2, 250:7, 250:9, 251:4, 251:6, 251:7, 252:9, 252:11, 252:18, 252:19, 253:8, 253:10, 253:11, 254:10, 254:12, 254:13, 255:17, 255:19, 255:20, 256:16, 256:19, 256:20, 259:17, 259:23, 260:11, 260:14, 260:18, 260:19, 261:1, 261:22, 261:23, 262:1, 262:11, 262:17, 262:18, 262:20, 263:3, 263:8, 263:10, 263:11, 263:14, 263:17, 263:18, 264:2
MS [31] - 9:16, 56:9, 56:25, 57:4, 57:8, 61:14, 61:16, 64:3, 64:11, 64:14, 64:16, 66:3, 66:5, 78:12, 80:11, 83:1, 84:8, 85:21, 87:8, 88:8, 89:23, 91:5, 92:17, 94:2, 107:25, 108:15, 132:19, 164:11, 221:14, 261:8, 263:16
mud [2] - 34:21, 34:24
multiple [6] - 36:1, 38:12, 71:12, 72:17, 74:25, 90:16
must [3] - 99:6, 107:14, 109:5
mute [1] - 39:20

**N**

name [1] - 99:20
nap [2] - 114:7, 114:8
napping [1] - 114:5
narrow [7] - 98:1, 172:25, 173:10, 177:12, 178:10, 178:12, 186:21
National [1] - 55:8
nautical [4] - 66:8, 67:12, 86:10, 109:3
nav [10] - 153:21, 203:23, 216:10, 216:14, 216:17, 216:19, 216:21, 218:11, 218:13, 220:16
navigable [1] - 99:4
navigate [6] - 22:19, 59:15, 111:7, 112:6, 112:7, 146:15
navigating [10] - 50:11, 57:16, 83:23, 97:8, 110:22, 112:12, 118:4, 119:15, 134:2, 163:19
navigation [59] - 10:2, 27:3, 27:6, 27:21, 28:6, 39:5, 39:12, 42:13, 44:24, 49:14, 52:9, 54:24, 60:9, 60:21, 62:17, 68:12, 77:19, 81:22, 96:15, 96:16, 98:2, 101:22, 107:9, 108:22, 108:23, 109:8, 109:18, 109:19, 110:5, 110:7, 110:21, 111:25, 112:15, 116:4, 116:17, 120:14, 121:1, 132:8, 139:8, 140:6, 140:17, 141:18, 144:2, 148:3, 151:3, 152:25, 153:8, 154:9, 156:15, 163:24, 191:21, 193:5, 213:13, 217:3, 217:22, 218:22, 219:3, 219:5, 262:8
navigational [17] - 22:24, 23:13, 28:20, 35:18, 36:1, 40:25, 42:4, 115:5, 139:13, 152:10, 152:22, 161:19, 193:12, 212:11, 213:3, 213:4, 213:20
navigator [2] - 133:20, 134:1
near [12] - 67:2, 111:10, 135:12, 154:25, 157:3, 177:13, 178:14, 179:5, 186:22, 187:2, 187:18, 200:19
nearest [1] - 235:12
necessarily [6] - 117:11, 182:18, 203:11, 204:6, 220:17, 222:17
necessary [3] - 96:13, 171:21, 201:21
need [36] - 12:7, 17:6, 24:6, 25:18, 25:25, 32:10, 32:12, 34:17, 35:8, 55:15, 66:24, 73:12, 112:5, 114:13, 114:25, 142:14, 155:23, 164:11, 164:15, 181:4, 181:8, 187:20, 197:21, 211:9, 219:7, 228:3, 229:5, 235:18, 237:16, 240:15, 242:20, 242:24, 255:4, 257:22, 260:24
needed [6] - 15:10, 41:23, 50:25, 52:16, 55:19, 120:24
needs [8] - 47:2, 51:17, 84:20, 194:6, 217:22, 243:20, 244:3, 247:10
negative [2] - 199:15, 200:10
neglect [1] - 34:8
neglected [1] - 140:7
negligence [1] - 35:17
net [1] - 220:8
never [34] - 18:20, 22:4, 31:16, 45:21, 50:23, 51:12, 89:17, 89:21, 93:6, 93:7, 106:2, 106:22, 107:13, 115:22, 115:23, 123:24, 130:6, 133:6, 133:16, 133:19, 133:21, 133:25, 143:22, 143:23, 147:22, 148:21, 149:15, 150:1, 159:2, 159:16, 195:16, 205:6, 214:17, 256:10
new [4] - 37:8, 37:11, 49:10, 165:20
Newcastle [1] - 135:12
next [35] - 58:23, 59:20, 82:21, 85:6, 85:11, 87:2, 88:1, 88:3, 89:17, 92:9, 98:2, 100:1, 103:6, 104:8, 105:9, 107:3, 108:20, 115:14, 115:18, 115:25, 127:11, 141:10, 177:1, 179:16, 197:6, 199:3, 200:12, 208:25, 217:3, 226:5, 226:14, 232:17, 235:5, 239:20, 251:19
nicely [1] - 156:11
night [8] - 50:3, 113:23, 114:9, 114:15, 115:8, 115:9, 115:21, 192:17
nine [5] - 235:19, 236:2, 237:22, 237:24, 237:25
nitpicking [2] - 183:14, 183:20
NO [1] - 1:12
no-go [1] - 126:3
NOAA [1] - 66:9
nobody [4] - 32:15, 117:1, 138:12
noise [1] - 39:2
noises [1] - 239:15
non [2] - 65:20, 217:15
non-maritime [1] - 65:20
none [6] - 7:18, 15:10, 31:12, 32:15, 33:20, 55:9
nonexistent [6] - 113:1, 115:21, 217:10, 217:17, 218:4, 218:8
nonuse [2] - 108:21, 161:13
noon [1] - 115:10
normal [4] - 81:23, 176:3, 186:17, 246:12
normally [2] - 105:16, 116:19
north [5] - 24:25, 66:1, 66:22, 67:6, 70:14
note [14] - 71:25, 72:2, 72:25, 84:9, 85:11, 86:25, 87:13, 88:2, 90:23, 92:13, 93:4, 93:24, 106:21, 261:6
notebook [1] - 3:9
noted [9] - 85:22, 87:25, 100:1, 102:5, 103:6, 105:10, 107:20, 111:3, 213:1
notes [3] - 127:1, 189:13, 212:20
nothing [23] - 27:18, 35:17, 39:25, 41:1, 49:10, 51:19, 53:23, 54:2, 56:15, 83:15, 86:20, 88:2, 153:19, 170:20, 195:15, 207:3, 217:19, 218:7, 225:11, 227:10, 227:12, 264:2

notice [8] - 83:16, 85:15, 86:1, 98:25, 101:11, 107:3, 152:19, 213:12
noticed [1] - 102:8
notices [1] - 8:7
notwithstanding [1] - 170:4
November [1] - 37:10
nowhere [2] - 111:10, 154:25
NTSB [14] - 6:5, 63:2, 73:14, 73:22, 74:9, 225:4, 225:7, 225:11, 225:13, 230:6, 230:11, 230:17, 235:24, 262:6
NTSB's [1] - 226:6
Number [2] - 145:9, 189:19
number [5] - 190:10, 221:13, 235:5, 258:8, 262:18
numbers [2] - 204:12, 258:8
numerous [3] - 71:1, 110:11, 139:13
nutshell [1] - 140:16

**O**

O'Brien [2] - 2:17, 20:23
OAK [117] - 2:11, 9:10, 13:8, 18:16, 19:5, 19:24, 21:14, 21:19, 24:24, 24:25, 25:11, 26:22, 27:2, 27:5, 27:9, 27:17, 27:19, 27:23, 28:5, 28:8, 28:11, 28:13, 41:13, 42:10, 42:23, 43:1, 43:4, 43:7, 43:11, 43:20, 43:23, 44:12, 44:13, 44:16, 44:18, 44:23, 47:14, 47:25, 48:17, 49:5, 50:24, 51:9, 52:5, 54:2, 54:3, 54:9, 54:11, 54:16, 54:23, 55:3, 55:10, 55:11, 63:18, 78:8, 82:23, 84:4, 84:11, 84:23, 85:4, 136:20, 137:1, 142:4, 150:6, 152:9, 152:23, 153:13, 153:16, 153:22, 154:14, 156:12, 160:23, 173:17, 174:12, 174:19, 175:4, 177:21, 177:22, 178:1, 178:4, 178:22, 179:4, 179:19, 179:21, 180:16, 180:19, 181:14, 181:25, 182:11, 183:1, 183:5, 183:6, 183:12, 183:22, 183:23, 184:9, 185:2, 185:12, 186:10, 187:2, 188:8, 191:6, 191:15, 203:20, 222:7, 222:17, 223:20, 224:16, 224:19, 262:2, 262:3, 262:12, 262:21, 262:23, 263:1, 263:4, 263:12, 263:24
OAK's [2] - 46:7, 185:25
oath [1] - 108:14
object [11] - 13:25, 16:20, 39:4, 133:9, 144:4, 144:20, 145:21, 147:2, 164:11, 166:24, 180:18
objected [6] - 7:2, 7:4, 16:23, 17:9, 17:15, 17:16
objection [12] - 4:9, 5:7, 5:16, 5:19, 6:1, 6:7, 6:21, 7:12, 7:19, 145:22, 164:11, 262:24
objections [8] - 3:8, 4:16, 5:24, 6:3, 11:5, 16:15, 17:3, 17:12
observance [2] - 172:1, 175:14
observation [1] - 146:9
observer [1] - 134:3
obtained [1] - 58:6
obvious [2] - 158:9, 241:15
obviously [4] - 9:1, 10:20, 45:9, 47:20
occasion [5] - 78:2, 149:16, 217:9, 246:8, 248:21
occasionally [1] - 83:11
occasions [3] - 54:15, 59:12, 211:18
occur [5] - 65:25, 94:6, 95:9, 149:22, 215:5
occurred [20] - 54:11, 54:13, 55:5, 65:17, 66:1, 66:12, 66:18, 71:4, 81:4, 95:7, 95:16, 115:11, 131:24, 214:22, 215:7, 218:2, 223:19, 257:23, 259:13, 259:15
occurrence [2] - 131:13, 136:18
occurs [3] - 51:10, 118:21, 235:19
October [1] - 74:2
OF [7] - 1:1, 1:7, 1:8, 1:9, 1:11, 1:11, 1:14
offer [3] - 11:6, 16:7, 64:8
offered [1] - 5:15
officer [37] - 39:12, 89:20, 90:4, 112:4, 112:5, 112:14, 112:25, 115:6, 115:8, 115:20, 133:22, 134:21, 134:22, 134:23, 135:1, 135:3, 135:4, 135:5, 148:3, 190:20, 190:21, 193:20, 193:21, 194:13, 194:23, 195:5, 195:10, 196:7, 201:19, 204:8, 217:10, 217:12, 217:13, 218:12, 219:23
officers [5] - 37:19, 50:6, 169:1, 190:10, 190:13
official [3] - 66:8, 109:3, 111:9
often [1] - 149:2
oil [3] - 35:22, 127:12, 247:23
Oil [1] - 11:25
old [2] - 37:11, 109:5
onboard [11] - 36:24, 62:7, 62:9, 77:17, 133:6, 139:1, 146:4, 156:16, 208:2, 226:19
once [8] - 31:16, 41:19, 44:4, 147:23, 158:6, 173:6, 205:5, 214:5
one [138] - 5:7, 7:3, 8:4, 8:25, 9:5, 11:15, 11:24, 12:16, 12:17, 17:25, 21:5, 24:19, 28:3, 29:6, 33:11, 34:1, 34:8, 34:14, 35:1, 35:13, 37:19, 38:17, 38:24, 39:9, 40:3, 40:17, 40:19, 42:15, 42:24, 46:14, 49:17, 49:24, 50:6, 52:5, 55:9, 55:22, 56:21, 56:22, 60:17, 62:11, 64:8, 64:17, 64:23, 65:2, 66:7, 72:12, 72:14, 72:15, 76:10, 77:13, 84:12, 84:19, 85:2, 91:22, 98:3, 99:3, 101:22, 102:10, 104:3, 106:21, 107:5, 108:17, 111:22, 113:11, 114:4, 115:7, 115:17, 115:18, 117:11, 117:14, 126:23, 127:15, 131:10, 138:14, 139:7, 141:10, 144:19, 145:25, 149:16, 151:8, 151:10, 151:13, 155:4, 157:10, 159:6, 160:13, 161:21, 163:7, 165:8, 167:17, 171:10, 171:16, 171:20, 172:10, 173:10, 173:23, 174:19, 175:22, 176:20, 180:2, 180:12, 180:21, 180:23, 189:15, 189:24, 191:19, 192:16, 193:8, 193:10, 194:6, 195:2, 195:16, 198:17, 199:10, 200:16, 201:18, 207:10, 209:5, 215:22, 216:7, 216:14, 217:3, 217:9, 217:23, 218:15, 218:17, 219:19, 222:19, 226:14, 230:5, 232:12, 232:13, 243:12, 244:9, 245:16, 252:8, 263:11, 263:13
one-page [1] - 64:8
one-sheet [1] - 64:23
ones [3] - 30:16, 30:17, 31:14
ongoing [2] - 138:16, 173:12
onwards [1] - 101:3
OPA [13] - 13:15, 13:21, 13:24, 14:1, 14:6, 14:9, 14:10, 14:12, 14:24, 35:25, 36:2,

36:3, 36:5
open [3] - 84:5, 116:19, 126:4
opening [14] - 16:8, 17:24, 19:11, 19:16, 20:2, 36:7, 47:21, 67:21, 77:10, 103:9, 110:13, 111:4, 117:5, 151:23
openings [3] - 11:16, 16:1, 16:3
operate [1] - 138:14
operating [2] - 94:18, 154:10
operations [1] - 36:22
operators [2] - 46:19, 198:23
opine [1] - 156:24
opinion [12] - 105:8, 119:18, 123:9, 128:24, 129:4, 131:19, 141:3, 145:17, 172:6, 198:16, 248:17, 258:22
opinions [4] - 110:19, 128:23, 131:18, 169:15
opportunity [8] - 55:4, 55:7, 62:24, 68:11, 91:23, 181:7, 183:16, 183:19
opposed [6] - 11:11, 12:9, 111:13, 150:14, 175:24, 211:13
opposite [8] - 33:16, 125:12, 125:13, 190:18, 190:22, 191:10, 195:2, 234:5
opted [1] - 195:4
option [10] - 46:11, 49:16, 88:19, 128:7, 128:9, 238:12, 241:9, 241:14, 248:8, 259:8
optional [3] - 4:8, 4:22, 4:24
options [13] - 45:12, 45:17, 46:11, 47:5, 53:21, 87:24, 166:21, 238:2, 238:7, 238:9, 238:11, 241:12, 241:16
OR [2] - 1:9, 1:13
oranges [1] - 52:19
order [37] - 3:2, 16:8, 16:17, 18:1, 19:4, 38:1, 39:13, 39:14, 42:4, 58:9, 59:4, 71:8, 71:20, 73:8, 85:18, 89:21, 113:3, 116:7, 116:10, 117:2, 117:3, 147:15, 147:17, 148:4, 148:18, 148:25, 149:9, 168:17, 168:18, 197:9, 197:10, 197:11, 201:11, 256:8, 256:9, 256:12
ordered [6] - 84:13, 92:23, 116:12, 218:11, 256:1, 256:4
ordering [1] - 91:15
orders [17] - 39:10, 51:14, 91:14, 146:25, 147:12, 147:13, 149:7, 162:19, 162:21, 168:20, 168:24, 169:3, 169:11, 169:22, 204:22, 262:4
Ordinary [1] - 140:13
ordinary [13] - 37:25, 140:5, 140:8, 140:9, 140:20, 140:23, 141:4, 186:4, 196:7, 196:11, 196:16, 197:1, 197:14
Organization [1] - 109:17
oriented [1] - 78:5
original [2] - 73:6, 159:18
otherwise [5] - 105:12, 116:17, 134:9, 140:3, 171:15
ought [2] - 5:21, 18:20
outbound [12] - 36:23, 37:4, 38:16, 41:6, 49:2, 52:13, 67:20, 68:5, 68:6, 70:8, 70:10, 236:17
outcomes [1] - 45:16
outer [3] - 177:13, 178:14, 186:22
outside [6] - 67:16, 69:21, 126:18, 126:24, 127:9, 127:14
overall [1] - 136:6
overdredged [1] - 69:14
overlap [1] - 172:16
override [6] - 49:21, 49:23, 217:24, 218:20, 219:7, 219:9
overriding [2] - 112:16, 219:5
overview [3] - 66:9, 83:3, 232:1
overwhelming [1] - 38:2
overworked [1] - 190:20
own [16] - 31:13, 31:14, 40:7, 45:8, 47:1, 97:5, 98:11, 99:23, 100:21, 102:14, 102:18, 130:2, 142:24, 143:20, 231:13, 240:23
owners [2] - 35:24, 37:9

## P

P.M [1] - 1:4
p.m [5] - 24:14, 108:11, 188:21
page [14] - 64:8, 71:6, 71:7, 98:2, 98:16, 100:13, 101:13, 101:14, 107:3, 169:10, 228:21, 235:3, 238:24
Page [13] - 53:9, 53:12, 66:4, 68:16, 70:3, 71:24, 100:24, 103:13, 118:24, 124:14, 126:8, 221:15
pages [3] - 38:13, 169:11, 169:13
Pages [1] - 129:17
paid [3] - 14:13, 52:12, 52:19
Paltiyevich [2] - 2:1, 20:17
pan [1] - 10:2
PANAMA [3] - 1:5, 1:12, 2:5
Panama [1] - 19:10
paper [6] - 109:6, 109:7, 109:14, 113:16, 126:20, 126:23
paragraph [3] - 151:24, 174:3, 177:7
paralegal [1] - 20:20
parameters [1] - 101:21
parked [1] - 32:25
parlance [1] - 41:20
part [56] - 19:16, 20:12, 41:10, 42:3, 42:9, 45:6, 46:21, 47:21, 58:13, 59:10, 59:14, 61:24, 62:6, 63:1, 63:13, 65:8, 70:19, 107:1, 114:23, 118:15, 140:14, 140:15, 141:6, 141:8, 143:13, 144:24, 147:20, 147:25, 152:4, 153:14, 153:19, 155:21, 160:5, 173:10, 175:13, 180:7, 183:10, 183:12, 184:22, 186:2, 190:3, 192:24, 192:25, 203:9, 205:8, 205:14, 208:24, 211:16, 212:2, 212:4, 213:7, 215:25, 216:1, 245:24, 250:21, 256:1
Part [1] - 161:4
partially [1] - 254:2
participate [2] - 7:19, 47:19
participating [1] - 13:9
particular [7] - 87:13, 137:15, 185:13, 194:8, 216:5, 224:6, 248:23
particularly [5] - 81:10, 105:3, 194:14, 227:14, 249:16
parties [12] - 3:9, 3:18, 4:21, 7:4, 7:18, 11:24, 24:5, 24:10, 65:9, 164:13, 207:19, 225:19
partly [4] - 186:14, 188:1, 224:4
parts [3] - 198:10, 211:13, 215:21
party [7] - 11:25, 14:14, 18:19, 18:22, 31:18, 36:5, 65:12
party's [2] - 3:7, 7:2
partying [1] - 193:1
pass [16] - 83:6, 83:25, 92:12, 132:19, 136:22, 136:23, 136:24, 175:7, 221:11, 223:17, 235:9, 250:21, 258:4, 258:14, 259:5, 259:11
passage [39] - 30:16, 38:15, 39:2, 42:6, 83:10, 96:4, 96:7,

99:2, 99:13, 100:3, 100:4, 100:5, 100:7, 100:10, 100:13, 100:15, 100:20, 101:6, 101:11, 101:19, 101:22, 101:25, 102:10, 102:15, 102:18, 106:4, 106:8, 117:1, 155:15, 159:12, 162:25, 170:14, 200:13, 200:19, 201:15, 201:20, 204:20, 257:10, 261:16
passed [15] - 21:19, 27:3, 51:8, 55:22, 58:20, 84:4, 84:11, 84:24, 93:12, 93:13, 125:22, 137:6, 211:20, 229:19, 257:13
passing [45] - 21:19, 21:20, 24:25, 25:12, 27:22, 28:4, 47:24, 47:25, 49:4, 51:4, 51:5, 53:2, 54:11, 54:13, 54:16, 54:17, 55:6, 78:7, 83:6, 83:15, 84:4, 85:3, 85:5, 86:6, 91:17, 136:14, 136:17, 137:9, 137:14, 150:11, 156:11, 173:1, 173:11, 222:7, 222:24, 223:7, 223:20, 224:2, 224:3, 224:6, 234:21, 235:7, 245:17, 250:20
passings [1] - 27:25
past [7] - 65:21, 138:22, 138:25, 181:14, 222:1, 222:21, 246:2
path [11] - 82:17, 109:11, 122:23, 125:1, 125:7, 128:13, 128:18, 129:9, 131:6, 131:16, 241:15
Patrick [2] - 2:7, 2:17
pending [3] - 138:19, 169:17, 169:19
penetrate [4] - 93:23, 129:7, 129:10, 130:20
penetrated [2] - 130:12, 131:24
penetration [4] - 130:5, 130:9, 130:17, 130:20
people [15] - 3:12, 5:3, 18:16, 28:7, 28:19, 32:17, 33:9, 35:7, 44:7, 46:16, 52:8, 79:1, 80:16, 112:3, 127:22
per [14] - 81:25, 82:13, 83:19, 90:10, 101:9, 107:11, 178:5, 214:24, 214:25, 234:22, 245:4, 249:12, 253:24, 258:2
percent [8] - 12:12, 26:18, 36:4, 219:10, 219:11, 219:16, 219:18, 255:11
percentage [2] - 26:21, 31:19
perfect [6] - 27:24, 51:5, 53:2, 55:19, 55:21, 85:5
perform [3] - 96:13, 113:3, 204:7
performed [1] - 199:12
perhaps [6] - 38:1, 150:14, 194:23, 207:21, 208:5, 224:25
period [10] - 37:20, 60:6, 73:21, 164:1, 171:1, 195:20, 195:24, 195:25, 219:24, 238:8
periods [2] - 115:10, 196:1
permanent [1] - 12:16
permission [2] - 50:1, 62:21
permitted [1] - 167:25
perpendicular [1] - 250:23
person [5] - 57:24, 76:18, 113:17, 240:9
personal [10] - 22:17, 40:9, 50:18, 111:4, 111:8, 111:15, 137:21, 167:24, 168:9, 171:10
perspective [10] - 86:22, 87:17, 88:18, 94:15, 124:24, 125:3, 147:19, 158:20, 159:14, 236:20
pertains [1] - 14:1
phone [17] - 163:25, 164:3, 164:9, 165:3, 165:9, 165:13, 165:18, 166:2, 166:8, 167:4, 167:24, 168:4, 168:9, 170:5, 170:11, 170:19, 171:2
phones [2] - 169:23, 171:10
photo [1] - 261:18
photograph [2] - 116:7, 124:18
physically [2] - 129:6, 243:15
pick [1] - 189:1
picked [3] - 3:14, 170:24, 171:2
picking [1] - 4:8
picks [1] - 226:3
picture [14] - 67:9, 76:6, 78:15, 95:24, 102:7, 116:6, 118:20, 119:11, 119:13, 125:23, 126:19, 126:20, 129:24, 187:1
pictures [1] - 139:6
piece [4] - 40:20, 109:19, 141:19, 159:11
pieces [1] - 207:11
pilot [128] - 22:17, 22:18, 22:21, 23:5, 23:10, 24:18, 25:25, 32:8, 33:4, 34:14, 38:3, 38:7, 38:12, 39:11, 40:24, 43:7, 45:10, 49:1, 49:13, 50:18, 53:6, 53:13, 54:7, 55:9, 55:19, 58:25, 59:2, 59:5, 59:6, 59:8, 59:10, 59:14, 59:18, 63:18, 75:11, 77:18, 83:8, 84:13, 85:18, 87:16, 88:3, 96:13, 102:23, 103:4, 106:12, 106:13, 106:16, 106:18, 106:20, 106:22, 107:3, 107:11, 111:4, 111:5, 111:8, 111:15, 111:16, 112:5, 112:7, 112:10, 112:12, 112:13, 112:25, 113:2, 113:7, 115:22, 116:13, 116:23, 117:2, 120:2, 120:4, 120:21, 134:1, 134:18, 135:8, 135:9, 135:14, 137:15, 142:17, 145:8, 146:22, 146:23, 146:24, 147:6, 147:9, 147:10, 148:11, 154:22, 155:1, 155:5, 158:8, 158:20, 159:20, 159:21, 159:23, 159:24, 162:17, 162:19, 162:24, 171:15, 197:8, 204:23, 208:3, 208:11, 212:8, 212:14, 212:19, 213:1, 213:6, 213:9, 213:15, 213:16, 213:19, 213:24, 214:2, 214:11, 217:25, 218:20, 239:25, 240:22, 261:17, 262:3
Pilot [24] - 7:13, 76:24, 80:17, 83:9, 87:3, 87:10, 88:11, 90:25, 92:21, 93:6, 121:11, 122:8, 131:3, 143:8, 152:17, 196:13, 217:19, 236:20, 242:16, 242:20, 244:4, 244:13, 254:20, 256:10
pilot's [21] - 38:1, 40:9, 63:18, 75:11, 75:23, 81:17, 86:11, 93:19, 107:12, 111:6, 111:13, 111:14, 129:20, 146:21, 148:4, 162:21, 214:24, 214:25, 218:1, 239:21, 240:3
Pilot's [3] - 82:7, 86:13, 90:13
pilotage [4] - 58:17, 60:21, 140:9, 212:16
piloted [2] - 59:12, 147:7
pilots [88] - 17:13, 22:22, 24:20, 24:22, 27:21, 27:22, 30:18, 31:6, 32:15, 33:4, 35:1, 36:24, 37:2, 37:5, 38:7, 38:10, 38:11, 38:18, 39:21, 40:7, 40:15, 40:16, 41:5, 42:9, 44:7, 46:19, 46:20, 52:4, 52:21, 52:24, 53:25, 55:9, 63:6, 77:13, 82:23, 83:5, 91:12, 105:5, 105:11, 105:22, 105:25, 106:4, 106:8, 107:6, 107:12, 108:19, 143:22, 146:4, 146:15, 146:17, 147:9, 155:10, 158:1, 158:4, 158:7, 158:23, 158:25, 159:1, 159:6, 194:3, 194:10, 194:12, 196:2, 196:5, 204:25, 205:4, 205:6,

206:24, 207:1, 207:8, 207:24, 208:20, 209:1, 209:3, 209:13, 210:17, 211:2, 212:9, 214:2, 214:5, 214:9, 214:16, 222:22, 224:7
pilots' [2] - 43:3, 204:21
pivot [1] - 104:14
place [25] - 29:24, 45:22, 46:9, 47:25, 51:2, 55:6, 70:17, 76:18, 97:15, 98:24, 100:10, 105:16, 105:18, 111:1, 123:19, 155:22, 165:22, 174:13, 190:20, 198:25, 206:24, 213:23, 216:7, 228:6, 242:18
placed [1] - 116:21
placeholder [1] - 7:1
places [1] - 69:24
placing [1] - 163:12
plan [40] - 3:16, 8:19, 16:2, 29:3, 29:6, 29:9, 30:17, 31:14, 38:15, 42:6, 96:4, 96:7, 100:3, 100:4, 100:5, 100:7, 100:15, 100:16, 100:20, 101:7, 101:11, 101:19, 101:20, 102:11, 102:15, 102:18, 106:4, 106:8, 117:1, 122:14, 162:25, 200:13, 200:19, 201:15, 201:20, 204:20, 261:17
planned [6] - 100:9, 100:21, 101:3, 103:1, 106:5, 113:20
planning [2] - 216:19, 246:8
plans [1] - 170:14
play [33] - 3:10, 3:12, 3:14, 6:17, 16:24, 17:18, 26:8, 26:16, 50:10, 72:3, 75:22, 76:14, 77:7, 77:24, 78:2, 78:9, 79:9, 80:2, 80:5, 85:6, 87:2, 88:2, 89:17, 225:17, 236:1, 236:7, 242:6, 246:23, 249:25, 252:9, 254:10
playback [7] - 4:4, 63:19, 72:4, 75:15, 82:14, 82:15, 122:18
playbacks [1] - 63:23
played [25] - 48:2, 78:11, 80:10, 81:8, 82:25, 84:7, 85:20, 85:22, 87:7, 88:7, 89:22, 91:4, 92:16, 94:1, 156:19, 182:24, 236:8, 242:7, 250:1, 251:5, 252:10, 253:9, 254:11, 255:18, 256:18
playing [4] - 17:10, 26:17, 78:1, 251:4
plays [1] - 72:6
plenty [1] - 44:15
plots [1] - 130:2
plow [1] - 22:8
plugged [1] - 40:21
plus [1] - 185:8
plyrometric [1] - 72:12
pocket [1] - 31:7
Point [21] - 41:7, 41:10, 42:3, 63:19, 73:8, 75:24, 82:14, 87:19, 90:7, 93:20, 100:7, 101:2, 129:25, 211:14, 230:1, 230:11, 230:22, 236:22, 236:23, 262:5
point [115] - 5:19, 8:2, 9:5, 12:20, 16:11, 17:25, 23:23, 26:9, 27:4, 29:7, 34:14, 34:16, 42:4, 69:22, 75:18, 76:10, 78:4, 80:6, 80:7, 81:9, 83:10, 83:14, 83:17, 83:21, 84:13, 84:23, 85:1, 85:7, 85:24, 86:2, 86:5, 86:7, 86:15, 86:22, 86:24, 87:17, 87:21, 90:6, 90:12, 90:13, 90:17, 90:20, 91:2, 91:15, 92:3, 93:17, 94:5, 104:14, 106:14, 112:8, 112:9, 114:14, 115:12, 116:14, 118:1, 119:12, 119:15, 120:9, 123:12, 124:23, 129:22, 137:1, 153:24, 157:12, 157:13, 161:3, 162:12, 164:3, 165:14, 165:22, 166:4, 166:18, 170:18, 176:3, 176:10, 176:17, 176:21, 212:3, 223:13, 224:6, 224:24, 230:20, 231:7, 231:17, 234:21, 235:7, 235:16, 236:13, 237:3, 237:5, 238:6, 242:3, 243:6, 243:24, 245:7, 246:12, 247:17, 247:19, 248:2, 248:25, 249:13, 250:10, 250:20, 251:2, 252:20, 254:2, 254:9, 254:14, 255:21, 256:21, 256:24, 258:11, 259:6, 259:22
pointed [4] - 28:25, 41:16, 45:11, 125:21
pointer [2] - 66:13, 116:9
pointing [3] - 18:5, 18:14, 216:17
points [7] - 100:17, 108:17, 118:13, 130:5, 176:20, 224:10, 250:25
policies [4] - 8:20, 10:11, 48:7, 198:24
policing [1] - 53:25
policy [24] - 106:7, 110:8, 114:15, 114:18, 114:25, 167:10, 167:11, 168:3, 168:5, 168:7, 169:5, 169:7, 169:15, 169:21, 193:19, 193:22, 194:14, 194:21, 194:24, 198:23, 199:2, 199:5, 199:16, 204:4
Pollution [1] - 12:1
poor [12] - 29:13, 53:18, 85:16, 96:10, 104:17, 104:24, 104:25, 105:3, 205:16, 206:23, 207:12
poor-handling [6] - 29:13, 53:18, 85:16, 206:23, 207:12
port [77] - 21:24, 25:19, 30:1, 32:14, 33:7, 33:19, 34:4, 39:14, 39:15, 42:24, 43:15, 45:2, 45:20, 67:25, 68:3, 84:21, 85:18, 86:4, 86:17, 87:4, 88:6, 88:22, 88:25, 89:3, 90:7, 90:10, 91:3, 91:14, 91:15, 91:16, 91:19, 91:23, 91:25, 92:1, 92:3, 92:11, 92:21, 93:11, 121:13, 122:17, 122:18, 123:13, 124:11, 125:7, 128:6, 128:9, 135:18, 140:18, 147:7, 160:24, 162:10, 176:7, 176:11, 177:17, 221:22, 224:2, 224:8, 224:23, 229:18, 229:20, 233:12, 239:12, 245:2, 245:3, 245:5, 245:6, 247:24, 248:4, 249:11, 249:13, 253:1, 257:9, 257:12, 257:15
Port [13] - 29:2, 59:6, 134:11, 135:9, 135:17, 135:18, 135:21, 137:3, 137:11, 137:16, 148:9, 149:5, 149:11
port-to-port [2] - 42:24, 229:18
portable [4] - 22:18, 24:18, 63:18, 75:11
portal [2] - 174:15
portion [9] - 58:15, 101:16, 105:6, 105:15, 107:13, 120:17, 198:6, 211:11, 253:18
portrayed [1] - 36:19
ports [4] - 58:16, 59:3, 137:8, 140:23
position [40] - 8:8, 10:6, 33:23, 34:11, 43:21, 72:23, 75:15, 82:8, 82:17, 86:18, 86:19, 90:8, 92:9, 109:11, 110:24, 116:18, 121:1, 124:16, 125:16, 127:20, 129:21, 130:2, 141:22, 142:12, 143:14, 144:14, 146:8, 154:11, 154:18, 154:21, 154:22, 162:22, 168:12, 182:16, 182:18, 185:13, 197:22, 217:23, 234:6, 234:7
positions [4] - 101:1, 123:11, 130:16, 142:5
positive [3] - 172:1, 172:21, 175:13
possibility [5] - 91:1, 122:7, 173:7, 174:6, 213:23
possible [12] - 45:16, 71:3, 99:5, 131:7,

141:1, 170:13, 170:16, 199:24, 200:2, 203:22, 243:15, 248:1
possibly [4] - 140:17, 243:4, 243:5, 244:8
post [6] - 6:21, 8:7, 27:15, 31:25, 214:8, 214:13
post-accident [2] - 27:15, 31:25
post-incident [1] - 8:7
post-remedial [1] - 6:21
post-signature [2] - 214:8, 214:13
potential [2] - 173:2, 208:17
potentially [2] - 211:3, 256:3
power [5] - 93:6, 120:17, 210:17, 219:10, 219:11
powerful [1] - 94:6
powermetric [2] - 63:16, 75:13
powermetrics [1] - 72:22
PPU [29] - 40:8, 64:25, 73:7, 75:23, 81:17, 82:7, 86:11, 86:13, 90:13, 93:19, 111:5, 111:6, 111:13, 111:14, 129:20, 142:17, 146:11, 146:21, 146:23, 155:1, 159:21, 162:6, 162:7, 177:22, 180:12, 182:17, 182:22, 185:11, 262:3
PPUs [2] - 50:17, 158:21
practicable [11] - 177:15, 177:25, 178:16, 179:6, 183:2, 183:7, 186:24, 187:4, 187:19, 199:19, 199:20
practically [2] - 37:8, 187:6
practice [3] - 60:4, 140:13, 140:23
practices [2] - 140:9, 150:15
praise [1] - 15:12
precautions [4] - 140:5, 140:10, 140:21, 141:5
precise [2] - 171:4, 254:20
predict [2] - 130:23, 131:6
predicted [5] - 109:11, 131:15, 235:7, 250:20, 254:17
predicting [1] - 244:7
predictor [10] - 92:9, 232:8, 232:18, 233:19, 234:21, 243:17, 250:15, 250:18, 251:18, 251:21
predictors [1] - 215:15
predicts [1] - 92:9
prefer [1] - 3:20
preference [3] - 7:4, 56:25, 57:2
preferred [1] - 152:14
preferring [1] - 151:23
preliminary [2] - 73:19, 74:1
prepare [3] - 29:3, 100:6, 224:19
prepared [11] - 19:14, 30:16, 38:16, 55:25, 63:25, 64:4, 96:3, 96:5, 97:18, 206:9, 240:8
preparing [2] - 71:10, 180:6
present [5] - 12:22, 13:3, 16:4, 138:18, 246:5
presentation [1] - 18:2
presented [1] - 7:17
presenting [1] - 9:14
President [1] - 20:22
press [3] - 121:3, 121:6, 121:7
pressed [1] - 121:10
pressure [5] - 119:3, 119:4, 119:7, 221:21, 223:22
presumably [1] - 3:21
pretrial [1] - 15:16
pretty [4] - 168:8, 183:21, 225:13, 232:11
prevailing [2] - 154:5, 160:19
prevent [5] - 140:10, 195:15, 201:21, 207:1, 247:18
prevented [1] - 40:1
preventing [1] - 207:3
previous [4] - 133:4, 137:7, 228:21, 252:24
previously [6] - 125:21, 126:16, 232:8, 241:13, 243:22, 257:8
primarily [2] - 217:4, 235:14
primary [3] - 60:7, 101:22, 154:12
principal [1] - 57:14
principle [2] - 223:16, 224:5
principles [1] - 141:4
privilege [1] - 20:6
privity [1] - 35:23
probability [1] - 98:14
problem [16] - 4:24, 14:21, 28:23, 35:4, 86:16, 102:7, 103:24, 115:7, 125:4, 127:8, 180:3, 188:2, 188:3, 208:17, 236:18, 263:19
problematic [1] - 208:6
problems [1] - 95:6
procedure [2] - 97:7, 149:16
procedures [5] - 8:20, 10:11, 150:1, 155:21, 168:21
proceed [11] - 55:25, 56:24, 96:25, 116:3, 151:16, 152:1, 153:6, 174:21, 175:10, 188:23, 197:11
proceeded [1] - 41:6
proceeding [23] - 7:17, 8:13, 14:12, 32:5, 42:10, 67:25, 68:3, 70:7, 70:14, 116:3, 125:6, 152:5, 172:4, 172:25, 173:10, 177:9, 177:12, 178:10, 179:4, 186:16, 186:21, 187:2, 191:15
proceedings [1] - 264:13
Proceedings [2] - 2:21, 264:8
PROCEEDINGS [1] - 3:1
proceeds [1] - 66:22
process [6] - 26:2, 49:19, 70:22, 70:25, 75:6, 106:20
produce [1] - 71:20
produced [4] - 2:22, 65:9, 73:19, 262:20
production [1] - 65:12
professional [2] - 10:7, 60:3
profile [2] - 68:20, 69:18
program [17] - 40:10, 60:7, 107:1, 120:15, 120:21, 121:2, 121:4, 121:6, 153:9, 173:25, 192:3, 212:11, 212:15, 217:24, 218:21, 219:7, 220:4
programmed [1] - 101:21
programs [1] - 219:6
progress [1] - 12:4
project [4] - 68:23, 69:2, 69:5, 69:7
projected [2] - 82:17, 90:8
proof [2] - 18:11, 18:12
prop [1] - 31:1
propane [1] - 37:8
propane/butane [1] - 21:6
propeller [2] - 88:5, 220:20
proper [10] - 19:4, 141:11, 143:5, 144:2, 150:22, 152:2, 152:6, 153:7, 161:5, 165:25
properly [1] - 52:17
property [1] - 33:9
prophylactic [1] - 7:3
proportion [2] - 59:16, 133:8
propulsion [1] - 171:24

protected [2] - 128:24, 130:7
provide [10] - 66:9, 76:6, 96:12, 109:1, 120:12, 120:21, 120:23, 139:19, 218:19, 220:24
provided [10] - 10:4, 13:4, 41:24, 93:6, 105:20, 121:10, 121:18, 125:23, 158:10, 181:13
provides [3] - 67:12, 154:17, 220:21
proximity [3] - 119:2, 151:2, 157:3
public [2] - 14:20, 262:21
pulls [1] - 30:2
purpose [3] - 4:7, 74:24, 194:21
purposes [5] - 52:11, 96:18, 184:2, 215:3, 216:20
pursuant [2] - 193:19, 248:22
push [1] - 59:13
push-boat [1] - 59:13
pushed [3] - 30:24, 162:3
pushes [1] - 29:24
pushing [8] - 21:10, 21:11, 25:3, 29:23, 127:12, 221:21, 245:5, 247:23
put [54] - 3:22, 4:10, 6:16, 7:1, 16:11, 16:21, 17:21, 18:3, 18:8, 18:12, 20:15, 22:15, 26:20, 27:10, 31:18, 31:21, 33:22, 34:1, 34:21, 34:23, 39:19, 39:23, 39:25, 45:4, 54:8, 64:22, 89:1, 94:15, 95:18, 96:17, 97:14, 98:24, 100:10, 124:15, 127:4, 132:11, 132:17, 138:6, 147:19, 153:15, 155:22, 155:23, 170:19, 175:17, 190:1, 200:17, 200:18, 200:20, 221:24, 227:11, 230:16, 235:23, 237:14, 251:12
puts [1] - 33:25
putting [1] - 250:15

## Q

quadrant [2] - 75:10, 81:1
quadrants [1] - 80:25
qualified [2] - 60:24, 113:17
quality [1] - 5:5
quarter [2] - 65:21, 173:1
quarterbacking [1] - 125:18
quarters [5] - 172:22, 172:24, 173:11, 173:16, 175:25
QUESTION [4] - 54:10, 54:15, 54:19, 54:22
questioned [4] - 117:1, 149:22, 150:4, 218:1
questions [6] - 36:6, 133:11, 149:9, 183:17, 221:1, 230:2
quick [2] - 15:9, 186:19
quicker [1] - 134:8
quickly [6] - 45:19, 62:2, 227:22, 228:2, 237:20, 241:16
quiet [3] - 39:8, 156:6, 156:13
quite [10] - 36:18, 39:4, 45:21, 115:14, 129:8, 130:6, 190:22, 191:9, 193:1, 195:1

## R

radar [23] - 35:3, 38:20, 38:21, 39:19, 39:25, 40:13, 40:18, 48:11, 50:12, 107:17, 141:23, 154:10, 158:15, 161:5, 161:6, 161:10, 161:13, 161:18, 161:24, 163:3, 214:10, 217:4
radars [6] - 8:17, 28:20, 48:4, 107:7, 108:25, 163:12
radio [7] - 50:14, 50:22, 76:23, 76:24, 80:20, 170:19, 170:25
radios [1] - 63:23
raise [1] - 56:12
raised [4] - 175:19, 210:12, 218:12, 227:14
range [6] - 81:23, 106:25, 107:2, 116:12, 120:15, 192:1
rank [2] - 134:19, 134:20
ranking [1] - 57:24
rapidly [1] - 90:10
rare [3] - 148:2, 148:6
rate [11] - 21:18, 82:11, 82:12, 86:2, 86:3, 233:12, 245:5, 249:8, 252:21, 253:1, 256:14
rate-of-turn [2] - 82:11, 86:2
rather [3] - 34:4, 190:19, 191:8
Raven [1] - 40:10
raw [1] - 130:1
Rayzor [2] - 2:8, 15:14
re [2] - 85:14, 118:17
re-enter [1] - 118:17
re-enters [1] - 85:14
reach [2] - 69:20, 257:24
reached [3] - 32:9, 32:20, 220:5
react [1] - 256:7
reaction [2] - 150:24, 256:6
read [32] - 4:23, 5:17, 33:23, 110:13, 123:25, 124:6, 125:8, 125:14, 127:25, 128:4, 142:10, 143:17, 144:8, 144:23, 147:20, 150:5, 151:21, 156:23, 158:1, 158:17, 167:23, 178:7, 192:12, 192:20, 219:14, 235:4, 239:24, 240:2, 244:11, 244:15, 245:8, 245:10
readily [1] - 174:1
reading [6] - 73:11, 169:5, 174:8, 178:8, 240:18
ready [11] - 15:11, 15:17, 19:21, 19:22, 19:24, 87:23, 108:9, 191:24, 192:1, 239:7, 264:5
real [2] - 186:19, 220:13
realign [3] - 84:15, 84:16, 84:20
reality [2] - 27:15, 69:8
realize [2] - 47:24, 111:22
realized [1] - 145:7
realizes [1] - 88:12
realizing [1] - 224:24
really [11] - 4:7, 11:3, 75:2, 134:8, 140:22, 144:22, 175:17, 196:15, 204:25, 227:12, 239:25
reason [12] - 18:10, 28:5, 30:20, 30:22, 39:1, 55:2, 55:17, 89:8, 137:15, 191:11, 201:19
reasonable [2] - 13:6, 243:12
reasons [5] - 28:15, 49:24, 91:22, 137:21, 155:11
reassess [7] - 244:25, 247:5, 247:10, 248:5, 248:8, 248:25
reassessed [2] - 246:9, 248:9
reassessment [1] - 247:12
receive [1] - 138:6
received [12] - 58:18, 58:20, 58:22, 64:11, 65:11, 79:8, 93:7, 138:20, 158:7, 166:5, 211:7, 248:10
recess [1] - 264:7
Recess [3] - 56:6, 108:11, 188:21
recheck [1] - 228:8
recognize [3] - 39:18, 46:4, 47:7
recognized [1] - 140:11
reconstruction [3] - 60:9, 60:14, 60:22
record [19] - 3:3, 3:4, 3:20, 3:22, 5:15, 9:8, 14:20, 19:12, 56:21,

100:14, 164:16, 260:21, 260:23, 260:25, 262:12, 263:1, 264:3, 264:4, 264:13
recorded [13] - 2:21, 22:13, 27:13, 41:17, 72:11, 72:13, 72:21, 76:3, 79:15, 80:20, 81:1, 210:2
recorder [7] - 23:3, 63:15, 71:22, 75:12, 76:12, 145:5, 262:7
recording [10] - 70:24, 72:10, 76:16, 78:25, 79:10, 79:14, 79:24, 80:2, 80:5, 261:14
recordings [1] - 63:22
records [5] - 23:3, 23:5, 63:16, 71:22, 145:5
recoup [1] - 14:15
recover [4] - 53:17, 131:22, 173:3, 174:23
recovery [1] - 12:2
recreate [1] - 27:16
rectangles [1] - 232:10
red [43] - 21:24, 22:7, 25:19, 40:24, 44:12, 45:22, 55:11, 65:2, 66:20, 67:5, 67:22, 67:23, 68:1, 68:2, 70:9, 70:13, 90:21, 92:1, 92:2, 92:4, 92:11, 93:11, 119:14, 122:4, 125:4, 128:11, 128:17, 128:22, 176:15, 177:18, 178:19, 188:5, 232:10, 239:10, 239:13, 254:5, 257:1, 257:4, 257:6, 257:7, 259:13, 259:16
redirect [2] - 181:8, 188:17
reds [2] - 25:24, 32:4
reduce [12] - 26:22, 83:12, 97:15, 98:21, 99:2, 99:5, 99:9, 99:11, 162:9, 173:24, 191:9, 202:20
reduced [5] - 52:16, 104:15, 162:11, 191:4, 191:12
reduces [2] - 203:4, 203:6
reducing [1] - 99:8
reduction [3] - 98:25, 99:7, 198:6
refer [2] - 139:22, 152:12
reference [7] - 17:14, 67:21, 127:1, 137:1, 197:18, 231:7, 262:12
referenced [1] - 10:5
references [5] - 110:11, 171:20, 189:21, 205:9, 212:24
referred [3] - 38:12, 43:17, 232:8
referring [7] - 149:18, 179:8, 190:11, 235:4, 239:4, 247:22, 255:2
refers [2] - 140:12, 190:10
reflect [2] - 34:7, 233:23
reflected [2] - 214:21, 216:4
reformate [1] - 11:23
refresh [1] - 77:11
refreshing [1] - 15:16
refuse [1] - 138:8
regain [8] - 22:4, 34:20, 89:13, 94:22, 120:2, 120:5, 123:23, 176:8
regained [5] - 31:16, 45:2, 121:19, 123:24, 256:10
regard [4] - 11:2, 89:25, 111:3, 140:6
regarding [2] - 8:7, 13:24
regardless [3] - 43:2, 140:20, 223:23
regards [5] - 100:3, 117:4, 141:15, 198:6, 198:10
region [1] - 57:15
regional [1] - 57:15
regrettable [1] - 39:18
regrettably [1] - 41:1
regular [2] - 173:11, 182:23
regularly [1] - 227:16
regulation [1] - 37:1
regulations [9] - 78:22, 90:16, 110:6, 132:1, 132:6, 132:9, 132:10, 132:14, 140:17
reiterate [1] - 89:18
reject [1] - 54:25
rejection [5] - 93:22, 94:20, 119:5, 122:10, 222:8
relate [1] - 113:10
related [3] - 76:10, 101:19, 196:25
relates [3] - 125:17, 177:7, 223:18
relation [1] - 185:17
relationship [1] - 118:3
relevant [9] - 5:19, 10:13, 39:5, 81:20, 82:3, 165:21, 167:9, 181:3, 229:22
relies [2] - 159:4, 159:24
relieved [3] - 115:4, 194:19, 194:25
relocated [2] - 59:19, 59:20
remain [3] - 91:16, 128:11, 129:14
remaining [1] - 191:18
remains [2] - 234:19, 235:13
remedial [6] - 6:21, 8:9, 8:16, 9:22, 10:14, 11:3
remember [6] - 62:3, 62:9, 65:4, 147:21, 205:9, 210:24
remind [1] - 71:21
remotely [1] - 47:17
rep [2] - 23:24, 47:17
repair [2] - 11:23, 12:14
repairs [1] - 12:18
repeat [3] - 39:10, 39:13, 147:17
repeated [4] - 39:15, 39:17, 147:16, 229:12
rephrase [4] - 174:7, 184:8, 249:20, 258:17
replace [2] - 146:18, 194:13
replaced [2] - 193:20, 217:12
report [15] - 11:11, 17:15, 118:22, 118:23, 124:13, 124:15, 126:8, 132:5, 139:22, 172:20, 187:22, 230:7, 240:4, 240:5, 240:6
Reporter [1] - 2:19
reporter [2] - 56:19, 64:13
REPORTER'S [1] - 264:11
reports [17] - 7:2, 7:5, 7:8, 7:9, 61:12, 61:14, 61:17, 61:18, 66:7, 68:24, 110:14, 123:25, 127:16, 164:15, 164:17, 261:11, 261:12
represent [2] - 184:24, 185:2
representation [1] - 233:20
representatives [1] - 225:21
represented [1] - 225:18
representing [2] - 138:1, 165:2
reprimand [1] - 54:5
reps [1] - 23:25
request [23] - 11:10, 18:7, 33:15, 39:16, 62:18, 62:20, 88:4, 88:17, 88:20, 89:4, 89:12, 89:18, 90:2, 107:6, 107:12, 121:9, 155:18, 156:10, 214:14, 214:24, 214:25, 220:10, 242:16
request" [1] - 214:24
requested [23] - 38:9, 38:18, 39:7, 39:9, 39:21, 89:16, 90:1, 91:21, 93:8, 102:24, 120:7, 120:10, 120:23, 152:18, 152:19, 155:10, 196:8, 201:11, 214:9, 214:16, 214:17, 214:22, 218:19
requesting [7] - 122:16, 207:2, 207:3, 217:25, 220:14, 220:17, 220:20
requests [1] - 25:17

required [6] - 54:4, 87:23, 99:9, 109:3, 172:21, 204:23
requirement [3] - 96:16, 156:16, 156:17
requirements [2] - 28:19, 206:24
requires [5] - 110:1, 114:19, 141:11, 150:22, 154:4
requiring [1] - 41:18
reserve [1] - 31:6
reserved [1] - 116:19
resigning [1] - 92:24
respect [3] - 38:8, 54:10, 54:12
respectfully [1] - 18:7
respective [3] - 142:5, 223:13, 223:14
respond [7] - 87:23, 133:11, 168:14, 170:8, 191:25, 192:1, 192:2
responded [4] - 87:15, 165:23, 166:5, 228:24
responding [2] - 6:4, 224:25
responds [3] - 88:19, 226:14, 227:4
response [11] - 62:18, 85:19, 88:16, 121:3, 133:9, 144:4, 144:20, 145:21, 147:2, 166:25, 169:2
responsibilities [1] - 115:5
responsibility [10] - 26:21, 26:23, 31:19, 46:5, 77:21, 115:6, 140:4, 140:19, 147:1, 147:4
responsibility" [1] - 140:1
responsible [7] - 11:24, 11:25, 36:4, 36:5, 46:25, 112:15, 240:23
responsive [1] - 116:15
responsiveness [1] - 211:8
rest [16] - 4:12, 9:4, 37:3, 113:16, 114:5, 114:11, 114:14, 115:10, 187:8, 194:1, 194:7, 195:18, 195:20, 195:24, 195:25, 196:1
rested [4] - 113:19, 194:23, 195:3, 195:5
restrictions [2] - 106:17, 213:23
result [5] - 12:15, 97:1, 132:16, 245:17, 252:17
resulted [2] - 46:13, 94:20
resulting [3] - 35:22, 95:13, 131:21
results [3] - 103:8, 199:11, 200:6
retained [2] - 52:6, 138:1
retains [1] - 77:21
return [5] - 21:24, 113:24, 114:12, 114:20, 114:21
returned [3] - 193:3, 193:10, 195:22
returning [2] - 114:25, 199:6
reverse [1] - 241:19
reversing [4] - 171:23, 241:21, 241:24, 241:25
review [10] - 13:9, 13:25, 37:16, 95:5, 169:9, 199:11, 200:6, 228:16, 238:15, 239:5
reviewed [11] - 10:22, 63:9, 63:11, 63:13, 63:17, 63:20, 63:21, 65:9, 65:11, 75:1, 225:4
reviewing [1] - 73:6
revised [1] - 74:3
revolutions [3] - 88:5, 220:21, 220:24
Richter [2] - 10:3, 52:25
ricochet [4] - 22:3, 22:8, 25:24, 26:7
ricocheted [1] - 21:21
ricocheting [1] - 32:6
ricochets [1] - 26:4
ridden [1] - 10:6
ride [2] - 52:12, 192:23
right-hand [5] - 116:11, 226:17, 231:1, 232:5, 249:5
rise [2] - 188:20, 248:21
risk [61] - 11:1, 96:3, 97:5, 97:6, 97:7, 97:14, 97:16, 97:17, 97:21, 97:23, 98:6, 98:11, 98:14, 98:16, 98:20, 98:22, 98:25, 99:2, 99:10, 99:11, 99:12, 99:15, 99:23, 102:18, 103:2, 105:25, 106:9, 116:25, 131:11, 154:3, 154:6, 154:15, 156:24, 157:2, 157:6, 157:19, 158:15, 159:21, 160:7, 160:15, 160:20, 161:1, 161:4, 161:16, 161:22, 162:9, 162:11, 173:12, 175:3, 175:4, 175:9, 176:24, 189:9, 189:25, 190:2, 197:18, 197:25, 209:6, 209:9, 258:15, 261:15
risks [2] - 97:13, 98:21
river [6] - 136:9, 136:18, 136:24, 137:6, 137:14, 188:4
RIVER [329] - 2:5, 4:3, 5:8, 10:7, 12:3, 12:13, 15:5, 17:14, 18:4, 18:15, 18:18, 19:5, 19:20, 21:5, 21:16, 21:17, 21:20, 22:18, 23:1, 23:6, 24:23, 25:1, 25:6, 25:10, 25:17, 25:23, 25:25, 26:4, 26:10, 26:15, 26:19, 27:2, 27:4, 27:6, 27:9, 27:18, 27:23, 28:3, 28:8, 28:17, 28:19, 28:23, 28:24, 29:1, 30:1, 30:15, 30:24, 31:18, 32:6, 32:9, 32:24, 33:6, 33:12, 35:21, 35:22, 36:9, 36:13, 36:21, 37:6, 41:12, 42:12, 42:20, 43:14, 43:20, 43:21, 44:22, 44:25, 45:1, 46:5, 48:1, 48:4, 48:8, 48:13, 48:15, 49:3, 50:2, 50:24, 51:12, 52:5, 52:14, 53:17, 53:24, 53:25, 54:8, 54:24, 55:13, 55:18, 57:22, 59:15, 62:7, 62:10, 62:13, 62:15, 63:14, 63:19, 66:11, 70:6, 70:7, 70:25, 72:23, 76:4, 76:19, 76:21, 76:23, 77:9, 77:14, 77:18, 78:8, 78:19, 79:4, 79:5, 79:7, 80:1, 80:8, 81:21, 82:6, 82:8, 82:23, 83:8, 84:4, 84:11, 84:24, 85:4, 85:14, 85:23, 86:16, 86:19, 86:21, 86:23, 87:18, 87:22, 90:12, 90:14, 90:20, 90:21, 91:9, 92:4, 92:11, 92:20, 93:1, 93:10, 93:17, 94:19, 94:25, 95:7, 95:16, 95:20, 95:25, 96:17, 97:4, 97:18, 99:1, 99:22, 100:1, 101:5, 101:7, 102:14, 103:6, 103:21, 103:24, 104:19, 104:24, 104:25, 105:10, 105:23, 107:16, 107:20, 109:7, 110:15, 111:6, 111:20, 112:2, 112:11, 112:19, 113:6, 114:1, 116:8, 116:23, 117:9, 117:19, 117:25, 118:11, 118:14, 118:16, 119:12, 119:13, 119:19, 119:23, 120:1, 120:9, 120:20, 121:23, 121:25, 122:3, 122:13, 123:13, 123:14, 123:23, 124:4, 124:20, 124:22, 125:6, 127:23, 128:12, 128:14, 129:6, 129:9, 129:21, 130:3, 130:10, 130:12, 130:23, 131:3, 131:7, 131:16, 131:20, 132:1, 132:21, 136:20, 137:2, 139:12, 141:3, 141:14, 142:4, 142:11, 142:19, 143:18, 144:8, 144:16, 144:25, 145:13, 145:15, 146:4, 146:6, 148:3, 150:6, 152:3, 152:5, 152:9, 152:21, 154:2, 154:8, 154:21, 156:24, 160:6, 160:10, 160:23, 163:17, 165:10, 166:19, 170:1, 171:9, 171:18, 172:14, 173:13, 174:12, 175:5, 175:18, 176:4, 176:7,

176:10, 176:18, 177:5, 177:16, 178:18, 182:1, 182:4, 186:20, 188:4, 189:9, 190:16, 191:2, 196:20, 197:25, 199:12, 200:13, 206:10, 207:25, 224:16, 224:19, 224:22, 226:12, 226:19, 234:15, 234:19, 234:21, 234:23, 234:25, 235:2, 235:3, 236:16, 237:4, 239:11, 240:22, 244:1, 246:7, 247:9, 250:16, 251:25, 253:13, 254:2, 254:15, 255:21, 255:24, 256:6, 256:25, 257:9, 257:12, 257:15, 257:23, 258:3, 259:12, 261:18, 262:2, 262:3, 262:4, 262:5, 262:6, 262:7, 262:15, 263:22
RIVER's [31] - 28:9, 31:13, 49:19, 52:9, 70:20, 72:16, 73:15, 75:13, 76:11, 76:16, 83:16, 98:11, 100:20, 100:21, 102:8, 102:17, 109:21, 110:14, 116:9, 120:4, 125:8, 125:9, 125:18, 127:25, 128:20, 130:22, 131:11, 132:11, 261:15, 261:16, 261:17
Rivera [1] - 17:14
RMR [2] - 2:19, 264:16
road [3] - 28:18, 35:18, 123:15
Robert [3] - 2:12, 19:23, 47:15
rock [1] - 156:7
Rodrigues [1] - 52:1
roger [6] - 228:17, 228:19, 228:24, 228:25
role [4] - 48:3, 50:10, 96:14, 156:19
roll [1] - 156:7
Roman [1] - 178:9
room [9] - 42:18, 50:25, 55:11, 55:16, 99:6, 114:5, 190:25, 191:1, 225:16
rose [1] - 134:20
Rose [14] - 63:19, 73:7, 75:24, 82:14, 87:19, 90:7, 93:20, 129:25, 230:1, 230:11, 230:22, 236:22, 236:23, 262:5
rotate [1] - 257:23
rotation [2] - 104:14, 119:8
rounded [1] - 185:23
rounds [1] - 235:11
route [1] - 88:19
Royston [2] - 2:8, 15:14
RPM [7] - 49:22, 72:24, 93:4, 106:23, 106:24, 122:16, 219:15
RPMs [42] - 30:25, 31:6, 31:7, 31:10, 49:16, 49:20, 51:17, 81:24, 89:8, 89:9, 89:12, 89:15, 89:19, 89:25, 90:2, 91:21, 91:22, 93:5, 120:8, 120:11, 120:12, 120:13, 120:21, 120:23, 120:25, 121:1, 121:9, 121:11, 121:17, 121:19, 196:8, 217:25, 218:19, 218:21, 219:22, 219:23, 219:24, 220:3, 220:5, 220:7, 220:9, 220:10
RPR [1] - 2:19
rudder [22] - 40:5, 41:18, 49:6, 51:14, 82:5, 83:9, 83:11, 83:13, 84:13, 89:2, 89:13, 92:23, 122:17, 197:8, 197:9, 210:5, 211:8, 211:9, 211:18, 215:24, 224:11
rudders [1] - 88:21
Rule [62] - 24:1, 24:3, 90:15, 123:18, 123:19, 132:14, 139:25, 140:3, 140:16, 141:10, 141:11, 141:20, 143:16, 150:19, 151:4, 153:4, 153:5, 154:2, 154:3, 154:4, 156:21, 156:24, 160:3, 160:4, 160:7, 160:13, 160:15, 161:4, 161:7, 161:25, 171:18, 171:19, 172:8, 172:9, 172:12, 172:15, 173:5, 173:8, 173:14, 173:15, 173:16, 173:20, 174:3, 175:8, 175:12, 175:17, 177:5, 177:6, 178:24, 187:21, 188:4, 188:5, 245:8, 245:23, 245:24, 246:19, 248:23
RULE [2] - 1:8, 1:12
rule [30] - 16:16, 123:17, 139:20, 139:23, 139:25, 140:2, 140:3, 140:8, 140:22, 140:25, 141:14, 143:11, 145:9, 150:22, 151:6, 151:20, 154:8, 157:20, 172:16, 174:11, 174:16, 177:21, 178:5, 178:7, 178:19, 186:19, 245:19, 246:16, 247:5
rules [21] - 28:18, 35:18, 36:1, 110:7, 123:15, 132:1, 132:6, 132:7, 132:14, 139:13, 139:18, 139:21, 140:5, 140:17, 140:20, 151:8, 160:11, 172:18, 177:10, 245:12, 262:8
run [4] - 34:23, 122:8, 166:21
running [1] - 4:20
runs [1] - 126:17
Rusk [1] - 2:20

### S

S.A [3] - 1:6, 1:12, 2:5
safe [44] - 8:17, 29:6, 29:9, 30:17, 77:20, 96:16, 97:16, 99:4, 99:8, 100:16, 100:20, 112:15, 117:4, 117:11, 117:17, 117:23, 117:25, 128:22, 152:1, 152:5, 153:18, 153:20, 172:4, 172:5, 172:9, 172:17, 174:21, 175:10, 177:15, 177:25, 178:16, 179:6, 183:2, 183:7, 186:24, 187:3, 187:19, 191:4, 201:10, 204:20, 204:22, 245:17, 257:10
safely [4] - 32:5, 34:24, 112:6, 119:15
Safety [2] - 55:8, 109:25
safety [11] - 8:7, 48:7, 60:22, 77:22, 99:14, 109:18, 110:5, 112:16, 132:9, 209:11, 215:15
sail [5] - 57:21, 58:1, 58:14, 134:22, 206:15
sailed [9] - 133:6, 133:7, 133:17, 133:19, 133:21, 133:25, 134:17, 134:19, 134:23
sailing [5] - 58:11, 58:24, 133:22, 134:12, 137:7
sailors [1] - 198:20
salty [1] - 79:1
sandwiched [1] - 18:5
sat [1] - 112:20
satisfaction [1] - 38:9
saw [17] - 38:24, 45:21, 78:16, 78:18, 87:14, 89:1, 90:6, 92:20, 94:6, 95:19, 95:25, 115:2, 116:12, 128:12, 208:2, 226:2
scale [1] - 223:23
scaled [1] - 130:2
scenario [3] - 140:18, 244:11, 246:12
scenarios [3] - 141:1, 176:2, 244:9
science [1] - 60:3
screen [16] - 70:1, 75:10, 75:14, 88:24, 124:19, 182:1, 184:9, 186:6, 230:16, 231:14, 231:25, 232:4, 234:16, 235:4, 249:5
screens [1] - 111:14
sea [24] - 49:15, 58:24, 102:24, 106:25, 116:18, 116:19, 116:23, 118:14, 120:10, 133:22, 134:20, 134:25, 140:18, 149:2, 149:3, 152:20, 191:21, 192:2, 218:2, 218:25, 219:1, 219:3, 219:4, 219:8
Sea [1] - 109:25
seagoing [1] - 58:15
seaman [7] - 37:25, 196:7, 196:11, 196:14, 196:16, 197:2, 197:14

seamanship [8] - 10:8, 140:4, 140:21, 141:2, 172:2, 172:3, 175:14
seamen [2] - 140:13, 140:23
seat [1] - 56:18
seats [3] - 56:7, 108:12, 188:22
seaworthy [2] - 35:20, 37:13
second [38] - 15:13, 18:2, 18:21, 21:8, 78:23, 89:3, 89:20, 90:4, 94:10, 94:23, 98:16, 101:14, 112:5, 114:23, 122:10, 122:11, 122:13, 123:2, 123:3, 130:24, 131:8, 131:24, 135:3, 153:14, 167:17, 180:2, 196:7, 197:10, 201:19, 204:8, 219:23, 233:5, 233:15, 234:11, 238:24, 242:16, 245:25, 255:13
second' [1] - 18:22
secondly [2] - 111:12, 128:15
seconds [42] - 72:6, 72:9, 73:1, 73:10, 73:12, 73:25, 74:2, 74:4, 74:6, 74:8, 74:11, 74:12, 74:13, 76:1, 80:7, 81:14, 92:22, 157:11, 227:22, 230:9, 230:10, 230:12, 231:5, 231:8, 235:20, 235:24, 236:2, 237:21, 237:22, 237:24, 237:25, 240:14, 241:10, 247:20, 248:10, 248:18, 254:24, 256:4
section [6] - 29:8, 73:1, 89:18, 101:6, 101:18, 215:9
security [3] - 164:4, 165:15, 226:2
see [128] - 3:11, 4:7, 4:17, 4:21, 5:3, 6:2, 14:23, 22:16, 22:17, 23:1, 23:7, 23:9, 23:14, 23:22, 24:23, 25:4, 25:5, 25:8, 25:9, 25:10, 25:13, 25:23, 26:4, 26:7, 26:14, 27:12, 31:24, 42:7, 43:12, 44:11, 44:17, 44:23, 45:7, 45:9, 47:24, 50:19, 51:5, 51:21, 53:8, 54:6, 55:13, 78:1, 81:11, 81:12, 81:20, 81:24, 82:3, 82:5, 83:18, 83:22, 83:24, 84:3, 85:10, 86:19, 87:19, 88:23, 89:2, 90:7, 90:13, 91:24, 92:8, 93:3, 93:21, 94:8, 94:17, 95:4, 101:18, 109:14, 116:10, 124:18, 124:23, 124:24, 126:13, 129:20, 131:13, 133:3, 142:7, 142:9, 150:5, 151:20, 157:19, 164:10, 167:18, 167:23, 177:22, 179:4, 181:13, 181:17, 181:20, 181:21, 182:1, 182:13, 184:17, 186:17, 190:6, 212:17, 212:19, 212:24, 221:11, 223:18, 227:7, 227:25, 230:19, 231:2, 231:5, 231:12, 231:14, 231:19, 232:7, 232:19, 232:22, 234:1, 234:23, 239:1, 239:22, 241:11, 243:16, 245:2, 246:3, 249:6, 250:4, 250:11, 251:2, 251:3, 251:9, 251:13, 264:6
seeing [14] - 4:25, 116:5, 156:22, 162:4, 181:25, 182:13, 221:18, 226:9, 231:22, 232:1, 232:20, 254:23, 255:21
seeking [3] - 12:2, 14:12, 34:9
seem [2] - 18:13, 161:9
sees [2] - 25:9, 237:6
segment [31] - 80:2, 80:13, 81:5, 82:21, 83:4, 83:18, 84:9, 84:10, 85:6, 85:12, 85:22, 85:23, 87:1, 87:2, 87:9, 88:1, 88:3, 88:9, 89:7, 89:24, 90:24, 91:6, 91:14, 92:14, 92:19, 93:3, 93:24, 94:3, 105:17, 174:11, 191:12
segments [3] - 78:14, 79:9, 94:14
selected [1] - 75:11
sending [1] - 167:5
senior [5] - 41:4, 148:2, 149:14, 193:20, 217:12
sense [6] - 11:14, 15:19, 15:25, 79:20, 79:24, 211:17
sensor [1] - 63:17
sensors [2] - 109:10, 215:15
sentence [2] - 245:25, 248:23
separate [1] - 180:20
separation [1] - 55:21
sequence [1] - 189:6
series [1] - 83:9
serious [1] - 107:18
serve [1] - 138:15
service [1] - 13:4
services [1] - 63:22
Services [1] - 79:13
set [6] - 72:19, 77:25, 116:17, 120:24, 156:2
sets [1] - 11:21
setting [9] - 72:24, 81:20, 99:14, 116:18, 116:20, 117:15, 117:23, 152:10, 213:20
settings [6] - 72:22, 99:14, 101:20, 116:11, 116:14, 155:22
settled [1] - 14:15
setup [1] - 55:19
seven [2] - 113:21, 195:4
seven-hour [1] - 195:4
several [7] - 54:15, 60:18, 71:1, 118:12, 149:6, 160:10, 189:20
severe [1] - 30:6
severity [1] - 97:14
shadow [4] - 92:9, 233:19, 234:1, 251:18
shall [9] - 160:18, 171:22, 171:25, 177:13, 178:14, 186:22, 245:17, 246:1, 247:13
shallow [3] - 29:22, 86:8, 126:5
shallows [1] - 29:24
Shamus [2] - 2:17, 20:23
share [1] - 46:5
shared [1] - 205:6
sharp [3] - 243:13, 249:2, 249:16
sheer [65] - 22:3, 45:2, 46:9, 49:17, 51:17, 66:11, 66:17, 67:2, 78:23, 85:17, 86:4, 88:6, 91:2, 93:22, 94:23, 97:1, 113:6, 114:2, 114:4, 115:21, 116:16, 118:16, 118:18, 118:19, 118:20, 119:10, 119:19, 119:23, 120:6, 121:12, 121:20, 121:23, 122:10, 122:11, 122:13, 122:23, 123:2, 123:3, 123:22, 130:18, 130:24, 131:8, 131:14, 131:21, 131:24, 157:12, 157:13, 160:23, 162:10, 162:14, 163:4, 163:14, 174:12, 174:22, 174:23, 175:18, 176:8, 176:11, 177:17, 201:22, 221:4, 221:8, 224:23, 236:18, 255:13
sheered [3] - 31:9, 49:11, 122:21
sheering [3] - 30:23, 85:18, 88:12
sheers [7] - 49:3, 49:5, 50:12, 51:16, 120:1, 131:12, 227:17
sheet [2] - 64:23, 195:9
shell [1] - 127:3
SHIP [2] - 1:12, 2:5
ship [72] - 10:6, 21:6, 21:8, 21:17, 22:4, 22:6, 22:7, 22:8, 22:19, 22:20, 22:21, 23:2, 24:21, 24:22, 24:24, 25:11, 26:5, 26:14, 28:1, 28:21, 29:7, 29:8, 29:13,

29:16, 29:23, 30:7, 31:11, 31:17, 32:5, 32:15, 34:13, 34:14, 34:18, 34:21, 34:24, 35:24, 36:25, 42:18, 44:3, 48:16, 48:21, 48:23, 49:9, 52:12, 57:21, 57:24, 59:2, 62:21, 65:25, 66:25, 68:15, 84:12, 85:2, 99:16, 106:19, 114:20, 117:6, 120:3, 120:5, 144:17, 144:25, 154:23, 192:21, 195:22, 201:21, 205:25, 211:11, 211:15, 227:5, 247:22
Ship [30] - 22:23, 24:17, 39:3, 46:18, 52:7, 52:10, 61:3, 61:5, 61:8, 65:14, 67:10, 68:20, 77:15, 97:8, 113:18, 118:5, 133:19, 133:21, 134:1, 144:1, 144:9, 145:15, 146:6, 149:25, 150:15, 175:7, 178:11, 182:7, 187:21, 227:16
ship's [2] - 88:5, 91:12
SHIPHOLDING [3] - 1:5, 1:12, 2:5
shipley [1] - 4:13
SHIPLEY [40] - 3:6, 3:25, 5:2, 6:1, 6:7, 6:11, 6:20, 7:7, 8:24, 10:16, 11:15, 12:24, 13:2, 14:2, 14:5, 14:8, 14:11, 14:20, 15:21, 16:2, 16:18, 16:20, 16:23, 17:8, 17:17, 18:14, 19:13, 20:4, 23:24, 24:11, 24:15, 108:4, 151:9, 151:13, 179:13, 260:14, 261:1, 263:8, 263:11, 263:18
Shipley [14] - 1:19, 1:20, 17:12, 18:1, 19:13, 20:2, 36:8, 36:15, 36:18, 38:15, 43:12, 45:11, 47:20, 56:8
shipping [5] - 19:10, 66:21, 67:17, 67:19, 68:13
ships [16] - 5:11, 22:23, 25:15, 27:21, 27:22, 29:2, 34:20, 51:3, 55:21, 58:11, 59:3, 59:15, 117:6, 117:8, 118:4, 231:17
shoal [1] - 69:11
shoaling [4] - 43:18, 51:11, 51:18, 53:15
short [6] - 11:16, 80:5, 84:9, 85:25, 88:9, 196:1
shortcomings [1] - 95:10
shortly [4] - 44:25, 114:21, 224:24, 252:14
shot [1] - 23:11
show [34] - 10:10, 10:14, 16:10, 23:15, 24:17, 25:15, 26:12, 29:19, 35:16, 51:20, 66:11, 66:17, 68:21, 68:25, 75:20, 82:8, 82:16, 86:11, 89:4, 93:16, 93:18, 96:2, 116:9, 119:13, 123:11, 125:24, 126:11, 126:22, 130:4, 130:16, 206:12, 233:13, 233:14, 250:20
showing [7] - 20:14, 75:18, 125:17, 129:18, 162:7, 234:9, 235:7
shown [12] - 67:3, 68:2, 86:13, 100:23, 103:22, 109:12, 116:1, 126:21, 126:25, 129:24, 130:15, 161:24
shows [19] - 69:1, 81:16, 81:17, 81:23, 82:9, 82:15, 92:7, 93:19, 93:21, 94:9, 126:6, 126:17, 129:15, 130:9, 165:23, 170:7, 177:22, 195:10, 249:10
side [145] - 3:13, 21:21, 22:1, 22:7, 25:19, 29:18, 29:21, 43:5, 43:6, 43:10, 43:16, 44:12, 44:19, 45:22, 46:2, 55:12, 55:14, 65:2, 67:3, 67:5, 67:6, 67:18, 67:22, 67:23, 67:24, 68:1, 68:3, 68:7, 70:9, 70:10, 70:13, 75:4, 78:21, 83:24, 85:10, 86:9, 88:13, 90:9, 90:21, 90:22, 91:16, 91:19, 91:24, 91:25, 92:1, 92:2, 92:3, 92:4, 92:11, 92:21, 93:11, 94:21, 110:15, 111:16, 116:11, 119:6, 119:14, 121:13, 122:4, 122:7, 122:18, 123:13, 123:14, 125:4, 125:25, 126:5, 128:11, 128:18, 128:22, 138:21, 163:16, 175:11, 176:15, 177:14, 177:18, 177:19, 177:20, 177:23, 177:24, 178:1, 178:4, 178:16, 178:19, 178:20, 178:23, 179:5, 179:6, 179:19, 179:21, 181:17, 183:2, 183:6, 183:10, 183:13, 183:23, 184:10, 185:1, 185:12, 185:25, 186:11, 186:23, 187:3, 187:7, 187:9, 187:15, 187:16, 187:18, 188:5, 188:8, 221:22, 226:17, 226:18, 226:25, 232:5, 234:4, 236:17, 239:10, 239:12, 239:13, 243:14, 243:20, 249:6, 254:5, 257:2, 257:5, 257:6, 257:7, 257:12, 259:12, 259:14, 259:16
sight [1] - 141:12
sign [1] - 214:5
signals [1] - 21:23
signature [2] - 214:8, 214:13
signed [3] - 107:14, 214:2, 240:8
significant [10] - 45:1, 48:5, 58:15, 74:10, 93:20, 118:8, 120:17, 198:5, 201:18, 225:12
significantly [1] - 182:13
silence [1] - 107:6
silenced [3] - 214:17, 214:20, 214:24
silt [1] - 43:18
similar [10] - 40:11, 62:23, 63:15, 109:13, 129:24, 135:19, 138:17, 146:13, 146:17, 191:16
simple [3] - 144:22, 154:16, 183:21
simplified [4] - 68:19, 69:16, 69:25, 129:4
simplistic [1] - 202:18
simply [10] - 5:13, 26:22, 28:11, 45:14, 102:12, 117:2, 159:25, 204:24, 222:13, 248:1
simulations [1] - 134:3
Singapore [1] - 47:17
single [5] - 28:3, 111:1, 112:9, 169:10, 172:18
single-point [1] - 112:9
singularly [1] - 109:19
sinkage [1] - 202:20
sit [5] - 42:17, 51:21, 57:1, 166:15, 225:16
sitting [2] - 10:3, 205:25
situation [38] - 47:7, 47:8, 90:18, 95:12, 96:21, 104:18, 120:22, 127:10, 127:16, 128:16, 140:19, 170:2, 170:10, 171:22, 172:22, 172:24, 173:12, 173:16, 173:25, 174:6, 174:20, 175:9, 175:25, 176:4, 176:6, 187:20, 188:10, 194:21, 194:24, 195:1, 210:13, 210:18, 229:20, 229:22, 236:21, 246:13, 248:10, 256:25
situational [22] - 53:20, 96:22, 110:23, 143:7, 143:14, 144:12, 145:17, 161:14, 165:24, 166:6, 166:7, 167:6, 170:6, 170:8, 170:10, 170:12, 170:13, 170:22, 171:6, 171:8, 171:12, 171:14
situations [3] - 137:10, 138:14, 173:1
six [14] - 24:16, 37:11, 53:4, 59:9, 84:19, 96:6, 113:21, 135:16, 148:9, 155:16, 166:14, 166:15, 195:3, 237:21
six-hour [1] - 166:14
size [10] - 37:1, 57:19,

59:16, 104:11, 110:1, 135:19, 136:23, 137:5, 137:13, 147:9
skipped [1] - 111:22
slacken [1] - 171:22
sleep [1] - 50:7
sliced [1] - 94:7
slide [4] - 104:8, 251:17, 252:3, 253:5
sliding [5] - 233:23, 233:24, 251:16, 251:24, 253:4
slight [1] - 251:17
slightly [8] - 67:4, 67:5, 73:22, 183:25, 184:15, 253:5, 257:4, 259:16
slope [1] - 119:2
slopes [1] - 69:14
slow [7] - 104:1, 104:4, 128:10, 130:19, 150:25, 158:13, 241:19
slowed [1] - 128:3
slower [6] - 9:20, 105:7, 113:7, 260:9, 260:12, 260:14
slowing [3] - 45:18, 128:8, 241:23
slowly [1] - 32:5
sluggish [14] - 49:8, 104:1, 104:4, 105:4, 105:7, 105:23, 117:20, 158:13, 205:9, 208:12, 209:19, 212:18, 212:22, 212:23
sluggish-handling [5] - 104:4, 105:4, 117:20, 208:12, 212:18
small [4] - 68:10, 80:2, 118:7, 253:18
smaller [3] - 78:14, 79:9, 135:18
Smith [1] - 2:8
SNELL [31] - 9:16, 56:9, 56:25, 57:4, 57:8, 61:14, 61:16, 64:3, 64:11, 64:14, 64:16, 66:3, 66:5, 78:12, 80:11, 83:1, 84:8, 85:21, 87:8, 88:8, 89:23, 91:5, 92:17, 94:2, 107:25, 108:15, 132:19, 164:11, 221:14, 261:8, 263:16
Snell [8] - 1:18, 1:20, 11:18, 20:8, 56:24, 107:23, 139:11, 189:1
snippets [6] - 4:20, 4:25, 5:18, 6:5, 6:10, 6:15
software [1] - 72:4
SOLAS [1] - 132:8
sole [2] - 35:21, 35:22
solemnly [1] - 56:13
solve [1] - 35:4
sometime [1] - 195:23
sometimes [5] - 117:6, 199:24, 218:25, 221:10, 222:22
somewhat [1] - 37:18
somewhere [7] - 41:6, 41:8, 136:9, 136:10, 153:23, 228:16, 258:9
soon [2] - 199:19, 199:20
sophisticated [2] - 35:3, 225:14
sorry [45] - 24:13, 54:1, 68:22, 115:17, 135:24, 139:16, 139:24, 143:10, 148:15, 151:17, 152:4, 157:23, 158:5, 161:9, 169:5, 169:6, 170:25, 172:8, 173:5, 177:8, 177:10, 178:3, 179:1, 179:15, 180:5, 181:19, 182:11, 187:12, 187:25, 193:24, 196:23, 198:8, 200:7, 200:19, 218:16, 220:19, 225:3, 230:22, 232:3, 232:21, 237:12, 241:22, 250:18, 253:23, 255:24
sort [10] - 12:17, 18:5, 46:4, 46:16, 173:6, 208:17, 214:8, 214:13, 237:7, 244:24
Sotto [4] - 180:14, 230:14, 242:1, 249:3
sounder [1] - 203:16
sounds [5] - 13:12, 109:13, 244:16, 255:11, 263:23
source [4] - 82:7, 82:16, 129:20, 262:21
sources [16] - 48:25, 51:13, 71:17, 71:19, 73:7, 73:9, 74:25, 75:3, 75:8, 75:21, 75:23, 76:5, 81:12, 81:15, 93:10, 129:19
south [5] - 25:1, 66:22, 67:4, 70:8, 70:14
southbound [1] - 70:7
SOUTHERN [1] - 1:1
southern [1] - 118:15
space [6] - 44:1, 84:25, 105:21, 126:6, 129:13, 129:23
span [1] - 157:9
speaking [2] - 76:20, 80:16
speaks [3] - 173:5, 246:19, 248:13
specific [10] - 132:14, 145:24, 157:4, 157:5, 160:3, 201:8, 203:19, 216:5, 233:14, 250:25
specifically [5] - 148:3, 169:22, 196:4, 196:25, 211:20
specifics [1] - 208:15
specified [1] - 69:7
speculate [2] - 136:8, 152:12
speed [152] - 8:17, 21:18, 23:4, 25:7, 28:24, 29:7, 29:9, 30:8, 30:13, 31:5, 31:8, 40:5, 41:21, 42:5, 42:12, 42:15, 43:10, 49:15, 50:14, 52:16, 72:23, 78:19, 81:22, 81:24, 82:1, 82:2, 82:3, 82:9, 83:16, 83:19, 85:15, 94:19, 96:25, 98:1, 98:9, 98:12, 99:5, 99:7, 99:9, 100:16, 100:20, 101:4, 101:8, 102:24, 103:1, 103:3, 105:7, 106:5, 106:17, 106:23, 106:24, 106:25, 109:10, 110:25, 116:4, 116:18, 116:24, 117:4, 117:11, 117:16, 117:17, 117:23, 117:25, 118:3, 118:7, 118:14, 119:20, 120:9, 120:10, 130:19, 131:21, 143:8, 143:9, 143:10, 148:13, 149:2, 149:3, 150:19, 150:21, 150:22, 152:1, 152:5, 152:20, 153:6, 153:18, 153:20, 162:24, 163:8, 171:16, 171:22, 172:4, 172:9, 172:17, 173:24, 174:21, 175:10, 189:15, 189:21, 189:23, 190:5, 190:24, 191:4, 191:6, 191:9, 191:11, 191:16, 191:22, 192:2, 193:10, 198:6, 198:10, 200:17, 201:15, 202:2, 202:11, 202:15, 203:6, 215:13, 215:22, 215:23, 217:23, 218:2, 219:1, 219:3, 220:15, 220:18, 220:22, 220:23, 232:16, 234:25, 235:2, 235:3, 235:14, 249:17, 249:21, 249:23, 250:4, 250:13, 251:21, 252:12, 253:20, 258:1
speeds [4] - 42:8, 50:20, 100:9, 201:2
spend [2] - 23:14, 59:7
spending [1] - 71:10
spent [5] - 20:15, 58:11, 58:15, 58:16, 114:11
spill [1] - 35:22
split [2] - 231:25, 232:4
spread [1] - 26:23
squat [13] - 42:16, 99:20, 102:12, 151:3, 151:21, 202:12, 202:16, 203:3, 203:6, 203:7, 206:5, 206:19, 217:23
squatting [1] - 201:21
squeezed [2] - 50:25, 119:6
stability [4] - 96:11, 104:4, 104:10, 205:17
stable [2] - 104:16, 104:21
stage [1] - 101:25
stakes [1] - 127:2
stamp [1] - 262:6
stand [6] - 16:12, 54:19, 56:11, 57:1, 66:13, 108:13

*standard* [2] - 204:4, 212:21
*standards* [1] - 37:12
*standby* [15] - 39:20, 39:23, 39:25, 40:25, 96:17, 159:19, 161:18, 163:4, 163:13, 173:19, 191:19, 191:23, 191:24, 215:2, 215:3
*standing* [8] - 168:17, 168:18, 168:20, 168:24, 169:3, 169:11, 169:22, 262:4
*stands* [2] - 185:19, 264:7
*starboard* [62] - 22:1, 31:2, 32:25, 33:7, 34:4, 35:12, 43:16, 44:12, 45:4, 45:18, 55:12, 55:14, 67:3, 67:25, 68:7, 83:24, 84:14, 85:10, 85:19, 85:23, 92:23, 122:22, 125:19, 126:3, 126:5, 126:9, 126:12, 127:5, 175:11, 177:14, 177:19, 177:20, 177:24, 178:1, 178:4, 178:16, 179:6, 183:2, 183:6, 186:23, 187:3, 187:18, 221:21, 225:1, 229:17, 234:4, 241:17, 255:22, 255:23, 256:2, 256:5, 256:8, 256:9, 256:12, 256:13, 259:3, 259:5, 259:12
*starboard-to-starboard* [2] - 229:17, 259:3
*start* [23] - 13:20, 20:25, 22:14, 37:22, 43:22, 66:19, 72:12, 78:1, 78:6, 80:3, 80:6, 80:7, 85:17, 97:3, 108:9, 133:4, 151:23, 175:20, 185:6, 231:22, 239:9, 242:4, 260:5
*started* [11] - 23:16, 30:21, 42:25, 47:10, 56:5, 95:8, 169:20, 207:22, 241:11, 253:23, 257:16
*starting* [6] - 86:16, 211:13, 222:1, 223:2, 223:12, 251:16
*starts* [10] - 18:1, 26:5, 26:6, 32:6, 51:15, 78:7, 86:2, 175:21, 230:18, 234:1
*statement* [4] - 20:3, 47:21, 111:4, 214:11
*statements* [7] - 5:13, 16:9, 17:24, 19:11, 67:21, 77:11, 103:10
*states* [2] - 140:16, 219:15
*STATES* [1] - 1:1
*States* [1] - 58:14
*station* [7] - 156:7, 192:23, 216:10, 216:14, 216:17, 216:19, 216:21
*status* [1] - 191:23
*statute* [1] - 36:2
*stay* [1] - 43:16
*staying* [1] - 125:4
*steep* [1] - 29:21
*steer* [4] - 48:24, 49:9, 52:17, 83:12
*steerage* [1] - 220:24
*steering* [6] - 62:14, 62:16, 62:22, 104:9, 104:15, 212:25
*stenography* [1] - 2:21
*step* [3] - 58:23, 59:20, 260:3
*stepping* [1] - 149:19
*stern* [31] - 30:2, 44:5, 52:17, 52:18, 103:17, 103:18, 104:5, 117:15, 119:9, 129:22, 191:17, 205:23, 206:1, 206:25, 221:10, 222:3, 222:20, 222:23, 222:25, 223:4, 223:7, 223:8, 234:4, 234:9, 257:25, 258:7
*sterns* [1] - 223:14
*Steven* [2] - 16:9, 56:10
*STEVEN* [1] - 57:5
*stick* [5] - 148:13, 148:14, 157:20, 158:24, 226:25
*still* [30] - 83:14, 87:18, 87:21, 87:25, 89:3, 108:14, 120:16, 122:16, 128:13, 128:17, 184:13, 198:24, 201:11, 212:4, 219:4, 233:17, 233:24, 236:16, 239:18, 244:22, 247:6, 247:21, 252:16, 253:16, 253:17, 253:19, 254:5, 254:6, 255:11, 257:1
*stipulated* [1] - 14:19
*stipulation* [5] - 11:19, 12:5, 13:24, 14:23, 15:8
*stop* [23] - 34:24, 40:20, 65:4, 80:12, 83:2, 128:10, 128:15, 181:22, 184:5, 184:18, 236:7, 241:19, 241:25, 242:8, 247:25, 250:7, 251:6, 252:18, 253:10, 254:12, 255:19, 256:17, 256:19
*stopped* [11] - 32:25, 35:13, 92:22, 94:5, 128:3, 137:15, 210:14, 242:10, 250:10, 251:8, 256:21
*stopping* [7] - 34:3, 45:18, 171:23, 241:21, 241:24, 241:25, 259:22
*storm* [1] - 192:21
*story* [2] - 35:10, 192:25
*straight* [8] - 42:3, 134:18, 212:2, 212:4, 242:21, 242:24, 243:7, 255:4
*straightaway* [1] - 55:20
*straighten* [1] - 31:11
*straightens* [1] - 41:11
*Strasburger* [2] - 1:23, 2:2
*Street* [4] - 1:20, 2:2, 2:8, 2:20
*stress* [2] - 98:16, 98:18
*stretch* [1] - 47:22
*strict* [1] - 198:24
*strongly* [3] - 110:19, 124:9, 125:15
*struck* [2] - 127:22, 246:14
*stuck* [1] - 192:21
*study* [3] - 60:5, 60:6, 60:7
*stuff* [1] - 47:20
*style* [1] - 59:13
*subject* [3] - 134:7, 138:9, 208:25
*subjected* [1] - 223:14
*submerged* [2] - 126:24, 127:2
*submission* [3] - 7:2, 7:13, 12:23
*submissions* [1] - 17:13
*submit* [3] - 7:5, 12:6, 44:23
*submitted* [2] - 4:23, 7:15
*subparagraph* [1] - 140:12
*subsection* [1] - 245:25
*subsequent* [5] - 8:9, 8:16, 9:22, 10:14, 11:3
*subsequently* [3] - 96:4, 143:25, 173:17
*substitute* [1] - 195:4
*substituted* [1] - 216:14
*successful* [2] - 91:20, 91:25
*suction* [9] - 30:2, 44:6, 44:9, 119:8, 221:9, 222:4, 222:22, 223:14, 224:9
*sudden* [1] - 34:1
*suddenly* [1] - 34:8
*sued* [2] - 18:9, 18:15
*suffered* [1] - 94:23
*sufficient* [1] - 202:22
*suggest* [12] - 12:5, 18:4, 28:7, 47:23, 49:24, 50:9, 52:20, 142:19, 152:15, 170:22, 171:7, 233:8
*suggested* [7] - 38:15, 50:24, 147:12, 164:20, 212:10, 217:10, 241:1
*suggesting* [5] - 18:11, 27:19, 83:13, 234:7, 237:24
*suggestion* [10] - 19:1, 48:3, 52:24, 55:11, 55:22, 147:15, 148:18, 161:8, 196:16, 210:22

suggestions [2] - 37:18, 37:24
suggests [3] - 42:17, 88:14, 211:2
Suite [6] - 1:21, 1:24, 2:3, 2:9, 2:14, 2:20
sum [1] - 131:18
summarize [5] - 26:24, 95:19, 161:12, 168:15, 237:18
summary [4] - 78:16, 94:16, 95:24, 151:5
superintendent [1] - 48:9
supplement [1] - 229:14
supplemented [1] - 228:15
supplied [1] - 9:6
support [1] - 113:3
supposed [11] - 29:20, 30:11, 32:3, 32:4, 35:2, 35:6, 68:9, 70:17, 84:1, 178:5, 218:9
surveyor [2] - 57:14, 59:22
sustained [3] - 12:14, 145:23, 174:12
Sutton [1] - 227:9
swear [1] - 56:13
swing [4] - 86:17, 87:4, 92:25, 93:1
swings [1] - 234:4
switch [4] - 107:8, 158:14, 194:6, 195:8
switched [8] - 53:11, 96:18, 107:11, 110:4, 143:24, 214:25, 215:4, 215:8
sworn [2] - 56:12, 57:6
synced [2] - 75:22, 75:24
synchronization [1] - 72:4
synchronize [1] - 75:3
synchronized [2] - 73:8, 76:6
system [41] - 28:20, 38:23, 40:21, 63:15, 75:13, 75:15, 81:19, 82:14, 82:15, 83:22, 89:4, 90:8, 93:21, 109:3, 109:9, 109:12, 110:3, 110:12, 111:9, 111:11, 111:13, 114:24, 115:23, 116:8, 121:4, 129:25, 145:4, 146:18, 146:23, 155:21, 159:3, 159:16, 159:17, 161:6, 161:24, 180:20, 195:17, 216:11, 218:20, 237:6
systems [9] - 8:18, 60:23, 107:11, 108:24, 110:2, 143:24, 158:15, 161:14, 162:1

**T**

table [5] - 20:10, 53:11, 101:15, 106:23, 213:4
tables [1] - 18:6
takeaway [1] - 69:22
tanker [2] - 207:25, 208:17
tankers [10] - 48:18, 61:11, 206:18, 206:21, 207:7, 207:9, 207:15, 207:20, 208:14, 208:16
tape [1] - 236:1
Targa [2] - 36:22, 48:16
target [2] - 250:25, 256:3
targets [1] - 161:10
team [40] - 20:12, 36:12, 96:23, 102:22, 111:2, 111:3, 111:19, 111:24, 112:1, 112:3, 112:6, 112:8, 112:18, 113:1, 113:3, 113:5, 113:6, 113:10, 113:12, 115:16, 115:24, 121:3, 140:9, 144:24, 148:10, 155:5, 158:21, 159:17, 159:24, 159:25, 171:14, 204:16, 204:17, 204:18, 204:24, 210:20, 210:21, 217:8, 225:16, 225:18
technically [1] - 220:23
TECHNICIAN [1] - 53:10
telegraph [8] - 116:7, 116:17, 116:20, 117:23, 120:24, 121:4, 152:20, 261:18
temporary [1] - 12:16
ten [9] - 56:4, 58:24, 134:20, 134:25, 135:1, 164:9, 187:7
ten-minute [1] - 56:4
tended [1] - 30:1
tendency [3] - 202:16, 207:15, 207:21
tends [3] - 42:17, 44:8, 48:22
tens [1] - 27:24
tentatively [1] - 3:21
term [3] - 27:5, 69:5, 118:19
terminal [5] - 36:22, 38:5, 41:3, 48:16, 174:16
terminology [1] - 64:9
terms [28] - 4:4, 18:2, 18:5, 36:19, 37:2, 44:1, 44:21, 47:3, 47:4, 63:25, 64:6, 64:21, 64:24, 64:25, 65:3, 68:15, 76:21, 77:25, 92:1, 126:11, 135:19, 135:25, 136:5, 160:7, 218:9, 220:13, 232:11, 235:14
test [6] - 62:14, 62:16, 62:22, 62:24, 199:11, 200:6
tested [2] - 199:25, 200:3
testified [24] - 10:4, 43:8, 47:1, 57:6, 60:16, 60:18, 60:19, 60:20, 105:5, 143:22, 149:24, 170:9, 174:24, 197:13, 201:19, 203:15, 204:8, 205:4, 209:15, 217:20, 226:21, 232:24, 243:22, 257:8
testify [5] - 7:8, 32:16, 45:24, 56:20, 195:21
testifying [3] - 52:2, 52:3
testimony [61] - 5:5, 5:12, 29:12, 40:16, 42:7, 46:15, 53:13, 54:19, 55:7, 56:13, 63:8, 64:20, 65:6, 112:21, 139:11, 141:6, 142:3, 142:6, 142:10, 142:18, 143:18, 143:21, 144:8, 144:11, 144:15, 144:23, 146:3, 146:7, 147:21, 147:25, 149:12, 150:5, 154:24, 156:23, 158:1, 158:7, 158:17, 159:8, 163:3, 163:10, 167:3, 168:15, 171:5, 174:25, 192:13, 192:15, 192:24, 196:9, 204:11, 206:21, 209:19, 212:21, 227:9, 238:6, 238:10, 243:3, 244:13, 248:3, 248:7, 248:13, 248:16
Texas [6] - 1:21, 1:25, 2:3, 2:9, 2:14, 2:20
TEXAS [1] - 1:1
textbook [8] - 21:19, 27:23, 43:3, 48:1, 53:2, 54:17, 174:24, 175:1
texts [1] - 167:5
THE [106] - 1:7, 1:11, 1:15, 3:4, 3:24, 4:11, 4:14, 4:20, 5:23, 6:13, 6:18, 7:10, 7:20, 7:22, 8:1, 8:14, 9:7, 9:12, 9:25, 10:25, 11:13, 13:12, 13:16, 13:19, 14:4, 14:23, 15:3, 15:7, 15:25, 16:14, 16:19, 17:2, 17:23, 18:25, 19:2, 19:8, 19:17, 19:21, 20:1, 24:1, 24:3, 24:10, 24:12, 24:14, 36:8, 47:13, 51:23, 56:2, 56:7, 56:11, 56:17, 56:18, 57:2, 64:10, 64:12, 64:15, 107:23, 108:1, 108:6, 108:8, 108:12, 132:20, 133:11, 133:13, 133:14, 145:22, 151:12, 151:15, 151:17, 164:23, 169:17, 169:24, 179:16, 179:25, 180:3, 180:6, 180:21, 180:23, 180:25, 181:2, 181:4, 181:6, 181:7, 181:10, 187:10, 188:11, 188:18, 188:19, 188:22, 259:21, 260:1, 260:4, 260:5, 260:16, 260:20, 261:4, 261:20,

261:24, 262:9, 262:15, 262:24, 263:7, 263:21, 264:3, 264:5
theme [1] - 99:12
themes [1] - 99:3
themselves [4] - 46:20, 52:24, 53:25, 107:8
thereafter [3] - 97:2, 193:16, 224:24
therefore [1] - 193:4
Thibodaux [1] - 20:9
thinking [2] - 238:7, 241:12
thinks [3] - 40:17, 212:23, 255:12
third [5] - 14:14, 18:19, 18:22, 49:11, 135:3
third-party [2] - 14:14, 18:19
thousands [2] - 27:25, 58:16
three [33] - 21:1, 21:3, 23:18, 37:20, 37:21, 37:22, 40:3, 41:8, 51:9, 52:10, 60:6, 61:18, 63:8, 75:23, 92:8, 92:10, 93:10, 157:9, 157:10, 157:15, 172:10, 174:11, 174:18, 176:2, 177:2, 232:14, 232:17, 233:25, 234:3, 237:20, 243:17, 251:19, 261:11
three-minute [4] - 37:20, 92:8, 174:11, 233:25
threw [2] - 30:3, 172:9
throttles [3] - 88:21, 88:24, 89:1
throughout [3] - 37:24, 43:4, 164:1
throw [1] - 31:19
thrust [8] - 31:1, 89:13, 93:7, 120:8, 121:13, 220:17, 220:21, 220:22
Thursday [1] - 260:17
tide [1] - 82:2
tight [2] - 39:3, 43:16
tighten [1] - 43:10
time-synced [1] - 75:24
timeframe [4] - 152:8, 153:12, 160:8, 238:11
timing [4] - 71:25, 73:1, 75:21, 200:5
title [1] - 57:14
titled [1] - 140:1
TO [1] - 1:4
today [15] - 9:15, 20:7, 33:20, 47:19, 54:19, 61:17, 64:6, 64:20, 65:3, 65:6, 67:22, 109:20, 118:19, 259:18
together [12] - 22:15, 64:23, 72:3, 75:22, 95:19, 97:13, 127:4, 172:18, 204:23, 225:16
tolerance [1] - 198:22
tomorrow [9] - 47:18, 260:5, 260:17, 263:9, 263:18, 263:20, 263:24, 263:25, 264:6
tons [1] - 128:19
Tony [3] - 45:10, 80:17, 80:18
took [36] - 41:15, 42:2, 45:22, 46:9, 47:25, 49:2, 66:11, 71:9, 75:17, 76:18, 78:23, 105:18, 107:7, 113:6, 114:1, 119:23, 120:6, 122:13, 130:1, 130:17, 152:11, 157:12, 157:13, 162:10, 165:21, 166:22, 172:8, 173:22, 174:13, 175:18, 177:17, 190:20, 211:6, 212:1, 217:19, 228:6
tool [2] - 69:25, 110:22
tools [4] - 154:12, 160:1, 161:25, 173:23
top [20] - 21:5, 22:16, 23:1, 23:18, 24:18, 25:4, 25:5, 46:20, 66:19, 69:13, 70:8, 101:15, 139:19, 182:1, 221:25, 222:18, 232:13, 234:14, 235:3, 250:4
total [4] - 16:5, 34:9, 63:8, 185:17
totally [2] - 107:17, 162:24
touch [1] - 76:9
touched [2] - 107:5, 172:2
tow [17] - 21:8, 25:3, 46:1, 78:24, 93:11, 94:11, 127:19, 127:20, 128:16, 130:6, 130:10, 166:14, 231:23, 232:7, 233:1, 233:16, 257:25
toward [1] - 25:24
towards [19] - 32:7, 70:8, 78:23, 84:20, 88:12, 90:22, 92:25, 93:1, 94:23, 119:9, 119:14, 122:22, 139:11, 239:4, 243:20, 255:10, 255:24, 258:24, 258:25
towing [1] - 68:10
tows [2] - 61:11, 69:11
track [1] - 260:22
tracking [1] - 26:13
tracks [1] - 100:8
traffic [2] - 63:22, 68:9
Traffic [1] - 79:13
trained [3] - 35:7, 37:14, 46:24
training [5] - 37:15, 54:4, 58:8, 58:13, 111:12
transcribe [1] - 71:3
Transcript [1] - 2:22
transcript [52] - 70:20, 70:23, 70:24, 70:25, 71:6, 71:8, 71:11, 71:16, 71:20, 71:24, 73:2, 73:4, 73:5, 73:9, 73:10, 73:11, 73:14, 73:17, 73:18, 73:19, 73:20, 74:1, 74:3, 74:9, 74:16, 74:19, 152:13, 225:5, 225:8, 225:11, 226:6, 226:7, 227:22, 228:18, 228:20, 228:22, 230:1, 230:4, 230:6, 230:7, 230:10, 230:11, 230:17, 230:18, 230:20, 235:24, 242:15, 247:3, 261:13, 264:13
transcription [1] - 2:22
transcripts [3] - 5:14, 230:8, 262:7
transit [11] - 49:2, 49:5, 77:15, 97:10, 101:2, 105:6, 107:1, 113:21, 114:3, 204:19, 209:12
transited [2] - 52:15, 109:4
transiting [1] - 99:16
transition [5] - 69:4, 69:16, 84:5, 109:16, 115:19
transits [6] - 52:6, 52:11, 52:13, 52:18, 126:15, 149:25
translate [1] - 65:20
Transportation [1] - 55:8
travel [1] - 68:9
traveling [4] - 22:3, 42:8, 70:6, 70:12
Travis [1] - 2:13
Trevor [1] - 53:8
TRIAL [1] - 1:15
trial [18] - 7:5, 8:21, 10:17, 11:1, 15:11, 15:15, 17:2, 17:3, 18:21, 19:8, 19:14, 19:21, 19:25, 35:15, 36:3, 37:24, 43:4, 56:14
tried [4] - 27:16, 176:23, 177:1, 177:3
trim [20] - 48:22, 52:17, 96:9, 103:8, 103:9, 103:10, 103:14, 103:20, 103:22, 104:5, 104:7, 104:13, 163:8, 191:17, 205:16, 206:25, 207:2, 208:7, 208:21
trimmed [6] - 52:18, 103:17, 103:19, 117:15, 117:20, 117:21
truck [3] - 165:20
true [11] - 12:19, 129:1, 135:21, 136:13, 195:2, 203:9, 215:1, 224:4, 249:1, 249:15, 249:18
truly [1] - 10:1
truth [3] - 56:14, 56:15

try [11] - 20:19, 45:4, 65:4, 120:5, 122:15, 163:2, 182:20, 221:11, 225:2, 225:24, 226:7
trying [30] - 11:19, 13:11, 14:5, 14:15, 26:20, 27:9, 27:10, 34:19, 35:4, 47:12, 87:11, 87:22, 91:14, 95:1, 136:25, 153:17, 157:20, 158:24, 165:19, 176:8, 189:13, 192:20, 192:23, 216:2, 221:3, 227:5, 227:20, 241:25, 247:1, 252:7
Trying [1] - 228:23
tug [15] - 21:8, 21:10, 23:8, 46:2, 47:9, 61:11, 94:10, 127:21, 127:22, 129:14, 233:8, 257:6, 257:17, 257:25, 258:16
tugboat [11] - 45:5, 46:19, 46:22, 58:1, 168:25, 234:12, 253:17, 253:18, 254:6, 254:8, 258:19
tugboats [2] - 59:11, 59:12
tugs [1] - 25:8
turn [44] - 31:2, 38:20, 39:21, 39:22, 41:21, 43:5, 43:6, 43:9, 43:15, 43:22, 51:15, 61:19, 65:13, 66:24, 82:11, 84:18, 84:21, 86:2, 86:3, 88:22, 88:25, 89:5, 89:6, 90:7, 91:3, 108:21, 212:4, 233:12, 234:1, 243:15, 243:18, 245:2, 245:5, 247:24, 249:2, 249:8, 249:16, 251:16, 252:17, 252:21, 253:1, 253:23, 256:14, 257:15
turned [19] - 8:18, 28:20, 28:21, 41:9, 48:4, 50:12, 102:4, 109:21, 110:9, 110:16, 155:11, 159:1, 159:3, 162:4, 214:10, 214:18, 248:4
turning [21] - 82:12, 82:13, 85:17, 90:10, 186:3, 186:5, 186:16, 209:22, 223:17, 233:17, 233:23, 245:3, 245:6, 249:12, 249:21, 251:11, 251:24, 253:2, 255:23, 256:9, 256:13
turnover [3] - 41:14, 41:17, 209:25
turns [9] - 37:2, 41:18, 50:5, 127:5, 210:6, 211:13, 212:5, 249:16, 252:4
twice [6] - 30:11, 30:12, 32:12, 32:14, 34:16, 41:19
two [80] - 5:11, 11:21, 17:13, 20:7, 21:2, 21:10, 24:19, 24:20, 24:21, 25:3, 35:1, 36:23, 36:24, 37:1, 37:4, 40:25, 41:4, 41:8, 44:2, 44:4, 46:2, 49:3, 49:5, 49:24, 50:12, 51:9, 52:4, 52:5, 62:5, 62:11, 65:2, 68:22, 72:8, 80:14, 81:15, 82:22, 82:24, 85:25, 111:13, 113:15, 122:14, 127:12, 130:16, 135:7, 136:14, 136:16, 136:19, 137:5, 137:13, 172:9, 185:16, 185:22, 188:11, 194:3, 194:10, 194:19, 195:20, 196:1, 198:21, 199:17, 200:1, 209:23, 219:24, 220:4, 223:17, 230:8, 230:21, 230:25, 231:17, 232:10, 235:6, 235:8, 235:10, 245:5, 247:23, 251:19, 258:21
two-way [1] - 136:19
Tyne [9] - 59:6, 135:9, 135:17, 135:21, 137:3, 137:11, 137:16, 148:9, 149:5
type [13] - 13:4, 57:19, 59:16, 107:1, 110:1, 111:10, 133:7, 133:8, 182:7, 206:17, 216:22, 217:2, 227:19
types [5] - 58:11, 63:12, 95:24, 135:20, 207:21
typical [2] - 62:21, 210:23
typically [9] - 39:13, 68:1, 68:11, 69:8, 69:10, 69:12, 69:14, 69:24, 219:7

## U

U.S [7] - 48:6, 58:16, 58:17, 63:21, 71:18, 79:13, 198:23
UK [2] - 59:6, 60:15
UKC [2] - 202:4, 204:14
ultimate [5] - 77:19, 77:21, 112:11, 147:1, 147:4
ultimately [5] - 95:11, 104:6, 112:15, 116:2, 258:10
unable [10] - 45:2, 92:21, 94:22, 110:24, 122:21, 141:21, 144:14, 160:24, 193:4, 193:12
unavailability [1] - 161:13
uncontrollable [4] - 119:10, 157:2, 157:6
under [24] - 11:25, 14:12, 35:23, 35:25, 36:1, 36:5, 40:14, 52:14, 58:17, 83:14, 98:6, 99:18, 106:22, 108:14, 109:11, 134:2, 134:4, 175:8, 194:15, 194:16, 197:17, 212:8, 212:16, 212:19
undergo [1] - 54:4
underkeel [7] - 42:15, 97:25, 102:5, 102:9, 102:11, 202:5, 202:21
understood [9] - 4:11, 11:8, 19:2, 164:22, 164:24, 181:10, 188:18, 231:10
underwater [1] - 202:23
underway [3] - 48:21, 168:1, 168:11
undisputed [4] - 21:15, 22:2, 31:15, 78:21
undue [1] - 11:2
uneven [1] - 206:19
uneventful [1] - 21:19
unfamiliar [1] - 65:5
uniform [1] - 203:14
unique [2] - 140:18, 140:19
unit [18] - 22:17, 22:18, 24:19, 40:10, 75:11, 81:17, 94:11, 99:11, 109:22, 111:5, 111:8, 111:15, 112:20, 146:21, 182:17, 197:19, 215:3, 215:23
UNITED [1] - 1:1
United [2] - 58:14, 135:10
units [9] - 39:23, 40:4, 40:21, 40:25, 50:18, 63:18, 102:4, 107:7, 215:8
university [1] - 60:15
unknown [3] - 43:18, 51:11, 53:15
unless [1] - 36:6
unlike [2] - 22:10, 43:1
unlimited [7] - 57:17, 57:18, 58:4, 58:7, 58:9, 58:13, 134:14
unnecessary [1] - 39:1
unorthodox [2] - 43:23, 46:8
unprecedented [1] - 53:15
unsafe [17] - 21:18, 28:24, 30:19, 30:20, 78:18, 94:18, 96:10, 96:25, 103:2, 116:4, 119:22, 131:20, 143:9, 171:16, 191:13, 193:10, 210:18
unseaworthy [3] - 28:22, 95:11, 110:4
unstable [2] - 48:24, 50:12
unusual [15] - 42:8, 83:15, 85:3, 194:18, 198:20, 201:1, 201:4, 201:5, 204:1, 206:15, 206:17, 206:22, 214:14, 227:10, 227:19
up [104] - 4:16, 5:6, 9:13, 11:5, 11:16, 11:19, 12:1, 12:2, 14:13, 16:16, 17:6, 21:22, 24:18, 24:25, 31:10, 31:11, 32:5, 34:15, 43:10, 56:11, 69:9,

74:22, 75:22, 77:25, 83:6, 83:10, 87:4, 87:11, 87:22, 89:11, 90:17, 108:9, 112:7, 115:11, 115:21, 121:1, 124:21, 127:20, 130:19, 131:18, 136:4, 136:21, 142:23, 147:6, 151:4, 153:12, 154:14, 155:3, 156:11, 163:18, 165:4, 165:13, 166:19, 167:5, 167:15, 170:24, 171:2, 174:13, 182:1, 185:23, 185:24, 186:8, 189:1, 189:15, 191:5, 195:10, 195:11, 198:18, 200:12, 205:13, 205:16, 215:6, 225:1, 226:3, 226:7, 226:8, 227:6, 227:20, 227:24, 228:23, 229:3, 230:1, 230:16, 230:19, 232:1, 234:14, 235:11, 235:21, 235:25, 236:6, 237:4, 237:15, 237:22, 238:19, 245:4, 247:25, 250:4, 250:22, 251:12, 260:5, 263:18, 263:20
updating [1] - 170:14
upper [5] - 26:13, 75:10, 75:11, 129:20, 211:15
upwards [1] - 251:16
USA [4] - 110:6, 137:18, 137:19, 198:22
useless [2] - 40:20, 159:11
uses [2] - 146:23, 159:16
usual [2] - 83:7, 186:3
UTC [6] - 23:18, 73:5, 73:8, 73:13, 75:24, 81:17

**V**

valuable [1] - 20:12
vantage [2] - 75:18, 124:23
varies [1] - 69:19
variety [3] - 48:25, 51:13, 117:12
various [18] - 47:4, 58:11, 71:2, 72:22, 79:15, 97:9, 98:2, 101:20, 116:11, 129:19, 130:5, 132:7, 141:7, 141:15, 157:1, 171:20, 215:21, 224:10
vast [3] - 17:15, 115:9, 227:17
VDR [32] - 23:2, 38:19, 50:18, 70:20, 70:24, 71:12, 71:15, 71:21, 71:25, 72:4, 72:16, 73:5, 73:15, 75:13, 75:24, 76:16, 81:16, 81:19, 83:18, 105:14, 112:20, 115:23, 145:4, 155:2, 155:8, 156:6, 195:16, 210:2, 225:5, 225:17, 261:13
VDR's [1] - 73:6
VDRs [1] - 225:14
vector [6] - 233:4, 233:5, 233:11, 233:13, 233:25, 234:3
verification [1] - 129:19
verify [5] - 130:1, 139:7, 139:9, 162:21, 165:12
version [4] - 67:11, 109:6, 126:19, 126:20
versus [4] - 79:25, 130:10, 214:20, 214:22
vessel [254] - 9:19, 12:14, 12:18, 22:9, 28:22, 37:1, 37:8, 38:8, 38:13, 40:14, 40:21, 41:9, 41:18, 41:19, 42:16, 42:17, 44:5, 44:8, 45:3, 51:16, 52:16, 53:18, 53:19, 57:19, 60:21, 63:17, 63:22, 77:14, 77:19, 77:22, 77:23, 79:17, 81:25, 82:4, 82:9, 82:12, 83:12, 83:14, 84:21, 85:16, 85:17, 86:3, 87:4, 89:5, 89:10, 89:14, 94:7, 95:11, 96:10, 96:17, 96:25, 97:1, 98:1, 99:4, 100:6, 100:8, 100:16, 102:3, 102:25, 103:7, 103:15, 104:1, 104:5, 104:7, 104:10, 104:11, 104:16, 104:17, 104:23, 105:3, 105:4, 105:7, 105:17, 105:23, 106:16, 108:24, 109:4, 109:10, 110:1, 110:25, 111:7, 112:4, 112:6, 112:10, 112:11, 112:16, 113:24, 114:12, 114:21, 114:25, 115:10, 116:2, 116:19, 117:4, 117:11, 117:12, 117:14, 117:17, 117:18, 117:19, 117:24, 119:1, 119:3, 119:7, 119:21, 119:22, 121:20, 122:6, 122:8, 122:21, 123:11, 127:6, 127:9, 128:18, 129:7, 131:4, 134:2, 134:3, 141:11, 143:8, 146:15, 146:24, 147:5, 147:10, 150:25, 151:2, 152:1, 154:4, 154:11, 154:19, 156:16, 157:2, 157:5, 157:12, 157:13, 158:13, 160:18, 161:16, 161:19, 161:22, 162:10, 162:18, 162:23, 163:5, 167:25, 168:11, 168:20, 171:22, 172:6, 173:3, 173:23, 173:25, 174:17, 174:21, 175:7, 177:9, 177:12, 178:9, 178:10, 182:16, 182:19, 184:22, 184:23, 184:25, 186:2, 186:3, 186:4, 186:15, 186:21, 187:8, 187:14, 187:16, 193:4, 193:9, 194:8, 199:6, 199:8, 201:8, 202:1, 202:15, 202:20, 205:19, 206:17, 206:23, 207:12, 208:12, 209:11, 209:18, 210:5, 210:24, 212:18, 212:22, 212:25, 215:12, 216:15, 217:22, 218:25, 219:4, 220:15, 220:25, 221:3, 221:10, 221:22, 221:25, 222:2, 222:3, 222:4, 222:14, 222:17, 222:18, 222:19, 222:21, 223:3, 223:5, 223:25, 224:1, 224:2, 224:3, 224:5, 224:25, 227:19, 233:12, 233:20, 233:21, 233:23, 234:1, 234:2, 234:6, 234:8, 234:10, 240:23, 240:24, 244:14, 245:17, 246:2, 249:15, 252:4, 256:6, 256:11, 256:13
Vessel [1] - 79:13
vessel's [26] - 40:5, 40:18, 40:22, 40:23, 41:2, 42:2, 42:6, 89:13, 101:21, 103:8, 103:14, 107:2, 110:24, 111:10, 121:3, 124:19, 141:22, 143:13, 146:18, 154:18, 162:22, 202:11, 202:24, 204:18, 210:2, 222:23
vessel-to-vessel [2] - 79:17, 222:14
vessels [66] - 21:1, 39:4, 42:8, 42:23, 43:24, 44:2, 44:4, 44:17, 57:16, 59:4, 59:16, 61:8, 61:10, 66:24, 68:10, 68:12, 79:18, 80:15, 83:6, 109:5, 109:12, 109:20, 122:14, 131:12, 133:7, 135:19, 135:20, 136:14, 136:15, 136:17, 136:20, 136:21, 136:22, 136:23, 136:24, 137:5, 137:9, 137:13, 142:21, 157:3, 161:23, 173:11, 174:13, 175:10, 175:23, 182:6, 183:15, 194:9, 194:10, 198:24, 201:2, 205:9, 206:15, 206:24, 207:16, 207:22, 211:21, 222:25, 223:17, 224:11, 227:16, 228:5, 253:12, 258:21
VHF [6] - 63:23, 71:18, 76:23, 79:7, 79:15, 80:14
Vice [1] - 20:22
video [50] - 3:12, 4:4, 4:25, 6:15, 17:21, 22:14, 28:25, 31:24, 45:21, 74:21, 74:24, 75:7, 75:8, 75:9, 75:17, 75:20, 76:9, 77:2, 77:5, 77:7, 77:24, 78:6, 78:7, 78:11, 78:14, 78:16, 79:9, 80:23, 81:6, 81:8, 83:2, 87:1, 94:9, 94:17, 95:4, 95:8, 125:21, 164:4, 164:12, 165:15, 179:4, 179:8,

179:18, 180:6, 226:2, 251:5, 255:18, 256:18, 261:14
Video [8] - 26:17, 182:24, 236:8, 242:7, 250:1, 252:10, 253:9, 254:11
videoed [1] - 43:13
videotape [1] - 22:13
videotapes [1] - 27:12
view [11] - 31:25, 68:20, 75:3, 81:15, 82:19, 92:3, 94:16, 139:5, 155:14, 160:2, 204:25
viewpoint [2] - 75:18, 87:20
violate [10] - 114:15, 123:15, 132:1, 140:2, 154:3, 154:8, 160:6, 171:18, 172:15, 177:6
violated [18] - 31:14, 36:1, 114:18, 123:19, 132:6, 132:7, 132:8, 132:10, 132:14, 139:12, 139:25, 156:24, 160:10, 168:16, 173:14, 177:16, 178:18, 188:5
violating [3] - 167:9, 168:2, 169:21
violation [26] - 28:18, 48:5, 48:6, 78:22, 90:15, 94:21, 106:7, 109:22, 109:25, 110:5, 110:6, 110:8, 131:23, 141:20, 143:16, 153:4, 153:5, 161:6, 168:6, 173:15, 178:24, 188:4, 188:9, 188:10, 199:16
violations [3] - 90:17, 132:11, 132:16
visibility [1] - 141:25
visible [1] - 90:11
visual [2] - 146:9, 171:11
visualize [1] - 75:2
visually [8] - 86:20, 126:13, 142:7, 142:9, 146:7, 146:8, 154:24, 155:1
VL [1] - 98:7
VLGC [6] - 2:5, 2:11, 2:11, 133:6, 133:17, 239:11
voce [4] - 180:14, 230:14, 242:1, 249:3
voice [1] - 77:7
voices [1] - 82:24
void [3] - 44:6, 221:9, 222:23
volume [2] - 38:20, 39:20
volumes [2] - 39:7, 155:11
voyage [20] - 23:3, 29:3, 29:9, 36:23, 37:4, 38:15, 38:16, 41:8, 63:14, 71:22, 75:12, 76:12, 95:15, 100:7, 100:17, 100:19, 145:5, 210:14, 210:19, 262:7
VOYAGER [140] - 21:9, 22:9, 23:13, 25:2, 25:9, 25:17, 26:1, 34:12, 35:19, 38:24, 45:25, 46:1, 47:9, 58:2, 59:11, 59:13, 61:25, 62:1, 63:20, 70:11, 70:13, 75:19, 76:25, 78:24, 79:3, 79:21, 79:25, 80:8, 82:17, 83:21, 83:22, 84:1, 85:6, 85:8, 86:5, 86:6, 86:12, 86:13, 86:15, 86:22, 87:5, 87:11, 87:14, 88:14, 90:6, 91:2, 91:18, 92:7, 92:12, 92:25, 93:2, 93:11, 93:14, 94:10, 94:24, 94:25, 95:1, 122:19, 122:22, 123:4, 123:12, 123:19, 124:12, 124:21, 124:22, 125:22, 128:21, 128:24, 129:14, 129:24, 132:12, 132:16, 139:1, 142:5, 142:12, 142:20, 142:23, 143:1, 154:15, 159:22, 161:2, 161:9, 162:3, 162:5, 162:6, 162:7, 162:8, 163:5, 163:21, 165:5, 170:2, 173:17, 175:5, 175:20, 176:13, 176:18, 181:14, 225:23, 226:12, 226:14, 227:4, 227:23, 227:24, 228:2, 229:3, 229:5, 229:11, 229:23, 230:2, 230:23, 231:22, 232:12, 232:13, 232:21, 235:25, 236:13, 237:8, 239:10, 239:20, 242:4, 242:17, 247:9, 249:1, 249:15, 249:19, 251:9, 251:11, 251:15, 253:16, 254:5, 257:1, 258:1, 258:7, 258:10, 258:22, 259:6, 262:4, 262:5
VOYAGER's [5] - 75:14, 82:15, 122:23, 129:25, 236:23
voyages [1] - 40:15
VTS [10] - 63:22, 79:10, 79:12, 79:14, 79:19, 79:23, 80:2, 228:16, 229:14, 261:15

## W

Wade [1] - 2:6
wait [2] - 19:17, 43:20
waiting [5] - 17:4, 17:5, 150:20, 151:18, 261:2
walk [2] - 95:23, 124:18
walking [1] - 94:14
Walters [2] - 2:7, 36:12
wants [9] - 31:18, 34:16, 84:21, 89:19, 91:16, 127:10, 128:16, 162:24, 259:19
warp [1] - 220:15
watch [19] - 163:24, 166:14, 169:1, 190:7, 190:8, 190:10, 190:11, 190:12, 190:14, 190:15, 190:17, 190:19, 193:5, 193:13, 195:4, 199:3, 217:13, 218:3, 242:11
watching [2] - 35:3, 218:9
water [26] - 20:15, 29:23, 29:24, 44:15, 82:1, 82:2, 83:20, 86:8, 86:9, 101:10, 109:11, 116:19, 119:6, 126:1, 126:5, 126:6, 126:18, 200:25, 201:25, 202:8, 202:17, 205:25, 222:3, 222:20, 223:4
waters [2] - 155:16, 219:8
Watson [1] - 2:13
waypoints [2] - 100:8, 101:1
ways [1] - 155:20
weather [2] - 65:23, 65:24
weeds [1] - 102:6
week [2] - 12:7, 62:4
weeks [4] - 12:7, 34:6, 53:4, 62:11
weigh [1] - 46:7
weighing [1] - 45:16
weight [2] - 11:11, 27:1
well-rested [2] - 113:19, 194:23
well-trained [1] - 37:14
Wells [4] - 2:19, 264:12, 264:15, 264:16
whatnot [1] - 9:20
whatsoever [2] - 27:7, 28:11
wheel [2] - 54:7, 196:17
wheelhouse [14] - 79:2, 79:21, 87:20, 112:14, 139:5, 163:23, 164:12, 167:25, 168:11, 168:25, 169:10, 234:10, 240:10, 262:3
whereabouts [1] - 234:18
whereas [1] - 68:12
whereby [1] - 248:21
whistle [3] - 42:24, 65:2
whole [16] - 5:9, 6:11, 23:15, 30:21, 46:1, 56:15, 79:23, 96:2, 106:14, 112:8, 168:5, 168:7, 169:5, 186:2, 237:12, 239:5
wholly [1] - 105:20
wide [14] - 21:11, 21:13, 43:9, 66:23, 67:20, 68:23, 69:3, 84:6, 130:6, 136:1, 136:13, 136:16, 185:3
widener [6] - 44:13, 44:14, 44:18, 55:13, 55:14, 55:17

*widest* [1] - 136:4
*width* [9] - 67:18, 98:1, 130:4, 130:10, 135:25, 136:3, 136:9, 185:17, 185:25
*wife's* [1] - 137:17
*William* [2] - 2:18, 13:14
*Williams* [1] - 13:21
*window* [3] - 82:20, 142:17, 171:11
*wish* [1] - 158:10
*withdraw* [1] - 164:22
*withheld* [1] - 164:20
*WITNESS* [9] - 56:17, 133:13, 180:3, 180:6, 181:2, 181:6, 181:10, 188:18, 260:4
*witness* [12] - 16:10, 17:19, 56:3, 56:8, 56:11, 56:22, 59:23, 132:19, 138:4, 151:13, 187:11, 188:14
*witnesses* [12] - 3:11, 3:14, 13:1, 16:13, 16:17, 17:22, 23:23, 24:4, 24:6, 24:8, 56:20, 63:5
*words* [4] - 105:4, 153:20, 185:2, 246:24
*work-based* [1] - 60:7
*work/rest* [1] - 194:22
*works* [4] - 17:23, 65:15, 108:8, 260:17
*world* [7] - 31:25, 55:2, 57:20, 58:12, 137:8, 169:4, 220:13
*worse* [1] - 104:18
*worst* [1] - 127:10
*written* [9] - 12:23, 33:24, 61:12, 107:13, 164:17, 212:19, 214:20, 214:22, 214:23
*wrote* [2] - 36:15, 214:25

**Y**

*y'all* [8] - 5:24, 9:14, 15:8, 15:10, 16:1, 260:7, 260:17, 264:1
*y'all's* [1] - 180:21
*year* [2] - 59:17, 60:11
*years* [17] - 34:7, 46:23, 58:24, 59:7, 59:9, 60:7, 134:20, 134:25, 135:1, 135:5, 135:7, 135:14, 135:16, 148:9, 158:20, 227:12
*yellow* [5] - 234:14, 234:20, 250:19, 250:23, 251:1
*yells* [1] - 148:24
*yourself* [1] - 51:6

**Z**

*zero* [3] - 52:9, 115:1, 198:22
*zone* [2] - 21:25, 101:17
*zones* [1] - 215:16
*zoom* [1] - 101:15

**§**

*§* [18] - 1:3, 1:4, 1:4, 1:5, 1:5, 1:6, 1:7, 1:8, 1:8, 1:9, 1:9, 1:11, 1:11, 1:12, 1:12, 1:13, 1:13, 1:14