UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRBY INLAND MARINE L.P. | § | 3:19-CV-00297 |
| | § | |
| V. | § | 9:05 A.M. TO 5:21 P.M. |
| | § | |
| FPG SHIPHOLDING PANAMA | § | |
| 47 S.A., ET AL | § | FEBRUARY 3, 2021 |
| IN THE MATTER OF KIRBY INLAND MARINE, LP, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | §§§§§ | RULE 9(H) ADMIRALTY |
| IN THE MATTER OF THE COMPLAINT OF FPG SHIPHOLDING PANAMA 47 S.A. SHIP NO. 138 CO. LTD., ET AL, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | §§§§§§§ | RULE 9(h) ADMIRALTY |

BENCH TRIAL
BEFORE THE HONORABLE JEFFREY V. BROWN
Day 2 of 4 Days

APPEARANCES:

FOR KIRBY INLAND MARINE, LLP:
Ms. Amy Louise Snell
Mr. George T. Shipley
Ms. Brooksie Bonvillain Boutet
Shipley Snell Montgomery LLP
712 Main Street
Suite 1400
Houston, Texas 77002
(713) 652-3052
and
Mr. David Earl James
Clark Hill Strasburger
2615 Calder Avenue
Suite 240
Beaumont, Texas 77002
(409) 351-3802

**FOR KIRBY INLAND MARINE, LLP: (continued)**
Mr. Misha Paltiyevich
Clark Hill Strasburger
909 Fannin Street
Suite 2300
Houston, Texas 77010
(713) 951-5600

**FOR FPG SHIPHOLDING PANAMA 47 S.A.; "K" LINE ENERGY SHIP MANAGEMENT; VLGC GENESIS RIVER:**
Mr. Dimitri P. Georgantas
Mr. Eugene Wade Barr
Mr. Kevin Patrick Walters
Mr. Blake E. Bachtel
Royston Rayzor
1600 Smith Street
Suite 5000
Houston, Texas 77002
(713) 225-9945

**FOR BW VLGC LTD.; BW GAS A.S.; BW FLEET MANAGEMENT A.S.; VLGC BW OAK:**
Mr. Robert L. Klawetter
Mr. James T. Bailey
Eastham Watson Dale & Forney
808 Travis
Suite 1300
Houston, Texas 77002
(713) 225-0905

**ALSO IN ATTENDANCE:**
Ms. Kim Darnell
Mr. Patrick Shamus O'Brien
Mr. Corey E. Dunbar
Mr. William W. Dills

Court Reporter:
Laura Wells, RPR, RMR, CRR
515 Rusk Street, Suite 8004
Houston, Texas 77002

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

**DAY 2**
**(Bench Trial)**


| | Page |
|---|---|
| February 3, 2021 | |
| Admission of Exhibits.......................... | 222 |
| Admission of Exhibits.......................... | 285 |
| Reporter's Certificate......................... | 309 |


**ALPHABETICAL**


| WITNESSES | Page |
|---|---|
| **CAPTAIN DUDLEY JOSEPH BOURG, JR.** | |
| Direct Examination By Mr. James | 86 |
| **CAPTAIN JASON WALTER CHARPENTIER** | |
| Direct Examination By Mr. James | 70 |
| **CAPTAIN STEVEN J. CUNNINGHAM** | |
| Cross-Examination (continued) | 4 |
| Cross-Examination By Mr. Bailey | 31 |
| Redirect Examination By Ms. Snell | 45 |
| Recross-Examination By Mr. Georgantas | 51 |
| Recross-Examination By Mr. Bailey | 66 |
| Recross-Examination By Mr. Georgantas | 68 |
| **JOHN GUIDRY** | |
| Direct Examination By Ms. Snell | 286 |
| Cross-Examination By Mr. Georgantas | 301 |
| **CAPTAIN BARRY CRAIG HOLLAND** | |
| Direct Examination By Mr. James | 79 |
| **CAPTAIN TONY JAMES MARIE** | |
| Direct Examination By Mr. James | 88 |
| Cross-Examination By Mr. Georgantas | 171 |
| Cross-Examination By Mr. Bailey | 214 |
| Redirect Examination By Mr. James | 217 |
| Recross-Examination By Mr. Georgantas | 220 |
| **CAPTAIN JOHN RODNEY SUTTON** | |
| Direct Examination By Ms. Boutet | 226 |
| Cross-Examination By Mr. Georgantas | 256 |
| Redirect Examination By Ms. Boutet | 279 |
| Recross-Examination By Mr. Georgantas | 282 |

**PROCEEDINGS**

**(Call to order of the Court.)**

THE COURT: Before we go on the record.

(Discussion off the record.)

09:04:29 THE COURT: With that, are there any preliminaries before we resume the cross-examination?

MR. SHIPLEY: No, Your Honor.

MR. GEORGANTAS: No, Your Honor.

MR. KLAWETTER: Not from us, Your Honor.

09:04:39 THE COURT: Captain Cunningham, you are still under oath.

You may proceed.

MR. GEORGANTAS: Thank you, Your Honor.

**CAPTAIN STEVEN J. CUNNINGHAM,**

09:04:44 having been previously duly sworn, testified as follows:

**CROSS-EXAMINATION (continued)**

BY MR. GEORGANTAS:

**Q.** Good morning, Captain.

**A.** Good morning, Counsel.

09:04:52 **Q.** You had previously testified that going to starboard for the VOYAGER was not a good option; is that correct?

**A.** Correct.

**Q.** And you have further testified that there was not enough water for the VOYAGER to go outside the barge lane. And when I say "outside," I mean to starboard to the east, 09:05:05

correct?
**A.** Right.
**Q.** And, in fact, you described it kind of as a no-go zone, right?
09:05:14 **A.** Yes.
**Q.** And you further testified that there were concerns of -- Captain Marie had concerns about a bulkhead reef, correct?
**A.** He said there were various other dangers identified in
09:05:29 the chart, one of which was a submerged bulkhead.
**Q.** And you also said that Captain Marie had concerns about some stakes that were outside the barge lane, correct?
**A.** I said the chart, again, indicates there are some
09:05:44 submerged stakes in the area.
**Q.** Okay. Did -- did Captain Marie complain about -- when he did his assessment for not to go to starboard, did he complain about potential stakes outside the barge lane?
**A.** He had said it was -- there was insufficient water.
09:06:05 And, to him, he considered it unsafe to turn to starboard outside of the lane.
**Q.** Right. So my question was: Did he complain about stakes being a danger? I'm just trying to identify what he -- what you think he went through to consider that
09:06:23 going to starboard was a no-go zone.

And my question is: Did he ever express any concerns about stakes being outside the barge lane?
**A.** I don't recall if he has testified. I think he has testified to the lack of water outside of the lane and some of the dangers he has mentioned, yes.
09:06:41
**Q.** But you do not recall anything about stakes, correct?
**A.** I don't recall if he has mentioned that. That is just part of the information that's available in the chart.
**Q.** So that -- that was your information, correct?
09:06:57 **A.** Yes.
**Q.** Now, so let's discuss the water depth a little bit.
MR. GEORGANTAS: Can we bring up Exhibit Kirby 30?
BY MR. GEORGANTAS:
09:07:18 **Q.** Captain, we brought up Kirby Exhibit 30. Are you familiar with this exhibit, the chart?
**A.** Yes.
**Q.** This is a portion of the NOAA Chart 11327 that sort of depicts the -- the area in question, correct?
09:07:36 **A.** Correct.
**Q.** Is it your understanding that this information is from a 2013 survey data?
**A.** It's from various survey data, depending on which part of the chart you are looking at.
09:07:57 **Q.** But, generally, 2013?

**A.** No. I disagree with that.
**Q.** Would you agree that the relevant portion of the chart is from 2013 data?
**A.** You can confirm the addition date of the chart and the latest date of correction.
**Q.** So is it correct to say that a lot can change in the span of six years, such as depth?
**A.** Yes. There is a portion of this chart which will show you the survey dates for the particular areas of the chart, and that is why I say the main channel data is going to have a survey date different to the depth data outside of the main navigation channels.
**Q.** Would you agree with me that some of the information on this chart is incorrect?
**A.** If you have a specific example.
**Q.** Sure.
**A.** I don't know what you are referring to.
**Q.** Looking at the barge lane on the red side, you are seeing depths of 7, 8, 11, 8, correct?
**A.** Yeah. I see the 7-feet soundings, which is the published sounding information for that area.
**Q.** And do you think that's correct?
**A.** That is the published information available in this chart as well as the electronic navigation chart Captain Marie was using.

**Q.** I understand that. But the question is: On the basis of your analysis, do you believe that this information is correct as to the soundings?
**A.** As a navigator, that is the information you use. So, yes.
09:10:04
**Q.** I'm sorry?
**A.** As a navigator, the information -- you are -- as far as you know and the information you use is what is provided in the nautical chart.
09:10:13
**Q.** So do you agree with me that the VOYAGER had a draft of about 9.6 feet at the time of the incident?
**A.** Well, to be more precise, the barges or the tow had a draft of 10 feet.
**Q.** So the barges, you say, had a draft of 10 feet?
09:10:36
**A.** Yes.
**Q.** What about the VOYAGER?
**A.** The VOYAGER is variously reported between 8 and a half to 9 and a half feet, specifically the tug.
**Q.** So the VOYAGER was able to transit an area that on the chart is showing 7 and 8 feet with a 10-foot draft?
09:10:57
**A.** No. They were transiting in a maintained barge lane which has a minimum project depth of 12 feet.
**Q.** So the information in this chart that we're looking at is incorrect when we're looking at the barge lane, right?
09:11:23
**A.** I think if you want to zoom in to a particular area, I

think that's easier. I'm not sure which part of the chart you are referring to.

09:11:53 **Q.** All right. Let me see. Do you see right below Marker 74, on the red side, it comes down and we're seeing 7s and 8s.

Let me see if we can hide the barge lane so we don't get confused with the ship channel. We can look at it.

Let me ask you: Looking at this chart, you know where the barge lane is, correct?

09:12:26 **A.** Yes.

**Q.** And what soundings are you seeing in the barge lane coming down from below Marker 74?

**A.** 8 and 11.

**Q.** Do you see a 7?

09:12:41 **A.** Yes.

**Q.** And are those soundings incorrect on the basis of your analysis and the fact that the project depth is 12?

09:13:01 **A.** Yes. Because the way you read a nautical chart is that this is additional information on maintained channels. So the project also states that the main shipping channel has a project depth of 46 feet and the barge lanes have a minimum depth of 12 feet. It's a maintained -- it's a government-maintained channel by the U.S. Army Corps of Engineers.

09:13:16 **Q.** And does that mean then that the water depth outside

the barge lane might also be incorrect, at least from what it shows on the chart?

**A.** The distinction is the area outside of the barge lane to the east of Beacon 74 is not maintained. So the only information available outside of the channel is what is published in the chart.

09:13:35

**Q.** Did you do -- in doing your analysis, did you review any of the Army Corps of Engineers surveys?

**A.** Yes.

09:13:54

MR. GEORGANTAS: Bring up 147.

BY MR. GEORGANTAS:

**Q.** Captain Cunningham, we're looking at GENESIS RIVER Exhibit 147; and, more specifically, Page 8. Are you able to see that?

09:14:25

**A.** Yes.

**Q.** And there is kind of a black line that comes across. Is that the boundary of the main channel?

**A.** Yes.

**Q.** And then we see Marker 74. So that's the vicinity of the -- where the VOYAGER was transiting, correct?

09:14:42

**A.** Correct.

**Q.** And can we agree that Marker 74 marks the end of the channel or the boundary of the channel, to put it more correctly?

09:14:56

**A.** The edge of the barge lane, correct.

**Q.** Okay. And you can see the depths there in -- in that area. They are up to 14 feet, correct, at the edge of the boundary? I believe yesterday you testified 12. It's in that range, 12 to 14 feet, correct?

09:15:16 **A.** According to this chart, yes.

**Q.** Well, it's the corps of engineers chart, correct?

**A.** Yes. This -- I don't know the publish date or when the survey was taken. This is --

**Q.** I will -- sorry.

09:15:32 **A.** -- an Army Corps of Engineers chart, yes.

**Q.** Okay. I will represent to you, and I should have already, this is from April. So it would have been the month before the incident.

And it also depicts kind of what you testified 09:15:52 yesterday, that it's a sloping depth in the barge lane with that 35-foot transition, correct?

**A.** Yes. It's a slope; but it's more than 35 feet, as you see in this chart.

**Q.** Right. It starts off at 41; and then, it keeps 09:16:13 reducing to 30, 25, and on, correct?

**A.** Yes.

**Q.** Okay. So on the basis of this chart, there was -- or there would have been sufficient water outside the barge lane, correct?

09:16:39 **A.** I see -- what we see from the barge lane, the edge of

the area that they sounded reduces to a minimum of 9 feet is the lowest soundings we see in this chart.
**Q.** To the east of the marker, correct?
**A.** Yes.
09:16:55 **Q.** Okay. And what is your estimate, looking at this, knowing that the -- that the barge lane is what we agree? It's 235 feet?
**A.** Yes.
**Q.** So even ball-parking it from the -- from the marker to 09:17:16 that area, that 9 to 10 feet, would you estimate that would be, what, about 100 feet?
**A.** If you are referring to the distance from Beacon 74 to the edge of the area that's being sounded, it looks to me to be around a third of the barge lane. Without a scale, 09:17:43 it's impossible to give an accurate number.
**Q.** I understand. Approximately.
**A.** So less than 100 feet.
**Q.** And you did not use the corps of engineers hydrographic surveys for your analysis, correct?
09:18:06 **A.** Which analysis?
**Q.** The depth and water availability to the VOYAGER around the time of the incident.
**A.** I used what was available and what was known to Captain Marie on the day, according to his official 09:18:21 charts.

**Q.** Okay. And what he was looking at on his Rose Point is basically what we were looking at earlier, Kirby Exhibit 30, correct, the NOAA chart?
**A.** He was looking at the electronic version.
09:18:37 **Q.** The electronic version. But it was identical to Exhibit 30, correct?
**A.** Not identical in appearance, no.
**Q.** What about on the soundings? Do you think the soundings were different?
09:18:47 **A.** The electronic chart shows that it's a 12-foot maintained barge channel, and the soundings outside of the channel are 7 feet, as shown in his chart.
**Q.** And are you aware that the members of the Houston pilots have testified that they keep apprised of the corps
09:19:04 of engineers surveys?
**A.** Yes.
**Q.** Do you think it would have been a good idea for Captain Marie or Kirby to do the same thing?
**A.** Well, these -- these charts are published and
09:19:23 available online by the Army Corps of Engineers a few times a year.
**Q.** I understand.
My question was: Do you think it would have been a good idea for Captain Marie and Kirby to do the same thing
09:19:37 as the Houston pilots do to keep apprised of these

surveys?

**A.** Well, with respect to Captain Marie, there is no need or basis for him to review Army Corps of Engineers charts with regards to navigating an inland tow.

09:19:53 **Q.** How about Kirby?

**A.** They should be apprised of the ongoing project or minimum depths in the navigable channels that they are using, and all of that is published through a variety of means. So the answer is, yes, and I believe they do.

09:20:14 **Q.** You believe they do?

**A.** Yes. They receive the notice to mariners. They receive chart updates and so on.

**Q.** I'm talking about the corps of engineers survey specifically here.

09:20:26 **A.** I can't speak to whether Kirby reviewed these charts or not.

**Q.** But you agree that it would be a good idea, at least for Kirby, to stay apprised of these corps of engineer surveys, right?

09:20:39 **A.** Well, they should stay apprised of the -- any published information from the coast guard with regards to navigable channels.

**Q.** Coast guard or corps -- I'm asking about the corps of engineer surveys.

09:20:56 **A.** They all work together. They should keep apprised of

09:21:07 09:21:20 09:21:37 09:21:57 09:22:13

the available information.
**Q.** Then it --
**A.** Published information, yes.
**Q.** It's the corps of engineers that undertake the dredging and project depths, correct?
**A.** Yes.
**Q.** Okay. And we know that Kirby boats, you know, frequently go up and down the Houston Ship Channel, just like Houston pilots, correct?
**A.** Correct.
**Q.** And you would think they would want the most recent and accurate chart information, correct?
**A.** Yes.
**Q.** And that information should be shared or relayed to their captains, correct?
**A.** It is available on the -- the vessels all have the official published nautical chart information.
**Q.** I'm -- I'm talking about Kirby advising their captains on updates on available depths in the area where their boats frequently transit.
**A.** So could you rephrase your -- what is the question, please?
**Q.** Do you have any information that Kirby had provided any data or updated information to Captain Marie about the depths in the barge lane on the basis of recent corps of

engineers surveys?

MS. SNELL: Your Honor, I need to object. This is repetitive. Captain Cunningham has not offered an opinion on what Kirby should or shouldn't have done with an Army Corps of Engineers chart. There is a Kirby witness coming later in the case, and that might be a more appropriate question for that person.

THE COURT: Let's get an answer to this question and then move on.

09:22:32

09:22:43 **A.** Yes. So the answer is I don't know.

BY MR. GEORGANTAS:

**Q.** But looking at this exhibit and the survey, we agree that there was available depth for, you said, a little less than 100 feet to go outside the barge lane, correct?

09:23:06 **A.** Not like that. If the barge had 10 feet draft, access to the barge lane with those soundings they will still ground. The tow is 367 feet long.

**Q.** Do you know what the tide conditions were around the time of the incident?

09:23:25 **A.** I have reviewed that, yes.

**Q.** Yeah. And you previously testified that there were -- I think you said about 3 feet. Do you recall that testimony?

**A.** Yes.

09:23:38 **Q.** So that would be added to the depths that we're

looking at right now, correct?
**A.** Yes. And as I also explained when I mentioned that, that was not -- that is not published information that Captain Marie needs to use. This is the -- the actual tidal heights are provided separately from the predicted heights.
**Q.** Do you know if the Rose Point has that information available?
**A.** It does not have a live feed of the tide heights, no.
**Q.** Do you know whether Captain Marie, as an experienced mariner, should have some understanding of low tide, high tide --
**A.** Yes.
**Q.** -- just on the basis of his experience? I'm sorry.
**A.** Yes. He had that experience.
**Q.** So should he have known that, at the time of the incident, he had additional water in the area where he was transiting because it was near high tide?
**A.** Yes. He -- as part of the passage plan, they knew what the high tide was predicted to be.
**Q.** So that information of having an additional about three feet would have been available to him because of the passage plan, correct?
**A.** The three feet was not available to him. The available data was the predicted tide height, which was

1.79 feet, and he knew that.

**Q.** So almost -- not quite, but almost two feet, correct?

**A.** 1.79 feet, yes.

**Q.** Turning now to your comments about the danger of stakes being outside of the barge lane. Do you recall that discussion?

**A.** Yes.

**Q.** And on the basis of your analysis of again --

MR. GEORGANTAS: Can you bring up Kirby 30 again?

BY MR. GEORGANTAS:

**Q.** -- Exhibit 30, the chart, do you agree that the Note B, which you reviewed on the chart and you previously testified, reflects that the stakes are 400 feet east of the channel, to use your own words?

**A.** Yes. There is a note on the chart. It doesn't clearly indicate east of the centerline of the channel or edge of the channel.

**Q.** Would it help you if I refreshed your memory a little bit with the testimony?

**A.** Yes.

**Q.** So the question was -- I'm sorry -- was Page 42 of your deposition transcript, starting on Line 14.

So the question was:

"QUESTION: What do you understand it to mean?

"ANSWER: Because if you read the whole note, it talks

about submerged stakes lower in the channel being seven or 900 feet west of the centerline. Then, in the second sentence, it says these stakes are 400 east of the channel. The centerline of the channel, the edge of the main channel, or the edge of the barge lane, they don't actually define."

09:27:23

So they defined that the stakes that were seven or 900 feet to the west, they did define the centerline, didn't they?

**A.** Yes. That was for the stakes between Light 53 and Light 59.

09:27:47

**Q.** Yeah. That's what you said on the lower part.

And the second sentence that we're talking about east of the channel -- and that's kind of where we are now. We are talking about east of the channel, correct?

**A.** Correct.

09:28:00

**Q.** We have agreed that the marker -- or Marker 74 marks the boundary of the channel, correct?

**A.** Correct.

**Q.** So if one was to read this note, they would know that, to the extent there were any concerns about stakes being outside of the channel, that would be 400 to the east of the channel, correct?

09:28:11

**A.** If I read that, it's east of centerline. It's not two sentences or one sentence. I think that the note speaks for itself. It's that the whole picture, as you look at

09:28:29

the chart, indicates a submerged bulkhead, 7 feet of soundings outside the channel, and then there is a note saying there may be submerged stakes in that area. That is the information available to a mariner when they
09:28:46 consider heading outside of the channel into that area.

**Q.** Would it help you if I just read you the note?

**A.** Sure.

**Q.** Okay. So this is Note B, correct?

**A.** Yes.

09:28:56 **Q.** And it is marked "caution," right? "Submerged stakes may exist about 700 feet west of and parallel to the centerline of the Houston Ship Channel between Light 53 and Light 59 and 400 feet east of and parallel to the Houston Ship Channel between Light 58 and Light 90."

09:29:25 **A.** Right.

**Q.** So if one was to read this on its plain meaning, when we're talking about the east side of the channel, there would be 400 feet to the east of Marker 74, correct?

**A.** Yes. But the way I read it, I don't understand if
09:29:46 they are talking of 400 feet of the centerline or 400 feet east of the edge of the barge lane. I think it is confusing the way that is written.

But the big picture is, there are submerged stakes outside the channel, a submerged bulkhead, and soundings
09:30:05 of 7 feet.

**Q.** But do you agree a plain reading of this says that it is 400 feet east of the channel? There is no mention of centerline?

MS. SNELL: Objection, Your Honor. We're getting into asked and answered and repetitive questions about this note that we have been read three or four times now.

THE COURT: Yeah. I -- I can read the note and make my own decision about it, Counsel. So let's move on.

BY MR. GEORGANTAS:

**Q.** With respect to the concerns about the bulkhead reef, are you aware of the testimony of -- let me back up.

You are aware that the tow PROVIDER was coming up behind the VOYAGER, correct?

**A.** Yes.

**Q.** And was maybe about half a mile, give or take, astern, correct?

**A.** About, yes.

**Q.** And you read the testimony of Captain Bourg? He was the captain of the PROVIDER.

**A.** Yes.

**Q.** And he stated that the bulkhead reef was about 400 to 500 feet outside of the boundary. Do you recall that testimony?

**A.** Yes. But you are referring to a bulkhead reef. What I have previously mentioned as to a submerged bulkhead is

a different bulkhead as indicated in the chart.
**Q.** On the basis of your analysis, how far outside to the east of the barge lane was the submerged bulkhead?
**A.** The submerged -- there is two different bulkheads. There has been a lot of confusion over interpreting the chart. Bulkhead reef is a different bulkhead. That is a retaining bulkhead to a spoil area. The submerged bulkhead is indicated just on the inside edge of the barge lane.
**Q.** On the inside edge of the barge lane?
**A.** Yes.
**Q.** So looking at Exhibit 30, Captain, I'm looking at the notation there about submerged bulkhead. That's the one you are talking about, correct?
**A.** Yes.
**Q.** And where are you saying that that submerged bulkhead exists? What lines are you looking at?
**A.** The words "submerged bulkhead" are clearly between the edge of the barge lane and bulkhead reef, which is the second bulkhead retaining the spoil area.
When you zoom into the chart, you'll see a small dashed line, which is the chart symbol for a submerged obstruction.
**Q.** And that is the area inside the barge lane where there was available water, correct?

**A.** Yes. That area is maintained to a minimum depth of 12 feet.
**Q.** So what is the concern about the submerged bulkhead where we know that the area is maintained in that vicinity to at least 12 feet?
09:33:56
**A.** It is relevant because it is the corps of engineers or NOAA, who published these charts, deemed it relevant enough to put in the chart.
Again, the picture is, if you consider going east of the barge lane, the chart is indicating 7 feet, a shell bottom. And you can see the submerged bulkhead, yes, is at the edge of the barge lane. But these are all things that are telling you that is not an area you want to be taking a loaded tow.
09:34:10
**Q.** And, again, this is information that likely is five or six years old compared to the corps of engineers survey that we looked at earlier, correct?
09:34:28
**A.** I can't tell you the exact survey date of the submerged bulkhead or those things. The chart has a publication date, I believe, near the date of the incident.
09:34:50
**Q.** You also suggested that stopping was not an option for Captain Marie, correct?
**A.** Yeah. I --
**Q.** Or it was not a good option, I think is the way you
09:35:19

put it. I'm sorry.
**A.** Correct.
**Q.** And, basically, that going to port was his best option is what your testimony is, correct?
09:35:29 **A.** Yes.
**Q.** So -- so stopping would not have been a good option.
Captain Marie testified that he could have stopped his tow in about two tow lengths, correct?
**A.** Well, I think he later clarified that -- I don't know
09:35:50 if he testified to that at his deposition. That may have been in an earlier interview. So I don't recall exactly what he said on stopping distance.
**Q.** I'm representing to you that he said he could stop it in about two tow lengths.
09:36:07 **A.** Yes. And I think he said that was if he did an emergency crash -- crash stern stop.
**Q.** Well, we'll see what he said later. But what length would that be, two tow lengths, knowing the configuration of the tow on the day in question?
09:36:28 **A.** Two tow lengths is around 700 -- just below 750 feet.
**Q.** So the barges were about 297 feet long, give or take --
**A.** Correct.
**Q.** -- 300 feet?
09:36:50 **A.** The barges, yes. And the tow is around 70 -- just

under 70 feet, the tugboat.

**Q.** Okay. So your estimate was what? I'm sorry. About 750 feet?

**A.** Rough numbers, 370 times two, 740. 740 feet.

09:37:16 **Q.** Have you done any calculations to see, if Captain Marie had stopped his tow when he was first contacted by Captain Charpentier, where he would have stopped in the barge lane in comparison with where the GENESIS RIVER came out of the barge lane?

09:37:36 **A.** I have not made that calculation based on two lengths, no.

**Q.** So, if I were to tell you that he would have stopped well short, you wouldn't be able to tell me either way on the basis of what you've analyzed, correct?

09:38:02 **A.** If he stopped well short? I'm sorry. I don't understand the question.

**Q.** All right. Let me see if I can rephrase it.

When you said that going to port was his best option from the other options, stopping was one of the other options, correct?

09:38:23

**A.** Correct.

**Q.** And the question is: Did you analyze where Captain Marie would have been able to stop in order for you to conclude that that was not a good option?

09:38:42 THE COURT: He answered that he had not made that

calculation.

MR. GEORGANTAS: Did he? Okay.

Can you bring up the hydro -- the survey again?

BY MR. GEORGANTAS:

09:39:02 **Q.** Would it have been important, in your analysis, to make that calculation?

**A.** I looked at the possibility of stopping, and I think you need to factor in the difficulties in going astern on loaded barges like that and the loss of control. And my 09:39:19 conclusion is that it was a poorer option because you remain in the barge lane and you are still in the path of this uncontrollable vessel where you don't know exactly --

If you go back to the -- what they could see from the CCTV, the ship is bearing down on them. I think he had to 09:39:37 turn to port to attempt to get out of the way.

**Q.** Do you have any opinion as to how long the GENESIS RIVER would have stayed in the barge lane, knowing the soundings of the barge lane and the draft of the GENESIS RIVER?

09:40:05 **A.** I think it depends on the extent that they are in the lane.

**Q.** Would it be fair to say that the closer that the GENESIS RIVER got to the east boundary and the shallower depths, the more resistance she would get and get pushed 09:40:24 out towards the main channel again?

**A.** The -- well, I think I believe -- yeah. The closer they penetrate the barge lane, the more likely they are to ground; and, to some extent, yes, the forces may be greater.

09:40:48 **Q.** Well, we know they didn't ground, correct?

**A.** They -- not before the collision. After the collision, yes, but not before the collision.

**Q.** Right. So I think we agree in that the GENESIS RIVER, since she continued coming down partially in the barge 09:41:10 lane, at some point she would meet greater resistance going to her port towards the east because of the shallow depths of the water, correct?

**A.** There will be resistance, yes.

**Q.** And likely would be pushed out again, correct?

09:41:27 **A.** If they are not able to overcome those forces.

**Q.** Well, the forces are a 37-foot draft vessel in 15-to-20-foot depths. I mean, they are starting to plow the mud there, right?

**A.** They -- yeah. They may be plowing the mud or touching 09:41:53 bottom. It's just not as simple as how you describe.

**Q.** But we agree that the closer to the east, the more pressure to come back to starboard, correct?

**A.** Various forces. So, in a way, yes.

**Q.** And one of those forces would have been the depth, 09:42:12 correct?

**A.** Well, depth is not force. I don't understand what you mean by depth being a force.
**Q.** I mean, when a 37-foot vessel starts getting closer to 20- and 15-foot depths, she is going to get pushed out again as opposed to going further in. Those forces.
**A.** The hydrodynamic forces, yes.
**Q.** Okay. And that is what Captain Charpentier told Captain Marie 30 seconds after the -- about 30 seconds after the initial contact, correct, that he would come at them again?
MS. SNELL: Objection. Misstates the statement of Captain Charpentier.
**A.** Yes. He said, "Go to the greens," and mentioned that he "may come your way again, probably."
BY MR. GEORGANTAS:
**Q.** "Probably," yes. I should have said that. Sorry.
Do you know what flanking rudders are on a tugboat?
**A.** Yes.
**Q.** What are they?
**A.** A traditional rudder would be aft of the propeller for steering a boat or a tugboat. Flanking rudders are a second set of rudders on the forward side of the propeller.
**Q.** What is the purpose?
**A.** They assist with the maneuverability of a tow boat

when they are maneuvering.
**Q.** Maneuvering in any direction? Aft? Forward?
**A.** Generally at slow speed when you are trying to move a towboat sideways and dock and maneuver barges in and out of the fleets.
**Q.** I'm sorry. You said generally aft or astern. I should have said astern.
**A.** Yes. They come into function once the engines are operated astern.
09:44:15 **Q.** And was the VOYAGER equipped with flanking rudders?
**A.** Yes.
**Q.** So, if Captain Marie had decided to stop or even go astern, he had flanking rudders to assist with that maneuver, correct?
09:44:28 **A.** I don't -- I disagree they would assist with an emergency stop. Once he stopped the maneuvering, then they would provide some assistance at that point. But during a full astern order, he is going to lose control of the tow.
09:44:43 **Q.** He was only doing six miles an hour, correct?
**A.** He was making six miles per hour, yes.
(Sotto voce discussion between counsel.)
BY MR. GEORGANTAS:
**Q.** Captain, we discussed this diagram that you prepared
09:45:22 yesterday a little bit. I have one or two questions.

Do you recall this diagram that you did?
**A.** Yes. This is an extract. I believe it's from the *Mariner's Handbook* or ship handling guide.
**Q.** Okay. And is it correct to state that the further the vessel is from this high-pressure area, the less the effect on the -- on the pressure on the vessel's bow, which in this case is the starboard bow?
**A.** Yes. The forces would decrease with the increase in distance or reduction in speed.
**Q.** And when we say "distance", I mean proximity between the starboard bow and the bank, correct? We're talking about the same thing?
**A.** Yes.
**Q.** Yeah. Okay. Thank you.
Captain, you have previously stated or testified, I believe, that you do not believe that Kirby has any liability in this case, correct?
**A.** Correct.
**Q.** And you were also retained by Kirby in connection with the collision between the vessel SUMMER WIND and the Kirby tug MISS SUSAN, correct?
**A.** Yes.
**Q.** And you recall you gave the same opinion in that case, meaning that Kirby -- and you were retained by Kirby in that case, correct?

09:47:21 09:47:39 09:47:52 09:48:10 09:48:19

**A.** Yes.
**Q.** And you recall you also gave an opinion that -- in that case that Kirby had no responsibility, correct?
**A.** Not exactly like that, but I said I believe it was the other the vessel's fault. I don't want to get into the issues regarding that, but yes.
**Q.** Well, I'm not going to get into the issues. I'm just -- would it refresh your memory if I read you the exchange?
**A.** Yeah. My opinion was I said because the MISS SUSAN did everything right, I find no fault on them.
**Q.** So you agree with me that was your opinion; no fault on Kirby?
**A.** On that particular case, yes.
**Q.** Yeah. And were you apprised later that the judge in that case found the largest portion of the liability on Kirby?
**A.** Yes. I never read his opinion. So I don't know the legal basis why he made that. That's correct.
MR. GEORGANTAS: I pass the witness, Your Honor. Thank you.
THE COURT: BW OAK.

**CROSS-EXAMINATION**

BY MR. BAILEY:
**Q.** Captain Cunningham, good morning.

**A.** Good morning, Counsel.

**Q.** Based on your professional experience in the Houston maritime industry, are you familiar with how large vessels of the size and propulsion of the BW OAK and GENESIS RIVER meet and pass in the Houston Ship Channel?

**A.** Yes.

**Q.** Would you describe for us how those vessels typically meet and pass in the Houston Ship Channel?

**A.** Yes. They take what is known as the "center channel approach," and they take that approach to maintain the centerline of the channel where the hydrodynamic effects are reduced. At a distance of around .6 of a mile bow to bow, each vessel will start turning to starboard to move towards the starboard side of the channel. And they pass each other on port-to-port side. They use the hydrodynamic effects to their favor by doing it this way to result in a safe passing.

**Q.** And, Captain Cunningham, what I'm going to do is I'm going to bring up a figure from *The Shiphandler's Guide*, this Figure 28, Passing Phase 1.

Does this give an illustration of what you are talking about in terms of the centerline approach as the vessels begin to meet bow to bow?

**A.** Yes. It's a simple illustration.

**Q.** Okay. And can you explain to us what we're looking at

here in this illustration in terms of this Phase 1 of the centerline approach?

**A.** Yes. So this is also indicating the hydrodynamic pressure fields around the vessel. And the reason it is better to approach from the centerline is because as the vessels approach and start experiencing interaction between the vessels, those positive or high-pressure fields at the bows will help to keep the vessels apart. The reason you do that is because if you commence a head-on passing earlier and move to starboard, then you may experience a bank rejection and both vessels will turn towards each other.

MR. GEORGANTAS: Your Honor, is this an exhibit? Mr. Bailey?

MR. BAILEY: I'm using this as a demonstrative at the moment.

MR. GEORGANTAS: Okay.

BY MR. BAILEY:

**Q.** Captain Cunningham, I have brought up another illustration from *The Shiphandler's Guide* reflecting Phase 2 of the centerline approach meeting.

Can you explain to us what we're looking at in this illustration?

**A.** Yes. So, initially, the bows will turn away from each other. The pilots will use counter helm to control that.

At this stage of passing, the ships pass typically parallel to each other; and they may experience a suction between the vessels at this point.

**Q.** Okay. And what I have up on the screen now is illustration of Phase 3 of the centerline approach meeting and passing.

09:51:37

Can you explain to us what we're looking at in this illustration, please?

**A.** Yes. This would be the third stage of passing where, as the vessels are passing stern to stern, another interaction is experienced, which assists the vessels to realign back in the channel.

09:51:50

**Q.** And based on the evidence that you have reviewed in this case -- that being the VDRs and the PPUs from both the GENESIS RIVER and the BW OAK -- would you agree that the principles of a centerline-approach meeting and passing were at play in this case?

09:52:07

**A.** Yes.

MR. BAILEY: Your Honor, actually, while I've used this as a demonstrative, I would like to offer the figures that we just looked at from *The Shiphandler's Guide* as an exhibit, as BWO-76.

09:52:27

THE COURT: Any objection?

MS. SNELL: No objection.

MR. SHIPLEY: No objection, Your Honor.

09:52:38

MR. GEORGANTAS: No objection, Your Honor.

THE COURT: All right. BW-76 is admitted.

MR. BAILEY: Thank you, Your Honor.

BY MR. BAILEY:

09:53:00 **Q.** Captain Cunningham, yesterday on cross-examination with Mr. Georgantas, you were showed a section of the BW OAK PPU, and I have put that up on the screen now. If I recall, this section or at least the screenshot that you were looking at was at the time of 15:10:10; is that

09:53:26 correct?

**A.** Yes.

**Q.** Okay. You had wanted to explain some things to Mr. Georgantas during your testimony regarding this particular clip from the PPU before being cut off. So I

09:53:45 want to offer you the opportunity to explain what you wanted to testify to yesterday.

**A.** Yes. I think it was simply that this is not a -- they were alleging it's a violation of Rule 9 because they crossed the centerline by a few feet, I think up to

09:54:04 50 feet at point -- at one point. But this is how vessels need to approach each other using a center-channel approach. So if you are approaching another vessel head-on, the safest and most practical position to be is in the center of the channel.

09:54:19 Yes?

**Q.** Go ahead.
**A.** I was going to say and as they -- of course, when you start turning to starboard, because the vessel has maneuvered from the stern, the stern is always going to move away and, to some extent, will always cross the centerline of the channel. And that happens every single time two vessels meet on a centerline approach.
**Q.** And I have heard the GENESIS RIVER interests describe the BW's approach in this regard as "unorthodox". You would disagree with that, wouldn't you?
**A.** Yes.
**Q.** It's, actually, entirely orthodox and completely normal, correct?
**A.** I would say so, yes.
**Q.** Okay. Again, with respect to the centerline approach -- I mean, in your experience, the vessels of the size and propulsion of the BW OAK and GENESIS RIVER do not transit the entire Houston Ship Channel on the starboard side, correct?
**A.** Correct.
**Q.** And can you explain why they do not transit the ship channel to its furthest starboard side?
**A.** Yes. Because of the potential risk of vessel or bank effect or interaction, the safest place to be during normal transit is on the centerline of the channel.

09:55:48 09:56:18 09:56:35 09:56:50 09:57:06

**Q.** So, in other words, it's not safe and practical to ride the starboard side of the channel during a Houston Ship Channel transit, correct?
**A.** For large vessels, correct.
**Q.** All right. I'm going to run this PPU up through the meeting and passing, and I'll stop at various points to get your comment.
MR. BAILEY: Go ahead. Have you done that?
(Video played.)
BY MR. BAILEY:
**Q.** Captain Cunningham, while we're looking at this portion of the PPU as the BW OAK is getting lined up, is anything -- in your opinion, is the BW OAK doing anything in this regard that would affect GENESIS RIVER in terms of what its actions are in terms of setting up for the meeting?
**A.** No. This looks very normal and customary.
**Q.** I'm going to pause it here.
Can you explain to us -- we see these images projecting off of the bow of the BW OAK. Can you explain to us what that is?
**A.** It's a -- it's called a "predictor". You may call it a "predictor shadow". But that is projecting the -- I don't know if it's for one minute or two minutes. But it's the projected position of the BW OAK based on her

heading speed and rate of turn.
**Q.** Okay. And based on that heading speed and rate of turn and what you are looking at right now, what does that tell you about what the BW OAK is doing at this -- at this juncture?
09:57:22
**A.** They have commenced to turn to align on the starboard side of the channel for passing GENESIS RIVER.
**Q.** And you heard Captain Barton's testimony that he was also getting himself aligned to make that next stretch of his transit?
09:57:40
**A.** Yes. Because there is a turn in the channel, he is also aligning for the next leg of the channel.
**Q.** And as part of making that turn, part of his -- the stern of the BW OAK is across the centerline of the channel, correct?
09:57:56
**A.** Which is expected every time you turn from the centerline.
**Q.** Okay. And that would have no affect on what -- at least based on the distance between BW OAK and GENESIS RIVER -- on what the GENESIS RIVER is doing, correct?
09:58:05
**A.** Correct.
**Q.** And if we look in the yellow box from GENESIS RIVER, are you able -- or is there a display that shows the distance between GENESIS RIVER and BW OAK?
09:58:26
**A.** It displays a distance of 0.6 nautical miles.

**Q.** Okay. So at a distance of .6 nautical miles -- and we see from this PPU display -- BW OAK has initiated its starboard turn to get on its side of the channel, correct?
**A.** Correct.
09:58:44 **Q.** Okay. And that is completely in line and appropriate for a center channel approach -- I'm sorry -- a centerline approach, correct?
**A.** Yes. Correct.
**Q.** Captain Cunningham, in the lower, left-hand corner of
09:59:18 the PPU display there is an indicator that says "L46 feet". Can you explain what that is a reference to?
**A.** As I understand it, it's the distance of the centerline of the BW OAK from the center of the main channel.
09:59:35 **Q.** Okay. So at this point it's showing that the stern of BW OAK would be left of the centerline at 46 feet, correct?
**A.** The stern of the vessel, yes.
(Video played.)
09:59:46 MR. BAILEY: Can you play it through?
BY MR. BAILEY:
**Q.** And as we play it through, do you see that distance decreasing?
**A.** Correct.
09:59:54 **Q.** And now, at this juncture we see that BW OAK is to the

right a hundred -- about 126 or 127 feet of the channel?
**A.** Correct.
(Video played.)
MR. BAILEY: You can stop.
10:00:26 BY MR. BAILEY:
**Q.** All right. Captain Cunningham, at this point the bows of the GENESIS RIVER and BW OAK -- they would be bow to bow, correct?
**A.** Yes.
10:00:38 **Q.** Okay. And each vessel is aligned on its side of the -- the starboard side of the channel, correct?
**A.** Correct.
**Q.** Okay. Is there anything about this meeting and how it's shaping up that appears unusual or out of the
10:00:53 ordinary based on a centerline approach?
**A.** No. It's, in fact, very, very typical. A perfect position.
**Q.** Okay. In your review of the evidence, the VDRs and the audio in particular, you did not hear either Captain
10:01:11 Charpentier or Captain Barton raise any issue with respect to how the vessels were coming into their meeting, did you?
**A.** That's right.
**Q.** Even in reviewing the testimony of the bridge teams
10:01:28 from the respective vessels, did you see any testimony

from either bridge team related -- indicating that the approach to the meeting and passing appeared not normal or out of the ordinary to any of them?

**A.** That's fair to say. I haven't seen anything like that.

**Q.** If there was something unusual or out of the ordinary -- in other words, if Captain Charpentier felt that he was being squeezed or that he was being pushed too far over -- you would expect him to get on the radio with Captain Barton and indicate that, correct?

**A.** He could do that. I would expect that, yes.

**Q.** And he did not do so in this case, true?

**A.** True.

**Q.** All right. Captain Cunningham, at this part where I paused it, the vessels are about abeam of each other, correct?

**A.** Yes.

**Q.** Can you explain to us what "abeam" means.

**A.** As we can see, it's basically side by side, almost parallel to each other.

**Q.** Okay. And the BW OAK, at least according to their PPU, is to the right of centerline 161 feet, correct?

**A.** Yes.

**Q.** Okay. And if Captain Barton testified that in his experience of 5,200 or 5,400 transits through the Houston

Ship Channel that being to the right of centerline at least 120 feet is completely normal and appropriate for him, do you have any reason to dispute that?

**A.** No reason, no.

10:03:15 **Q.** And based on what we're looking at on this PPU, does it comport to what we were looking at in terms of the illustration, Phase 2, of a centerline approach meeting and passing?

**A.** Yes.

10:03:33 **Q.** Generally speaking -- well, let me preface this.

The BW OAK was transiting in ballast condition, correct?

**A.** Yes.

**Q.** All right. And that means that it had no cargo, 10:03:44 correct?

**A.** Correct.

**Q.** The GENESIS RIVER was fully loaded, correct?

**A.** Yes.

**Q.** All right. Typically speaking, would the hydrodynamic 10:03:52 interaction -- would those forces be greater coming from GENESIS RIVER onto BW OAK or, because BW OAK was in ballast, would those hydrodynamic interactions be greater going from -- transferring from the ballast ship to the fully-laden ship?

10:04:14 **A.** That's fair to say because the GENESIS RIVER is

displacing a far greater amount of water.

**Q.** So, generally speaking then, the hydrodynamic forces exerted by GENESIS RIVER on BW OAK would be greater than the reverse of that, correct?

10:04:27 **A.** Correct.

**Q.** All right. Captain Cunningham, on the PPU we're looking at the vessels being astern of each other as they are completing their passing, correct?

**A.** Yes.

10:05:01 **Q.** And, again, based on what you are reviewing and based on your review of all the evidence, does anything appear out of the ordinary, unusual, or inappropriate in terms of a centerline meeting and passing in the Houston Ship Channel?

10:05:15 **A.** No.

**Q.** If the pilots aboard each of these vessels, who I think combined between the four of them had in excess of 20,000 transits of the Houston Ship Channel, all testified under oath multiple times that this was a textbook meeting 10:05:34 and passing, do you have any reason to disagree with that?

**A.** No.

**Q.** Do you have any evidence to suggest this was not a textbook meeting and passing or have you seen any evidence?

10:05:43 **A.** No.

**Q.** At the time of its meeting and passing with the GENESIS RIVER, do you consider that the BW OAK was in compliance with Rule 9 of the navigation rules?
**A.** Yes.
10:06:03 **Q.** Okay. I want to circle back to -- you were asked yesterday about the GENESIS RIVER passage plan and that the passage plan speed for GENESIS RIVER in this area was supposed to be 6 to 8 knots, correct?
**A.** Correct.
10:06:26 **Q.** Do you believe that if the GENESIS RIVER was traveling at the passage plan speed of 6 to 8 knots that it would have taken the sheer that it did prior to this collision?
**A.** No.
**Q.** And why is that?
10:06:37 **A.** The forces would have been considerably much reduced and any sheer that the vessel did take would have been a much less severe sheer, easily overcome by using the rudder and the ship's engines.
**Q.** So, if the vessel did take a sheer even at 6 to 8 knots, it would have had the engine kick needed to try to break the sheer, correct?
10:06:56
**A.** If they took any sheer at all, yes.
**Q.** Okay. Is it your opinion then that if the GENESIS RIVER bridge team had given Captain Charpentier the additional RPMs that he requested by using the emergency
10:07:15

override that he would have been able to arrest the sheer that he did undertake prior to the collision?
**A.** That is my opinion, yes. They could have done that.
**Q.** And even if, for argument's sake, he wasn't able to break the sheer, had he gotten those additional RPMs, is it your opinion that he would have been able to hold the red side of the channel in order to clear the VOYAGER prior to the collision?
**A.** Yes. That is also his opinion. And I believe, given the -- the -- how close it was, he didn't need much. And the answer is yes.
**Q.** Is it your opinion -- well, would it be your opinion that if the GENESIS RIVER was traveling at its passage plan speed of 6 to 8 knots, that this collision would have occurred?
**A.** Absolutely --
**Q.** Okay.
**A.** -- it would not have occurred.
**Q.** We wouldn't be sitting here today if they had just followed their passage plan, correct?
**A.** Yes.
MR. BAILEY: That's all the questions I have. Thank you.
THE COURT: All right. Redirect.

**REDIRECT EXAMINATION**

BY MS. SNELL:
**Q.** Thank you, Captain Cunningham, for your patience. I just have a -- hopefully not too many questions to clarify a couple of items.
10:08:26 Yesterday we provided the Court with the navigation rules book?
**A.** Yes.
**Q.** And in the navigation rules, there are both international rules and inland rules. Can you --
10:08:38 **A.** Correct.
**Q.** -- explain the difference between the sets of rules and which rules apply to the collision on May 10th?
**A.** Yes. The international rules, for simplicity, are applicable upon the high seas. On the USA, outside of a 10:08:53 demarcation line on inland waters such as the Houston Ship Channel, the inland rules apply and were the applicable rules in this case.
**Q.** You were also asked yesterday to look at the NTSB transcript, which I believe was GENESIS RIVER Exhibit 42.
10:09:11 **A.** Yes.
**Q.** And you had explained previously that you did your own transcript. And when you did your transcript, you have a note on the first page that the time needs to be adjusted seven seconds forward?
10:09:24 **A.** Correct.

**Q.** Once you adjust the time in your transcript seven seconds forward, how did the timing in your transcript compare to the timing in the NTSB's transcript?
**A.** It is within one second of the NTSB transcript.
10:10:02 **Q.** Yesterday you were also asked multiple questions about whether the fact that the ECDIS was off on the GENESIS RIVER contributed to the collision. I'm sure you recall that?
**A.** Yes. I do.
10:10:14 **Q.** Have you had a chance to review the deposition of Captain Barnes, who was the master on the GENESIS RIVER, on that point?
**A.** Yes. I did.
**Q.** And what did Captain Barnes have to say to "K" Line, 10:10:30 his employer, after the incident about the fact that the ECDIS and the radars were off?
**A.** Yes. So he was interviewed the day of or the day after the incident by "K" Line. They asked how they could prevent the incident from happening. And his response was 10:10:46 the primary factors were radar, ECDIS, and speed. And he believes that had those been on, the radar and the ECDIS, they may have helped prevent this incident.
**Q.** You were also asked today about an Army Corps of Engineers chart from -- I believe it was represented as 10:11:06 April 2019.

Did Captain Marie have the Army Corps of Engineers sounding chart available to him on his tug on May 10th?
**A.** No.
**Q.** Did he have time to consult or look up the Army Corps of Engineers chart, even if he had it?
**A.** No.
**Q.** You were also asked yesterday about Captain Marie's use of a cell phone?
**A.** Correct.
**Q.** How many experts has the GENESIS RIVER hired in this case?
**A.** I believe they have five or six experts.
**Q.** Have you reviewed all of the expert reports submitted by the GENESIS RIVER's experts?
**A.** I believe nine reports, yes.
**Q.** Nine reports issued?
**A.** Correct.
**Q.** And have you reviewed them all?
**A.** Yes.
**Q.** In any of those nine reports do any of the GENESIS RIVER's experts criticize Captain Marie for using a cell phone before he was called by Captain Charpentier?
**A.** Never.
**Q.** You were also asked yesterday about the fatigue of the bridge team or the fatigue of the master and the officer

that were on watch?
**A.** That's right.
**Q.** After this incident, did the GENESIS RIVER issue some lessons learned related to what happened on May 10th?
10:12:39 **A.** Yes. Several memos, lessons learned, and guidelines.
MS. SNELL: If we can pull up Kirby Exhibit 124.
BY MS. SNELL:
**Q.** Have you had a chance now to review Kirby Exhibit 124?
**A.** Yes.
10:12:58 **Q.** And can you just generally describe what it is?
MR. GEORGANTAS: Your Honor, we're getting into an area here that, you know, we had objected on the basis of subsequent remedial measures. I just wanted to bring that to the Court's attention.
10:13:17 THE COURT: Okay. That objection is overruled with regard to this exhibit.
BY MS. SNELL:
**Q.** Go ahead, Captain Cunningham.
**A.** Yes. The standing question, please?
10:13:32 **Q.** So the standing question was: First, what is Exhibit 124?
**A.** It was an e-mail and summary of lessons learned sent to the fleet of vessel masters.
**Q.** And if you look at Page 2 of the exhibit, what are
10:13:51 some of the lessons learned that the GENESIS RIVER put in

its own e-mail --
**A.** Yes.
**Q.** -- from May 11th, 2020?
**A.** Yeah. Item Number 1 emphasized the need to proceed at safe maneuvering speed, which will reduce the hydrodynamic forces such as bank effect, allowing better control and maneuverability of a vessel.
And another -- in response to some of the questions from yesterday, Item Number 4 emphasizes that one of the lessons learned is masters must plan their work hours ahead of time so as to be available during narrow channel transits and that they should not hesitate to challenge any improper decisions by a pilot.
**Q.** In reviewing the documents in this case, after the accident did the GENESIS RIVER managers notice many of the same problems on the GENESIS RIVER that you did?
**A.** Yes. I think almost all.
**Q.** How many times do you think you listened to the VDR of the GENESIS RIVER?
**A.** Well, too many to count, but many, many times.
**Q.** In your review of the GENESIS RIVER's VDR, did anyone on the crew of the GENESIS RIVER on May 10th, the day of the accident, suggest that Captain Marie should have gone to starboard?
**A.** No.

**Q.** Did anyone on the crew of the GENESIS RIVER on the day of the accident suggest that Captain Marie should have stopped?
**A.** No.
10:15:43 MS. SNELL: I pass the witness.
THE COURT: Re-cross? Any re-cross?
MR. GEORGANTAS: Just a few questions, Your Honor.
THE COURT: Great.

10:15:50 **RECROSS-EXAMINATION**

BY MR. GEORGANTAS:
**Q.** Captain, I have a few questions with respect to some of the questions that Mr. Bailey had for you. And I brought up the exhibit -- not quite the same one he was 10:16:13 using. This one is nearly identical, but it also shows the heading of the -- of the GENESIS RIVER that the previous one did not. I think, otherwise, it's going to be the same depiction.
First of all, you were asked some questions about the 10:16:33 centerline approach --
**A.** Yes.
**Q.** -- correct?
That's also sometimes referred to as the "Texas Chicken" maneuver, correct?
10:16:42 **A.** It can be referred to as that, yes.

10:17:00
10:17:19
10:17:44
10:17:59
10:18:18

**Q.** That term is sort of slowly losing appeal in favor of the centerline approach, but we're talking about the same maneuver, correct?
**A.** It's called the centerline approach by Houston pilots, yes.
**Q.** Right. So can we agree that this centerline approach actually took place at the bend here at the Bayport Flare?
**A.** In the general area, yes.
**Q.** And is it correct that the centerline approach also, as is explained on the Houston Pilot's website, occurs on a straight part of the channel, not near or at bends?
**A.** Well, I think this is -- it's a turn. It's not a bend, as other parts of the channels are windy and bendy. This is a 530-foot wide channel, which I believe the center channel approach is applicable.
**Q.** So it's a turn instead of a bend, right?
**A.** Yes.
**Q.** Okay. So you described that this was a centerline approach that took place at a turn, correct?
**A.** The actual passing occurred just north of the turn, yes.
**Q.** The question was that the centerline approach that, as explained on the Houston pilot's website, if you've seen it, typically refers to when they are at a straight part of the channel, no turns involved, is what I'm asking.

**A.** Well, this is two -- this is two-straightaways. This is not a bend. There is a turn, but it's two-straightaways.

THE COURT: He is just asking you to acknowledge what the guidelines say.

10:18:29

THE WITNESS: Okay.

BY MR. GEORGANTAS:

**Q.** So it was, yes? I'm sorry.

**A.** Can you say what the guidelines say again, please?

10:18:41

**Q.** Yes. That -- that the centerline approach depicted by the guidelines of the Houston pilots show it's on a straight part of the channel that does not involve turn?

**A.** Well, I don't think it has that last part. It says it applies on straight parts of the channel.

10:19:07

MR. GEORGANTAS: Can you play that a little bit?

BY MR. GEORGANTAS:

**Q.** I'm going to start playing that for you in a little bit.

Captain, while we're looking at it, were you aware of

10:20:16

Captain Barton's testimony that he was coming in a little wide at the turn?

**A.** I don't recall the exact testimony at this point.

**Q.** And that he had to give the BW OAK a little kick to tighten up? Do you recall that?

10:20:42

**A.** I don't recall it exactly like that, no.

**Q.** So at this point where we stopped at, the GENESIS RIVER is more or less hugging the centerline; is that correct?
**A.** Yes.
10:21:16 **Q.** And the BW OAK is approaching and you can see their heading is still sort of headed towards the green side of the channel where the GENESIS RIVER is coming in, correct?
**A.** The heading is basically on the centerline of the channel.
10:21:38 **Q.** What is that red line that extends from the BW OAK with an arrow on it?
**A.** That is the -- the blue line is the heading. The red line, I believe, is the course line.
**Q.** I'm sorry, the what?
10:21:57 **A.** The course.
**Q.** The course line.
So they are on course -- at this point, at least, they are on course towards the green side, correct?
**A.** If they continued going straight without turning, yes.
10:22:13 **Q.** And this is what Captain Charpentier would have been looking at on his PPU, correct?
**A.** No. I believe this was the BW OAK's PPU.
**Q.** No. But Captain Charpentier was using his own PPU, correct?
10:22:32 **A.** Yes.

**Q.** So he is looking at similar information, correct?
**A.** Or from his -- it's going to look differently because it's looking from his -- from his vessel.
**Q.** But he is looking at the BW OAK approach, correct?
10:22:45 **A.** Yes.
**Q.** And do you recall the part of Captain Barton's -- and, again, Captain Barton was the pilot on the BW OAK, correct?
**A.** Correct.
10:22:55 **Q.** At the time of this meeting?
**A.** Yes.
**Q.** Okay. Do you recall Captain Barton's testimony that he agreed that Captain Charpentier could not begin his turn to port so long as Captain Charpentier was looking at
10:23:11 the starboard side of the BW OAK?
**A.** I recall that part, yes.
**Q.** Okay.
MR. GEORGANTAS: Go ahead and play it a little more.
10:23:24 (Video played.)
BY MR. GEORGANTAS:
**Q.** I'm sorry. I cannot speed it up a little bit for you. Otherwise, I would.
**A.** That's okay.
10:23:54 (Sotto voce discussion between counsel.)

BY MR. GEORGANTAS:

**Q.** Captain, looking at where we stopped here, is it fair to say that Captain Charpentier is still looking at the -- kind of the starboard side of the BW OAK?

10:24:10 **A.** Slightly, but almost head-on, yes.

**Q.** And the BW OAK is still on course into the green side of the channel, correct?

**A.** Well, I disagree with that because you need to look at the -- not at the course vector but at the heading of the

10:24:31 position predictor, which now indicates they have commenced to turn to port. So, technically speaking, I would say they are on course to continue on the centerline.

**Q.** I'm sorry. What was the red line and the blue line?

10:24:46 Course and heading? Okay. CN8. I'm with you now.

So can we agree that, at least at this moment, the heading of the BW OAK is into the green side?

**A.** If they continue going straight.

**Q.** And the same with the course?

10:25:05 **A.** At this point, yes.

**Q.** Okay. The area to the starboard of the BW OAK, as we're looking at this, do you see that kind of a triangle that's right next to the ship channel that is also colored white?

10:25:23 **A.** I do, yes.

**Q.** Do you understand that to be the widener in that area?
**A.** The widener for Bayport Flare, yes.
**Q.** And that is good water for deep-draft vessels, correct?
10:25:36 **A.** I disagree with that part. If you would refer to the sounding charts, there was significant shoaling in the widener on that day.
**Q.** So the chart that we're looking at that was available to the pilots shows as good water; is that correct?
10:25:55 **A.** This is not a sounding chart. The charts the pilots used are a simplified outline of the channel dimensions.
**Q.** Well, this is what the BW OAK was using, correct, the pilot?
**A.** Yes.
10:26:14 **Q.** And on this -- on his Raven, the PPU, it shows it to be part of the white part of the Houston Ship Channel, correct?
**A.** It's part of the widener for the vessels turning into Bayport Flare, yes.
10:26:32 **Q.** But your testimony is that he couldn't use that part of the widener?
**A.** Could he use it or not?
**Q.** Yes.
**A.** I don't recall the exact -- the exact draft or the
10:26:45 depth available. What I do recall is there was some

shoaling in that widener, and it also is not indicated on the official nautical charts yet.

**Q.** And you believe that that information you got it from some kind of a survey, the shoaling? Where did you get it from?

10:27:13

**A.** One of the sounding charts we were looking at earlier on the Army Corps of Engineers.

MR. GEORGANTAS: Please play it more. No. No. Keep playing. Keep playing that.

10:27:30

(Video played.)

MR. GEORGANTAS: Stop it there.

BY MR. GEORGANTAS:

**Q.** So I stopped it here. At this point, the BW OAK is still on -- partially on the green side of the channel; is that correct?

10:28:09

**A.** The stern area, yes.

**Q.** And the GENESIS RIVER is now starting to come away from the centerline, correct?

**A.** Correct.

10:28:24

**Q.** And at this point, do you think Captain Charpentier is still seeing some of the starboard bow of the BW OAK?

**A.** I think he is seeing a vessel almost head-on at this point.

**Q.** And her course is still showing to the green side at this point, correct, and heading?

10:28:49

**A.** The three indicators: The course is still showing to the port; the heading, almost right ahead; the predictor, to the starboard side of the channel.
**Q.** And when you say "the heading straight ahead," the straight ahead is on the green side of the channel, correct?
**A.** If they continued to go without turning, yes.
**Q.** Because the BW OAK is at the turn right now, correct?
**A.** Almost. Almost at the turn, yes.
**Q.** Right.
MR. GEORGANTAS: Play it again, please.
(Video played.)
MR. GEORGANTAS: Go ahead and stop it.
BY MR. GEORGANTAS:
**Q.** So, Captain, at this point, looking at the GENESIS RIVER, she is coming down a little bit over 12 knots, correct?
**A.** Yes.
**Q.** And they are about .4 miles apart, correct?
**A.** Yes.
**Q.** And the GENESIS RIVER is continuing to move away from the centerline, correct?
**A.** Yes.
**Q.** And the BW OAK is still partially on the green side of the channel, correct?

**A.** The -- yeah. The stern section on the lower leg of the channel, yes.
**Q.** The stern section, yes.
MR. GEORGANTAS: Play a little more.
(Video played.)
BY MR. GEORGANTAS:
**Q.** So at this point they are about .2 miles apart, correct?
**A.** Yes. The -- that's what the symbol on the GENESIS RIVER states, .2 miles.
**Q.** And the BW OAK is almost at the turn, correct?
**A.** Yeah. They are almost past through the turn at this point.
**Q.** And he is now to the right of the centerline, but also well clear of the widener, correct?
**A.** Yes. He is on the right-hand side of the main channel on the edge of the widener.
**Q.** And do you believe that at this point -- with this particular aspect of the vessels at .2 miles, do you think Captain Charpentier can commence his turn to port looking at the stern of the BW OAK that is still at the turn?
**A.** Well, he can -- he can commence a very slight turn to port if he wanted to do it at this point.
**Q.** But he is looking at the stern of the BW OAK that is at the turn where he needs to turn himself, correct?

**A.** If he looked towards -- looks at the turn, he can see the stern of BW OAK.
**Q.** All right.
MR. GEORGANTAS: Play it a little more.
10:32:39 (Video played.)
MR. GEORGANTAS: Stop it there.
BY MR. GEORGANTAS:
**Q.** So at this point where they are now passing each other, you can see the GENESIS RIVER aspect that is very
10:33:09 close to her starboard side of the channel, correct?
**A.** Well, in this area of Bayport Flare, there is deep water on the GENESIS RIVER starboard side at this point. It's not the edge of the channel here.
**Q.** I'm just looking at the channel right now. My
10:33:28 question is based on the -- on the channel.
**A.** Based on the charted boundaries, yes. And I apologize. I was referring to the depths.
**Q.** And the BW OAK still has all that widener to her starboard, correct?
10:33:45 **A.** According to this chart, yes.
**Q.** Yes.
MR. GEORGANTAS: Play it again.
(Video played.)
MR. GEORGANTAS: Okay. Stop it.
10:33:58 BY MR. GEORGANTAS:

**Q.** So at this point, what we're seeing, they are almost abeam of each other; is that correct?
**A.** Yes.
**Q.** And "abeam" means they are kind of even? That's what we're looking at? That is what that expression means?
**A.** Yes.
**Q.** Okay. And we can see that the GENESIS RIVER, again, is pretty close to her starboard side, correct, of the channel, of the green side?
**A.** Yes. But still within the Bayport Flare.
**Q.** And the BW OAK still has all of that widener off her starboard side, correct?
**A.** According to the boundaries on this chart, yes.
MR. GEORGANTAS: Okay. Play just a little more.
(Video played.)
MR. GEORGANTAS: Now stop.
BY MR. GEORGANTAS:
**Q.** Is this about the point that -- and, again, referring to Mr. Bailey's demonstrative example earlier, is this the point that the GENESIS RIVER would experience the suction of the BW OAK, more or less?
**A.** The suction is encountered typically when they are beam to beam. As the sterns approach, then the forces change slightly.
**Q.** So, overall, from this maneuver that we just looked

at, do you agree with me that the way that the BW OAK approached this meeting at the turn had the effect of crowding the GENESIS RIVER over very far or on her starboard side?

10:35:43 **A.** I don't agree with that statement, no.

**Q.** Do you agree that the BW OAK had available space to use the widener off on her starboard side?

**A.** And I don't. And, again, it's because the initial intent of the widener is that it will be 46 feet deep like the main channel on that particular day. 10:36:04 I believe the sounding charts will show it had some extensive shoaling.

**Q.** What was the draft of the BW OAK? She was coming in ballast, correct?

**A.** Yes. I don't recall the draft.

10:36:20 **Q.** Maybe around 26 feet?

**A.** That sounds about right. I can't remember the exact number.

**Q.** Okay. And looking at this, at this green side right now, would you agree that the widener is well inside of 10:36:45 marker 76?

**A.** Yes.

MR. GEORGANTAS: Play the other. Bring up the survey. Thank you.

(Video played.)

10:37:23 MR. SHIPLEY: What exhibit is this?

MR. GEORGANTAS: Exhibit 146, James.

BY MR. GEORGANTAS:

**Q.** So, Captain, again, coming back to your concerns about the widener, we are showing you what has been marked as Exhibit 146, which is a corps of engineers hydrostatic survey. Are you able to see it okay?

10:37:43

**A.** Yes.

**Q.** Are you seeing the numbers there in the widener?

**A.** Yes. And what is the date of this survey?

10:38:03

**Q.** It's post incident in May 2019.

**A.** The date of this survey is May 2019?

**Q.** Yes, sir.

**A.** Or the published date?

**Q.** The print date is May 20th. Does that answer your question?

10:38:28

**A.** One of the questions, yes. I think I asked for the survey date.

But I have seen many of these charts. They have various survey dates. What you see is that the dark blue indicates the main Houston Ship Channel, and you can see there is a depth variation even in the area of the intended widener area.

10:38:43

**Q.** And that intended widener area we're looking at, we're looking at soundings in the low 40s, correct?

**A.** Yes.

10:39:01

**Q.** And the -- the draft of the BW OAK was about 26?
**A.** Correct.
**Q.** Whatever it was, but I'm going from memory here. About 26, correct?
10:39:12 **A.** Right.
**Q.** And you still maintain that there were concerns about the BW OAK being able to safely transit in that area with a 26-foot draft in a 42- or 43-foot depth of water?
**A.** I didn't say that there was concerns. I said the
10:39:32 widener is there; but it has some shoaling, and it's not indicated in any other of the charts yet.
**Q.** Certainly not indicated on this chart, right?
**A.** No. This is a sounding chart, but the navigation charts do not show the widener as part of the channel.
10:39:57 **Q.** But we are looking at the area there, correct --
**A.** Yes.
**Q.** -- of the widener?
And, again, there is testimony from the Houston pilots that they keep up with these charts -- the corps of
10:40:12 engineers surveys -- not charts but surveys. Correct?
**A.** Correct.
**Q.** Okay.
MR. GEORGANTAS: I pass the witness, Your Honor. Thank you.
10:40:25 THE WITNESS: Thank you.

**RECROSS-EXAMINATION**

BY MR. BAILEY:

**Q.** Captain Cunningham, just a few questions following Mr. Georgantas's redirect or -- I'm sorry -- re-cross.

10:40:50 I have pulled back up the BW OAK Exhibit 1 and stopped it at 15:12:02, which is, I believe, where Mr. Georgantas was asking you some questions about, you know, the widener to the BW OAK starboard side and then the flare to the GENESIS RIVER starboard side.

10:41:13 Based on where the GENESIS RIVER is positioned, is there, quote-unquote, good water to its starboard side, given where it's positioned on this PPU screenshot?

**A.** This position, yes.

**Q.** Okay. And what good water is to its starboard side?

10:41:33 **A.** Well, the entire Bayport Flare is dredged to -- it should be maintained. I believe it's 46 feet.

**Q.** So, if anyone had the bigger widener here, it's the GENESIS RIVER as opposed to BW OAK, true?

**A.** Fair to say, yes.

10:41:46 **Q.** Okay. And if Captain Charpentier wanted to use that water or that deeper water in the Bayport Flare, he could have, right?

**A.** Yes.

**Q.** Okay. And yet, similarly with Captain Barton and the

10:42:02 BW OAK, there was a widener available to him on his

starboard side, correct --
**A.** Yes.
**Q.** -- for Captain Barton?
And you are aware that Captain Barton gave sworn testimony, based on his experience of 5,400 or so transits of the Houston Ship Channel, that he felt that it would have been unsafe to use the widener in this particular scenario. Do you recall that testimony?
**A.** I recall the testimony, yes.
10:42:13
**Q.** Okay. And you would defer to his experience, you know, as a 20-year Houston pilot with 5,400 transits of the Houston Ship Channel as to whether he felt it would be safe or unsafe to use a widener, correct?
10:42:26
**A.** Correct.
**Q.** All right. And just to kind of put a button on it, you would reaffirm your testimony in response to my questions earlier that the BW OAK and GENESIS RIVER executed a textbook meeting and passing in the Houston Ship Channel using the principles of the centerline approach, true?
10:42:46
10:43:01
**A.** With regards to their positioning of the vessels, yes.
MR. BAILEY: Thank you. That's all I have.
THE COURT: Any redirect?
MS. SNELL: Nothing further.
10:43:11
MR. GEORGANTAS: Your Honor, I do have a question

in direct relation to Mr. Bailey's --

THE COURT: Okay. Make it quick, please.

MR. GEORGANTAS: Can you leave that exhibit up, please? That would help make it quicker. Thank you.

10:43:22

**RECROSS-EXAMINATION**

BY MR. GEORGANTAS:

**Q.** Captain, you were just asked about a widener on the side of the GENESIS RIVER, correct?

**A.** Yes.

10:43:29

**Q.** Do you see any part to the starboard side of the GENESIS RIVER that is marked white that would represent a portion of the Houston Ship Channel?

**A.** It's not marked -- yes. Not in this chart. This is the pilot's PPU.

10:43:51

**Q.** And that's what the pilots use to pilot the vessels, correct, the PPU?

**A.** Correct.

**Q.** So that's what we're looking at, correct?

**A.** Yes.

10:44:02

**Q.** And they have testified before that the white part of the PPU here is the safe water, correct?

**A.** I don't recall if that's the exact testimony, if those are the words they used. Without reviewing that, I would not like to comment.

10:44:27

MR. GEORGANTAS: Thank you, Captain.

That's all I have, Your Honor.

MR. BAILEY: Nothing further.

THE COURT: Captain Cunningham, you may step down.

10:44:33 We have been going for about an hour and 45 minutes. So let's take our morning break. Let's be back at five till 11:00 to take our next witness.

(Recess from 10:44 a.m. to 11:03 a.m.)

THE COURT: You may take your seats.

11:03:25 Kirby may call its next witness.

MR. JAMES: Your Honor, we're going to submit our video now. It's about 15 minutes. You're going to hear from Captain Charpentier, the pilot of the conn of the GENESIS RIVER.

11:03:35 The second witness you'll hear from in this video is Captain Holland, the gentleman who was the earlier Houston pilot from whom Captain Charpentier assumed the conn or the operation.

The third witness is the third-party witness that is 11:03:52 the Captain of the PROVIDER, who was behind the VOYAGER at the time of the incident. His section is really short.

So our video is just right at 15 minutes. May we proceed?

THE COURT: That video will cover all three of 11:04:03 those witnesses?

MR. JAMES: It will cover all three of those witnesses. And we didn't put any more because the rest of it is in the transcripts that we have submitted with the page/line designations. If Your Honor would like a specific page/line designation, we told the reporter that we would submit that to her tomorrow and, if you would like the same, we'll do the same.

THE COURT: All right. Great. You may play the video.

**CAPTAIN JASON WALTER CHARPENTIER,**

having been duly sworn, testified via video deposition as follows:

**DIRECT EXAMINATION**

BY MR. JAMES:

11:04:27 **Q.** Tell us your full, legal name.
**A.** Jason Walter Charpentier.
**Q.** And before you met the BW OAK there, you saw the VOYAGER, right?
**A.** Yes.
11:04:37 **Q.** You saw her off to your portside?
**A.** Yes.
**Q.** And she's approaching the Bayport Flare as well, correct?
**A.** She is, yes.
11:04:47 **Q.** And when you see her, she's on the red side of the

channel?
**A.** Yes.
**Q.** She is doing what she's supposed to be doing, right?
**A.** Yeah.
11:04:50 **Q.** She's over there hugging the reds in the barge lane?
**A.** Yes.
**Q.** And you could see her on your PPU unit in addition to visually seeing her, correct?
**A.** Yes.
11:04:57 **Q.** And so, as far as you're concerned, the VOYAGER is doing what she is supposed to do, right?
**A.** Yes.
**Q.** And that's true throughout the whole evolution of events, right? The VOYAGER is doing what she's supposed
11:05:11 to be doing pursuant to the rules of the road, correct?
**A.** Correct.
**Q.** And so you met the BW OAK. The GENESIS RIVER, after that, is making about 12, I think.
**A.** Yes, somewhere around there.
11:05:24 **Q.** And that's over-the-ground speed; is that right?
**A.** Yes.
**Q.** And feel free -- if you need to, feel free to look at Exhibit 74. Okay?
**A.** Okay.
11:05:33 **Q.** And it's not -- not a memory test. That's something

that you have developed to help you, and you are welcome to look at it if it's going to help you.
And then you get to 75 and 76. That's the -- that's the beacons there at that turn, right?
11:05:50 **A.** Right.
**Q.** How many degrees is that turn?
**A.** It's -- I was coming from a 162 course to a 146. So five -- less than 20.
**Q.** Okay. And so you are going to make a turn to the port
11:06:02 of less than 20 degrees, right?
**A.** Right.
**Q.** You start making the turn. And then for lack of a -- I think we can --
**A.** Yeah. Yeah.
11:06:12 **Q.** She takes a run on you, right? Is that what you would call it?
**A.** Uh --
**Q.** I have heard that --
**A.** Yeah. Yeah. She -- she's not checking up. She's not
11:06:22 doing what she's supposed to be doing. You can call it a run. That's a good way to describe it.
**Q.** Yeah. She's going in a direction that you don't want her to go, right?
**A.** That's correct.
11:06:31 **Q.** She is going in a direction that you haven't given a

helm's command for her to go, right?
**A.** That's correct.
**Q.** So you're giving the -- you're giving the GENESIS RIVER helm commands and -- and -- and despite those helm commands, she is not going in the direction you want her to go, right?
**A.** Right.
**Q.** And so you're telling the Captain of the VOYAGER to -- to be ready to make a move, right?
11:06:59 **A.** Right.
**Q.** And, again, at this point, from what you -- you know and from what -- the events that occurred that day, the GENESIS RIVER is departing from the green side of the channel headed to the red side of the channel?
11:07:18 **A.** Yes.
**Q.** And that's -- you would agree with me that's contrary to the rules of the road, right?
**A.** Right.
**Q.** Okay. And you're trying to get the GENESIS RIVER back over to the green side because that's what the rules of the road contemplate in this situation, right?
**A.** Right.
**Q.** I believe you said, "Give me more RPMs," right?
**A.** Right.
11:07:42 **Q.** And so that's you telling the ship's crew, the GENESIS

RIVER's crew, that you need more revolutions on the propeller, right?
**A.** Right.
**Q.** And you're telling them that because you're trying to get the ship back over to the green side, right?
**A.** Right.
**Q.** And she's not -- she will not stop moving to the port, correct?
**A.** Correct.
**Q.** Now, Captain Holland, so at the time of this incident there were 13 more revolutions that that ship had to give you. Do you understand that?
**A.** Yes.
**Q.** And do you believe if you had received those 13 additional RPMs you could have -- this -- the outcome of this incident would have been different?
**A.** Yes.
**Q.** How so?
**A.** I believe we would have met port to port, the original plan.
**Q.** You would have broken the sheer --
**A.** Yes.
**Q.** -- and kept that GENESIS RIVER on the green side, true?
**A.** Yes.

**Q.** And even then, if you couldn't have, you could have gone -- Captain Holland testified that he thought, if you had those additional revolutions, you could have kept the GENESIS RIVER on the red side --

11:08:45 **A.** Yes.

**Q.** -- correct?

**A.** Yes.

**Q.** And you tell him, "Go for the greens"; is that right?

**A.** That's right.

11:08:51 **Q.** By -- by "Go to the greens," you want him, meaning the VOYAGER, to cross from the red side of the channel, go port, right?

**A.** Yes.

**Q.** And -- and you ask him to do that -- you want the 11:09:10 VOYAGER to do that because you realize, from what you are seeing out there, if something doesn't change, you are going to hit the VOYAGER, right?

**A.** That's correct.

**Q.** And you're -- at first, you tried to change what was 11:09:26 happening aboard the GENESIS RIVER, but that didn't work, right?

**A.** Right.

**Q.** So now you have to ask the VOYAGER to make a move or there's going to be a collision, right?

11:09:34 **A.** That's right.

**Q.** And if the VOYAGER had maintained her speed -- course and speed -- where she was at that time, you would have hit her, from what you were seeing, right?
**A.** Yes.
11:09:48 **Q.** And if she would have stopped, you still believe she was at risk for being hit, correct?
**A.** Yes.
**Q.** At this point, meaning when you tell the VOYAGER to go to the greens, you are telling him that -- you're asking
11:10:01 him to do that because you don't want to take the risk that there's any close call between the VOYAGER and the GENESIS RIVER, right?
**A.** Correct.
**Q.** So you're coming up with Plan B, right?
11:10:10 **A.** Yes.
**Q.** And Plan B is that you're going to try to bring the GENESIS RIVER over to the red side of the channel, right?
**A.** Right.
**Q.** You are going to hug on the red side of the channel?
11:10:23 **A.** Yes.
**Q.** And meaning -- when I say "hug", you are going to keep the GENESIS RIVER over there on the red side of the channel while the VOYAGER tries to escape to the other side of the channel, right?
11:10:33 **A.** Right.

**Q.** And your objective is to keep her over there long enough for the VOYAGER to escape, right?
**A.** Right.
**Q.** So to carry out your plan, you have to ask the VOYAGER to move?
11:10:48
**A.** I do.
**Q.** And she started -- she answered, the VOYAGER, correct?
**A.** Yes.
**Q.** And she started moving, right?
11:10:55
**A.** She did.
**Q.** She starts a heading change to the port, her port, right?
**A.** Yes.
**Q.** Now, there are people with the benefit of hindsight that said the VOYAGER should have gone to the starboard. And you're aware of that, right?
11:11:03
**A.** I've heard of that, yes.
**Q.** And at the coast guard hearing, I asked you, would it have been prudent for the VOYAGER to go to the starboard from your perspective, and I believe your answer was, "Absolutely not." Is that right?
11:11:17
**A.** That's right.
**Q.** And your answer is still the same today?
**A.** Yes.
11:11:25
**Q.** And -- and the reason why you said that was because if

the VOYAGER would have turned to the starboard and rounded, she would have been a sitting duck, right?
**A.** Right.
**Q.** In fact, the boat rather than the barges would have been exposed to the GENESIS RIVER, right?
11:11:37
**A.** Yes.
**Q.** And that would have been the very thing you were -- we just talked about if that GENESIS RIVER comes into contact with that VOYAGER, those guys could die?
11:11:50
**A.** Yes.
**Q.** Now, before you were asked, you know, the questions about the VOYAGER clearing, the speed and all of that, she was starting to see down the side of your starboard side of your ship, right? Meaning she was starting to clear; and then, the GENESIS RIVER sheared again, right?
11:12:03
**A.** Yes. Yes.
**Q.** So, if it wouldn't have been for that sheer, you believe that the VOYAGER would have made it, right?
**A.** Yes.
11:12:13
**Q.** During his deposition I asked Captain Holland did he think the VOYAGER did anything to cause this collision. He said no. And you agree with that, don't you?
**A.** Yes, I do.
**Q.** Do you have any criticisms of the handling or maneuverability of the GENESIS RIVER?
11:12:27

**A.** Yes.
**Q.** And what exactly?
**A.** She's a poor-handling ship.
**Q.** And what aspect of the -- of the ship is poor-handling?
11:12:35
**A.** Her steering is poor-handling, her steering. I guess it ties into the rudder size and it being even keel.
**Q.** And so what do you think could be done to correct or address this?
11:12:51
**A.** Have it trimmed by the stern and then also a bigger rudder.
**Q.** With respect to trim, that's something you could have requested on May 10th, correct?
**A.** Yes.
11:13:01
**Q.** And you did not?
**A.** Yes.
**Q.** Correct, you did not request it?
**A.** Correct. I did not request it.

**CAPTAIN BARRY CRAIG HOLLAND,**

having been first duly sworn, testified via video deposition, as follows:

**DIRECT EXAMINATION**

BY MR. JAMES:
**Q.** Tell us your full, legal name, Captain.
11:13:12
**A.** Barry Craig Holland.

**Q.** So the GENESIS RIVER required extra vigilance on your part, true?
**A.** Yes, sir.
**Q.** And because of that were you articulating the fact that the -- at some point Captain Charpentier was on the bridge?
**A.** Yes.
**Q.** Did you articulate to him that this ship was a poor-handling ship?
**A.** Yes, sir.
**Q.** And did you discuss, generally, the virtues of the Japanese ships?
**A.** Yes, sir --
**Q.** What --
**A.** -- we did.
**Q.** -- what are those virtues?
**A.** She was made at Kawasaki Industries. She's got a small rudder, and she is just a piss-poor-handling ship.
**Q.** Okay. So she doesn't have many handling virtues, true?
**A.** None. None at all, really.
**Q.** None that you really want?
**A.** No, sir.
**Q.** How does a vessel -- how does a poor -- how does being on an even keel, how does that impact the handling of a

poor-handling ship such as the GENESIS RIVER?

**A.** It makes it worse.

**Q.** And can you explain why that's so?

**A.** Usually when a ship gets underway, as you increase the speed of the ship, she'll dip down by the head, as we call it. So now she is going from flat. She is now down by the head, and they don't steer very well when they're down by the head.

**Q.** And, for instance, a ship that's on an even keel, when she takes a sheer, she is more difficult to get under control, true?

**A.** Yes, sir.

**Q.** Right. The Captain decides whether or not to have the trim. If he hands the ship to you with an even keel, then he's handling -- handing you a ship that's more difficult for you to handle, true?

**A.** Yes, sir.

**Q.** Okay. So you handed -- you told Captain Charpentier about the handling difficulties of this ship and then handed over at Morgan's Point?

**A.** Yes, sir.

**Q.** And how long did you remain on the bridge after that?

**A.** Maybe four or five minutes.

**Q.** Okay. Did you have any other discussions other than the poor handling of the ship as far as when you hand over

to Captain Charpentier?
**A.** No. Just characteristics of the handling.
**Q.** And how long before the handover was Captain Charpentier on the bridge?
**A.** Probably four or five minutes before that.
**Q.** And so you -- you left the bridge?
**A.** Yes, sir.
**Q.** And where did you go?
**A.** Pilot cabin.
**Q.** So you're in -- you're in the cabin. You are reading a book. What happens?
**A.** One of the mates banged on the door, opened the door and said, basically, "We need you in the wheelhouse. We need you in the wheelhouse. The other pilot wants you in the wheelhouse."
**Q.** And -- and what did you see upon entering the wheelhouse?
**A.** I -- the first thing I did was run over to the portside because I couldn't tell where we were. So I ran over to the portside and looked aft to see where we were. And I could see the ranges that are above 5 mile. So, I knew we were below 5 mile.
I then looked out forward and saw that we were -- the ship was pointed over towards the red side at a large angle, and I could see the VOYAGER dead ahead of us.

**Q.** And so you looked back at the ranges. You weren't on the ranges, true? You saw them, but you -- the ship was not aligned on the ranges?

**A.** She was not on the ranges.

11:16:31 **Q.** Because she was crossing from the green side of the channel to the red side of the channel?

**A.** Yes, sir.

**Q.** And she was crossing directly in the direction of the VOYAGER, true?

11:16:38 **A.** Yes, sir.

**Q.** Is that -- when you came up to the wheelhouse and saw that, was it contrary to what you would have expected?

**A.** Yes, sir.

**Q.** When the -- did you hear -- after you came on the bridge, 11:16:53 did you hear Captain Charpentier make any sort of passing arrangement with the VOYAGER?

**A.** Yes, sir.

**Q.** And what was that passing -- how did that transpire?

**A.** When I first came up, I heard him saying to the 11:17:06 VOYAGER, "Watch me, VOYAGER. Watch me." And then I heard him say, "We need" -- "You need to go for the two. We're going to go for the two. Head for the green side."

**Q.** Okay. So, as far as the VOYAGER goes, the only -- you would agree that the only viable option for her was to 11:17:23 turn to the port as Captain Charpentier requested, true?

**A.** Yes, sir.

**Q.** And were you present in a coast guard hearing when Captain Charpentier testified that if the VOYAGER were to turn to the starboard that that -- the crew of the VOYAGER very likely may be dead this day?

**A.** Yes, sir.

**Q.** May have died in this incident?

**A.** Yes, sir.

**Q.** And you agree with that?

**A.** Yes, sir.

**Q.** And so you've reviewed the VDR. You've -- you've testified. You have heard testimony of -- of numerous witnesses in this case. You have reviewed vessel documents.

And based off everything that you've reviewed, everything you saw that day on May 10th, 2019, can you -- is it fair to say that the VOYAGER did nothing to cause or contribute to this incident?

**A.** Nothing at all.

**Q.** A minute ago when you -- a few minutes ago you talked about the GENESIS RIVER going into 6 foot of water. Do you recall testifying about that?

**A.** Yes, sir.

**Q.** And I just wanted to -- the ship is drawing 37 feet --

**A.** Yes, sir.

**Q.** -- approximately. How does that happen?
**A.** Well, the chart says 6 foot of water. There is more water over there. And there is more water in the -- in the -- when we make our breaks in the Houston ship channel, we wallow out the sides. You won't find this nice little barge lane and dip down like that. It's all wallowed out. It's a big hog trough, basically.
**Q.** So the GENESIS RIVER is basically -- when it goes out in the barge lane there, it's plowing?
**A.** We're plowing, yes.
**Q.** Okay.
**A.** And when she plowed, we did -- we did hit enough -- we were enough aground because the ship did take a pronounced list. So we were out there. I mean, we were outside the red beacon line, but we were up on the bank listing.
**Q.** You've been a captain of a tow boat. You have been a captain of a ship. You have been -- you worked aboard as a pilot. You've worked on oil rigs. And you have in excess of 30 years of experience.
Would you ever take a vessel into an area with a marked navigation obstruction?
**A.** No, sir.

**CAPTAIN DUDLEY JOSEPH BOURG, JR.,**

having been duly sworn, testified via video deposition as follows:

**DIRECT EXAMINATION**

BY MR. JAMES:

**Q.** Could you please state your name for the record?

**A.** Dudley Joseph Bourg, Jr.

11:19:32 **Q.** On May 10th you were working as the relief captain aboard the PROVIDER, correct?

**A.** Yes, sir.

**Q.** And so everything seemed fine until the GENESIS RIVER crossed from the green side to the red side of the channel, correct? 11:19:44

**A.** Yes, sir.

**Q.** And up to that point -- really, the VOYAGER had done everything she was supposed to do, right?

**A.** To that point she was normal tow on the normal barge lane. 11:19:56

**Q.** She was solid. She was there on the red side, doing what she was supposed to do, correct?

**A.** Yes, sir.

**Q.** Obeying the rules of the road, correct?

11:20:02 **A.** Yes, sir.

**Q.** And you testified in the initial interview, and I listened to it. You said it was the scariest thing you had ever seen.

**A.** Yes, sir. I thought people were going to lose their lives that day. 11:20:17

**Q.** And you thought that GENESIS RIVER was going to hit the boat that day?

**A.** I did. I really did.

(Videotaped excerpts concluded.)

11:20:33 MR. JAMES: Your Honor, we'll call Tony Marie as a witness.

MR. GEORGANTAS: Your Honor, just reminding the Court, I request for the basis of optional completeness of these clips that the depos be reviewed at a later time.

11:20:46 THE COURT: Right. Right. Yes. Yes. The Court will review the entire submission from these three depositions by all parties. Yes.

MR. GEORGANTAS: Thank you, Your Honor.

MR. JAMES: My colleague --

11:20:55 THE COURT: Captain Marie is in the hallway?

MR. JAMES: Yes. My colleague went to get him.

THE COURT: What's that?

MR. JAMES: He is right down the hall.

THE COURT: Oh, great. Okay. Good.

11:21:25 Captain Marie, the witness stand is right up here. And if you'll pause right by the court reporter, I'll swear you in before you take a seat.

Would you raise your right hand to be sworn. Do you solemnly swear the testimony that you are about to give in

11:21:38 the case that is now on trial will be the truth, the whole

truth, and nothing but the truth, so help you God?

THE WITNESS: I do.

THE COURT: You may take a seat up at the witness stand. If you are comfortable doing it, you may take your mask off to testify just so we can understand you and get a good, clean record.

11:21:49

MR. JAMES: May I proceed, Your Honor?

THE COURT: Yes.

MR. JAMES: Are you ready to proceed, Tony?

11:22:00 THE WITNESS: Yes.

**CAPTAIN TONY JAMES MARIE,**

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

BY MR. JAMES:

11:22:02
**Q.** Tell us your full, legal name.
**A.** Tony James Marie.
**Q.** How old are you?
**A.** I am 42.
**Q.** Where are you from?
11:22:08
**A.** Chauvin, Louisiana.
**Q.** Where is that?
**A.** South of Houma, Louisiana.
**Q.** It's way down there?
**A.** Way down there, yeah.
11:22:16
**Q.** Captain, are you a married man?

11:22:23
11:22:35
11:22:46
11:22:59
11:23:13

**A.** Yes, sir.
**Q.** And how long have you been married?
**A.** Married for 18 -- 18 years now.
**Q.** And how many children do you have?
**A.** I have three.
**Q.** How old are they?
**A.** 20, 15, and 14.
**Q.** Who are you currently employed by?
**A.** Kirby Inland Marine.
**Q.** How long have you been employed by Kirby?
**A.** 22 years.
**Q.** Tell us a little bit about your educational background. Do you a high school diploma?
**A.** I have a high school diploma, and that's as far as I went educationally.
**Q.** Did you graduate there in Chauvin?
**A.** Byrd.
**Q.** Okay. Captain Marie, let's talk a little bit about your career path, your training and your background. So I want to talk to you briefly about that. And we're going to go through some of your certificates and your training. Okay?
**A.** Okay.
**Q.** Tell us, your career path, when did you start at Kirby?

**A.** I started in August of 1998, and I began as a deckhand. Then I worked my way up to a tankerman trainee, a tankerman. Then after -- I believe it was about eight years of being a tankerman -- I enrolled into the steersman program to become a wheelman, and I became a pilot, and I'm now a relief captain.
**Q.** Was that your first real job after getting out of school?
**A.** Yes. Real -- this is the first time I have been to the maritime industry, yes.
**Q.** How old were you when that happened, when you joined Kirby?
**A.** 20. I was 20 years old.
**Q.** Back then, what was it called?
**A.** Hollywood Marine.
**Q.** And Kirby and Hollywood subsequently merged?
**A.** Yes. They merged in 1999, 2000.
**Q.** So you said -- you told us that was your first job in the maritime industry; is that right?
**A.** Yes, sir.
**Q.** And you moved your way up all the way from green deckhand to a captain today?
**A.** Yes, sir. Yeah.
**Q.** Now, tell us the types of vessels you work on. What types of vessels do you work on?

**A.** Tugboat, push barges.
**Q.** These are the same type of boats we might see over here at Bolivar or over here at the Galveston Railroad Bridge?
11:24:32 **A.** Yes, sir, that's it.
**Q.** They push around barges?
**A.** Push barges.
**Q.** When you were hired as a deckhand, did your training start then, meaning did Kirby put you -- or Hollywood -- put you through training right away? 11:24:45
**A.** Yes. I started in a class, a deckhand class, prior to being assigned to a boat.
**Q.** And how long was that class?
**A.** I believe it was a seven-day class at the time.
11:25:03 **Q.** After you finished that -- what kind of things did they teach you there?
**A.** How to secure and tie off boat -- barges and face up to the barges and basic -- basic first aid and how to be safe doing the jobs.
11:25:24 **Q.** And then after you finished your deckhand school, you are off to a boat and begin your career, right?
**A.** Yes, sir. And continue our training, yes.
**Q.** Now, did your training cease then or did it continue?
**A.** No, sir. I -- I trained as a deckhand for three -- three months, consecutive months, more months than before 11:25:41

becoming a tankerman training.
**Q.** And when did you become a tankerman?
**A.** I did tankerman training for about three months, and then -- then did the classes for it for -- to become training -- a tankerman -- for my tankerman's license.
**Q.** What is a tankerman?
**A.** I load and unload barges, move product in the barges.
**Q.** And just briefly, can you summarize the tankerman training you went through?
**A.** I did a prep class, a tankerman training class, going through the CFRs and codes and regulations for the coast guard prior to the -- my tankerman training to begin. And then once I got my ten loads and discharges, we -- I went back to a class and did my coast guard test to be approved to become -- to get my license.
And prior to being released as a tankerman, I did a final prep class with a supervisor, and he said -- he allowed me to do my own transfers of the tank.
**Q.** Did you have to do a coast guard exam to achieve that position?
**A.** Yes.
**Q.** Did Kirby have requirements above and beyond the coast guard exam?
**A.** Yes, they did.

**Q.** Now, how long were you a tankerman?
**A.** Approximately eight years.
**Q.** And are there different levels of tankerman?
**A.** Yes.
11:27:25 **Q.** Tell us what those levels are.
**A.** Level 1 is whenever you get your tankerman's ticket at the time. A Level 2 is a little bit more experience, 3, up to Level 4. And I had -- I was a Level 4 specialty tankerman.
11:27:42 **Q.** What does that mean?
**A.** I did specialty products, chemicals.
**Q.** And once you became a tankerman for those eight or nine years -- eight years, did your training continue?
**A.** Yes, sir.
11:27:53 **Q.** Does the training at Kirby ever stop?
**A.** No, sir. It never stops.
**Q.** And so next -- the next step for you to get to where you are today as a relief captain, what was the next step?
**A.** To apply myself to take an entrance exam and move
11:28:14 myself to be a steersman.
**Q.** Explain to us what a steersman is.
**A.** Someone who steers under a captain or designated examiner and learns how to drop the boat.
**Q.** Is it sort of on-the-job training on how to actually
11:28:34 drive the boat?

**A.** Yes, sir.
**Q.** And you don't -- you don't do it alone; is that right?
**A.** No, sir. I have a licensed wheelman with me.
THE REPORTER: A licensed what?
11:28:38 THE WITNESS: Wheelman.
BY MR. JAMES:
**Q.** What year was that that you became a steersman?
**A.** 2004.
**Q.** Before 2004, when you were a tankerman, had you been
11:28:57 steering the boat then?
**A.** Yes. I have been -- I have trained with a wheelman before. It's just to see if I could get the feel for it.
**Q.** And how long did you do that?
**A.** A few years. I mean...
11:29:11 **Q.** Was it kind of the situation where maybe a captain took you under his wing and said, Hey, I'm going to let you drive the boat to learn how to do this to see if you want to move up?
**A.** Yes. Yes. He -- just to make him feel comfortable
11:29:23 that, if something happened with him, I knew how to do something with the boat besides freak-out.
**Q.** Now, to become a steersman, is that automatic?
**A.** No.
**Q.** Tell me what you had to do in order to enter into that
11:29:35 program.

**A.** You have to get recommendations through the captain and be okayed through the company prior to doing your entrance exams.

**Q.** How many recommendations do you have, Tony?

11:29:53 **A.** Approximately four or five maybe. I'm not quite sure.

**Q.** Now, tell us about the training program and the qualification program you had to go through in order to meet the requirements of the steersman program.

**A.** I had to do the 100-hour -- first, I had to get 11:30:16 100 hours steering time at the same time as doing my regular job. So I was steering and tankering barges. And then I did the entrance exam. I did the 100 hours. And then eight coast guard -- eight -- excuse me, eight Kirby tests that mimic the coast guard test for the licenses. 11:30:49 And then I went through a two-weeks class, prep class for the coast guard test, and took the coast guard test and passed it through Kirby.

**Q.** Now, at some point, did you start steering full-time?

**A.** Yes. After I was covered. After my 100 hours, I was 11:31:07 covered by another tankerman to do my duties while I drove the boat, while practice driving.

**Q.** So the first 100 hours, you still were doing tankerman duty. And so you had to take your own time -- did you have to use your own off time to learn to steer?

11:31:25 **A.** Yes, sir. The first 100 hours, yes, sir.

11:31:37 **Q.** In that period, was that -- for lack of a better way to put it, was that period to help make sure that you were able to actually steer the boat, and then the second part of it was where you actually started the more intense training where it was a full-time job?

**A.** The first 100 hours to show my dedication to the steersman program and to getting the job and doing it right.

11:31:48 **Q.** Now, after you finished the coast guard, if you -- did you take a coast guard exam in order to satisfy the requirements of the steersman program?

**A.** I took the coast guard exam to get my wheelhouse license, yes.

**Q.** And did you pass the test the first time you took it?

11:32:01 **A.** Yes, I did.

**Q.** Now, even though you passed the coast guard exam, did you immediately go back -- go to work as the next position?

11:32:17 **A.** No, sir. I continued for another 30 -- I believe it was 30 days I had to get on my river tour to be signed off and to be approved through Kirby to continue as a pilot.

**Q.** So -- just so we understand here, we're talking about pilots here in the Houston Ship Channel?

**A.** Yes, sir.

11:32:30 **Q.** And you are also called a pilot, the next position

after steersman; is that right?
**A.** Yes, sir.
**Q.** Whereas pilots in the Houston Ship Channel are intimately familiar with the Houston Ship Channel, do you have to be -- what is the geographic range of the waterways that you have to be familiar with?
**A.** My license called for the Great Lakes, the -- and the western rivers and inland waterways is what my license is.
**Q.** So just to help the Court to understand, that means the Gulf Intracoastal Waterway?
**A.** Yes, sir.
**Q.** Does that mean the Mississippi River?
**A.** Yes, sir.
**Q.** Does that mean the Ohio River?
**A.** Yes, sir.
**Q.** Does it mean the Upper Mississippi?
**A.** Yes, sir.
**Q.** Does it mean the Tennessee Tombigbee Waterway?
**A.** Yes, sir.
**Q.** And as far as those waterways, you have been on many of them and operated boats on many of them; is that correct?
**A.** Many of them, yes.
**Q.** Now, your next position we talked about was pilot. When did you qualify for pilot?

**A.** 2007. February of 2007 is when I got my license. So probably March is when I actually became a pilot and started driving by myself.

**Q.** So the timeline, you took the coast guard exam and passed it, right?

**A.** Yes, sir.

**Q.** And then the next thing you did is you had to finish the Kirby requirements?

**A.** Yes, sir.

**Q.** And then they finally made you a pilot?

**A.** Yes. Yes, they did.

**Q.** And did you -- so what is the difference between a pilot and a steersman?

**A.** A steersman is -- a pilot has no one but the other wheelman that's usually off watch to help him, if no one else is there looking over my shoulder to help me make decisions.

**Q.** You are running the boat yourself?

**A.** I'm running the boat myself.

MR. JAMES: Ms. Fastow, could you bring up 121, Kirby 121?

Your Honor, what we'll do, if it's acceptable with the Court, I'll work with exhibits, and at the end we'll request that they be admitted.

THE COURT: That's fine.

MR. JAMES: Thank you.

BY MR. JAMES:

**Q.** Do you recognize what is up on the screen here as -- marked as Kirby 121?

11:34:54 **A.** Yes, sir.

**Q.** What is it?

**A.** That is my merchant mariner license.

**Q.** Is this the license that you had at the time of the incident?

11:34:59 **A.** Yes, this is.

**Q.** And before this, when was the last time you had to renew it, according to this license?

**A.** December of 2016.

**Q.** And just so the Court is familiar with it, what is the 11:35:11 process for having to apply for the coast guard or renew your license with the coast guard?

**A.** You have to reapply the -- reapply through the coast guard and do a coast guard physical and medical examinations.

11:35:30 **Q.** And do you -- how often do you have to do that?

**A.** Every five years to renew.

**Q.** And now if we go to Page 2 of Exhibit 121 at the top, if we -- that section of your license, can you tell us what that is, Captain Marie?

11:35:51 **A.** That's saying that I have the masters -- a masters of

towing vessels upon the Great Lakes, inland waters, and western rivers.

**Q.** That's what we just talked about --

**A.** Yes.

11:36:03 **Q.** -- all the different places where you are authorized by the U.S. Coast Guard to operate a tow boat?

**A.** Yes, sir.

**Q.** And the other things that we have listed are things that you're also -- other positions you can carry out?

11:36:14 **A.** Yes, sir, my radar observer, tankerman's document, and the other positions that I don't really use.

**Q.** Now, the radar observer, just how often do you have to renew that?

**A.** Every five years, the same as my license.

11:36:32 **Q.** And what is radar observer? What does that mean?

**A.** It's saying I'm approved to use and operate a radar onboard the vessel.

**Q.** Is it a competency, meaning you are competent to operate the radar?

11:36:45 **A.** Yes, sir. I know how to do -- how to use it.

**Q.** And you satisfy the coast guard requirements?

**A.** Yes, sir.

**Q.** What was your -- so you ran pilot for some period of time. And what was your next position?

11:37:00 **A.** Relief Captain.

**Q.** And when did that -- when did you move into that position?
**A.** Approximately 18 months after my -- after my pilot's position.
11:37:12 **Q.** And to become a relief captain -- well, what is the difference between relief captain and pilot?
**A.** Same job, more responsibility.
**Q.** And as far as the different -- difference between a relief captain and a pilot, is the relief captain in charge when the head captain is gone?
11:37:30
**A.** Yes. They are the same as the captain's position, just he is in charge whenever the captain is not on.
**Q.** And how does -- actually, the next career step for -- for you would be captain; is that right?
11:37:47 **A.** Yes, sir.
**Q.** And how -- how do you become a captain?
**A.** I have to apply. If I feel like I'm ready, I would put a request in through the -- to Kirby, and they would make a decision whether they would like me to be a captain or not.
11:38:04
**Q.** Have you actually filed that paperwork?
**A.** No, sir. Not at the time, no.
**Q.** There has been some talk in the case about you not making captain. Can you explain to us why you have not applied to be a captain?
11:38:17

11:38:36
11:38:45
11:38:56
11:39:07
11:39:19

**A.** At the time I was -- I wanted to take -- to be the captain on the VOYAGER. And they already had a captain on the VOYAGER, and he was the -- Captain John Wheat. He was hoping for a newer boat. So what our plan was, was he got -- if he ever got a new boat, I would take over as captain on the VOYAGER.
**Q.** Why did you want to stay on the VOYAGER?
**A.** The VOYAGER is one of the best handling boats I have ever been on.
**Q.** Do you believe you would be a captain today if you filled out that paperwork?
**A.** Yes.
**Q.** And has anyone from Kirby requested that you complete that paperwork?
**A.** I have completed it before. Since then, I have completed it before.
**Q.** Okay. But have they requested you apply to be captain, the Kirby?
**A.** Yes.
**Q.** Okay. Does Kirby have a performance evaluation system?
**A.** Yes, sir.
**Q.** And tell us how that works.
**A.** A yearly performance evaluation done by the captain of the vessel.

**Q.** And does Kirby have an organized training program?
**A.** Yes.
**Q.** And tell us a little bit about that.
**A.** They sent us to simulators and wheelhouse training for -- for -- to simulate what we are doing in the wheelhouse on the vessels.
11:39:42
**Q.** I would like to talk to you a little bit about the -- start by talking about all the assessments that you have been through since you have become a pilot and a captain.
11:40:01
MR. JAMES: If we could bring up Exhibit 16 and 17 side by side, Ms. Fastow.
BY MR. JAMES:
**Q.** Can you tell us what these documents are?
**A.** Wheelhouse personnel performance review.
11:40:17
**Q.** Have you reviewed them prior to the trial today?
**A.** Yes.
**Q.** Do you know how many years these performance reviews go back?
**A.** I believe it's, like, ten.
11:40:30
**Q.** And have you signed all of them?
**A.** Yes.
**Q.** Meaning at the time the performance assessment takes place, you go over it and you sign it?
**A.** Yes, sir.
11:40:37
**Q.** Is that the standard procedure?

**A.** Yes. We review them, and we sign.
**Q.** Now, Exhibit 17, I believe, is --
MR. JAMES: If we could bring it up by itself.
BY MR. JAMES:
11:40:49 **Q.** It's the most recent evaluation that you have had as far as the annual performance reviews; is that right?
**A.** Yes.
**Q.** And do you know -- looking at the document, when was it conducted?
11:41:01 **A.** September 17th, 2018.
**Q.** And if we go to the last page, do you know who it was conducted by?
**A.** John Wheat.
**Q.** Who is John Wheat?
11:41:10 **A.** The captain of the vessel.
**Q.** Was Captain Wheat aboard with you on the date of the accident?
**A.** Yes, he was.
**Q.** And in this report, Exhibit 17, is there a section
11:41:20 dedicated to an assessment of your skills as an navigator?
**A.** Yes, there is.
MR. JAMES: And if we can go to the third page. One more up. There we go.
BY MR. JAMES:
11:41:39 **Q.** Show us on this page where that is, Captain Marie.

Tell us where that is.
**A.** The wheelhouse performance boat handling skills in various situations.
**Q.** And this evaluation, what did Captain Wheat give you?
11:41:51 **A.** A four.
**Q.** And what comment did he write there?
**A.** "Good boat-handling skills."
**Q.** And did you go back and review your performance eval -- annual performance evaluations that we saw in Exhibit 16?
11:42:06
**A.** Yes.
**Q.** And for this category, wheelhouse performance/boat-handling skills in various situations, what was the lowest score you received?
11:42:17 **A.** A four.
**Q.** If we could go back to the last page, your overall rating on this performance evaluation conducted by Captain Wheat in September of 2018 was what?
**A.** A four.
11:42:31 **Q.** If we go back to the first page now, if you look at the ratings at the bottom of the page, what is a "4"?
**A.** "Above average performance. Usually exceeds normal standards of the job."
**Q.** Okay.
11:42:47 MR. JAMES: If we go to Exhibit 16, Page 8,

11:43:01
11:43:14
11:43:19
11:43:37
11:43:47

please.
BY MR. JAMES:
**Q.** Now, there has been a lot of discussion in this case about this particular document. And have you seen this document before that's Page 8 through 18 of Exhibit 16?
**A.** Yes.
**Q.** What is it?
**A.** It's a watch standing performance assessment.
**Q.** And do you recall why it was performed?
**A.** Yes, sir.
**Q.** Do you recall when it was performed?
**A.** Yes, I do.
**Q.** When was it performed?
**A.** 2012.
**Q.** And do you recall -- would you explain to the Court why it was performed.
**A.** They -- Kirby brought me in to assess me on the -- on my competence in the wheelhouse after I hit the Chickasabogue Railroad Bridge.
**Q.** Where is the Chickasabogue Railroad Bridge?
**A.** Alabama.
**Q.** Is it in the Mobile area?
**A.** Yes, sir. Mobile, Alabama.
**Q.** Can you explain to the Court what kind of bridge that is?

**A.** It's a railroad bridge, very narrow, in an awkward position to the channel.
**Q.** Why is it an awkward position?
**A.** Because you have to turn, and the river current is coming south where you have to turn and -- turn sideways to get into the railroad bridge.
**Q.** Is it a difficult maneuver?
**A.** It's fairly difficult, yes.
**Q.** And so Kirby -- Kirby brought you in after that incident and did this assessment?
**A.** Yes, sir. Reassessed me, yes, sir.
**Q.** And can you tell -- explain how the assessment was conducted.
**A.** It was on a simulator.
**Q.** And where was the simulator?
**A.** At Kirby's training center.
**Q.** So Kirby has its own training center?
**A.** Yes, it has it's own training center.
**Q.** Where is it?
**A.** It's in De Zavala, Channelview.
**Q.** Briefly explain to the Court, how big is this training center?
**A.** It has a building for classrooms, a building for office personnel, a cafeteria, and a dorm room enough -- a big dorm room for everyone to stay there.

**Q.** Does it have classrooms?
**A.** Yes, it does.
**Q.** And has its own dedicated training campus?
**A.** Yes. All on one plot of land, yes, sir.
11:45:09 **Q.** Does Kirby have barges to practice on for tankering?
**A.** Yes. They have a practice barge in the back of the training center.
**Q.** Does Kirby have a practice boat there that they allow people to operate to train? Or do you know?
11:45:23 **A.** They do. They do have one.
**Q.** It's a big place?
**A.** Yes.
**Q.** Okay. And -- now, when you did this simulation at Kirby, who conducted the assessment?
11:45:39 **A.** Captain John Moyle.
**Q.** Is he employed by Kirby?
**A.** Yes, he is.
**Q.** And can you explain just briefly what you did in the simulator, as far as the simulations that you ran?
11:45:49 **A.** Okay. It was inbound from Galveston Harbor, inbound to Houston Ship Channel and, also, the northbound lock loads and empties through us, Smithland Lock.
**Q.** Where is Smithland Lock?
**A.** Ohio River.
11:46:09 **Q.** And, now, there has been a lot of talk about Section 3

of the report. And can you tell the Court what Section 3 is meant to address?

**A.** Radar.

**Q.** Is it meant to address anything about your boat-handling skills?

**A.** No, sir.

**Q.** And was Section 3 -- how were your marks on that section?

**A.** They were the lowest. It was like two.

**Q.** And can you -- why was it a two?

**A.** Because I didn't set my radar up to -- for the running CPA.

**Q.** And is that something that Mr. Moyle wanted you guys to do?

**A.** Yes. That's something he invented for tow boaters to use to avoid -- for early detection.

**Q.** That was sort of his baby?

**A.** That was his baby.

**Q.** And just to explain to the Court briefly, what is -- what is the running CPA?

**A.** It is to use for early detection and risk of collision management.

MR. JAMES: Let's go down two pages.

BY MR. JAMES:

**Q.** And we might also see it as -- one moment.

And that's what we see here in Section 3. If you'll go back up one page. Can you tell what these images are on this page, Tony?

**A.** Yes, radar -- screenshots of radar, our radar.

11:47:37 **Q.** So that Section 3, it's devoted exclusively to radar?

**A.** Yes, sir.

**Q.** Now, "CPA". What is that called -- what does that mean?

**A.** "Closest point of approach."

11:47:53 **Q.** And just for a layman like me, what does it mean?

**A.** It means telling them we're going to pass pretty close to each other, to --

**Q.** It means that you are within range of one another and will come into close point of approach; is that right?

11:48:09 **A.** Close. Yes, sir. Close -- it shows you the closest -- where we're going to meet at the closest point.

**Q.** Now, this report, if we go to the last page --

MR. JAMES: I'm sorry. The last page of the report. It would be 16.

11:48:35 BY MR. JAMES:

**Q.** Sorry. And this is the last page of the report -- of the assessment, and tell us what you got on the other sections.

**A.** I got a "4" for effective lookout, a "3" for safe

11:48:51 speed, a "3.5" for maneuvering conduct, and signaling

sound and light is a "4". Vessel handling and maneuvering is "3.5".
**Q.** What was your overall score?
**A.** 83 percent.
11:49:04 **Q.** And as far as the scale -- if you'll go up just slightly -- it's right above "Outcome assessment grade." What is a "3"?
**A.** "3" is "Meets minimum performance standards."
**Q.** What is a "4"?
11:49:24 **A.** "Exceeds minimum performance standards."
**Q.** So the only section that you needed improvement on was the radar section?
**A.** Yes, sir, just the radar.
**Q.** After that assessment -- was it an assessment where
11:49:40 Captain Moyle just said, "Here is the assessment," or did he give you feedback?
**A.** No, sir. We had a discussion, and he told me to -- he gave me a few pointers to work on and what I needed to improve on, and I took his information and helped myself
11:50:00 improve.
**Q.** So, for instance, the radar, the running CPA method we talked about, did you start using it after that?
**A.** Religiously. Yes, sir.
**Q.** At the time of this incident, were you using the
11:50:10 running CPA setting on your radar?

**A.** Yes, I was.
**Q.** Let me just ask you this: At the time of this incident, was your radar on?
**A.** My radar was on.
11:50:21 **Q.** Now, the Seamen's Church, can you explain what that is?
**A.** Seamen's Church is an institute for -- to help train maritime. It's like a maritime college-ish.
**Q.** And where is it?
11:50:38 **A.** It is in Houston.
**Q.** And just for -- can you explain to -- explain to us what you do there or what is done there?
**A.** We have classes. We have group meetings and learn bridge management, bridge resource management, how to use
11:50:58 our AISs, the radar classes. We do simulators like we're driving a boat, and they put us in different situations to see how we would react and respond to them.
**Q.** Now, the facility there, is it just one simulator or is it multiple simulators?
11:51:19 **A.** I believe it's, like, four or five simulators. It's multiple.
**Q.** And do you do it with other Kirby employees?
**A.** Yes, sir. With multiple people, yes.
**Q.** Do you do it with other Kirby captains?
11:51:35 **A.** Yes.

**Q.** And have you ever had simulator training specific to the Houston Ship Channel?
**A.** Yes, I have.
**Q.** Can you think, ballpark, how many times you have done that?
11:51:44
**A.** Maybe four or five times on the simulator, yes.
**Q.** And does the course include training on the rules of the road?
**A.** Yes, it does.
11:51:52
**Q.** And does it include on how to maintain situational awareness?
**A.** Yes. Yes, it does.
**Q.** So if we -- just describe the format. Is it -- do you have classroom work?
11:52:05
**A.** Classroom, homework, discussions, yes, sir.
**Q.** And you go into the simulator?
**A.** Yes, sir.
**Q.** Then you have kind of a debrief session?
**A.** Yes. We debrief with each other to see if we need to improve on anything or discuss what happened in the simulator.
11:52:20
**Q.** And does the training include how to interact with other vessels on the waterway?
**A.** Yes. How to talk on the radio and make decisions, yes, sir.
11:52:39

11:52:56
11:53:09
11:53:22
11:53:35
11:53:50

**Q.** Does it include training on how to resist requests for the vessels that might not be in the best interests of your vessel?
**A.** Yes. Yes. I remember one -- one specific. They wanted me to do something that would have put my vessel and my crew in danger, and I refused.
**Q.** And, actually, not just in the simulator but out there on the waterway, that's something that happens from time to time?
**A.** Yes. Yes. They have got -- yes, it does.
**Q.** And do you believe that your training and your background gives you the backbone to be able to say "no" when someone asks you to do something you don't believe is right?
**A.** Yes, I do believe.
**Q.** And have you done that before?
**A.** I have done it before.
**Q.** And, specifically, does the exercise that you talked about in New Orleans that you did in the simulator, was that request from a pilot in the simulation?
**A.** Yes. It was a ship -- a ship pilot that wanted me to do something.
MR. JAMES: Now go to Kirby 29, please.
BY MR. JAMES:
**Q.** Can you tell us what this certificate is, Captain

Marie?
**A.** Certificate from the Seamen's Church for my advanced pilot management.
**Q.** And what date is that certificate?
11:54:00 **A.** That is for February 4, 2011.
**Q.** And so you are on a five-year interval with a coast guard license?
**A.** Yes, sir.
**Q.** And Kirby, every five years, sends you to the simulator?
11:54:10
**A.** Yes.
**Q.** Okay.
MR. JAMES: Now I want to blow up below to where it says "advance pilothouse management." There.
11:54:15 BY MR. JAMES:
**Q.** Do you see it says "and coast guard designated examiner refresher training"?
**A.** Yes.
**Q.** What is a coast guard designated examiner?
11:54:31 **A.** It's someone approved through the coast guard to assess and train steersmen.
**Q.** And why do you have that or what is that designation for?
**A.** It means that I can teach someone else how to -- they
11:54:48 are confident enough for me to teach someone else how to

steer a boat and for -- that I know what I'm doing.
**Q.** Yeah. Does it -- have you ever heard of the term "sign off"?
**A.** Yeah. Sign off.
11:55:04 **Q.** So what does that mean?
**A.** It means I can sign off on people to turn them loose to become a pilot.
**Q.** And the sign-off, who is that given to? Do you know who the sign-off was given to or why you have to have a
11:55:16 sign-off?
**A.** Give it to the coast guard to get your license.
**Q.** When did you become a designated examiner?
**A.** I got my own paperwork in 2017.
**Q.** And have you had steersmen aboard your boat before?
11:55:36 **A.** Yes, I have.
**Q.** And so, when you have a steersman aboard your boat, that means you are there to train them; is that right?
**A.** Yes. Yes.
**Q.** And have you ever had an issue with having to take
11:55:49 over from a steersman?
**A.** Yes, I have.
**Q.** What happened?
**A.** I was training him to steer through Jackson Railroad Bridge northbound at high river at night. And as he was
11:56:02 going through the bridge, he oversteered the current, and

11:56:26 he freaked out. So I had to get him out of the way to recover the tow, point the tow back into the current. And as I did that, the stern -- my port stern of my barge laid on a bridge pillar. I recovered control, and I drove -- continued to drive out of the bridge and contacted the bridge standard.

**Q.** After that incident, were you disciplined in any way?

**A.** No, sir, I wasn't.

**Q.** Why not?

11:56:37 **A.** The coast guard themselves told me that was the perfect training scenario for a steersman.

MR. JAMES: And move to Exhibit 28, please.

BY MR. JAMES:

**Q.** Can you tell us what this document is, Kirby 28?

11:56:56 **A.** That is -- what is that? That's my radar observer.

**Q.** And what year is that?

**A.** 2011.

**Q.** And so that's your radar observer certification that we talked about a few minutes ago on the back of your

11:57:09 coast guard license?

**A.** Yes.

**Q.** And does Kirby have U.S. Coast Guard approved training courses?

**A.** Yes, they do.

11:57:17 **Q.** Now, if we go to Exhibit 11, Kirby 11, please, can you

tell us what this certificate is?
**A.** Yes. That's advanced pilothouse management through the Seamen's Church again.
**Q.** What is advanced pilothouse management? What is that class?
11:57:38
**A.** That's for bridge resource management. And that's the simulators and how to use all my electronics in my wheelhouse.
**Q.** The classes we just talked about?
11:57:47
**A.** Yes, sir.
**Q.** And what year is this?
**A.** 2016.
MR. JAMES: If we go to Exhibit 12 now, Kirby 12, please.
11:57:54
BY MR. JAMES:
**Q.** Can you identify what this document is?
**A.** Bridge resource management certificate.
**Q.** What year is this certificate?
**A.** 2016.
11:58:04
**Q.** It was issued by the Seamen's Church?
**A.** Yes, it was.
**Q.** And is this part of the simulator training that you went through?
**A.** Yes. Same class.
11:58:12
**Q.** What is bridge resource management?

**A.** It's how to use and comprehend -- take all of the information from all of the equipment in your wheelhouse, put it together, and make a decision and to -- how to use all the equipment I have and my radios, how to do bridge-to-bridge communications.

11:58:32

**Q.** Thank you, Tony.

MR. JAMES: Exhibit 15, Kirby 15, please.

BY MR. JAMES:

**Q.** Can you identify what this document is?

11:58:43 **A.** That's my certificate from my radar observer.

**Q.** And that was in 2016?

**A.** Yes, it was.

**Q.** And so that renewal, that training, would have carried you through 2021?

11:58:55 **A.** Yes.

**Q.** So you had -- did you have the training and meet the coast guard requirements on the date of this accident?

**A.** Yes, I did.

**Q.** Now, in addition to the simulator training and all the other training that Kirby put you through, do they also require training that you do on your own while you are on the boat or at home?

11:59:08

**A.** Say that again.

**Q.** Does Kirby have a computer-based training that they require you to satisfy as well?

11:59:20

**A.** Yes. Yes. We do complete bridge training.
MR. JAMES: Go to Exhibit 13, please.
BY MR. JAMES:
**Q.** And tell us. How does that work?
11:59:30 **A.** They designate these training courses to us and they send them to us on a computer through our e-mail and we get on the computer and take the test and we have to pass them.
**Q.** And so do you have -- in addition to -- it looks like
11:59:54 they have general safety training, like back training, combined-space training --
**A.** Yes.
**Q.** -- that sort of thing. But do you also, as part of that training, have to satisfy requirements that are
12:00:05 related to navigation?
**A.** Yes. All these are through the coast guard.
**Q.** And do you see any on this document that -- any training on your computer-based training document here that pertain to navigation?
12:00:20 **A.** Maritime -- let me see. The -- you have marine survival and navigation.
**Q.** How about January 20th, 2017? Did you take a course that day?
**A.** January 20th, 2017, that's not showing up on this one.
12:00:52 There you are. ECS and AIS training.

12:01:12
12:01:23
12:01:47
12:02:04
12:02:18

**Q.** What is that, ECS and AIS?
**A.** Electronic charts and my AIS.
**Q.** When we talk about the Rose Point -- we hear a lot about the Rose Point here. Did you have specific training on the use of that Rose Point?
**A.** Yes. Rose Point is right there.
**Q.** And available features of the Rose Point?
**A.** Yes. Rose Point is what we use for our electronic charts and stuff.

MR. JAMES: Now, if we go to November 26, 2018, on that report. There you go. At the bottom. Thank you.

BY MR. JAMES:
**Q.** And there it says "risk assessment training." Do you recall going through risk assessment training?
**A.** Yes.
**Q.** What does Kirby teach you about risk assessment?
**A.** You take any risk that you can and -- you look at -- for any possible risk of -- you just assess the job and take as little risk as possible for anything.
**Q.** No matter what the job is, whether it be navigation or whether or not it be some -- changing a light bulb; is that right?
**A.** That's right.
**Q.** So if we go to Kirby Exhibit 6, do you remember someone named Michael Berry coming out to your vessel?

12:02:36
12:02:54
12:03:12
12:03:24
12:03:38

**A.** Yes, sir.
**Q.** Who is Michael Berry?
**A.** He was an independent auditor to come and assess Captain John Wheat and myself on the boat for navigation.
**Q.** And when did he come aboard?
Have you reviewed this document that we have marked as Exhibit 7 -- as Kirby Exhibit 6?
**A.** Yes. Yes, I have.
**Q.** And does that document memorialize Michael Berry's work on your vessel back in September of 2017?
**A.** Yes, sir.
**Q.** How long did -- before Captain Berry was an auditor, what did he do for a living? Do you recall?
**A.** I met him as an instructor over there at the Seamen's Church.
**Q.** So he was an instructor for the simulator training that you took?
**A.** Yes, sir.
**Q.** And did -- tell us what Berry did when he came aboard as far as observing you?
**A.** He set up in the wheelhouse and watched me, interacted with me as I drove the -- did all my navigating through the --
**Q.** Did he have any recommendations?
**A.** Yeah. He asked me if it would be all right if he

would recommend me to become a captain to the office. I said no problem.

**Q.** And did you -- did he have any recommendations, as far as your use of the Rose Point?

12:03:55 **A.** Yeah. He told us we should start doing the -- plotting our routes on the waypoint instead of just going by the mile markers.

**Q.** So meaning how you -- does that mean how you planned your voyage path?

12:04:17 **A.** Yes. Yes.

**Q.** And did he show you an easier way to do it?

**A.** Yes, he did.

**Q.** Did you start doing that after that recommendation?

**A.** Yes, I did. We started making plenty of routes.

12:04:28 **Q.** How many watches do you think he observed you?

**A.** In three days, about five.

**Q.** And did Mr. Berry, on this report or to you personally, give you any negative feedback as far as your situational awareness?

12:04:48 **A.** No, sir.

**Q.** Did he give you any negative feedback as far as your boat-handling skills?

**A.** No, sir.

**Q.** Now, you are set up on the Rose Point. Berry -- that

12:05:01 was something that Berry taught at the Seamen's Church; is

that right?
**A.** Yes. Yes.
**Q.** And the Rose Point setup that you ran back in September of 2017, was it any different than the configuration or setup of the Rose Point that you ran the date of this accident?
**A.** No.
**Q.** So -- when I say "setup with the configuration," I mean all the different reporting information that you receive on the screen.
**A.** My instrument panels. No.
**Q.** Yes.
**A.** It was pretty much the same.
**Q.** It was the same?
**A.** Yes.
**Q.** Okay. And did you use the slide predictor back in 2017?
**A.** No, I did not.
**Q.** Did Mr. Berry or Captain Berry have any criticisms of you not using a slide predictor back in 2017?
**A.** No, he did not.
**Q.** Now, as far as a slide predictor goes, is there a source of that same information on the configuration of Rose Point that you run?
**A.** Yes. It's -- I do.

**Q.** And what is it?
**A.** It is -- it's called an actual -- I can't remember what it's specifically called, but it shows your actual heading compared to your -- it shows you off the side. 12:06:23 It's a little dotted line that shows you which way you are actually going, no matter which way you are heading.
**Q.** Does it show the motion of the vessel?
**A.** That's it.
**Q.** Now, another assessment that you have had to go 12:06:40 through --
MR. JAMES: If we can go to Kirby 5.
BY MR. JAMES:
**Q.** And is this the last assessment that you had prior to this incident?
12:06:49 **A.** Yes, that is.
**Q.** And what does -- and what is the date of it?
**A.** January 21st, 2019.
**Q.** And is that about four months before this accident?
**A.** Yes.
12:06:59 **Q.** Who performed the assessment?
**A.** John Wheat.
**Q.** And have you reviewed the assessment prior to today?
**A.** Yes.
**Q.** And did Captain Wheat have any criticisms of you in 12:07:12 this assessment?

**A.** No. He did not.
MR. JAMES: If we can go to the demonstrative slide.
BY MR. JAMES:
12:07:17 **Q.** I wanted to -- have you looked at this slide before?
**A.** You showed me, yes.
**Q.** And does this slide accurately depict all the different training, assessment, performance reviews, events that you have had since becoming -- since leading up to this accident that occurred on May 10, 2019? 12:07:36
**A.** Yes. Pretty accurate.
**Q.** And does it accurately depict your career path?
**A.** Yes, it does.
**Q.** And do you believe that your training prepared you for what happened to you on May 10th, 2019? 12:07:50
**A.** Yes, it did.
**Q.** Why do you feel like that would be the case?
**A.** With all the experience and situations I have seen from the time I was a deckhand until then, it helped me keep -- stay calm and understand what was going on. 12:08:05
**Q.** Do you think you lacked any training on May 10th, 2019?
**A.** No. I do not.
**Q.** Now, I want to change gears you on you, Tony -- Captain Marie. I keep calling you Tony. I'm sorry. I've 12:08:22

been calling you Tony a long time.
How many times have you testified now?
**A.** This is going to be my fourth time.
**Q.** And you testified in an interview with the coast guard and NTSB?
12:08:34
**A.** Yes, sir.
**Q.** And then with the coast guard and NTSB in a hearing?
**A.** Yes, sir.
**Q.** And then you -- Mr. Georgantas examined you for a couple of hours; is that right?
12:08:45
**A.** At a deposition, yes, sir.
**Q.** So, Captain Marie, we'll talk about the VOYAGER now.
MR. JAMES: Can you pull up Exhibit 3, please?
BY MR. JAMES:
12:08:59
**Q.** And have you looked at these photos that we have marked as Exhibit 3?
**A.** I didn't look at them, but you showed -- you showed them, but I didn't examine them, yes, sir.
**Q.** So you have seen them before?
12:09:07
**A.** Yes.
**Q.** And in this the picture of -- are these photographs of the VOYAGER?
**A.** Yes.
MR. JAMES: Could we turn to Page 2?
12:09:13
BY MR. JAMES:

12:09:23
12:09:39
12:09:57
12:10:12
12:10:38

**Q.** And if we look in the center where it says -- of Page 2 -- there is a center window there. It looks it says "VOYAGER." Do you see that?
**A.** Yes.
**Q.** And is that where you sit?
**A.** Yes. It's the dead center of the window, yes, sir.
**Q.** So you are behind that windshield?
**A.** Behind the windshield.
**Q.** And where -- what is the eye level of the VOYAGER?
**A.** The eye level is, like, 32 foot.
**Q.** What does that mean?
**A.** It means I'm 32-foot above the waterline to be able to see a distance away.
**Q.** Now, when you are sitting at the helm of the VOYAGER, driving the VOYAGER, can you see 360 degrees around you?
**A.** Yes, I can.
MR. JAMES: Now, if we go to Page 3 of Exhibit 3. And I want to go up here on this yellow.
BY MR. JAMES:
**Q.** If you look, can you show us the long wires and the face wires using your pointer? Is it working?
**A.** I pressed the wrong button.
**Q.** The top one. Did you get it to work? Have you got it now, Tony?
**A.** No, it's not --

**Q.** Okay. We can do without it. That's fine.
**A.** I pressed the black button by accident.
MR. SHIPLEY: There you go.
THE WITNESS: Is that it?
12:10:50 MR. JAMES: It will start working.
MS. SNELL: Move it to the right.
THE WITNESS: Over to the right? That's it.
MR. JAMES: No worries.
**A.** There it is.
12:11:04 BY MR. JAMES:
**Q.** There it is.
All right. Captain Marie, can you show us the long wires?
**A.** These are the long wires right here.
12:11:12 **Q.** And does that wire go all the way to the front of the boat?
**A.** Yes. Whenever it's -- when we're faced up to the barge, yes, sir.
**Q.** And show us the face wires.
12:11:19 **A.** Face wires are these two wires here. They come up right here.
**Q.** And what are they made out of?
**A.** Spectra line.
**Q.** What is Spectra?
12:11:29 **A.** Spectra is a synthetic rope that is stronger than

steel ropes.
**Q.** Were those wires connected between the VOYAGER and the two barges and its tow on the date of the incident?
**A.** Yes, they were.
12:11:45 **Q.** We'll talk about that later as far as -- but did all of them break?
**A.** All but one.
**Q.** Did those wires break after the collision or before the collision?
12:12:02 **A.** After the collision.
**Q.** Now, how long had you been working on the VOYAGER?
**A.** 12 years.
**Q.** What are her overall dimensions?
**A.** Overall dimensions, 70-foot long, 26-foot wide,
12:12:18 40-foot tall air draft, and 8'6" legal draft on the paperwork, but 10-foot actual draft.
**Q.** What do you mean legal draft versus actual draft?
**A.** It means -- legal draft is from the keel of the -- the keel of the boat to the waterline is 8 and a half foot
12:12:42 deep. But below my keel, my stump-jumpers and wheels hang down below my keel about a foot and a half. So that's another foot and a half I have to add.
**Q.** What are stump-jumpers?
**A.** Stump-jumpers is something -- like, say, you run over
12:12:58 a log, it will -- it will jump over the log instead of

passing it through the wheels.
**Q.** So is it a frame to protect the propellors?
**A.** Yes. A frame to protect the propellors.
**Q.** Now, is the -- how many rudders does your boat have?
12:13:17 **A.** I have two steering rudders, which is behind the propeller, and then four flanking rudders in front of the propeller.
**Q.** What do -- what do the flanking rudders do?
**A.** It helps me steer when I'm backing up there.
12:13:33 **Q.** There has been discussion in the case about flanking rudders and using them while you are still moving forward. Can you do that?
**A.** They are useless.
**Q.** Okay. So there is not a way to really -- when you back on the boat -- to control the boat's direction using the flanking rudders if you are still making headway? 12:13:46
**A.** There is -- not really, no. Nothing that's taken in control of anyway.
**Q.** Now, is the VOYAGER inspected by the coast guard?
12:14:01 **A.** Yes, it is.
**Q.** What does that mean?
**A.** It means the coast guard gets onboard and inspects certain aspects of what they need to look at as far -- as passing Subchapter M.
12:14:12 **Q.** Does it look at safety equipment?

**A.** Yeah. Safety equipment and other things.
**Q.** Does the coast guard make sure -- or the inspection make sure that the boat's equipment is operating properly?
**A.** Yes. They make sure it is all up to par for the coast guard.
12:14:29
**Q.** Now, how many -- in your career with Kirby, how many vessels, other than the VOYAGER, have you worked aboard?
**A.** Probably about a good dozen.
**Q.** And the handling of the VOYAGER, how she steers versus these other vessels, how do they compare?
12:14:41
**A.** The VOYAGER is the best boat I have ever been on, best handling boat.
**Q.** What is her horsepower?
**A.** 1750 horsepower.
12:14:56
**Q.** And what is her -- what tow size do you ordinarily have on the VOYAGER?
**A.** Two 30,000 barrel barges.
**Q.** Now, you have two barges. And how do you configure them?
12:15:05
**A.** Strung out or doubled up.
**Q.** Okay. You are going to have to help us. What does "strung out" mean?
**A.** Strung out is one in front of the other. And then doubled up is one on the side of the other.
12:15:15
**Q.** And when the -- when the tow and the VOYAGER are

breasted together, what is the length?
**A.** The length is -- with the boat -- is 370-foot long and 108-foot wide.
**Q.** And we heard a little bit in this case about exposing the boat to the GENESIS RIVER.
**A.** Yes.
**Q.** And can you kind of explain how the boat is protected in certain configurations versus not being protected in other configurations?
12:15:46 **A.** The doubled-up tow is 108-foot wide. My barge is only 26-foot wide. It's in the dead center of the two barges, made up between them. So I have about 40 foot on each side of my boat that's being protected by the barges. Whereas if I was strung out, it's only 54-foot wide. So I would have only maybe 15 foot on each side. That adds up.
**Q.** And so what about -- at certain angles, do the barges protect the VOYAGER?
**A.** Yes, sir.
**Q.** When you have a -- when the VOYAGER has a certain aspect to a vessel such as the GENESIS RIVER -- if you have a certain aspect, the VOYAGER would have to be -- a vessel such as the GENESIS RIVER would have to hit the barges before it hit the VOYAGER?
**A.** Yes. It would be less likely to hit the boat.
**Q.** Now, how -- the length and beam of the tow when she is

strung out is how long?
**A.** When she is strung out, it's 670-foot long.
**Q.** With the boat?
**A.** With the boat.
12:16:49 **Q.** And she is only 54-foot wide?
**A.** 54-foot wide.
**Q.** Now, are there tradeoffs between each configuration?
**A.** Yes, there is.
**Q.** So when you -- tell us about the strung-out configuration. What is the benefit? What is the turning like?
12:17:03
**A.** The strung-out, you make a little bit more speed, but it's slower steering because you have got to move 600 foot of tow in front of you to move rather than a doubled-up tow, you only have got 300 foot to turn, but you make a little bit less speed.
12:17:22
**Q.** So which of the two turn faster?
**A.** The doubled-up.
**Q.** When you have to make a quick maneuver, which of the two is better?
12:17:33
**A.** The breasted up, yes.
**Q.** And which configuration did you have on the date of the accident?
**A.** Breasted up.
12:17:41 **Q.** Now, do you recall the two barges that were in your

tow the day of the accident?
**A.** Kirby 30015T and an MMI 3041, I believe it was.
**Q.** Generally describe those barges as far as what kind of barges are they.
12:17:59 **A.** They are red flag barges. Each barge is approximately right at 300-foot long and 54-foot wide.
**Q.** What was your cargo on the day of the accident?
**A.** Reformate.
**Q.** What is reformate?
12:18:12 **A.** It's a gas blend product.
**Q.** Is it highly flammable?
**A.** It is.
**Q.** Which barge was on the starboard side?
**A.** The Kirby 30015T.
12:18:31 **Q.** And which barge was on the port side?
**A.** MMI 3041.
**Q.** What was the draft on the barges?
**A.** Ten foot.
**Q.** How do you know that?
12:18:40 **A.** I looked at the inspector's paperwork.
**Q.** And so as far as the VOYAGER goes, I mean, there is some discussion in the case, Captain Marie, about whether or not she is powerful enough, fast enough, and things like that.
12:18:56 So I wanted to ask: In the past, have you ever

operated the VOYAGER with a tow longer than this tow?
**A.** Yes, I have.
**Q.** Have you ever operated the VOYAGER with a tow that is heavier than this tow?
12:19:08 **A.** Yes.
**Q.** And how did she handle?
**A.** She handled as expected, great.
**Q.** What is the longest tow you have ever operated with the VOYAGER?
12:19:17 **A.** A thousand-foot long.
**Q.** How many barges?
**A.** Five.
**Q.** Now, how was the -- since you have become a -- did -- well, let me ask you this first.
12:19:35 Did the VOYAGER have any problems handling a two-barge tow, such as what you had in tow the day of the accident?
**A.** No.
**Q.** Now, how has the industry changed over the years as far as tow size and horsepower?
12:19:49 **A.** The tow size got smaller and the horsepower got bigger, meaning they put more horsepower behind less barges.
**Q.** And is what we saw -- that configuration we saw on the day of the accident, is that consistent with what your observation was as far as more horsepower and less tow?
12:20:07

**A.** Yes.
**Q.** Now, there has been also some discussion about the configuration of the tow with respect to stringing it out. Is there a reason why you wouldn't want -- you would not have wanted to string out the tow before departing -- before the vessel departed Texas City on the day of the accident?
**A.** It wasn't necessary. It's legal the way we did it but less work for my guys. It's a physical job. And less work for them to have to do it twice from the time we left; and then, once we got into town, they would have to redouble up again.
**Q.** So to clarify that, if you want to run strung out, you would have to -- the barges would have to be configured end to end?
**A.** Yes, sir.
**Q.** And that requires men to go out on deck and work with heavy wires?
**A.** Yes. Yeah. And we only have one man on deck at a time. So one man --
**Q.** Only one man on deck --
**A.** -- would have had to have --
THE REPORTER: I'm sorry. One at a time.
THE WITNESS: Sorry.
THE REPORTER: Y'all were talking over one

another. Would you say it again?

BY MR. JAMES:

**Q.** So would you have to wake up the other guy from his rest period to do that?

12:21:16 **A.** We normally don't. So it would have only been one man doing the job himself.

**Q.** Do you have any complaints with the way the VOYAGER handled on the day of the accident?

**A.** Not at all.

12:21:31 **Q.** Did any of her propulsion systems malfunction on the day of the accident?

**A.** No, sir.

**Q.** Now, what navigation equipment is the VOYAGER outfitted with?

12:21:43 **A.** A computer for our electronic charts, radar, VHF radios, three VHF radios, and swing meters and -- let me think of something else.

**Q.** Was all of her navigation equipment operable on May 10th, 2019?

12:22:06 **A.** Yes. All of it was.

**Q.** Now, the VOYAGER's crew size. What is the normal crew size?

**A.** Normal crew size is about four.

**Q.** And is that what you had aboard on the day of the accident?

12:22:18

**A.** Four, yes, sir.
**Q.** Now, tell us about the watch standing system. How does that work on the VOYAGER -- or how did it work on the VOYAGER?
12:22:24 **A.** We were working five and seven and seven and five; five hours on, seven hours off, seven hours on, and five hours off.
**Q.** So how many hours in a day did you work?
**A.** 12.
12:22:34 **Q.** And is that consistent with company policy?
**A.** Yes, it is.
**Q.** Is that consistent with coast guard requirements?
**A.** Yes, it is.
**Q.** What time did you start your watch before the accident? 12:22:44
**A.** 12:00 noon.
**Q.** And that watch before, what time did you -- or how much sleep did you have before the watch?
**A.** Approximately six hours.
12:22:57 **Q.** And the watch before, what were you doing during that watch?
**A.** The watch before, we were sitting in Buffalo's fleet.
**Q.** Do you feel like you had plenty of sleep?
**A.** Plenty of sleep.
12:23:13 **Q.** Did you have any health issues on the day of the

accident?
**A.** No, sir.
**Q.** Did you have anything, as far as going on in your personal life, that would have distracted you from the task at hand on May 10th, 2019?
12:23:22
**A.** No.
**Q.** Now, the weather on the day of the accident, how would you describe it?
**A.** It was a beautiful day. 10-mile visibility. Clear skies, calm seas.
12:23:32
**Q.** Was there any wind?
**A.** Slight breeze, if any.
**Q.** Did wind or weather have any impact on this incident?
**A.** No, sir.
12:23:47
**Q.** Now, the tide, what was the tide doing?
**A.** The tide at watch change was 1.7, not flood.
**Q.** And how do you know that?
**A.** I called in the Houston VTS and got the realtime current from them.
12:24:02
**Q.** And which way was that tide going?
**A.** A flood inbound.
**Q.** Now, what time did you wake up for that watch that afternoon?
**A.** About 11:30.
12:24:12
**Q.** And what did you do after you got up?

**A.** I grabbed a bottle of water and went upstairs. I called my wife -- well, I stepped outside and called my wife for a minute and come back in and had my watch change conference with John.

12:24:27 **Q.** Did your wife tell you anything on the phone?

**A.** Yeah.

**Q.** What did she tell you?

**A.** She wanted a new vehicle. She wanted me to look something up on the -- at a new vehicle.

12:24:40 **Q.** Now, who was standing in navigation watch in the wheelhouse?

**A.** John Wheat.

**Q.** And where was the vessel located when you got to the wheelhouse?

12:24:48 **A.** We was in Texas City Channel right around Texas City, Light 11 and 12.

**Q.** Did you have a watch change conference with Captain Wheat?

**A.** Yes, I did.

12:25:02 **Q.** Or a turnover conference?

**A.** Yes, a turnover.

**Q.** Would you explain what that is?

**A.** We discuss everything we -- that is going on at that time. He gives me all the information he knows about the

12:25:11 traffic, what the tide is doing, where we are going, the

estimated time of being to our location, and what kind of notices we need to give, and the traffic in the area.

**Q.** Before you took over the vessel, did you review anything?

12:25:28 **A.** Yes, I looked at the voyage plan, and I even double-checked to make sure he had all of his AIS information typed in correctly --

**Q.** Tell us about that, please.

**A.** -- on our Rose Point.

12:25:43 **Q.** Meaning that all of the data was properly put in to transmit from the vessel?

**A.** Yes.

**Q.** Did you confirm that to be the case?

**A.** Yes, it was right.

12:25:50 **Q.** Was there any mention of problems with the vessel by Captain Wheat?

**A.** None at all.

**Q.** Where did you take command of the vessel?

**A.** Just past 11, Texas City 11 and 12.

12:26:04 **Q.** Now, tell us kind of generally, if you are at Texas City 11 and 12, is that over behind the Texas City Dike?

**A.** Yes, still behind the dike before the little dogleg.

**Q.** And where were you headed?

**A.** I was going to turning inbound for -- for Houston.

12:26:17 **Q.** And once you got to Houston, where were you headed?

12:26:32
12:26:46
12:27:03
12:27:14
12:27:27

**A.** We were going to San Jacinto River and to Kirby Fleet.
**Q.** What is a fleet?
**A.** It's where we put all the barges at to tie all the barges off at to wait for -- to go to dock.
**Q.** Is it sort of like a parking lot?
**A.** Yeah. A parking lot.
**Q.** Okay. Did you have to make the turn from Texas City Channel to get into the Houston Ship Channel?
**A.** Yes, I did.
**Q.** And is that -- did the VOYAGER -- is that a large turn?
**A.** It's -- it is the busiest intersection in the United States, one of the busiest intersections in the U.S, yes.
**Q.** Did the VOYAGER have any problems making or negotiating that turn?
**A.** No.
**Q.** And once you got into the Houston Ship Channel, where did you place the VOYAGER?
**A.** In the barge lane on the red side of the ship channel.
**Q.** And is that the side of the channel to your starboard?
**A.** Yes. Starboard side.
**Q.** And what was the speed of the VOYAGER once you got underway in the Houston Ship Channel?
**A.** It was right at just over 8.
**Q.** And did it decrease?

**A.** It gradually decreased as I was going inbound because of the -- the tide slashing it.
**Q.** You had a following tide?
**A.** Yes, sir.
12:27:36 **Q.** And that following tide waned as you went on?
**A.** Yes.
MR. JAMES: Now I'd like to go to Exhibit 30.
BY MR. JAMES:
**Q.** We have seen this, Captain Marie, in an earlier
12:27:54 testimony today.
When you -- can you show us generally where this incident occurred?
**A.** Let me see. Right around here.
**Q.** Is this the navigation chart, Exhibit 30?
12:28:17 **A.** Yes.
**Q.** And is this the NOAA navigation chart for the area you were transiting on the day of the accident, May 10th, 2019?
**A.** Yes, it is.
12:28:29 **Q.** Now, this chart, do you have it aboard the vessel?
**A.** Say that again.
**Q.** Did you have the paper chart aboard the vessel?
**A.** Yes. I had the paper chart and electronic chart, yes.
**Q.** Which one were you using?
12:28:38 **A.** Electronic chart.

**Q.** Is the information displayed on your electronic chart essentially the same as this information on this paper chart?
**A.** Yes, it is.
12:28:46 **Q.** And have you compared the two?
**A.** Yes, I have.
THE COURT: Is this a good place to take a lunch break?
MR. JAMES: Yes.
12:28:56 THE COURT: It is almost 12:30. Let's come back at 1:30, and we'll resume Captain Marie's testimony.
THE CLERK: All rise.
(Recess from 12:29 p.m. to 1:33 p.m.)
THE COURT: Good afternoon. You may take your
01:33:09 seats.
You may resume your --
BY MR. JAMES:
**Q.** All right. Tony -- Captain Marie, before we took a lunch break, we were talking about -- a little bit about
01:33:32 the chart marked as Exhibit 30 that's on the screen. But I wanted to just go back to -- one or two topics back or to the last topic, and I want to talk to you about voyage planning just for one minute.
When you came on the -- when you came on watch to
01:33:48 relieve Captain Wheat on the afternoon watch on May 10th,

2019, did you review the voyage plan?
**A.** Yes, I did.
**Q.** And one question I want to ask you. I know you didn't create the voyage plan at issue that was in place at the time you reviewed it. Right?
**A.** Right.
**Q.** As far as the voyage-planning process goes, do you plan your voyage by planning locations outside of the channel? Are you seeing locations outside the channel where you are going to be proceeding?
**A.** We don't plan on ever running outside the channel. We don't ever expect anything -- any vessels to run us outside or out the channel.
**Q.** For example, do you look at -- do you look at depths outside the channel?
**A.** No, not necessarily. No.
**Q.** And is that something -- if you did that, it would be a burdensome process, wouldn't it?
**A.** Yes. We would have to check every single spot available ever -- wherever we ran.
**Q.** And do you know in advance when a ship is going to cut out in front of you like what happened on May 10th, 2019?
**A.** No.
**Q.** Now, just going back to Exhibit 30 here, the NOAA Chart 11327, this chart, is it the official U.S.

Government publication used to navigate?
**A.** Yes. Yes, it is.
**Q.** And, to your knowledge, is there any other document that you can use that provides all the navigation information you need in a single place?
01:35:25
**A.** Other than the electronic charts, no, sir.
**Q.** Right. And it's -- the electronic chart that you actually use aboard is the same exact thing, right?
**A.** Same. Same, yes.
01:35:40
**Q.** Okay. Now, we have gone over with earlier witnesses -- and I'm going to jump around on you a little bit because I'm trying to save time. But how many lanes of travel are there in the Houston Ship Channel?
**A.** Four.
01:35:50
**Q.** And is it your practice -- which of the lanes do you normally stay in?
**A.** If I'm going inbound, I usually stay on the red side of the channel. If I'm going outbound, I stay on the green side of the barge channel.
01:36:05
**Q.** So two of the four lanes that we talked about are barge lanes?
**A.** Yes.
**Q.** And is there any minimum speed in the barge lane?
**A.** None at all.
01:36:13
**Q.** And does Kirby have a philosophy as far as speed goes?

**A.** This is a 5-mile -- excuse me -- this is a 5-mile-per-hour industry, meaning don't get in a hurry, be safe and, if you are making 5, that's acceptable.

**Q.** And so is the philosophy it's okay to make 5 because it's safe?

**A.** Yes.

**Q.** And as far as your knowledge of the rules of the road, is there any rules of the road that encourages you to go faster than what you believe is a safe speed?

01:36:48 **A.** No, sir. The rules of the road direct you to travel at safe speeds.

**Q.** Do you understand a lot of these experts have come in -- after the fact have come in and said Tony Marie should have had the VOYAGER going at a faster speed?

01:37:02 **A.** There is no need. I don't get in a hurry.

**Q.** And why is it better not to get in a hurry?

**A.** That way you have more time to assess situations and time to react.

**Q.** Now, do the ships use the barge lane?

01:37:17 **A.** No, they do not.

**Q.** So does it hurt -- as far as interaction with deep-draft ship traffic, is going 5 in the barge lane a problem?

**A.** No.

01:37:33 **Q.** Now, outside -- can you show us again where the

approximate location of the collision was on the Kirby No. 30?

**A.** It's right about -- right about here.

**Q.** There are a number of markings in that area. Show us where the barge lane is, Tony.

01:37:54

**A.** This is the barge lane right here.

**Q.** And then show us where the border of the barge lane is.

**A.** The border is right here, the little dotted line.

01:38:12

**Q.** Now, are there any things marked on that chart that would alert you to say there is something that could harm my vessel outside of that barge channel?

**A.** Yes. There is a submerged bulkhead right there.

**Q.** And can you tell from the chart where it's located?

01:38:27

**A.** It's just right on the end of -- edge of the barge lane, it starts.

**Q.** Now, also, if you look, what is the depth outside the barge lane --

**A.** 7 foot.

01:38:39

**Q.** -- what you had?

**A.** 7 foot.

**Q.** Now, whether or not on the day of the accident that depths were actually deeper or not, do you have any way of knowing that, outside of what is in the chart?

01:38:51

**A.** No, sir.

Case 3:19-cv-00207 Document 538 Filed 02/07/21 in TXSD Page 150 of 356


**Q.** Now, if you go back to the chart in that same area, there is an "SH". Do you see it?
**A.** Yes, sir.
**Q.** Now, people have -- I believe some of the experts in 01:39:02 this case have said that it was muddy outside the channel, it wouldn't have hurt you to go outside the channel and ground the barge. Do you recall that?
**A.** Yes, sir. I do remember that.
**Q.** In fact, it's not mud bottom, is it?
01:39:14 **A.** No, sir. It's shell.
**Q.** Okay. And you know that from your training, that "SH" means "shell"?
**A.** Yes, sir.
**Q.** Now, the maximum draft of the VOYAGER and its two 01:39:45 barges was what?
**A.** 10 foot.
**Q.** Now, are the depths outside of the channel greater or less than the depths of the draft of the VOYAGER and its two barges?
01:39:58 **A.** They are less.
**Q.** And that's what you knew -- is that what you knew on the date of the accident?
**A.** Yes.
**Q.** Did you know of any other depths on the day of the 01:40:07 accident?

01:40:16
01:40:27
01:40:41
01:40:58
01:41:10

**A.** The depth of the ship channel?
**Q.** Yeah. I mean, in that area outside the channel --
**A.** No.
**Q.** -- were you aware of any other depths on the day of the accident?
**A.** No, sir.
**Q.** From your -- from that information that you had, what did that mean in terms of the VOYAGER's ability to navigate outside of the channel on the day of this accident?
**A.** It means I would not be able to put 10-foot loads into 7 foot of water. It would run aground.
**Q.** Now, how many times do you believe you have transited the Houston Ship Channel as a navigator?
**A.** Hundreds of times.
**Q.** Can you estimate for us, give us a percentage as far as the number of times you have transited with strung-out barges versus breasted barges?
**A.** 50 percent is as close as I could give you.
**Q.** Okay. I want to change gears a little bit to the actual morning -- or the afternoon of the collision.
When did you first become aware that the GENESIS RIVER would be one of the vessels you would meet when you were headed inbound?
**A.** I heard him up at Morgan's Point, and I saw him on my

Rose Point charts.
**Q.** And did you have -- did your systems aboard the VOYAGER provide you any idea of where you might meet the GENESIS RIVER?
01:41:28 **A.** Yes. Below Bayport Flare.
**Q.** Did you have any contact with the GENESIS RIVER as far as how you would meet?
**A.** No, sir.
**Q.** So the first call is -- the first contact you had with her was when she said, "Come in, VOYAGER," and he told you it's not checking up?
01:41:40
**A.** Yes. That was the first contact.
**Q.** When did you first actually see the -- visually see the GENESIS RIVER?
01:41:51 **A.** I saw the GENESIS RIVER up the channel a little ways right before he had met the BW OAK. I could visually see his ship.
**Q.** Now, did you observe or hear anything unusual prior to the GENESIS RIVER's initial contact with you?
01:42:06 **A.** No, I didn't.
**Q.** Did you have any indication that she was having any problems of any sort prior to that call?
**A.** No, sir.
**Q.** Now, what were you doing at the time that the GENESIS RIVER first contacted you?
01:42:19

**A.** I was steering the boat, kicked back, and had my phone on my leg.
**Q.** Were you -- we had some discussion about the phones. Does Kirby have a policy against the use of cell phones?
01:42:33 **A.** Yes. No personal cell phone usage.
**Q.** What were you doing with the phone?
**A.** I was calculating some -- doing some calculating for -- to see if I could afford to buy my wife that vehicle.
**Q.** She wanted a car. You are trying to figure out
01:42:46 whether or not you could afford it?
**A.** Yes, sir.
**Q.** Did that phone -- what you were doing at the time, did it have any impact on your situational awareness?
**A.** No, sir.
01:42:58 **Q.** Did it have any impact on the time, the quickness at which you responded to the GENESIS RIVER?
**A.** No. It did not.
**Q.** What did you do with the phone after you were initially contacted by the GENESIS RIVER?
01:43:10 **A.** I threw it aside.
**Q.** Did you get on it again until the collision was over?
**A.** No.
**Q.** Do you believe the use of that phone has any relationship with this accident at all?
01:43:22 **A.** No.

**Q.** Now, what did the GENESIS RIVER say to you when he first contacted you?
**A.** He said "Come in, VOYAGER. This is the ship in front of you. Trying to get this thing to check up. Just keep an eye on me."
01:43:41
**Q.** Now, that statement, "keep an eye on it," is that something you have heard on the water before?
**A.** Yeah. I have heard that before.
**Q.** And what does that communicate to you?
01:43:50
**A.** It means something may be happening but maybe not.
**Q.** And after hearing that, what was your response?
**A.** It brought my alertness up just another notch just to keep an eye on him and try to figure out what's going on.
**Q.** Did you start to assess options?
01:44:11
**A.** Yes, I did.
**Q.** And what were those options?
**A.** The first option was to run outside the red -- excuse me. My first option was to either stop or get my tow slowed down. But I had an inbound tow behind me.
01:44:31
The second option was to run outside the red. If I had ran outside the red, I would have ran aground and had no maneuverability of my vessel, and my boat would have been thrown into the path of the ship.
And my last option would have been to go to the port,
01:44:52
to the green side as far as I could, as fast as I could.

And that's the only option I came up with, the best option I came up with.

**Q.** When you were assessing those options, did you look at anything?

01:45:03 **A.** Yes. I looked at my chart to see where he was located, where he was swinging to, the water depths and the vessel behind me, how fast he was going and assessed his -- him maybe, hopefully, not running me over, and my swing meters and speed and all of that stuff.

01:45:29 **Q.** Now, did you look at the Rose Point as far as weighing the options of going to the starboard?

**A.** Yes, to see the water depths and -- but I noticed what location I was in.

**Q.** And what was that -- as far as the depth and what you 01:45:47 knew at the time, that option was not viable?

**A.** It was not. There was a bulkhead, shallow water, and it's not -- I was told never to go out there because they have -- because of the submerged bulkhead.

**Q.** Tell us about that, Tony. At some point in your 01:46:03 career when you were training, you were told by old-timers don't ever go out there?

**A.** Yes. They always told me it was shallow and they had a bulkhead out there. I got the ruler to the hand if I did try to steer that way.

01:46:16 MR. GEORGANTAS: Your Honor, objection as to

hearsay. I think we are getting a little far wide on what he heard and what he was told.

MR. JAMES: It's not offered for whether or not it's true. Just the fact that he heard that is significant and is --

01:46:27

THE COURT: All right. It's overruled. Let's move on.

BY MR. JAMES:

**Q.** Now, did you determine whether or not one option was better than the others?

01:46:44

**A.** Yes, I did.

**Q.** And what was that?

**A.** Going to the port.

**Q.** Was this a serious situation, in your estimation?

**A.** Yes.

01:46:56

**Q.** And why do you think so?

**A.** It put my crew and -- myself and my crew in a life-threatening situation.

**Q.** As far as these tow boats like you work on, when they collide with ships, what can happen?

01:47:10

**A.** Plenty. Sparks and explosions and sinking and drowning and just lots of different -- different things.

**Q.** We talked about it a while ago. Your eye height was 35 feet or so and the boat itself was 40 feet tall?

**A.** Yes, sir.

01:47:31

**Q.** How tall is that relative to the height of the GENESIS RIVER above the water?
**A.** Not very tall at all compared to the ship.
**Q.** Was the ship significantly larger than your vessel?
01:47:42 **A.** Yes, it was.
**Q.** Was the ship, from what you could see, significantly heavier than your vessel?
**A.** Very.
**Q.** Now, after that first watchman conversation you had via VHF radio with the pilot aboard the GENESIS RIVER, did he call you again?
01:47:55
**A.** Yes, he did.
**Q.** What did he tell you?
**A.** He told me she wasn't checking up, she was going to come in my way -- she wasn't checking up.
01:48:08
**Q.** And what did that communicate to you?
**A.** Emergency. I had to -- I sounded a general alarm and got the rest of the crew up on the boat just to be -- to make sure.
01:48:24 **Q.** So what did you -- when he said she is not checking up, did you radio back in response?
**A.** Yes, I did. I told him I had assessed all the -- made all my assessments and I asked him, I said, "What do you need?"
01:48:39 **Q.** And what did he tell you?

**A.** He said, "Go to the greens," and confirmed my decision to go to the port.
**Q.** When you say "confirmed your decision," did it confirm your assessment from before the call when the GENESIS RIVER's pilot told you she is not checking up?
01:48:54
**A.** Yes.
**Q.** Now, when this call occurred, did you have any better idea of whether or not the GENESIS RIVER was headed in your direction or not?
01:49:08 **A.** Prior to the second call, no.
**Q.** What about at the time of the second call?
**A.** Yes. I could tell his apparent transition into -- into heading my way.
**Q.** How much time from that initial call from the GENESIS RIVER until the second call and when he said, "Go to the greens," was there?
01:49:23
**A.** Approximately 20 seconds, maybe less.
**Q.** Did you have time to get out your phone and pull up any NOAA tide elevation, water elevation data?
01:49:43 **A.** No, sir.
**Q.** Did you have any time to pull up the U.S. Army Corps of Engineers' Galveston website to pull hydrographic surveys and analyze them?
**A.** No, sir, I didn't.
01:49:54 **Q.** You had to make a decision in 20 seconds?

**A.** Yes, I did.
**Q.** Did you have time to perform calculations of rates of close and those sorts of things?
**A.** No, I did not.
01:50:09 **Q.** Did you sound the general alarm?
**A.** Yes, I did.
**Q.** When?
**A.** Right after he called me the second time and I asked him what he needed and turned to the port, I sounded the
01:50:25 general --
**Q.** So the succession of events is: He calls you the second time. You say, "What do you need?" He says, "Go for the greens." You agree. You turn to the port. And then at some point shortly thereafter, you sounded the
01:50:38 general alarm?
**A.** Yes, sir. I sounded the general alarm.
**Q.** What is the general alarm?
**A.** It's an alarm to alert the rest of the crew that something is -- an emergency is about to occur.
01:50:50 **Q.** And does Kirby have a training program, as far as when that alarm sounds, what they are supposed to do?
**A.** Yes.
**Q.** At any given time, like at this time, is half the crew sleeping?
01:51:00 **A.** Yes.

**Q.** So is it a way for you to quickly wake them up?
**A.** Yes. It's to -- that way, I don't have to go by each bunk and say, Hey. Wake up. We're having an emergency.
**Q.** Now, the talk about "go to the greens" and what that means, what does that mean to you?
01:51:15
**A.** Go to the portside, take -- take a hard port turn as far and as fast as I possibly can to get to the green side. That way I could get to the starboard side of the ship to make a two-whistle agreement.
01:51:33
**Q.** Now, for that maneuver -- let me start first:
Do you believe that that was an agreement of some sort with the pilot of the GENESIS RIVER?
**A.** Yes, it was.
**Q.** And what was that agreement?
01:51:44
**A.** A two-whistle agreement.
**Q.** And just explain to us what a "two-whistle" means.
**A.** A two-whistle agreement is a starboard-to-starboard passing agreement, meeting agreement.
**Q.** So you are going to be on his starboard side and he is going to be to your starboard side?
01:51:58
**A.** Correct.
**Q.** Now, for that maneuver to be successful, how far over do you need to get?
**A.** I just need to get to the starboard side of the ship, see down the good side of his ship.
01:52:10

01:52:29
01:52:39
01:52:52
01:53:02
01:53:15

**Q.** Now, when you agreed to that two-whistle passing arrangement or meeting arrangement, did you believe the VOYAGER was capable of completing that maneuver successfully?
**A.** Yes, she was.
**Q.** Do you believe the VOYAGER, given your 12 years of experience on her, had sufficient horsepower to make that maneuver?
**A.** Yes, I did.
**Q.** Were you aware that the VOYAGER's speed would decrease as a result of the maneuver?
**A.** Yes, I did.
**Q.** Despite your knowledge of that, did you still believe that the VOYAGER would be able to complete that maneuver successfully?
**A.** Yes.
**Q.** Now, you agreed to go to the greens. How long thereafter did you actually throw the helm over?
**A.** Immediately.
**Q.** When I say "throw the helm over," did you give the steering everything it had?
**A.** Everything she had to swing her as hard as she could.
**Q.** Did you know what that ship was going to do once it got to the red side?
**A.** No, sir.

**Q.** What were the possibilities you thought could happen?
**A.** He could ground the ship. He could slow its speed or throw an anchor or stay on it -- on that red side to pass on the agreed upon two-whistle side.
01:53:32 **Q.** Did she -- when you say "throw an anchor", do you mean drop her anchor --
**A.** Drop anchor and possibly try to get stopped.
**Q.** Now, before you made the agreement and committed to that turn, did the GENESIS RIVER pilot ever tell you it's
01:53:48 going to come back your way?
**A.** No.
**Q.** Once he did -- did he tell you that after you committed to the turn?
**A.** Yes.
01:53:56 **Q.** Was it -- at that point what could you do once you learned that information?
**A.** Nothing.
**Q.** Why?
**A.** I was committed. It's -- nothing I could have done.
01:54:04 I was stuck in that -- to that maneuver.
**Q.** Briefly tell us, as far as your maneuvering of the VOYAGER, from the time you committed to go to that -- the two-whistle passing arrangement that you agreed to with the pilot of the GENESIS RIVER -- just run us quickly
01:54:26 through the succession of maneuvers you made --

**A.** Okay.
**Q.** -- at the helm in the BRABUS?
**A.** All right. He said, "Go to the greens." I said, "Going." I gave it hard port rudder, hard over as far as she goes, full throttle. She swang -- she was swinging as hard as she could. As she swang, I checked up. I went straight rudder to keep my speed up so I wouldn't lose as much speed, but -- and then just kind of let her swing and drive as fast as I could, as hard as I could.
01:54:40
**Q.** At some point the pilot called you and said, "Hard over, VOYAGER." Do you recall that?
01:55:03
**A.** Go at 90-degree -- take a 90-degree?
**Q.** Yeah. Do you recall that?
**A.** Yes, I do.
**Q.** Is it possible to go at a 90-degree angle in a boat?
01:55:14
**A.** No. No. Not without a slide.
**Q.** And so you still have to make some sort of arch in order to get -- to go at a 90-degree or perpendicular to the side of the channel?
**A.** Correct. Yeah. We just slide sideways, kind of like a power slide.
01:55:31
**Q.** Now, at some point do you recall that the pilot said something about being hard-over or you responded that you were hard-over?
**A.** Yes, sir. I was swinging the boat as hard over as I
01:55:44

could.

**Q.** Were the sticks actually straight at that time?

**A.** I believe they were.

**Q.** Okay. So what were you -- when you told the pilot that you were hard over and full ahead, what did you mean by that?

01:55:54

**A.** She was swinging as hard as I could let her swing. I mean, if I tried, she wouldn't swing any harder.

**Q.** What would have happened, in your view, if you would have kept the helm hard over during the entire evolution of events that we're talking about?

01:56:05

**A.** I would have gone in a circle.

**Q.** Is there any way to avoid sliding when making a turn?

**A.** No, sir.

**Q.** Is there any way to avoid slowing down when making a turn?

01:56:19

**A.** No, sir.

**Q.** And how do you main -- how do you keep up speed or try to maintain some speed when making a turn?

**A.** By straightening your rudder just a little bit just to keep your propulsion ahead.

01:56:31

**Q.** Do the rudders create water resistance?

**A.** Yes.

**Q.** Is that what slows you down?

**A.** Yes. It's the blocking off of the propeller while you

01:56:41

are making the turn that stops your forward momentum.
**Q.** Now, as you are doing this, are you continually assessing the situation?
**A.** Yes.
01:56:54 **Q.** And did you see anything that made you change your mind as far as the maneuver you had committed to?
**A.** Prior to him coming back at me, no.
**Q.** Did you make it to the starboard side of the GENESIS RIVER?
01:57:14 **A.** I did.
**Q.** And what does that mean?
**A.** It means I made a successful two-whistle agreement.
**Q.** So you were looking down the side, the starboard side of the GENESIS RIVER?
01:57:27 **A.** Yes, sir.
**Q.** And so that means you are clear?
**A.** I would -- yes, I was clear.
**Q.** You believe you successfully carried out the two-whistle passing arrangement you agreed to?
01:57:37 **A.** I did. And I continued trying to get even further over for him.
**Q.** If you successfully carried it out, why was there a collision?
**A.** He came back into my lane again.
01:57:47 **Q.** So twice, two times it -- well, did the GENESIS RIVER

come after you twice?
**A.** Twice, yes, sir.
**Q.** The first time on the first sheer?
**A.** Yes.
01:57:59 **Q.** And then the second time with the sheer after you committed to go to the greens?
**A.** Yes, sir.
**Q.** Did you see the ship go into the barge lane?
**A.** Yes, I did.
01:58:09 **Q.** And how do you know it was in the barge lane?
**A.** Because it was right next to the red day boards and it listed when it -- right just -- just before it came back at me.
**Q.** And when you say "list," what do you mean?
01:58:21 **A.** It tilted to the side just before it shot back at me.
**Q.** And then after it tilted, you said it shot back at you?
**A.** It sheered back towards me. It came and steered back towards me.
01:58:37 **Q.** Now, where did the VOYAGER -- where did the GENESIS RIVER hit or impact?
**A.** My starboard side of my tow, which is the Kirby 30015T, right about midways of the barge.
**Q.** And what happened as far as the barge?
01:58:56 **A.** It put a big wedge in it. Almost split it completely

in half. And it flipped my port barge under. The 30015, it flipped it underneath, and it popped up on the other side of the ship upside down.

**Q.** So the barge we saw in the video rolling --

01:59:18 **A.** Yes.

**Q.** -- it went underneath the water; is that right?

**A.** Underneath the water, underneath my starboard barge, and popped up on the other side of the ship.

**Q.** So how long was it under water? Minutes?

01:59:30 **A.** A couple of minutes.

**Q.** Now, what happened to the VOYAGER as a result of the incident?

**A.** My face wires and stern wires were busted off the barges, and I was drug sideways with my starboard face 01:59:44 wire for a minute until I was able to get back under control and catch up with it and twin screw and my starboard face wire busted off of it.

**Q.** Explain that twin screwing. What you were doing?

**A.** It means I had two engines. I took my port engine, 02:00:02 came ahead on it, my starboard engine was in reverse, and I twisted it kind of sideways.

**Q.** Why were you doing that?

**A.** To keep my boat from rolling.

**Q.** Do you believe your boat was close to capsizing?

02:00:14 **A.** Yes.

**Q.** And do you believe it would have capsized if you wouldn't have done the twin screwing that we're talking about?
**A.** Yes, it would have.
02:00:25 **Q.** Now, did anything happen with the VOYAGER's engines as a result of the incident?
**A.** Yes. After my starboard face wire broke loose, my starboard stern wire had fell into the water. And as I was trying to get away, the stern wire had gotten caught in my starboard wheel.
02:00:45
**Q.** And when you say "the wire," you mean the Spectra wire or Spectra synthetic wire that you use to hold the tug fast to the barges?
**A.** Yes, sir. My stern wire, my Spectra line, yes, sir.
02:00:57 **Q.** Did that cause the engine to shut down?
**A.** Yes, it killed it.
**Q.** After the incident, did you undergo drug and alcohol testing?
**A.** Yes, I did.
02:01:12 **Q.** Are you aware -- there has been some discussion that the drug test that you took, the screen you took, was called a negative dilute. Do you understand that?
**A.** Yes. They kind of told me about it for the other depositions.
02:01:28 **Q.** Do you know if the drug and alcohol tests you take are

reported to the coast guard?
**A.** Yes, they are.
**Q.** Did the coast guard ever come to you and say, You have a negative dilute. You are going to lose your license?
02:01:39 **A.** No.
**Q.** Do you know what a negative dilute is?
**A.** No, sir.
**Q.** Let's be straight-up about it. Are you -- did you consume any illegal drugs or alcohol before this incident?
02:01:51 **A.** No, sir.
**Q.** Did you consume any sort of drugs before this incident, whether or not illegal or prescription?
**A.** No, sir.
**Q.** Tell me about your practice as far as what you drink while you are on watch. 02:02:02
**A.** At the time I drank one soda a day.
**Q.** How much water do you typically drink on watch?
**A.** Three to four bottles per watch.
**Q.** Now, this incident, would you call it a -- this incident, would you say that it's impacted your life and the lives of your shipmates? 02:02:25
**A.** Yes, it has.
**Q.** Just tell us briefly about that.
**A.** It -- it took away the confidence I had in myself as far as a wheelman for a while, and it stressed us out a 02:02:41

02:03:00
02:03:12
02:03:21
02:03:31
02:03:40

lot about our lives.
**Q.** And is that crew still working together?
**A.** We are not together.
**Q.** And some of your shipmates, they have had more difficulties than you?
**A.** Yes, sir. Some of them, nine months without returning to work.
**Q.** Now, after this incident, were you disciplined in any way by Kirby?
**A.** No, sir.
**Q.** Did you receive positive feedback about the way you handled the incident?
**A.** Positive, yes.
**Q.** Have you been forced to go through any additional training as a result of this incident?
**A.** No, sir.
**Q.** Has the coast guard given you any sort of warning, any sort of -- anything negative as about the way you handled this incident?
**A.** No, sir.
**Q.** Do you believe you did anything to cause this collision?
**A.** No.
**Q.** Why do you believe that?
**A.** Because if the GENESIS RIVER wouldn't have came in my

lane, it would have never happened.
**Q.** Is there anything else you would like to tell us now?
**A.** No, sir.
MR. JAMES: Pass the witness, Your Honor.
02:03:57 THE COURT: Cross-examination.
MR. GEORGANTAS: Thank you, Your Honor.

**CROSS-EXAMINATION**

BY MR. GEORGANTAS:
**Q.** Go afternoon, Captain Marie.
02:04:04 **A.** Good afternoon.
**Q.** We meet again.
Captain, as you are here today, do you still stand by all your previous testimony?
**A.** Yes.
02:04:18 **Q.** And that includes the coast guard interview, the NTSB formal hearing, and your deposition?
**A.** Yes, sir.
**Q.** And I believe you said you are still employed by Kirby, correct?
02:04:31 **A.** Yes, I am.
**Q.** In what capacity?
**A.** I am still a relief captain.
**Q.** You still working tugs?
**A.** Yes, sir. Still driving the boats.
02:04:40 **Q.** I'm sorry?

**A.** Yes, sir. Still driving the boats.
**Q.** Okay. And when was the last time you were driving a boat?
**A.** Thursday.
02:04:50 **Q.** Generally, what are your duties and responsibilities as a relief captain?
**A.** The same responsibilities as a captain while he is off.
**Q.** Can you give us a brief description?
02:05:04 **A.** I manage the crew and drive the boat, manage the boat.
**Q.** Anything else?
**A.** I take care of supply orders, grocery orders. I mean, managing, just manage the crew and the boat.
**Q.** And when you say "manage the crew," what does that mean?
02:05:29
**A.** It means telling them what tasks needs to be done, and give them the jobs, let them know what needs to be done, what is going on, and instruct them how to do things sometimes if they need help.
02:05:48 **Q.** Is it fair to say that, at the time of the collision, you were familiar with the VOYAGER?
**A.** Sir?
**Q.** Is it fair to say that, at the time of the collision, you were familiar with the VOYAGER?
02:05:58 **A.** Yes.

**Q.** I'm sorry. Can you hear me okay or do I need to try to work the mic a little more?
**A.** It's hard to hear you. I'm catching most of it.
**Q.** Let me see if I can improve here. Is that any better?
02:06:15 **A.** Yes, sir.
**Q.** Okay. And familiarity with the VOYAGER, would that include the handling characteristics?
**A.** Yes.
**Q.** Is that too loud?
02:06:25 **A.** Yes --
**Q.** I'm sorry.
**A.** Yes. It would include the characteristics.
**Q.** Okay. And that would be both with and without barges, correct?
02:06:33 **A.** Yes, sir.
**Q.** The one time that you said that you have driven as many as five barges with the VOYAGER, do you recall that testimony?
**A.** Yes, I remember.
02:06:45 **Q.** Were those barges loaded or empty?
**A.** I had a couple -- five empties is what it was at that time. But I have driven with five loads, also.
**Q.** So you have driven five loaded barges, correct?
**A.** Yes, sir, I have.
02:07:02 **Q.** With the VOYAGER?

**A.** Yes, sir.
**Q.** Okay. Do you recall what kind of cargo it was?
**A.** I don't remember all the different -- it was different cargos.
02:07:16 **Q.** And you have previously stated that you've made hundreds of trips in the Houston Ship Channel, correct?
**A.** Yes.
**Q.** Were those times driving or piloting a tug or just your total career?
02:07:28 **A.** Driving a tug.
**Q.** Okay. And you have previously testified that you had some incidents in your career, correct?
**A.** Yes, sir.
**Q.** Can you run through those incidents for us quickly?
02:07:52 **A.** The main incident is the Chickasabogue Railroad Bridge. I turned into Chickasabogue Railroad Bridge and -- with two loaded 30,000-barrel barges and slid into the bridge and caused some damage to it.
The one with Jackson Railroad Bridge with the -- with 02:08:21 the steersman going northbound through Jackson Railroad Bridge, laid on the bridge pillar, which that was the steersman.
And the one on the BIG AL, which I don't even know if it was reported to the coast guard or not because it was 02:08:43 just property damage, I departed Kinder Morgan Galena

Park. Departed. Took off. The wind picked up, set me back towards the dock. I laid on the pilot with a hook and had a -- it put a little hole in the barge.

02:09:03
**Q.** I know the railroad bridge was in 2012. Do you remember what years were the other two?
**A.** I do not quite remember all the years. I think that -- I can't remember the years.
**Q.** And as a result of the railroad bridge incident, you had to undergo an assessment; is that correct?
02:09:22
**A.** Yes, I did.
**Q.** I believe Mr. James asked you some questions. I'm going to bring that up on the screen again, Captain.
**A.** Okay.
02:09:38
**Q.** And this was -- we're looking at Exhibit 34. And it is -- the objective was to assess your watch standing and maneuvering skills, correct?
**A.** Correct.
02:09:55
**Q.** And it has various grades on the performance. And you can see the yellow there where it says "anywhere from unsafe to excellent," correct?
**A.** Correct.
MR. GEORGANTAS: Go to the next page on the Section 3.
BY MR. GEORGANTAS:
02:10:11
**Q.** And I have moved over to Section 3. And you and I

have discussed these before, correct?
**A.** Yes, sir.
**Q.** And this was the section that some of your marks came in as number 2, which is needs improvement, correct?
02:10:24 **A.** Correct.
**Q.** And this had to do with your sort of -- well, the section is titled "Detect" and then "Manage Risk of Collision," correct?
**A.** Yes, sir.
02:10:37 **Q.** And I believe you testified that, because of your not using the radar system, you received low grades; is that correct?
MR. JAMES: Objection, Your Honor. Misstates prior testimony.
02:10:55 MR. GEORGANTAS: Well, okay.
BY MR. GEORGANTAS:
**Q.** Tell me what this was.
**A.** This is an assessment. This is the radar section of the -- of the assessment.
02:11:08 **Q.** Was this a simulation?
**A.** Yes. This was all done during the simulation, yes, sir.
**Q.** All right. And did they set up some kind of simulation to grade how you would detect and manage risk of collision?
02:11:21

**A.** Yes. They did.
**Q.** And was the conclusion at the -- at the bottom there is a performance gap. Do you see that?
**A.** Yes.
02:11:34 **Q.** And it reflects that, because of not recognizing the need to employ, your improvement on watch standing needed to be, I guess, worked on and that you lacked aggression in collision avoidance planning. Do you see that?
**A.** Yes, I do.
02:11:56 **Q.** And I believe your testimony was, after this assessment was made, you worked on your self-improvement, correct?
**A.** Yes.
**Q.** You also testified that Kirby did not put you in any 02:12:15 additional training after this assessment was made, correct?
MR. JAMES: Objection, Your Honor. Misstates prior testimony.
THE COURT: I'll let him answer the question.
02:12:22 Go ahead.
**A.** I took the information he gave me from this assessment and I applied it to the way I ran a boat.
BY MR. GEORGANTAS:
**Q.** Okay. And your response to this determination and 02:12:41 your self-improvement, you previously told me that you

tried to be proactive. Do you remember that?
**A.** Yes, I do.
**Q.** And you gave me -- I asked for some examples and you gave me some examples on being proactive. Do you remember that?
02:12:56
**A.** Yes.
**Q.** And one was listening to radios and using all of your instruments at your disposal. Do you recall that?
**A.** Yes, sir.
02:13:05 **Q.** Okay. The other one was that you would pay more attention to everything that needs to be done, correct?
**A.** Yes.
**Q.** And then the third one was that, you know, to think about things that could possibly happen, correct?
02:13:21 **A.** Yes.
**Q.** So just to jump a little ahead here, on the day of the incident, before you were contacted by the pilot of the GENESIS RIVER, you were, in fact, on your cell phone doing calculations to see if you could afford to buy a truck, which we now know was for your wife, correct?
02:13:40
**A.** I had it sitting on my lap, yes, sir.
**Q.** Well, were you using it or not?
**A.** I can't recall. I don't believe I was. I just had it -- I mean, earlier that day, I was messing with the calculator. But normally when I'm driving, I have it
02:13:55

setting on my leg. But I don't believe I was using it.

**Q.** So you previously testified that you were doing, you know, calculations. Do I need to read you that testimony? Because I'm sensing that there might be a little change here.

02:14:18

**A.** No. You don't need to read it to me. No, sir. Thank you.

I had it set on my leg. I'm right-handed. I don't text or anything with this thumb here. I had my hand on the stick the entire time prior to the call.

02:14:33

**Q.** And you did not put the phone down until the call came in, correct?

**A.** Yes. I may have grabbed it off my lap and threw it on the dash so I could set up.

02:14:49

**Q.** And you were holding it and/or using it for about 20 minutes before that call came in, correct --

**A.** I can't --

**Q.** -- if we watch the security video?

**A.** -- I can't tell you if I was or not. I don't believe I was, but I may have.

02:15:00

**Q.** Okay. Would you agree with me that being on your cell phone or using it for at least part of the time for about 20 minutes before you received the first call would not be consistent with your self-improvement to pay attention?

02:15:19

**A.** We use a calculator on the boats all the time to

calculate distances and things. But, no, it wouldn't obstruct any of my concentration off of anything.
**Q.** I'm sorry. You use them to calculate distances. Does that mean you could also use them to calculate tides?
02:15:40 **A.** Tides?
**Q.** Tidal information.
**A.** A calculator? No, sir.
**Q.** I mean your phone.
**A.** My phone? If I look it up on the internet, yes, I
02:15:49 could; but I don't play on the internet while I'm on my phone.
**Q.** And are you aware that using your phone while you are standing watch is a violation of Kirby policy?
**A.** Yes, I do.
02:16:10 **Q.** Were you reprimanded in any way for doing that after the incident?
**A.** No, sir, I wasn't.
**Q.** Do you consider that using your phone for personal use is seaman-like or best practices while you are standing
02:16:30 watch?
**A.** No, I don't.
**Q.** And when you stand watch, just to be clear, you are up there by yourself, correct?
**A.** Correct.
02:16:37 **Q.** And you are responsible for the safety of the boat,

your crew members, cargo, and the environment, correct?
**A.** Yes, sir.
**Q.** Part of being proactive on your self-improvement, you said, was to pay attention to things that could possibly happen; is that correct?
02:17:00
**A.** Yes, I did.
**Q.** And I believe at some point on more than one occasion when you were asked by, I think, the coast guard and the NTSB, "What would you do to avoid situations like this," one of your comments was, "For ships not to meet at turns or bends." Do you remember that?
02:17:10
**A.** Yes, I do.
**Q.** Why is that, Captain?
**A.** Because in that specific area, there is a shoal that tends to build, and with two ships in that area making a bend, one will suck -- pull the water from the shallow away from the other ship and cause it to catch bank suction and sheer or something -- possibly sheer or something like that.
02:17:24
**Q.** So with that knowledge, that would have been an additional factor for you to be extra alert even before the call of Captain Charpentier, correct?
02:17:44
**A.** Yes. I was -- I was extra. In that area -- I pay particular attention in that area for things like that.
**Q.** And I jumped ahead a little bit. I should have asked
02:18:04

you first. You knew that the two vessels would meet at or near the turn, correct?
**A.** Yes, I saw them.
**Q.** Okay. And you said you were paying extra attention.
02:18:19 Would that be -- because that happened, you know, a few minutes before you were contacted. Is that consistent with, you know, using your phone at the time?
**A.** No. I wasn't using a phone at the time.
**Q.** What does "situational awareness" mean to you?
02:18:51 **A.** It means you are aware of a situation. I mean, you can become aware of a situation at any point, keep cognizant of anything that is around you.
**Q.** And that should take place consistently while you are standing watch, correct?
02:19:12 **A.** Yes, sir.
**Q.** Were you awake prior to or at the time that the VOYAGER left the dock at the facility? Was it Buffalo terminal? I forget where you left from.
**A.** No. I was not awake.
02:19:57 **Q.** Are you familiar with the Kirby -- I believe it's called horsepower to tonnage policies, or is it the other way around, tonnage to horsepower?
**A.** Yes. I know of them. I don't know exactly what they are.
02:20:12 **Q.** Who makes those? I know they have a matrix. Are

those preparations made on the boat --
**A.** No, sir.
**Q.** -- or is that made from the office?
**A.** From the office.
02:20:20 **Q.** So they send those to you?
**A.** They do those for me.
MR. GEORGANTAS: I'm sorry, Your Honor. I'm taking a little time. Some have been asked. I'm trying not to repeat questions.
02:20:58 THE COURT: All right.
BY MR. GEORGANTAS:
**Q.** Captain Marie, you previously gave some information about the equipment and instruments that you have onboard, correct?
02:21:19 **A.** Yes.
**Q.** Do you have a depth sounder?
**A.** Yes, it's on my Rose Point.
**Q.** And is this something that you observe on a regular basis when you are standing watch?
02:21:35 **A.** Yes, it is.
**Q.** The depiction that we have of your Rose Point, does that show where the depth sounder was? Do I need to bring it up for you?
**A.** Yeah. Please.
02:21:49 **Q.** One second.

**A.** No. It's not on there.
**Q.** Where would it be if I was onboard the vessel and I was looking at the Rose Point display?
**A.** It would be in the instrument panel.
02:22:15 **Q.** And what depths were you seeing as you were coming up the barge lane?
**A.** I can't recall. Maybe a few feet.
**Q.** I'm sorry. A few feet?
**A.** A few feet under the boat.
02:22:28 **Q.** You mean clearance under the boat?
**A.** Yes. Under the boat, yes, sir.
**Q.** And the boat or the draft of your tow was, you testified, about 10?
**A.** 10 foot, yes, sir.
02:22:40 **Q.** So you had a few feet beyond the 10, then, correct?
**A.** Yeah. Maybe 3 or 4 foot. I'm not exactly sure. I can't remember what the draft was, what the lane was.
**Q.** So you generally knew then, more or less, that you had about 13 or 14 feet of depth in the barge lane, correct?
02:23:01 **A.** Yes. It's usually about 12.
**Q.** About 12, you said?
**A.** Yeah. The barge lane is about 12-foot deep.
**Q.** Okay. So that's knowledge that you had that is not consistent with what the chart shows on the Rose Point,
02:23:21 correct?

**A.** Yes, sir.

**Q.** Would that be an indication to you that perhaps the information shown outside the barge lane, in terms of the depth, might also be incorrect?

02:23:39 MR. JAMES: Objection, Your Honor. It calls for speculation.

THE COURT: I'll allow it.

You may answer the question.

**A.** I have got to go by what the information I got on the

02:23:48 chart said. My knowledge, I know I can run in the barge channel. I don't know if I can run outside of the barge channel.

BY MR. GEORGANTAS:

**Q.** You stated that, when you took over the watch, you had

02:24:11 a flood tide pushing you and helping, correct?

**A.** Yes.

**Q.** That was inbound; so, it was helping with your speed. Correct?

**A.** Yes, sir.

02:24:19 **Q.** And as time went on, it started to slack off a little bit?

**A.** Correct.

**Q.** Fair to say that around the time of the incident there was high tide in the area, as far as you know?

02:24:36 **A.** It was right around slack tide.

**Q.** What does "slack tide" mean in terms of more or less water?
**A.** Yeah. At the highest tide it was going to be for that day, I'd imagine, for that tidal change.
02:24:53 **Q.** That's what I meant. That would have been high tide change, correct -- I mean, time?
**A.** Correct.
**Q.** Do you know how much additional water the high tide would have given to the existing or, at least, reported depths on your Rose Point? 02:25:08
**A.** I do not remember them.
**Q.** Captain Marie, turning now to the discussion coming -- starting with your conversation with Captain Charpentier, when the first call came in -- and I want to show you a series of screenshots that I would represent to you that were taken from your Rose Point; so, hopefully, you'll be familiar with them. 02:25:48
**A.** Okay.
**Q.** So what I have brought up on -- what you are looking at now is -- again, in local non-military time, 3:12:53 seconds down at the bottom left. Do you see that okay? 02:26:09
**A.** Yes, sir.
**Q.** And I'll represent to you that, according to the NTSB transcript, that was when Captain Charpentier first contacted you. Do you recall that? 02:26:34

**A.** Yes.
**Q.** And that's when he told you, "Hey. Keep an eye on me"?
**A.** Yeah. Right around that time.
02:26:53 **Q.** Okay. And you testified that that raised your alertness a little bit, but you also said you hear that all the time in the ship channel?
**A.** I don't hear that all the time, no. I have heard that before, just not all the time.
02:27:09 **Q.** Is it unusual or usual to hear that?
**A.** It's not a common -- it's not a common phrase.
**Q.** Not a common phrase?
**A.** Not a common phrase just to say, "Hey. Watch me."
**Q.** Okay. So did that raise your alertness? You said a little bit previously. 02:27:25
**A.** Yes. It brought my alertness up to the next step.
**Q.** And so what did you do with this raised alertness?
**A.** I checked out for all my options to see what was around me just to -- just a brief look-around to see what was around me to see what I needed to do, if something would happen. 02:27:45
**Q.** And that started with this call, correct?
**A.** Yes, sir.
**Q.** Okay. And you then received another call -- I'm going to bring up another screen -- which is at 3:13 and 02:28:01

17 seconds, approximately, you know, give or take a second. And I'll represent to you that was the call that Captain Charpentier told you, "She is not checking up on me." Do you recall that?

02:28:24 **A.** Yes, sir.

**Q.** Okay. And at this point I believe you are about a little less than a mile apart, maybe .8 miles, give or take?

**A.** Okay.

02:28:41 **Q.** Feel free to correct me, Captain, if you see something on the screen --

**A.** That's about --

**Q.** -- that I'm telling you something wrong.

**A.** That's about right-ish. I'm not sure about the

02:28:49 distance.

THE COURT: Captain Marie, be careful about speaking over. The court reporter --

THE WITNESS: I'm sorry.

THE COURT: -- can only take down one person at a

02:28:56 time. That's all right. You are doing fine.

BY MR. GEORGANTAS:

**Q.** All right. So, at this moment, he informed you that the -- that the GENESIS RIVER is not checking up, and you came back and you said, "What do you need me to do?" Do

02:29:16 you recall that?

**A.** Yes, sir.
**Q.** And he came back and he told you to go to the greens, correct?
**A.** Yes. I remember him saying, "Go to the greens," which confirmed my decision to go to the port.

MR. GEORGANTAS: I'll object partially to the response.

BY MR. GEORGANTAS:
**Q.** But what he told you was to go to the greens, correct?
**A.** Yes, he did.
**Q.** Did you take that as an instruction or did you take that as a question of, you know, what you were thinking to do?
**A.** I took that as part of my information aboard my bridge to assess the situation and make a good -- make the decision of --
**Q.** That he was --
**A.** -- going to the port.
**Q.** -- telling you to go to the greens?
**A.** Yes, sir.
**Q.** And in that span of about 20 seconds to 25 seconds -- maybe 25 seconds -- that's when you had gone through all of your assessments, correct?
**A.** Correct.
**Q.** And what your options would be?

**A.** Yes, sir.
**Q.** And you are telling us today that the best option that you determined was to actually go to the greens, go to port?
02:30:29 **A.** Yes. The best option and the safest option for my crew's safety.
**Q.** Okay. And, again, the other options would have been going to starboard or stopping or slowing, correct?
**A.** Correct.
02:30:41 **Q.** Okay. When the GENESIS RIVER told you that "she is not checking up on me," what did that mean to you in terms of what the GENESIS RIVER was going to do?
**A.** To me it meant -- I took it as he wasn't able to stop his swing and it would continually swing towards me.
02:31:08 MR. GEORGANTAS: Go to the next one.
BY MR. GEORGANTAS:
**Q.** I'm going to switch screens on you.
This one is just a few seconds later, and at this point you are still well in the barge lane, correct?
02:31:27 **A.** Yes, sir.
**Q.** And at this point you have put your sticks over to port?
**A.** Yes.
**Q.** When you decided to go to port and go to the greens,
02:31:44 were you aware that you would also be sliding forward

while you are doing this maneuver?
**A.** Yes, I was.
**Q.** And, also, I believe you testified that you would lose speed. Correct?
02:31:55 **A.** Yes, sir.
**Q.** And you still believed that you would make it to the greens?
**A.** Yes, I did.
**Q.** Okay. Well, let me ask you this. I previously asked
02:32:06 you during your deposition what "going to the greens" meant. Do you recall that?
**A.** Yes, sir.
**Q.** And the question was whether in your mind, when you agreed to go to the greens, that meant that your tow,
02:32:25 including the VOYAGER and the stern of the VOYAGER, would clear the centerline of the main channel. Do you recall that?
**A.** "Going to the greens" would mean getting to the starboard side of the ship, getting to the two-whistle
02:32:42 side of the ship.
I also told you prior to -- I looked through the transcript. Prior to that question about the centerline, I told you about the getting to the starboard side of the ship.
02:33:00 **Q.** Well, we were discussing your maneuver and, in

fairness, I'll read to you the whole exchange.

"QUESTION: What does 'going to the greens' mean to you?

"ANSWER: To go to the green side of the channel as quick as possible -- in this situation as quick as possible, the shortest and as quick as possible.

"QUESTION: Right. Thank you. So it means you need to cross over to the green side of the channel, correct?

"ANSWER: Correct.

"QUESTION: To not just kind of head towards the green, correct?

"ANSWER: Correct. But keep as much speed as possible, if you can, to continue your -- your forward momentum.

"QUESTION: And just to be clear, Tony, 'going to the greens,' you understood it that the stern, if I can put it like that, of the VOYAGER would be clear on the green side of the channel across the centerline, correct?

"ANSWER: Yes."

Did I read that correctly?

02:34:11 **A.** Yes, you read it correctly. But prior to that I had told you what "going to the greens" -- I don't recall what page it is, but I do remember telling you about the -- what the agreement "going to the greens" was.

**Q.** On the section that I just read to you, though, you had agreed with me that "going to the greens" meant that

your tow, in its entirety, would be over on the other side of the channel, correct?
**A.** I had talked to you about it before you asked me about getting to the green side. I had told you what it meant prior to all that.
02:34:43
**Q.** So are you disagreeing with what I just read to you?
**A.** You have got -- you have it written down in there. I know that's the discussion we had. But prior to that statement in that section, I had spoken -- I had talked to you about getting to the starboard side of the ship, as to going to the greens as far and as fast as I could over to the greens -- towards the greens to get to the starboard side of the ship to make a two-whistle passing agreement.
02:35:01
**Q.** I understand what you are talking about the two-whistle passing agreement. I'm not asking you about that. What I'm trying to nail down here is your previous testimony of what it meant to you when you said "going to the greens." And according to the testimony that I just read to you, you said that "going to the greens" meant that your tow would be all the way across on the green side of the channel and across the centerline, correct?
02:35:21
02:35:39
**A.** Yes, sir. I understand what you are saying. But "going to the greens" would mean getting as far over to the green side as I possibly can to be a two-whistle -- I'll be on the green side of the ship. I'll be on his
02:35:57

green side as he is coming outbound.
**Q.** So are you changing your testimony from what I just read to you?
**A.** I'm not changing anything.
02:36:11 **Q.** Okay. So, then, you agree with me that -- at least the section that I read to you -- that you agree with that section, correct?
**A.** I agree with the section. But it does not mean, "going to the greens," and getting -- necessarily I have
02:36:23 to get past the centerline of the boat to be on the green side of the channel.
MR. JAMES: Your Honor, he has asked the question at least three times now. Captain Marie has given the answer, told him why he said what he did in the
02:36:35 deposition. I believe we should move on now.
THE COURT: Captain, do you acknowledge that the part of the deposition that Mr. Georgantas read to you was the accurate testimony from that part of the deposition in spite of what may have come before it?
02:36:49 THE WITNESS: It was an accurate testimony, yes.
THE COURT: All right.
MR. GEORGANTAS: Thank you, Your Honor.
BY MR. GEORGANTAS:
**Q.** I'm going to put up a new screenshot for you, Captain
02:37:05 Marie. You are looking at about 3:13 and 54 seconds. And

I believe this is the time that Captain Charpentier came back to you and said, Hey. I'm probably going to come out your way again, or words to that effect. Do you recall that?

02:37:28 **A.** I don't remember exactly what time it was. But I do remember the conversation, yes.

**Q.** And assuming the timing is correct on this screenshot, when you received this call, the tow is still well in the barge lane on the red side, correct?

02:37:45 **A.** Yes, it is.

**Q.** And looking at this -- I know we've discussed this before, but you were not in the courtroom -- the yellow line across from you has some information on the GENESIS RIVER. Do you see that?

02:38:02 **A.** Yes.

**Q.** And part of that information is it identifies the vessel, correct?

**A.** Yes, sir.

**Q.** And then it shows the speeds of the GENESIS RIVER, 02:38:09 correct?

**A.** Yes, sir.

**Q.** And then the two minutes -- does that mean when your system is telling you, you are going to meet in terms of time?

02:38:22 **A.** Yes. That's where two AISs onboard are going to be

meeting.

**Q.** Okay. So, at this point, you are approximately -- and I say "approximately" because there is no portions lower than minutes -- you are approximately two minutes apart, correct?

02:38:37

**A.** Yes, sir.

**Q.** And when you received this information from Captain Charpentier, did you reassess at all your situation that he has now told you that he is going to probably come at you again? You are about two minutes apart and you are not even in the main channel at this time?

02:38:53

**A.** Correct. But my -- I was already committed to my maneuver, my original maneuver of turning to the port.

**Q.** Well, when you say "committed", was there nothing to stop you to come off the throttle and start stopping or slowing down? Because now you have information that the general area where you are headed is where Captain Charpentier just told you he is going to be coming into, correct?

02:39:18

**A.** Yes. That yellow line is where the ship was going to be hitting at on the -- on the -- in the barge lane. And I already had my barges swinging hard port with 3,200 tons of product swinging. It just doesn't stop on a dime.

02:39:31

**Q.** Well, I understand it doesn't stop on a dime. But you now have some new information from Captain Charpentier.

02:39:55

My question was: Was there anything physically to prevent you from throttling down because now he is telling you he is going to come at you again?

**A.** Yes, I did have something physically stopping me.

02:40:12 **Q.** You couldn't pull the throttles back?

**A.** The 3,200 tons of product swinging to my portside with the ship heading towards me. I would have lost all -- I wouldn't have been able to stop anything.

**Q.** So, if you had pulled your throttles back, the tow 02:40:32 would not have slowed down at this point?

**A.** It would not have stopped me from sliding even faster towards the ship and losing maneuverability of my tow.

**Q.** Regardless of what Captain Charpentier told you, did you know that, on the basis of your own assessment, that 02:40:57 you had a 37-foot draft vessel potentially coming to a barge lane that's maybe 12 or 13 feet? And I'll go by what you knew, not what your chart says because your chart says 8, to be fair. We have a 37-foot draft vessel coming into a 12- or 13-foot barge lane.

02:41:20 **A.** I didn't know the draft of the ship.

**Q.** Well, you knew she was a deep-draft vessel, correct?

**A.** Correct.

**Q.** And deep-draft vessels typically navigate in the main channel, correct?

02:41:36 **A.** Yes, they do.

**Q.** You don't usually see deep-draft vessels navigating the barge lanes at 12 or 15 feet, do you?
**A.** No, sir, I usually don't.
**Q.** So that would have been another indication, other than 02:41:53 Captain Charpentier telling you, on your own knowledge and assessment, that likely the GENESIS RIVER would, you know, come out of the barge lane again, correct?
**A.** I couldn't predict anything that was going to happen.
**Q.** Well, let me ask you this: Was that part of the 02:42:09 assessment that you made when you made all the other assessments about going to starboard or stopping or slowing down? Did you make an assessment as to what -- how the GENESIS RIVER might react if she went into the barge lane?
02:42:23 **A.** Yeah. I didn't want to take any chances.
**Q.** When you say you didn't want to take any chances, what do you mean by that?
**A.** Meaning, if she made it into the barge lane and plowed through the barge lane -- I mean, she did go into the 02:42:39 barge lane where I would have been if I had stayed in the barge lane, right around that area. It's a little too close for me. It's not a chance I would like to take with the lives of my crew.
**Q.** Okay. So, instead, you continued at this point, 02:42:59 correct?

02:43:13
02:43:30
02:43:45
02:43:57
02:44:06

**A.** Correct.
**Q.** So on this next screen, you are now just starting to enter the barge lane, correct?
**A.** The ship channel.
**Q.** Sorry. The ship channel. Thank you.
And your speed is also starting to drop now to 4.7 from what you had previously of about 6, correct?
**A.** Yes.
**Q.** And that's expected? That's no surprise to you, that you are going to lose speed, correct?
**A.** Yes, sir.
**Q.** And your -- the vector that is showing your slide -- which at your deposition you pointed out to me it's that blue dotted line. Do you see that?
**A.** Yes, it is.
**Q.** I believe you just testified earlier today that that's the direction that the tug is moving, correct?
**A.** Yeah. Actual -- actual motion of the tow, yes, sir.
**Q.** Right. So, as you are turning there, you are still just barely out of the barge lane, but you are sliding forward, correct?
**A.** The side of the boat is sliding -- sliding upward, yes, sir, inbound.
**Q.** And the side of the boat is --
**A.** The side of the boat --

**Q.** -- part of the tow?
**A.** -- is sliding. Yes, sir.
**Q.** Right. It's all one tow, correct?
**A.** Yes. The boat is -- the boat is behind the tug, yes, sir.
02:44:16
**Q.** So the tow is sliding?
**A.** The head stays and the tow boat swings around the stern of the barge.
**Q.** Okay. So the distance is closing, correct?
02:44:25 **A.** Yes, it is.
**Q.** And by doing so in the turn, you are exposing the tugboat, correct?
**A.** No, sir. He is turning -- he is going to the port right now.
02:44:40 **Q.** Okay. But I'm talking about your tow in terms of whether you had stayed straight on in the barge lane as opposed to turn either starboard or port where you would expose the tug. Correct?
**A.** Yes. The barges are protecting my boat at the angle that we're traveling.
02:45:07
**Q.** One of the reasons -- maybe I can simplify it, Captain.

One of the reasons that you said the starboard maneuver was not appealing to you, other than whether there was sufficient water, was that if you went in and
02:45:22

02:45:40 02:45:59 02:46:23 02:46:34 02:46:49

you grounded, you would sort of turn even more to starboard and you would expose the tugboat, correct?
**A.** Yes, sir. The stern of the boat would flip out into the ship channel and the boat -- the ship would be pointed straight at my boat.
**Q.** By doing this maneuver, did that have the same effect on the tugboat except now we're going to port?
**A.** At this maneuver he is still going to port. He is turning port. I'm turning port. We're turning away from each other.
MR. GEORGANTAS: Can I see the next one? And move one more.
BY MR. GEORGANTAS:
**Q.** So, at this point, the screenshot that we're looking at, this is about 3:15 and 6 seconds, correct?
**A.** Yes, sir.
**Q.** And the GENESIS RIVER is starting to enter the barge lane a little bit. Do you see that?
**A.** Yes, sir.
**Q.** And a couple of things have happened on your predictor here.
The meeting now is at -- it says one minute in terms of where you would meet, correct?
**A.** Yes.
**Q.** And your predictor, in terms of where you are going to

be, it has moved up a little bit. It's not as pronounced as before. Correct?
**A.** Yes. I'm making more headway.
**Q.** And this is actually presenting a much closer situation in terms of contact, correct?
**A.** I'm already on the two-whistle side of that ship making headway.
**Q.** Well, when you say "on the two-whistle side", you know, for that to work, you would have to go all the way across on the other side, maintaining your course, correct?
**A.** No. I just have to get to the starboard side of the ship.
**Q.** And, again, not to go all the way to the greens, correct?
**A.** I just have to clear his starboard side.
**Q.** I understand. I'm not going to -- I'm not going to go over that part of the testimony again. I think we have covered that.
**A.** Okay.
MR. GEORGANTAS: Can I see the next one? The next one.
BY MR. GEORGANTAS:
**Q.** So at this point, what we're looking at, the GENESIS RIVER is partially in the barge lane, correct?

**A.** Yes, sir.
**Q.** And was it around this time that the -- that Captain Charpentier was kind of -- I don't know how to put it -- cheerleading for you, 'Go, go, go, VOYAGER'?
02:48:17 **A.** Yeah. He is trying to -- he is telling me to hurry up.
**Q.** And your speed has dropped to about 4.2, 4.3 looking at your Rose Point?
**A.** Yes, sir.
02:48:30 **Q.** And at this point the closing distance and the distance between you is not very big, and you are still partially in the barge lane, correct?
**A.** Yes, sir.
**Q.** What I'm showing you here, Captain, is the point of
02:48:57 collision or near point of -- within a few seconds, you understand?
**A.** That's past the point of collision.
**Q.** All right. And at this point the GENESIS RIVER has come out of the barge lane, correct?
02:49:11 **A.** Yes, sir.
**Q.** And that was not unexpected, was it?
**A.** No. The pilot told me he would be coming -- he would be shoving out or it would be shooting out.
**Q.** But other than the pilot, your testimony is that -- on
02:49:29 the basis of your own assessment, you had not determined

whether the GENESIS RIVER would come out of the barge lane or not, in view of the different drafts, correct?
**A.** Correct. I didn't know what -- I couldn't predict what it was going to be doing.
02:49:44 **Q.** So you thought it would be unlikely -- you thought it might be possible that he would continue to stay in the barge lane and not get pushed out, correct?
**A.** I thought he would have grounded it or stopped it or tried something -- tried to keep it that -- on that side of the channel as I was driving away.
02:50:01
**Q.** And at this point of collision, do you agree with me that a good portion of your tow, including the tug, is still on the red side of the main channel?
**A.** Well, yes. We are on the red side of the channel, but I was -- prior to him coming back outside of the channel, I was on the -- on the two-whistle side of the ship.
02:50:26
**Q.** Now, there has been some testimony by your experts that, if the GENESIS RIVER had sort of kept that course --
MR. GEORGANTAS: Can we back up a little bit?
02:50:55 BY MR. GEORGANTAS:
**Q.** -- if the GENESIS RIVER had sort of kept in the barge lane at this point, that somehow she would have cleared the tug. Do you think that was a realistic possibility? In other words, what I'm looking at is, if you could take the GENESIS RIVER right now with your fingers and just
02:51:18

turn it and put it back where she was maybe 10 or 15 or 20 seconds ago when she was in the barge lane and now she is pointing in the same direction again, do you really believe that she would have cleared you with you going at 4.2 miles per hour?

02:51:41

**A.** We believed at one point that we were going to clear, yes.

**Q.** Captain, do you agree with me, as we sit here today, that, in fact, when you made all your assessments, that the VOYAGER did not have sufficient power to accomplish the agreement that you made?

02:52:00

**A.** No, I don't agree.

**Q.** And I'm talking specifically about the maneuver, not sufficient power to push the two barges. You understand?

02:52:20

**A.** Yes. I understand. I do not agree with that.

**Q.** Backing up a little bit. When you got the first call from the -- from Captain Charpentier, you said -- or you have testified that you had concerns about stopping because the PROVIDER was coming up quickly on you, correct?

02:52:57

**A.** Yes, sir.

**Q.** And I think we have discussed this before, but when Mr. James was asking you questions, there was, in your pedigree, considerable bridge team management training, correct?

02:53:13

02:53:27 02:53:34 02:53:53 02:54:12 02:54:29

**A.** Yes, sir.
**Q.** And I think, you know, you and I have discussed that part of that was since you are on the bridge alone, your teammates or your bridge team, if I could put it like that, are other boats in the vicinity that might be involved, correct?
**A.** Yes, sir.
**Q.** And the PROVIDER was one of those boats, correct?
**A.** Yes, it was.
**Q.** Yeah. And I believe you previously testified that you could and should have contacted the PROVIDER to see if she could have accommodated you, if you had decided to stop?
**A.** Yes. I should have contacted him, but I had insufficient time to make a decision as far as him being stopped or letting me know to -- that he had the ability to stop, if he did.
**Q.** Well, let's talk about the insufficient time a little bit. Your exchange with Captain Charpentier when you got down to making decisions -- not the first call, but when he informed you that, "Hey, you know, she is not checking up, VOYAGER." "What do you need me to do?" "Go to the greens." And I'm not sure if there was a roger, roger after that. In any event, you went to the greens.
That was over a period of five or six or seven seconds, correct?

**A.** That was probably 20, 25 seconds, yes. That whole conversation was 30 seconds.
**Q.** Well, the whole conversation was. I'm going from the second call, not the first one.
02:54:42 **A.** Okay. Yes. That was five seconds.
**Q.** The one that he said, "Hey, she is not checking up." Now we have got a situation. Okay? So she is not checking up. "What do you need me to do?" "Go to the greens." "Roger that" or "roger, roger." That one took
02:54:57 about five or six seconds, correct?
**A.** Yes, about.
**Q.** Are you telling us you didn't have an additional five or six seconds or seven, ten seconds in that span to contact the PROVIDER and ask him whether he could
02:55:09 accommodate you if you stopped because of the developing situation?
**A.** No. I did not. I had to act immediately. I had to take immediate response.
**Q.** And you had no seconds at all to contact the PROVIDER
02:55:25 to get some input on your assessment that stopping was not a good option?
**A.** No, sir. I did not.
**Q.** And is it fair to say that, if you had decided to stop, you would still have those two barges in front of
02:55:45 you for protection in front of the tug, correct?

**A.** Yes, it would have.
**Q.** And --
**A.** Go ahead.
**Q.** I'm sorry. Finish your answer.
02:55:55 **A.** No. You go ahead.
**Q.** Okay. And would that have been better to have them just straight ahead of you as opposed to being at an angle, either way -- whether it was a starboard to a portside angle -- but at an angle that you ended up at the time of collision? 02:56:17
**A.** No. It would not have.
**Q.** Why is that?
**A.** Because if the ship would had hit it head-on, the boat would have busted off the barges, flipped under the barges, and the crew would be dead. 02:56:25
**Q.** So it was better to expose your side if that exposed the tugboat to the oncoming ship, correct?
**A.** The side of the barges, yes, sir. I kept my tug protected behind my barges as I crossed prior to the impact. 02:56:49
**Q.** But going back to the screenshot of collision --
MR. GEORGANTAS: Can you bring that up?
BY MR. GEORGANTAS:
**Q.** Just looking at that screenshot, if the GENESIS RIVER had not taken a hard-to-starboard turn -- which I believe 02:57:09

I didn't ask you about.

Were you aware that Captain Charpentier issued a hard-to-starboard order towards the end there to try to hit the barge?

02:57:25 **A.** Yes. I knew he did.

**Q.** Yeah. And I'm asking you that because that's not part of your discussions with him. That's part of the GENESIS RIVER VDR.

**A.** Yes.

02:57:32 **Q.** Okay. But you are aware of that?

**A.** Yes, sir. I heard it on the videos.

**Q.** So if he had not done that and the GENESIS RIVER had maybe continued on a more straight course, as we're looking at this screenshot, the tugboat certainly would have been exposed, correct? 02:57:48

**A.** My plan was to turn to get the -- to keep the boat away from the ship. That was my plan after -- after he started pointing back towards me.

**Q.** I realize that was your plan. But looking at this screenshot, your target would have been at risk if he kept coming, correct? 02:58:04

**A.** My plan, like I said, was to keep my boat away from his ship. That's all I was concerned about after the first sheer -- excuse me -- after the second sheer.

02:58:23 **Q.** I understand what your plan was. What I'm asking is,

looking at the screenshot of how the collision ended up, does it seem to you right now that, if the GENESIS RIVER had not gone to starboard, that your tug would have been at risk?

02:58:40 **A.** No. It wouldn't have.

**Q.** One second, Captain. I'm just going through my notes here.

**A.** Yes.

**Q.** Captain, earlier you testified that, when you took

03:00:10 over, you checked that all the equipment was working properly, and you even mentioned the data on your AIS, correct?

**A.** Yes, sir. The input data on the Rose Point, which is transmitted from Rose Point to AIS, yes, sir.

03:00:26 **Q.** And that's -- what is AIS?

**A.** Automated identification system.

**Q.** And that is what the rose -- I'm sorry, the VOYAGER would have been transmitting to other vessels, correct?

**A.** Yes, sir.

03:00:41 **Q.** And when you say the input was correct, does that mean that you or somebody would have inputted the two barges?

**A.** Yeah. We inputted the data on the Rose Point on our computer, and we click a button that says transmit the AIS. It transfers to the AIS, and the information is

03:01:05 transponded from there.

MR. GEORGANTAS: Your Honor, I apologize. We are trying to bring up an exhibit.

THE COURT: All right.

MR. GEORGANTAS: All right. You can stop it.

03:02:46 BY MR. GEORGANTAS:

**Q.** Captain Marie, I'm showing you a screenshot from -- I believe this is the BW OAK PPU.

Sorry. It's BW's Exhibit 3.

Do you see the VOYAGER down at the bottom?

03:03:07 **A.** Yes, I do.

**Q.** Look -- so that's what you are displaying. Does that show the barges?

**A.** No. It doesn't. But they also show the other tow up ahead of me, too, the same exact thing.

03:03:21 **Q.** No. I understand that. I think all the tows are shown here. I'm not saying that your AIS is not working. But you said all the data was put in?

**A.** Yes.

**Q.** Was the barge data put in? Did it exhibit the --

03:03:38 **A.** Yes, it was that day.

**Q.** Should that have been seen on your AIS?

MR. JAMES: Objection, Your Honor. It mischaracterizes his testimony. He is not competent to testify about the BW OAK's equipment and display. He can

03:03:52 be asked about his own.

MR. BAILEY: Your Honor, I'm just going to jump in, too. This is not the BW OAK PPU anyway. It's the GENESIS RIVER PPU.

MR. JAMES: If he wants to call a witness to testify about that, he can do that. Captain Marie is not the right witness to testify about a display that is not even on his own vessel.

MR. GEORGANTAS: If I may, Your Honor, what I'm asking him is the information that his own vessel is displaying. That's what he said earlier, that this is what their AIS is displaying to other vessels. And what we're showing him here is what the VOYAGER is displaying to other vessels.

THE COURT: Okay. He testified that he entered in the -- they entered in the information to show up on the AIS. And you are showing me here that that information is not showing up on -- this is the GENESIS RIVER's PPU? Is that what this is?

MR. GEORGANTAS: Yes.

THE COURT: Okay.

MR. GEORGANTAS: That's what I'm suggesting. That's what I'm asking the witness because it does not reflect the two barges.

THE COURT: Okay. So you are implying that maybe he didn't enter the information as he said he did? And

that's fine. If that's the point you are trying to make, I have got it.

MR. GEORGANTAS: Okay. That's what I was implying. Thank you.

03:05:08 THE COURT: Thank you.

MR. SHIPLEY: I would just note there is no evidence that the PPU showed that. And they have all their AIS stuff turned off anyway. So the GENESIS RIVER never would have even seen it. So it's just there is a gap in all of this. It surmises stuff. 03:05:22

THE COURT: All right. Next question.

MR. SHIPLEY: I think the Court understands.

THE COURT: Yeah.

MR. SHIPLEY: Thank you.

03:05:39 BY MR. GEORGANTAS:

**Q.** Captain Marie, you previously testified that when you review the VOYAGER's plan and you prepared, you do not plan to go outside of the channel of the barge lane, correct?

03:05:48 **A.** No, sir, I do not travel on the outside of the barge lane.

**Q.** All right. I appreciate that. That is not where you would navigate usually; but during emergencies, those are options that you might have to consider when -- you know, when you have the command of the tug, correct? 03:06:01

03:06:21

**A.** That's not something I practice, no, sir.
**Q.** Well, I'm not talking about practicing. It's something that is part of your skills as a mariner. That situation may arise that would be outside what you planned, correct?
**A.** Yes. If I have to ground a tow, I -- I would take in consideration the area, also, though.
**Q.** Okay.

MR. GEORGANTAS: Your Honor, I pass the witness.

03:07:11

Thank you, Captain Marie.

THE WITNESS: Thank you.

**CROSS-EXAMINATION**

BY MR. BAILEY:

**Q.** Captain Marie, good afternoon. Just to reintroduce myself, I'm James Bailey. I represent the BW OAK.

03:07:20

**A.** Thank you.
**Q.** A couple of questions I have for you.

And one thing I just want to clear up for the record, you have worked as a pilot for Kirby, correct?

03:07:34

**A.** Yes.
**Q.** Piloting their tugs and push boats?
**A.** Yes. Yes, sir.
**Q.** That's different, though, from being a Houston pilot, right, a Houston pilot that, you know, pilots the cargo vessels that transit the Houston Ship Channel, correct?

03:07:46

03:08:00
03:08:04
03:08:22
03:08:39
03:08:54

**A.** Correct.
**Q.** All right. The pilots in the pilot association, that's part of an invitation and apprentice program, and they get their own specific training for pilot vessels in and out of the channel, correct?
**A.** Correct.
**Q.** All right. And you have never served in that capacity, true?
**A.** No, sir.
**Q.** You have never piloted a VLGC or very large gas carrier?
**A.** No, sir.
**Q.** Okay. You were asked a little bit earlier about vessels meeting at the turn. Would you agree with me -- or are you aware that the BW OAK and GENESIS RIVER did not meet at the turn at 75, 76, that they actually met in the straightaway above that turn?
**A.** It was around that area. That's all I knew.
**Q.** Okay. And if the video evidence shows that they met in the straightaway above the turn, you would have no reason to disagree with that, correct?
**A.** Correct.
**Q.** All right. With respect to that meeting and passing between the BW OAK and the GENESIS RIVER, you haven't done any analysis in terms of the speed of the vessels, the

distance between the vessels, and the spacing of them as they executed that meeting and passing, correct?

**A.** I haven't done anything.

**Q.** Okay. And also haven't done any analysis or review of where the vessels were positioned in terms of how they met and passed, correct?

03:09:10

**A.** Correct.

**Q.** All right. And if the four Houston pilots that were aboard those vessels, you know, with the combined 20,000-plus transits of the Houston Ship Channel all testified under oath that the BW OAK and the GENESIS RIVER -- or the BW OAK executed a textbook meeting and passing, you would have no reason to disagree with that, right?

03:09:24

**A.** No reason.

03:09:38

**Q.** Do you recall giving your deposition about six months ago, back in July, 2020?

**A.** Yes.

**Q.** Okay. In your deposition, at the end, I asked you this question. I said: "As we sit here today, is it your opinion -- and are you sitting here to give an opinion that the meeting and the passing between the BW OAK and the GENESIS RIVER caused or contributed to the collision between the GENESIS RIVER and your tow?"

03:09:50

And your answer was: "No, sir. I have no idea what

03:10:08

caused the collision."

Do you recall that testimony?

**A.** Yes.

**Q.** Is that, in fact -- do you stand by that testimony, as you sit here today? You are not here to give an opinion as to whether the meeting and passing of the BW OAK and the GENESIS RIVER caused the collision?

03:10:18

**A.** No, sir. I am not.

MR. BAILEY: That's it. I pass the witness.

03:10:29 THE COURT: Any redirect?

MR. JAMES: Just a couple of questions, Your Honor.

THE COURT: All right.

**REDIRECT EXAMINATION**

03:10:36 BY MR. JAMES:

**Q.** Captain Marie, one thing for sure, did you see the ship try to drop its anchor after it told you it might be coming back your way?

**A.** No, sir.

03:10:42 **Q.** For lack of a better term, is that the way to put on the brakes?

**A.** That's one good way.

**Q.** In looking back at the situation, do you think that would have been a prudent thing for that ship to do before it hit you?

**A.** At least slow down, yes, sir.
**Q.** You were asking about using the barges as a shield and staying in the barge lane. Once again, what is in those barges?
03:11:05 **A.** Reformate.
**Q.** And you told me earlier, I believe, that that was a very flammable cargo?
**A.** Yes, it is.
**Q.** Were you surprised that there wasn't an explosion as a
03:11:18 result of this incident?
**A.** Very surprised.
**Q.** Why is that?
**A.** Because it just takes a spark to cause an explosion with that.
03:11:29 **Q.** Now, you were shown a -- and it was the GENESIS RIVER on the Rose Point. They played the Rose Point where it showed, just before the collision, the orientation of the vessels. And you said you had intended to make another maneuver once the GENESIS RIVER got closer to you and you
03:11:47 separated away from the barge lane. Can you explain to the Judge what you mean by that?
**A.** If he could have held there, I would have swung the stern of my boat out of his way, and it would have continually moved away from him as he was coming through
03:12:05 the barge lane.

03:12:15
03:12:27
03:12:36
03:12:50
03:13:02

**Q.** How would you do that?
**A.** Just a starboard -- a starboard rudder. It would have kicked my stern towards the port and thrown my -- thrown me away from the ship.
**Q.** And so the boat pivots. If you want to move the front of the bow to the starboard --
**A.** I'd have to swing the stern around.
**Q.** That means the stern goes to port; is that right?
**A.** Yes, sir.
**Q.** So you are saying by turning to the starboard, the port -- the boat, the rear of the boat, would have moved to the port?
**A.** Yes, sir.
**Q.** And you would have been on a more parallel tangent with the ship?
**A.** Yes, sir.
**Q.** Captain Marie, Mr. Georgantas has asked you questions over the course of probably five or six hours since the inception of this case. And despite all the things he said, if you had the chance to go back and do it over again, would you do anything different?
**A.** I would do it exactly the same way.
**Q.** And why is that?
**A.** Because it saved the life of my crew. It was the best decision to make.

MR. JAMES: No further questions, Your Honor.

THE COURT: Any re-cross, Mr. Georgantas?

MR. GEORGANTAS: Just very little, if I may, Your Honor.

03:13:11 THE COURT: Okay.

**RECROSS-EXAMINATION**

BY MR. GEORGANTAS:

**Q.** Captain Marie, you were asked by BW OAK counsel that the vessels did not -- whether they met at the turn, and

03:13:23 you said it was around the turn, correct?

**A.** Yes, sir.

**Q.** Do you agree that the BW OAK made their approach at the turn? Their approach to meet the GENESIS RIVER is what I mean.

03:13:38 MR. BAILEY: Your Honor, I object. Calls for speculation.

THE COURT: He can answer, if he knows.

**A.** I just saw them up there right around the intersection, and I don't know exactly where they met. I

03:13:49 just knew they were by the Bayport Flare. Whether it was above, at, or -- I wasn't exactly -- I wasn't paying attention to their situation, their meeting arrangements or area.

BY MR. GEORGANTAS:

03:14:08 **Q.** I'm sorry. You were not paying attention to them.

Were you not watching the Rose Point at the time?
**A.** I was looking out the window at the two ships meeting.
**Q.** And you had previously testified that this particular tow would have stopped in about two tow lengths. Do you remember that?
03:14:29
**A.** Approximately, yes.
**Q.** Approximately.
And you still stand by that?
**A.** Yes, sir.
03:14:33
**Q.** Did you ever make that calculation when you decided that it would be not safe -- well, not the best option -- to stop prior to going to the greens?
**A.** Yes, I did do that calculation, and that decision was not an option because it hit me head-on and I would have had no maneuverability at all for the boat.
03:14:53
**Q.** And that two-two length would have been about 750 feet, correct?
**A.** Give or take a few feet, yes.
**Q.** Yeah. Give or take.
03:15:05
You were asked a question about the GENESIS RIVER dropping an anchor. Do you have any opinion what would happen to a vessel traveling 10, 11, 12 knots if they dropped an anchor?
**A.** I have no idea what would happen to a vessel going that kind of speed, 12.8 knots or whatever they were
03:15:23

doing. I don't know the effects of the -- that would happen, but --
**Q.** What would happen to the VOYAGER if you didn't have barges and you dropped anchor doing, say, 7 or 8 miles an hour?
**A.** If I didn't have barges?
**Q.** Did not.
**A.** If I didn't have barges --
**Q.** Just the vessel, just the VOYAGER.
**A.** I could stop.
**Q.** I'm sorry?
**A.** I wouldn't have to drop an anchor. I could stop.
**Q.** I understand. But if you had to drop an anchor, do you have an opinion on how the VOYAGER would react?
**A.** I would drag the anchor and get her stopped slowly, slowly but surely.
MR. GEORGANTAS: No further questions.
MR. BAILEY: Nothing further, Your Honor.
MR. JAMES: Your Honor, at this time, Kirby offers Exhibits 121, 16, 17, 29, 28, 13, 6, 5, 3, 30, and 10 for admission as exhibits.
THE COURT: Any objection to those exhibits?
MR. GEORGANTAS: Not from us, Your Honor.
MR. BAILEY: Not from us.
THE COURT: Those exhibits that were just listed

by Mr. James are admitted.

MS. SNELL: Your Honor, sorry. I had intended to offer our exhibits from earlier today at the end of the day, but I'm happy to put in the one other exhibit from Captain Cunningham from this morning now, if you would like.

03:16:53

THE COURT: Go ahead.

MS. SNELL: Okay. I believe it was GENESIS RIVER 124.

03:17:06

THE COURT: No objection to 124?

MR. KLAWETTER: No objection, Your Honor. But I believe BW-76 has already been admitted.

THE COURT: It has.

No objection to 124, correct?

03:17:17

MR. GEORGANTAS: No objection, Your Honor.

We also used, if I may, Your Honor, some screenshots right now. We would like to add those to the exhibits at some point, if there is no objection.

THE COURT: I'll tell you what, Captain, you may step down.

03:17:28

THE WITNESS: Thank you.

THE COURT: And Kirby 124 is admitted.

And then y'all have some exhibits that you wanted to offer that you have used today, too?

03:17:39

MR. BACHTEL: Yes, Your Honor. Exhibits 146 and

147 are the two hydrostatic surveys from the Army Corps of Engineers.

THE COURT: No objections to 146 and 147?

MR. JAMES: No, Your Honor. Only to 147 to the extent that I would like to note that it was taken after this incident occurred.

03:17:54

THE COURT: All right. The Court notes that.

No objection to 146 or 147, correct?

MR. BAILEY: Correct.

03:18:04

THE COURT: Okay. The GENESIS RIVER 146 and 147 are admitted.

MR. BAILEY: And just a little housecleaning from our end. I think we had BW OAK 1, which was also used, which we'd offer.

03:18:13

THE COURT: I do remember that. So BW OAK 1 is admitted, assuming there is no objection.

MR. GEORGANTAS: The last one was the screenshots that we were just using from the Rose Point as additional exhibits, but they are part of the Rose Point. That's what I was using when I --

03:18:29

THE COURT: You would like to offer them as separate exhibits from the -- as additional exhibits?

MR. GEORGANTAS: Yes, we would, Your Honor.

THE COURT: Okay. Are they marked yet?

03:18:41

MR. GEORGANTAS: Not yet, Your Honor.

03:18:52 03:19:07 03:19:49 03:39:34

THE COURT: If you'll -- mark those on the break that we're about to take. And when we come back from the break, you can offer them once you have exhibit numbers on them and I'll admit them.

MR. GEORGANTAS: Thank you, Your Honor.

THE COURT: Okay. Anything else?

Okay. Let's come back about -- let's take a break and come back about 3:30 or 3:35, somewhere right around there, and we'll get on to our -- y'all have another -- what's our next?

MS. BOUTET: I'll be calling Captain John Sutton as Kirby's next witness.

THE COURT: All right. We'll start with Captain Sutton when we come back.

(Recess from 3:19 p.m. to 3:39 p.m.)

THE COURT: You may take your seats.

And Kirby may call its next witness.

MS. BOUTET: Kirby's next witness is Captain John Sutton.

THE COURT: Captain Sutton. If you'll stop right here by the court reporter, I'll swear you in and then you can take the stand.

Do you solemnly swear the testimony that you're about to give in the case that's now on trial will be the truth, the whole truth and nothing but the truth, so help you

God?

THE WITNESS: So help me, God.

THE COURT: Great. Take a seat, and you may take your mask off if you are comfortable doing so.

03:39:52 THE WITNESS: I've been waiting for that all day.

THE COURT: It's the only treat that comes with testifying, I'm afraid.

MS. BOUTET: May I proceed, Your Honor?

THE WITNESS: Thank you, Your Honor.

03:40:04 THE COURT: Yes.

**CAPTAIN JOHN RODNEY SUTTON,**

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

BY MS. BOUTET:

03:40:07 **Q.** Would you please state your name for the record.

**A.** John Rodney Sutton.

**Q.** What do you do for a living, Captain Sutton?

**A.** I'm an active mariner in the inlands water for the United States.

03:40:19 **Q.** And we have previously marked your CV as Kirby Exhibit 47. Does your CV accurately summarize your education, training, and professional experience?

**A.** Yes, it does.

**Q.** If you would, briefly take us through your professional experience up to the present day.
03:40:33

03:41:00 03:41:25 03:41:47 03:42:12 03:42:26

**A.** I'm a second generation mariner. I started my career in the inland towing industry at age 15 as a deckhand. I acquired my first license at age 19, which originally then was known as an operator of uninspected towing vessels.

At the age of 21, I upgraded that to a regular operator of uninspected towing vessels. And in 1990 I upgraded my license to a master of 1,600-ton for inspected vessels and started drawing some federal first class pilot's license for the Mississippi River in 1990.

I upgraded my license again in 1997, become a unlimited master of Great Lakes and inland waters and a federal first class pilot for certain portions of the Lower Mississippi River, which entailed actually drawing the Mississippi River.

And the towing license that we have heard spoke of today, at some point -- I believe it was in May of 2001 -- the coast guard started converting everybody from operator of uninspected towing vessels to master of towing vessels and, essentially, were grandfathered into the license if you had held those licenses previously.

So, in essence, I actually hold three licenses. I hold a master of Great Lakes and inland, any gross ton. I hold a federal first class pilot's license for portions of the Lower Mississippi River. And I hold a master of Great Lakes and inland and western rivers for towing vessels.

And I also have a radar observer unlimited endorsement on my license.

**Q.** Do any of your current licenses authorize you to transit the Houston Ship Channel?

03:42:40 **A.** Yes. Both my towing license and my inspected license do.

**Q.** And could you tell us more about any specialized training that you have received in the course of your career?

03:42:54 **A.** Well, in the course of my license upgrades, moving into these inspected licenses, we were required to acquire radar training years before the towing operators were. I actually acquired my radar endorsement in 1990 and tow boaters weren't required until 1997. But I have also been 03:43:19 to fire school specifically for these inspected licenses.

And then, when you are talking about training, all of these towing companies today require some level of continuous education. Mostly that's achieved through these online classes such as what we have talked about 03:43:42 here in court. It varies from basic OSHA confined space all the way up to watchkeeping and, specifically, the same course that Captain Marie took with regard to Rose Point. I have also had that training as well with one of my employers.

03:44:07 **Q.** And what does your current work entail?

03:44:25 03:44:40 03:45:00 03:45:10 03:45:31

**A.** I am actually what we call a "trip pilot" in the industry. I have reached that point after 39 years. I don't work regular for any particular company anymore. I basically sell my services in the industry as a journeyman pilot. There is such a shortage of people that do what I do for a living. I trip regularly for one of the major towing companies.
**Q.** And as part of your work, do you regularly pilot vessels similar to the VOYAGER?
**A.** Oh, very much so. In my career I have piloted vessels from -- the whole spectrum from -- I think 1,800 horsepowers is the smallest vessel I have piloted all the way up to one of the 13 biggest boats on the river that is 10,500 horsepower.
**Q.** Do you also push barges in a double-breasted configuration?
**A.** Yes, ma'am.
**Q.** And do you also push barges with liquid cargo?
**A.** I have.
**Q.** When were you last on a vessel like the VOYAGER?
**A.** The last time I was in this area working with liquid tows was in a period between mid-2007 and the early part of 2011, was the last time I was over here working in this area, yeah. At that time the industry had a real shortage of people with inland licenses, and I was over here making

a premium wage because I had an inland license working in this area.

**Q.** So you are not only familiar with vessels of the same size and class as the VOYAGER but with those vessels on the Houston Ship Channel, correct?
**A.** Correct.
**Q.** And, Captain Sutton, have you previously served as an expert?
**A.** Yes, I have.
**Q.** Can you please provide a brief overview of your past expert work?
**A.** Most of my expert work primarily dealt with issues of navigation. I have been called to testify about towing industry best practices with regard to personal injuries and things of that nature. But, primarily, most of my expertise has been in the navigation area and rules of the road.
**Q.** Have you previously been accepted by courts as an expert in those areas?
**A.** Yes, I have.
**Q.** Captain Sutton, you prepared a report summarizing your opinions in this case, correct?
**A.** Correct.
**Q.** And that report has been previously marked as Kirby Exhibit 46. As part of preparing that report, did you

review any materials?
**A.** Yes, ma'am. All of the materials that I reviewed in my -- preparation of my report had been detailed in the after-portions of the report. And in addition to that, since I have been here in the Houston area preparing for this case, I have additionally reviewed the Kirby cell phone policy and the Cunningham transcript, I believe we'll call it. I don't recall the exhibit number right now. But I believe that would encompass all of the material that I looked at.
**Q.** And what topics do your report and opinions cover in this case?
**A.** My report primarily deals with only the interface of the VOYAGER and the GENESIS RIVER primarily after its first call. I have given opinions based on my beliefs that the GENESIS RIVER violated certain rules of the road.
**Q.** And have you also offered opinions on Captain Tony Marie's actions?
**A.** Yes, I have.
**Q.** Before we jump into the actual events on the date of the incident, I would like to speak a little bit about Kirby's training and specifically Captain Marie's training.
Did you have the benefit of listening to Captain Marie's testimony earlier today?

**A.** I did.
**Q.** So we don't retread old ground, are you generally familiar with the Kirby training for their wheelmen?
**A.** Yes, ma'am.
03:48:32 **Q.** Are you also generally familiar with Captain Marie's training and certifications?
**A.** Yes, ma'am.
**Q.** Have you also reviewed some of Captain Marie's training certificates and navigational assessments?
03:48:45 **A.** In the preparation of my report, yes, ma'am.
**Q.** And based on the testimony that you have heard in this case and your review of the documents, is it your opinion that Kirby has provided Captain Marie with the appropriate training for a relief captain on a tug such as the
03:49:03 VOYAGER?
**A.** Yes. In fact, I believe that it well exceeds a lot of the industry.
**Q.** Is it also your opinion that Captain Marie's performance evaluations and assessments indicate his
03:49:15 competence for his position as a relief captain?
**A.** Yes, I do.
**Q.** Speaking a bit about the VOYAGER's particulars, what was the general configuration of the VOYAGER on the date of the incident?
03:49:31 **A.** The VOYAGER itself is approximately 70 feet long.

They were faced up in the middle of two industry-standard liquid barges that are 54 by 300 feet long. They were in a doubled-up, breasted configuration that would make the total length of the VOYAGER tow and vessel 370 feet by 108 feet abreast in width, and the barges were loaded to 10 foot, according to the Camin report.

03:49:58

**Q.** Is that doubled-up barge configuration usual and customary?

**A.** Very much so. There are any number of reasons that you would double up the barges versus stringing them out.

03:50:16

**Q.** And it's my understanding that the vessel -- or, rather, the two barges -- were fully loaded at the time of the incident. Correct?

**A.** That's my understanding.

03:50:29

**Q.** What speed can we expect from a vessel such as the VOYAGER pushing two fully loaded barges of liquid cargo?

**A.** The speed that Captain Marie was making, it was very much within the range of what I would have expected of a same-sized vessel.

03:50:48

**Q.** And approximately what speed was that?

**A.** I believe he was doing 6.1 just prior to communicating with the GENESIS RIVER.

**Q.** And when transiting the Houston Ship Channel, would the VOYAGER's speed have been visible to other vessels such as the GENESIS RIVER?

03:51:03

03:51:23

**A.** AIS permits that. That's, essentially, black box data that's being transmitted via VHF radio through the AIS system; and, basically, anybody within VHF radio range would be capable of picking up the speed and the configuration.

**Q.** Can you speak some to the turning ability of this type of vessel with this type of load?

03:51:45

**A.** A vessel -- a tow that is 300 feet long would have a very good turning radius, because, essentially, as a general rule in the towing industry, because the tow boat is essentially faced up on the stern of the barges, the rudders are on the stern of the tow boat, the pivot point of the tow is usually about one-third of the way out of the tow length. So in this case, 300-foot barges, the pivot point would have been approximately 100 feet forward of the tow knees of the tow boat. Vice versa, if he had been strung out and been 600 feet long, then it would have been approximately 200 feet forward of the tow knees or one-third the total distance of the tow. And that exponentially grows even up to the largest of tows when we're pushing upwards of 1,400 feet. The pivot point of the tow itself is usually about one-third of the way out from the tow boat.

03:52:11

03:52:27

03:52:45

**Q.** And what is the normal passing arrangement for vessels transiting the Houston Ship Channel?

**A.** It is usual and customary for inbound towing vessels to transit the eastward barge lane of the Houston Ship Channel and outbound vessels to transit the westward or the green side when they are outbound.

03:53:08 **Q.** And would they normally have a one-whistle passing arrangement?

**A.** That would be a usual and customary one-whistle passing arrangement or port-to-port if he was transiting inbound in the red barge lane.

03:53:22 **Q.** And if vessels see the need for a different passing arrangement, what would they do?

**A.** Well, the rules of the road dictate communication. The rules date back many years prior to VHF radio. It used to be sound signals via the ship's whistles. You 03:53:46 would communicate via whistles in the old days. And through radio, the radio act, it was permitted that these communications were then allowed via the VHF radio.

So it's incumbent on every vessel to communicate their passing arrangements with other vessels when they are 03:54:08 meeting in a situation like that. So it would have been incumbent that they actually reach an agreement on what it was going to be. So, as the two vessels approached and they were on their respective sides, they should have communicated still yet that it was going to be a 03:54:29 one-whistle passing agreement.

**Q.** And what is the authority for requiring a passing agreement among vessels on the channel?
**A.** The inland rules of the road.
MS. BOUTET: Next I would like to turn to a few still shots of video images offered previously in this case. We'll be looking at the lower two quadrants of Captain Cunningham's four-way video compilation, previously admitted as Kirby Exhibit 41, with captions of the relevant audio exchanges from Captain Cunningham's VDR transcripts across the bottom. The transcript has previously been admitted as Kirby Exhibit 39.
I have provided counsel for all parties with copies of these demonstratives. We will be walking through these using the audio recording of the VTS which has been previously admitted as Kirby Exhibit 37.
Can you please begin?
(Audio played.)
BY MS. BOUTET:
**Q.** Captain Sutton, was the audio we just heard and the captions displayed on the screen the first call that the VOYAGER received from the GENESIS RIVER?
**A.** Yes. The call at 15:12:53 was the first communications.
**Q.** Is there anything unusual with this language: "Trying to check this thing. Just keep an eye on me"?

**A.** It -- at first transmission, "Trying to check this thing up" gives Captain Marie some level of idea that the GENESIS RIVER may possibly be having some problems. But this "Just keep an eye on me" is something that we frequently hear within the inland industry.

03:56:32

Other vessels frequently will communicate to other vessels, you know, "I'm backing in a fleet," "I'm topping around." When a ship may be going into a dock, he is warning other people coming near him, "Just keep an eye on me."

03:56:52

It's some level of heightened awareness that there is something going on with that ship or that vessel. It doesn't necessarily have to be a ship. I mean, we hear that exchange even between tow boaters.

03:57:06

**Q.** Would this have been enough information for Captain Marie to have slowed, for example?

**A.** No.

**Q.** And why not?

**A.** It lacks any serious amount of information. It's not really conveying to Captain Marie that the GENESIS RIVER is having any problems. It's just, "Keep an eye on me." It's lacking any real value for helping Captain Marie make any kind of situational evaluation, other than just the fact that, you know, he is just asking him to keep an eye on him.

03:57:20

03:57:46

**Q.** And looking at the left-hand side of the image on your screen, would you please comment on the position of the VOYAGER at this time.

**A.** Yeah. Captain Marie, in this image here when you zoom in on it, is basically seeing the GENESIS RIVER clearly. He is -- if he glanced at his chart, he is clearly seeing the GENESIS RIVER essentially headed straight down the centerline of the westward outbound channel.

I mean, there, even myself, I would not have ascertained that there would have been anything abnormal going on with the GENESIS RIVER at this very moment here at 15:12:53. I mean, the GENESIS RIVER appears, via the Rose Point presentation that was available to Captain Marie, to be going straight down the channel.

**Q.** And where is the VOYAGER in relation to the navigational beacon?

**A.** Oh, at this point he is just passing the Beacon 74, approximately 50 feet off of the beacon, which is very near the very outer limits of the barge lane. I think we have got -- it's a 235-foot barge lane, and he is approximately 50 foot off the beacon here.

**Q.** Did Captain Marie immediately respond when he was called by the GENESIS RIVER?

**A.** Yes. The full-motion video clearly indicates that Captain Marie sat up in the pilot chair, reached for the

VHF microphone, and immediately responded to the call of Captain Charpentier onboard the GENESIS RIVER.

**Q.** And let's take a listen to the next radio communication.

03:59:54 (Audio played.)

BY MS. BOUTET:

**Q.** Captain Sutton, how much time elapsed from the first communication to this second communication?

**A.** Well, you are looking at a total of seven seconds, 04:00:20 from 17 to 24.

**Q.** And in that time did Captain Marie evaluate his options?

**A.** Captain Marie has testified that he was evaluating his options all the way back to, "Keep an eye on me." So I 04:00:39 believe from the first transmission all the way up to "Keep an eye on me" all the way up to "Go to the greens" is approximately 25 seconds.

**Q.** So Captain Marie was expected to make a decision on navigation and a passing agreement within that amount of 04:01:04 time?

**A.** Essentially 7 seconds.

**Q.** And when Captain Marie heard, "She's not checking up," what is the significance of that?

**A.** Well, that would clearly indicate that Captain 04:01:20 Charpentier no longer had control over the GENESIS RIVER.

**Q.** Was there any reason for Captain Marie to have known the extent of the issues on the GENESIS RIVER based on that communication?

**A.** No. Because when we hear all of the VDR recordings that exist, that's -- that's all background communications that would be going on on the bridge of the GENESIS RIVER. The only thing that Captain Marie would have had knowledge of are these VHF radio transmissions that we're playing here.

**Q.** So this is the only thing he would have heard at this point?

**A.** The only thing. That's the only form of communications that existed between Captain Charpentier and Captain Marie.

**Q.** And based on Captain Marie's own navigational device, the Rose Point on the right-hand side of your screen, can you comment on the orientation of the GENESIS RIVER?

**A.** At this point it appears that the GENESIS RIVER has begun to swing a little bit more off of the centerline. Still, it doesn't evolve into the dire that we'll see in our next slide. But, at this point, Captain Marie does have a slight port swing already at this point.

**Q.** Is the GENESIS RIVER still on its own side of the channel?

**A.** The GENESIS RIVER is still on its own side of the

channel at this point.
**Q.** And at this point the GENESIS RIVER says, "Go to the greens," and the VOYAGER responds, "Go to the greens." What is the significance of that exchange?
04:03:25 **A.** That was an agreement between those two vessels as required by the inland rules of the road. Those two individuals were meeting on a usual and customary one-whistle meeting, and now they have agreed between the two of them that they are going to meet on the two
04:03:43 whistles for starboard to starboard.
**Q.** And now both vessels were obligated to keep that agreement, correct?
**A.** That's correct.
When we talk specifically about the rules, Rule 14
04:03:54 covers head-on situations, and Rule 14 is actually a dual-action rule. It requires both vessels to take action.
So, if it were to be one whistle, then it would require each vessel to alter course to starboard and meet
04:04:16 port to port. In this case they have had an agreement to meet starboard to starboard. It's incumbent on both vessels to turn to port and meet on the two whistles, which is starboard to starboard.
**Q.** When Captain Charpentier said, "Go to the greens," did
04:04:31 he know the speed of the VOYAGER at the time?

04:04:50 04:05:09 04:05:38 04:05:59 04:06:20

**A.** Sure, he did. He had that through his own PPU unit. It is displayed through the AIS information that he can receive on his PPU.

**Q.** And what was the speed of the VOYAGER at the time of the second call?

**A.** He was at 5.98, the VOYAGER was.

**Q.** Should Captain Charpentier have expected the VOYAGER to reduce speed if she went to the greens?

**A.** Any competent mariner knows that when you place a heavy swing on a vessel it decreases its speed.

**Q.** After the vessels entered into the two-whistle agreement, did Captain Marie execute?

**A.** Yes, he did. As the full-motion video plays, we actually witness -- at this "She's not checking up," we actually see Captain Marie reach for his throttles and reduce the speed of the VOYAGER at the same time he says, "What do you need me to do?" And then when he says, "Go to the greens," we immediately see Captain Marie dump the throttles full ahead again and start shifting his rudder hard to port. And, of course, the rudder travel on any boat from midship -- and that was approximately where he was at -- to hard down -- it varies on every boat, but it's approximately anywhere from five to eight seconds.

And in this case, in my observation of the video, while "Go to the greens" happened at 13:24, Captain

Marie's rudders didn't quit traveling to the port until 13:33. So -- but he did immediately respond and start pulling the rudders hard down.

**Q.** And what do you mean by "hard down"?

04:06:41 **A.** He was at maximum rudder angle to make his escape move and move to the greens.

**Q.** Let's listen to the third communication.

(Audio played.)

BY MS. BOUTET:

04:07:04 **Q.** Captain Sutton, was this the next piece of information that Captain Marie received from Captain Charpentier aboard the GENESIS RIVER?

**A.** Yes, it was.

**Q.** And how much time has elapsed between the second call and this call? 04:07:16

**A.** Well, the "Go to the greens" was at 13:25. This "You need to go straight to the greens" is at 13:54. So 29, 30 seconds.

And the -- this second communication also gives Captain Marie the other piece of the information that he (04:07:40) was lacking initially, "Because I'm going to" -- "going to go your way again, probably." It's approximately 30 seconds after the "Go to the greens."

**Q.** And what was meant by, "I'm going to go your way again, probably"? 04:07:59

**A.** Well, it was the implication that he was -- he was likely going to take a sheer and come back at him.

**Q.** Did Captain Marie have any reason to know the VOYAGER -- excuse me, the GENESIS RIVER would take a second sheer before receiving this radio communication at 15:13:54?

04:08:17

**A.** No, I don't -- I don't believe that there is anything that would evidence that Captain Marie would have known that. I think Captain Marie fully believed that the GENESIS RIVER was going to be able to make good on what he had communicated with him, which was the starboard-to-starboard, two-whistle passing.

04:08:36

MS. BOUTET: And if we can zoom in on the sidebar on the right.

04:08:46

BY MS. BOUTET:

**Q.** Captain Sutton, what do we see alongside the right?

**A.** In this sidebar, you are asking?

**Q.** Yes, sir.

**A.** Well, at this point, we see that Captain Marie has already executed his full swing to the port. This is the rate of turn swing meter, and it has well since buried. That's 30 degrees of swing.

04:09:06

Now, this is one of two swing meters that are available on the VOYAGER. There is also a stand-alone swing meter that has its own stand-alone gyro.

04:09:31

How this works inside of this piece of software is this is all based on the GPS compass that is wired into the system, and it receives all this information off of a satellite. So -- but it is an accurate swing meter. No doubt about it. But there is a slight delay in -- when this will appear.

04:09:53

Just my own experience that the onboard swing meter, it's very likely that, when you look at the full motion video, that the boat would have actually reached maximum swing a second or two before it actually appears on the electronic chart because it takes a little while to go 125 miles to the satellite and back.

04:10:12

**Q.** And does this swing meter tell us the VOYAGER is complying with her end of the agreement?

**A.** Absolutely. Yeah. In this image, we also see the ghost tow image of the VOYAGER itself. And you can tell that it is swinging hard to the port. As we look at the aspect of the -- GENESIS RIVER has changed greatly and now it's starting to cross the centerline of the ship channel coming towards the eastern or the red barge channel.

04:10:25

04:10:56

**Q.** Let's listen to the fourth call.

(Audio played.)

BY MS. BOUTET:

**Q.** Captain Sutton, what can we tell from the still image on the left side of the screen from the VOYAGER CCTV?

04:11:19

**A.** Well, particularly in this imaginary, we're looking at the GENESIS RIVER already on the starboard side, starboard bow of the VOYAGER in all aspects with the angle of the ship now. And we know when we will get to it again here in a minute.

04:11:48

But when we look in the horizon, we know -- these cranes we're looking at right here, that's the Bayport container port off in the west. We'll be able to look at the bow of the VOYAGER's barges and tell how the VOYAGER is changing in relation to these cranes that are off in the distance, sitting on shoreline over there.

04:12:11

But, clearly, the VOYAGER is on a hard down aspect. It has lost some headway, which is expected for a vessel turning this hard and this fast. There has been some talk about the advance that possibly happens in a turn.

04:12:31

If we can zoom in on this area right here, I do have something to communicate about that.

When we particularly look at this larger black dot, that's actually a mile mark for the Houston Ship Channel. And if you look at the ghost image, you'll see this black line just slightly above the mile mark for the Houston Ship Channel. As we look through these images, you'll see that that black line advances very little beyond that mark and the advance of the boat. And the VOYAGER's tow was not really much greater than the outline of those two

04:12:54

04:13:25

arced lines or the predicted path of the tow.

MS. BOUTET: And zooming out again.

BY MS. BOUTET:

**Q.** From this perspective, Captain Sutton, had the vessels continued at these angles, is it your opinion that they would have executed the starboard-to-starboard passing?

**A.** They were clearly well on the starboard sides of one another.

**Q.** Now let's go to the fifth call.

(Audio played.)

BY MS. BOUTET:

**Q.** Captain Sutton, has the orientation of the vessels changed at this point?

**A.** They had. And most notable, the VOYAGER -- now we're looking at these cranes in the background. You can tell that the VOYAGER has still continued to turn to the port the whole time. But, also, the aspect of the GENESIS RIVER has begun to change, and you can tell the GENESIS RIVER is now turning towards the VOYAGER.

**Q.** At this point could Captain Marie have done anything to avoid the impending collision?

**A.** No. He was well-committed to going across to the green side.

**Q.** And is it fair to say that the VOYAGER is in an emergency situation?

**A.** Yes.
**Q.** Now let's play the sixth call.
(Audio played.)
BY MS. BOUTET:
04:15:09 **Q.** Anything to note here, Captain?
**A.** Well, again, at this point, we note that the VOYAGER has still continued to turn to the west and turn across the channel with his aspect. And we note that the GENESIS RIVER is still continuing to turn towards the VOYAGER in
04:15:34 violation of the previous agreement to meet starboard to starboard.
**Q.** And now we'll move to the seventh communication.
(Audio played.)
BY MS. BOUTET:
04:15:56 **Q.** What is the GENESIS RIVER communicating to the VOYAGER in this radio?
**A.** That there is an impending collision.
**Q.** And, again, is there anything that Captain Marie could have done at this point to avoid the impending collision?
04:16:11 **A.** No. In our -- the only thing he could do is hope that he remained enough on the starboard side of the GENESIS RIVER that at the last minute he could throw his rudders hard down to starboard and actually lift hisself off of the GENESIS RIVER.
04:16:32 MS. BOUTET: And let's move to the final still in

the series at 15:16:09, which depicts the collision.
BY MS. BOUTET:
**Q.** Even at the moment of impact, was the VOYAGER still on course with her two-whistle agreement?
04:16:51 **A.** Yes.
**Q.** How can we tell that?
**A.** His aspect to the channel.
**Q.** And what do you mean by that?
**A.** Well, he's still traveling across the channel to the green side. And at this point, this -- this particular still is probably about one second prior to actual contact because we see the ghost tug immediately wrapping around the ship just one second or so. Prior to this, we would have seen him actually starting to turn to the starboard to lift itself away from the GENESIS RIVER.
**Q.** Were the communications that we just heard the only communications that Captain Marie heard from Captain Charpentier aboard the GENESIS RIVER?
**A.** The only communications.
04:17:57 **Q.** And what was the total time that elapsed from the first communication to the final communication?
**A.** 3 three minutes and 16 seconds.
**Q.** Is it your opinion that Captain Marie made the best decision by going to the greens on a two-whistle passing arrangement?

**A.** Yes.
**Q.** And even sitting here today, with the benefit of complete hindsight, your own analysis, and reviewing other experts' opinions, were there any other better options for Captain Marie?
**A.** I don't believe so.
**Q.** And I would like to take the opportunity to review some of your opinions now that we have reviewed the radio communications.
We have talked some about speed during the course of the trial. Did the VOYAGER have enough horsepower?
**A.** Yes, ma'am.
**Q.** And how do we know this?
**A.** It was well within the -- Kirby's horsepower-to-tonnage matrix. The horsepower-to-tonnage matrix allowed for a maximum of 11,900 tons of cargo to be pushed by the 1,700-horsepower vessel. And in this case, the two barges loaded at 10 foot had approximately 3,500 displacement tons each for a total of 7,000.
So if I remember my math correctly, they were basically only utilizing about 58 percent of the available horsepower to tonnage.
**Q.** So it's fair to say that the VOYAGER could have actually pushed more cargo?
**A.** Yes.

**Q.** And we have -- we have seen the video all the way through and looked at the stills today. Is it your opinion that Captain Marie had situational awareness at the time of the first call from the GENESIS RIVER?

**A.** Yes. I think the full-action video certainly indicates that Captain Marie was spot-on on answering the VHF communication from Captain Charpentier. He immediately went from resting his feet on the console to sitting up, reaching for the VHF radio microphone, and immediately responding to that call.

**Q.** We have also heard a lot about Captain Marie's cell phone use prior to the first call. Are you critical at all of Captain Marie's cell phone use?

**A.** We multitask on the bridge of a pilot -- of a tow boat all the time. I mean, nearly every towing vessel that I have been on in the last 15 years has its own dedicated cell phone. We frequently communicate with dispatchers, docks, port captains, port engineers. There is any number of reasons that we drive the boat and communicate on a cell phone at the same time that we're doing that.

**Q.** So is it fair to say that any of Captain Marie's cell phone use prior to the first call did not cause or contribute to the collision of the GENESIS RIVER?

**A.** I don't believe so, because, again, like I said earlier, he immediately set up in his pilot chair and

grabbed his microphone and began communicating with the GENESIS RIVER. He had no reason to believe that he was on anything other than a usual transit of the Houston Ship Channel up to that point.

04:21:54 MS. BOUTET: Can you please call up Kirby Exhibit 36?

BY MS. BOUTET:

**Q.** Captain Sutton, is this an image from your own report?

**A.** Yes, it is.

04:22:10 **Q.** What does it depict?

**A.** Well, it indicates the very first communication when the GENESIS RIVER communicated with the VOYAGER at 15:12:53.

**Q.** And at this point, did Captain Marie have any reason 04:22:27 to perceive that the VOYAGER -- excuse me, the GENESIS RIVER would sheer across the channel?

**A.** No.

**Q.** And what is the basis of that opinion?

**A.** Again, talked about earlier here where we have -- 04:22:43 Captain Marie had glanced at his Rose Point. He was seeing an outbound ship in the Houston Ship Channel that was aligned basically on the centerline of the outbound channel.

**Q.** We have already spoken some about the two-whistle 04:23:04 agreement reached between the vessels after the second

call. What would have happened had the vessels not reached an agreement at that point?

**A.** Essentially, there has to be an agreement. So had Captain Marie not agreed then, essentially, he is issuing a challenge. That just entails more dialogue between the two vessels. You know, if Captain Marie did not agree with going to the greens, then there has to be an agreement between the vessels. He would have had to have told the GENESIS RIVER, No, I don't think that's safe for me or any variable language like that.

But it's essentially issuing a challenge. They don't have an agreement unless they reach an agreement. So that essentially burns time.

**Q.** And, Captain Sutton, is it your opinion that the VOYAGER complied with her two-whistle passing agreement?

**A.** Yes.

**Q.** And how can we tell this?

**A.** He sought a different heading that would carry him across the channel to the green side in an extremely timely manner and actually had the VOYAGER pointed well to the starboard side of the GENESIS RIVER. It was -- he was gaining speed in his transit across the channel and gaining on his distance away from the barge channel in that timeframe between the second call and the actual collision.

MS. BOUTET: And can we, please, call up our final demonstrative?

BY MS. BOUTET:

**Q.** What does this series of images tell us about the VOYAGER's path?

**A.** Well, in this demonstrative -- I spoke of the Bayport container port that's located off to the western side of the Houston Ship Channel. And in this little red circle in each one of these demonstratives, you can see the big cranes that load the containers at the Bayport terminal.

So at each one of these points or these snapshots in time at the first call, second, and third, you can see the VOYAGER's turn to the west as he transits across and you see the crane traveling across the horizon for the VOYAGER.

In each one of these snippets, we have also recorded the times of the VOYAGER. You do see a decreasing speed of the VOYAGER as he made his turn. But, again, that's to be expected.

And as you see here, just prior to collision, he was starting to gain speed again. In the full-motion video, you actually see Captain Marie reduce his rudder angle, though the swing meter of the boat was clearly still buried. By this point you see that the swing meter is still buried and the tonnage, the weight of the tow, is

still swinging very rapidly even though he has straightened up the rudder of the VOYAGER to start gaining speed.

**Q.** And how about the GENESIS RIVER? Did the GENESIS RIVER comply with the agreement?

**A.** No. By the time the GENESIS RIVER got a lot closer to the VOYAGER, you can see the aspect change of the VOYAGER as it starts turning back, the GENESIS RIVER starts turning back to the VOYAGER.

04:27:20 **Q.** Did the GENESIS RIVER's failure to comply with the passing-agreement violate the rules of the road?

**A.** Yes, it did.

**Q.** And some experts in this case would classify the meeting between the VOYAGER and the GENESIS RIVER as a crossing under the rules of the road. Do you share that opinion?

**A.** No. At no point was this a crossing. It was a head-on meeting situation from the very beginning. The only -- the only difference there was, was there was a change from the one whistle to the two whistle.

**Q.** Captain Sutton, is it your opinion that the VOYAGER did not violate the rules of the road?

**A.** That's correct.

**Q.** Is it also your opinion that Captain Marie acted as a competent wheelman on the date of the collision?

**A.** I think his actions were very much spot-on. They were very much reactive to this extreme situation.
**Q.** In fact, is it also your opinion that Captain Marie did everything correctly?
04:28:27 **A.** That's correct.
MS. BOUTET: Your Honor, I'll pass the witness.
THE COURT: All right. Cross-examination.
MR. GEORGANTAS: Thank you, Your Honor.

**CROSS-EXAMINATION**

04:28:39 BY MR. GEORGANTAS:
**Q.** Good afternoon, Captain Sutton.
**A.** Good afternoon, Counselor.
**Q.** There has been a lot of discussion about the use of the cell phone. And I had previously asked you during 04:29:02 your deposition what your opinion was, and I think you agreed with me that it was not best practices to be using the cell phone for personal use; is that correct?
**A.** It is not a best practice to be using it. It's really not the best practice to be using it even driving an 04:29:26 automobile.
**Q.** Well, certainly not onboard a tow that's carrying flammable hazardous cargo, correct?
**A.** It is not a best practice to be using a telephone, though we frequently do it all the time for even company 04:29:51 purposes. The --

**Q.** How come -- I'm sorry.

I'm talking about personal use. Not company purposes. I know you responded about talking to engineers and office people. I'm talking about personal use now. I'm trying to be very specific.

04:30:06

**A.** Well, I -- all mariners use either the company phone or their personal phones for various reasons. I frequently even use my own for checking river stages, so -- versus using the company phone.

04:30:27

**Q.** So, then, I'm not clear. Do you agree with me that using a cell phone for personal reasons while you are standing watch is not, at a minimum, best practices?

**A.** I wouldn't think that using the phone, period, is a best practice. But we are tasked with having to use a cell phone daily, even using the company's cell phone.

04:30:49

**Q.** You are tasked to be doing interest calculations on a cell phone daily for personal use like that? Really? You are telling me that?

**A.** The only knowledge I have of what was actually going on was the testimony of Captain Marie when the video that I received for review was the fourplex video, and the only knowledge I have of Captain Marie's use of it was that he had had it in his hand. I don't know how long he was using it for or what purpose he was using it for, other than the testimony that I have heard in this case.

04:31:05

04:31:33

**Q.** So what is the answer to my question as to best practices? Yes or no?
**A.** It would not be a best practice to be routinely using it.
04:31:46 **Q.** And I think since the last time we spoke, you have now reviewed the Kirby policy on that; is that correct? You've just testified to that?
**A.** The Kirby policy does discourage the use of the cell phone.
04:32:00 **Q.** Discourage or prohibit?
**A.** It prohibits. But, interestingly enough, each one of Kirby's vessels has their own phone, too. So, you know, in that situation, we see the splitting of hairs with numerous companies that has policies that forbid the use 04:32:24 of personal phones; but yet, the companies have phones on the boat for use as well.
**Q.** We're talking about -- I don't want to play with words. We're talking about using a cell phone for personal matters, not business matters. Are we clear on 04:32:41 that?
**A.** It's not a best practice.
**Q.** Okay. Thank you.
And it was a violation of the Kirby policy, correct?
**A.** It appears so.
04:32:48 **Q.** You have no criticism of Captain Marie for doing that,

correct?
**A.** I don't believe that the cell phone use was at play in this incident, no. Captain Marie was very responsive to the call of Captain Charpentier when the GENESIS RIVER communicated with him.
04:33:07
**Q.** You previously testified that when that first call came in that he was being responsive. I believe you said he picked up the mic, put his feet down; is that correct?
**A.** That's correct.
04:33:24
**Q.** Did he also throw the phone down on the console as well?
**A.** That's what appears in the video.
**Q.** So when that first call came in -- I'm sorry, Captain. I'm trying to find the exhibits. I'm not seeing it.
04:34:02
But, in any event, when the first call came in, I believe you have consistently testified that it was not a particularly alarming call; is that correct?
**A.** "Keep an eye on me"?
**Q.** Yes, that one. Thank you.
04:34:19
**A.** I have heard that numerous times in my 39 years.
**Q.** And it's not something that it would have given you any cause of concern, particularly; is that correct?
**A.** The communications is really seriously lacking any details as to why Captain Marie should have been keeping an eye on him. I mean, Captain Marie's own Rose Point
04:34:38

information indicated the GENESIS RIVER was very nearly on centerline for the outbound channel.

**Q.** In view of that and also in view of what you just said about the information that Captain Marie was looking at, 04:34:58 do you really think that that's when he started calculating all his options whether to go to starboard, stop, or go to port? That was his testimony. Do you understand?

**A.** I understand what his testimony was. And I'm not 04:35:13 going to contradict the Captain that was at the sticks of the VOYAGER that day of when he did or did not begin evaluation.

**Q.** So you have no opinion as to whether that was sort of a reasonable statement of what he started doing when he 04:35:30 received this first call, "Hey, keep an eye on me"?

**A.** No. He stated that it -- that it heightened his awareness.

**Q.** Okay. When the second call came in, that's when he was told that the GENESIS RIVER was not checking up, 04:35:58 correct?

**A.** Correct.

**Q.** And things went a little quicker now in terms of the exchange. And I'll just go over it quickly with you. "She is not checking up, VOYAGER." "What do you need me 04:36:10 to do?" "Go to the greens. Go to the greens."

So at this point, you have testified that there was a two-whistle agreement, correct?
**A.** Correct.
**Q.** To go starboard to starboard, correct?
04:36:23 **A.** Correct.
**Q.** Did this exchange, the way you are looking at it, and the way you heard it on the radio that took place over seven seconds, does that look to you like the pilot is telling him what to do?
04:36:44 **A.** No. No.
**Q.** We have previously discussed the role or the sort of interaction between deep-draft vessel pilots and tow operators and that perhaps there is some sort of hierarchy. And I believe you have stated that sometimes 04:37:08 they act like they are the kings of the road, or do you recall that testimony?
**A.** I don't recall particularly forming it that way in words, no. But there is certainly a respect within the towing industry that those individuals that are state or 04:37:29 federal first-class pilots aboard these ships have a depth of knowledge of what it takes to handle the deep-draft vessels.
**Q.** And does that translate into deferring to them, like in a situation like this, when he was told to go to the 04:37:50 greens?

**A.** No. I don't -- I don't think any mariner just automatically defers to a ship pilot because they request something.

**Q.** So at this point in this seven- or eight-second exchange, Captain Marie had the right or the ability to challenge the decision if he disagreed with it, correct?

**A.** Yes. He had a right to.

**Q.** But you said that would have taken time to do, correct?

**A.** Absolutely.

**Q.** And do you see anything wrong with taking time to fully assess a situation as opposed to proceeding on possibly an unfavorable course?

**A.** It would have absolutely sealed the ability for him to actually go to the greens.

**Q.** So another seven- or eight-second consideration to go back to the -- to Captain Charpentier and say, Hold on a second, I want to check with the PROVIDER coming up behind me to see if I can stop, do you think that would have sealed the deal?

**A.** Yeah. Absolutely.

**Q.** And what deal is that?

**A.** I think the video certainly evidences the fact that it would have been a very close meeting, passing, even if the GENESIS RIVER would have been able to have held the barge

04:39:45 lane as I believe that he thought he could when he made that agreement. It was already going to be close. Any delay whatsoever would have -- would have sealed the possibility of Captain Marie even being able to use "go to the greens" as an escape route.

**Q.** And, Captain Sutton, you agree with me, and, again, using the demonstrative exhibits, that when this exchange was made, the GENESIS RIVER hasn't even crossed the centerline yet, correct?

04:39:58 **A.** Correct. But he has also asked the pilot what he needs.

**Q.** Oh, I understand that. He did ask him what he needed. But what I'm trying to ask you here: Captain Marie, at this time when the second call came in, which clearly very 04:40:17 much raised his alertness that there may be a situation --

**A.** Correct.

**Q.** -- you said that even another seven or eight seconds takes some time to fully assess what is going on would have just sealed the deal, correct?

04:40:32 **A.** Well, you are assuming that this communication is only going to take seven or eight seconds. When you issue a challenge to another captain, you don't know how much time that is going to take. There may ensue an argument between the two of them. I mean, that's pretty 04:40:51 presumptuous to assume it's only going to take seven or

eight seconds --
**Q.** Well, that wasn't my --
**A.** -- because you have got to reach an agreement.
**Q.** Sorry. That wasn't my question.
04:41:02 I think the question was earlier that, take another seven or eight seconds to contact the PROVIDER if he had concerns about stopping?
**A.** I don't view stopping as really a real viable option. He is still placing his vessel in the path of a careening ship coming across the channel at him. 04:41:27
**Q.** Well, let me ask it this way: At this moment, Captain Marie has testified that he has had a full 25, perhaps 30 seconds since he has been assessing the situation from the first call, correct?
04:41:48 **A.** Correct. That's what he stated.
**Q.** Okay. And one of the concerns was stopping because that would have been part of the assessment, correct?
**A.** Correct.
**Q.** One of the concerns with that portion of the assessment and why it was not a good option was because the PROVIDER was coming up behind him, correct? 04:42:06
**A.** Correct.
**Q.** And your testimony was that, at this point, he did not have seven or eight seconds to contact the PROVIDER and do a similar exchange like he had with Captain Charpentier in 04:42:20

terms of letting him know that, you know, he is considering stopping and can he be accommodated, correct?
**A.** Correct.
**Q.** And you maintain that position even though you heard Captain Marie today testify that he should have called the PROVIDER, correct?
**A.** Correct. But I will go a little further and tell you that, from looking at the information that was provided for me for this report, I don't know, as I sit here today, how close the PROVIDER was behind him. So I don't know that the PROVIDER was really a factor in this case.
**Q.** I'm sorry. I thought you knew that. There has been ample testimony or evidence the PROVIDER was about half a mile astern.
**A.** Yes. Again, I don't recall the detail of the testimony of how close the PROVIDER was. I have been provided with all of the depositions in this, but, as I sit here today, I did not recall that.
**Q.** All right. Fair enough. But you maintain that he just didn't have enough time to call the PROVIDER, correct?
**A.** Well, I really maintain that stopping was not really a viable option because it still put him in the direct path of the ship.
**Q.** But that's not what I was asking you. I was asking

you -- or, rather, you heard the testimony one of his concerns about stopping was the PROVIDER coming up on him?
**A.** Correct.
**Q.** And my question to you was whether he should have taken another seven or eight seconds to contact the PROVIDER and see if he could have been accommodated if he stopped.
**A.** I don't believe so.
**Q.** You said that, no, he should not have?
**A.** I don't believe so.
**Q.** Okay. Now, during this time that he made this determination and the full assessment, the GENESIS RIVER has not even crossed the centerline yet; is that correct?
**A.** Yes. But he has significantly turned towards the eastern barge channel on the red side.
MR. GEORGANTAS: Hold on a second. Could we have this demonstrative exhibit up on the second call, please?
(Audio played.)
MR. GEORGANTAS: Can you zoom in a little bit on the right screen, please? Thank you.
BY MR. GEORGANTAS:
**Q.** So it's your testimony, Captain Sutton -- are you able to see the screen? I'm sorry.
**A.** Yes.
**Q.** So it's your testimony that at this point, which is

the second call, the GENESIS RIVER has significantly turned to her port? Is that what we are seeing here?
**A.** Let's look out the front window of the PROVIDER. This is what Captain Marie was looking at. This is -- he is
04:46:15 looking at the GENESIS RIVER coming at him, and you can tell that the aspect of the ship has changed.
**Q.** But this aspect is relative to how the VOYAGER is situated, correct? I mean, if the VOYAGER is a little bit off to her port, it would seem that the GENESIS RIVER is
04:46:42 significantly to her port, correct?
**A.** Well, let's switch back to the other image.
**Q.** Yes. Let's please do.
**A.** Let's --
**Q.** So my question was: You stated that at this moment,
04:46:59 when Captain Marie evaluated all of his options and he made a full assessment, that the GENESIS RIVER had already significantly gone to port. Do you recall that?
**A.** I did use the word "significant".
**Q.** I'm sorry?
04:47:15 **A.** I did use the word "significant".
What we see here is the VOYAGER is pointed nearly straight up the barge lane, and the aspect of the GENESIS RIVER is now turned to point straight at the VOYAGER.
**Q.** You call that a significant turn to port, looking at
04:47:47 this image?

This is what Captain Marie would have been looking at, correct?

**A.** Well, he has got -- he has got a ship telling him that she is not checking up and the ship is pointed straight at him.

04:47:59

**Q.** And at this point, the ship that's telling him that is not even near the centerline of the main channel, correct?

**A.** No. He hasn't -- he hasn't crossed the centerline yet, but he has also -- he has got a ship that's pointed straight at him, telling him that she is not checking up.

04:48:17

**Q.** So, looking at this, Captain Marie made a full assessment at this time that the GENESIS RIVER would come over to the barge lane, and he'd better get to the greens, correct?

04:48:34

**A.** Captain Marie's testimony is what it is. I mean, he has testified that he utilized this 25 seconds or so.

**Q.** I appreciate that was his testimony. What I'm trying to understand is -- or ask you, on the basis of making that decision, what he was looking at on his Rose Point when he made that decision. Do you understand that?

04:49:03

**A.** Yeah. I mean, he is also driving, looking out the window. And he is looking at a ship here that's pointed at him at a fairly close distance, a ship that's telling him he is having trouble maintaining steerage.

04:49:28

**Q.** But can we agree that the objective information that's

before us here at the moment that the second call came in and the agreement was made to go to the greens, that was the time that Captain Marie testified he had made his full assessment that that was the best option, correct?

04:49:49 **A.** That is what he stated.

**Q.** And he made that assessment while the GENESIS RIVER was still on the green side of the main channel and not really exhibiting any significant turn to port, correct, just looking at the Rose Point?

04:50:09 **A.** Well, again, this is one snippet in time.

**Q.** Well, that's the snippet that they made the agreement.

**A.** Well, I don't know that this demonstrative is right to the very moment. That language -- that language takes a little bit to actually -- to actually happen.

04:50:43 "She is not checking up" is at 13:17 and "Go to the greens" doesn't take place until 13:24. So, again, this snippet here may be from 13:17 and not the repeated seven seconds later.

**Q.** Well, let me represent to you we're generally in 04:51:14 agreement with the times here within one or two seconds. Okay?

**A.** That's correct.

**Q.** Okay.

**A.** It's a fast-developing situation.

04:51:25 MR. GEORGANTAS: I object to the response.

THE COURT: It's overruled.

BY MR. GEORGANTAS:

**Q.** You are telling us that the aspect of the GENESIS RIVER would have changed dramatically in that seven seconds between 13:17 and 13:24?

04:51:39

**A.** It's certainly increasing.

**Q.** However, that is what Captain Marie was looking at at the time that this agreement was made, correct?

**A.** Correct.

04:52:01

MR. GEORGANTAS: Could we please go to the next one?

BY MR. GEORGANTAS:

**Q.** This one is at 13:54. So about 15 to 20 seconds later when, in fact, the GENESIS RIVER is increasing to port, correct?

04:52:29

**A.** Correct.

**Q.** And he is asking him to take a 90 to the greens. What does that mean when he says, "Take a 90 to the greens"?

**A.** He was requesting him to do something that is impossible to do. You can't make a 90-degree in that narrow of a channel and then still have enough turning radius to turn back inbound in the opposite barge lane.

04:52:45

**Q.** Would he have been in a better position to have gotten further along the greens if he had done a 90 at this point?

04:53:14

**A.** The 90 is an impossibility because of the advance of the vessel in the turning radius, which is displayed here in the display. The turning arc of the vessel is displayed very -- in my opinion, very accurately in the arc of these two black lines because, when we look at the advance of the vessel in relation to that mile mark, it arcs very little bit north of that mile mark right here.

So it's an impossibility to make a 90 because of the advance of the vessel in a turn.

**Q.** Because he is sliding forward?

**A.** Yeah. It's called "advance".

**Q.** Or advance. I'm sorry.

And that's another factor that he had fully assessed, that by making this turn, he would also be sliding forward, correct?

**A.** "He" who?

**Q.** And at the same time losing speed, correct?

**A.** Yeah. Any competent mariner would have known there would be some degree of loss of headway in a hard steer. Both Captain Marie and Captain Charpentier should have known that.

**Q.** And you did say -- you were asked and you did say that Captain Charpentier would have known that as well, that the VOYAGER would lose speed, correct?

**A.** Sure, he would.

**Q.** But could we agree that the only person in charge of the VOYAGER was Captain Marie?
**A.** Correct.
**Q.** And it was his responsibility to make the assessment and the subsequent decision to go to the port, correct?
**A.** He was well on the starboard side of the bow of the GENESIS RIVER.
**Q.** What I'm asking you, Captain Sutton, is: It was his responsibility to make the decision with knowledge of the VOYAGER's capability to go to the greens; it was not Captain Charpentier's, correct?
**A.** That was his responsibility.
**Q.** Thank you.
The other piece of information that Captain Marie received at this time was Captain Charpentier told him that he was going to probably go his way again. Do you see that?
**A.** That's correct.
**Q.** And at this point the GENESIS RIVER is barely crossing the centerline, correct?
**A.** Correct.
**Q.** So Captain Charpentier is anticipating that he will be turning back to the main channel, correct?
**A.** Correct.
**Q.** And at this point the VOYAGER is still in the barge

lane, correct?
**A.** Correct.
**Q.** We have previously discussed this and the navigational Rule 8. I believe it's 8(d). I'll try to get it back on the screen for you, Captain.
04:56:32
Are you able to see it?
**A.** Yes.
**Q.** So looking at 8(d), as in "delta", and the second sentence which reads, "The effectiveness of the action shall be carefully checked until the other vessel is finally past and clear."
04:57:03
My question to you is: When Captain Marie received this information from Captain Charpentier that he's probably going to come his way again at a time where they were about two and a half minutes apart, should this have given him cause to reassess the situation?
04:57:19
**A.** He was fully committed to the starboard-to-starboard, two-whistle meeting and passing at this time. There was no going back.
**Q.** And --
04:57:41
**A.** To go back --
**Q.** Sorry.
**A.** -- required another communication with the vessel. They had an agreement to meet starboard to starboard. He couldn't just unilaterally stop without communicating that
04:57:53

to the GENESIS RIVER.
**Q.** Was there anything to stop him from communicating with the GENESIS RIVER?
**A.** No.
04:58:04 **Q.** In fact, that's what he should have done if he had any questions about the effectiveness of his initial decision to go to the greens?
**A.** That is -- that is certainly your opinion. I mean --
**Q.** I'm asking for your opinion.
04:58:19 **A.** Well, my opinion is that he was -- he was so fully committed, there was no going back.
If we look at the demonstrative of the rate of turn that he had and the fact that he had all of that tonnage turning to the port, to arrest that would have placed him 04:58:40 mid-channel by the time he would have even remotely come close to arresting that and essentially been a sitting target, not to mention the fact that he could not have done that without first communicating what he was going to do to the GENESIS RIVER.
04:58:59 **Q.** So then it was -- apparently, it's your opinion that it was okay for him to continue with the initial maneuver even though he now had information that he was probably headed into an area where the GENESIS RIVER would go, correct?
04:59:14 **A.** Well, it -- you know, hindsight is always 20/20. He

needed the information early on, but he didn't have it. So they made a passing arrangement based on not having that information, and he fully committed to it.

**Q.** Captain, I'm not talking about hindsight. I'm using information that was available at the immediate time when he said, "I will probably come your way again." That's not hindsight, right?

**A.** That's not hindsight. But he's left but with one choice. The only way he can evaluate it is to slow his vessel or stop his vessel. But before he can even do that, he has got to communicate what he is going to do with the GENESIS RIVER or he himself violates the rules of the road by not communicating that.

**Q.** And there was nothing to stop him from communicating with the GENESIS RIVER if he had any concerns about the effectiveness of his maneuver, correct?

**A.** If he had any concerns --

**Q.** Okay.

**A.** -- he could have.

**Q.** Thank you.

And the other part of Rule D, the first part -- I'm sorry -- 8(d), the first part, says: "Action taken to avoid collision with another vessel shall be such as to result in passing at a safe distance."

Do you see that?

**A.** That's correct.
**Q.** The same communication that came in about "Probably coming your way again," should that have raised any concerns as to whether the VOYAGER would be able to pass at a safe distance?
05:00:54
**A.** I think both of these mariners understood that it was going to be a close-quarters situation even if the GENESIS RIVER remained in the near proximity of the barge lane.
**Q.** And while we're on this rule, Captain Sutton,
05:01:34 Rule 8(e) reads that, "If necessary to avoid collision or allow more time to assess the situation, a vessel shall slacken her speed or take all way off by stopping or reversing her means of propulsion." Do you see that?
**A.** That's correct.
05:01:49 **Q.** And nothing in this new information that came in from Captain Charpentier about 30 seconds after making the "go to the greens" agreement would cause Captain Marie to do any -- to take any of the action that is prescribed by Rule 8(e)?
05:02:12 **A.** Well, this rule doesn't just pertain to the VOYAGER. It pertains to both vessels.
**Q.** I understand, but I'm asking about the VOYAGER. And at this point this subsection suggests that perhaps the -- Captain Marie, with the new information that he received,
05:02:32 should have allowed more time to assess the situation, and

the situation now being is that the GENESIS RIVER is going to be -- probably going to be headed where the VOYAGER is headed.

**A.** The rule speaks for itself. That is true. But you can't do that without communicating to the other vessel what you are going to do.

05:02:49

**Q.** And, again, there was nothing to stop Captain Marie from communicating with the GENESIS RIVER, correct?

**A.** Correct.

05:04:12

**Q.** Captain Sutton, you were previously asked some questions about the horsepower of the VOYAGER, correct?

**A.** Correct.

**Q.** And it wasn't clear to me, and I want to understand it a little better.

05:04:26

My question to you is: Do you believe that the VOYAGER had enough horsepower to successfully accomplish the agreement to go to the greens?

**A.** Absolutely.

**Q.** All right. So, when we're talking about enough horsepower, we're not talking about just pushing two or three barges, correct?

05:04:45

**A.** I don't understand your question.

**Q.** That -- what you meant by "enough horsepower" was that the VOYAGER had enough horsepower to successfully complete and go to the greens, correct?

05:05:04

**A.** It had enough horsepower for the task that it was assigned of pushing these two charges.
**Q.** And that includes when he made his agreement to go to the greens, correct?
05:05:19 **A.** Yes. This vessel was making great headway in the Houston Ship Channel. It was making better than six miles an hour prior to communication.
**Q.** I understand. I'm going about -- talking about "going to the greens" now. And your testimony is that you
05:05:33 believed that she had enough horsepower to go to the greens, correct?
**A.** Yes.
**Q.** And yet, as we saw, the collision occurred mostly on the right side of the channel, correct?
05:05:45 **A.** You know, the vessel -- the vessel would have been expected to have lost a certain amount of headway in making such a hard-down turn.
**Q.** And that was information that Captain Marie would have known at the time he made the agreement, correct?
05:06:02 **A.** Yes. And Captain Charpentier.
**Q.** But Captain Charpentier wasn't onboard the VOYAGER, correct?
**A.** No. He was onboard his vessel.
**Q.** He just told them to go to the greens, correct?
05:06:15 **A.** No. It was a mutual agreement to go to the greens.

MR. GEORGANTAS: Your Honor, one minute to go over my notes, please.

THE COURT: Sure.

MR. GEORGANTAS: I pass the witness, Your Honor. Thank you.

05:08:08

MR. BAILEY: No questions from BW OAK.

THE COURT: Any redirect?

MS. BOUTET: A brief redirect, Your Honor.

THE COURT: All right.

05:08:16

**REDIRECT EXAMINATION**

BY MS. BOUTET:

**Q.** Captain Sutton, Mr. Georgantas suggested a few alternate options that Captain Marie could have taken or considered.

05:08:26

Why was stopping not a viable option?

**A.** At the initial communication?

**Q.** Yes, sir.

**A.** I don't believe that it was a viable option because to have placed the VOYAGER in a crash-stop scenario, these barges -- I think you have had enough description of them, but they are basically raked on the bow and square on the stern. So the VOYAGER was faced up on the square ends of the barges. So, if he had a crash stop, went full ahead to full astern, all of his wheel wash would have been hitting the square end of the barges.

05:08:44

05:09:07

I myself am of the opinion, I don't believe Captain Marie could have stopped as fast as he said he would be able to stop. And I know absolutely with certainty he would not have been able to have controlled the barges. 05:09:28 Because when you crash-stop a tow boat against the square end of barges like this, you don't know where you are going to end up because of the turbulence of all the wheel wash slamming against the back of the barges. The flanking rudders that you have heard of that are used for 05:09:47 directing the control of the wheel wash are ineffective until you slow the momentum of the tow.

We have a tow that was doing over six miles an hour. And in my 39 years of experience, you would not gain true control over the tow using the flanking rudders until you 05:10:10 probably slowed the tow to near 2 miles an hour before you would have regained control.

So in this period of time between 6 and 2 miles an hour, it's highly likely you would have had no control over it if you had performed a crash stop at that given 05:10:29 time. So an emergency stop really was not an option.

**Q.** And why was reversing also not an option?

**A.** Reversing in itself?

**Q.** Yes, sir.

**A.** Well, if you don't back effectively enough to slow the 05:10:47 tow in a crash-stop scenario, then the tonnage will just

carry through the water. If he just slowed, the vessel would have continued carrying through the water and advancing towards the ship careening straight at him.

So the only way that would have been viable in that scenario would have performed a crash stop. And, for me, in my opinion, that just wasn't an option because you had no way of knowing where the tow was going to go if you performed a crash stop.

05:11:10

**Q.** And why was going to starboard not an option?

05:11:26 **A.** Well, charted obstructions for sure. I, like Captain Marie, have transited every square inch of the barge lane inbound into Houston and, though the NOAA charts do indicate some areas of water that's less than what we know is there, what's outside of the beacons is an unknown to all of the mariners unless they have had reason to be there.

05:11:53

We, as professional mariners, take the charts that we navigate by to be accurate as to the fact that they are produced by federal agencies and, particularly, this is a NOAA chart.

05:12:14

**Q.** So, again, even after talking through some options with the complete benefit of hindsight, going to port was still the VOYAGER's best option?

**A.** Yes.

05:12:29 MS. BOUTET: Nothing further, Your Honor.

THE COURT: Any re-cross?
MR. GEORGANTAS: Just a couple with that.

**RECROSS-EXAMINATION**

BY MR. GEORGANTAS:

05:12:37 **Q.** So, Captain Sutton, just to understand, I just heard you to say that you disagreed with Captain Marie's testimony that he could have stopped his tow in two tow lengths, correct?
**A.** I think that was pretty optimistic.
05:12:53 **Q.** But you have no problems agreeing with him that in the 25-second period from the first call, assuming he started making his assessment, he was able to make a full assessment of the situation, correct?
**A.** I am not going to disagree with Captain Marie's
05:13:11 testimony in that -- in that respect.
**Q.** Okay. You were just asked about obstructions, and I think that was kind of a new topic that came up.
I have put up Kirby Exhibit No. 30. Are you able to see it okay?
05:13:32 **A.** Yes.
**Q.** What obstructions were you referring to just now?
**A.** Well, there is a charted hard-shell bottom in this area and there is insufficient water charted in this area beyond the beacons.
05:13:59 **Q.** So you consider insufficient water as an obstruction?

**A.** Yes. When you -- when there is not enough water to transit, it's an obstruction.
**Q.** How about the submerged bulkhead? Are you able to see that?
05:14:19 **A.** Yes. It's charted.
**Q.** And there has been testimony that the submerged bulkhead even steps in a little bit into the eastern boundary of the barge lane. Do you see that dotted line?
**A.** Yes.
05:14:40 **Q.** Do you think, if the submerged bulkhead was a danger to navigation, they would reflect it as coming into the barge lane?
**A.** Counselor, I have no real knowledge of what has gone on in the development of the barge lane over the years and 05:15:05 how it has been reflected on the chart updates over the years.
**Q.** Okay.
**A.** So the barge lane was developed in my career.
**Q.** Let me see if I can ask the question a little 05:15:25 differently.
**A.** Okay.
**Q.** It appears from looking at the chart that the information about the submerged bulkhead enters into the barge lane on the eastern boundary, correct?
05:15:44 **A.** It appears so in the chart.

**Q.** Yet it is safe for tows to transit the barge lane, correct? That is --
**A.** Yeah. I --
**Q.** -- where the voyager was, right?
05:15:57 **A.** But I -- yeah. I know what the chart reflects, but at -- generally speaking, there is good water up to the beacons all along the barge lane. What is beyond the beacons -- I have no knowledge of what is beyond the beacons other than what is provided on a publication.
05:16:19 **Q.** So even though the submerged bulkhead extends into the barge lane, once you get to the beacons, then that's a problem, correct? Is that what you are saying?
**A.** Yeah. I mean, I personally have never gone beyond the beacons. I have never had a reason to. And I navigate
05:16:40 with the beacons being the outer limits of the barge lane. The portions of this submerged bulkhead may or may not have been removed over the years, but I have no knowledge of that.
**Q.** Okay. But what we do have knowledge of, as we sit
05:16:56 here today, in looking at the chart that Captain Marie was looking at, is that this submerged bulkhead extends into the barge lane, correct?
**A.** It appears to, via the chart.
**Q.** And it is safe to navigate in the barge lane, correct?
05:17:11 **A.** As far as I know, you can get all the way up to the

beacons from one end of the barge lane to the other.

**Q.** Thank you, Captain Sutton.

**A.** Thank you.

MR. GEORGANTAS: Thank you, Your Honor.

05:17:26 MR. BAILEY: No questions, Your Honor.

THE COURT: Any direct -- any re-redirect?

MS. BOUTET: No, Your Honor. I would like to offer two exhibits into evidence if now is an appropriate time.

05:17:35 THE COURT: Captain Sutton, you may step down.

Yes, you may do that.

MS. BOUTET: I would like to offer Kirby Exhibit 46, the expert report of Captain John R. Sutton dated September 8th, 2020, and Kirby Exhibit 47, the CV of 05:17:49 Captain Sutton, into evidence.

THE COURT: All right. I assume there is no objection to those exhibits?

MR. GEORGANTAS: No objection from us, Your Honor.

05:17:56 MR. BAILEY: No objection.

THE COURT: Kirby 46 and 47 are admitted.

Remind me, which exhibit is the chart that we were just looking at?

MR. GEORGANTAS: Exhibit 30, Your Honor.

05:18:09 Kirby 30.

THE COURT: Kirby 30?

MR. GEORGANTAS: Yes.

THE COURT: It is a little after 5:15. I said we would go until 6:00 tonight. Do you all have somebody else that you can call?

05:18:18

MS. SNELL: We do, Your Honor. And it's a short witness. So I can move through it fairly quickly, with a little bit of leeway. We might be able to finish by 6:00 even on cross.

05:18:34

THE COURT: Does anybody need a break or can we go for another 45 minutes or so?

Okay. You may call your next witness.

MS. SNELL: All right. Kirby calls Jim Guidry.

THE COURT: Mr. Guidry, if you would raise your hand to be sworn. Do you solemnly swear the testimony that you are about to give in the case that is now on trial will be the truth, the whole truth, and nothing but the truth, so help you God?

05:19:04

THE WITNESS: I do.

05:19:11

THE COURT: You may take the stand. And you may take your mask off.

**JOHN GUIDRY,**

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

05:19:24

BY MS. SNELL:

**Q.** Good evening, Mr. Guidry.
**A.** Good evening.
**Q.** Can you tell us where you work, please?
**A.** I work for the Kirby Marine Transportation Group.
**Q.** How does the Kirby Inland Marine Transportation Group relate to Kirby Inland Marine?
**A.** It is one of the divisions of Kirby Marine Transportation Group. Kirby Inland Marine and Kirby Offshore Marine make up the Kirby Marine Transportation Group.
**Q.** What is your job title?
**A.** Executive vice president of vessel operations.
**Q.** In that job, what do you do?
**A.** On a daily basis I work with and manage the folks that do day-to-day operations. I also manage the training center, the vetting group, the quality group, and the recruiting team.
**Q.** How long have you worked at Kirby?
**A.** 35 years.
**Q.** And just in a short version, give us sort of the Reader's Digest of your career path at Kirby.
**A.** Yeah. I started as a port captain, and then worked as an ops manager, a general manager, a vice president of operations, senior vice president of operations, and finally executive vice president of operations.

**Q.** We have heard a lot about Kirby with regard to this collision on May 10th. But tell us a little bit about Kirby, the company, what it does.
**A.** We operate inland tank barges and coastal tank barges around the United States. We have about 360 tank barges total.
**Q.** Is Kirby the largest inland marine barge company in the United States?
**A.** We're the largest inland in offshore tank barge company.
**Q.** Are you familiar with the collision that occurred on May 10th of 2019?
**A.** Yes, ma'am.
**Q.** Did you attend the coast guard hearing --
**A.** Yes, ma'am.
**Q.** -- after that collision?
Sorry. I didn't mean to interrupt you.
**A.** Sorry. I didn't mean to speak so fast.
Yes, ma'am.
**Q.** You mentioned that one of your job responsibilities is to work with Kirby's training program?
**A.** Yes, ma'am.
**Q.** We heard -- well, first of all, were you here earlier today for Captain Marie's testimony about his training?
**A.** Yes, I was.

05:20:54 05:21:10 05:21:19 05:21:28 05:21:44

**Q.** I'll try not to retread old ground. But give us just an overview from your perspective of the components of Kirby's training program for its wheelmen.

**A.** For its wheelmen, we have a steering program where they start off at. As Captain Marie testified, they qualify for the steering program, become a steersman and work with the designated examiners that were in the boat to learn the trade of steering and managing a tow boat.

They are then promoted to pilot once they go through the course, and they come back in every five years for training on the simulator. They do computer-based training. And then there is onboard assessments that are done to ensure their competency.

**Q.** So you mentioned simulator training, computer-based training, onboard assessments that take place on the tow?

**A.** Yes.

**Q.** Okay. Captain Marie also mentioned training that he has gotten on a five-year cycle that includes bridge resource management, advance pilothouse management. Is that part of the simulator training or something different?

**A.** Yeah. We generally refer to it as simulator training. It's technically called the advance pilothouse management course, which includes all the things you just mentioned: bridge to resource management, electronic chart training,

rules of the road training, some leadership. In odd years, we do leadership training.

**Q.** Does Kirby also have a drill cycle that the tow boat navigators go through with their crew?

05:23:30 **A.** Yes. There is a monthly drill cycle.

**Q.** And what kinds of topics are covered in your monthly drills?

**A.** Fire, man overboard, collision/allisions, barge breakaways, things like that, emergency drills.

05:23:48 **Q.** Does Kirby's training program cover the rules of the road?

**A.** Yes.

**Q.** Does Kirby's training program cover how Kirby's captains and pilots interact with the Houston Ship Channel pilots while they are navigating?

05:24:05

**A.** Houston Ship Channel and other pilots, yes.

**Q.** How does Kirby's training program compare with what the coast guard requires?

**A.** The coast guard requirements are pretty basic. If you can -- if you can show them time aboard and a short list of skills, then you can -- and pass the test, then you can become a pilot.

05:24:19

**Q.** Does Kirby's training program exceed the requirements of the U.S. Coast Guard?

05:24:37 **A.** Yes.

**Q.** Does Kirby also have classes that are approved by the coast guard within its training program?
**A.** Yes. We have 26 coast guard approved courses in our training center.
05:24:53 **Q.** Can you think of any training that Kirby could have provided Captain Marie that would have helped him prevent the GENESIS RIVER from sheering across to his side of the channel on May 10th?
**A.** No, ma'am.
05:25:16 **Q.** Does Kirby also have a process for evaluating the performance of its wheelmen?
**A.** Yes, ma'am.
**Q.** Captain Marie talked about it a little bit, so I won't ask you to go into a ton of detail. But tell us, what are 05:25:29 the components of Kirby's process for evaluating its wheelmen?
**A.** There is the annual evaluation. There is the annual navigation audit. And when we can find third-party auditors, we use them to do third-party audits.
05:25:45 **Q.** Have you reviewed Captain Marie's performance assessments?
**A.** Yes, ma'am.
**Q.** Generally speaking, what do the performance assessments for Captain Marie tell you about his 05:25:58 performance as a wheelman at Kirby?

**A.** That he is doing very well and has the respect of his captain in almost every element of those evaluations.
**Q.** You mentioned that he has the respect of his captain. Who does the annual performance evaluations for Captain Marie?
05:26:18
**A.** The captain that is sailing with him.
**Q.** Why is it important to you that the captain who is sailing with Captain Marie is the one who performs the annual performance assessment for Captain Marie?
05:26:34
**A.** I think it's important because of the fact that the captain who is doing Tony's evaluation is also the person who is going to say, You have the boat, and I'm going to go to sleep and sleep soundly while you steer.
So if it was somebody off the boat that was saying, Oh, yeah, Tony is good; have a good night John, it could be a real issue.
05:26:55
**Q.** And you also mentioned the annual navigation audits. Have you reviewed Captain Marie's navigation audit, the most recent one?
05:27:11
**A.** Yes.
**Q.** Does it give you any concern about Captain Marie's ability to navigate a tow?
**A.** No. It gives me assurances.
**Q.** How would you describe Captain Wheat's most recent navigation assessment of Captain Marie?
05:27:28

**A.** It was above average in those categories.
**Q.** And then you also mentioned that there are third-party assessments that Kirby does when assessors are available?
**A.** Yes. We started using third-party assessors, but they have become scarce with COVID and other issues.
05:27:50
**Q.** I'll circle back to that in a minute.
Before we get to the third-party assessors, were you here when Captain Marie testified about the Chickasabogue Bridge incident and two other incidents that he described?
05:28:11
**A.** Yes.
**Q.** Did either or any of those incidents have anything to do with the collision on May 10th?
**A.** No, they did not.
**Q.** Do any of those incidents give you any reason to think that Captain Marie was not competent?
05:28:24
**A.** No.
**Q.** Why is that?
**A.** After the Chickasabogue Creek incident, we did an assessment to ensure we knew just where Tony stood on his competency. There were a couple of things we found that he could work on.
05:28:38
And as they went through that assessment, they showed him what those things were, how to use the collision avoidance skills that John Moyle created and was teaching at the time, and then sent him back with that plan to
05:28:55

improve on those skills.
**Q.** The assessment that you are referring to, was that the 2012 assessment that Mr. Georgantas talked to Tony Marie about earlier today?
05:29:09 **A.** Yes, it was.
**Q.** And they had some discussion about the radar section of that performance assessment?
**A.** Yes, they did.
MS. SNELL: If we can pull up GENESIS RIVER
05:29:21 Exhibit 34, and can we go to the last page, please?
BY MS. SNELL:
**Q.** This is the 2012 assessment that Captain Marie discussed earlier today. Have you also reviewed this assessment?
05:29:40 **A.** Yes, ma'am.
**Q.** What was Captain Marie's score on this assessment?
**A.** He scored an 83, which is on the high end of performance acceptable.
**Q.** After Captain Marie received this assessment, did
05:30:01 Kirby find it necessary to send Captain Marie to any additional "special to Captain Marie" training outside of Kirby's normal training program?
**A.** Imbedded within this assessment is the specialized training for Captain Marie. We watched what he did. We
05:30:21 showed him where some things he could improve on are. We

told him how to improve on those skills and then sent him away with this plan to work on those skills while he was working on the boat.

05:30:36 **Q.** The 2012 assessment, if I'm understanding you correctly, is part of Kirby's training program in a sense?

**A.** Yes. It's performed at Kirby's training center by Kirby's trainers, and it is a training evolution in and of itself.

05:30:56 **Q.** You also mentioned third-party audits. Just generally speaking, what is a third-party audit?

05:31:15 **A.** It's where we find a contractor who has intense navigation experience and who has been trained to assess not only the navigation ability of the boat, but the -- really, the total operation of the boat, how the crew interacts, how they perform their duties around navigation, voyage planning, but also how they perform their duties around cargo transfers and docking, locking, making trips on the Houston Ship Channel, and whatever else they are doing.

05:31:29 **Q.** Has there been a third-party assessment on the crew of the VOYAGER?

**A.** Yes.

MS. SNELL: Could we have Exhibit 6, please?

BY MS. SNELL:

05:31:43 **Q.** Exhibit 6 is a Sweetwater Marine assessment. And I

believe it's from September 2017, but please take a look and make sure I have got that right.

**A.** Yes. 9-11 of '17.

**Q.** Is this the third-party audit that you referenced for the VOYAGER?

**A.** Yes, it is.

**Q.** In this assessment -- first of all, you reviewed the assessment?

**A.** Yes, ma'am.

**Q.** In the assessment, is there any criticism of Captain Marie's watch standing skills?

**A.** No, ma'am.

**Q.** Is there any criticism of Captain Marie's situational awareness?

**A.** No, ma'am.

**Q.** What does this assessment performed by a third party in 2017 tell you about the performance gaps that were listed in Captain Marie's 2012 assessment?

**A.** It tells me that he had learned from that experience and those gaps did not reappear in this assessment.

**Q.** If I remember correctly, Captain Marie testified that he has been a wheelman since 2008?

**A.** Yes, ma'am.

**Q.** And I believe he said he has transited the Houston Ship Channel hundreds and hundreds of times?

**A.** Yes, ma'am.
**Q.** In the time since Captain Marie has been a wheelman for Kirby, have any of the captains who have worked with Captain Marie complained that he was incompetent?
05:33:24 **A.** No, ma'am.
**Q.** There has also been discussion about the Kirby cell phone policy. First of all, what does the policy provide for with regard to cell phones?
**A.** That there should be no personal use of a cell phone while standing the watch.
05:33:45
**Q.** Does Kirby allow cell phone use for company business?
**A.** Yes, ma'am.
**Q.** Why is that?
**A.** It's necessary for the boat's business to call locks, docks, other installations.
05:33:57
**Q.** Why does Kirby's policy distinguish between company business and personal business?
**A.** Really just to reduce the amount of phone use that would be incurred on a watch.
05:34:15 **Q.** Have you seen Captain Cunningham's four-way video?
**A.** Yes, ma'am.
**Q.** From reviewing the video -- and, by the way, have you also seen portions of the wheelhouse video?
**A.** Yes, ma'am.
05:34:28 **Q.** Do you believe that Captain Marie's cell phone use

decreased his situational awareness?
**A.** No, ma'am.
**Q.** Why not?
**A.** In reviewing the video, in watching Captain Marie, his right hand stays on the tiller. And you see him making very, very slight adjustments to the tiller to keep the vessel traveling straight and on course in the barge lane, and you do not see him making heavy rudder adjustments like he is not paying attention.
05:34:42
**Q.** Captain Marie was asked earlier if he had been -- I think the word was "reprimanded" for using his cell phone.
05:35:02
After this collision, did Kirby speak with Captain Marie about the cell phone?
**A.** Yes, we did.
**Q.** Why did Kirby decide not to reprimand him?
05:35:17
**A.** It was clear that Tony understood that he shouldn't have been using it the way he was at the time. But we also noted that it did not have any contributing factor to the incident.
**Q.** There was also discussion earlier today about Kirby's --
05:35:34
MR. GEORGANTAS: Objection, Your Honor. We are getting into some opinion testimony with Mr. Guidry now and --
THE COURT: What opinion testimony have we heard?
05:35:43

MR. GEORGANTAS: Whether it contributed or not. I mean --

THE COURT: I think he said that the company determined that it had not contributed. Let's not get into any opinion testimony, but I don't think we have yet. Go ahead. Next question.

05:35:53

BY MS. SNELL:

**Q.** There was also some testimony earlier today about Kirby's horsepower-to-tonnage policy. Does Kirby have a horsepower-to-tonnage policy?

05:36:06

**A.** Yes, ma'am.

**Q.** What does that provide in terms of horsepower on the Houston Ship Channel?

**A.** It should be under seven tons per horsepower.

05:36:18

**Q.** Was the VOYAGER on May 10th within Kirby's policy limits?

**A.** Yes, ma'am.

**Q.** Could it have even pushed more barge weight?

**A.** Yes, ma'am.

05:36:30

**Q.** Does the coast guard have any requirements within the Houston Ship Channel for horsepower to tonnage?

**A.** No, ma'am.

**Q.** How does Kirby's horsepower to tonnage compare to other companies in the industry?

05:36:43

**A.** I think it's right on par to slightly conservative.

**Q.** There has been a lot of discussion over the last couple of days about the four-way video that Captain Cunningham put together. Have you reviewed that video?
**A.** Yes, ma'am.
05:37:10 **Q.** And you have been sitting in the courtroom as its been played during the trial?
**A.** Yes, ma'am.
**Q.** A lot of people have talked about what has happened in that video up until the point of the collision. But I
05:37:24 want to ask you about what happened after the collision. And we're just going to play a small snippet.
MS. SNELL: Can we go to 20:16:05?
(Video played.)
BY MS. SNELL:
05:38:05 **Q.** Mr. Guidry, what did you notice in watching the wheelhouse video about how Captain Marie handled this situation after the collision occurred?
**A.** I think what you see there is a mariner who has the absolute presence of mind and professionalism to
05:38:29 understand that he needs to stand in the helm, and you can actually see him bracing his feet on each side to hold himself there. He grabs the throttles, he grabs the tiller, and he fights the boat to keep it afloat.
If you look down even at the stopped image, what you
05:38:47 see is the front deck is completely flooded, and it floods

up to the second deck. And he stands there and watches that. He never runs. He never lets go of the throttle or the tiller. And he fights that boat and keeps it afloat and keeps it from capsizing with that starboard wire on it.

05:39:06

That is someone who is very situational aware and who understands what is about to happen and takes appropriate and necessary and quick action to save the life of his crew.

05:39:19 MS. SNELL: Pass the witness.

THE COURT: Mr. Georgantas, yes, cross-examination.

MR. GEORGANTAS: Thank you.

**CROSS-EXAMINATION**

05:39:26 BY MR. GEORGANTAS:

**Q.** Good afternoon, Mr. Guidry.
**A.** Good afternoon, sir.
**Q.** Just a few questions. Mr. Guidry, you have seen Exhibit 34. You were just asked some questions about this earlier, correct?
05:39:58
**A.** Yes, sir.
**Q.** And in the six categories here that Captain Marie has been graded, the category detect/manage risk was the lowest one at a level of 2, correct?
05:40:17 **A.** Yes, sir.

**Q.** And if we go down at the bottom where Ms. Snell was just asking you some questions, the 2 is in the not acceptable range of the yellow, correct?
**A.** No.
05:40:35 **Q.** Am I reading it right? If not, correct me.
**A.** You are not reading it right.
**Q.** Okay.
**A.** The entire yellow section is performance acceptable.
**Q.** Okay. So the red section is not acceptable?
05:40:52 **A.** Correct.
**Q.** Okay. And the rating of 83 percent, you said, was on the high end of the performance acceptable?
**A.** Yes, sir.
**Q.** Is "performance acceptable" another way of saying 05:41:09 average performance?
**A.** No. It's a way of saying performance is acceptable.
**Q.** Okay. Captain Marie testified, if I recall correctly, that he wants to be promoted to captain, but he has not applied -- and you will correct me if I'm misstating his 05:41:39 testimony -- because he wants to be the captain of the VOYAGER. Does that summarize it correctly?
**A.** Yeah. Tony -- Tony works under John Wheat and has for years, and he has worked on the VOYAGER for the majority of his career. So he would like to take that boat. It is 05:41:57 a common thing we see with relief captains. They wait for

their captain to be promoted so they can take that boat that they work on.
**Q.** Where would -- Captain Wheat is a captain already, correct?
**A.** Yes.
**Q.** Where would he be promoted to?
**A.** To a newer, bigger boat.
**Q.** Okay. And has that happened?
**A.** Has that happened?
**Q.** Yeah. Has Captain Wheat been promoted or is Captain Wheat still the captain of the VOYAGER?
**A.** Captain Wheat still struggles with issues from this incident.
**Q.** So who is the captain of the VOYAGER as we sit here today?
**A.** The VOYAGER is currently out of service.
**Q.** When did the VOYAGER go out of service?
**A.** Shortly after this incident the industry went into a sharp decline, and almost all of the boats of that age group and horsepower have gone out of service.
**Q.** I'm sorry. All the tugboats of horsepower and what else?
**A.** And age.
**Q.** And age. And when you say horsepower, was that on the low end of the horsepower or just a particular class of

horsepower?
**A.** It's more about age. But the 1,800-horsepower boats, they are very utilitarian. But at that age they don't vet well with major customers.
05:43:38 **Q.** So is Captain Marie just waiting for another boat to be promoted to captain?
**A.** Yes.
**Q.** And if that occurs, would Kirby have any hesitation to promote him to captain?
05:43:53 **A.** No.
**Q.** Mr. Guidry, you were asked some questions about the subsequent assessment in 2017. Do you recall that?
**A.** Yes, sir.
**Q.** In the middle of the page there it says "elements", do
05:44:31 you see that?
**A.** Yes, sir.
**Q.** And are those 15 elements or categories -- is that what the assessment was made on?
**A.** Yes, sir.
05:44:42 **Q.** Do you see anything in that -- in those categories that has to do with detection and/or management of risk?
**A.** Emergency preparedness could. Voyage planning has a risk assessment element to it. Chart comprehension and navigation has a risk element assessment portion to it.
05:45:11 **Q.** But nothing specific as to the category that he was

previously tested in 2012, correct?
**A.** I think the assessment addressed some of the very same categories.
**Q.** You are talking about this assessment that we're looking at?
05:45:31
**A.** Yes, sir.
**Q.** So you are saying that the categories that you just mentioned included the detection and management of risk?
**A.** You cannot perform voyage planning without doing risk assessment. It is, in essence, a risk assessment exercise.
05:45:48
**Q.** Risk assessment has to do with taking risks into account when you are planning your voyage, such as, you know, speed -- you have been listening to all the testimony -- depth of the water, that sort of thing, correct?
05:46:10
**A.** Density of traffic, speed of other traffic, proximity of traffic, all those things are taken into account in your risk assessment during your voyage plan.
**Q.** You were asked a couple of questions about the Kirby matrix. Do you recall that?
05:46:40
MS. SNELL: Objection, Your Honor. I did not ask any questions about the Kirby matrix.
BY MR. GEORGANTAS:
**Q.** Were you not asked a question about the horsepower to
05:46:55

tonnage?
**A.** I was asked about horsepower to tonnage.
**Q.** Okay. I'm sorry. I mischaracterized it.
And what was your answer on how you determined the horsepower to tonnage?
05:47:09
**A.** Well, I wasn't asked how I determine it.
**Q.** What is it?
**A.** What is what, sir?
**Q.** The horsepower to tonnage. You gave an answer about seven tons and -- did I not hear correctly?
05:47:26
**A.** I'm sure you heard correctly. I'm just not understanding if you have a question for me and what that question is. I may be just misunderstanding you.
**Q.** Maybe I'm not stating it correctly.
05:47:43
You made mention about seven tons in how you calculate horsepower to tonnage?
**A.** Right.
**Q.** And -- that's what I'm asking about. What was your answer?
05:48:00
**A.** The question was: What is our policy on tonnage to horsepower, and I said seven tons per horsepower.
**Q.** All right. Thank you.
And when you -- when you say seven tons, does that include -- does that equation include the weight of the barges?
05:48:20

**A.** It does.

**Q.** So, if I wanted to do the calculation for the VOYAGER on the day in question, I would take the total tonnage of the product that was onboard the barges correctly?

05:48:49 **A.** What you would do is you would take the displacement tonnage. So, she is carrying 10 foot of draft on a 30,000-barrel barge. That's 3,500 tons per barge. Multiply that times two and then divide it by the horsepower of the boat, and it tells you how many tons per horsepower you have. 05:49:10 And it doesn't matter whether you are carrying feathers or bricks. If you have 10 foot of feathers, it's 3,500 tons.

**Q.** So it's the combined weight of the displacement for each barge, correct?

05:49:26 **A.** Yes, sir.

MR. GEORGANTAS: That's all I have. Thank you, Your Honor. Thank you, Mr. Guidry.

MR. KLAWETTER: No questions, Your Honor.

05:49:43 THE COURT: Any redirect?

MS. SNELL: No, Your Honor.

THE COURT: Mr. Guidry, you may step down. All right. We have made it until ten till 6:00. Any exhibits, any stray exhibits y'all want to offer?

05:50:04 MR. SHIPLEY: We do have a few exhibits, but it

might be more efficient to do it in the morning. We have a couple of things that we -- you know, like going through the value of the limitation fund and a few things like that. We can do that in the morning in five or ten minutes. I'd just like to make sure we get everything lined up.

THE COURT: All right. That's fine. We can wait until the morning for that.

MR. GEORGANTAS: We'll wait for ours, too, then. We are all together.

THE COURT: Okay. Great. We can go off the record, Laura.

(Discussion off the record.)

THE COURT: 9:00 tomorrow morning we'll take up the exhibits --

MR. SHIPLEY: Exhibit cleanup.

THE COURT: -- some exhibits from whoever wants to offer them, and we'll take it from there.

MR. SHIPLEY: Thank you.

THE COURT: Great. Y'all have a good night.

*(Proceedings adjourned at 5:51 p.m. and continued on Day 3.)*

********************

Case 3:19-cv-00207 Document 538 Filed 02/07/21 in TXSD Page 309 of 356


*Date: February 3, 2021*

***COURT REPORTER'S CERTIFICATE***

*I, Laura Wells, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.*

_____*/s/* Laura Wells____________

*Laura Wells, CRR, RMR*

## '

'17 [1] - 295:3
'go [1] - 202:4
'going [2] - 191:2, 191:14

## /

/s [1] - 308:6

## 0

0.6 [1] - 37:25

## 1

1 [7] - 31:20, 32:1, 49:4, 65:5, 92:6, 223:13, 223:15
1,400 [1] - 233:21
1,600-ton [1] - 226:7
1,700-horsepower [1] - 249:17
1,800 [1] - 228:11
1,800-horsepower [1] - 303:2
1.7 [1] - 139:16
1.79 [2] - 17:1, 17:3
10 [16] - 7:13, 7:14, 11:10, 15:15, 125:10, 149:16, 183:13, 183:14, 183:15, 204:1, 220:22, 221:21, 232:6, 249:18, 306:6, 306:11
10,500 [1] - 228:14
10-foot [3] - 7:20, 129:16, 150:11
10-mile [1] - 139:9
100 [10] - 11:11, 11:17, 15:14, 94:10, 94:12, 94:19, 94:22, 94:25, 95:6, 233:15
100-hour [1] - 94:9
108 [1] - 232:5
108-foot [2] - 132:3, 132:10
10:44 [1] - 68:8
10th [19] - 45:12, 47:2, 48:4, 49:22, 78:13, 83:16, 85:5, 125:15, 125:21, 137:19, 139:5, 143:17, 144:25, 145:22, 287:2, 287:12, 290:8, 292:12, 298:15
11 [9] - 6:19, 8:13, 116:25, 140:16, 141:19, 141:21, 220:22
11,900 [1] - 249:16
11327 [2] - 5:18, 145:25
11:00 [1] - 68:7
11:03 [1] - 68:8
11:30 [1] - 139:24
11th [1] - 49:3
12 [23] - 7:22, 8:17, 8:22, 10:3, 10:4, 22:2, 22:5, 58:16, 70:18, 117:13, 129:12, 138:9, 140:16, 141:19, 141:21, 160:6, 183:20, 183:21, 196:16, 196:19, 197:2, 220:22
12-foot [2] - 12:10, 183:22
12.8 [1] - 220:25
120 [1] - 41:2
121 [5] - 97:20, 97:21, 98:4, 98:22, 221:20
124 [7] - 48:6, 48:8, 48:21, 222:9, 222:10, 222:14, 222:22
125 [1] - 244:12
126 [1] - 39:1
127 [1] - 39:1
12:00 [1] - 138:16
12:29 [1] - 144:13
12:30 [1] - 144:10
13 [7] - 73:11, 73:14, 119:2, 183:19, 196:16, 221:20, 228:13
13-foot [1] - 196:19
1300 [1] - 2:14
138 [1] - 1:13
13:17 [3] - 268:15, 268:17, 269:5
13:24 [3] - 241:25, 268:16, 269:5
13:25 [1] - 242:16
13:33 [1] - 242:2
13:54 [2] - 242:17, 269:13
14 [7] - 10:2, 10:4, 17:22, 88:7, 183:19, 240:14, 240:15
1400 [1] - 1:21
146 [7] - 63:1, 63:5, 71:7, 222:25, 223:3, 223:8, 223:10
147 [7] - 9:10, 9:13, 223:1, 223:3, 223:4, 223:8, 223:10
15 [12] - 68:12, 68:22, 88:7, 118:7, 132:15, 197:2, 204:1, 226:2, 250:16, 269:13, 303:17
15-foot [1] - 27:4
15-to [1] - 26:16
15:10:10 [1] - 34:9
15:12:02 [1] - 65:6
15:12:53 [3] - 235:22, 237:12, 251:13
15:13:54 [1] - 243:6
15:16:09 [1] - 248:1
16 [7] - 102:10, 104:10, 104:25, 105:5, 109:19, 221:20, 248:22
1600 [1] - 2:8
161 [1] - 40:22
162 [1] - 71:7
17 [6] - 102:11, 103:2, 103:19, 187:1, 221:20, 238:10
1750 [1] - 131:14
17th [1] - 103:10
18 [4] - 88:3, 100:3, 105:5
19 [1] - 226:3
1990 [3] - 226:6, 226:9, 227:13
1997 [2] - 226:10, 227:14
1998 [1] - 89:1
1999 [1] - 89:17
1:30 [1] - 144:11
1:33 [1] - 144:13

## 2

2 [16] - 1:16, 32:21, 41:7, 48:24, 59:7, 59:10, 59:19, 92:7, 98:22, 126:24, 127:2, 175:4, 279:15, 279:17, 300:24, 301:2
20 [14] - 27:4, 71:8, 71:10, 88:7, 89:13, 157:17, 157:25, 178:16, 178:23, 188:21, 204:2, 206:1, 269:13
20,000 [1] - 42:18
20,000-plus [1] - 215:10
20-foot [1] - 26:17
20-year [1] - 66:11
20/20 [1] - 273:25
200 [1] - 233:18
2000 [1] - 89:17
2001 [1] - 226:16
2004 [2] - 93:8, 93:9
2007 [2] - 97:1
2008 [1] - 295:22
2011 [3] - 114:5, 116:17, 228:23
2012 [7] - 105:14, 174:4, 293:3, 293:12, 294:4, 295:18, 304:1
2013 [3] - 5:22, 5:25, 6:3
2016 [4] - 98:13, 117:12, 117:19, 118:11
2017 [10] - 115:13, 119:22, 119:24, 121:10, 123:4, 123:17, 123:20, 295:1, 295:17, 303:12
2018 [3] - 103:10, 104:18, 120:10
2019 [14] - 46:25, 63:10, 63:11, 83:16, 124:17, 125:10, 125:15, 125:22, 137:19, 139:5, 143:18, 145:1, 145:22, 287:12
2020 [3] - 49:3, 215:17, 284:14
2021 [3] - 1:6, 118:14, 308:1
20:16:05 [1] - 299:12
20th [3] - 63:14, 119:22, 119:24
21 [1] - 226:5
21st [1] - 124:17
22 [1] - 88:11

225-0905 [1] - 2:15
225-9945 [1] - 2:10
2300 [1] - 2:3
235 [1] - 11:7
235-foot [1] - 237:20
24 [1] - 238:10
240 [1] - 1:24
25 [7] - 10:20, 188:21, 188:22, 206:1, 238:17, 263:12, 267:16
25-second [1] - 281:11
26 [5] - 62:15, 64:1, 64:4, 120:10, 290:3
26-foot [3] - 64:8, 129:14, 132:11
2615 [1] - 1:24
28 [4] - 31:20, 116:12, 116:14, 221:20
29 [3] - 113:23, 221:20, 242:17
297 [1] - 23:21

## 3

3 [24] - 1:6, 15:22, 33:5, 92:7, 107:25, 108:1, 108:7, 109:1, 109:5, 109:24, 110:7, 110:8, 126:13, 126:16, 127:17, 174:23, 174:25, 183:16, 210:8, 221:20, 248:22, 307:22, 308:1
3,200 [2] - 195:22, 196:6
3,500 [3] - 249:18, 306:7, 306:12
3.5 [1] - 109:25
3.5" [1] - 110:2
30 [29] - 5:13, 5:15, 10:20, 12:3, 12:6, 17:9, 17:11, 21:12, 27:8, 84:19, 95:19, 95:20, 143:7, 143:14, 144:20, 145:24, 148:2, 206:2, 221:20, 242:18, 242:23, 243:22, 263:13, 275:16, 281:18, 284:24, 284:25, 285:1
30,000 [1] - 131:17
30,000-barrel [2] - 173:17, 306:7
300 [4] - 23:24, 133:15, 232:2, 233:8
300-foot [2] - 134:6, 233:14
30015 [1] - 166:1
30015T [3] - 134:2, 134:14, 165:23
3041 [2] - 134:2, 134:16
32 [1] - 127:10
32-foot [1] - 127:12
34 [3] - 174:14, 293:10, 300:19
35 [3] - 10:17, 155:24, 286:19
35-foot [1] - 10:16
351-3802 [1] - 1:25
36 [1] - 251:6
360 [2] - 127:15, 287:5
367 [1] - 15:17
37 [2] - 83:24, 235:15
37-foot [4] - 26:16, 27:3, 196:15, 196:18
370 [2] - 24:4, 232:4
370-foot [1] - 132:2
39 [4] - 228:2, 235:11, 258:20, 279:13
3:12:53 [1] - 185:20
3:13 [2] - 186:25, 193:25
3:15 [1] - 200:15
3:19 [1] - 224:15
3:19-CV-00297 [1] - 1:4
3:30 [1] - 224:8
3:35 [1] - 224:8
3:39 [1] - 224:15

## 4

4 [10] - 1:16, 49:9, 58:19, 92:8, 104:21, 109:24, 110:9, 114:5, 183:16
4" [1] - 110:1
4.2 [2] - 202:7, 204:5
4.3 [1] - 202:7
4.7 [1] - 198:6
40 [2] - 132:12, 155:24
40-foot [1] - 129:15
400 [9] - 17:13, 18:3, 18:21, 19:13, 19:18, 19:20, 20:2, 20:21
409 [1] - 1:25
40s [1] - 63:24
41 [2] - 10:19, 235:8
42 [4] - 17:21, 45:19, 64:8, 87:18
43-foot [1] - 64:8
45 [2] - 68:5, 285:11
46 [7] - 8:21, 38:16, 62:9, 65:16, 229:25, 284:13, 284:21
47 [6] - 1:6, 1:12, 2:5, 225:21, 284:14, 284:21

## 5

5 [7] - 81:21, 81:22, 124:11, 147:3, 147:4, 147:22, 221:20
5,200 [1] - 40:25
5,400 [3] - 40:25, 66:5, 66:11
5-mile [1] - 147:1
5-mile-per-hour [1] - 147:2
5.98 [1] - 241:6
50 [4] - 34:20, 150:19, 237:18, 237:21
500 [1] - 20:22
5000 [1] - 2:9
515 [1] - 2:20
53 [2] - 18:9, 19:12
530-foot [1] - 51:14
54 [2] - 193:25, 232:2
54-foot [4] - 132:14, 133:5, 133:6, 134:6
58 [2] - 19:14, 249:21
59 [2] - 18:10, 19:13
5:15 [1] - 285:3
5:21 [1] - 1:5
5:51 [1] - 307:21

## 6

6 [16] - 31:12, 38:1, 43:8, 43:11, 43:19, 44:14, 83:21, 84:2, 120:24, 121:7, 198:7, 200:15, 221:20, 279:17, 294:23, 294:25
6.1 [1] - 232:21
600 [2] - 133:13, 233:17
652-3052 [1] - 1:22
670-foot [1] - 133:2
6:00 [3] - 285:4, 285:8, 306:23

## 7

7 [13] - 6:19, 7:20, 8:14, 12:12, 19:1, 19:25, 22:10, 121:7, 148:19, 148:21, 150:12, 221:4, 238:21
7,000 [1] - 249:19
7-feet [1] - 6:20
70 [3] - 23:25, 24:1, 231:25
70-foot [1] - 129:14
700 [2] - 19:11, 23:20
712 [1] - 1:20
713 [4] - 1:22, 2:4, 2:10, 2:15
74 [10] - 8:4, 8:12, 9:4, 9:19, 9:22, 11:12, 18:16, 19:18, 70:23, 237:17
740 [2] - 24:4
75 [2] - 71:3, 214:16
750 [3] - 23:20, 24:3, 220:17
76 [3] - 62:20, 71:3, 214:16
77002 [5] - 1:21, 1:25, 2:9, 2:14, 2:20
77010 [1] - 2:3
7s [1] - 8:5

## 8

8 [18] - 6:19, 7:17, 7:20, 8:13, 9:13, 43:8, 43:11, 43:20, 44:14, 104:25, 105:5, 129:19, 142:24, 187:7, 196:18, 221:4, 272:4
8'6 [1] - 129:15
8(d [2] - 272:8, 274:22
8(d) [1] - 272:4

8(e [2] - 275:10, 275:19
8004 [1] - 2:20
808 [1] - 2:13
83 [3] - 110:4, 293:17, 301:11
8s [1] - 8:5
8th [1] - 284:14

**9**

9 [5] - 7:18, 11:1, 11:10, 34:18, 43:3
9(H [1] - 1:9
9(h [1] - 1:13
9-11 [1] - 295:3
9.6 [1] - 7:11
90 [6] - 19:14, 269:17, 269:18, 269:24, 270:1, 270:8
90-degree [5] - 162:12, 162:15, 162:18, 269:20
900 [2] - 18:2, 18:7
909 [1] - 2:2
951-5600 [1] - 2:4
9:00 [1] - 307:14
9:05 [1] - 1:5

**A**

a.m [2] - 68:8
A.M [1] - 1:5
A.S [2] - 2:11
abeam [4] - 40:15, 40:18, 61:2, 61:4
ability [7] - 150:8, 205:15, 233:6, 261:5, 261:14, 291:22, 294:13
able [32] - 7:19, 9:13, 24:13, 24:23, 26:15, 37:23, 44:1, 44:4, 44:6, 63:6, 64:7, 95:3, 113:12, 127:12, 150:11, 160:14, 166:15, 189:13, 196:8, 243:10, 245:8, 261:25, 262:4, 265:22, 272:6, 275:4, 279:3, 279:4, 281:12, 281:18, 282:3, 285:8
abnormal [1] - 237:10
aboard [22] - 42:16, 74:20, 84:17, 85:6, 103:16, 115:14, 115:16, 121:5, 121:19, 131:7, 137:24, 143:20, 143:22, 146:8, 151:2, 156:10, 188:14, 215:9, 242:12, 248:18, 260:20, 289:20
above-entitled [1] - 308:5
abreast [1] - 232:5
absolute [1] - 299:19
absolutely [8] - 44:16, 76:21, 244:15, 261:10, 261:14, 261:21, 276:18, 279:3
acceptable [9] - 97:22, 147:3, 293:18, 301:3, 301:8, 301:9, 301:12, 301:14, 301:16
accepted [1] - 229:18
access [1] - 15:15
accident [28] - 49:15, 49:23, 50:2, 103:17, 118:17, 123:6, 124:18, 125:10, 128:2, 133:23, 134:1, 134:7, 135:16, 135:24, 136:7, 137:8, 137:11, 137:25, 138:15, 139:1, 139:7, 143:17, 148:22, 149:22, 149:25, 150:5, 150:10, 152:24
accommodate [1] - 206:15
accommodated [3] - 205:12, 264:2, 265:6
accomplish [2] - 204:10, 276:16
according [9] - 10:5, 11:24, 40:21, 60:20, 61:13, 98:12, 185:23, 192:18, 232:6
account [2] - 304:13, 304:18
accurate [7] - 11:15, 14:12, 125:11, 193:18, 193:20, 244:4, 280:18
accurately [4] - 125:7, 125:12, 225:21, 270:4
achieve [1] - 91:20
achieved [1] - 227:18
acknowledge [2] - 52:4, 193:16
acquire [1] - 227:11
acquired [2] - 226:3, 227:13
act [3] - 206:17, 234:16, 260:15
acted [1] - 254:24
action [7] - 240:16, 240:17, 250:5, 272:9, 274:22, 275:18, 300:8
actions [3] - 36:15, 230:18, 255:1
active [1] - 225:18
actual [12] - 16:4, 51:20, 124:2, 124:3, 129:16, 129:17, 150:21, 198:18, 230:20, 248:11, 252:24
add [2] - 129:22, 222:17
added [1] - 15:25
addition [5] - 6:4, 70:7, 118:19, 119:9, 230:4
additional [15] - 8:19, 16:17, 16:21, 43:25, 44:5, 73:15, 74:3, 169:14, 176:15, 180:21, 185:8, 206:12, 223:18, 223:22, 293:21
additionally [1] - 230:6
address [3] - 78:9, 108:2, 108:4
addressed [1] - 304:2
adds [1] - 132:15
adjourned [1] - 307:21
adjust [1] - 46:1
adjusted [1] - 45:23
adjustments [2] - 297:6, 297:8
ADMIRALTY [2] - 1:9, 1:13
admission [1] - 221:21
admit [1] - 224:4
admitted [11] - 34:2, 97:24, 222:1, 222:12, 222:22, 223:11, 223:16, 235:8, 235:11, 235:15, 284:21
advance [10] - 114:14, 145:21, 245:15, 245:24, 270:1, 270:6, 270:9, 270:12, 288:19, 288:23
advance" [1] - 270:11
advanced [3] - 114:2, 117:2, 117:4
advances [1] - 245:23
advancing [1] - 280:3
advising [1] - 14:18
affect [2] - 36:14, 37:18
afford [3] - 152:8, 152:10, 177:19
afloat [2] - 299:23, 300:3
afraid [1] - 225:7
aft [4] - 27:20, 28:2, 28:6, 81:20
after-portions [1] - 230:4
afternoon [11] - 139:23, 144:14, 144:25, 150:21, 170:9, 170:10, 213:14, 255:11, 255:12, 300:16, 300:17
age [8] - 226:2, 226:3, 226:5, 302:19, 302:23, 302:24, 303:2, 303:3
agencies [1] - 280:19
aggression [1] - 176:7
ago [6] - 83:20, 116:19, 155:23, 204:2, 215:17
agree [39] - 6:2, 6:13, 7:10, 9:22, 11:6, 13:17, 15:12, 17:11, 20:1, 26:8, 26:21, 30:12, 33:15, 51:6, 55:16, 62:1, 62:5, 62:6, 62:19, 72:16, 77:22, 82:24, 83:9, 158:13, 178:21, 193:5, 193:6, 193:8, 203:11, 204:8, 204:12, 204:15, 214:14, 219:12, 252:6, 256:10, 262:6, 267:25, 271:1
agreed [12] - 18:16, 54:13, 160:1, 160:17, 161:4, 161:23, 164:19, 190:14, 191:25, 240:8, 252:4, 255:16
agreeing [1] - 281:10
agreement [46] - 159:9, 159:11, 159:14, 159:15, 159:17, 159:18, 161:8, 164:12,

191:23, 192:13, 192:15, 204:11, 234:21, 234:25, 235:2, 238:19, 240:5, 240:12, 240:20, 241:12, 244:14, 247:10, 248:4, 251:25, 252:2, 252:3, 252:8, 252:12, 252:15, 254:5, 254:11, 260:2, 262:2, 263:3, 268:2, 268:11, 268:20, 269:8, 272:24, 275:17, 276:17, 277:3, 277:19, 277:25
aground [3] - 84:13, 150:12, 153:21
ahead [24] - 35:1, 36:8, 48:18, 49:11, 54:18, 58:2, 58:4, 58:5, 58:13, 81:25, 163:5, 163:21, 166:20, 176:20, 177:16, 180:25, 207:3, 207:5, 207:7, 210:14, 222:7, 241:19, 278:23, 298:6
aid [1] - 90:18
air [1] - 129:15
AIS [17] - 119:25, 120:1, 120:2, 141:6, 209:11, 209:14, 209:15, 209:24, 210:16, 210:21, 211:11, 211:16, 212:8, 233:1, 233:2, 241:2
AISs [2] - 111:15, 194:25
AL [3] - 1:6, 1:13, 173:23
Alabama [2] - 105:21, 105:23
alarm [7] - 156:17, 158:5, 158:15, 158:16, 158:17, 158:18, 158:21
alarming [1] - 258:17
alcohol [3] - 167:17, 167:25, 168:9
alert [3] - 148:11, 158:18, 180:21
alertness [6] - 153:12, 186:6, 186:14, 186:16, 186:17, 262:15
align [1] - 37:6
aligned [4] - 37:9, 39:10, 82:3, 251:22
aligning [1] - 37:12
alleging [1] - 34:18
allow [4] - 107:8, 184:7, 275:11, 296:11
allowed [4] - 91:19, 234:17, 249:16, 275:25
allowing [1] - 49:6
almost [16] - 17:2, 40:19, 49:17, 55:5, 57:22, 58:2, 58:9, 59:11, 59:12, 61:1, 144:10, 165:25, 291:2, 302:19
alone [4] - 93:2, 205:3, 243:24, 243:25
alongside [1] - 243:16
ALSO [1] - 2:16
alter [1] - 240:19
alternate [1] - 278:13
amount [5] - 42:1, 236:19, 238:19, 277:16, 296:18
ample [1] - 264:13
Amy [1] - 1:18
analysis [11] - 7:2, 8:17, 9:7, 11:19, 11:20, 17:8, 21:2, 25:5, 214:25, 215:4, 249:3
analyze [2] - 24:22, 157:23
analyzed [1] - 24:14
anchor [11] - 161:3, 161:5, 161:6, 161:7, 216:17, 220:21, 220:23, 221:4, 221:12, 221:13, 221:15
angle [9] - 81:25, 162:15, 199:19, 207:8, 207:9, 242:5, 245:3, 253:22
angles [2] - 132:16, 246:5
annual [7] - 103:6, 104:9, 290:17, 291:4, 291:9, 291:17
ANSWER [5] - 17:25, 191:4, 191:9, 191:12, 191:18
answer [17] - 13:9, 15:8, 15:10, 44:11, 63:14, 76:20, 76:23, 176:19, 184:8, 193:14, 207:4, 215:25, 219:17, 257:1, 305:4, 305:9, 305:19
answered [3] - 20:5, 24:25, 76:7
answering [1] - 250:6
anticipating [1] - 271:22
anyway [3] - 130:18, 211:2, 212:8
apart [7] - 32:8, 58:19, 59:7, 187:7, 195:4, 195:10, 272:15
apologize [2] - 60:17, 210:1
apparent [1] - 157:12
appeal [1] - 51:1
appealing [1] - 199:24
appear [2] - 42:11, 244:6
appearance [1] - 12:7
APPEARANCES [1] - 1:17
appeared [1] - 40:2
applicable [3] - 45:14, 45:16, 51:15
applied [3] - 100:25, 176:22, 301:19
applies [1] - 52:14
apply [6] - 45:12, 45:16, 92:19, 98:15, 100:17, 101:17
appreciate [2] - 212:22, 267:17
apprentice [1] - 214:3
apprised [7] - 12:14, 12:25, 13:6, 13:18, 13:20, 13:25, 30:15
approach [35] - 31:10, 31:22, 32:2, 32:5, 32:6, 32:21, 33:5, 33:16, 34:21, 34:22, 35:7, 35:9, 35:16, 38:6, 38:7, 39:15, 40:2, 41:7, 50:20, 51:2, 51:4, 51:6, 51:9, 51:15, 51:19, 51:22, 52:10, 54:4, 61:23, 66:20, 109:9, 109:14, 219:12, 219:13
approached [2] - 62:2, 234:22
approaching [3] - 34:22, 53:5, 69:22
appropriate [6] - 15:7, 38:5, 41:2, 231:13, 284:8, 300:7
approved [7] - 91:15, 95:21, 99:16, 114:20, 116:22, 290:1, 290:3
approximate [1] - 148:1
April [2] - 10:12, 46:25
arc [2] - 270:3, 270:5
arced [1] - 246:1
arch [1] - 162:17
arcs [1] - 270:7
area [59] - 4:15, 5:19, 6:21, 7:19, 7:25, 9:3, 10:2, 11:1, 11:10, 11:13, 14:19, 16:17, 19:3, 19:5, 21:7, 21:20, 21:24, 22:1, 22:4, 22:13, 29:5, 43:7, 48:12, 51:8, 55:21, 56:1, 57:16, 60:11, 63:21, 63:22, 63:23, 64:7, 64:15, 84:20, 105:22, 141:2, 143:16, 148:4, 149:1, 150:2, 180:14, 180:15, 180:23, 180:24, 184:24, 195:17, 197:21, 213:7, 214:18, 219:23, 228:21, 228:24, 229:2, 229:16, 230:5, 245:16, 273:23, 281:23
areas [3] - 6:9, 229:19, 280:13
argument [1] - 262:23
argument's [1] - 44:4
arise [1] - 213:4
army [1] - 223:1
Army [11] - 8:24, 9:8, 10:10, 12:20, 13:3, 15:5, 46:23, 47:1, 47:4, 57:7, 157:21
arrangement [11] - 82:16, 160:2, 161:23, 164:19, 233:24, 234:6, 234:8, 234:11, 248:25, 274:2
arrangements [2] - 219:22, 234:19
arrest [2] - 44:1, 273:14

arresting [1] - 273:16
arrow [1] - 53:11
articulate [1] - 79:8
articulating [1] - 79:4
ascertained [1] - 237:10
aside [1] - 152:20
aspect [15] - 59:19, 60:9, 78:4, 132:20, 132:21, 244:18, 245:12, 246:17, 247:8, 248:7, 254:7, 266:6, 266:7, 266:22, 269:3
aspects [2] - 130:23, 245:3
assess [13] - 105:17, 114:21, 120:18, 121:3, 147:17, 153:14, 174:15, 188:15, 261:12, 262:18, 275:11, 275:25, 294:12
assessed [3] - 154:7, 156:22, 270:13
assessing [3] - 154:3, 164:3, 263:13
assessment [75] - 4:17, 102:22, 103:20, 105:8, 106:10, 106:12, 107:14, 109:22, 110:6, 110:14, 110:15, 120:13, 120:14, 120:16, 124:9, 124:13, 124:20, 124:22, 124:25, 125:8, 157:4, 174:9, 175:18, 175:19, 176:11, 176:15, 176:21, 196:14, 197:6, 197:10, 197:12, 202:25, 206:20, 263:17, 263:20, 265:12, 266:16, 267:12, 268:4, 268:6, 271:4, 281:12, 281:13, 291:9, 291:25, 292:19, 292:22, 293:2, 293:3, 293:7, 293:12, 293:14, 293:16, 293:19, 293:23, 294:4, 294:20, 294:25, 295:7, 295:8, 295:10, 295:16, 295:18, 295:20, 303:12, 303:18, 303:23, 303:24, 304:2, 304:4, 304:10, 304:12, 304:19
assessments [12] - 102:8, 156:23, 188:23, 197:11, 204:9, 231:9, 231:19, 288:12, 288:15, 290:21, 290:24, 292:3
assessors [3] - 292:3, 292:4, 292:7
assigned [2] - 90:12, 277:2
assist [3] - 27:25, 28:13, 28:15
assistance [1] - 28:17
assisted [1] - 2:22
assists [1] - 33:11
association [1] - 214:2
assume [2] - 262:25, 284:16
assumed [1] - 68:17
assuming [4] - 194:7, 223:16, 262:20, 281:11
assurances [1] - 291:23
astern [10] - 20:15, 25:8, 28:6, 28:7, 28:9, 28:13, 28:18, 42:7, 264:14, 278:24
attempt [1] - 25:15
attend [1] - 287:14
ATTENDANCE [1] - 2:16
attention [9] - 48:14, 177:11, 178:24, 180:4, 180:24, 181:4, 219:22, 219:25, 297:9
Audio [8] - 235:17, 238:5, 242:8, 244:22, 246:10, 247:3, 247:13, 265:18
audio [4] - 39:19, 235:9, 235:14, 235:19
audit [4] - 290:18, 291:18, 294:10, 295:4
auditor [2] - 121:3, 121:12
auditors [1] - 290:19
audits [3] - 290:19, 291:17, 294:9
August [1] - 89:1
authority [1] - 235:1
authorize [1] - 227:3
authorized [1] - 99:5
automated [1] - 209:16
automatic [1] - 93:22
automatically [1] - 261:2
automobile [1] - 255:20
availability [1] - 11:21
available [28] - 5:8, 6:23, 9:5, 11:23, 12:20, 14:1, 14:16, 14:19, 15:13, 16:8, 16:22, 16:24, 16:25, 19:4, 21:25, 47:2, 49:11, 56:8, 56:25, 62:6, 65:25, 120:7, 145:20, 237:13, 243:24, 249:21, 274:5, 292:3
Avenue [1] - 1:24
average [3] - 104:22, 292:1, 301:15
avoid [8] - 108:16, 163:13, 163:15, 180:9, 246:21, 247:19, 274:23, 275:10
avoidance [2] - 176:8, 292:24
awake [2] - 181:16, 181:19
aware [18] - 12:13, 20:11, 20:12, 52:19, 66:4, 76:16, 150:4, 150:22, 160:10, 167:20, 179:12, 181:10, 181:11, 189:25, 208:2, 208:10, 214:15, 300:6
awareness [9] - 112:11, 122:19, 152:13, 181:9, 236:11, 250:3, 259:17, 295:14, 297:1
awkward [2] - 106:1, 106:3

**B**

baby [2] - 108:17, 108:18
BACHTEL [1] - 222:25
Bachtel [1] - 2:7
backbone [1] - 113:12
background [5] - 88:13, 88:19, 113:12, 239:5, 246:15
backing [3] - 130:9, 204:16, 236:7
BAILEY [27] - 30:24, 32:15, 32:18, 33:19, 34:3, 34:4, 36:8, 36:10, 38:20, 38:21, 39:4, 39:5, 44:22, 65:2, 66:22, 68:2, 211:1, 213:13, 216:9, 219:15, 221:18, 221:24, 223:9, 223:12, 278:6, 284:5, 284:20
Bailey [4] - 2:12, 32:14, 50:13, 213:15
Bailey's [2] - 61:19, 67:1
ball [1] - 11:9
ball-parking [1] - 11:9
ballast [4] - 41:11, 41:22, 41:23, 62:13
ballpark [1] - 112:4
banged [1] - 81:12
bank [6] - 29:11, 32:11, 35:23, 49:6, 84:15, 180:17
barely [2] - 198:20, 271:19
barge [146] - 3:24, 4:12, 4:18, 5:2, 6:18, 7:21, 7:24, 8:6, 8:9, 8:11, 8:22, 9:1, 9:3, 9:25, 10:15, 10:23, 10:25, 11:6, 11:14, 12:11, 14:25, 15:14, 15:15, 15:16, 17:5, 18:5, 19:21, 21:3, 21:8, 21:10, 21:19, 21:24, 22:10, 22:12, 24:8, 24:9, 25:11, 25:17, 25:18, 26:2, 26:9, 70:5, 84:6, 84:9, 85:14, 107:6, 116:3, 128:18, 132:10, 134:5, 134:13, 134:15, 135:15, 142:19, 146:19, 146:21, 146:23, 147:19, 147:22, 148:5, 148:6, 148:7, 148:12, 148:15, 148:18, 149:7, 165:8, 165:10, 165:23, 165:24, 166:1, 166:4,

166:7, 174:3, 183:6, 183:19, 183:22, 184:3, 184:10, 184:11, 189:19, 194:9, 195:21, 196:16, 196:19, 197:2, 197:7, 197:14, 197:18, 197:19, 197:20, 197:21, 198:3, 198:20, 199:8, 199:16, 200:17, 201:25, 202:12, 202:19, 203:1, 203:7, 203:21, 204:2, 208:4, 210:19, 212:18, 212:20, 217:3, 217:20, 217:25, 232:7, 234:2, 234:9, 237:19, 237:20, 244:20, 252:23, 261:25, 265:15, 266:22, 267:13, 269:22, 271:25, 275:8, 280:11, 282:8, 282:12, 282:14, 282:18, 282:24, 283:1, 283:7, 283:11, 283:15, 283:22, 283:24, 284:1, 287:7, 287:9, 289:8, 297:7, 298:18, 306:7, 306:14

barges [83] - 7:12, 7:14, 23:21, 23:25, 25:9, 28:4, 77:4, 90:1, 90:6, 90:7, 90:17, 90:18, 91:8, 94:11, 107:5, 129:3, 131:17, 131:18, 132:11, 132:13, 132:16, 132:23, 133:25, 134:3, 134:4, 134:5, 134:17, 135:11, 135:22, 136:14, 142:3, 142:4, 149:15, 149:19, 150:18, 166:14, 167:13, 172:13, 172:17, 172:20, 172:23, 173:17, 195:22, 199:19, 204:14, 206:24, 207:14, 207:15, 207:18, 207:19, 209:21, 210:12, 211:23, 217:2, 217:4, 221:4, 221:6, 221:8, 228:15, 228:18, 232:2, 232:5, 232:10, 232:12, 232:16, 233:11, 233:14, 245:9, 249:18, 276:21, 278:20, 278:23, 278:25, 279:4, 279:6, 279:8, 287:4, 287:5, 305:25, 306:4

Barnes [2] - 46:11, 46:14

Barr [1] - 2:6

barrel [1] - 131:17

BARRY [1] - 78:19

Barry [1] - 78:25

Barton [7] - 39:20, 40:10, 40:24, 54:7, 65:24, 66:3, 66:4

Barton's [4] - 37:8, 52:20, 54:6, 54:12

based [25] - 24:10, 31:2, 33:13, 36:25, 37:2, 37:19, 39:15, 41:5, 42:10, 60:15, 60:16, 65:10, 66:5, 83:15, 118:24, 119:18, 230:15, 231:11, 239:2, 239:15, 244:2, 274:2, 288:11, 288:14

basic [4] - 90:18, 227:20, 289:19

basis [18] - 7:1, 8:16, 10:22, 13:3, 14:25, 16:14, 17:8, 21:2, 24:14, 30:19, 48:12, 86:8, 182:19, 196:14, 202:25, 251:18, 267:18, 286:14

Bayport [13] - 51:7, 56:2, 56:19, 60:11, 61:10, 65:15, 65:21, 69:22, 151:5, 219:20, 245:7, 253:6, 253:10

Beacon [3] - 9:4, 11:12, 237:17

beacon [4] - 84:15, 237:16, 237:18, 237:21

beacons [10] - 71:4, 280:14, 281:24, 283:7, 283:8, 283:9, 283:11, 283:14, 283:15, 284:1

beam [3] - 61:23, 132:25

bearing [1] - 25:14

Beaumont [1] - 1:25

beautiful [1] - 139:9

became [4] - 89:5, 92:12, 93:7, 97:2

become [18] - 89:5, 91:2, 91:5, 91:16, 93:22, 100:5, 100:16, 102:9, 115:7, 115:12, 122:1, 135:13, 150:22, 181:11, 226:10, 288:6, 289:22, 292:5

becoming [2] - 91:1, 125:9

BEFORE [1] - 1:16

began [2] - 89:1, 251:1

begin [6] - 31:23, 54:13, 90:21, 91:13, 235:16, 259:11

beginning [1] - 254:18

begun [2] - 239:19, 246:18

behind [15] - 20:13, 68:20, 127:7, 127:8, 130:5, 135:21, 141:21, 141:22, 153:19, 154:7, 199:4, 207:19, 261:18, 263:21, 264:10

beliefs [1] - 230:15

believes [1] - 46:21

below [8] - 8:3, 8:12, 23:20, 81:22, 114:13, 129:20, 129:21, 151:5

BENCH [1] - 1:15

bend [5] - 51:7, 51:13, 51:16, 52:2, 180:16

bends [2] - 51:11, 180:11

bendy [1] - 51:13

benefit [5] - 76:14, 133:10, 230:24, 249:2, 280:22

berry [1] - 120:25

Berry [8] - 121:2, 121:12, 121:19, 122:17, 122:24, 122:25, 123:19

Berry's [1] - 121:9

best [25] - 23:3, 24:18, 101:8, 113:2, 131:11, 154:1, 179:19, 189:2, 189:5, 218:24, 220:11, 229:14, 248:23, 255:16, 255:18, 255:19, 255:23, 256:12, 256:14, 257:1, 257:3, 257:21, 268:4, 280:23

better [16] - 32:5, 49:6, 95:1, 133:20, 147:16, 155:10, 157:7, 172:4, 207:6, 207:16, 216:20, 249:4, 267:13, 269:23, 276:14, 277:6

between [43] - 7:17, 18:9, 19:12, 19:14, 21:18, 28:22, 29:10, 29:20, 32:7, 33:3, 37:19, 37:24, 42:17, 45:11, 54:25, 75:11, 97:12, 100:6, 100:8, 129:2, 132:12, 133:7, 202:11, 214:24, 215:1, 215:22, 215:24, 228:22, 236:14, 239:13, 240:5, 240:8, 242:14, 251:25, 252:5, 252:8, 252:24, 254:14, 260:12, 262:24, 269:5, 279:17, 296:16

beyond [7] - 91:23, 183:15, 245:23, 281:24, 283:7, 283:8, 283:13

BIG [1] - 173:23

big [8] - 19:23, 84:7, 106:21, 106:25, 107:11, 165:25, 202:11, 253:9

bigger [4] - 65:17, 78:10, 135:21, 302:7

biggest [1] - 228:13

bit [40] - 5:11, 17:19, 28:25, 52:15, 52:18, 54:22, 58:16, 88:12, 88:18, 92:7, 102:3, 102:7, 132:4, 133:12, 133:16, 144:19, 146:11, 150:20, 163:20, 180:25, 184:21, 186:6, 186:15, 200:18, 201:1, 203:19, 204:16, 205:18, 214:13, 230:21, 231:22, 239:19, 265:19, 266:8, 268:14, 270:7, 282:7, 285:8, 287:2, 290:13

black [7] - 9:16, 128:2, 233:1, 245:18, 245:20, 245:23, 270:5

Blake [1] - 2:7

blend [1] - 134:10

blocking [1] - 163:25

blow [1] - 114:13

blue [4] - 53:12, 55:14, 63:19, 198:14

boards [1] - 165:11

boat [110] - 27:21, 27:25, 77:4, 84:16, 86:2, 90:12, 90:17, 90:21, 92:23, 92:25, 93:10, 93:17, 93:21, 94:21, 95:3, 97:18, 97:19, 99:6, 101:4, 101:5, 104:2, 104:7, 107:8, 108:5, 111:16, 115:1, 115:14, 115:16, 118:22, 121:4, 122:22, 128:16, 129:19, 130:4, 130:15, 131:11, 131:12, 132:2, 132:5, 132:7, 132:13, 132:24, 133:3, 133:4, 152:1, 153:22, 155:24, 156:18, 162:15, 162:25, 166:23, 166:24, 171:3, 171:10, 171:13, 176:22, 179:25, 182:1, 183:9, 183:10, 183:11, 183:12, 193:10, 198:22, 198:24, 198:25, 199:4, 199:7, 199:19, 200:3, 200:4, 200:5, 207:13, 208:16, 208:22, 217:23, 218:5, 218:11, 220:15, 233:10, 233:12, 233:16, 233:23, 241:21, 241:22, 244:9, 245:24, 250:14, 250:19, 253:23, 257:16, 279:5, 288:7, 288:8, 289:3, 291:12, 291:14, 294:3, 294:13, 294:14, 299:23, 300:3, 301:24, 302:1, 302:7, 303:5, 306:9
boat's [3] - 130:15, 131:3, 296:14
boat-handling [3] - 104:7, 108:5, 122:22
boaters [3] - 108:15, 227:14, 236:14
boats [15] - 14:7, 14:20, 90:2, 96:21, 101:8, 155:19, 170:24, 171:1, 178:25, 205:5, 205:8, 213:21, 228:13, 302:19, 303:2
Bolivar [1] - 90:3
Bonvillain [1] - 1:19
book [2] - 45:6, 81:11
border [2] - 148:7, 148:9
bottle [1] - 140:1
bottles [1] - 168:18
bottom [11] - 22:11, 26:20, 104:21, 120:11, 149:9, 176:2, 185:21, 210:9, 235:10, 281:22, 301:1
boundaries [2] - 60:16, 61:13
boundary [8] - 9:17, 9:23, 10:3, 18:17, 20:22, 25:23, 282:8, 282:24
BOURG [1] - 84:23
Bourg [2] - 20:18, 85:4
BOUTET [28] - 224:11, 224:18, 225:8, 225:14, 235:4, 235:18, 238:6, 242:9, 243:13, 243:15, 244:23, 246:2, 246:3, 246:11, 247:4, 247:14, 247:25, 248:2, 251:5, 251:7, 253:1, 253:3, 255:6, 278:8, 278:11, 280:25, 284:7, 284:12
Boutet [1] - 1:19
bow [16] - 29:6, 29:7, 29:11, 31:12, 31:13, 31:23, 36:20, 39:7, 39:8, 57:21, 218:6, 245:3, 245:9, 271:6, 278:21
bows [3] - 32:8, 32:24, 39:6
box [2] - 37:22, 233:1
BRABUS [1] - 162:2
bracing [1] - 299:21
brakes [1] - 216:21
break [11] - 43:21, 44:5, 68:6, 129:6, 129:8, 144:8, 144:19, 224:1, 224:3, 224:7, 285:10
breakaways [1] - 289:9
breaks [1] - 84:4
breasted [6] - 132:1, 133:21, 133:24, 150:18, 228:15, 232:3
breeze [1] - 139:12
bricks [1] - 306:11
bridge [36] - 39:24, 40:1, 43:24, 47:25, 79:6, 80:22, 81:4, 81:6, 82:15, 105:24, 106:1, 106:6, 111:14, 115:25, 116:4, 116:5, 116:6, 117:6, 117:17, 117:25, 118:5, 119:1, 173:18, 173:21, 174:4, 174:8, 188:14, 204:24, 205:3, 205:4, 239:6, 250:14, 288:18, 288:25
Bridge [9] - 90:4, 105:19, 105:20, 115:24, 173:16, 173:19, 173:21, 292:9
bridge-to-bridge [1] - 118:5
brief [4] - 171:9, 186:19, 229:10, 278:8
briefly [8] - 88:20, 91:9, 106:21, 107:18, 108:19, 161:21, 168:23, 225:24
bring [16] - 5:12, 9:10, 17:9, 25:3, 31:19, 48:13, 62:22, 75:16, 97:20, 102:10, 103:3, 174:12, 182:22, 186:25, 207:22, 210:2
broke [1] - 167:7
broken [1] - 73:21
Brooksie [1] - 1:19
brought [8] - 5:15, 32:19, 50:14, 105:17, 106:9, 153:12, 185:19, 186:16
BROWN [1] - 1:16
Buffalo [1] - 181:17
Buffalo's [1] - 138:22
build [1] - 180:15
building [2] - 106:23
bulb [1] - 120:21
bulkhead [33] - 4:7, 4:10, 19:1, 19:24, 20:10, 20:21, 20:24, 20:25, 21:1, 21:3, 21:6, 21:7, 21:8, 21:13, 21:16, 21:18, 21:19, 21:20, 22:3, 22:11, 22:19, 148:13, 154:16, 154:18, 154:23, 282:3, 282:7, 282:10, 282:23, 283:10, 283:16, 283:21
bulkheads [1] - 21:4
bunk [1] - 159:3
burdensome [1] - 145:18
buried [3] - 243:21, 253:24, 253:25
burns [1] - 252:13
busiest [2] - 142:12, 142:13
business [5] - 257:19, 296:11, 296:14, 296:17
busted [3] - 166:13, 166:17, 207:14
button [4] - 66:15, 127:22, 128:2, 209:23
buy [2] - 152:8, 177:19
BW [79] - 2:11, 2:11, 30:22, 31:4, 33:15, 34:6, 35:17, 36:12, 36:13, 36:20, 36:25, 37:4, 37:14, 37:19, 37:24, 38:2, 38:13, 38:16, 38:25, 39:7, 40:21, 41:11, 41:21, 42:3, 43:2, 52:23, 53:5, 53:10, 53:22, 54:4, 54:7, 54:15, 55:4, 55:6, 55:17, 55:21, 56:12, 57:13, 57:21, 58:8, 58:24, 59:11, 59:21, 59:24, 60:2, 60:18, 61:11, 61:21, 62:1, 62:6, 62:12, 64:1, 64:7, 65:5, 65:8, 65:18, 65:25, 66:17, 69:17, 70:17, 151:16, 210:7, 210:24, 211:2, 213:15, 214:15, 214:24, 215:11, 215:12, 215:22, 216:6, 219:8, 219:12, 223:13, 223:15, 278:6
BW's [2] - 35:9, 210:8
BW-76 [2] - 34:2, 222:12
BWO-76 [1] - 33:22
BY [106] - 3:17, 5:14, 9:11, 15:11, 17:10, 20:9, 25:4, 27:15, 28:23, 30:24, 32:18, 34:4, 36:10, 38:21, 39:5, 45:1, 48:7, 48:17, 50:11, 52:7,

52:16, 54:21, 55:1, 57:12, 58:14, 59:6, 60:25, 61:17, 63:2, 65:2, 67:6, 69:14, 78:23, 85:2, 87:14, 93:6, 98:2, 102:12, 103:4, 103:24, 105:2, 108:24, 109:20, 113:24, 114:15, 116:13, 117:15, 118:8, 119:3, 120:12, 124:12, 125:4, 126:14, 126:25, 127:19, 128:10, 137:2, 143:8, 144:17, 155:8, 170:8, 174:24, 175:16, 176:23, 182:11, 184:13, 187:21, 188:8, 189:16, 193:23, 200:13, 201:23, 203:20, 207:23, 210:5, 212:15, 213:13, 216:15, 219:7, 219:24, 225:14, 235:18, 238:6, 242:9, 243:15, 244:23, 246:3, 246:11, 247:4, 247:14, 248:2, 251:7, 253:3, 255:10, 265:21, 269:2, 269:12, 278:11, 281:4, 285:25, 293:11, 294:24, 298:7, 299:14, 300:15, 304:24

Byrd [1] - 88:17

## C

cabin [2] - 81:9, 81:10

cafeteria [1] - 106:24

calculate [4] - 179:1, 179:3, 179:4, 305:15

calculating [3] - 152:7, 259:6

calculation [6] - 24:10, 25:1, 25:6, 220:10, 220:13, 306:2

calculations [5] - 24:5, 158:2, 177:19, 178:3, 256:16

calculator [3] - 177:25, 178:25, 179:7

Calder [1] - 1:24

calm [2] - 125:20, 139:10

Camin [1] - 232:6

campus [1] - 107:3

cannot [2] - 54:22, 304:9

capability [1] - 271:10

capable [2] - 160:3, 233:4

capacity [2] - 170:21, 214:8

capsized [1] - 167:1

capsizing [2] - 166:24, 300:4

captain [54] - 5:15, 20:19, 68:20, 84:16, 84:17, 85:5, 89:6, 89:22, 92:18, 92:22, 93:15, 94:1, 100:5, 100:6, 100:9, 100:10, 100:12, 100:14, 100:16, 100:19, 100:24, 100:25, 101:2, 101:6, 101:10, 101:18, 101:24, 102:9, 103:15, 122:1, 170:22, 171:6, 171:7, 194:1, 231:14, 231:20, 262:22, 274:4, 286:22, 291:2, 291:3, 291:6, 291:7, 291:11, 301:18, 301:20, 302:1, 302:3, 302:11, 302:14, 303:6, 303:9

Captain [344] - 3:10, 3:18, 4:7, 4:11, 4:16, 6:24, 9:12, 11:24, 12:18, 12:24, 13:2, 14:24, 15:3, 16:4, 16:10, 20:18, 21:12, 22:23, 23:7, 24:5, 24:7, 24:22, 27:7, 27:8, 27:12, 28:12, 28:24, 29:15, 30:25, 31:18, 32:19, 34:5, 36:11, 37:8, 38:9, 39:6, 39:19, 39:20, 40:7, 40:10, 40:14, 40:24, 42:6, 43:24, 45:2, 46:11, 46:14, 47:1, 47:7, 47:21, 47:22, 48:18, 49:23, 50:2, 50:12, 52:19, 52:20, 53:20, 53:23, 54:6, 54:7, 54:12, 54:13, 54:14, 55:2, 55:3, 57:20, 58:15, 59:20, 63:3, 65:3, 65:20, 65:24, 66:3, 66:4, 67:7, 67:25, 68:3, 68:13, 68:16, 68:17, 72:8, 73:10, 74:2, 77:20, 78:24, 79:5, 80:13, 80:18, 81:1, 81:3, 82:15, 82:25, 83:3, 86:15, 86:20, 87:25, 88:18, 98:24, 99:25, 101:3, 103:16, 103:25, 104:4, 104:17, 107:15, 110:15, 113:25, 121:4, 121:12, 123:19, 124:24, 125:25, 126:12, 128:12, 134:22, 140:17, 141:16, 143:9, 144:11, 144:18, 144:25, 170:9, 170:12, 174:12, 180:13, 180:22, 182:12, 185:12, 185:13, 185:24, 187:3, 187:10, 187:16, 193:13, 193:16, 193:24, 195:7, 195:17, 195:25, 196:13, 197:5, 199:22, 202:2, 202:14, 204:8, 204:17, 205:18, 208:2, 209:6, 209:9, 210:6, 211:5, 212:16, 213:10, 213:14, 216:16, 218:17, 219:8, 222:5, 222:19, 224:11, 224:13, 224:18, 224:20, 225:17, 227:22, 229:7, 229:21, 230:17, 230:22, 230:24, 231:5, 231:8, 231:13, 231:18, 232:17, 235:7, 235:9, 235:19, 236:2, 236:15, 236:20, 236:22, 237:4, 237:13, 237:22, 237:25, 238:2, 238:7, 238:11, 238:13, 238:18, 238:22, 238:24, 239:1, 239:7, 239:13, 239:14, 239:15, 239:21, 240:24, 241:7, 241:12, 241:15, 241:18, 241:25, 242:10, 242:11, 242:20, 243:3, 243:8, 243:9, 243:16, 243:19, 244:24, 246:4, 246:12, 246:20, 247:5, 247:18, 248:17, 248:23, 249:5, 250:3, 250:6, 250:7, 250:11, 250:13, 250:21, 251:8, 251:14, 251:20, 252:4, 252:6, 252:14, 253:22, 254:21, 254:24, 255:3, 255:11, 256:20, 256:22, 257:25, 258:3, 258:4, 258:13, 258:24, 258:25, 259:4, 259:10, 261:5, 261:17, 262:4, 262:6, 262:13, 263:11, 263:25, 264:5, 265:22, 266:4, 266:15, 267:1, 267:11, 267:15, 268:3, 269:7, 270:20, 270:23, 271:2, 271:8, 271:11, 271:14, 271:15, 271:22, 272:5, 272:12, 272:13, 275:9, 275:16, 275:17, 275:24, 276:7, 276:10, 277:18, 277:20, 277:21, 278:12, 278:13, 279:1, 280:10, 281:5, 281:6, 281:14, 283:20, 284:2, 284:10, 284:13, 284:15, 287:24, 288:5, 288:17, 290:6, 290:13, 290:20, 290:24, 291:4, 291:8, 291:9, 291:18, 291:21, 291:24, 291:25, 292:8, 292:15, 293:12, 293:16, 293:19, 293:20, 293:21, 293:24, 295:10, 295:13, 295:18, 295:21, 296:2, 296:4, 296:20, 296:25, 297:4, 297:10, 297:12, 299:2, 299:16, 300:22, 301:17, 302:3, 302:10, 302:12, 303:5

CAPTAIN [6] - 3:14, 69:10, 78:19, 84:23, 87:11, 225:11

captain's [1] - 100:11

captains [7] - 14:15, 14:18, 111:24, 250:18, 289:14, 296:3, 301:25

captions [2] - 235:8, 235:20

car [1] - 152:9

care [1] - 171:12

careening [2] - 263:9, 280:3

career [15] - 88:19, 88:24, 90:21, 100:13, 125:12, 131:6, 154:20, 173:9, 173:12, 226:1, 227:9, 228:10, 282:18, 286:21, 301:24

careful [1] - 187:16

carefully [1] - 272:10

cargo [12] - 41:14, 134:7, 173:2, 180:1, 213:24, 217:7, 228:18,

232:16, 249:16, 249:24, 255:22, 294:17
cargos [1] - 173:4
carried [3] - 118:13, 164:18, 164:22
carrier [1] - 214:11
carry [4] - 76:4, 99:9, 252:18, 280:1
carrying [4] - 255:21, 280:2, 306:6, 306:11
case [39] - 15:6, 29:7, 29:17, 29:23, 29:25, 30:3, 30:14, 30:16, 33:14, 33:17, 40:12, 45:17, 47:11, 49:14, 83:13, 86:25, 100:23, 105:3, 125:17, 130:10, 132:4, 134:22, 141:13, 149:5, 218:19, 224:24, 229:22, 230:6, 230:12, 231:12, 233:14, 235:6, 240:20, 241:24, 249:17, 254:13, 256:25, 264:11, 285:16
catch [2] - 166:16, 180:17
catching [1] - 172:3
categories [6] - 292:1, 300:22, 303:17, 303:20, 304:3, 304:7
category [3] - 104:12, 300:23, 303:25
caught [1] - 167:9
CAUSE [2] - 1:9, 1:13
caused [4] - 173:18, 215:23, 216:1, 216:7
caution [1] - 19:10
CCTV [2] - 25:14, 244:25
cease [1] - 90:23
cell [28] - 47:8, 47:21, 152:4, 152:5, 177:18, 178:21, 230:6, 250:11, 250:13, 250:17, 250:20, 250:21, 255:14, 255:17, 256:11, 256:15, 256:17, 257:8, 257:18, 258:2, 296:6, 296:8, 296:9, 296:11, 296:25, 297:11, 297:13
center [18] - 31:9, 34:21, 34:24, 38:6, 38:13, 51:15, 106:16, 106:17, 106:18, 106:22, 107:7, 127:1, 127:2, 127:6, 132:11, 286:16, 290:4, 294:6
center-channel [1] - 34:21
centerline [60] - 17:16, 18:2, 18:4, 18:7, 18:23, 19:12, 19:20, 20:3, 31:11, 31:22, 32:2, 32:5, 32:21, 33:5, 33:16, 34:19, 35:6, 35:7, 35:15, 35:25, 37:14, 37:17, 38:6, 38:13, 38:16, 39:15, 40:22, 41:1, 41:7, 42:13, 50:20, 51:2, 51:4, 51:6, 51:9, 51:18, 51:22, 52:10, 53:2, 53:8, 55:13, 57:18, 58:22, 59:14, 66:19, 190:16, 190:22, 191:17, 192:21, 193:10, 237:8, 239:19, 244:19, 251:22, 259:2, 262:9, 265:13, 267:7, 267:8, 271:20
centerline-approach [1] - 33:16
certain [8] - 130:23, 132:8, 132:16, 132:19, 132:21, 226:12, 230:16, 277:16
certainly [8] - 64:12, 208:14, 250:5, 255:21, 260:18, 261:23, 269:6, 273:8
certainty [1] - 279:3
CERTIFICATE [1] - 308:2
certificate [7] - 113:25, 114:2, 114:4, 117:1, 117:17, 117:18, 118:10
certificates [2] - 88:21, 231:9
certification [1] - 116:18
certifications [1] - 231:6
certify [1] - 308:3
CFRs [1] - 91:12
chair [2] - 237:25, 250:25
challenge [5] - 49:12, 252:5, 252:11, 261:6, 262:22
chance [4] - 46:10, 48:8, 197:22, 218:20
chances [2] - 197:15, 197:16
change [17] - 6:6, 61:24, 74:16, 74:19, 76:11, 125:24, 139:16, 140:3, 140:17, 150:20, 164:5, 178:4, 185:4, 185:6, 246:18, 254:7, 254:20
changed [5] - 135:18, 244:18, 246:13, 266:6, 269:4
changing [4] - 120:21, 193:2, 193:4, 245:10
Channel [49] - 14:8, 19:12, 19:14, 31:5, 31:8, 35:18, 36:3, 41:1, 42:14, 42:18, 45:16, 56:16, 63:20, 66:6, 66:12, 66:19, 67:12, 95:23, 96:3, 96:4, 107:21, 112:2, 140:15, 142:8, 142:17, 142:23, 146:13, 150:14, 173:6, 213:25, 215:10, 227:4, 229:5, 232:23, 233:25, 234:3, 245:19, 245:22, 251:4, 251:21, 253:8, 277:6, 289:14, 289:16, 294:18, 295:25, 298:13, 298:21
channel [150] - 6:10, 8:7, 8:21, 8:23, 9:5, 9:17, 9:23, 12:11, 12:12, 17:14, 17:16, 17:17, 18:1, 18:3, 18:4, 18:13, 18:14, 18:17, 18:21, 18:22, 19:2, 19:5, 19:17, 19:24, 20:2, 25:25, 31:9, 31:11, 31:14, 33:12, 34:21, 34:24, 35:6, 35:22, 35:25, 36:2, 37:7, 37:11, 37:12, 37:15, 38:3, 38:6, 38:14, 39:1, 39:11, 44:7, 49:11, 51:11, 51:14, 51:15, 51:25, 52:12, 52:14, 53:7, 53:9, 55:7, 55:23, 56:11, 57:14, 58:3, 58:5, 58:25, 59:2, 59:16, 60:10, 60:13, 60:14, 60:15, 61:9, 62:10, 64:14, 70:1, 72:14, 74:11, 75:17, 75:19, 75:23, 75:24, 82:6, 84:5, 85:10, 106:2, 142:19, 142:20, 145:9, 145:11, 145:13, 145:15, 146:18, 146:19, 148:12, 149:5, 149:6, 149:17, 150:1, 150:2, 150:9, 151:15, 162:19, 184:11, 184:12, 186:7, 190:16, 191:4, 191:8, 191:17, 192:2, 192:21, 193:11, 195:11, 196:24, 198:4, 198:5, 200:4, 203:10, 203:13, 203:14, 203:15, 212:18, 214:5, 235:2, 237:8, 237:14, 239:24, 240:1, 244:19, 244:20, 247:8, 248:7, 248:9, 251:16, 251:23, 252:19, 252:22, 252:23, 259:2, 263:10, 265:15, 267:7, 268:7, 269:21, 271:23, 273:15, 277:14, 290:8
channels [5] - 6:12, 8:20, 13:7, 13:22, 51:13
Channelview [1] - 106:20
characteristics [3] - 81:2, 172:7, 172:12
charge [3] - 100:10, 100:12, 271:1
charges [1] - 277:2
CHARPENTIER [1] - 69:10
Charpentier [58] - 24:7, 27:7, 27:12, 39:20, 40:7, 43:24, 47:22, 53:20, 53:23, 54:13, 54:14, 55:3, 57:20, 59:20, 65:20, 68:13, 68:17, 69:16, 79:5, 80:18, 81:1, 81:4, 82:15, 82:25, 83:3, 180:22, 185:13, 185:24, 187:3, 194:1, 195:8, 195:18, 195:25, 196:13, 197:5, 202:3,

204:17, 205:18, 208:2, 238:2, 238:25, 239:13, 240:24, 241:7, 242:11, 248:18, 250:7, 258:4, 261:17, 263:25, 270:20, 270:23, 271:15, 271:22, 272:13, 275:16, 277:20, 277:21
Charpentier's [1] - 271:11
chart [88] - 4:10, 4:14, 5:8, 5:16, 5:24, 6:2, 6:4, 6:8, 6:10, 6:14, 6:24, 7:9, 7:20, 7:23, 8:1, 8:8, 8:18, 9:2, 9:6, 10:5, 10:6, 10:10, 10:18, 10:22, 11:2, 12:3, 12:10, 12:12, 13:12, 14:12, 14:17, 15:5, 17:11, 17:12, 17:15, 19:1, 21:1, 21:6, 21:21, 21:22, 22:8, 22:10, 22:19, 46:24, 47:2, 47:5, 56:8, 56:10, 60:20, 61:13, 64:12, 64:13, 67:13, 84:2, 143:14, 143:16, 143:20, 143:22, 143:23, 143:25, 144:1, 144:3, 144:20, 145:25, 146:7, 148:10, 148:14, 148:24, 149:1, 154:5, 183:24, 184:10, 196:17, 237:6, 244:11, 280:20, 282:15, 282:22, 282:25, 283:5, 283:20, 283:23, 284:22, 288:25, 303:23
Chart [2] - 5:18, 145:25
charted [5] - 60:16, 280:10, 281:22, 281:23, 282:5
charts [22] - 11:25, 12:19, 13:3, 13:15, 22:7, 56:6, 56:10, 57:2, 57:6, 62:11, 63:18, 64:11, 64:14, 64:19, 64:20, 120:2, 120:9, 137:15, 146:6, 151:1, 280:12, 280:17
Chauvin [2] - 87:20, 88:16
check [5] - 145:19, 153:4, 235:25, 236:1, 261:18
checked [5] - 141:6, 162:6, 186:18, 209:10, 272:10
checking [20] - 71:19, 151:11, 156:14, 156:15, 156:20, 157:5, 187:3, 187:23, 189:11, 205:20, 206:6, 206:8, 238:22, 241:14, 256:8, 259:19, 259:24, 267:4, 267:10, 268:15
cheerleading [1] - 202:4
chemicals [1] - 92:11
Chickasabogue [6] - 105:19, 105:20, 173:15, 173:16, 292:8, 292:18
Chicken [1] - 50:24
children [1] - 88:4
choice [1] - 274:9
Church [7] - 111:5, 111:7, 114:2, 117:3, 117:20, 121:15, 122:25
circle [4] - 43:5, 163:12, 253:8, 292:6
City [7] - 136:6, 140:15, 141:19, 141:21, 142:7
clarified [1] - 23:9
clarify [2] - 45:3, 136:13
Clark [2] - 1:23, 2:2
class [18] - 90:11, 90:13, 90:14, 91:11, 91:15, 91:18, 94:15, 117:5, 117:24, 226:8, 226:12, 226:23, 229:4, 260:20, 302:25
classes [6] - 91:4, 111:13, 111:15, 117:9, 227:19, 290:1
classify [1] - 254:13
classroom [2] - 112:14, 112:15
classrooms [2] - 106:23, 107:1
clean [1] - 87:6
cleanup [1] - 307:16
clear [18] - 44:7, 59:15, 77:14, 139:9, 164:16, 164:17, 179:22, 190:16, 191:14, 191:16, 201:16, 204:6, 213:18, 256:10, 257:19, 272:11, 276:13, 297:16
clearance [1] - 183:10
cleared [2] - 203:22, 204:4
clearing [1] - 77:12
clearly [10] - 17:16, 21:18, 237:5, 237:6, 237:24, 238:24, 245:12, 246:7, 253:23, 262:14
CLERK [1] - 144:12
click [1] - 209:23
clip [1] - 34:14
clips [1] - 86:9
close [19] - 44:10, 60:10, 61:8, 75:11, 109:11, 109:14, 109:15, 150:19, 158:3, 166:24, 197:22, 261:24, 262:2, 264:10, 264:16, 267:23, 273:16, 275:7
close-quarters [1] - 275:7
closer [7] - 25:22, 26:1, 26:21, 27:3, 201:4, 217:19, 254:6
closest [3] - 109:9, 109:16
closing [2] - 199:9, 202:10
CN8 [1] - 55:15
CO [1] - 1:13
coast [50] - 13:21, 76:18, 83:2, 91:12, 91:15, 91:20, 91:23, 94:13, 94:14, 94:16, 95:9, 95:10, 95:12, 95:16, 97:4, 98:15, 98:16, 98:17, 98:18, 99:21, 114:6, 114:16, 114:19, 114:20, 115:11, 116:10, 116:20, 118:17, 119:16, 126:4, 126:7, 130:19, 130:22, 131:2, 131:4, 138:12, 168:1, 168:3, 169:17, 170:15, 173:24, 180:8, 226:17, 287:14, 289:18, 289:19, 290:2, 290:3, 298:20
Coast [4] - 13:23, 99:6, 116:22, 289:24
coastal [1] - 287:4
codes [1] - 91:12
cognizant [1] - 181:12
colleague [2] - 86:14, 86:16
college [1] - 111:8
college-ish [1] - 111:8
collide [1] - 155:20
collision [55] - 26:6, 26:7, 29:20, 43:12, 44:2, 44:8, 44:14, 45:12, 46:7, 74:24, 77:21, 108:21, 129:8, 129:9, 129:10, 148:1, 150:21, 152:21, 164:23, 169:22, 171:20, 171:23, 175:25, 176:8, 202:15, 202:17, 203:11, 207:10, 207:21, 209:1, 215:23, 216:1, 216:7, 217:17, 246:21, 247:17, 247:19, 248:1, 250:23, 252:25, 253:20, 254:25, 274:23, 275:10, 277:13, 287:2, 287:11, 287:16, 292:12, 292:23, 297:12, 299:9, 299:10, 299:17
Collision [1] - 175:8
collision/allisions [1] - 289:8
colored [1] - 55:23
combined [4] - 42:17, 119:11, 215:9, 306:13
combined-space [1] - 119:11
comfortable [3] - 87:4, 93:19, 225:4
coming [37] - 8:12, 15:6, 20:12, 26:9, 39:21, 41:20, 52:20, 53:7, 58:16, 62:12, 63:3, 71:7, 75:14, 106:5, 120:25, 164:7, 183:5, 185:12, 193:1, 195:18, 196:15, 196:18, 202:22, 203:15, 204:19, 208:21, 216:18, 217:24, 236:9, 244:20, 261:18, 263:10, 263:21, 265:2, 266:5,

275:3, 282:11
command [3] - 72:1, 141:18, 212:25
commands [2] - 72:4, 72:5
commence [3] - 32:9, 59:20, 59:22
commenced [2] - 37:6, 55:11
comment [5] - 36:7, 67:24, 104:6, 237:2, 239:17
comments [2] - 17:4, 180:10
committed [12] - 161:8, 161:13, 161:19, 161:22, 164:6, 165:6, 195:12, 195:14, 246:22, 272:17, 273:11, 274:3
common [5] - 186:11, 186:12, 186:13, 301:25
communicate [9] - 153:9, 156:16, 234:15, 234:18, 236:6, 245:17, 250:17, 250:19, 274:11
communicated [4] - 234:24, 243:11, 251:12, 258:5
communicating [10] - 232:21, 247:15, 251:1, 272:25, 273:2, 273:18, 274:13, 274:14, 276:5, 276:8
communication [18] - 234:12, 238:4, 238:8, 239:3, 242:7, 242:19, 243:5, 247:12, 248:21, 250:7, 251:11, 262:20, 272:23, 275:2, 277:7, 278:16
communications [10] - 118:5, 234:17, 235:23, 239:5, 239:13, 248:16, 248:17, 248:19, 249:9, 258:23
companies [5] - 227:17, 228:7, 257:14, 257:15, 298:24
company [13] - 94:2, 138:10, 228:3, 255:24, 256:2, 256:6, 256:9, 287:3, 287:7, 287:10, 296:11, 296:16, 298:3
company's [1] - 256:15
compare [4] - 46:3, 131:10, 289:17, 298:23
compared [4] - 22:16, 124:4, 144:5, 156:3
comparison [1] - 24:8
compass [1] - 244:2
competence [2] - 105:18, 231:20
competency [3] - 99:18, 288:13, 292:20
competent [6] - 99:18, 210:23, 241:9, 254:25, 270:18, 292:15
compilation [1] - 235:7
complain [3] - 4:16, 4:18, 4:22
complained [1] - 296:4
COMPLAINT [1] - 1:12
complaints [1] - 137:7
complete [6] - 101:13, 119:1, 160:14, 249:3, 276:24, 280:22
completed [2] - 101:15, 101:16
completely [5] - 35:12, 38:5, 41:2, 165:25, 299:25
completeness [1] - 86:8
completing [2] - 42:8, 160:3
compliance [1] - 43:3
complied [1] - 252:15
comply [2] - 254:5, 254:10
complying [1] - 244:14
components [2] - 288:2, 290:15
comport [1] - 41:6
comprehend [1] - 118:1
comprehension [1] - 303:23
computer [9] - 2:22, 118:24, 119:6, 119:7, 119:18, 137:15, 209:23, 288:11, 288:14
computer-assisted [1] - 2:22
computer-based [4] - 118:24, 119:18, 288:11, 288:14
concentration [1] - 179:2
concern [3] - 22:3, 258:22, 291:21
concerned [2] - 70:10, 208:23
concerns [17] - 4:6, 4:7, 4:11, 5:1, 18:20, 20:10, 63:3, 64:6, 64:9, 204:18, 263:7, 263:16, 263:19, 265:2, 274:15, 274:17, 275:4
conclude [1] - 24:24
concluded [1] - 86:4
conclusion [2] - 25:10, 176:2
condition [1] - 41:11
conditions [1] - 15:18
conduct [1] - 109:25
conducted [5] - 103:9, 103:12, 104:17, 106:13, 107:14
conference [3] - 140:4, 140:17, 140:20
confidence [1] - 168:24
confident [1] - 114:25
configuration [14] - 23:18, 123:5, 123:8, 123:23, 133:7, 133:10, 133:22, 135:23, 136:3, 228:16, 231:23, 232:3, 232:7, 233:5
configurations [2] - 132:8, 132:9
configure [1] - 131:18
configured [1] - 136:14
confined [1] - 227:20
confirm [3] - 6:4, 141:13, 157:3
confirmed [3] - 157:1, 157:3, 188:5
confused [1] - 8:7
confusing [1] - 19:22
confusion [1] - 21:5
conn [2] - 68:13, 68:17
connected [1] - 129:2
connection [1] - 29:19
consecutive [1] - 90:25
conservative [1] - 298:25
consider [7] - 4:24, 19:5, 22:9, 43:2, 179:18, 212:24, 281:25
considerable [1] - 204:24
considerably [1] - 43:15
consideration [2] - 213:7, 261:16
considered [2] - 4:20, 278:14
considering [1] - 264:2
consistent [6] - 135:24, 138:10, 138:12, 178:24, 181:6, 183:24
consistently [2] - 181:13, 258:16
console [2] - 250:8, 258:10
consult [1] - 47:4
consume [2] - 168:9, 168:11
contact [13] - 27:9, 77:8, 151:6, 151:9, 151:12, 151:19, 201:5, 206:14, 206:19, 248:11, 263:6, 263:24, 265:5
contacted [10] - 24:6, 116:5, 151:25, 152:19, 153:2, 177:17, 181:6, 185:25, 205:11, 205:13
container [2] - 245:8, 253:7
containers [1] - 253:10
contemplate [1] - 72:21
continually [3] - 164:2, 189:14, 217:24
continue [9] - 55:12,

55:18, 90:22, 90:23, 92:13, 95:21, 191:13, 203:6, 273:21
continued [15] - 2:1, 3:16, 26:9, 53:19, 58:7, 95:19, 116:5, 164:20, 197:24, 208:13, 246:5, 246:16, 247:7, 280:2, 307:21
continuing [2] - 58:21, 247:9
continuous [1] - 227:18
contractor [1] - 294:11
contradict [1] - 259:10
contrary [2] - 72:16, 82:12
contribute [2] - 83:18, 250:23
contributed [4] - 46:7, 215:23, 298:1, 298:4
contributing [1] - 297:18
control [14] - 25:9, 28:18, 32:25, 49:6, 80:11, 116:4, 130:15, 130:18, 166:16, 238:25, 279:10, 279:14, 279:16, 279:18
controlled [1] - 279:4
conversation [5] - 156:9, 185:13, 194:6, 206:2, 206:3
converting [1] - 226:17
conveying [1] - 236:20
copies [1] - 235:12
Corey [1] - 2:17
corner [1] - 38:9
Corps [10] - 8:24, 9:8, 10:10, 12:20, 13:3, 15:5, 46:23, 47:1, 47:4, 57:7
corps [15] - 10:6, 11:18, 12:14, 13:13, 13:18, 13:23, 14:4, 14:25, 22:6, 22:16, 63:5, 64:19, 157:21, 223:1
correct [410] - 3:21, 3:22, 4:1, 4:8, 4:13, 5:6, 5:9, 5:19, 5:20, 6:6, 6:19, 6:22, 7:3, 8:9, 9:20, 9:21, 9:25, 10:2, 10:4, 10:6, 10:16, 10:20, 10:24, 11:3, 11:19, 12:3, 12:6, 14:5, 14:9, 14:10, 14:12, 14:15, 15:14, 16:1, 16:23, 17:2, 18:14, 18:15, 18:17, 18:18, 18:22, 19:8, 19:18, 20:13, 20:16, 21:14, 21:25, 22:17, 22:23, 23:2, 23:4, 23:8, 23:23, 24:14, 24:20, 24:21, 26:5, 26:12, 26:14, 26:22, 26:25, 27:9, 28:14, 28:20, 29:4, 29:11, 29:17, 29:18, 29:21, 29:25, 30:3, 30:19, 34:10, 35:13, 35:19, 35:20, 36:3, 36:4, 37:15, 37:20, 37:21, 38:3, 38:4, 38:7, 38:8, 38:17, 38:24, 39:2, 39:8, 39:11, 39:12, 40:10, 40:16, 40:22, 41:12, 41:15, 41:16, 41:17, 42:4, 42:5, 42:8, 43:8, 43:9, 43:21, 44:20, 45:10, 45:25, 47:9, 47:17, 50:22, 50:24, 51:3, 51:9, 51:19, 53:3, 53:7, 53:18, 53:21, 53:24, 54:1, 54:4, 54:8, 54:9, 55:7, 56:4, 56:9, 56:12, 56:17, 57:15, 57:18, 57:19, 57:25, 58:6, 58:8, 58:17, 58:19, 58:22, 58:25, 59:8, 59:11, 59:15, 59:25, 60:10, 60:19, 61:2, 61:8, 61:12, 62:13, 63:24, 64:2, 64:4, 64:15, 64:20, 64:21, 66:1, 66:13, 66:14, 67:8, 67:16, 67:17, 67:18, 67:21, 69:23, 70:8, 70:15, 70:16, 71:24, 72:2, 73:8, 73:9, 74:6, 74:18, 75:6, 75:13, 76:7, 78:8, 78:13, 78:17, 78:18, 85:6, 85:10, 85:17, 85:19, 96:22, 159:21, 162:20, 170:19, 172:14, 172:23, 173:6, 173:12, 174:9, 174:16, 174:17, 174:20, 174:21, 175:1, 175:4, 175:5, 175:8, 175:12, 176:12, 176:16, 177:11, 177:14, 177:20, 178:12, 178:16, 179:23, 179:24, 180:1, 180:5, 180:22, 181:2, 181:14, 182:14, 183:15, 183:19, 183:25, 184:15, 184:18, 184:22, 185:6, 185:7, 186:22, 187:10, 188:3, 188:9, 188:23, 188:24, 189:8, 189:9, 189:19, 190:4, 191:8, 191:9, 191:11, 191:12, 191:17, 192:2, 192:21, 193:7, 194:7, 194:9, 194:17, 194:20, 195:5, 195:12, 195:19, 196:21, 196:22, 196:24, 197:7, 197:25, 198:1, 198:3, 198:7, 198:10, 198:17, 198:21, 199:3, 199:9, 199:12, 199:18, 200:2, 200:15, 200:23, 201:2, 201:5, 201:11, 201:15, 201:25, 202:12, 202:19, 203:2, 203:3, 203:7, 204:20, 204:25, 205:6, 205:8, 205:25, 206:10, 206:25, 207:17, 208:15, 208:21, 209:12, 209:18, 209:20, 212:19, 212:25, 213:5, 213:19, 213:25, 214:1, 214:5, 214:6, 214:21, 214:22, 215:2, 215:6, 215:7, 219:10, 220:17, 222:14, 223:8, 223:9, 229:5, 229:6, 229:22, 229:23, 232:13, 240:12, 240:13, 254:23, 255:5, 255:17, 255:22, 257:6, 257:23, 258:1, 258:8, 258:9, 258:17, 258:22, 259:20, 259:21, 260:2, 260:3, 260:4, 260:5, 261:6, 261:9, 262:9, 262:10, 262:16, 262:19, 263:14, 263:15, 263:17, 263:18, 263:21, 263:22, 264:2, 264:3, 264:6, 264:7, 264:21, 265:3, 265:13, 266:8, 266:10, 267:2, 267:7, 267:14, 268:4, 268:8, 268:22, 269:8, 269:9, 269:15, 269:16, 270:15, 270:17, 270:24, 271:3, 271:5, 271:11, 271:18, 271:20, 271:21, 271:23, 271:24, 272:1, 272:2, 273:24, 274:16, 275:1, 275:14, 276:8, 276:9, 276:11, 276:12, 276:21, 276:25, 277:4, 277:11, 277:14, 277:19, 277:22, 277:24, 281:8, 281:13, 282:24, 283:2, 283:12, 283:22, 283:24, 300:20, 300:24, 301:3, 301:5, 301:10, 301:19, 302:4, 304:1, 304:16, 306:14, 308:4
correction [1] - 6:5
correctly [14] - 9:24, 141:7, 191:19, 191:20, 249:20, 255:4, 294:5, 295:21, 301:17, 301:21, 305:10, 305:11, 305:14, 306:4
counsel [4] - 28:22, 54:25, 219:8, 235:12
Counsel [3] - 3:19, 20:8, 31:1
counselor [1] - 282:13
Counselor [1] - 255:12
count [1] - 49:20
counter [1] - 32:25
couple [12] - 45:4, 126:10, 166:10, 172:21, 200:20, 213:17, 216:11, 281:2, 292:20, 299:2, 304:20, 307:2
course [32] - 35:2, 53:13, 53:15, 53:16, 53:17, 53:18, 55:6, 55:9, 55:12, 55:15, 55:19, 57:24, 58:1, 71:7, 75:1, 112:7, 119:22, 201:10, 203:18, 208:13, 218:18, 227:8, 227:10, 227:22, 240:19, 241:20, 248:4, 249:10, 261:13, 288:10, 288:24, 297:7
courses [3] - 116:23, 119:5, 290:3
court [6] - 86:21, 105:15,

106:21, 187:17, 224:21, 227:20
Court [13] - 2:19, 3:2, 45:5, 86:8, 86:10, 96:9, 97:23, 98:14, 105:24, 108:1, 108:19, 212:12, 223:7
COURT [99] - 1:1, 3:3, 3:5, 3:10, 15:8, 20:7, 24:25, 30:22, 33:23, 34:2, 44:24, 48:15, 50:6, 50:9, 52:4, 66:23, 67:2, 68:3, 68:9, 68:24, 69:8, 86:10, 86:15, 86:17, 86:19, 87:3, 87:8, 97:25, 144:7, 144:10, 144:14, 155:6, 170:5, 176:19, 182:10, 184:7, 187:16, 187:19, 193:16, 193:21, 210:3, 211:14, 211:20, 211:24, 212:5, 212:11, 212:13, 216:10, 216:13, 219:2, 219:5, 219:17, 221:22, 221:25, 222:7, 222:10, 222:13, 222:19, 222:22, 223:3, 223:7, 223:10, 223:15, 223:21, 223:24, 224:1, 224:6, 224:13, 224:16, 224:20, 225:3, 225:6, 225:10, 255:7, 269:1, 278:3, 278:7, 278:9, 281:1, 284:6, 284:10, 284:16, 284:21, 285:1, 285:3, 285:10, 285:14, 285:20, 297:25, 298:3, 300:11, 306:20, 306:22, 307:7, 307:11, 307:14, 307:17, 307:20, 308:2
Court's [1] - 48:14
courtroom [2] - 194:12, 299:5
courts [1] - 229:18
cover [5] - 68:24, 69:1, 230:11, 289:10, 289:13
covered [4] - 94:19, 94:20, 201:19, 289:6
covers [1] - 240:15
COVID [1] - 292:5
CPA [4] - 108:12, 108:20, 110:21, 110:25
CPA" [1] - 109:7
CRAIG [1] - 78:19
Craig [1] - 78:25
crane [1] - 253:14
cranes [4] - 245:7, 245:10, 246:15, 253:10
crash [9] - 23:16, 278:19, 278:23, 279:5, 279:19, 279:25, 280:5, 280:8
crash-stop [3] - 278:19, 279:5, 279:25
create [2] - 145:4, 163:22
created [1] - 292:24
Creek [1] - 292:18
crew [26] - 49:22, 50:1, 72:25, 73:1, 83:4, 113:6, 137:21, 137:23, 155:17, 156:18, 158:18, 158:23, 169:2, 171:10, 171:13, 171:14, 180:1, 197:23, 207:15, 218:24, 289:4, 294:14, 294:20, 300:9
crew's [1] - 189:6
critical [1] - 250:12
criticism [3] - 257:25, 295:10, 295:13
criticisms [3] - 77:24, 123:19, 124:24
criticize [1] - 47:21
CROSS [6] - 3:16, 30:23, 170:7, 213:12, 255:9, 300:14
cross [15] - 3:6, 34:5, 35:5, 50:6, 65:4, 74:11, 170:5, 191:8, 219:2, 244:19, 255:7, 281:1, 285:9, 300:12
CROSS-EXAMINATION [6] - 3:16, 30:23, 170:7, 213:12, 255:9, 300:14
cross-examination [5] - 3:6, 34:5, 170:5, 255:7, 300:12
crossed [6] - 34:19, 85:9, 207:19, 262:8, 265:13, 267:8
crossing [5] - 82:5, 82:8, 254:15, 254:17, 271:19
crowding [1] - 62:3
CRR [2] - 2:19, 308:7
CUNNINGHAM [1] - 3:14
Cunningham [19] - 3:10, 9:12, 15:3, 30:25, 31:18, 32:19, 34:5, 36:11, 38:9, 39:6, 40:14, 42:6, 45:2, 48:18, 65:3, 68:3, 222:5, 230:7, 299:3
Cunningham's [3] - 235:7, 235:9, 296:20
current [6] - 106:4, 115:25, 116:2, 139:19, 227:3, 227:25
customary [5] - 36:17, 232:8, 234:1, 234:7, 240:7
customers [1] - 303:4
cut [2] - 34:14, 145:21
CV [3] - 225:20, 225:21, 284:14
cycle [3] - 288:18, 289:3, 289:5

## D

daily [3] - 256:15, 256:17, 286:14
Dale [1] - 2:13
damage [2] - 173:18, 173:25
danger [4] - 4:23, 17:4, 113:6, 282:10
dangers [2] - 4:9, 5:5
dark [1] - 63:19
Darnell [1] - 2:16
dash [1] - 178:14
dashed [1] - 21:22
data [15] - 5:22, 5:23, 6:3, 6:10, 6:11, 14:24, 16:25, 141:10, 157:19, 209:11, 209:13, 209:22, 210:17, 210:19, 233:1
Date [1] - 308:1
date [24] - 6:4, 6:5, 6:11, 10:7, 22:18, 22:20, 63:9, 63:11, 63:13, 63:14, 63:17, 103:16, 114:4, 118:17, 123:6, 124:16, 129:3, 133:22, 149:22, 230:20, 231:23, 234:13, 254:25
dated [1] - 284:13
dates [2] - 6:9, 63:19
David [1] - 1:23
day-to-day [1] - 286:15
Days [1] - 1:16
days [4] - 95:20, 122:16, 234:15, 299:2
De [1] - 106:20
dead [5] - 81:25, 83:5, 127:6, 132:11, 207:15
deal [3] - 261:20, 261:22, 262:19
deals [1] - 230:13
dealt [1] - 229:12
debrief [2] - 112:18, 112:19
December [1] - 98:13
decide [1] - 297:15
decided [5] - 28:12, 189:24, 205:12, 206:23, 220:10
decides [1] - 80:13
decision [19] - 20:8, 100:19, 118:3, 157:1, 157:3, 157:25, 188:5, 188:16, 205:14, 218:25, 220:13, 238:18, 248:24, 261:6, 267:19, 267:20, 271:5, 271:9, 273:6
decisions [4] - 49:13, 97:17, 112:24, 205:19
deck [5] - 136:17, 136:19, 136:21, 299:25, 300:1
deckhand [8] - 89:2, 89:22, 90:8, 90:11, 90:20, 90:24, 125:19, 226:2
decline [1] - 302:19
decrease [3] - 29:8, 142:25, 160:10
decreased [2] - 143:1,

297:1
decreases [1] - 241:10
decreasing [2] - 38:23, 253:17
dedicated [3] - 103:20, 107:3, 250:16
dedication [1] - 95:6
deemed [1] - 22:7
deep [11] - 56:3, 60:11, 62:9, 129:20, 147:22, 183:22, 196:21, 196:23, 197:1, 260:12, 260:21
deep-draft [7] - 56:3, 147:22, 196:21, 196:23, 197:1, 260:12, 260:21
deeper [2] - 65:21, 148:23
defer [1] - 66:10
deferring [1] - 260:23
defers [1] - 261:2
define [2] - 18:5, 18:7
defined [1] - 18:6
degree [1] - 270:19
degrees [4] - 71:6, 71:10, 127:15, 243:22
delay [2] - 244:5, 262:3
delta [1] - 272:8
demarcation [1] - 45:15
demonstrative [10] - 32:15, 33:20, 61:19, 125:2, 253:2, 253:6, 262:7, 265:17, 268:12, 273:12
demonstratives [2] - 235:13, 253:9
density [1] - 304:17
departed [3] - 136:6, 173:25, 174:1
departing [2] - 72:13, 136:5
depict [3] - 125:7, 125:12, 251:10
depicted [1] - 52:10
depiction [2] - 50:18, 182:21
depicts [3] - 5:19, 10:14, 248:1
depos [1] - 86:9
deposition [17] - 17:22, 23:10, 46:10, 69:11, 77:20, 78:21, 84:24, 126:11, 170:16, 190:10, 193:15, 193:17, 193:18, 198:13, 215:16, 215:19, 255:15
depositions [3] - 86:12, 167:24, 264:17
depth [27] - 5:11, 6:7, 6:11, 7:22, 8:17, 8:21, 8:22, 8:25, 10:15, 11:21, 15:13, 22:1, 26:24, 27:1, 27:2, 56:25, 63:21, 64:8, 148:17, 150:1, 154:14, 182:16, 182:22, 183:19, 184:4, 260:20, 304:15
depths [22] - 6:19, 10:1, 13:7, 14:5, 14:19, 14:25, 15:25, 25:24, 26:12, 26:17, 27:4, 60:17, 145:14, 148:23, 149:17, 149:18, 149:24, 150:4, 154:6, 154:12, 183:5, 185:10
describe [9] - 26:20, 31:7, 35:8, 48:10, 71:21, 112:13, 134:3, 139:8, 291:24
described [3] - 4:3, 51:18, 292:9
description [2] - 171:9, 278:20
designate [1] - 119:5
designated [5] - 92:22, 114:16, 114:19, 115:12, 288:7
designation [2] - 69:5, 114:22
designations [1] - 69:4
despite [3] - 72:4, 160:13, 218:19
detail [2] - 264:15, 290:14
detailed [1] - 230:3
details [1] - 258:24
Detect [1] - 175:7
detect [1] - 175:24
detect/manage [1] - 300:23
detection [4] - 108:16, 108:21, 303:21, 304:8
determination [2] - 176:24, 265:12
determine [2] - 155:9, 305:6
determined [4] - 189:3, 202:25, 298:4, 305:4
developed [2] - 71:1, 282:18
developing [2] - 206:15, 268:24
development [1] - 282:14
device [1] - 239:15
devoted [1] - 109:5
diagram [2] - 28:24, 29:1
dialogue [1] - 252:5
dictate [1] - 234:12
die [1] - 77:9
died [1] - 83:7
difference [5] - 45:11, 97:12, 100:6, 100:8, 254:19
different [23] - 6:11, 12:9, 21:1, 21:4, 21:6, 73:16, 92:3, 99:5, 100:8, 111:16, 123:4, 123:9, 125:8, 155:22, 173:3, 203:2, 213:23, 218:21, 234:10, 252:18, 288:21
differently [2] - 54:2, 282:20
difficult [4] - 80:10, 80:15, 106:7, 106:8
difficulties [3] - 25:8, 80:19, 169:5
Digest [1] - 286:21
Dike [1] - 141:21
dike [1] - 141:22
Dills [1] - 2:18
dilute [3] - 167:22, 168:4, 168:6
dime [2] - 195:23, 195:24
dimensions [3] - 56:11, 129:13, 129:14
Dimitri [1] - 2:6
dip [2] - 80:5, 84:6
diploma [2] - 88:13, 88:14
dire [1] - 239:20
direct [4] - 67:1, 147:10, 264:23, 284:6
DIRECT [6] - 69:13, 78:22, 85:1, 87:13, 225:13, 285:24
directing [1] - 279:10
direction [9] - 28:2, 71:22, 71:25, 72:5, 82:8, 130:15, 157:9, 198:17, 204:3
directly [1] - 82:8
disagree [9] - 6:1, 28:15, 35:10, 42:20, 55:8, 56:5, 214:21, 215:13, 281:14
disagreed [2] - 261:6, 281:6
disagreeing [1] - 192:6
discharges [1] - 91:14
disciplined [2] - 116:7, 169:8
discourage [2] - 257:8, 257:10
discuss [4] - 5:11, 79:11, 112:20, 140:23
discussed [8] - 28:24, 175:1, 194:11, 204:22, 205:2, 260:11, 272:3, 293:13
discussing [1] - 190:25
discussion [17] - 17:6, 28:22, 54:25, 105:3, 110:17, 130:10, 134:22, 136:2, 152:3, 167:20, 185:12, 192:8, 255:13, 293:6, 296:6, 297:20, 299:1
Discussion [2] - 3:4, 307:13
discussions [3] - 80:24, 112:15, 208:7
dispatchers [1] - 250:17
displacement [3] - 249:19, 306:5, 306:13
displacing [1] - 42:1

display [7] - 37:23, 38:2, 38:10, 183:3, 210:24, 211:6, 270:3
displayed [5] - 144:1, 235:20, 241:2, 270:2, 270:4
displaying [4] - 210:11, 211:10, 211:11, 211:12
displays [1] - 37:25
disposal [1] - 177:8
dispute [1] - 41:3
distance [23] - 11:12, 23:12, 29:9, 29:10, 31:12, 37:19, 37:24, 37:25, 38:1, 38:12, 38:22, 127:13, 187:15, 199:9, 202:10, 202:11, 215:1, 233:19, 245:11, 252:23, 267:23, 274:24, 275:5
distances [2] - 179:1, 179:3
distinction [1] - 9:3
distinguish [1] - 296:16
distracted [1] - 139:4
DISTRICT [2] - 1:1, 1:2
divide [1] - 306:8
DIVISION [1] - 1:2
divisions [1] - 286:7
dock [5] - 28:4, 142:4, 174:2, 181:17, 236:8
docking [1] - 294:17
docks [2] - 250:18, 296:15
document [12] - 99:10, 103:8, 105:4, 105:5, 116:14, 117:16, 118:9, 119:17, 119:18, 121:6, 121:9, 146:3
documents [4] - 49:14, 83:14, 102:13, 231:12
dogleg [1] - 141:22
done [27] - 15:4, 24:5, 36:8, 44:3, 78:8, 85:12, 101:24, 111:12, 112:4, 113:16, 113:17, 161:19, 167:2, 171:16, 171:17, 175:21, 177:11, 208:12, 214:24, 215:3, 215:4, 246:20, 247:19, 269:24, 273:5, 273:18, 288:13
door [2] - 81:12
dorm [2] - 106:24, 106:25
dot [1] - 245:18
dotted [4] - 124:5, 148:9, 198:14, 282:8
double [3] - 141:6, 228:15, 232:10
double-breasted [1] - 228:15
double-checked [1] - 141:6
doubled [7] - 131:20, 131:24, 132:10, 133:14, 133:18, 232:3, 232:7
doubled-up [5] - 132:10, 133:14, 133:18, 232:3, 232:7
doubt [1] - 244:5
down [51] - 8:4, 8:12, 14:8, 25:14, 26:9, 58:16, 68:4, 77:13, 80:5, 80:6, 80:7, 84:6, 86:18, 87:23, 87:24, 108:23, 129:21, 153:19, 159:25, 163:15, 163:24, 164:13, 166:3, 167:15, 178:11, 185:21, 187:19, 192:7, 192:16, 195:16, 196:2, 196:10, 197:12, 205:19, 210:9, 217:1, 222:20, 237:7, 237:14, 241:22, 242:3, 242:4, 245:12, 247:23, 258:8, 258:10, 277:17, 284:10, 299:24, 301:1, 306:22
dozen [1] - 131:8
draft [34] - 7:10, 7:13, 7:14, 7:20, 15:15, 25:18, 26:16, 56:3, 56:24, 62:12, 62:14, 64:1, 64:8, 129:15, 129:16, 129:17, 129:18, 134:17, 147:22, 149:14, 149:18, 183:12, 183:17, 196:15, 196:18, 196:20, 196:21, 196:23, 197:1, 260:12, 260:21, 306:6
drafts [1] - 203:2
drag [1] - 221:15
dramatically [1] - 269:4
drank [1] - 168:16
drawing [3] - 83:24, 226:8, 226:13
dredged [1] - 65:15
dredging [1] - 14:5
drill [2] - 289:3, 289:5
drills [2] - 289:7, 289:9
drink [2] - 168:14, 168:17
drive [6] - 92:25, 93:17, 116:5, 162:9, 171:10, 250:19
driven [3] - 172:16, 172:22, 172:23
driving [13] - 94:21, 97:3, 111:16, 127:15, 170:24, 171:1, 171:2, 173:8, 173:10, 177:25, 203:10, 255:19, 267:21
drop [7] - 92:23, 161:6, 161:7, 198:6, 216:17, 221:12, 221:13
dropped [3] - 202:7, 220:23, 221:4
dropping [1] - 220:21
drove [3] - 94:20, 116:4, 121:22
drowning [1] - 155:22
drug [4] - 166:14, 167:17, 167:21, 167:25
drugs [2] - 168:9, 168:11
dual [1] - 240:16
dual-action [1] - 240:16
duck [1] - 77:2
DUDLEY [1] - 84:23
Dudley [1] - 85:4
duly [7] - 3:15, 69:11, 78:20, 84:24, 87:12, 225:12, 285:23
dump [1] - 241:18
Dunbar [1] - 2:17
during [16] - 28:18, 34:13, 35:24, 36:2, 49:11, 77:20, 138:20, 163:10, 175:21, 190:10, 212:23, 249:10, 255:14, 265:11, 299:6, 304:19
duties [4] - 94:20, 171:5, 294:15, 294:17
duty [1] - 94:23

### E

e-mail [3] - 48:22, 49:1, 119:6
Earl [1] - 1:23
early [4] - 108:16, 108:21, 228:22, 274:1
easier [2] - 8:1, 122:11
easily [1] - 43:17
east [20] - 3:25, 9:4, 11:3, 17:13, 17:16, 18:3, 18:12, 18:14, 18:21, 18:23, 19:13, 19:17, 19:18, 19:21, 20:2, 21:3, 22:9, 25:23, 26:11, 26:21
eastern [4] - 244:20, 265:15, 282:7, 282:24
Eastham [1] - 2:13
eastward [1] - 234:2
ECDIS [4] - 46:6, 46:16, 46:20, 46:21
ECS [2] - 119:25, 120:1
edge [15] - 9:25, 10:2, 10:25, 11:13, 17:17, 18:4, 18:5, 19:21, 21:8, 21:10, 21:19, 22:12, 59:17, 60:13, 148:15
education [2] - 225:21, 227:18
educational [1] - 88:12
educationally [1] - 88:15
effect [6] - 29:6, 35:24, 49:6, 62:2, 194:3, 200:6
effective [1] - 109:24
effectively [1] - 279:24
effectiveness [3] - 272:9, 273:6, 274:16
effects [3] - 31:11,

31:16, 221:1
efficient [1] - 307:1
eight [16] - 89:3, 92:2, 92:12, 92:13, 94:13, 241:23, 261:4, 261:16, 262:17, 262:21, 263:1, 263:6, 263:24, 265:5
eight-second [2] - 261:4, 261:16
either [8] - 24:13, 39:19, 40:1, 153:18, 199:17, 207:8, 256:6, 292:11
elapsed [3] - 238:7, 242:14, 248:20
electronic [14] - 6:24, 12:4, 12:5, 12:10, 120:2, 120:8, 137:15, 143:23, 143:25, 144:1, 146:6, 146:7, 244:11, 288:25
electronics [1] - 117:7
element [3] - 291:2, 303:23, 303:24
elements [2] - 303:14, 303:17
elevation [2] - 157:19
emergencies [1] - 212:23
emergency [10] - 23:16, 28:16, 43:25, 156:17, 158:19, 159:3, 246:25, 279:20, 289:9, 303:22
emphasized [1] - 49:4
emphasizes [1] - 49:9
employ [1] - 176:6
employed [4] - 88:8, 88:10, 107:16, 170:18
employees [1] - 111:22
employer [1] - 46:15
employers [1] - 227:24
empties [2] - 107:22, 172:21
empty [1] - 172:20
encompass [1] - 230:9
encountered [1] - 61:22
encourages [1] - 147:8
end [17] - 9:22, 97:23, 136:15, 148:15, 208:3, 215:19, 222:3, 223:13, 244:14, 278:25, 279:6, 279:7, 284:1, 293:17, 301:12, 302:25
ended [2] - 207:9, 209:1
endorsement [2] - 227:1, 227:13
ends [1] - 278:22
ENERGY [1] - 2:5
engine [4] - 43:20, 166:19, 166:20, 167:15
engineer [2] - 13:18, 13:24
Engineers [10] - 8:24, 9:8, 10:10, 12:20, 13:3, 15:5, 46:24, 47:1, 47:5, 57:7
engineers [13] - 10:6, 11:18, 12:15, 13:13, 14:4, 15:1, 22:6, 22:16, 63:5, 64:20, 223:2, 250:18, 256:3
Engineers' [1] - 157:22
engines [4] - 28:8, 43:18, 166:19, 167:5
enrolled [1] - 89:4
ensue [1] - 262:23
ensure [2] - 288:13, 292:19
entail [1] - 227:25
entailed [1] - 226:13
entails [1] - 252:5
enter [4] - 93:24, 198:3, 200:17, 211:25
entered [3] - 211:14, 211:15, 241:11
entering [1] - 81:16
enters [1] - 282:23
entire [6] - 35:18, 65:15, 86:11, 163:10, 178:10, 301:8
entirely [1] - 35:12
entirety [1] - 192:1
entitled [1] - 308:5
entrance [3] - 92:19, 94:3, 94:12
environment [1] - 180:1
equation [1] - 305:24
equipment [10] - 118:2, 118:4, 130:25, 131:1, 131:3, 137:13, 137:18, 182:13, 209:10, 210:24
equipped [1] - 28:10
escape [4] - 75:23, 76:2, 242:5, 262:5
essence [2] - 226:21, 304:10
essentially [12] - 144:2, 226:19, 233:1, 233:9, 233:11, 237:7, 238:21, 252:3, 252:4, 252:11, 252:13, 273:16
estimate [4] - 11:5, 11:10, 24:2, 150:16
estimated [1] - 141:1
estimation [1] - 155:14
ET [2] - 1:6, 1:13
Eugene [1] - 2:6
eval [1] - 104:9
evaluate [2] - 238:11, 274:9
evaluated [1] - 266:15
evaluating [3] - 238:13, 290:10, 290:15
evaluation [9] - 101:20, 101:24, 103:5, 104:4, 104:17, 236:23, 259:12, 290:17, 291:11
evaluations [4] - 104:9, 231:19, 291:2, 291:4
evening [2] - 286:1, 286:2
event [2] - 205:23, 258:15
events [6] - 70:14, 72:12, 125:9, 158:11, 163:11, 230:20
evidence [11] - 33:13, 39:18, 42:11, 42:22, 42:24, 212:7, 214:19, 243:8, 264:13, 284:8, 284:15
evidences [1] - 261:23
evolution [3] - 70:13, 163:10, 294:7
evolve [1] - 239:20
exact [8] - 22:18, 52:22, 56:24, 62:16, 67:22, 146:8, 210:14
exactly [11] - 23:11, 25:12, 30:4, 52:25, 78:2, 181:23, 183:16, 194:5, 218:22, 219:19, 219:21
exam [8] - 91:20, 91:24, 92:19, 94:12, 95:10, 95:12, 95:16, 97:4
examination [5] - 3:6, 34:5, 170:5, 255:7, 300:12
EXAMINATION [20] - 3:16, 30:23, 44:25, 50:10, 65:1, 67:5, 69:13, 78:22, 85:1, 87:13, 170:7, 213:12, 216:14, 219:6, 225:13, 255:9, 278:10, 281:3, 285:24, 300:14
examinations [1] - 98:19
examine [1] - 126:18
examined [1] - 126:9
examiner [4] - 92:23, 114:17, 114:19, 115:12
examiners [1] - 288:7
example [4] - 6:15, 61:19, 145:14, 236:16
examples [2] - 177:3, 177:4
exams [1] - 94:3
exceed [1] - 289:23
exceeds [3] - 104:22, 110:10, 231:16
excellent [1] - 174:20
except [1] - 200:7
excerpts [1] - 86:4
excess [2] - 42:17, 84:19
exchange [10] - 30:9, 191:1, 205:18, 236:14, 240:4, 259:23, 260:6, 261:5, 262:7, 263:25
exchanges [1] - 235:9
exclusively [1] - 109:5
excuse [6] - 94:13, 147:1, 153:17, 208:24,

243:4, 251:15
execute [1] - 241:12
executed [5] - 66:18, 215:2, 215:12, 243:20, 246:6
executive [2] - 286:12, 286:25
exercise [2] - 113:18, 304:11
exerted [1] - 42:3
exhibit [17] - 5:16, 15:12, 32:13, 33:22, 48:16, 48:24, 50:14, 62:25, 67:3, 210:2, 210:19, 222:4, 224:3, 230:8, 265:17, 284:22, 307:16
Exhibit [53] - 5:12, 5:15, 9:13, 12:3, 12:6, 17:11, 21:12, 45:19, 48:6, 48:8, 48:21, 63:1, 63:5, 65:5, 70:23, 98:22, 102:10, 103:2, 103:19, 104:10, 104:25, 105:5, 116:12, 116:25, 117:13, 118:7, 119:2, 120:24, 121:7, 126:13, 126:16, 127:17, 143:7, 143:14, 144:20, 145:24, 174:14, 210:8, 225:20, 229:25, 235:8, 235:11, 235:15, 251:6, 281:18, 284:12, 284:14, 284:24, 293:10, 294:23, 294:25, 300:19
exhibiting [1] - 268:8
Exhibits [2] - 221:20, 222:25
exhibits [19] - 97:23, 221:21, 221:22, 221:25, 222:3, 222:17, 222:23, 223:19, 223:22, 258:14, 262:7, 284:8, 284:17, 306:24, 306:25, 307:15, 307:17
exist [2] - 19:11, 239:5
existed [1] - 239:13
existing [1] - 185:9
exists [1] - 21:17
EXONERATION [2] - 1:9, 1:14
expect [4] - 40:9, 40:11, 145:12, 232:15
expected [10] - 37:16, 82:12, 135:7, 198:9, 232:18, 238:18, 241:7, 245:13, 253:19, 277:16
experience [20] - 16:14, 16:15, 31:2, 32:11, 33:2, 35:16, 40:25, 61:20, 66:5, 66:10, 84:19, 92:7, 125:18, 160:7, 225:22, 225:25, 244:7, 279:13, 294:12, 295:19
experienced [2] - 16:10, 33:11
experiencing [1] - 32:6
expert [6] - 47:13, 229:8, 229:11, 229:12, 229:19, 284:13
expertise [1] - 229:16
experts [8] - 47:10, 47:12, 47:14, 47:21, 147:12, 149:4, 203:17, 254:13
experts' [1] - 249:4
explain [28] - 31:25, 32:22, 33:7, 34:12, 34:15, 35:21, 36:19, 36:20, 38:11, 40:18, 45:11, 80:3, 92:21, 100:24, 105:15, 105:24, 106:12, 106:21, 107:18, 108:19, 111:5, 111:11, 132:7, 140:22, 159:16, 166:18, 217:20
explained [4] - 16:2, 45:21, 51:10, 51:23
explosion [2] - 217:9, 217:13
explosions [1] - 155:21
exponentially [1] - 233:20
expose [3] - 199:18, 200:2, 207:16
exposed [3] - 77:5, 207:16, 208:15
exposing [2] - 132:4, 199:11
express [1] - 5:1
expression [1] - 61:5
extends [3] - 53:10, 283:10, 283:21
extensive [1] - 62:11
extent [6] - 18:20, 25:20, 26:3, 35:5, 223:5, 239:2
extra [4] - 79:1, 180:21, 180:23, 181:4
extract [1] - 29:2
extreme [1] - 255:2
extremely [1] - 252:19
eye [17] - 127:9, 127:10, 153:5, 153:6, 153:13, 155:23, 186:2, 235:25, 236:4, 236:9, 236:21, 236:24, 238:14, 238:16, 258:18, 258:25, 259:15

## F

face [8] - 90:17, 127:21, 128:19, 128:20, 166:13, 166:14, 166:17, 167:7
faced [4] - 128:17, 232:1, 233:11, 278:22
facility [2] - 111:18, 181:17
fact [23] - 4:3, 8:17, 39:16, 46:6, 46:15, 77:4, 79:4, 147:13, 149:9, 155:4, 177:18, 204:9, 216:4, 231:16, 236:24, 255:3, 261:23, 269:14, 273:5, 273:13, 273:17, 280:18, 291:10
factor [5] - 25:8, 180:21, 264:11, 270:13, 297:18
factors [1] - 46:20
failure [1] - 254:10
fair [15] - 25:22, 40:4, 41:25, 55:2, 65:19, 83:17, 171:20, 171:23, 184:23, 196:18, 206:23, 246:24, 249:23, 250:21, 264:19
fairly [3] - 106:8, 267:23, 285:7
fairness [1] - 191:1
familiar [13] - 5:16, 31:3, 96:4, 96:6, 98:14, 171:21, 171:24, 181:20, 185:17, 229:3, 231:3, 231:5, 287:11
familiarity [1] - 172:6
Fannin [1] - 2:2
far [51] - 7:7, 21:2, 40:9, 42:1, 62:3, 70:10, 80:25, 82:23, 88:14, 96:20, 100:8, 103:6, 107:19, 110:5, 121:20, 122:3, 122:18, 122:21, 123:22, 129:5, 130:23, 134:3, 134:21, 135:19, 135:25, 139:3, 145:7, 146:25, 147:7, 147:21, 150:16, 151:6, 153:25, 154:10, 154:14, 155:1, 155:19, 158:20, 159:7, 159:22, 161:21, 162:4, 164:6, 165:24, 168:14, 168:25, 184:24, 192:11, 192:23, 205:14, 283:25
fast [11] - 134:23, 153:25, 154:7, 159:7, 162:9, 167:13, 192:11, 245:14, 268:24, 279:2, 287:18
fast-developing [1] - 268:24
faster [4] - 133:17, 147:9, 147:14, 196:11
Fastow [2] - 97:20, 102:11
fatigue [2] - 47:24, 47:25
fault [3] - 30:5, 30:11, 30:12
favor [2] - 31:16, 51:1
feathers [2] - 306:11, 306:12
features [1] - 120:7
FEBRUARY [1] - 1:6
February [3] - 97:1, 114:5, 308:1
federal [5] - 226:8, 226:12, 226:23, 260:20, 280:19
feed [1] - 16:9
feedback [4] - 110:16, 122:18, 122:21, 169:11
feet [81] - 7:11, 7:13,

7:14, 7:18, 7:20, 7:22, 8:21, 8:22, 10:2, 10:4, 10:17, 11:1, 11:7, 11:10, 11:11, 11:17, 12:12, 15:14, 15:15, 15:17, 15:22, 16:22, 16:24, 17:1, 17:2, 17:3, 17:13, 18:2, 18:7, 19:1, 19:11, 19:13, 19:18, 19:20, 19:25, 20:2, 20:22, 22:2, 22:5, 22:10, 23:20, 23:21, 23:24, 24:1, 24:3, 24:4, 34:19, 34:20, 38:16, 39:1, 40:22, 41:2, 62:9, 62:15, 65:16, 83:24, 155:24, 183:7, 183:8, 183:9, 183:15, 183:19, 196:16, 197:2, 220:17, 220:18, 231:25, 232:2, 232:4, 232:5, 233:8, 233:15, 233:17, 233:18, 233:21, 237:18, 250:8, 258:8, 299:21
feet" [1] - 38:11
fell [1] - 167:8
felt [3] - 40:7, 66:6, 66:12
few [22] - 12:20, 34:19, 50:7, 50:12, 65:3, 83:20, 93:14, 110:18, 116:19, 181:5, 183:7, 183:8, 183:9, 183:15, 189:18, 202:15, 220:18, 235:4, 278:12, 300:18, 306:25, 307:3
fields [2] - 32:4, 32:8
fifth [1] - 246:9
fights [2] - 299:23, 300:3
figure [3] - 31:19, 152:9, 153:13
Figure [1] - 31:20
figures [1] - 33:21
filed [1] - 100:21
filled [1] - 101:11
final [4] - 91:18, 247:25, 248:21, 253:2
finally [3] - 97:10, 272:11, 286:25
fine [6] - 85:8, 97:25, 128:1, 187:20, 212:1, 307:7
fingers [1] - 203:25
finish [3] - 97:7, 207:4, 285:8
finished [3] - 90:15, 90:20, 95:9
fire [2] - 227:15, 289:8
first [72] - 24:6, 45:23, 48:20, 50:19, 74:19, 78:20, 81:18, 82:19, 87:12, 89:7, 89:9, 89:18, 90:18, 94:9, 94:22, 94:25, 95:6, 95:14, 104:20, 135:14, 150:22, 151:9, 151:12, 151:13, 151:25, 153:2, 153:17, 153:18, 156:9, 159:10, 165:3, 178:23, 181:1, 185:14, 185:24, 204:16, 205:19, 206:4, 208:24, 225:12, 226:3, 226:8, 226:12, 226:23, 230:15, 235:20, 235:22, 236:1, 238:7, 238:15, 248:21, 250:4, 250:12, 250:22, 251:11, 253:12, 258:6, 258:13, 258:15, 259:15, 260:20, 263:14, 273:18, 274:21, 274:22, 281:11, 285:23, 287:23, 295:7, 296:7
first-class [1] - 260:20
five [32] - 22:15, 47:12, 68:6, 71:8, 80:23, 81:5, 94:5, 98:21, 99:14, 111:20, 112:6, 114:6, 114:9, 122:16, 135:12, 138:5, 138:6, 172:17, 172:21, 172:22, 172:23, 205:24, 206:5, 206:10, 206:12, 218:18, 241:23, 288:10, 288:18, 307:4
five-year [2] - 114:6, 288:18
flag [1] - 134:5
flammable [3] - 134:11, 217:7, 255:22
flanking [10] - 27:17, 27:21, 28:10, 28:13, 130:6, 130:8, 130:10, 130:16, 279:9, 279:14
flare [1] - 65:8
Flare [10] - 51:7, 56:2, 56:19, 60:11, 61:10, 65:15, 65:21, 69:22, 151:5, 219:20
flat [1] - 80:6
FLEET [1] - 2:11
Fleet [1] - 142:1
fleet [4] - 48:23, 138:22, 142:2, 236:7
fleets [1] - 28:5
flip [1] - 200:3
flipped [3] - 166:1, 166:2, 207:14
flood [3] - 139:16, 139:21, 184:15
flooded [1] - 299:25
floods [1] - 299:25
folks [1] - 286:14
followed [1] - 44:20
following [3] - 65:3, 143:3, 143:5
follows [7] - 3:15, 69:12, 78:21, 84:25, 87:12, 225:12, 285:23
foot [23] - 83:21, 84:2, 127:10, 129:19, 129:21, 129:22, 132:12, 132:15, 133:13, 133:15, 134:18, 135:10, 148:19, 148:21, 149:16, 150:12, 183:14, 183:16, 232:6, 237:21, 249:18, 306:6, 306:11
FOR [5] - 1:14, 1:18, 2:1, 2:5, 2:11
forbid [1] - 257:14
force [2] - 27:1, 27:2
forced [1] - 169:14
forces [13] - 26:3, 26:15, 26:16, 26:23, 26:24, 27:5, 27:6, 29:8, 41:20, 42:2, 43:15, 49:6, 61:23
foregoing [1] - 308:3
forget [1] - 181:18
form [1] - 239:12
formal [1] - 170:16
format [1] - 112:13
forming [1] - 260:17
Forney [1] - 2:13
forward [14] - 27:22, 28:2, 45:24, 46:2, 81:23, 130:11, 164:1, 189:25, 191:13, 198:21, 233:15, 233:18, 270:10, 270:15
four [21] - 20:6, 42:17, 80:23, 81:5, 94:5, 104:5, 104:15, 104:19, 111:20, 112:6, 124:18, 130:6, 137:23, 138:1, 146:14, 146:20, 168:18, 215:8, 235:7, 296:20, 299:2
four-way [3] - 235:7, 296:20, 299:2
fourplex [1] - 256:21
fourth [2] - 126:3, 244:21
FPG [3] - 1:6, 1:12, 2:5
frame [2] - 130:2, 130:3
freak [1] - 93:21
freak-out [1] - 93:21
freaked [1] - 116:1
free [3] - 70:22, 187:10
frequently [7] - 14:8, 14:20, 236:5, 236:6, 250:17, 255:24, 256:8
FROM [2] - 1:9, 1:14
front [11] - 128:15, 130:6, 131:23, 133:14, 145:22, 153:3, 206:24, 206:25, 218:5, 266:3, 299:25
full [23] - 28:18, 69:15, 78:24, 87:15, 94:18, 95:5, 162:5, 163:5, 237:24, 241:13, 241:19, 243:20, 244:8, 250:5, 253:21, 263:12, 265:12, 266:16, 267:11, 268:3, 278:23, 278:24, 281:12
full-action [1] - 250:5
full-motion [3] - 237:24, 241:13, 253:21
full-time [2] - 94:18, 95:5
fully [11] - 41:17, 41:24, 232:12, 232:16, 243:9, 261:12, 262:18, 270:13, 272:17,

273:10, 274:3
fully-laden [1] - 41:24
function [1] - 28:8
fund [1] - 307:3
furthest [1] - 35:22

G

gain [2] - 253:21, 279:13
gaining [3] - 252:22, 252:23, 254:2
Galena [1] - 173:25
GALVESTON [1] - 1:2
Galveston [3] - 90:3, 107:20, 157:22
gap [2] - 176:3, 212:10
gaps [2] - 295:17, 295:20
GAS [1] - 2:11
gas [2] - 134:10, 214:10
gears [2] - 125:24, 150:20
general [12] - 51:8, 119:10, 156:17, 158:5, 158:10, 158:15, 158:16, 158:17, 195:17, 231:23, 233:10, 286:23
generally [19] - 5:25, 28:3, 28:6, 41:10, 42:2, 48:10, 79:11, 134:3, 141:20, 143:11, 171:5, 183:18, 231:2, 231:5, 268:19, 283:6, 288:22, 290:23, 294:9
generation [1] - 226:1
GENESIS [217] - 2:5, 9:12, 24:8, 25:16, 25:18, 25:23, 26:8, 31:4, 33:15, 35:8, 35:17, 36:14, 37:7, 37:19, 37:20, 37:22, 37:24, 39:7, 41:17, 41:21, 41:25, 42:3, 43:2, 43:6, 43:7, 43:10, 43:23, 44:13, 45:19, 46:6, 46:11, 47:10, 47:14, 47:20, 48:3, 48:25, 49:15, 49:16, 49:19, 49:21, 49:22, 50:1, 50:16, 53:1, 53:7, 57:17, 58:15, 58:21, 59:9, 60:9, 60:12, 61:7, 61:20, 62:3, 65:9, 65:10, 65:18, 66:17, 67:8, 67:11, 68:14, 70:17, 72:3, 72:13, 72:19, 72:25, 73:23, 74:4, 74:20, 75:12, 75:17, 75:22, 77:5, 77:8, 77:15, 77:25, 79:1, 80:1, 83:21, 84:8, 85:8, 86:1, 132:5, 132:20, 132:22, 150:22, 151:4, 151:6, 151:14, 151:15, 151:19, 151:24, 152:16, 152:19, 153:1, 156:1, 156:10, 157:4, 157:8, 157:14, 159:12, 161:9, 161:24, 164:8, 164:14, 164:25, 165:20, 169:25, 177:18, 187:23, 189:10, 189:12, 194:13, 194:19, 197:6, 197:13, 200:17, 201:24, 202:18, 203:1, 203:18, 203:21, 203:25, 207:24, 208:7, 208:12, 209:2, 211:3, 211:17, 212:8, 214:15, 214:24, 215:11, 215:23, 215:24, 216:7, 217:15, 217:19, 219:13, 220:20, 222:8, 223:10, 230:14, 230:16, 232:22, 232:25, 235:21, 236:3, 236:20, 237:5, 237:7, 237:11, 237:12, 237:23, 238:2, 238:25, 239:2, 239:6, 239:17, 239:18, 239:23, 239:25, 240:2, 242:12, 243:4, 243:10, 244:18, 245:2, 246:17, 246:18, 247:8, 247:15, 247:21, 247:24, 248:15, 248:18, 250:4, 250:23, 251:2, 251:12, 251:15, 252:9, 252:21, 254:4, 254:6, 254:8, 254:10, 254:14, 258:4, 259:1, 259:19, 261:25, 262:8, 265:12, 266:1, 266:5, 266:9, 266:16, 266:22, 267:12, 268:6, 269:3, 269:14, 271:7, 271:19, 273:1, 273:3, 273:19, 273:23, 274:12, 274:15, 275:7, 276:1, 276:8, 290:7, 293:9
gentleman [1] - 68:16
geographic [1] - 96:5
GEORGANTAS [124] - 3:8, 3:13, 3:17, 5:12, 5:14, 9:10, 9:11, 15:11, 17:9, 17:10, 20:9, 25:2, 25:4, 27:15, 28:23, 30:20, 32:13, 32:17, 34:1, 48:11, 50:7, 50:11, 52:7, 52:15, 52:16, 54:18, 54:21, 55:1, 57:8, 57:11, 57:12, 58:11, 58:13, 58:14, 59:4, 59:6, 60:4, 60:6, 60:7, 60:22, 60:24, 60:25, 61:14, 61:16, 61:17, 62:22, 63:1, 63:2, 64:23, 66:25, 67:3, 67:6, 67:25, 86:7, 86:13, 154:25, 170:6, 170:8, 174:22, 174:24, 175:15, 175:16, 176:23, 182:7, 182:11, 184:13, 187:21, 188:6, 188:8, 189:15, 189:16, 193:22, 193:23, 200:11, 200:13, 201:21, 201:23, 203:19, 203:20, 207:22, 207:23, 210:1, 210:4, 210:5, 211:8, 211:19, 211:21, 212:3, 212:15, 213:9, 219:3, 219:7, 219:24, 221:17, 221:23, 222:15, 223:17, 223:23, 223:25, 224:5, 255:8, 255:10, 265:16, 265:19, 265:21, 268:25, 269:2, 269:10, 269:12, 278:1, 278:4, 281:2, 281:4, 284:4, 284:18, 284:24, 285:2, 297:22, 298:1, 300:13, 300:15, 304:24, 306:16, 307:9
Georgantas [11] - 2:6, 34:6, 34:13, 65:6, 126:9, 193:17, 218:17, 219:2, 278:12, 293:3, 300:11
Georgantas's [1] - 65:4
George [1] - 1:19
ghost [3] - 244:16, 245:20, 248:12
given [15] - 43:24, 44:9, 65:12, 71:25, 115:8, 115:9, 158:23, 160:6, 169:17, 185:9, 193:13, 230:15, 258:21, 272:16, 279:19
glanced [2] - 237:6, 251:20
God [4] - 87:1, 225:1, 225:2, 285:18
Government [1] - 146:1
government [1] - 8:23
government-maintained [1] - 8:23
GPS [1] - 244:2
grabbed [3] - 140:1, 178:13, 251:1
grabs [2] - 299:22
grade [2] - 110:6, 175:24
graded [1] - 300:23
grades [2] - 174:18, 175:11
gradually [1] - 143:1
graduate [1] - 88:16
grandfathered [1] - 226:19
great [9] - 50:9, 69:8, 86:19, 135:7, 225:3, 226:11, 277:5, 307:11, 307:20
Great [4] - 96:7, 99:1, 226:22, 226:24
greater [8] - 26:4, 26:10, 41:20, 41:22, 42:1, 42:3, 149:17, 245:25
greatly [1] - 244:18
green [36] - 53:6, 53:18, 55:6, 55:17, 57:14, 57:24, 58:5, 58:24, 61:9, 62:18, 72:13, 72:20, 73:5, 73:23, 82:5, 82:22, 85:9, 89:21, 146:19, 153:25, 159:7, 191:4, 191:8, 191:10, 191:16, 192:4, 192:20, 192:24, 192:25, 193:1, 193:10, 234:4, 246:23, 248:10, 252:19, 268:7

greens [71] - 27:13, 74:8, 74:10, 75:9, 157:1, 157:16, 158:13, 159:4, 160:17, 162:3, 165:6, 188:2, 188:4, 188:9, 188:19, 189:3, 189:24, 190:7, 190:10, 190:14, 190:18, 191:15, 191:21, 191:23, 191:25, 192:11, 192:12, 192:18, 192:19, 192:23, 193:9, 201:14, 205:22, 205:23, 206:9, 220:12, 238:17, 240:3, 240:24, 241:8, 241:18, 241:25, 242:6, 242:16, 242:17, 242:23, 248:24, 252:7, 259:25, 260:25, 261:15, 262:5, 267:13, 268:2, 268:16, 269:17, 269:18, 269:24, 271:10, 273:7, 275:17, 276:17, 276:25, 277:4, 277:9, 277:11, 277:24, 277:25
greens' [1] - 191:2
grocery [1] - 171:12
gross [1] - 226:22
ground [9] - 15:17, 26:3, 26:5, 70:20, 149:7, 161:2, 213:6, 231:2, 288:1
grounded [2] - 200:1, 203:8
Group [4] - 286:4, 286:5, 286:8, 286:10
group [4] - 111:13, 286:16, 302:20
grows [1] - 233:20
Guard [3] - 99:6, 116:22, 289:24
guard [51] - 13:21, 13:23, 76:18, 83:2, 91:13, 91:15, 91:20, 91:24, 94:13, 94:14, 94:16, 95:9, 95:10, 95:12, 95:16, 97:4, 98:15, 98:16, 98:18, 99:21, 114:7, 114:16, 114:19, 114:20, 115:11, 116:10, 116:20, 118:17, 119:16, 126:4, 126:7, 130:19, 130:22, 131:2, 131:5, 138:12, 168:1, 168:3, 169:17, 170:15, 173:24, 180:8, 226:17, 287:14, 289:18, 289:19, 290:2, 290:3, 298:20
guess [2] - 78:6, 176:7
Guide [3] - 31:19, 32:20, 33:22
guide [1] - 29:3
guidelines [4] - 48:5, 52:5, 52:9, 52:11
Guidry [10] - 285:13, 285:14, 286:1, 297:23, 299:15, 300:16, 300:18, 303:11, 306:18, 306:22
GUIDRY [1] - 285:22
Gulf [1] - 96:10
guy [1] - 137:3
guys [3] - 77:9, 108:13, 136:9
gyro [1] - 243:25

**H**

hairs [1] - 257:13
half [10] - 7:17, 7:18, 20:15, 129:19, 129:21, 129:22, 158:23, 166:1, 264:13, 272:15
hall [1] - 86:18
hallway [1] - 86:15
hand [12] - 38:9, 59:16, 80:25, 86:23, 139:5, 154:23, 178:9, 237:1, 239:16, 256:23, 285:15, 297:5
handbook [1] - 29:3
handed [3] - 80:18, 80:20, 178:8
handing [1] - 80:15
handle [3] - 80:16, 135:6, 260:21
handled [5] - 135:7, 137:8, 169:12, 169:18, 299:16
handling [25] - 29:3, 77:24, 78:3, 78:5, 78:6, 79:9, 79:18, 79:19, 79:25, 80:1, 80:15, 80:19, 80:25, 81:2, 101:8, 104:2, 104:7, 104:13, 108:5, 110:1, 122:22, 131:9, 131:12, 135:15, 172:7
handover [1] - 81:3
hands [1] - 80:14
hang [1] - 129:20
happy [1] - 222:4
harbor [1] - 107:20
hard [27] - 159:6, 160:22, 162:4, 162:6, 162:9, 162:23, 162:24, 162:25, 163:5, 163:7, 163:10, 172:3, 195:22, 207:25, 208:3, 241:20, 241:22, 242:3, 242:4, 244:17, 245:12, 245:14, 247:23, 270:19, 277:17, 281:22
Hard [1] - 162:10
hard-down [1] - 277:17
hard-over [2] - 162:23, 162:24
hard-shell [1] - 281:22
hard-to-starboard [2] - 207:25, 208:3
harder [1] - 163:8
harm [1] - 148:11
hazardous [1] - 255:22
head [15] - 32:10, 34:23, 55:5, 57:22, 80:5, 80:7, 80:8, 82:22, 100:10, 191:10, 199:7, 207:13, 220:14, 240:15, 254:18
head-on [8] - 32:10, 34:23, 55:5, 57:22, 207:13, 220:14, 240:15, 254:18
headed [11] - 53:6, 72:14, 141:23, 141:25, 150:24, 157:8, 195:17, 237:7, 273:23, 276:2, 276:3
heading [19] - 19:5, 37:1, 37:2, 50:16, 53:6, 53:8, 53:12, 55:9, 55:15, 55:17, 57:25, 58:2, 58:4, 76:11, 124:4, 124:6, 157:13, 196:7, 252:18
headway [7] - 130:16, 201:3, 201:7, 245:13, 270:19, 277:5, 277:16
health [1] - 138:25
hear [16] - 39:19, 68:12, 68:15, 82:14, 82:15, 120:3, 151:18, 172:1, 172:3, 186:6, 186:8, 186:10, 236:5, 236:13, 239:4, 305:10
heard [35] - 35:8, 37:8, 71:18, 76:17, 82:19, 82:20, 83:12, 115:2, 132:4, 150:25, 153:7, 153:8, 155:2, 155:4, 186:8, 208:11, 226:15, 231:11, 235:19, 238:22, 239:10, 248:16, 248:17, 250:11, 256:25, 258:20, 260:7, 264:4, 265:1, 279:9, 281:5, 287:1, 287:23, 297:25, 305:11
hearing [6] - 76:18, 83:2, 126:7, 153:11, 170:16, 287:14
hearsay [1] - 155:1
heavier [2] - 135:4, 156:7
heavy [3] - 136:18, 241:10, 297:8
height [3] - 16:25, 155:23, 156:1
heightened [2] - 236:11, 259:16
heights [3] - 16:5, 16:6, 16:9
held [3] - 217:22, 226:20, 261:25
helm [9] - 32:25, 72:4, 127:14, 160:18, 160:20, 162:2, 163:10, 299:20
helm's [1] - 72:1
help [17] - 17:18, 19:6, 32:8, 67:4, 71:1, 71:2, 87:1, 95:2, 96:9, 97:15, 97:16, 111:7, 131:21, 171:19, 224:25, 225:2, 285:18
helped [4] - 46:22, 110:19, 125:19, 290:6
helping [3] - 184:15, 184:17, 236:22
helps [1] - 130:9
hesitate [1] - 49:12

hesitation [1] - 303:8
hide [1] - 8:6
hierarchy [1] - 260:14
high [14] - 16:11, 16:18, 16:20, 29:5, 32:7, 45:14, 88:13, 88:14, 115:24, 184:24, 185:5, 185:8, 293:17, 301:12
high-pressure [2] - 29:5, 32:7
highest [1] - 185:3
highly [2] - 134:11, 279:18
Hill [2] - 1:23, 2:2
himself [5] - 37:9, 59:25, 137:6, 274:12, 299:22
hindsight [7] - 76:14, 249:3, 273:25, 274:4, 274:7, 274:8, 280:22
hired [2] - 47:10, 90:8
hisself [1] - 247:23
hit [14] - 74:17, 75:3, 75:6, 84:12, 86:1, 105:18, 132:22, 132:23, 132:24, 165:21, 207:13, 208:4, 216:25, 220:14
hitting [2] - 195:21, 278:25
hog [1] - 84:7
hold [8] - 44:6, 167:12, 226:21, 226:22, 226:23, 226:24, 265:16, 299:21
Hold [1] - 261:17
holding [1] - 178:15
hole [1] - 174:3
HOLLAND [1] - 78:19
Holland [5] - 68:16, 73:10, 74:2, 77:20, 78:25
Hollywood [3] - 89:15, 89:16, 90:9
home [1] - 118:22
homework [1] - 112:15
Honor [73] - 3:7, 3:8, 3:9, 3:13, 15:2, 20:4, 30:20, 32:13, 33:19, 33:25, 34:1, 34:3, 48:11, 50:8, 64:23, 66:25, 68:1, 68:11, 69:4, 86:5, 86:7, 86:13, 87:7, 97:22, 154:25, 170:4, 170:6, 175:13, 176:17, 182:7, 184:5, 193:12, 193:22, 210:1, 210:22, 211:1, 211:8, 213:9, 216:12, 219:1, 219:4, 219:15, 221:18, 221:19, 221:23, 222:2, 222:11, 222:15, 222:16, 222:25, 223:4, 223:23, 223:25, 224:5, 225:8, 225:9, 255:6, 255:8, 278:1, 278:4, 278:8, 280:25, 284:4, 284:5, 284:7, 284:19, 284:24, 285:6, 297:22, 304:22, 306:17, 306:19, 306:21
HONORABLE [1] - 1:16
hook [1] - 174:2
hope [1] - 247:20
hopefully [3] - 45:3, 154:8, 185:16
hoping [1] - 101:4
horizon [2] - 245:6, 253:14
horsepower [41] - 131:13, 131:14, 135:19, 135:20, 135:21, 135:25, 160:7, 181:21, 181:22, 228:14, 249:11, 249:15, 249:22, 276:11, 276:16, 276:20, 276:23, 276:24, 277:1, 277:10, 298:9, 298:10, 298:12, 298:14, 298:21, 298:23, 302:20, 302:21, 302:24, 302:25, 303:1, 304:25, 305:2, 305:5, 305:9, 305:16, 305:21, 306:9, 306:10
horsepower-to-tonnage [4] - 249:15, 298:9, 298:10
horsepowers [1] - 228:12
Houma [1] - 87:22
hour [9] - 28:20, 28:21, 68:5, 204:5, 221:5, 277:7, 279:12, 279:15, 279:18
hours [15] - 49:10, 94:10, 94:12, 94:19, 94:22, 94:25, 95:6, 126:10, 138:6, 138:7, 138:8, 138:19, 218:18
housecleaning [1] - 223:12
Houston [73] - 1:21, 2:3, 2:9, 2:14, 2:20, 12:13, 12:25, 14:8, 14:9, 19:12, 19:14, 31:2, 31:5, 31:8, 35:18, 36:2, 40:25, 42:13, 42:18, 45:15, 51:4, 51:10, 51:23, 52:11, 56:16, 63:20, 64:18, 66:6, 66:11, 66:12, 66:18, 67:12, 68:16, 84:4, 95:23, 96:3, 96:4, 107:21, 111:10, 112:2, 139:18, 141:24, 141:25, 142:8, 142:17, 142:23, 146:13, 150:14, 173:6, 213:23, 213:24, 213:25, 215:8, 215:10, 227:4, 229:5, 230:5, 232:23, 233:25, 234:2, 245:19, 245:21, 251:3, 251:21, 253:8, 277:6, 280:12, 289:14, 289:16, 294:18, 295:24, 298:13, 298:21
hug [2] - 75:19, 75:21
hugging [2] - 53:2, 70:5
hundred [1] - 39:1
hundreds [4] - 150:15, 173:6, 295:25
hurry [4] - 147:2, 147:15, 147:16, 202:5
hurt [2] - 147:21, 149:6
hydro [1] - 25:3
hydrodynamic [8] - 27:6, 31:11, 31:16, 32:3, 41:19, 41:22, 42:2, 49:5
hydrographic [2] - 11:19, 157:22
hydrostatic [2] - 63:5, 223:1

### I

idea [8] - 12:17, 12:24, 13:17, 151:3, 157:8, 215:25, 220:24, 236:2
identical [3] - 12:5, 12:7, 50:15
identification [1] - 209:16
identified [1] - 4:9
identifies [1] - 194:16
identify [3] - 4:23, 117:16, 118:9
illegal [2] - 168:9, 168:12
illustration [8] - 31:21, 31:24, 32:1, 32:20, 32:23, 33:5, 33:8, 41:7
image [10] - 237:1, 237:4, 244:15, 244:16, 244:24, 245:20, 251:8, 266:11, 266:25, 299:24
images [5] - 36:19, 109:2, 235:5, 245:22, 253:4
imaginary [1] - 245:1
imagine [1] - 185:4
imbedded [1] - 293:23
immediate [2] - 206:18, 274:5
immediately [11] - 95:17, 160:19, 206:17, 237:22, 238:1, 241:18, 242:2, 248:12, 250:8, 250:10, 250:25
impact [7] - 79:25, 139:13, 152:13, 152:15, 165:21, 207:20, 248:3
impacted [1] - 168:20
impending [3] - 246:21, 247:17, 247:19
implication [1] - 243:1
implying [2] - 211:24, 212:4
important [3] - 25:5, 291:7, 291:10
impossibility [2] - 270:1, 270:8
impossible [2] - 11:15, 269:20
improper [1] - 49:13
improve [7] - 110:19,

110:20, 112:20, 172:4, 293:1, 293:25, 294:1
improvement [7] - 110:11, 175:4, 176:6, 176:11, 176:25, 178:24, 180:3
IN [5] - 1:8, 1:8, 1:11, 1:13, 2:16
inappropriate [1] - 42:12
inbound [14] - 107:20, 139:21, 141:24, 143:1, 146:17, 150:24, 153:19, 184:17, 198:23, 234:1, 234:9, 269:22, 280:12
inception [1] - 218:19
inch [1] - 280:11
incident [53] - 7:11, 10:13, 11:22, 15:19, 16:17, 22:21, 46:15, 46:18, 46:19, 46:22, 48:3, 63:10, 68:21, 73:10, 73:16, 83:7, 83:18, 98:9, 106:10, 110:24, 111:3, 116:7, 124:14, 129:3, 139:13, 143:12, 166:12, 167:6, 167:17, 168:9, 168:12, 168:19, 168:20, 169:8, 169:12, 169:15, 169:19, 173:15, 174:8, 177:17, 179:16, 184:23, 217:10, 223:6, 230:21, 231:24, 232:13, 258:3, 292:9, 292:18, 297:19, 302:13, 302:18
incidents [5] - 173:12, 173:14, 292:9, 292:11, 292:14
include [8] - 112:7, 112:10, 112:22, 113:1, 172:7, 172:12, 305:24
included [1] - 304:8
includes [4] - 170:15, 277:3, 288:18, 288:24
including [2] - 190:15, 203:12
incompetent [1] - 296:4
incorrect [5] - 6:14, 7:24, 8:16, 9:1, 184:4
increase [2] - 29:8, 80:4
increasing [2] - 269:6, 269:14
incumbent [3] - 234:18, 234:21, 240:21
incurred [1] - 296:19
independent [1] - 121:3
indicate [5] - 17:16, 40:10, 231:19, 238:24, 280:13
indicated [6] - 21:1, 21:8, 57:1, 64:11, 64:12, 259:1
indicates [7] - 4:14, 19:1, 55:10, 63:20, 237:24, 250:6, 251:11
indicating [3] - 22:10, 32:3, 40:1
indication [3] - 151:21, 184:2, 197:4
indicator [1] - 38:10
indicators [1] - 58:1
individuals [2] - 240:7, 260:19
industries [1] - 79:17
industry [17] - 31:3, 89:10, 89:19, 135:18, 147:2, 226:2, 228:2, 228:4, 228:24, 229:14, 231:17, 232:1, 233:10, 236:5, 260:19, 298:24, 302:18
industry-standard [1] - 232:1
ineffective [1] - 279:10
information [75] - 5:8, 5:9, 5:21, 6:13, 6:21, 6:23, 7:2, 7:4, 7:7, 7:8, 7:23, 8:19, 9:5, 13:21, 14:1, 14:3, 14:12, 14:14, 14:17, 14:23, 14:24, 16:3, 16:7, 16:21, 19:4, 22:15, 54:1, 57:3, 110:19, 118:2, 123:9, 123:23, 140:24, 141:7, 144:1, 144:2, 146:5, 150:7, 161:16, 176:21, 179:6, 182:12, 184:3, 184:9, 188:14, 194:13, 194:16, 195:7, 195:16, 195:25, 209:24, 211:9, 211:15, 211:17, 211:25, 236:15, 236:19, 241:2, 242:10, 242:20, 244:3, 259:1, 259:4, 264:8, 267:25, 271:14, 272:13, 273:22, 274:1, 274:3, 274:5, 275:15, 275:24, 277:18, 282:23
informed [2] - 187:22, 205:20
initial [8] - 27:9, 62:8, 85:21, 151:19, 157:14, 273:6, 273:21, 278:16
initiated [1] - 38:2
injuries [1] - 229:14
INLAND [4] - 1:4, 1:8, 1:18, 2:1
Inland [4] - 88:9, 286:5, 286:6, 286:8
inland [18] - 13:4, 45:9, 45:15, 45:16, 96:8, 99:1, 226:2, 226:11, 226:22, 226:25, 228:25, 229:1, 235:3, 236:5, 240:6, 287:4, 287:7, 287:9
inlands [1] - 225:18
input [3] - 206:20, 209:13, 209:20
inputted [2] - 209:21, 209:22
inside [5] - 21:8, 21:10, 21:24, 62:19, 244:1
inspected [5] - 130:19, 226:7, 227:5, 227:11, 227:15
inspection [1] - 131:2
inspector's [1] - 134:20
inspects [1] - 130:22
installations [1] - 296:15
instance [2] - 80:9, 110:21
instead [4] - 51:16, 122:6, 129:25, 197:24
institute [1] - 111:7
instruct [1] - 171:18
instruction [1] - 188:11
instructor [2] - 121:14, 121:16
instrument [2] - 123:11, 183:4
instruments [2] - 177:8, 182:13
insufficient [5] - 4:19, 205:14, 205:17, 281:23, 281:25
intended [4] - 63:22, 63:23, 217:18, 222:2
intense [2] - 95:4, 294:11
intent [1] - 62:9
interact [2] - 112:22, 289:14
interacted [1] - 121:21
interaction [6] - 32:6, 33:11, 35:24, 41:20, 147:21, 260:12
interactions [1] - 41:22
interacts [1] - 294:15
interest [1] - 256:16
interestingly [1] - 257:11
interests [2] - 35:8, 113:2
interface [1] - 230:13
international [2] - 45:9, 45:13
internet [2] - 179:9, 179:10
interpreting [1] - 21:5
interrupt [1] - 287:17
intersection [2] - 142:12, 219:19
intersections [1] - 142:13
interval [1] - 114:6
interview [4] - 23:11, 85:21, 126:4, 170:15
interviewed [1] - 46:17
intimately [1] - 96:4
Intracoastal [1] - 96:10
invented [1] - 108:15
invitation [1] - 214:3
involve [1] - 52:12
involved [2] - 51:25, 205:6
ish [2] - 111:8, 187:14

issue [6] - 39:20, 48:3, 115:19, 145:4, 262:21, 291:16
issued [3] - 47:16, 117:20, 208:2
issues [7] - 30:6, 30:7, 138:25, 229:12, 239:2, 292:5, 302:12
issuing [2] - 252:4, 252:11
Item [2] - 49:4, 49:9
items [1] - 45:4
itself [10] - 18:25, 103:3, 155:24, 231:25, 233:22, 244:16, 248:15, 276:4, 279:22, 294:8

**J**

Jacinto [1] - 142:1
Jackson [3] - 115:23, 173:19, 173:20
James [8] - 1:23, 2:12, 63:1, 87:16, 174:11, 204:23, 213:15, 222:1
JAMES [75] - 68:11, 69:1, 69:14, 78:23, 85:2, 86:5, 86:14, 86:16, 86:18, 87:7, 87:9, 87:11, 87:14, 93:6, 97:20, 98:1, 98:2, 102:10, 102:12, 103:3, 103:4, 103:22, 103:24, 104:25, 105:2, 108:23, 108:24, 109:18, 109:20, 113:23, 113:24, 114:13, 114:15, 116:12, 116:13, 117:13, 117:15, 118:7, 118:8, 119:2, 119:3, 120:10, 120:12, 124:11, 124:12, 125:2, 125:4, 126:13, 126:14, 126:24, 126:25, 127:17, 127:19, 128:5, 128:8, 128:10, 137:2, 143:7, 143:8, 144:9, 144:17, 155:3, 155:8, 170:4, 175:13, 176:17, 184:5, 193:12, 210:22, 211:4, 216:11, 216:15, 219:1, 221:19, 223:4
January [3] - 119:22, 119:24, 124:17
Japanese [1] - 79:12
JASON [1] - 69:10
Jason [1] - 69:16
JEFFREY [1] - 1:16
Jim [1] - 285:13
job [15] - 89:7, 89:18, 92:24, 94:11, 95:5, 95:7, 100:7, 104:23, 120:18, 120:20, 136:9, 137:6, 286:11, 286:13, 287:20
jobs [2] - 90:19, 171:17
JOHN [2] - 225:11, 285:22
John [15] - 101:3, 103:13, 103:14, 107:15, 121:4, 124:21, 140:4, 140:12, 224:11, 224:18, 225:16, 284:13, 291:15, 292:24, 301:22
joined [1] - 89:11
JOSEPH [1] - 84:23
Joseph [1] - 85:4
journeyman [1] - 228:4
JR [1] - 84:23
Jr [1] - 85:4
Judge [1] - 217:21
judge [1] - 30:15
July [1] - 215:17
jump [5] - 129:25, 146:11, 177:16, 211:1, 230:20
jumped [1] - 180:25
jumpers [3] - 129:20, 129:23, 129:24
juncture [2] - 37:5, 38:25

**K**

Kawasaki [1] - 79:17
keel [8] - 78:7, 79:25, 80:9, 80:14, 129:18, 129:19, 129:20, 129:21
keep [34] - 12:14, 12:25, 13:25, 32:8, 57:9, 64:19, 75:21, 76:1, 125:20, 125:25, 153:4, 153:6, 153:13, 162:7, 163:18, 163:21, 166:23, 181:11, 186:2, 191:12, 203:9, 208:16, 208:22, 235:25, 236:4, 236:9, 236:24, 238:16, 240:11, 258:18, 259:15, 297:6, 299:23
Keep [2] - 236:21, 238:14
keeping [1] - 258:24
keeps [3] - 10:19, 300:3, 300:4
kept [7] - 73:23, 74:3, 163:10, 203:18, 203:21, 207:18, 208:20
Kevin [1] - 2:7
kick [2] - 43:20, 52:23
kicked [2] - 152:1, 218:3
killed [1] - 167:16
Kim [1] - 2:16
kind [28] - 4:3, 9:16, 10:14, 18:13, 55:4, 55:22, 57:4, 61:4, 66:15, 90:15, 93:15, 105:24, 112:18, 132:7, 134:3, 141:1, 141:20, 162:8, 162:20, 166:21, 167:23, 173:2, 175:23, 191:10, 202:3, 220:25, 236:23, 281:17
Kinder [1] - 173:25
kinds [1] - 289:6
kings [1] - 260:15
KIRBY [4] - 1:4, 1:8, 1:18, 2:1
Kirby [132] - 5:12, 5:15, 12:2, 12:18, 12:24, 13:5, 13:15, 13:18, 14:7, 14:18, 14:23, 15:4, 15:5, 17:9, 29:16, 29:19, 29:20, 29:24, 30:3, 30:13, 30:17, 48:6, 48:8, 68:10, 88:9, 88:10, 88:25, 89:12, 89:16, 90:9, 91:23, 92:15, 94:13, 94:17, 95:21, 97:8, 97:21, 98:4, 100:18, 101:13, 101:18, 101:20, 102:1, 105:17, 106:9, 106:17, 107:5, 107:8, 107:14, 107:16, 111:22, 111:24, 113:23, 114:9, 116:14, 116:22, 116:25, 117:13, 118:7, 118:20, 118:24, 120:16, 120:24, 121:7, 124:11, 131:6, 134:2, 134:14, 142:1, 146:25, 148:1, 152:4, 158:20, 165:22, 169:9, 170:19, 176:14, 179:13, 181:20, 213:19, 221:19, 222:22, 224:17, 225:20, 229:24, 230:6, 231:3, 231:13, 235:8, 235:11, 235:15, 251:5, 257:6, 257:8, 257:23, 281:18, 284:12, 284:14, 284:21, 284:25, 285:1, 285:13, 286:4, 286:5, 286:6, 286:7, 286:8, 286:9, 286:18, 286:21, 287:1, 287:3, 287:7, 289:3, 290:1, 290:5, 290:10, 290:25, 292:3, 293:20, 296:3, 296:6, 296:11, 297:12, 297:15, 298:9, 303:8, 304:20, 304:23
Kirby's [23] - 106:16, 224:12, 224:18, 230:22, 249:14, 257:12, 287:21, 288:3, 289:10, 289:13, 289:17, 289:23, 290:15, 293:22, 294:5, 294:6, 294:7, 296:16, 297:21, 298:9, 298:15, 298:23
Klawetter [1] - 2:12
KLAWETTER [3] - 3:9, 222:11, 306:19
knees [2] - 233:16, 233:18
knots [7] - 43:8, 43:11, 43:20, 44:14, 58:16, 220:22, 220:25
knowing [5] - 11:6, 23:18, 25:17, 148:24, 280:7
knowledge [16] - 146:3, 147:7, 160:13, 180:20, 183:23, 184:10, 197:5, 239:7, 256:19, 256:22, 260:21, 271:9, 282:13, 283:8, 283:17, 283:19
known [10] - 11:23, 16:16, 31:9, 226:4,

239:1, 243:8, 270:18, 270:21, 270:23, 277:19
knows [3] - 140:24, 219:17, 241:9

L

L.P [1] - 1:4
L46 [1] - 38:11
lack [4] - 5:4, 71:12, 95:1, 216:20
lacked [2] - 125:21, 176:7
lacking [3] - 236:22, 242:21, 258:23
lacks [1] - 236:19
laden [1] - 41:24
laid [3] - 116:3, 173:21, 174:2
Lakes [5] - 96:7, 99:1, 226:11, 226:22, 226:25
land [1] - 107:4
lane [114] - 3:24, 4:12, 4:18, 4:21, 5:2, 5:4, 6:18, 7:21, 7:24, 8:6, 8:9, 8:11, 9:1, 9:3, 9:25, 10:15, 10:24, 10:25, 11:6, 11:14, 14:25, 15:14, 15:16, 17:5, 18:5, 19:21, 21:3, 21:9, 21:10, 21:19, 21:24, 22:10, 22:12, 24:8, 24:9, 25:11, 25:17, 25:18, 25:21, 26:2, 26:10, 70:5, 84:6, 84:9, 85:15, 142:19, 146:23, 147:19, 147:22, 148:5, 148:6, 148:7, 148:16, 148:18, 164:24, 165:8, 165:10, 170:1, 183:6, 183:17, 183:19, 183:22, 184:3, 189:19, 194:9, 195:21, 196:16, 196:19, 197:7, 197:14, 197:18, 197:19, 197:20, 197:21, 198:3, 198:20, 199:16, 200:18, 201:25, 202:12, 202:19, 203:1, 203:7, 203:22, 204:2, 212:18, 212:21, 217:3, 217:20, 217:25, 234:2, 234:9, 237:19, 237:20, 262:1, 266:22, 267:13, 269:22, 272:1, 275:8, 280:11, 282:8, 282:12, 282:14, 282:18, 282:24, 283:1, 283:7, 283:11, 283:15, 283:22, 283:24, 284:1, 297:7
lanes [6] - 8:22, 146:12, 146:15, 146:20, 146:21, 197:2
language [4] - 235:24, 252:10, 268:13
lap [2] - 177:21, 178:13
large [5] - 31:3, 36:4, 81:24, 142:10, 214:10
larger [2] - 156:4, 245:18
largest [4] - 30:16, 233:20, 287:7, 287:9
last [20] - 52:13, 98:11, 103:11, 104:16, 109:17, 109:18, 109:21, 124:13, 144:22, 153:24, 171:2, 223:17, 228:20, 228:21, 228:23, 247:22, 250:16, 257:5, 293:10, 299:1
latest [1] - 6:5
Laura [5] - 2:19, 307:12, 308:3, 308:6, 308:7
layman [1] - 109:10
leadership [2] - 289:1, 289:2
leading [1] - 125:9
learn [4] - 93:17, 94:24, 111:13, 288:8
learned [7] - 48:4, 48:5, 48:22, 48:25, 49:10, 161:16, 295:19
learns [1] - 92:23
least [14] - 9:1, 13:17, 22:5, 34:8, 37:19, 40:21, 41:2, 53:17, 55:16, 178:22, 185:9, 193:5, 193:13, 217:1
leave [1] - 67:3
leeway [1] - 285:8
left [10] - 38:9, 38:16, 81:6, 136:11, 181:17, 181:18, 185:21, 237:1, 244:25, 274:8
left-hand [2] - 38:9, 237:1
leg [5] - 37:12, 59:1, 152:2, 178:1, 178:8
legal [8] - 30:19, 69:15, 78:24, 87:15, 129:15, 129:17, 129:18, 136:8
length [7] - 23:17, 132:1, 132:2, 132:25, 220:16, 232:4, 233:14
lengths [7] - 23:8, 23:14, 23:18, 23:20, 24:10, 220:4, 281:8
less [21] - 11:17, 15:14, 29:5, 43:17, 53:2, 61:21, 71:8, 71:10, 132:24, 133:16, 135:21, 135:25, 136:9, 149:18, 149:20, 157:17, 183:18, 185:1, 187:7, 280:13
lessons [5] - 48:4, 48:5, 48:22, 48:25, 49:10
letting [2] - 205:15, 264:1
level [7] - 92:6, 127:9, 127:10, 227:17, 236:2, 236:11, 300:24
Level [3] - 92:7, 92:8
levels [2] - 92:3, 92:5
LIABILITY [2] - 1:10, 1:14
liability [2] - 29:17, 30:16
license [28] - 91:6, 91:16, 95:13, 96:7, 96:8, 97:1, 98:7, 98:8, 98:12, 98:16, 98:23, 99:14, 114:7, 115:11, 116:20, 168:4, 226:3, 226:7, 226:9, 226:10, 226:15, 226:19, 226:23, 227:2, 227:5, 227:10, 229:1
licensed [2] - 93:3, 93:4
licenses [7] - 94:14, 226:20, 226:21, 227:3, 227:11, 227:15, 228:25
life [5] - 139:4, 155:18, 168:20, 218:24, 300:8
life-threatening [1] - 155:18
lift [2] - 247:23, 248:15
Light [7] - 18:9, 18:10, 19:12, 19:13, 19:14, 140:16
light [2] - 110:1, 120:21
likely [9] - 22:15, 26:2, 26:14, 83:5, 132:24, 197:6, 243:2, 244:8, 279:18
limitation [1] - 307:3
LIMITATION [2] - 1:9, 1:14
limits [3] - 237:19, 283:15, 298:16
LINE [1] - 2:5
line [22] - 9:16, 21:22, 38:5, 45:15, 53:10, 53:12, 53:13, 53:16, 55:14, 84:15, 124:5, 128:23, 148:9, 167:14, 194:13, 195:20, 198:14, 245:21, 245:23, 282:8
Line [3] - 17:22, 46:14, 46:18
lined [2] - 36:12, 307:6
lines [3] - 21:17, 246:1, 270:5
liquid [4] - 228:18, 228:21, 232:2, 232:16
list [3] - 84:14, 165:14, 289:20
listed [4] - 99:8, 165:12, 221:25, 295:18
listen [3] - 238:3, 242:7, 244:21
listened [2] - 49:18, 85:22
listening [3] - 177:7, 230:24, 304:14
listing [1] - 84:15
live [1] - 16:9
lives [4] - 85:25, 168:21, 169:1, 197:23
living [3] - 121:13, 225:17, 228:6
LLP [3] - 1:18, 1:20, 2:1
load [3] - 91:8, 233:7, 253:10
loaded [10] - 22:14, 25:9, 41:17, 172:20, 172:23, 173:17, 232:5, 232:12, 232:16,

249:18
loads [4] - 91:14, 107:22, 150:11, 172:22
local [1] - 185:20
located [4] - 140:13, 148:14, 154:6, 253:7
location [3] - 141:1, 148:1, 154:13
locations [2] - 145:8, 145:9
lock [3] - 107:21, 107:22, 107:23
locking [1] - 294:17
locks [1] - 296:14
log [2] - 129:25
longest [1] - 135:8
look [39] - 8:7, 18:25, 37:22, 45:18, 47:4, 48:24, 54:2, 55:8, 70:22, 71:2, 104:20, 120:17, 126:17, 127:1, 127:20, 130:23, 130:25, 140:8, 145:14, 148:17, 154:3, 154:10, 179:9, 186:19, 210:11, 244:8, 244:17, 245:6, 245:8, 245:18, 245:20, 245:22, 260:8, 266:3, 270:5, 273:12, 295:1, 299:24
look-around [1] - 186:19
looked [16] - 22:17, 25:7, 33:21, 60:1, 61:25, 81:20, 81:23, 82:1, 125:5, 126:15, 134:20, 141:5, 154:5, 190:21, 230:10, 250:2
looking [88] - 5:24, 6:18, 7:23, 7:24, 8:8, 9:12, 11:5, 12:1, 12:2, 12:4, 15:12, 16:1, 21:12, 21:17, 31:25, 32:22, 33:7, 34:9, 36:11, 37:3, 41:5, 41:6, 42:7, 52:19, 53:21, 54:1, 54:3, 54:4, 54:14, 55:2, 55:3, 55:22, 56:8, 57:6, 58:15, 59:20, 59:24, 60:14, 61:5, 62:18, 63:23, 63:24, 64:15, 67:18, 97:16, 103:8, 164:13, 174:14, 183:3, 185:19, 193:25, 194:11, 200:14, 201:24, 202:7, 203:24, 207:24, 208:14, 208:19, 209:1, 216:23, 220:2, 235:6, 237:1, 238:9, 245:1, 245:7, 246:15, 259:4, 260:6, 264:8, 266:4, 266:5, 266:24, 267:1, 267:11, 267:19, 267:21, 267:22, 268:9, 269:7, 272:8, 282:22, 283:20, 283:21, 284:23, 304:5
lookout [1] - 109:24
looks [5] - 11:13, 36:17, 60:1, 119:9, 127:2
loose [2] - 115:6, 167:7
lose [7] - 28:18, 85:24, 162:7, 168:4, 190:3, 198:10, 270:24
losing [3] - 51:1, 196:12, 270:17
loss [2] - 25:9, 270:19
lost [3] - 196:7, 245:13, 277:16
loud [1] - 172:9
Louise [1] - 1:18
Louisiana [2] - 87:20, 87:22
low [4] - 16:11, 63:24, 175:11, 302:25
lower [8] - 18:1, 18:11, 38:9, 59:1, 195:3, 226:13, 226:24, 235:6
lowest [4] - 11:2, 104:14, 108:9, 300:24
LP [1] - 1:8
LTD [2] - 1:13, 2:11
lunch [2] - 144:7, 144:19

## M

ma'am [30] - 228:17, 230:2, 231:4, 231:7, 231:10, 249:12, 287:13, 287:15, 287:19, 287:22, 290:9, 290:12, 290:22, 293:15, 295:9, 295:12, 295:15, 295:23, 296:1, 296:5, 296:12, 296:21, 296:24, 297:2, 298:11, 298:17, 298:19, 298:22, 299:4, 299:7
mail [3] - 48:22, 49:1, 119:6
Main [1] - 1:20
main [19] - 6:10, 6:12, 8:20, 9:17, 18:4, 25:25, 38:13, 59:16, 62:10, 63:20, 163:18, 173:15, 190:16, 195:11, 196:23, 203:13, 267:7, 268:7, 271:23
maintain [7] - 31:10, 64:6, 112:10, 163:19, 264:4, 264:19, 264:22
maintained [10] - 7:21, 8:19, 8:23, 9:4, 12:11, 22:1, 22:4, 65:16, 75:1
maintaining [2] - 201:10, 267:24
major [2] - 228:6, 303:4
majority [1] - 301:23
malfunction [1] - 137:10
man [6] - 87:25, 136:19, 136:20, 136:21, 137:5, 289:8
manage [7] - 171:10, 171:13, 171:14, 175:24, 286:14, 286:15
Manage [1] - 175:7
management [17] - 108:22, 111:14, 114:3, 114:14, 117:2, 117:4, 117:6, 117:17, 117:25, 204:24, 288:19, 288:23, 288:25, 303:21, 304:8
MANAGEMENT [2] - 2:5, 2:11
manager [2] - 286:23
managers [1] - 49:15
managing [2] - 171:13, 288:8
maneuver [26] - 28:4, 28:14, 50:24, 51:3, 61:25, 106:7, 133:19, 159:10, 159:22, 160:3, 160:8, 160:11, 160:14, 161:20, 164:6, 190:1, 190:25, 195:13, 199:24, 200:6, 200:8, 204:13, 217:19, 273:21, 274:16
maneuverability [6] - 27:25, 49:7, 77:25, 153:22, 196:12, 220:15
maneuvered [1] - 35:4
maneuvering [8] - 28:1, 28:2, 28:16, 49:5, 109:25, 110:1, 161:21, 174:16
maneuvers [1] - 161:25
manner [1] - 252:20
March [1] - 97:2
Marie [147] - 4:7, 4:11, 4:16, 6:25, 11:24, 12:18, 12:24, 13:2, 14:24, 16:4, 16:10, 22:23, 23:7, 24:6, 24:23, 27:8, 28:12, 47:1, 47:21, 49:23, 50:2, 86:5, 86:15, 86:20, 87:16, 88:18, 98:24, 103:25, 114:1, 125:25, 126:12, 128:12, 134:22, 143:9, 144:18, 147:13, 170:9, 182:12, 185:12, 187:16, 193:13, 193:25, 210:6, 211:5, 212:16, 213:10, 213:14, 216:16, 218:17, 219:8, 227:22, 231:13, 232:17, 236:2, 236:16, 236:20, 236:22, 237:4, 237:14, 237:22, 237:25, 238:11, 238:13, 238:18, 238:22, 239:1, 239:7, 239:14, 239:21, 241:12, 241:15, 241:18, 242:11, 242:20, 243:3, 243:8, 243:9, 243:19, 246:20, 247:18, 248:17, 248:23, 249:5, 250:3, 250:6, 251:14, 251:20, 252:4, 252:6, 253:22, 254:24, 255:3, 256:20, 257:25, 258:3, 258:24, 259:4, 261:5, 262:4, 262:13, 263:12, 264:5, 266:4, 266:15, 267:1, 267:11, 268:3, 269:7, 270:20, 271:2, 271:14, 272:12, 275:17, 275:24, 276:7, 277:18, 278:13, 279:2, 280:11,

283:20, 288:5, 288:17, 290:6, 290:13, 290:24, 291:5, 291:8, 291:9, 291:25, 292:8, 292:15, 293:3, 293:12, 293:19, 293:20, 293:21, 293:24, 295:21, 296:2, 296:4, 297:4, 297:10, 297:13, 299:16, 300:22, 301:17, 303:5
MARIE [1] - 87:11
Marie's [27] - 47:7, 144:11, 230:18, 230:22, 230:25, 231:5, 231:8, 231:18, 239:15, 242:1, 250:11, 250:13, 250:21, 256:22, 258:25, 267:15, 281:6, 281:14, 287:24, 290:20, 291:18, 291:21, 293:16, 295:11, 295:13, 295:18, 296:25
marine [2] - 119:20, 287:7
Marine [10] - 88:9, 89:15, 286:4, 286:5, 286:6, 286:7, 286:8, 286:9, 294:25
MARINE [4] - 1:4, 1:8, 1:18, 2:1
mariner [10] - 16:11, 19:4, 98:7, 213:3, 225:18, 226:1, 241:9, 261:1, 270:18, 299:18
Mariner's [1] - 29:3
mariners [5] - 13:11, 256:6, 275:6, 280:15, 280:17
maritime [5] - 31:3, 89:10, 89:19, 111:8
Maritime [1] - 119:20
mark [6] - 224:1, 245:19, 245:21, 245:23, 270:6, 270:7
marked [13] - 19:10, 63:4, 67:11, 67:13, 84:21, 98:4, 121:6, 126:16, 144:20, 148:10, 223:24, 225:20, 229:24
marker [4] - 11:3, 11:9, 18:16, 62:20
Marker [6] - 8:4, 8:12, 9:19, 9:22, 18:16, 19:18
markers [1] - 122:7
markings [1] - 148:4
marks [4] - 9:22, 18:16, 108:7, 175:3
married [3] - 87:25, 88:2, 88:3
mask [3] - 87:5, 225:4, 285:21
master [7] - 46:11, 47:25, 226:7, 226:11, 226:18, 226:22, 226:24
masters [4] - 48:23, 49:10, 98:25
material [1] - 230:10
materials [2] - 230:1, 230:2
mates [1] - 81:12
math [1] - 249:20
matrix [5] - 181:25, 249:15, 249:16, 304:21, 304:23
matter [4] - 120:20, 124:6, 306:10, 308:5
MATTER [2] - 1:8, 1:11
matters [2] - 257:19
maximum [4] - 149:14, 242:5, 244:9, 249:16
mean [72] - 3:25, 8:25, 17:24, 26:17, 27:2, 27:3, 29:10, 35:16, 84:14, 92:10, 96:12, 96:14, 96:16, 96:18, 99:15, 109:8, 109:10, 115:5, 122:8, 123:9, 127:11, 129:17, 130:21, 131:22, 134:21, 150:2, 150:8, 159:5, 161:5, 163:5, 163:8, 164:11, 165:14, 167:11, 171:12, 171:15, 177:24, 179:4, 179:8, 181:9, 181:10, 183:10, 185:1, 185:6, 189:11, 190:18, 191:2, 192:23, 193:8, 194:22, 197:17, 197:19, 209:20, 217:21, 219:14, 236:13, 237:9, 237:12, 242:4, 248:8, 250:15, 258:25, 262:24, 266:8, 267:15, 267:21, 269:18, 273:8, 283:13, 287:17, 287:18, 298:2
mean.. [1] - 93:14
meaning [14] - 19:16, 29:24, 74:10, 75:8, 75:21, 77:14, 90:9, 99:18, 102:22, 122:8, 135:21, 141:10, 147:2, 197:18
means [27] - 13:9, 40:18, 41:14, 61:4, 61:5, 96:9, 109:11, 109:13, 114:24, 115:6, 115:17, 127:12, 129:18, 130:22, 149:12, 150:11, 153:10, 159:5, 159:16, 164:12, 164:16, 166:19, 171:16, 181:10, 191:7, 218:8, 275:13
meant [12] - 108:2, 108:4, 185:5, 189:13, 190:11, 190:14, 191:25, 192:4, 192:17, 192:19, 242:24, 276:23
measures [1] - 48:13
mechanical [1] - 2:21
medical [1] - 98:18
meet [24] - 26:10, 31:5, 31:8, 31:23, 35:7, 94:8, 109:16, 118:16, 150:23, 151:3, 151:7, 170:11, 180:10, 181:1, 194:23, 200:23, 214:16, 219:13, 240:9, 240:19, 240:21, 240:22, 247:10, 272:24
meeting [35] - 32:21, 33:5, 33:16, 36:6, 36:16, 39:13, 39:21, 40:2, 41:7, 42:13, 42:19, 42:23, 43:1, 54:10, 62:2, 66:18, 159:18, 160:2, 195:1, 200:22, 214:14, 214:23, 215:2, 215:12, 215:22, 216:6, 219:22, 220:2, 234:20, 240:7, 240:8, 254:14, 254:18, 261:24, 272:18
meetings [1] - 111:13
meets [1] - 110:8
members [2] - 12:13, 180:1
memorialize [1] - 121:9
memory [4] - 17:18, 30:8, 64:3, 70:25
memos [1] - 48:5
men [1] - 136:17
mention [4] - 20:2, 141:15, 273:17, 305:15
mentioned [15] - 5:5, 5:7, 16:2, 20:25, 27:13, 209:11, 287:20, 288:14, 288:17, 288:24, 291:3, 291:17, 292:2, 294:9, 304:8
merchant [1] - 98:7
merged [2] - 89:16, 89:17
messing [1] - 177:24
met [10] - 69:17, 70:17, 73:19, 121:14, 151:16, 214:16, 214:19, 215:5, 219:9, 219:19
meter [7] - 243:21, 243:25, 244:4, 244:7, 244:13, 253:23, 253:24
meters [3] - 137:16, 154:9, 243:23
method [1] - 110:21
mic [2] - 172:2, 258:8
Michael [3] - 120:25, 121:2, 121:9
microphone [3] - 238:1, 250:9, 251:1
mid [1] - 273:15
mid-2007 [1] - 228:22
mid-channel [1] - 273:15
middle [2] - 232:1, 303:14
midship [1] - 241:21
midways [1] - 165:23
might [15] - 9:1, 15:6, 90:2, 108:25, 113:2, 151:3, 178:4, 184:4, 197:13, 203:6, 205:5, 212:24, 216:17, 285:8, 307:1
mile [11] - 20:15, 31:12, 81:21, 81:22, 122:7,

187:7, 245:19, 245:21, 264:14, 270:6, 270:7
miles [16] - 28:20, 28:21, 37:25, 38:1, 58:19, 59:7, 59:10, 59:19, 187:7, 204:5, 221:4, 244:12, 277:6, 279:12, 279:15, 279:17
military [1] - 185:20
mimic [1] - 94:14
mind [3] - 164:6, 190:13, 299:19
minimum [9] - 7:22, 8:22, 11:1, 13:7, 22:1, 110:8, 110:10, 146:23, 256:12
minute [10] - 36:24, 83:20, 140:3, 144:23, 166:15, 200:22, 245:5, 247:22, 278:1, 292:6
minutes [21] - 36:24, 68:5, 68:12, 68:22, 80:23, 81:5, 83:20, 116:19, 166:9, 166:10, 178:16, 178:23, 181:6, 194:22, 195:4, 195:10, 248:22, 272:15, 285:11, 307:5
mischaracterized [1] - 305:3
mischaracterizes [1] - 210:23
Misha [1] - 2:1
MISS [2] - 29:21, 30:10
Mississippi [6] - 96:12, 96:16, 226:9, 226:13, 226:14, 226:24
misstates [3] - 27:11, 175:13, 176:17
misstating [1] - 301:19
misunderstanding [1] - 305:13
MMI [2] - 134:2, 134:16
Mobile [2] - 105:22, 105:23
moment [10] - 32:16, 55:16, 108:25, 187:22, 237:11, 248:3, 263:11, 266:14, 268:1, 268:13
momentum [3] - 164:1, 191:13, 279:11
Montgomery [1] - 1:20
month [1] - 10:13
monthly [2] - 289:5, 289:6
months [8] - 90:25, 91:3, 100:3, 124:18, 169:6, 215:16
Morgan [1] - 173:25
Morgan's [2] - 80:20, 150:25
morning [11] - 3:18, 3:19, 30:25, 31:1, 68:6, 150:21, 222:5, 307:1, 307:4, 307:8, 307:14
most [9] - 14:11, 34:23, 103:5, 172:3, 229:12, 229:15, 246:14, 291:19, 291:24
mostly [2] - 227:18, 277:13
motion [6] - 124:7, 198:18, 237:24, 241:13, 244:8, 253:21
move [27] - 15:9, 20:8, 28:3, 31:13, 32:10, 35:5, 58:21, 72:9, 74:23, 76:5, 91:8, 92:19, 93:18, 100:1, 116:12, 128:6, 133:13, 133:14, 155:7, 193:15, 200:12, 218:5, 242:5, 242:6, 247:12, 247:25, 285:7
moved [5] - 89:21, 174:25, 201:1, 217:24, 218:11
moving [5] - 73:7, 76:9, 130:11, 198:17, 227:10
Moyle [4] - 107:15, 108:13, 110:15, 292:24
MR [239] - 3:7, 3:8, 3:9, 3:13, 3:17, 5:12, 5:14, 9:10, 9:11, 15:11, 17:9, 17:10, 20:9, 25:2, 25:4, 27:15, 28:23, 30:20, 30:24, 32:13, 32:15, 32:17, 32:18, 33:19, 33:25, 34:1, 34:3, 34:4, 36:8, 36:10, 38:20, 38:21, 39:4, 39:5, 44:22, 48:11, 50:7, 50:11, 52:7, 52:15, 52:16, 54:18, 54:21, 55:1, 57:8, 57:11, 57:12, 58:11, 58:13, 58:14, 59:4, 59:6, 60:4, 60:6, 60:7, 60:22, 60:24, 60:25, 61:14, 61:16, 61:17, 62:22, 62:25, 63:1, 63:2, 64:23, 65:2, 66:22, 66:25, 67:3, 67:6, 67:25, 68:2, 68:11, 69:1, 69:14, 78:23, 85:2, 86:5, 86:7, 86:13, 86:14, 86:16, 86:18, 87:7, 87:9, 87:14, 93:6, 97:20, 98:1, 98:2, 102:10, 102:12, 103:3, 103:4, 103:22, 103:24, 104:25, 105:2, 108:23, 108:24, 109:18, 109:20, 113:23, 113:24, 114:13, 114:15, 116:12, 116:13, 117:13, 117:15, 118:7, 118:8, 119:2, 119:3, 120:10, 120:12, 124:11, 124:12, 125:2, 125:4, 126:13, 126:14, 126:24, 126:25, 127:17, 127:19, 128:3, 128:5, 128:8, 128:10, 137:2, 143:7, 143:8, 144:9, 144:17, 154:25, 155:3, 155:8, 170:4, 170:6, 170:8, 174:22, 174:24, 175:13, 175:15, 175:16, 176:17, 176:23, 182:7, 182:11, 184:5, 184:13, 187:21, 188:6, 188:8, 189:15, 189:16, 193:12, 193:22, 193:23, 200:11, 200:13, 201:21, 201:23, 203:19, 203:20, 207:22, 207:23, 210:1, 210:4, 210:5, 210:22, 211:1, 211:4, 211:8, 211:19, 211:21, 212:3, 212:6, 212:12, 212:14, 212:15, 213:9, 213:13, 216:9, 216:11, 216:15, 219:1, 219:3, 219:7, 219:15, 219:24, 221:17, 221:18, 221:19, 221:23, 221:24, 222:11, 222:15, 222:25, 223:4, 223:9, 223:12, 223:17, 223:23, 223:25, 224:5, 255:8, 255:10, 265:16, 265:19, 265:21, 268:25, 269:2, 269:10, 269:12, 278:1, 278:4, 278:6, 281:2, 281:4, 284:4, 284:5, 284:18, 284:20, 284:24, 285:2, 297:22, 298:1, 300:13, 300:15, 304:24, 306:16, 306:19, 306:25, 307:9, 307:16, 307:19
MS [54] - 15:2, 20:4, 27:11, 33:24, 45:1, 48:6, 48:7, 48:17, 50:5, 66:24, 128:6, 222:2, 222:8, 224:11, 224:18, 225:8, 225:14, 235:4, 235:18, 238:6, 242:9, 243:13, 243:15, 244:23, 246:2, 246:3, 246:11, 247:4, 247:14, 247:25, 248:2, 251:5, 251:7, 253:1, 253:3, 255:6, 278:8, 278:11, 280:25, 284:7, 284:12, 285:6, 285:13, 285:25, 293:9, 293:11, 294:23, 294:24, 298:7, 299:12, 299:14, 300:10, 304:22, 306:21
mud [3] - 26:17, 26:19, 149:9
muddy [1] - 149:5
multiple [5] - 42:19, 46:5, 111:19, 111:21, 111:23
multiply [1] - 306:8
multitask [1] - 250:14
must [1] - 49:10
mutual [1] - 277:25

## N

nail [1] - 192:16
name [5] - 69:15, 78:24, 85:3, 87:15, 225:15
named [1] - 120:25
narrow [3] - 49:11, 106:1, 269:21
nature [1] - 229:15
nautical [6] - 7:9, 8:18, 14:17, 37:25, 38:1, 57:2
navigable [2] - 13:7,

13:22
navigate [8] - 146:1, 150:9, 196:23, 212:23, 280:18, 283:14, 283:24, 291:22
navigating [4] - 13:4, 121:22, 197:1, 289:15
navigation [30] - 6:12, 6:24, 43:3, 45:5, 45:8, 64:13, 84:21, 119:15, 119:19, 119:21, 120:20, 121:4, 137:13, 137:18, 140:10, 143:14, 143:16, 146:4, 229:13, 229:16, 238:19, 282:11, 290:18, 291:17, 291:18, 291:25, 294:12, 294:13, 294:16, 303:24
navigational [4] - 231:9, 237:16, 239:15, 272:3
navigator [4] - 7:4, 7:7, 103:20, 150:14
navigators [1] - 289:4
near [10] - 16:18, 22:20, 51:11, 181:2, 202:15, 236:9, 237:19, 267:7, 275:8, 279:15
nearly [4] - 50:15, 250:15, 259:1, 266:21
necessarily [3] - 145:16, 193:9, 236:13
necessary [5] - 136:8, 275:10, 293:20, 296:14, 300:8
need [37] - 13:2, 15:2, 25:8, 34:21, 44:10, 49:4, 55:8, 70:22, 73:1, 81:13, 81:14, 82:21, 112:19, 130:23, 141:2, 146:5, 147:15, 156:24, 158:12, 159:23, 159:24, 171:19, 172:1, 176:6, 178:3, 178:6, 182:22, 187:24, 191:7, 205:21, 206:8, 234:10, 241:17, 242:17, 259:24, 285:10
needed [8] - 43:20, 110:11, 110:18, 158:9, 176:6, 186:20, 262:12, 274:1
needs [9] - 16:4, 45:23, 59:25, 171:16, 171:17, 175:4, 177:11, 262:11, 299:20
negative [6] - 122:18, 122:21, 167:22, 168:4, 168:6, 169:18
negotiating [1] - 142:15
never [12] - 30:18, 47:23, 92:16, 154:17, 170:1, 212:9, 214:7, 214:10, 283:13, 283:14, 300:2
New [1] - 113:19
new [8] - 101:5, 140:8, 140:9, 193:24, 195:25, 275:15, 275:24, 281:17
newer [2] - 101:4, 302:7
next [34] - 37:9, 37:12, 55:23, 68:7, 68:10, 92:17, 92:18, 95:17, 95:25, 96:24, 97:7, 99:24, 100:13, 165:11, 174:22, 186:16, 189:15, 198:2, 200:11, 201:21, 201:22, 212:11, 224:10, 224:12, 224:17, 224:18, 235:4, 238:3, 239:21, 242:10, 269:10, 285:12, 298:6
nice [1] - 84:6
night [3] - 115:24, 291:15, 307:20
nine [5] - 47:15, 47:16, 47:20, 92:13, 169:6
NO [1] - 1:13
no-go [2] - 4:3, 4:25
NOAA [8] - 5:18, 12:3, 22:7, 143:16, 145:24, 157:19, 280:12, 280:20
non [1] - 185:20
non-military [1] - 185:20
none [5] - 79:21, 79:22, 141:17, 146:24
noon [1] - 138:16
normal [12] - 35:13, 35:25, 36:17, 40:2, 41:2, 85:14, 104:22, 137:21, 137:23, 233:24, 293:22
normally [4] - 137:5, 146:16, 177:25, 234:5
north [2] - 51:20, 270:7
northbound [3] - 107:21, 115:24, 173:20
notable [1] - 246:14
notation [1] - 21:13
notch [1] - 153:12
Note [2] - 17:12, 19:8
note [14] - 17:15, 17:25, 18:19, 18:24, 19:2, 19:6, 20:6, 20:7, 45:23, 212:6, 223:5, 247:5, 247:6, 247:8
noted [1] - 297:18
notes [3] - 209:6, 223:7, 278:2
nothing [17] - 66:24, 68:2, 83:17, 83:19, 87:1, 130:17, 161:17, 161:19, 195:14, 221:18, 224:25, 274:14, 275:15, 276:7, 280:25, 285:17, 303:25
notice [3] - 13:11, 49:15, 299:15
noticed [1] - 154:12
notices [1] - 141:2
November [1] - 120:10
NTSB [7] - 45:18, 46:4, 126:5, 126:7, 170:15, 180:9, 185:23
NTSB's [1] - 46:3
Number [2] - 49:4, 49:9
number [8] - 11:15, 62:17, 148:4, 150:17, 175:4, 230:8, 232:9, 250:18
numbers [3] - 24:4, 63:8, 224:3
numerous [3] - 83:12, 257:14, 258:20

**O**

O'Brien [1] - 2:17
OAK [74] - 2:11, 30:22, 31:4, 33:15, 34:7, 35:17, 36:12, 36:13, 36:20, 36:25, 37:4, 37:14, 37:19, 37:24, 38:2, 38:13, 38:16, 38:25, 39:7, 40:21, 41:11, 41:21, 42:3, 43:2, 52:23, 53:5, 53:10, 54:4, 54:7, 54:15, 55:4, 55:6, 55:17, 55:21, 56:12, 57:13, 57:21, 58:8, 58:24, 59:11, 59:21, 59:24, 60:2, 60:18, 61:11, 61:21, 62:1, 62:6, 62:12, 64:1, 64:7, 65:5, 65:8, 65:18, 65:25, 66:17, 69:17, 70:17, 151:16, 210:7, 211:2, 213:15, 214:15, 214:24, 215:11, 215:12, 215:22, 216:6, 219:8, 219:12, 223:13, 223:15, 278:6
OAK's [2] - 53:22, 210:24
oath [3] - 3:11, 42:19, 215:11
obeying [1] - 85:19
object [4] - 15:2, 188:6, 219:15, 268:25
objected [1] - 48:12
objection [25] - 20:4, 27:11, 33:23, 33:24, 33:25, 34:1, 48:15, 154:25, 175:13, 176:17, 184:5, 210:22, 221:22, 222:10, 222:11, 222:14, 222:15, 222:18, 223:8, 223:16, 284:17, 284:18, 284:20, 297:22, 304:22
objections [1] - 223:3
objective [3] - 76:1, 174:15, 267:25
obligated [1] - 240:11
observation [2] - 135:25, 241:24
observe [2] - 151:18, 182:18
observed [1] - 122:15
observer [7] - 99:10, 99:12, 99:15, 116:15, 116:18, 118:10, 227:1
observing [1] - 121:20
obstruct [1] - 179:2

obstruction [4] - 21:23, 84:21, 281:25, 282:2
obstructions [3] - 280:10, 281:16, 281:21
occasion [1] - 180:7
occur [1] - 158:19
occurred [11] - 44:15, 44:18, 51:20, 72:12, 125:10, 143:12, 157:7, 223:6, 277:13, 287:11, 299:17
occurs [2] - 51:10, 303:8
odd [1] - 289:1
OF [7] - 1:2, 1:8, 1:9, 1:9, 1:11, 1:12, 1:14
offer [11] - 33:20, 34:15, 222:3, 222:24, 223:14, 223:21, 224:3, 284:8, 284:12, 306:24, 307:18
offered [4] - 15:3, 155:3, 230:17, 235:5
offers [1] - 221:20
office [5] - 106:24, 122:1, 182:3, 182:4, 256:3
officer [1] - 47:25
official [4] - 11:24, 14:17, 57:2, 145:25
Offshore [1] - 286:9
offshore [1] - 287:9
often [2] - 98:20, 99:12
Ohio [2] - 96:14, 107:24
oil [1] - 84:18
okayed [1] - 94:2
old [9] - 22:16, 87:17, 88:6, 89:11, 89:13, 154:20, 231:2, 234:15, 288:1
old-timers [1] - 154:20
on-the-job [1] - 92:24
onboard [13] - 99:17, 130:22, 182:13, 183:2, 194:25, 238:2, 244:7, 255:21, 277:21, 277:23, 288:12, 288:15, 306:4
once [17] - 28:8, 28:16, 46:1, 91:14, 92:12, 136:11, 141:25, 142:17, 142:22, 160:23, 161:12, 161:15, 217:3, 217:19, 224:3, 283:11, 288:9
oncoming [1] - 207:17
one [117] - 4:10, 18:19, 18:24, 19:16, 21:13, 24:19, 26:24, 28:25, 34:20, 36:24, 46:4, 49:9, 50:14, 50:15, 50:17, 57:6, 63:16, 81:12, 97:14, 97:15, 101:8, 103:23, 107:4, 107:10, 108:25, 109:2, 109:13, 111:18, 113:4, 119:24, 127:23, 129:7, 131:23, 131:24, 136:19, 136:20, 136:21, 136:23, 136:25, 137:5, 142:13, 143:24, 144:21, 144:23, 145:3, 150:23, 155:9, 168:16, 172:16, 173:19, 173:23, 177:7, 177:10, 177:13, 180:7, 180:10, 180:16, 182:25, 187:19, 189:15, 189:18, 199:3, 199:21, 199:23, 200:11, 200:12, 200:22, 201:21, 201:22, 204:6, 205:8, 206:4, 206:6, 206:9, 209:6, 213:18, 216:16, 216:22, 222:4, 223:17, 227:23, 228:6, 228:13, 233:13, 233:19, 233:22, 234:5, 234:7, 234:25, 240:8, 240:18, 243:23, 246:7, 248:11, 248:13, 253:9, 253:11, 253:16, 254:20, 257:11, 258:19, 263:16, 263:19, 265:1, 268:10, 268:20, 269:11, 269:13, 274:8, 278:1, 284:1, 286:7, 287:20, 291:8, 291:19, 300:24
one-third [3] - 233:13, 233:19, 233:22
one-whistle [4] - 234:5, 234:7, 234:25, 240:8
ongoing [1] - 13:6
online [2] - 12:20, 227:19
opened [1] - 81:12
operable [1] - 137:18
operate [5] - 99:6, 99:16, 99:19, 107:9, 287:4
operated [5] - 28:9, 96:21, 135:1, 135:3, 135:8
operating [1] - 131:3
operation [2] - 68:18, 294:14
operations [5] - 286:12, 286:15, 286:24, 286:25
operator [3] - 226:4, 226:6, 226:17
operators [2] - 227:12, 260:13
opinion [42] - 15:4, 25:16, 29:23, 30:2, 30:10, 30:12, 30:18, 36:13, 43:23, 44:3, 44:6, 44:9, 44:12, 215:21, 216:5, 220:21, 221:14, 231:12, 231:18, 246:5, 248:23, 250:3, 251:18, 252:14, 254:16, 254:21, 254:24, 255:3, 255:15, 259:13, 270:4, 273:8, 273:9, 273:10, 273:20, 279:1, 280:6, 297:23, 297:25, 298:5
opinions [6] - 229:22, 230:11, 230:15, 230:17, 249:4, 249:8
opportunity [2] - 34:15, 249:7
opposed [5] - 27:5, 65:18, 199:17, 207:7, 261:12
opposite [1] - 269:22
ops [1] - 286:23
optimistic [1] - 281:9
option [34] - 3:21, 22:22, 22:25, 23:3, 23:6, 24:18, 24:24, 25:10, 82:24, 153:17, 153:18, 153:20, 153:24, 154:1, 154:15, 155:9, 189:2, 189:5, 206:21, 220:11, 220:14, 263:8, 263:20, 264:23, 268:4, 278:15, 278:18, 279:20, 279:21, 280:6, 280:9, 280:23
optional [1] - 86:8
options [17] - 24:19, 24:20, 153:14, 153:16, 154:3, 154:11, 186:18, 188:25, 189:7, 212:24, 238:12, 238:14, 249:4, 259:6, 266:15, 278:13, 280:21
OR [2] - 1:9, 1:14
order [9] - 3:2, 24:23, 28:18, 44:7, 93:24, 94:7, 95:10, 162:18, 208:3
orders [2] - 171:12
ordinarily [1] - 131:15
ordinary [4] - 39:15, 40:3, 40:7, 42:12
organized [1] - 102:1
orientation [3] - 217:17, 239:17, 246:12
original [2] - 73:19, 195:13
originally [1] - 226:3
Orleans [1] - 113:19
orthodox [1] - 35:12
OSHA [1] - 227:20
otherwise [2] - 50:17, 54:23
outbound [8] - 146:18, 193:1, 234:3, 234:4, 237:8, 251:21, 251:22, 259:2
outcome [2] - 73:15, 110:6
outer [2] - 237:19, 283:15
outfitted [1] - 137:14
outline [2] - 56:11, 245:25
outside [49] - 3:24, 3:25, 4:12, 4:18, 4:21, 5:2, 5:4, 6:12, 8:25, 9:3, 9:5, 10:23, 12:11, 15:14, 17:5, 18:21, 19:2, 19:5, 19:24, 20:22, 21:2, 45:14, 84:14, 140:2, 145:8, 145:9, 145:11, 145:13, 145:15, 147:25, 148:12, 148:17, 148:24, 149:5, 149:6, 149:17, 150:2, 150:9,

153:17, 153:20, 153:21, 184:3, 184:11, 203:15, 212:18, 212:20, 213:4, 280:14, 293:21
over-the-ground [1] - 70:20
overall [5] - 61:25, 104:16, 110:3, 129:13, 129:14
overboard [1] - 289:8
overcome [2] - 26:15, 43:17
override [1] - 44:1
overruled [3] - 48:15, 155:6, 269:1
oversteered [1] - 115:25
overview [2] - 229:10, 288:2
own [32] - 17:14, 20:8, 45:21, 49:1, 53:23, 91:19, 94:23, 94:24, 106:17, 106:18, 107:3, 115:13, 118:21, 196:14, 197:5, 202:25, 210:25, 211:7, 211:9, 214:4, 239:15, 239:23, 239:25, 241:1, 243:25, 244:7, 249:3, 250:16, 251:8, 256:8, 257:12, 258:25

**P**

p.m [5] - 144:13, 224:15, 307:21
P.M [1] - 1:5
page [16] - 45:23, 103:11, 103:22, 103:25, 104:16, 104:20, 104:21, 109:2, 109:3, 109:17, 109:18, 109:21, 174:22, 191:22, 293:10, 303:14
Page [9] - 9:13, 17:21, 48:24, 98:22, 104:25, 105:5, 126:24, 127:2, 127:17
page/line [2] - 69:4, 69:5
pages [1] - 108:23
Paltiyevich [1] - 2:1
PANAMA [3] - 1:6, 1:12, 2:5
panel [1] - 183:4
panels [1] - 123:11
paper [3] - 143:22, 143:23, 144:2
paperwork [6] - 100:21, 101:11, 101:14, 115:13, 129:16, 134:20
par [2] - 131:4, 298:25
parallel [5] - 19:11, 19:13, 33:2, 40:20, 218:14
Park [1] - 174:1
parking [3] - 11:9, 142:5, 142:6
part [50] - 5:8, 5:23, 8:1, 16:19, 18:11, 37:13, 40:14, 51:11, 51:24, 52:12, 52:13, 54:6, 54:16, 56:5, 56:16, 56:18, 56:20, 64:14, 67:10, 67:20, 79:2, 95:3, 117:22, 119:13, 178:22, 180:3, 188:14, 193:17, 193:18, 194:16, 197:9, 199:1, 201:18, 205:3, 208:6, 208:7, 213:3, 214:3, 223:19, 228:8, 228:22, 229:25, 263:17, 274:21, 274:22, 288:20, 294:5
partially [6] - 26:9, 57:14, 58:24, 188:6, 201:25, 202:12
particular [14] - 6:9, 7:25, 30:14, 34:14, 39:19, 59:19, 62:10, 66:7, 105:4, 180:24, 220:3, 228:3, 248:10, 302:25
particularly [6] - 245:1, 245:18, 258:17, 258:22, 260:17, 280:19
particulars [1] - 231:22
parties [2] - 86:12, 235:12
parts [2] - 51:13, 52:14
party [11] - 68:19, 290:18, 290:19, 292:2, 292:4, 292:7, 294:9, 294:10, 294:20, 295:4, 295:16
pass [18] - 30:20, 31:5, 31:8, 31:14, 33:1, 50:5, 64:23, 95:14, 109:11, 119:7, 161:3, 213:9, 216:9, 255:6, 275:4, 278:4, 289:21, 300:10
Pass [1] - 170:4
passage [7] - 16:19, 16:23, 43:6, 43:7, 43:11, 44:13, 44:20
passed [4] - 94:17, 95:16, 97:5, 215:6
passing [52] - 31:17, 32:10, 33:1, 33:6, 33:9, 33:10, 33:17, 36:6, 37:7, 40:2, 41:8, 42:8, 42:13, 42:20, 42:23, 43:1, 51:20, 60:8, 66:18, 82:16, 82:18, 130:1, 130:24, 159:18, 160:1, 161:23, 164:19, 192:13, 192:15, 214:23, 215:2, 215:13, 215:22, 216:6, 233:24, 234:5, 234:8, 234:10, 234:19, 234:25, 235:1, 237:17, 238:19, 243:12, 246:6, 248:24, 252:15, 254:11, 261:24, 272:18, 274:2, 274:24
Passing [1] - 31:20
passing-agreement [1] - 254:11
past [7] - 59:12, 134:25, 141:19, 193:10, 202:17, 229:10, 272:11
path [11] - 25:11, 88:19, 88:24, 122:9, 125:12, 153:23, 246:1, 253:5, 263:9, 264:23, 286:21
patience [1] - 45:2
Patrick [2] - 2:7, 2:17
pause [2] - 36:18, 86:21
paused [1] - 40:15
pay [4] - 177:10, 178:24, 180:4, 180:23
paying [4] - 181:4, 219:21, 219:25, 297:9
pedigree [1] - 204:24
penetrate [1] - 26:2
people [11] - 76:14, 85:24, 107:9, 111:23, 115:6, 149:4, 228:5, 228:25, 236:9, 256:4, 299:8
per [7] - 28:21, 168:18, 204:5, 298:14, 305:21, 306:7, 306:9
perceive [1] - 251:15
percent [4] - 110:4, 150:19, 249:21, 301:11
percentage [1] - 150:16
perfect [2] - 39:16, 116:11
perform [4] - 158:2, 294:15, 294:16, 304:9
performance [32] - 101:20, 101:24, 102:14, 102:17, 102:22, 103:6, 104:2, 104:8, 104:9, 104:17, 104:22, 105:8, 110:8, 110:10, 125:8, 174:18, 176:3, 231:19, 290:11, 290:20, 290:23, 290:25, 291:4, 291:9, 293:7, 293:18, 295:17, 301:8, 301:12, 301:14, 301:15, 301:16
performance/boat [1] - 104:13
performance/boat-handling [1] - 104:13
performed [10] - 105:9, 105:11, 105:13, 105:16, 124:20, 279:19, 280:5, 280:8, 294:6, 295:16
performs [1] - 291:8
perhaps [4] - 184:2, 260:13, 263:12, 275:23
period [9] - 95:1, 95:2, 99:23, 137:4, 205:24, 228:22, 256:13, 279:17, 281:11
permits [1] - 233:1
permitted [1] - 234:16
perpendicular [1] - 162:18
person [4] - 15:7,

187:19, 271:1, 291:11
personal [14] - 139:4, 152:5, 179:18, 229:14, 255:17, 256:2, 256:4, 256:7, 256:11, 256:17, 257:15, 257:19, 296:9, 296:17
personally [2] - 122:18, 283:13
personnel [2] - 102:14, 106:24
perspective [3] - 76:20, 246:4, 288:2
pertain [2] - 119:19, 275:20
pertains [1] - 275:21
phase [3] - 31:20, 32:21, 41:7
Phase [2] - 32:1, 33:5
philosophy [2] - 146:25, 147:4
phone [47] - 47:8, 47:22, 140:5, 152:1, 152:5, 152:6, 152:12, 152:18, 152:23, 157:18, 177:18, 178:11, 178:22, 179:8, 179:9, 179:11, 179:12, 179:18, 181:7, 181:8, 230:7, 250:12, 250:13, 250:17, 250:20, 250:22, 255:14, 255:17, 256:6, 256:9, 256:11, 256:13, 256:15, 256:17, 257:9, 257:12, 257:18, 258:2, 258:10, 296:7, 296:9, 296:11, 296:18, 296:25, 297:11, 297:13
phones [6] - 152:3, 152:4, 256:7, 257:15, 296:8
photographs [1] - 126:21
photos [1] - 126:15
phrase [3] - 186:11, 186:12, 186:13
physical [2] - 98:18, 136:9
physically [2] - 196:1, 196:4
picked [2] - 174:1, 258:8
picking [1] - 233:4
picture [4] - 18:25, 19:23, 22:9, 126:21
piece [4] - 242:10, 242:20, 244:1, 271:14
pillar [2] - 116:4, 173:21
pilot [56] - 49:13, 54:7, 56:13, 66:11, 67:15, 68:13, 68:17, 81:9, 81:14, 84:18, 89:6, 95:21, 95:25, 96:24, 96:25, 97:2, 97:10, 97:13, 97:14, 99:23, 100:6, 100:9, 102:9, 113:20, 113:21, 114:3, 115:7, 156:10, 157:5, 159:12, 161:9, 161:24, 162:10, 162:22, 163:4, 174:2, 177:17, 202:22, 202:24, 213:19, 213:23, 213:24, 214:2, 214:4, 226:12, 228:1, 228:5, 228:8, 237:25, 250:14, 250:25, 260:8, 261:2, 262:10, 288:9, 289:22
pilot's [5] - 51:23, 67:14, 100:3, 226:9, 226:23
Pilot's [1] - 51:10
piloted [3] - 214:10, 228:10, 228:12
pilothouse [5] - 114:14, 117:2, 117:4, 288:19, 288:23
piloting [2] - 173:8, 213:21
pilots [21] - 12:14, 12:25, 14:9, 32:25, 42:16, 51:4, 52:11, 56:9, 56:10, 64:18, 67:15, 95:23, 96:3, 213:24, 214:2, 215:8, 260:12, 260:20, 289:14, 289:15, 289:16
piss [1] - 79:18
piss-poor-handling [1] - 79:18
pivot [3] - 233:12, 233:15, 233:21
pivots [1] - 218:5
place [14] - 35:24, 51:7, 51:19, 102:23, 107:11, 142:18, 144:7, 145:4, 146:5, 181:13, 241:9, 260:7, 268:16, 288:15
placed [2] - 273:14, 278:19
places [1] - 99:5
placing [1] - 263:9
plain [2] - 19:16, 20:1
Plan [2] - 75:14, 75:16
plan [26] - 16:19, 16:23, 43:6, 43:7, 43:11, 44:14, 44:20, 49:10, 73:20, 76:4, 101:4, 141:5, 145:1, 145:4, 145:8, 145:11, 208:16, 208:17, 208:19, 208:22, 208:25, 212:17, 212:18, 292:25, 294:2, 304:19
planned [2] - 122:8, 213:5
planning [8] - 144:23, 145:7, 145:8, 176:8, 294:16, 303:22, 304:9, 304:13
play [18] - 33:17, 38:20, 38:22, 52:15, 54:18, 57:8, 58:11, 59:4, 60:4, 60:22, 61:14, 62:22, 69:8, 179:10, 247:2, 257:17, 258:2, 299:11
played [22] - 36:9, 38:19, 39:3, 54:20, 57:10, 58:12, 59:5, 60:5, 60:23, 61:15, 62:24, 217:16, 235:17, 238:5, 242:8, 244:22, 246:10, 247:3, 247:13, 265:18, 299:6, 299:13
playing [4] - 52:17, 57:9, 239:8
plays [1] - 241:13
plenty [4] - 122:14, 138:23, 138:24, 155:21
plot [1] - 107:4
plotting [1] - 122:6
plow [1] - 26:17
plowed [2] - 84:12, 197:18
plowing [3] - 26:19, 84:9, 84:10
Point [40] - 12:1, 16:7, 80:20, 120:3, 120:4, 120:5, 120:6, 120:7, 120:8, 122:4, 122:24, 123:3, 123:5, 123:24, 141:9, 150:25, 151:1, 154:10, 182:17, 182:21, 183:3, 183:24, 185:10, 185:16, 202:8, 209:13, 209:14, 209:22, 217:16, 220:1, 223:18, 223:19, 227:22, 237:13, 239:16, 251:20, 258:25, 267:19, 268:9
point [95] - 26:10, 28:17, 33:3, 34:20, 38:15, 39:6, 46:12, 52:22, 53:1, 53:17, 55:20, 57:13, 57:20, 57:23, 57:25, 58:15, 59:7, 59:13, 59:18, 59:23, 60:8, 60:12, 61:1, 61:18, 61:20, 72:11, 75:8, 79:5, 85:12, 85:14, 94:18, 109:9, 109:14, 109:16, 116:2, 154:19, 158:14, 161:15, 162:10, 162:22, 180:7, 181:11, 187:6, 189:19, 189:21, 195:2, 196:10, 197:24, 200:14, 201:24, 202:10, 202:14, 202:15, 202:17, 202:18, 203:11, 203:22, 204:6, 212:1, 222:18, 226:16, 228:2, 233:12, 233:15, 233:21, 237:17, 239:11, 239:18, 239:21, 239:22, 240:1, 240:2, 243:19, 246:13, 246:20, 247:6, 247:19, 248:10, 251:4, 251:14, 252:2, 253:24, 254:17, 260:1, 261:4, 263:23, 265:25, 266:23, 267:6, 269:25, 271:19, 271:25, 275:23, 299:9
pointed [8] - 81:24, 198:13, 200:4, 252:20, 266:21, 267:4, 267:9, 267:22
pointer [1] - 127:21
pointers [1] - 110:18
pointing [2] - 204:3, 208:18
points [2] - 36:6, 253:11
policies [2] - 181:21, 257:14
policy [14] - 138:10,

152:4, 179:13, 230:7, 257:6, 257:8, 257:23, 296:7, 296:16, 298:9, 298:10, 298:15, 305:20
poor [8] - 78:3, 78:5, 78:6, 79:9, 79:18, 79:24, 80:1, 80:25
poor-handling [5] - 78:3, 78:5, 78:6, 79:9, 80:1
poorer [1] - 25:10
popped [2] - 166:2, 166:8
port [74] - 23:3, 24:18, 25:15, 26:11, 31:15, 54:14, 55:11, 58:2, 59:20, 59:23, 71:9, 73:7, 73:19, 74:12, 76:11, 82:25, 116:3, 134:15, 153:24, 155:13, 157:2, 158:9, 158:13, 159:6, 162:4, 166:1, 166:19, 188:5, 188:18, 189:4, 189:22, 189:24, 195:13, 195:22, 199:13, 199:17, 200:7, 200:8, 200:9, 218:3, 218:8, 218:11, 218:12, 234:8, 239:22, 240:20, 240:22, 241:20, 242:1, 243:20, 244:17, 245:8, 246:16, 250:18, 253:7, 259:7, 266:2, 266:9, 266:10, 266:17, 266:24, 268:8, 269:14, 271:5, 273:14, 280:22, 286:22
port-to-port [2] - 31:15, 234:8
portion [9] - 5:18, 6:2, 6:8, 30:16, 36:12, 67:12, 203:12, 263:19, 303:24
portions [6] - 195:3, 226:12, 226:23, 230:4, 283:16, 296:23
portside [6] - 69:20, 81:19, 81:20, 159:6, 196:6, 207:9
position [19] - 34:23, 36:25, 39:17, 55:10, 65:13, 91:21, 95:18, 95:25, 96:24, 99:24, 100:2, 100:4, 100:11, 106:2, 106:3, 231:20, 237:2, 264:4, 269:23
positioned [3] - 65:10, 65:12, 215:5
positioning [1] - 66:21
positions [2] - 99:9, 99:11
positive [3] - 32:7, 169:11, 169:13
possibilities [1] - 161:1
possibility [3] - 25:7, 203:23, 262:4
possible [8] - 120:18, 120:19, 162:15, 191:5, 191:6, 191:12, 203:6
possibly [9] - 159:7, 161:7, 177:14, 180:4, 180:18, 192:24, 236:3, 245:15, 261:13
post [1] - 63:10
potential [2] - 4:18, 35:23
potentially [1] - 196:15
power [3] - 162:21, 204:10, 204:14
powerful [1] - 134:23
PPU [25] - 34:7, 34:14, 36:5, 36:12, 38:2, 38:10, 40:22, 41:5, 42:6, 53:21, 53:22, 53:23, 56:15, 65:12, 67:14, 67:16, 67:21, 70:7, 210:7, 211:2, 211:3, 211:18, 212:7, 241:1, 241:3
PPUs [1] - 33:14
practical [2] - 34:23, 36:1
practice [13] - 94:21, 107:5, 107:6, 107:8, 146:15, 168:14, 213:1, 255:18, 255:19, 255:23, 256:14, 257:3, 257:21
practices [5] - 179:19, 229:14, 255:16, 256:12, 257:2
practicing [1] - 213:2
precise [1] - 7:12
predict [2] - 197:8, 203:3
predicted [4] - 16:5, 16:20, 16:25, 246:1
predictor [8] - 36:23, 55:10, 58:2, 123:16, 123:20, 123:22, 200:20, 200:25
predictor" [1] - 36:22
preface [1] - 41:10
preliminaries [1] - 3:6
premium [1] - 229:1
prep [3] - 91:11, 91:18, 94:15
preparation [2] - 230:3, 231:10
preparations [1] - 182:1
prepared [4] - 28:24, 125:14, 212:17, 229:21
preparedness [1] - 303:22
preparing [2] - 229:25, 230:5
prescribed [1] - 275:18
prescription [1] - 168:12
presence [1] - 299:19
present [2] - 83:2, 225:25
presentation [1] - 237:13
presenting [1] - 201:4
president [4] - 286:12, 286:23, 286:24, 286:25
pressed [2] - 127:22, 128:2
pressure [5] - 26:22, 29:5, 29:6, 32:4, 32:7
presumptuous [1] - 262:25
pretty [7] - 61:8, 109:11, 123:13, 125:11, 262:24, 281:9, 289:19
prevent [4] - 46:19, 46:22, 196:2, 290:6
previous [4] - 50:17, 170:13, 192:16, 247:10
previously [33] - 3:15, 3:20, 15:21, 17:12, 20:25, 29:15, 45:21, 173:5, 173:11, 176:25, 178:2, 182:12, 186:15, 190:9, 198:7, 205:10, 212:16, 220:3, 225:20, 226:20, 229:7, 229:18, 229:24, 235:5, 235:8, 235:11, 235:15, 255:14, 258:6, 260:11, 272:3, 276:10, 304:1
primarily [4] - 229:12, 229:15, 230:13, 230:14
primary [1] - 46:20
principles [2] - 33:16, 66:19
print [1] - 63:14
proactive [3] - 177:1, 177:4, 180:3
problem [3] - 122:2, 147:23, 283:12
problems [8] - 49:16, 135:15, 141:15, 142:14, 151:22, 236:3, 236:21, 281:10
procedure [1] - 102:25
proceed [6] - 3:12, 49:4, 68:23, 87:7, 87:9, 225:8
proceeding [2] - 145:10, 261:12
proceedings [1] - 308:4
Proceedings [2] - 2:21, 307:21
PROCEEDINGS [1] - 3:1
process [5] - 98:15, 145:7, 145:18, 290:10, 290:15
produced [2] - 2:22, 280:19
product [5] - 91:8, 134:10, 195:23, 196:6, 306:4
products [1] - 92:11
professional [4] - 31:2, 225:22, 225:25, 280:17
professionalism [1] - 299:19
program [21] - 89:5, 93:25, 94:6, 94:7, 94:8, 95:7, 95:11, 102:1, 158:20, 214:3, 287:21, 288:3, 288:4,

288:6, 289:10, 289:13, 289:17, 289:23, 290:2, 293:22, 294:5
prohibit [1] - 257:10
prohibits [1] - 257:11
project [6] - 7:22, 8:17, 8:20, 8:21, 13:6, 14:5
projected [1] - 36:25
projecting [2] - 36:20, 36:23
promote [1] - 303:9
promoted [6] - 288:9, 301:18, 302:1, 302:6, 302:10, 303:6
pronounced [2] - 84:13, 201:1
propeller [6] - 27:20, 27:23, 73:2, 130:6, 130:7, 163:25
propellors [2] - 130:2, 130:3
properly [3] - 131:3, 141:10, 209:11
property [1] - 173:25
propulsion [5] - 31:4, 35:17, 137:10, 163:21, 275:13
protect [3] - 130:2, 130:3, 132:17
protected [4] - 132:7, 132:8, 132:13, 207:19
protecting [1] - 199:19
protection [1] - 206:25
provide [5] - 28:17, 151:3, 229:10, 296:7, 298:12
provided [10] - 7:9, 14:23, 16:5, 45:5, 231:13, 235:12, 264:8, 264:17, 283:9, 290:6
PROVIDER [22] - 20:12, 20:19, 68:20, 85:6, 204:19, 205:8, 205:11, 206:14, 206:19, 261:18, 263:6, 263:21, 263:24, 264:6, 264:10, 264:11, 264:13, 264:16, 264:20, 265:2, 265:6, 266:3
provides [1] - 146:4
proximity [3] - 29:10, 275:8, 304:17
prudent [2] - 76:19, 216:24
publication [3] - 22:20, 146:1, 283:9
publish [1] - 10:7
published [11] - 6:21, 6:23, 9:6, 12:19, 13:8, 13:21, 14:3, 14:17, 16:3, 22:7, 63:13
pull [8] - 48:6, 126:13, 157:18, 157:21, 157:22, 180:16, 196:5, 293:9
pulled [2] - 65:5, 196:9
pulling [1] - 242:3
purpose [2] - 27:24, 256:24
purposes [2] - 255:25, 256:2
pursuant [1] - 70:15
push [7] - 90:1, 90:6, 90:7, 204:14, 213:21, 228:15, 228:18
pushed [8] - 25:24, 26:14, 27:4, 40:8, 203:7, 249:17, 249:24, 298:18
pushing [5] - 184:15, 232:16, 233:21, 276:20, 277:2
put [38] - 9:23, 22:8, 23:1, 34:7, 48:25, 66:15, 69:2, 90:9, 90:10, 95:2, 100:18, 111:16, 113:5, 118:3, 118:20, 135:21, 141:10, 142:3, 150:11, 155:17, 165:25, 174:3, 176:14, 178:11, 189:21, 191:15, 193:24, 202:3, 204:1, 205:4, 210:17, 210:19, 216:20, 222:4, 258:8, 264:23, 281:18, 299:3

## Q

quadrants [1] - 235:6
qualification [1] - 94:7
qualify [2] - 96:25, 288:6
quality [1] - 286:16
quarters [1] - 275:7
QUESTION [5] - 17:24, 191:2, 191:7, 191:10, 191:14
questions [34] - 20:5, 28:25, 44:22, 45:3, 46:5, 49:8, 50:7, 50:12, 50:13, 50:19, 63:16, 65:3, 65:7, 66:17, 77:11, 174:11, 182:9, 204:23, 213:17, 216:11, 218:17, 219:1, 221:17, 273:6, 276:11, 278:6, 284:5, 300:18, 300:19, 301:2, 303:11, 304:20, 304:23, 306:19
quick [6] - 67:2, 133:19, 191:5, 191:6, 300:8
quicker [2] - 67:4, 259:22
quickly [6] - 159:1, 161:24, 173:14, 204:19, 259:23, 285:7
quickness [1] - 152:15
quit [1] - 242:1
quite [4] - 17:2, 50:14, 94:5, 174:6
quote [1] - 65:11
quote-unquote [1] - 65:11

## R

radar [30] - 46:20, 46:21, 99:10, 99:12, 99:15, 99:16, 99:19, 108:3, 108:11, 109:4, 109:5, 110:12, 110:13, 110:21, 110:25, 111:3, 111:4, 111:15, 116:15, 116:18, 118:10, 137:15, 175:11, 175:18, 227:1, 227:12, 227:13, 293:6
radars [1] - 46:16
radio [17] - 40:9, 112:24, 156:10, 156:21, 233:2, 233:3, 234:13, 234:16, 234:17, 238:3, 239:8, 243:5, 247:16, 249:8, 250:9, 260:7
radios [4] - 118:4, 137:16, 177:7
radius [3] - 233:9, 269:22, 270:2
railroad [4] - 106:1, 106:6, 174:4, 174:8
Railroad [8] - 90:3, 105:19, 105:20, 115:23, 173:15, 173:16, 173:19, 173:20
raise [4] - 39:20, 86:23, 186:14, 285:14
raised [4] - 186:5, 186:17, 262:15, 275:3
raked [1] - 278:21
ran [9] - 81:19, 99:23, 107:19, 123:3, 123:5, 145:20, 153:21, 176:22
range [6] - 10:4, 96:5, 109:13, 232:18, 233:3, 301:3
ranges [5] - 81:21, 82:1, 82:2, 82:3, 82:4
rapidly [1] - 254:1
rate [4] - 37:1, 37:2, 243:21, 273:12
rates [1] - 158:2
rather [4] - 77:4, 133:14, 232:12, 265:1
rating [2] - 104:17, 301:11
ratings [1] - 104:21
Raven [1] - 56:15
Rayzor [1] - 2:8
re [6] - 50:6, 65:4, 219:2, 281:1, 284:6
re-cross [5] - 50:6, 65:4, 219:2, 281:1
re-redirect [1] - 284:6
reach [4] - 234:21, 241:15, 252:12, 263:3
reached [5] - 228:2, 237:25, 244:9, 251:25, 252:2
reaching [1] - 250:9
react [4] - 111:17, 147:18, 197:13, 221:14
reactive [1] - 255:2
read [23] - 8:18, 17:25, 18:19, 18:23, 19:6, 19:16, 19:19, 20:6, 20:7, 20:18, 30:8, 30:18, 178:3, 178:6,

191:1, 191:19, 191:20, 191:24, 192:6, 192:19, 193:3, 193:6, 193:17
Reader's [1] - 286:21
reading [4] - 20:1, 81:10, 301:5, 301:6
reads [2] - 272:9, 275:10
ready [3] - 72:9, 87:9, 100:17
reaffirm [1] - 66:16
real [7] - 89:7, 89:9, 228:24, 236:22, 263:8, 282:13, 291:16
realign [1] - 33:12
realistic [1] - 203:23
realize [2] - 74:15, 208:19
really [23] - 68:21, 79:21, 79:22, 85:12, 86:3, 99:11, 130:14, 130:17, 204:3, 236:20, 245:25, 255:18, 256:17, 258:23, 259:5, 263:8, 264:11, 264:22, 268:8, 279:20, 294:14, 296:18
realtime [1] - 139:18
reappear [1] - 295:20
reapply [2] - 98:17
rear [1] - 218:11
reason [17] - 32:4, 32:9, 41:3, 41:4, 42:20, 76:25, 136:4, 214:21, 215:13, 215:15, 239:1, 243:3, 251:2, 251:14, 280:15, 283:14, 292:14
reasonable [1] - 259:14
reasons [6] - 199:21, 199:23, 232:9, 250:19, 256:7, 256:11
reassess [2] - 195:8, 272:16
reassessed [1] - 106:11
receive [5] - 13:11, 13:12, 123:10, 169:11, 241:3
received [16] - 73:14, 104:14, 175:11, 178:23, 186:24, 194:8, 195:7, 227:8, 235:21, 242:11, 256:21, 259:15, 271:15, 272:12, 275:24, 293:19
receives [1] - 244:3
receiving [1] - 243:5
recent [5] - 14:11, 14:25, 103:5, 291:19, 291:24
Recess [3] - 68:8, 144:13, 224:15
recognize [1] - 98:3
recognizing [1] - 176:5
recommend [1] - 122:1
recommendation [1] - 122:13
recommendations [4] - 94:1, 94:4, 121:24, 122:3
record [9] - 3:3, 3:4, 85:3, 87:6, 213:18, 225:15, 307:12, 307:13, 308:4
recorded [2] - 2:21, 253:16
recording [1] - 235:14
recordings [1] - 239:4
recover [1] - 116:2
recovered [1] - 116:4
RECROSS [5] - 50:10, 65:1, 67:5, 219:6, 281:3
RECROSS-EXAMINATION [5] - 50:10, 65:1, 67:5, 219:6, 281:3
recruiting [1] - 286:17
red [35] - 6:18, 8:4, 44:7, 53:10, 53:12, 55:14, 69:25, 72:14, 74:4, 74:11, 75:17, 75:19, 75:22, 81:24, 82:6, 84:15, 85:9, 85:16, 134:5, 142:19, 146:17, 153:17, 153:20, 153:21, 160:24, 161:3, 165:11, 194:9, 203:13, 203:14, 234:9, 244:20, 253:8, 265:15, 301:9
redirect [8] - 44:24, 65:4, 66:23, 216:10, 278:7, 278:8, 284:6, 306:20
REDIRECT [3] - 44:25, 216:14, 278:10
redouble [1] - 136:12
reds [1] - 70:5
reduce [5] - 49:5, 241:8, 241:16, 253:22, 296:18
reduced [2] - 31:12, 43:15
reduces [1] - 11:1
reducing [1] - 10:20
reduction [1] - 29:9
reef [6] - 4:7, 20:10, 20:21, 20:24, 21:6, 21:19
refer [2] - 56:5, 288:22
reference [1] - 38:11
referenced [1] - 295:4
referred [2] - 50:23, 50:25
referring [8] - 6:17, 8:2, 11:12, 20:24, 60:17, 61:18, 281:21, 293:2
refers [1] - 51:24
reflect [2] - 211:23, 282:11
reflected [1] - 282:15
reflecting [1] - 32:20
reflects [3] - 17:13, 176:5, 283:5
reformate [3] - 134:8, 134:9, 217:5
refresh [1] - 30:8
refreshed [1] - 17:18
refresher [1] - 114:17
refused [1] - 113:6
regained [1] - 279:16
regard [7] - 35:9, 36:14, 48:16, 227:22, 229:14, 287:1, 296:8
regarding [2] - 30:6, 34:13
regardless [1] - 196:13
regards [3] - 13:4, 13:21, 66:21
regular [4] - 94:11, 182:18, 226:5, 228:3
regularly [2] - 228:6, 228:8
regulations [1] - 91:12
reintroduce [1] - 213:14
rejection [1] - 32:11
relate [1] - 286:6
related [3] - 40:1, 48:4, 119:15
relation [4] - 67:1, 237:15, 245:10, 270:6
relationship [1] - 152:24
relative [2] - 156:1, 266:7
relayed [1] - 14:14
released [1] - 91:17
relevant [4] - 6:2, 22:6, 22:7, 235:9
relief [13] - 85:5, 89:6, 92:18, 99:25, 100:5, 100:6, 100:9, 170:22, 171:6, 231:14, 231:20, 301:25
relieve [1] - 144:25
religiously [1] - 110:23
remain [2] - 25:11, 80:22
remained [2] - 247:21, 275:8
remedial [1] - 48:13
remember [23] - 62:16, 113:4, 120:24, 124:2, 149:8, 172:19, 173:3, 174:5, 174:6, 174:7, 177:1, 177:4, 180:11, 183:17, 185:11, 188:4, 191:22, 194:5, 194:6, 220:5, 223:15, 249:20, 295:21
remind [1] - 284:22
reminding [1] - 86:7
remotely [1] - 273:15
removed [1] - 283:17
renew [4] - 98:12, 98:15, 98:21, 99:13
renewal [1] - 118:13
repeat [1] - 182:9
repeated [1] - 268:17
repetitive [2] - 15:3,

20:5
rephrase [2] - 14:21, 24:17
report [19] - 103:19, 108:1, 109:17, 109:19, 109:21, 120:11, 122:17, 229:21, 229:24, 229:25, 230:3, 230:4, 230:11, 230:13, 231:10, 232:6, 251:8, 264:9, 284:13
reported [4] - 7:17, 168:1, 173:24, 185:9
reporter [4] - 69:5, 86:21, 187:17, 224:21
REPORTER [3] - 93:4, 136:23, 136:25
Reporter [1] - 2:19
REPORTER'S [1] - 308:2
reporting [1] - 123:9
reports [4] - 47:13, 47:15, 47:16, 47:20
represent [7] - 10:11, 67:11, 185:15, 185:23, 187:2, 213:15, 268:19
represented [1] - 46:24
representing [1] - 23:13
reprimand [1] - 297:15
reprimanded [2] - 179:15, 297:11
request [7] - 78:17, 78:18, 86:8, 97:24, 100:18, 113:20, 261:2
requested [5] - 43:25, 78:13, 82:25, 101:13, 101:17
requesting [1] - 269:19
requests [1] - 113:1
require [4] - 118:21, 118:25, 227:17, 240:19
required [5] - 79:1, 227:11, 227:14, 240:6, 272:23
requirements [11] - 91:23, 94:8, 95:11, 97:8, 99:21, 118:17, 119:14, 138:12, 289:19, 289:23, 298:20
requires [3] - 136:17, 240:16, 289:18
requiring [1] - 235:1
resist [1] - 113:1
resistance [4] - 25:24, 26:10, 26:13, 163:22
resource [6] - 111:14, 117:6, 117:17, 117:25, 288:19, 288:25
respect [12] - 13:2, 20:10, 35:15, 39:20, 50:12, 78:12, 136:3, 214:23, 260:18, 281:15, 291:1, 291:3
respective [2] - 39:25, 234:23
respond [3] - 111:17, 237:22, 242:2
responded [4] - 152:16, 162:23, 238:1, 256:3
responding [1] - 250:10
responds [1] - 240:3
response [9] - 46:19, 49:8, 66:16, 153:11, 156:21, 176:24, 188:7, 206:18, 268:25
responsibilities [3] - 171:5, 171:7, 287:20
responsibility [5] - 30:3, 100:7, 271:4, 271:9, 271:12
responsible [1] - 179:25
responsive [2] - 258:3, 258:7
rest [4] - 69:2, 137:4, 156:18, 158:18
resting [1] - 250:8
result [8] - 31:17, 160:11, 166:11, 167:6, 169:15, 174:8, 217:10, 274:24
resume [3] - 3:6, 144:11, 144:16
retained [2] - 29:19, 29:24
retaining [2] - 21:7, 21:20
retread [2] - 231:2, 288:1
returning [1] - 169:6
reverse [2] - 42:4, 166:20
reversing [3] - 275:13, 279:21, 279:22
review [19] - 9:7, 13:3, 39:18, 42:11, 46:10, 48:8, 49:21, 86:11, 102:14, 103:1, 104:8, 141:3, 145:1, 212:17, 215:4, 230:1, 231:12, 249:7, 256:21
reviewed [24] - 13:15, 15:20, 17:12, 33:13, 47:13, 47:18, 83:11, 83:13, 83:15, 86:9, 102:15, 121:6, 124:22, 145:5, 230:2, 230:6, 231:8, 249:8, 257:6, 290:20, 291:18, 293:13, 295:7, 299:3
reviewing [7] - 39:24, 42:10, 49:14, 67:23, 249:3, 296:22, 297:4
reviews [3] - 102:17, 103:6, 125:8
revolutions [3] - 73:1, 73:11, 74:3
ride [1] - 36:2
right-hand [2] - 59:16, 239:16
right-handed [1] - 178:8
right-ish [1] - 187:14
rigs [1] - 84:18
rise [1] - 144:12
risk [22] - 35:23, 75:6, 75:10, 108:21, 120:13, 120:14, 120:16, 120:17, 120:18, 120:19, 175:24, 208:20, 209:4, 300:23, 303:21, 303:23, 303:24, 304:8, 304:9, 304:10, 304:12, 304:19
Risk [1] - 175:7
risks [1] - 304:12
RIVER [209] - 2:5, 9:12, 24:8, 25:17, 25:19, 25:23, 26:8, 31:4, 33:15, 35:8, 35:17, 36:14, 37:7, 37:20, 37:22, 37:24, 39:7, 41:17, 41:21, 41:25, 42:3, 43:2, 43:6, 43:7, 43:10, 43:24, 44:13, 45:19, 46:7, 46:11, 47:10, 48:3, 48:25, 49:15, 49:16, 49:19, 49:22, 50:1, 50:16, 53:2, 53:7, 57:17, 58:16, 58:21, 59:10, 60:9, 60:12, 61:7, 61:20, 62:3, 65:9, 65:10, 65:18, 66:17, 67:8, 67:11, 68:14, 70:17, 72:4, 72:13, 72:19, 73:23, 74:4, 74:20, 75:12, 75:17, 75:22, 77:5, 77:8, 77:15, 77:25, 79:1, 80:1, 83:21, 84:8, 85:8, 86:1, 132:5, 132:20, 132:22, 150:22, 151:4, 151:6, 151:14, 151:15, 151:25, 152:16, 152:19, 153:1, 156:2, 156:10, 157:8, 157:15, 159:12, 161:9, 161:24, 164:9, 164:14, 164:25, 165:21, 169:25, 177:18, 187:23, 189:10, 189:12, 194:14, 194:19, 197:6, 197:13, 200:17, 201:25, 202:18, 203:1, 203:18, 203:21, 203:25, 207:24, 208:8, 208:12, 209:2, 211:3, 212:8, 214:15, 214:24, 215:12, 215:23, 215:24, 216:7, 217:15, 217:19, 219:13, 220:20, 222:8, 223:10, 230:14, 230:16, 232:22, 232:25, 235:21, 236:3, 236:20, 237:5, 237:7, 237:11, 237:12, 237:23, 238:2, 238:25, 239:2, 239:6, 239:17, 239:18, 239:23, 239:25, 240:2, 242:12, 243:4, 243:10, 244:18, 245:2, 246:18, 246:19, 247:9, 247:15, 247:22, 247:24, 248:15, 248:18, 250:4, 250:23, 251:2, 251:12, 251:16, 252:9, 252:21, 254:4, 254:5, 254:6, 254:8, 254:14, 258:4, 259:1, 259:19, 261:25, 262:8, 265:12, 266:1,

266:5, 266:9, 266:16, 266:23, 267:12, 268:6, 269:4, 269:14, 271:7, 271:19, 273:1, 273:3, 273:19, 273:23, 274:12, 274:15, 275:8, 276:1, 276:8, 290:7, 293:9
river [5] - 95:20, 106:4, 115:24, 228:13, 256:8
River [8] - 96:12, 96:14, 107:24, 142:1, 226:9, 226:13, 226:14, 226:24
RIVER's [8] - 47:14, 47:21, 49:21, 73:1, 151:19, 157:5, 211:18, 254:10
rivers [3] - 96:8, 99:2, 226:25
RMR [2] - 2:19, 308:7
road [20] - 70:15, 72:17, 72:21, 85:19, 112:8, 147:7, 147:8, 147:10, 229:17, 230:16, 234:12, 235:3, 240:6, 254:11, 254:15, 254:22, 260:15, 274:13, 289:1, 289:11
Robert [1] - 2:12
RODNEY [1] - 225:11
Rodney [1] - 225:16
roger [5] - 205:22, 206:9
role [1] - 260:11
rolling [2] - 166:4, 166:23
room [2] - 106:24, 106:25
rope [1] - 128:25
ropes [1] - 129:1
rose [1] - 209:17
Rose [38] - 12:1, 16:7, 120:3, 120:4, 120:5, 120:6, 120:7, 120:8, 122:4, 122:24, 123:3, 123:5, 123:24, 141:9, 151:1, 154:10, 182:17, 182:21, 183:3, 183:24, 185:10, 185:16, 202:8, 209:13, 209:14, 209:22, 217:16, 220:1, 223:18, 223:19, 227:22, 237:13, 239:16, 251:20,
258:25, 267:19, 268:9
rough [1] - 24:4
rounded [1] - 77:2
route [1] - 262:5
routes [2] - 122:6, 122:14
routinely [1] - 257:3
Royston [1] - 2:8
RPMs [4] - 43:25, 44:5, 72:23, 73:15
RPR [1] - 2:19
rudder [15] - 27:20, 43:18, 78:7, 78:11, 79:18, 162:4, 162:7, 163:20, 218:2, 241:19, 241:20, 242:5, 253:22, 254:2, 297:8
rudders [18] - 27:17, 27:21, 27:22, 28:10, 28:13, 130:4, 130:5, 130:6, 130:8, 130:11, 130:16, 163:22, 233:12, 242:1, 242:3, 247:22, 279:9, 279:14
rule [5] - 233:10, 240:16, 275:9, 275:20, 276:4
RULE [2] - 1:9, 1:13
Rule [8] - 34:18, 43:3, 240:14, 240:15, 272:4, 274:21, 275:10, 275:19
ruler [1] - 154:23
rules [31] - 43:3, 45:6, 45:8, 45:9, 45:11, 45:12, 45:13, 45:16, 45:17, 70:15, 72:17, 72:20, 85:19, 112:7, 147:7, 147:8, 147:10, 229:16, 230:16, 234:12, 234:13, 235:3, 240:6, 240:14, 254:11, 254:15, 254:22, 274:12, 289:1, 289:10
run [15] - 36:5, 71:15, 71:21, 81:18, 123:24, 129:24, 136:13, 145:12, 150:12, 153:17, 153:20, 161:24, 173:14, 184:10, 184:11
running [8] - 97:18, 97:19, 108:11, 108:20, 110:21, 110:25, 145:11, 154:8
runs [1] - 300:2
Rusk [1] - 2:20

## S

S.A [3] - 1:6, 1:13, 2:5
safe [17] - 31:17, 36:1, 49:5, 66:13, 67:21, 90:19, 109:24, 147:3, 147:5, 147:9, 147:11, 220:11, 252:9, 274:24, 275:5, 283:1, 283:24
safely [1] - 64:7
safest [3] - 34:23, 35:24, 189:5
safety [5] - 119:10, 130:25, 131:1, 179:25, 189:6
sailing [2] - 291:6, 291:8
sake [1] - 44:4
same-sized [1] - 232:19
San [1] - 142:1
sat [1] - 237:25
satellite [2] - 244:4, 244:12
satisfy [4] - 95:10, 99:21, 118:25, 119:14
save [2] - 146:12, 300:8
saved [1] - 218:24
saw [15] - 69:17, 69:20, 81:23, 82:2, 82:11, 83:16, 104:9, 135:23, 150:25, 151:15, 166:4, 181:3, 219:18, 277:13
scale [2] - 11:14, 110:5
scarce [1] - 292:5
scariest [1] - 85:22
scenario [5] - 66:8, 116:11, 278:19, 279:25, 280:5
school [5] - 88:13, 88:14, 89:8, 90:20, 227:15
score [3] - 104:14, 110:3, 293:16
scored [1] - 293:17
screen [17] - 33:4, 34:7, 98:3, 123:10, 144:20, 167:21, 174:12, 186:25, 187:11, 198:2, 235:20, 237:2, 239:16,
244:25, 265:20, 265:23, 272:5
screens [1] - 189:17
screenshot [11] - 34:8, 65:12, 193:24, 194:7, 200:14, 207:21, 207:24, 208:14, 208:20, 209:1, 210:6
screenshots [4] - 109:4, 185:15, 222:16, 223:17
screw [1] - 166:16
screwing [2] - 166:18, 167:2
sealed [4] - 261:14, 261:20, 262:3, 262:19
seaman [1] - 179:19
seaman-like [1] - 179:19
Seamen's [7] - 111:5, 111:7, 114:2, 117:3, 117:20, 121:14, 122:25
seas [2] - 45:14, 139:10
seat [3] - 86:22, 87:3, 225:3
seats [3] - 68:9, 144:15, 224:16
second [42] - 18:2, 18:12, 21:20, 27:22, 46:4, 68:15, 95:3, 153:20, 157:10, 157:11, 157:15, 158:8, 158:12, 165:5, 182:25, 187:2, 206:4, 208:24, 209:6, 226:1, 238:8, 241:5, 242:14, 242:19, 243:5, 244:10, 248:11, 248:13, 251:25, 252:24, 253:12, 259:18, 261:4, 261:16, 261:18, 262:14, 265:16, 265:17, 266:1, 268:1, 272:8, 300:1
seconds [45] - 27:8, 45:24, 46:2, 157:17, 157:25, 185:21, 187:1, 188:21, 188:22, 189:18, 193:25, 200:15, 202:15, 204:2, 205:25, 206:1, 206:2, 206:5, 206:10, 206:13, 206:19, 238:9, 238:17, 238:21, 241:23, 242:18, 242:23, 248:22, 260:8, 262:17,

262:21, 263:1, 263:6, 263:13, 263:24, 265:5, 267:16, 268:18, 268:20, 269:5, 269:13, 275:16
section [21] - 34:6, 34:8, 59:1, 59:3, 68:21, 98:23, 103:19, 108:8, 110:11, 110:12, 175:3, 175:7, 175:18, 191:24, 192:9, 193:6, 193:7, 193:8, 293:6, 301:8, 301:9
Section [7] - 107:25, 108:1, 108:7, 109:1, 109:5, 174:23, 174:25
sections [1] - 109:23
secure [1] - 90:17
security [1] - 178:18
see [124] - 6:20, 8:3, 8:6, 8:14, 9:14, 9:19, 10:1, 10:18, 10:25, 11:2, 21:21, 22:11, 23:17, 24:5, 24:17, 25:13, 36:19, 38:2, 38:22, 38:25, 39:25, 40:19, 53:5, 55:22, 60:1, 60:9, 61:7, 63:6, 63:19, 63:20, 67:10, 69:25, 70:7, 77:13, 81:16, 81:20, 81:21, 81:25, 90:2, 93:12, 93:17, 108:25, 109:1, 111:17, 112:19, 114:16, 119:17, 119:20, 127:3, 127:13, 127:15, 143:13, 149:2, 151:13, 151:16, 152:8, 154:5, 154:12, 156:6, 159:25, 164:5, 165:8, 172:4, 174:19, 176:3, 176:8, 177:19, 185:21, 186:18, 186:19, 186:20, 187:10, 194:14, 197:1, 198:14, 200:11, 200:18, 201:21, 205:11, 210:9, 216:16, 234:10, 239:20, 241:15, 241:18, 243:16, 243:19, 244:15, 245:20, 245:22, 248:12, 253:9, 253:12, 253:14, 253:17, 253:20, 253:22, 253:24, 254:7, 257:13, 261:11, 261:19, 265:6, 265:23, 266:21, 271:17, 272:6, 274:25, 275:13, 281:19, 282:3, 282:8, 282:19, 297:5, 297:8, 299:18, 299:21, 299:25, 301:25, 303:15, 303:20
seeing [17] - 6:19, 8:4, 8:11, 57:21, 57:22, 61:1, 63:8, 70:8, 74:16, 75:3, 145:9, 183:5, 237:5, 237:6, 251:21, 258:14, 266:2
seem [2] - 209:2, 266:9
self [4] - 176:11, 176:25, 178:24, 180:3
self-improvement [4] - 176:11, 176:25, 178:24, 180:3
sell [1] - 228:4
send [3] - 119:6, 182:5, 293:20
sends [1] - 114:9
senior [1] - 286:24
sense [1] - 294:5
sensing [1] - 178:4
sent [4] - 48:22, 102:4, 292:25, 294:1
sentence [4] - 18:3, 18:12, 18:24, 272:9
sentences [1] - 18:24
separate [1] - 223:22
separated [1] - 217:20
separately [1] - 16:5
September [6] - 103:10, 104:18, 121:10, 123:4, 284:14, 295:1
series [3] - 185:15, 248:1, 253:4
serious [2] - 155:14, 236:19
seriously [1] - 258:23
served [2] - 214:7, 229:7
service [3] - 302:16, 302:17, 302:20
services [1] - 228:4
session [1] - 112:18
set [9] - 27:22, 108:11, 121:21, 122:24, 174:1, 175:23, 178:8, 178:14, 250:25
sets [1] - 45:11
setting [3] - 36:15, 110:25, 178:1
setup [3] - 123:3, 123:5, 123:8
seven [28] - 18:1, 18:6, 45:24, 46:1, 90:14, 138:5, 138:6, 205:24, 206:13, 238:9, 260:8, 261:4, 261:16, 262:17, 262:21, 262:25, 263:6, 263:24, 265:5, 268:17, 269:4, 298:14, 305:10, 305:15, 305:21, 305:23
seven-day [1] - 90:14
seventh [1] - 247:12
several [1] - 48:5
severe [1] - 43:17
SH [1] - 149:11
SH" [1] - 149:2
shadow" [1] - 36:23
shall [3] - 272:10, 274:23, 275:11
shallow [4] - 26:11, 154:16, 154:22, 180:16
shallower [1] - 25:23
Shamus [1] - 2:17
shaping [1] - 39:14
share [1] - 254:15
shared [1] - 14:14
sharp [1] - 302:19
sheared [1] - 77:15
sheer [20] - 43:12, 43:16, 43:17, 43:19, 43:21, 43:22, 44:1, 44:5, 73:21, 77:17, 80:10, 165:3, 165:5, 180:18, 208:24, 243:2, 243:5, 251:16
sheered [1] - 165:18
sheering [1] - 290:7
shell [4] - 22:10, 149:10, 149:12, 281:22
shield [1] - 217:2
shifting [1] - 241:19
ship [94] - 8:7, 25:14, 29:3, 35:21, 41:23, 41:24, 55:23, 73:5, 73:11, 77:14, 78:3, 78:4, 79:8, 79:9, 79:18, 80:1, 80:4, 80:5, 80:9, 80:14, 80:15, 80:19, 80:25, 81:24, 82:2, 83:24, 84:4, 84:13, 84:17, 113:21, 142:19, 145:21, 147:22, 150:1, 151:17, 153:3, 153:23, 156:3, 156:4, 156:6, 159:9, 159:24, 159:25, 160:23, 161:2, 165:8, 166:3, 166:8, 180:17, 186:7, 190:19, 190:20, 190:24, 192:10, 192:13, 192:25, 195:20, 196:7, 196:12, 196:20, 198:4, 198:5, 200:4, 201:6, 201:13, 203:16, 207:13, 207:17, 208:17, 208:23, 216:17, 216:24, 218:4, 218:15, 236:8, 236:12, 236:13, 244:19, 245:4, 248:13, 251:21, 261:2, 263:10, 264:24, 266:6, 267:3, 267:4, 267:6, 267:9, 267:22, 267:23, 280:3
SHIP [2] - 1:13, 2:5
Ship [47] - 14:8, 19:12, 19:14, 31:5, 31:8, 35:18, 36:3, 41:1, 42:13, 42:18, 45:15, 56:16, 63:20, 66:6, 66:12, 66:19, 67:12, 95:23, 96:3, 96:4, 107:21, 112:2, 142:8, 142:17, 142:23, 146:13, 150:14, 173:6, 213:25, 215:10, 227:4, 229:5, 232:23, 233:25, 234:2, 245:19, 245:22, 251:3, 251:21, 253:8, 277:6, 289:14, 289:16, 294:18, 295:25, 298:13, 298:21
ship's [3] - 43:18, 72:25, 234:14
Shiphandler's [3] - 31:19, 32:20, 33:21
SHIPHOLDING [3] - 1:6, 1:12, 2:5
SHIPLEY [10] - 3:7, 33:25, 62:25, 128:3, 212:6, 212:12, 212:14, 306:25, 307:16, 307:19

Shipley [2] - 1:19, 1:20
shipmates [2] - 168:21, 169:4
shipping [1] - 8:21
ships [8] - 33:1, 79:12, 147:19, 155:20, 180:10, 180:15, 220:2, 260:20
shoal [1] - 180:14
shoaling [5] - 56:6, 57:1, 57:4, 62:11, 64:10
shooting [1] - 202:23
shoreline [1] - 245:11
short [6] - 24:13, 24:15, 68:21, 285:6, 286:20, 289:20
shortage [2] - 228:5, 228:24
shortest [1] - 191:6
shortly [2] - 158:14, 302:18
shot [2] - 165:15, 165:16
shots [1] - 235:5
shoulder [1] - 97:16
shoving [1] - 202:23
show [21] - 6:8, 52:11, 62:11, 64:14, 95:6, 103:25, 122:11, 124:7, 127:20, 128:12, 128:19, 143:11, 147:25, 148:4, 148:7, 182:22, 185:14, 210:12, 210:13, 211:15, 289:20
showed [8] - 34:6, 125:6, 126:17, 212:7, 217:17, 292:22, 293:25
showing [12] - 7:20, 38:15, 57:24, 58:1, 63:4, 119:24, 198:12, 202:14, 210:6, 211:12, 211:16, 211:17
shown [4] - 12:12, 184:3, 210:16, 217:15
shows [13] - 9:2, 12:10, 37:23, 50:15, 56:9, 56:15, 109:15, 124:3, 124:4, 124:5, 183:24, 194:19, 214:19
shut [1] - 167:15
side [144] - 6:18, 8:4, 19:17, 27:22, 31:14, 31:15, 35:19, 35:22, 36:2, 37:7, 38:3, 39:10, 39:11, 40:19, 44:7, 53:6, 53:18, 54:15, 55:4, 55:6, 55:17, 57:14, 57:24, 58:3, 58:5, 58:24, 59:16, 60:10, 60:12, 61:8, 61:9, 61:12, 62:4, 62:7, 62:18, 65:8, 65:9, 65:11, 65:14, 66:1, 67:8, 67:10, 69:25, 72:13, 72:14, 72:20, 73:5, 73:23, 74:4, 74:11, 75:17, 75:19, 75:22, 75:24, 77:13, 81:24, 82:5, 82:6, 82:22, 85:9, 85:16, 102:11, 124:4, 131:24, 132:13, 132:15, 134:13, 134:15, 142:19, 142:20, 142:21, 146:17, 146:19, 153:25, 159:8, 159:19, 159:20, 159:24, 159:25, 160:24, 161:3, 161:4, 162:19, 164:8, 164:13, 165:15, 165:22, 166:3, 166:8, 190:19, 190:20, 190:23, 191:4, 191:8, 191:16, 192:1, 192:4, 192:10, 192:13, 192:21, 192:24, 192:25, 193:1, 193:11, 194:9, 198:22, 198:24, 198:25, 201:6, 201:8, 201:10, 201:12, 201:16, 203:9, 203:13, 203:14, 203:16, 207:16, 207:18, 234:4, 237:1, 239:16, 239:23, 239:25, 244:25, 245:2, 246:23, 247:21, 248:10, 252:19, 252:21, 253:7, 265:15, 268:7, 271:6, 277:14, 290:7, 299:21
sidebar [2] - 243:13, 243:17
sides [3] - 84:5, 234:23, 246:7
sideways [5] - 28:4, 106:5, 162:20, 166:14, 166:21
sign [8] - 102:23, 103:1, 115:3, 115:4, 115:6, 115:8, 115:9, 115:10
sign-off [3] - 115:8, 115:9, 115:10
signaling [1] - 109:25
signals [1] - 234:14
signed [2] - 95:20, 102:20
significance [2] - 238:23, 240:4
significant [4] - 56:6, 155:5, 266:24, 268:8
significant" [2] - 266:18, 266:20
significantly [6] - 156:4, 156:6, 265:14, 266:1, 266:10, 266:17
similar [3] - 54:1, 228:9, 263:25
similarly [1] - 65:24
simple [2] - 26:20, 31:24
simplicity [1] - 45:13
simplified [1] - 56:11
simplify [1] - 199:21
simply [1] - 34:17
simulate [1] - 102:5
simulation [5] - 107:13, 113:20, 175:20, 175:21, 175:24
simulations [1] - 107:19
simulator [18] - 106:14, 106:15, 107:19, 111:18, 112:1, 112:6, 112:16, 112:21, 113:7, 113:19, 114:10, 117:22, 118:19, 121:16, 288:11, 288:14, 288:20, 288:22
simulators [5] - 102:4, 111:15, 111:19, 111:20, 117:7
single [3] - 35:6, 145:19, 146:5
sinking [1] - 155:21
sit [8] - 127:5, 204:8, 215:20, 216:5, 264:9, 264:18, 283:19, 302:14
sitting [11] - 44:19, 77:2, 127:14, 138:22, 177:21, 215:21, 245:11, 249:2, 250:9, 273:16, 299:5
situated [1] - 266:8
situation [33] - 72:21, 93:15, 155:14, 155:18, 164:3, 181:10, 181:11, 188:15, 191:5, 195:8, 201:5, 206:7, 206:16, 213:4, 216:23, 219:22, 234:20, 246:25, 254:18, 255:2, 257:13, 260:24, 261:12, 262:15, 263:13, 268:24, 272:16, 275:7, 275:11, 275:25, 276:1, 281:13, 299:17
situational [9] - 112:10, 122:19, 152:13, 181:9, 236:23, 250:3, 295:13, 297:1, 300:6
situations [7] - 104:3, 104:13, 111:16, 125:18, 147:17, 180:9, 240:15
six [14] - 6:7, 22:16, 28:20, 28:21, 47:12, 138:19, 205:24, 206:10, 206:13, 215:16, 218:18, 277:6, 279:12, 300:22
sixth [1] - 247:2
size [10] - 31:4, 35:17, 78:7, 131:15, 135:19, 135:20, 137:21, 137:22, 137:23, 229:4
sized [1] - 232:19
skies [1] - 139:10
skills [14] - 103:20, 104:2, 104:7, 104:13, 108:5, 122:22, 174:16, 213:3, 289:21, 292:24, 293:1, 294:1, 294:2, 295:11
slack [3] - 184:20, 184:25, 185:1
slacken [1] - 275:12
slamming [1] - 279:8
slashing [1] - 143:2
sleep [5] - 138:18, 138:23, 138:24, 291:13

sleeping [1] - 158:24
slid [1] - 173:17
slide [11] - 123:16, 123:20, 123:22, 125:3, 125:5, 125:7, 162:16, 162:20, 162:21, 198:12, 239:21
sliding [10] - 163:13, 189:25, 196:11, 198:20, 198:22, 199:2, 199:6, 270:10, 270:14
slight [5] - 59:22, 139:12, 239:22, 244:5, 297:6
slightly [5] - 55:5, 61:24, 110:6, 245:21, 298:25
slope [1] - 10:17
sloping [1] - 10:15
slow [6] - 28:3, 161:2, 217:1, 274:9, 279:11, 279:24
slowed [5] - 153:19, 196:10, 236:16, 279:15, 280:1
slower [1] - 133:13
slowing [4] - 163:15, 189:8, 195:16, 197:12
slowly [3] - 51:1, 221:15, 221:16
slows [1] - 163:24
small [3] - 21:21, 79:18, 299:11
smaller [1] - 135:20
smallest [1] - 228:12
Smith [1] - 2:8
Smithland [2] - 107:22, 107:23
snapshots [1] - 253:11
Snell [3] - 1:18, 1:20, 301:1
SNELL [26] - 15:2, 20:4, 27:11, 33:24, 45:1, 48:6, 48:7, 48:17, 50:5, 66:24, 128:6, 222:2, 222:8, 285:6, 285:13, 285:25, 293:9, 293:11, 294:23, 294:24, 298:7, 299:12, 299:14, 300:10, 304:22, 306:21
snippet [4] - 268:10, 268:11, 268:17, 299:11
snippets [1] - 253:16
soda [1] - 168:16
software [1] - 244:1
solemnly [3] - 86:24, 224:23, 285:15
solid [1] - 85:16
someone [7] - 92:22, 113:13, 114:20, 114:24, 114:25, 120:25, 300:6
sometimes [3] - 50:23, 171:19, 260:14
somewhere [2] - 70:19, 224:8
sorry [46] - 7:6, 10:9, 16:14, 17:21, 23:1, 24:2, 24:15, 27:16, 28:6, 38:6, 52:8, 53:14, 54:22, 55:14, 65:4, 109:18, 109:21, 125:25, 136:23, 170:25, 172:1, 172:11, 179:3, 182:7, 183:8, 187:18, 198:5, 207:4, 209:17, 210:8, 219:25, 221:11, 222:2, 256:1, 258:13, 263:4, 264:12, 265:23, 266:19, 270:12, 272:22, 274:22, 287:17, 287:18, 302:21, 305:3
Sorry [1] - 136:24
sort [23] - 5:18, 51:1, 53:6, 82:15, 92:24, 108:17, 119:13, 142:5, 151:22, 159:11, 162:17, 168:11, 169:17, 169:18, 175:6, 200:1, 203:18, 203:21, 259:13, 260:11, 260:13, 286:20, 304:15
sorts [1] - 158:3
Sotto [2] - 28:22, 54:25
sought [1] - 252:18
sound [3] - 110:1, 158:5, 234:14
sounded [6] - 11:1, 11:13, 156:17, 158:9, 158:14, 158:16
sounder [2] - 182:16, 182:22
sounding [7] - 6:21, 47:2, 56:6, 56:10, 57:6, 62:11, 64:13
soundings [13] - 6:20, 7:3, 8:11, 8:16, 11:2, 12:8, 12:9, 12:11, 15:16, 19:2, 19:24, 25:18, 63:24
soundly [1] - 291:13
sounds [2] - 62:16, 158:21
source [1] - 123:23
south [2] - 87:22, 106:5
SOUTHERN [1] - 1:2
space [3] - 62:6, 119:11, 227:20
spacing [1] - 215:1
span [3] - 6:7, 188:21, 206:13
spark [1] - 217:13
sparks [1] - 155:21
speaking [9] - 41:10, 41:19, 42:2, 55:11, 187:17, 231:22, 283:6, 290:23, 294:10
speaks [2] - 18:24, 276:4
special [1] - 293:21
specialized [2] - 227:7, 293:23
specialty [2] - 92:8, 92:11
specific [9] - 6:15, 69:5, 112:1, 113:4, 120:4, 180:14, 214:4, 256:5, 303:25
specifically [10] - 7:18, 9:13, 13:14, 113:18, 124:3, 204:13, 227:15, 227:21, 230:22, 240:14
Spectra [6] - 128:23, 128:24, 128:25, 167:11, 167:12, 167:14
spectrum [1] - 228:11
speculation [2] - 184:6, 219:16
speed [58] - 28:3, 29:9, 37:1, 37:2, 43:7, 43:11, 44:14, 46:20, 49:5, 54:22, 70:20, 75:1, 75:2, 77:12, 80:5, 109:25, 133:12, 133:16, 142:22, 146:23, 146:25, 147:9, 147:14, 154:9, 160:10, 161:2, 162:7, 162:8, 163:18, 163:19, 184:17, 190:4, 191:12, 198:6, 198:10, 202:7, 214:25, 220:25, 232:15, 232:17, 232:20, 232:24, 233:4, 240:25, 241:4, 241:8, 241:10, 241:16, 249:10, 252:22, 253:17, 253:21, 254:3, 270:17, 270:24, 275:12, 304:14, 304:17
speeds [2] - 147:11, 194:19
spite [1] - 193:19
split [1] - 165:25
splitting [1] - 257:13
spoil [2] - 21:7, 21:20
spoken [2] - 192:9, 251:24
spot [3] - 145:19, 250:6, 255:1
spot-on [2] - 250:6, 255:1
square [5] - 278:21, 278:22, 278:25, 279:5, 280:11
squeezed [1] - 40:8
stage [2] - 33:1, 33:9
stages [1] - 256:8
stakes [16] - 4:12, 4:15, 4:18, 4:23, 5:2, 5:6, 17:5, 17:13, 18:1, 18:3, 18:6, 18:9, 18:20, 19:3, 19:10, 19:23
stand [11] - 86:20, 87:4, 170:12, 179:22, 216:4, 220:8, 224:22, 243:24, 243:25, 285:20, 299:20
stand-alone [2] - 243:24, 243:25
standard [3] - 102:25, 116:6, 232:1
standards [3] - 104:23, 110:8, 110:10
standing [14] - 48:19, 48:20, 105:8, 138:2,

140:10, 174:15, 176:6, 179:13, 179:19, 181:14, 182:19, 256:12, 295:11, 296:10
stands [1] - 300:1
starboard [111] - 3:20, 3:25, 4:17, 4:20, 4:25, 26:22, 29:7, 29:11, 31:13, 31:14, 32:10, 35:3, 35:18, 35:22, 36:2, 37:6, 38:3, 39:11, 49:24, 54:15, 55:4, 55:21, 57:21, 58:3, 60:10, 60:12, 60:19, 61:8, 61:12, 62:4, 62:7, 65:8, 65:9, 65:11, 65:14, 66:1, 67:10, 76:15, 76:19, 77:1, 77:13, 83:4, 134:13, 142:20, 142:21, 154:11, 159:8, 159:17, 159:19, 159:20, 159:24, 164:8, 164:13, 165:22, 166:7, 166:14, 166:17, 166:20, 167:7, 167:8, 167:10, 189:8, 190:19, 190:23, 192:10, 192:12, 197:11, 199:17, 199:23, 200:2, 201:12, 201:16, 207:8, 207:25, 208:3, 209:3, 218:2, 218:6, 218:10, 240:10, 240:19, 240:21, 240:23, 243:12, 245:2, 246:6, 246:7, 247:10, 247:11, 247:21, 247:23, 248:14, 252:21, 259:6, 260:4, 271:6, 272:17, 272:24, 280:9, 300:4
starboard-to-starboard [4] - 159:17, 243:12, 246:6, 272:17
start [22] - 31:13, 32:6, 35:3, 52:17, 71:12, 88:24, 90:9, 94:18, 102:8, 110:22, 122:5, 122:13, 128:5, 138:14, 153:14, 159:10, 195:15, 224:13, 241:19, 242:2, 254:2, 288:5
started [18] - 76:7, 76:9, 89:1, 90:11, 95:4, 97:3, 122:14, 184:20, 186:22, 208:18, 226:1, 226:8, 226:17, 259:5, 259:14, 281:11, 286:22, 292:4
starting [12] - 17:22, 26:17, 57:17, 77:13, 77:14, 185:13, 198:2, 198:6, 200:17, 244:19, 248:14, 253:21
starts [6] - 10:19, 27:3, 76:11, 148:16, 254:8
state [4] - 29:4, 85:3, 225:15, 260:19
statement [5] - 27:11, 62:5, 153:6, 192:9, 259:14
states [2] - 8:20, 59:10
STATES [1] - 1:1
States [4] - 142:13, 225:19, 287:5, 287:8
stating [1] - 305:14
stay [10] - 13:18, 13:20, 101:7, 106:25, 125:20, 146:16, 146:17, 146:18, 161:3, 203:6
stayed [3] - 25:17, 197:20, 199:16
staying [1] - 217:3
stays [2] - 199:7, 297:5
steel [1] - 129:1
steer [9] - 80:7, 94:24, 95:3, 115:1, 115:23, 130:9, 154:24, 270:19, 291:13
steerage [1] - 267:24
steered [1] - 165:18
steering [14] - 27:21, 78:6, 93:10, 94:10, 94:11, 94:18, 130:5, 133:13, 152:1, 160:21, 288:4, 288:6, 288:8
steers [2] - 92:22, 131:9
steersman [17] - 89:5, 92:20, 92:21, 93:7, 93:22, 94:8, 95:7, 95:11, 96:1, 97:13, 97:14, 115:16, 115:20, 116:11, 173:20, 173:22, 288:6
steersmen [2] - 114:21, 115:14
stenography [1] - 2:21
step [8] - 68:3, 92:17, 92:18, 100:13, 186:16, 222:20, 284:10, 306:22
stepped [1] - 140:2
steps [1] - 282:7
stern [32] - 23:16, 33:10, 35:4, 37:14, 38:15, 38:18, 57:16, 59:1, 59:3, 59:21, 59:24, 60:2, 78:10, 116:3, 166:13, 167:8, 167:9, 167:14, 190:15, 191:15, 199:8, 200:3, 217:23, 218:3, 218:7, 218:8, 233:11, 233:12, 278:22
sterns [1] - 61:23
STEVEN [1] - 3:14
stick [1] - 178:10
sticks [3] - 163:2, 189:21, 259:10
still [64] - 3:10, 15:16, 25:11, 53:6, 55:3, 55:6, 57:14, 57:21, 57:24, 58:1, 58:24, 59:21, 60:18, 61:10, 61:11, 64:6, 75:5, 76:23, 94:22, 130:11, 130:16, 141:22, 160:13, 162:17, 169:2, 170:12, 170:18, 170:22, 170:23, 170:24, 171:1, 189:19, 190:6, 194:8, 198:19, 200:8, 202:11, 203:13, 206:24, 220:8, 234:24, 235:5, 239:20, 239:23, 239:25, 244:24, 246:16, 247:7, 247:9, 247:25, 248:3, 248:9, 248:11, 253:23, 253:25, 254:1, 263:9, 264:23, 268:7, 269:21, 271:25, 280:23, 302:11, 302:12
stills [1] - 250:2
stood [1] - 292:19
stop [44] - 23:13, 23:16, 24:23, 28:12, 28:16, 36:6, 39:4, 57:11, 58:13, 60:6, 60:24, 61:16, 73:7, 92:15, 153:18, 189:13, 195:15, 195:23, 195:24, 196:8, 205:12, 205:16, 206:24, 210:4, 220:12, 221:10, 221:12, 224:20, 259:7, 261:19, 272:25, 273:2, 274:10, 274:14, 276:7, 278:19, 278:23, 279:3, 279:5, 279:19, 279:20, 279:25, 280:5, 280:8
stopped [23] - 23:7, 24:6, 24:7, 24:12, 24:15, 28:16, 50:3, 53:1, 55:2, 57:13, 65:5, 75:5, 161:7, 196:11, 203:8, 205:15, 206:15, 220:4, 221:15, 265:7, 279:2, 281:7, 299:24
stopping [19] - 22:22, 23:6, 23:12, 24:19, 25:7, 189:8, 195:15, 196:4, 197:11, 204:18, 206:20, 263:7, 263:8, 263:16, 264:2, 264:22, 265:2, 275:12, 278:15
stops [2] - 92:16, 164:1
straight [24] - 51:11, 51:24, 52:12, 52:14, 53:19, 55:18, 58:4, 58:5, 162:7, 163:2, 168:8, 199:16, 200:5, 207:7, 208:13, 237:7, 237:14, 242:17, 266:22, 266:23, 267:4, 267:10, 280:3, 297:7
straight-up [1] - 168:8
straightaway [2] - 214:17, 214:20
straightaways [2] - 52:1, 52:3
straightened [1] - 254:2
straightening [1] - 163:20
Strasburger [2] - 1:23, 2:2
stray [1] - 306:24
Street [4] - 1:20, 2:2, 2:8, 2:20
stressed [1] - 168:25
stretch [1] - 37:9
string [1] - 136:5
stringing [2] - 136:3, 232:10
stronger [1] - 128:25
struggles [1] - 302:12
strung [11] - 131:20,

131:22, 131:23, 132:14, 133:1, 133:2, 133:9, 133:12, 136:13, 150:17, 233:17
strung-out [3] - 133:9, 133:12, 150:17
stuck [1] - 161:20
stuff [4] - 120:9, 154:9, 212:8, 212:10
stump [3] - 129:20, 129:23, 129:24
stump-jumpers [3] - 129:20, 129:23, 129:24
Subchapter [1] - 130:24
submerged [28] - 4:10, 4:15, 18:1, 19:1, 19:3, 19:10, 19:23, 19:24, 20:25, 21:3, 21:4, 21:7, 21:13, 21:16, 21:18, 21:22, 22:3, 22:11, 22:19, 148:13, 154:18, 282:3, 282:6, 282:10, 282:23, 283:10, 283:16, 283:21
submission [1] - 86:11
submit [2] - 68:11, 69:6
submitted [2] - 47:13, 69:3
subsection [1] - 275:23
subsequent [3] - 48:13, 271:5, 303:12
subsequently [1] - 89:16
successful [2] - 159:22, 164:12
successfully [6] - 160:4, 160:15, 164:18, 164:22, 276:16, 276:24
succession [2] - 158:11, 161:25
suck [1] - 180:16
suction [4] - 33:2, 61:20, 61:22, 180:18
sufficient [5] - 10:23, 160:7, 199:25, 204:10, 204:14
suggest [3] - 42:22, 49:23, 50:2
suggested [2] - 22:22, 278:12
suggesting [1] - 211:21
suggests [1] - 275:23
Suite [6] - 1:21, 1:24, 2:3, 2:9, 2:14, 2:20
summarize [3] - 91:9, 225:21, 301:21
summarizing [1] - 229:21
summary [1] - 48:22
SUMMER [1] - 29:20
supervisor [1] - 91:18
supply [1] - 171:12
supposed [8] - 43:8, 70:3, 70:11, 70:14, 71:20, 85:13, 85:17, 158:21
surely [1] - 221:16
surmises [1] - 212:10
surprise [1] - 198:9
surprised [2] - 217:9, 217:11
survey [17] - 5:22, 5:23, 6:9, 6:11, 10:8, 13:13, 15:12, 22:16, 22:18, 25:3, 57:4, 62:23, 63:6, 63:9, 63:11, 63:17, 63:19
surveys [11] - 9:8, 11:19, 12:15, 13:1, 13:19, 13:24, 15:1, 64:20, 157:23, 223:1
survival [1] - 119:21
SUSAN [2] - 29:21, 30:10
Sutton [30] - 224:11, 224:14, 224:19, 224:20, 225:16, 225:17, 229:7, 229:21, 235:19, 238:7, 242:10, 243:16, 244:24, 246:4, 246:12, 251:8, 252:14, 254:21, 255:11, 262:6, 265:22, 271:8, 275:9, 276:10, 278:12, 281:5, 284:2, 284:10, 284:13, 284:15
SUTTON [1] - 225:11
swang [2] - 162:5, 162:6
swear [5] - 86:22, 86:24, 224:21, 224:23, 285:15
Sweetwater [1] - 294:25
swing [23] - 137:16, 154:9, 160:22, 162:8, 163:7, 163:8, 189:14, 218:7, 239:19, 239:22, 241:10, 243:20, 243:21, 243:22, 243:23, 243:25, 244:4, 244:7, 244:10, 244:13, 253:23, 253:24
swinging [9] - 154:6, 162:5, 162:25, 163:7, 195:22, 195:23, 196:6, 244:17, 254:1
swings [1] - 199:7
switch [2] - 189:17, 266:11
sworn [10] - 3:15, 66:4, 69:11, 78:20, 84:24, 86:23, 87:12, 225:12, 285:15, 285:23
swung [1] - 217:22
symbol [2] - 21:22, 59:9
synthetic [2] - 128:25, 167:12
system [7] - 101:21, 138:2, 175:11, 194:23, 209:16, 233:3, 244:3
systems [2] - 137:10, 151:2

**T**

talks [1] - 17:25
tall [4] - 129:15, 155:24, 156:1, 156:3
tangent [1] - 218:14
tank [5] - 91:19, 287:4, 287:5, 287:9
tankering [2] - 94:11, 107:5
tankerman [19] - 89:2, 89:3, 89:4, 91:1, 91:2, 91:3, 91:5, 91:7, 91:9, 91:11, 91:13, 91:17, 92:1, 92:3, 92:9, 92:12, 93:9, 94:20, 94:22
tankerman's [3] - 91:5, 92:6, 99:10
target [2] - 208:20, 273:17
task [2] - 139:5, 277:1
tasked [2] - 256:14, 256:16
tasks [1] - 171:16
taught [1] - 122:25
teach [4] - 90:16, 114:24, 114:25, 120:16
teaching [1] - 292:24
team [6] - 40:1, 43:24, 47:25, 204:24, 205:4, 286:17
teammates [1] - 205:4
teams [1] - 39:24
technically [2] - 55:11, 288:23
telephone [1] - 255:23
ten [6] - 91:14, 102:19, 134:18, 206:13, 306:23, 307:4
tends [1] - 180:15
Tennessee [1] - 96:18
term [3] - 51:1, 115:2, 216:20
terminal [2] - 181:18, 253:10
terms [20] - 31:22, 32:1, 36:14, 36:15, 41:6, 42:12, 150:8, 184:3, 185:1, 189:11, 194:23, 199:15, 200:22, 200:25, 201:5, 214:25, 215:5, 259:22, 264:1, 298:12
test [9] - 70:25, 91:15, 94:14, 94:16, 95:14, 119:7, 167:21, 289:21
tested [1] - 304:1
testified [56] - 3:15, 3:20, 3:23, 4:6, 5:3, 5:4, 10:3, 10:14, 12:14, 15:21, 17:13, 23:7, 23:10, 29:15, 40:24, 42:18, 67:20, 69:11, 74:2, 78:20, 83:3, 83:12, 84:24, 85:21, 87:12, 126:2, 126:4, 173:11, 175:10, 176:14, 178:2, 183:13, 186:5, 190:3, 198:16, 204:18, 205:10, 209:9,

211:14, 212:16, 215:11, 220:3, 225:12, 238:13, 257:7, 258:6, 258:16, 260:1, 263:12, 267:16, 268:3, 285:23, 288:5, 292:8, 295:21, 301:17
testify [7] - 34:16, 87:5, 210:24, 211:5, 211:6, 229:13, 264:5
testifying [2] - 83:22, 225:7
testimony [69] - 15:23, 17:19, 20:11, 20:18, 20:23, 23:4, 34:13, 37:8, 39:24, 39:25, 52:20, 52:22, 54:12, 56:20, 64:18, 66:5, 66:8, 66:9, 66:16, 67:22, 83:12, 86:24, 143:10, 144:11, 170:13, 172:18, 175:14, 176:10, 176:18, 178:3, 192:17, 192:18, 193:2, 193:18, 193:20, 201:18, 202:24, 203:17, 210:23, 216:2, 216:4, 224:23, 230:25, 231:11, 256:20, 256:25, 259:7, 259:9, 260:16, 263:23, 264:13, 264:16, 265:1, 265:22, 265:25, 267:15, 267:17, 277:9, 281:7, 281:15, 282:6, 285:15, 287:24, 297:23, 297:25, 298:5, 298:8, 301:20, 304:15
testing [1] - 167:18
tests [2] - 94:14, 167:25
TEXAS [1] - 1:2
Texas [14] - 1:21, 1:25, 2:3, 2:9, 2:14, 2:20, 50:23, 136:6, 140:15, 141:19, 141:20, 141:21, 142:7
text [1] - 178:9
textbook [4] - 42:19, 42:23, 66:18, 215:12
THE [121] - 1:8, 1:11, 1:16, 3:3, 3:5, 3:10, 15:8, 20:7, 24:25, 30:22, 33:23, 34:2, 44:24, 48:15, 50:6, 50:9, 52:4, 52:6, 64:25, 66:23, 67:2, 68:3, 68:9, 68:24, 69:8, 86:10, 86:15, 86:17, 86:19, 87:2, 87:3, 87:8, 87:10, 93:4, 93:5, 97:25, 128:4, 128:7, 136:23, 136:24, 136:25, 144:7, 144:10, 144:12, 144:14, 155:6, 170:5, 176:19, 182:10, 184:7, 187:16, 187:18, 187:19, 193:16, 193:20, 193:21, 210:3, 211:14, 211:20, 211:24, 212:5, 212:11, 212:13, 213:11, 216:10, 216:13, 219:2, 219:5, 219:17, 221:22, 221:25, 222:7, 222:10, 222:13, 222:19, 222:21, 222:22, 223:3, 223:7, 223:10, 223:15, 223:21, 223:24, 224:1, 224:6, 224:13, 224:16, 224:20, 225:2, 225:3, 225:5, 225:6, 225:9, 225:10, 255:7, 269:1, 278:3, 278:7, 278:9, 281:1, 284:6, 284:10, 284:16, 284:21, 285:1, 285:3, 285:10, 285:14, 285:19, 285:20, 297:25, 298:3, 300:11, 306:20, 306:22, 307:7, 307:11, 307:14, 307:17, 307:20
themselves [1] - 116:10
thereafter [2] - 158:14, 160:18
thinking [1] - 188:12
third [21] - 11:14, 33:9, 68:19, 103:22, 177:13, 233:13, 233:19, 233:22, 242:7, 253:12, 290:18, 290:19, 292:2, 292:4, 292:7, 294:9, 294:10, 294:20, 295:4, 295:16
third-party [10] - 68:19, 290:18, 290:19, 292:2, 292:4, 292:7, 294:9, 294:10, 294:20, 295:4
thousand [1] - 135:10
thousand-foot [1] - 135:10
threatening [1] - 155:18
three [18] - 16:22, 16:24, 20:6, 58:1, 68:24, 69:1, 86:11, 88:5, 90:24, 90:25, 91:3, 122:16, 137:16, 168:18, 193:13, 226:21, 248:22, 276:21
threw [2] - 152:20, 178:13
throttle [3] - 162:5, 195:15, 300:2
throttles [5] - 196:5, 196:9, 241:15, 241:19, 299:22
throttling [1] - 196:2
throughout [1] - 70:13
throw [6] - 160:18, 160:20, 161:3, 161:5, 247:22, 258:10
thrown [3] - 153:23, 218:3
thumb [1] - 178:9
Thursday [1] - 171:4
ticket [1] - 92:6
tidal [3] - 16:5, 179:6, 185:4
tide [23] - 15:18, 16:9, 16:11, 16:12, 16:18, 16:20, 16:25, 139:15, 139:16, 139:20, 140:25, 143:2, 143:3, 143:5, 157:19, 184:15, 184:24, 184:25, 185:1, 185:3, 185:5, 185:8
tides [2] - 179:4, 179:5
tie [2] - 90:17, 142:3
ties [1] - 78:7
tighten [1] - 52:24
tiller [4] - 297:5, 297:6, 299:23, 300:3
tilted [2] - 165:15, 165:16
timeframe [1] - 252:24
timeline [1] - 97:4
timely [1] - 252:20
timers [1] - 154:20
timing [3] - 46:2, 46:3, 194:7
title [1] - 286:11
titled [1] - 175:7
TO [1] - 1:5
today [32] - 44:19, 46:23, 76:23, 89:22, 92:18, 101:10, 102:15, 124:22, 143:10, 170:12, 189:2, 198:16, 204:8, 215:20, 216:5, 222:3, 222:24, 226:16, 227:17, 230:25, 249:2, 250:2, 264:5, 264:9, 264:18, 283:20, 287:24, 293:4, 293:13, 297:20, 298:8, 302:15
together [7] - 13:25, 118:3, 132:1, 169:2, 169:3, 299:3, 307:10
Tombigbee [1] - 96:18
tomorrow [2] - 69:6, 307:14
ton [2] - 226:22, 290:14
tonight [1] - 285:4
tonnage [20] - 181:21, 181:22, 249:15, 249:22, 253:25, 273:13, 279:25, 298:9, 298:10, 298:21, 298:23, 305:1, 305:2, 305:5, 305:9, 305:16, 305:20, 306:3, 306:6
tons [12] - 195:22, 196:6, 249:16, 249:19, 298:14, 305:10, 305:15, 305:21, 305:23, 306:7, 306:9, 306:12
Tony [22] - 86:5, 87:9, 87:16, 94:4, 109:3, 118:6, 125:24, 125:25, 126:1, 127:24, 144:18, 147:13, 148:5, 154:19, 191:14, 230:17, 291:15, 292:19, 293:3, 297:16, 301:22
TONY [1] - 87:11
Tony's [1] - 291:11
took [25] - 43:22, 51:7, 51:19, 93:16, 94:16, 95:12, 95:14, 97:4, 110:19, 121:17, 141:3, 144:18, 166:19, 167:21, 168:24, 174:1, 176:21, 184:14, 188:14, 189:13, 206:9, 209:9, 227:22, 260:7
top [2] - 98:22, 127:23

topic [2] - 144:22, 281:17
topics [3] - 144:21, 230:11, 289:6
topping [1] - 236:7
total [9] - 173:9, 232:4, 233:19, 238:9, 248:20, 249:19, 287:6, 294:14, 306:3
touching [1] - 26:19
tour [1] - 95:20
tow [98] - 7:12, 13:4, 15:17, 20:12, 22:14, 23:8, 23:14, 23:18, 23:19, 23:20, 23:25, 24:6, 27:25, 28:19, 84:16, 85:14, 99:6, 108:15, 116:2, 129:3, 131:15, 131:25, 132:10, 132:25, 133:14, 133:15, 134:1, 135:1, 135:3, 135:4, 135:8, 135:16, 135:19, 135:20, 135:25, 136:3, 136:5, 153:18, 153:19, 155:19, 165:22, 183:12, 190:14, 192:1, 192:20, 194:8, 196:9, 196:12, 198:18, 199:1, 199:3, 199:6, 199:7, 199:15, 203:12, 210:13, 213:6, 215:24, 220:4, 227:13, 232:4, 233:8, 233:10, 233:12, 233:13, 233:14, 233:16, 233:18, 233:19, 233:22, 233:23, 236:14, 244:16, 245:24, 246:1, 250:14, 253:25, 255:21, 260:12, 279:5, 279:11, 279:12, 279:14, 279:15, 279:25, 280:7, 281:7, 288:8, 288:15, 289:3, 291:22
towards [24] - 25:25, 26:11, 31:14, 32:12, 53:6, 53:18, 60:1, 81:24, 165:18, 165:19, 174:2, 189:14, 191:10, 192:12, 196:7, 196:12, 208:3, 208:18, 218:3, 244:20, 246:19, 247:9, 265:14, 280:3
towboat [1] - 28:4
towing [17] - 99:1, 226:2, 226:4, 226:6, 226:15, 226:18, 226:25, 227:5, 227:12, 227:17, 228:7, 229:13, 233:10, 234:1, 250:15, 260:19
town [1] - 136:11
tows [4] - 210:15, 228:22, 233:20, 283:1
trade [1] - 288:8
tradeoffs [1] - 133:7
traditional [1] - 27:20
traffic [6] - 140:25, 141:2, 147:22, 304:17, 304:18
train [4] - 107:9, 111:7, 114:21, 115:17
trained [3] - 90:24, 93:11, 294:12
trainee [1] - 89:2
trainers [1] - 294:7
training [102] - 88:19, 88:21, 90:8, 90:10, 90:22, 90:23, 91:1, 91:3, 91:5, 91:10, 91:11, 91:13, 92:13, 92:15, 92:24, 94:6, 95:5, 102:1, 102:4, 106:16, 106:17, 106:18, 106:21, 107:3, 107:7, 112:1, 112:7, 112:22, 113:1, 113:11, 114:17, 115:23, 116:11, 116:22, 117:22, 118:13, 118:16, 118:19, 118:20, 118:21, 118:24, 119:1, 119:5, 119:10, 119:11, 119:14, 119:18, 119:25, 120:4, 120:13, 120:14, 121:16, 125:8, 125:14, 125:21, 149:11, 154:20, 158:20, 169:15, 176:15, 204:24, 214:4, 225:22, 227:8, 227:12, 227:16, 227:23, 230:22, 230:23, 231:3, 231:6, 231:9, 231:14, 286:15, 287:21, 287:24, 288:3, 288:11, 288:12, 288:14, 288:15, 288:17, 288:20, 288:22, 288:25, 289:1, 289:2, 289:10, 289:13, 289:17, 289:23, 290:2, 290:4, 290:5, 293:21, 293:22, 293:24, 294:5, 294:6, 294:7
Transcript [1] - 2:22
transcript [13] - 17:22, 45:19, 45:22, 46:1, 46:2, 46:3, 46:4, 185:24, 190:22, 230:7, 235:10, 308:4
transcription [1] - 2:22
transcripts [2] - 69:3, 235:10
transferring [1] - 41:23
transfers [3] - 91:19, 209:24, 294:17
transit [16] - 7:19, 14:20, 35:18, 35:21, 35:25, 36:3, 37:10, 64:7, 213:25, 227:4, 234:2, 234:3, 251:3, 252:22, 282:2, 283:1
transited [4] - 150:13, 150:17, 280:11, 295:24
transiting [8] - 7:21, 9:20, 16:18, 41:11, 143:17, 232:23, 233:25, 234:8
transition [2] - 10:16, 157:12
transits [7] - 40:25, 42:18, 49:12, 66:5, 66:11, 215:10, 253:13
translate [1] - 260:23
transmission [2] - 236:1, 238:15
transmissions [1] - 239:8
transmit [2] - 141:11, 209:23
transmitted [2] - 209:14, 233:2
transmitting [1] - 209:18
transpire [1] - 82:18
transponded [1] - 209:25
Transportation [4] - 286:4, 286:5, 286:8, 286:9
travel [4] - 146:13, 147:10, 212:20, 241:20
traveling [8] - 43:10, 44:13, 199:20, 220:22, 242:1, 248:9, 253:14, 297:7
Travis [1] - 2:13
treat [1] - 225:6
TRIAL [1] - 1:15
trial [6] - 86:25, 102:15, 224:24, 249:11, 285:17, 299:6
triangle [1] - 55:22
tried [5] - 74:19, 163:8, 177:1, 203:9
tries [1] - 75:23
trim [2] - 78:12, 80:14
trimmed [1] - 78:10
trip [2] - 228:1, 228:6
trips [2] - 173:6, 294:18
trouble [1] - 267:24
trough [1] - 84:7
truck [1] - 177:19
true [17] - 40:12, 40:13, 65:18, 66:20, 70:13, 73:24, 79:2, 79:20, 80:11, 80:16, 82:2, 82:9, 82:25, 155:4, 214:8, 276:4, 279:13
truth [9] - 86:25, 87:1, 224:24, 224:25, 285:17, 285:18
try [11] - 43:20, 75:16, 153:13, 154:24, 161:7, 163:18, 172:1, 208:3, 216:17, 272:4, 288:1
trying [20] - 4:23, 28:3, 72:19, 73:4, 146:12, 152:9, 153:4, 164:20, 167:9, 182:8, 192:16, 202:5, 210:2, 212:1, 235:24, 236:1, 256:4, 258:14, 262:13, 267:17
tug [17] - 7:18, 29:21, 47:2, 167:12, 173:8, 173:10, 198:17, 199:4, 199:18, 203:12, 203:23, 206:25, 207:18, 209:3, 212:25, 231:14, 248:12
tugboat [9] - 24:1, 27:17, 27:21, 90:1, 199:12, 200:2, 200:7,

207:17, 208:14
tugboats [1] - 302:21
tugs [2] - 170:23, 213:21
turbulence [1] - 279:7
turn [87] - 4:20, 25:15, 32:11, 32:24, 37:1, 37:3, 37:6, 37:11, 37:13, 37:16, 38:3, 51:12, 51:16, 51:19, 51:20, 52:2, 52:12, 52:21, 54:14, 55:11, 58:8, 58:9, 59:11, 59:12, 59:20, 59:21, 59:22, 59:25, 60:1, 62:2, 71:4, 71:6, 71:9, 71:12, 82:25, 83:4, 106:4, 106:5, 115:6, 126:24, 133:15, 133:17, 142:7, 142:11, 142:15, 158:13, 159:6, 161:9, 161:13, 163:13, 163:16, 163:19, 164:1, 181:2, 199:11, 199:17, 200:1, 204:1, 207:25, 208:16, 214:14, 214:16, 214:17, 214:20, 219:9, 219:10, 219:13, 235:4, 240:22, 243:21, 245:15, 246:16, 247:7, 247:9, 248:14, 253:13, 253:18, 266:24, 268:8, 269:22, 270:9, 270:14, 273:12, 277:17
turned [7] - 77:1, 158:9, 173:16, 212:8, 265:14, 266:2, 266:23
turning [27] - 17:4, 31:13, 35:3, 53:19, 56:18, 58:7, 133:10, 141:24, 185:12, 195:13, 198:19, 199:13, 200:9, 218:10, 233:6, 233:9, 245:14, 246:19, 254:8, 254:9, 269:21, 270:2, 270:3, 271:23, 273:14
turnover [2] - 140:20, 140:21
turns [2] - 51:25, 180:10
twice [4] - 136:10, 164:25, 165:1, 165:2
twin [3] - 166:16, 166:18, 167:2
twisted [1] - 166:21
two [105] - 17:2, 18:23, 21:4, 23:8, 23:14, 23:18, 23:20, 24:4, 24:10, 28:25, 35:7, 36:24, 52:1, 52:3, 82:21, 82:22, 94:15, 108:9, 108:10, 108:23, 128:20, 129:3, 130:5, 131:17, 131:18, 132:11, 133:17, 133:20, 133:25, 135:15, 144:5, 144:21, 146:20, 149:14, 149:19, 159:9, 159:15, 159:16, 159:17, 160:1, 161:4, 161:23, 164:12, 164:19, 164:25, 166:19, 173:17, 174:5, 180:15, 181:1, 190:19, 192:13, 192:15, 192:24, 194:22, 194:25, 195:4, 195:10, 201:6, 201:8, 203:16, 204:14, 206:24, 209:21, 211:23, 220:2, 220:4, 220:16, 223:1, 232:1, 232:12, 232:16, 234:22, 235:6, 240:5, 240:6, 240:9, 240:22, 241:11, 243:12, 243:23, 244:10, 245:25, 248:4, 248:24, 249:18, 251:24, 252:6, 252:15, 254:20, 260:2, 262:24, 268:20, 270:5, 272:15, 272:18, 276:20, 277:2, 281:7, 284:8, 292:9, 306:8
two-barge [1] - 135:15
two-straightaways [2] - 52:1, 52:3
two-two [1] - 220:16
two-weeks [1] - 94:15
two-whistle [24] - 159:9, 159:15, 159:16, 159:17, 160:1, 161:4, 161:23, 164:12, 164:19, 190:19, 192:13, 192:15, 192:24, 201:6, 201:8, 203:16, 241:11, 243:12, 248:4, 248:24, 251:24, 252:15, 260:2, 272:18
type [3] - 90:2, 233:6, 233:7
typed [1] - 141:7
types [2] - 89:24, 89:25
typical [1] - 39:16
typically [7] - 31:7, 33:1, 41:19, 51:24, 61:22, 168:17, 196:23

## U

U.S [7] - 8:24, 99:6, 116:22, 142:13, 145:25, 157:21, 289:24
uncontrollable [1] - 25:12
under [17] - 3:11, 24:1, 42:19, 80:10, 92:22, 93:16, 166:1, 166:9, 166:15, 183:9, 183:10, 183:11, 207:14, 215:11, 254:15, 298:14, 301:22
undergo [2] - 167:17, 174:9
underneath [4] - 166:2, 166:6, 166:7
understood [3] - 191:15, 275:6, 297:16
undertake [2] - 14:4, 44:2
underway [2] - 80:4, 142:23
unexpected [1] - 202:21
unfavorable [1] - 261:13
unilaterally [1] - 272:25
uninspected [3] - 226:4, 226:6, 226:18
unit [2] - 70:7, 241:1
UNITED [1] - 1:1
United [4] - 142:12, 225:19, 287:5, 287:8
unknown [1] - 280:14
unless [2] - 252:12, 280:15
unlikely [1] - 203:5
unlimited [2] - 226:11, 227:1
unload [1] - 91:8
unorthodox" [1] - 35:9
unquote [1] - 65:11
unsafe [4] - 4:20, 66:7, 66:13, 174:20
unusual [6] - 39:14, 40:6, 42:12, 151:18, 186:10, 235:24
up [173] - 5:12, 5:15, 9:10, 10:2, 14:8, 17:9, 20:11, 20:12, 25:3, 31:19, 32:19, 33:4, 34:7, 34:19, 36:5, 36:12, 36:15, 39:14, 47:4, 48:6, 50:14, 52:24, 54:22, 62:22, 64:19, 65:5, 67:3, 71:19, 75:14, 82:11, 82:19, 84:15, 85:12, 86:20, 87:3, 89:2, 89:21, 90:17, 92:8, 93:18, 97:20, 98:3, 102:10, 103:3, 103:23, 108:11, 109:2, 110:5, 114:13, 119:24, 121:21, 122:24, 125:10, 126:13, 127:18, 128:17, 128:20, 130:9, 131:4, 131:20, 131:24, 132:10, 132:12, 132:15, 133:14, 133:18, 133:21, 133:24, 136:12, 137:3, 139:22, 139:25, 140:9, 150:25, 151:11, 151:15, 153:4, 153:12, 154:1, 154:2, 156:14, 156:15, 156:18, 156:21, 157:5, 157:18, 157:21, 159:1, 159:3, 162:6, 162:7, 163:18, 166:2, 166:8, 166:16, 168:8, 174:1, 174:12, 175:23, 178:14, 179:9, 179:22, 182:23, 183:5, 185:19, 186:16, 186:25, 187:3, 187:23, 189:11, 193:24, 201:1, 202:6, 203:19, 204:16, 204:19, 205:21, 206:6, 206:8, 207:9, 207:22, 209:1, 210:2, 210:13, 211:15, 211:17, 213:18, 219:18, 225:25, 227:21, 228:13, 232:1, 232:3, 232:7, 232:10, 233:4, 233:11, 233:20, 236:2, 237:25, 238:15, 238:16, 238:22, 241:14, 250:9, 250:25, 251:4, 251:5, 253:1, 254:2, 258:8, 259:19,

259:24, 261:18, 263:21, 265:2, 265:17, 266:22, 267:4, 267:10, 268:15, 278:22, 279:7, 281:17, 281:18, 283:6, 283:25, 286:9, 293:9, 299:9, 300:1, 307:6, 307:14
updated [1] - 14:24
updates [3] - 13:12, 14:19, 282:15
upgraded [3] - 226:5, 226:7, 226:10
upgrades [1] - 227:10
Upper [1] - 96:16
upside [1] - 166:3
upstairs [1] - 140:1
upward [1] - 198:22
upwards [1] - 233:21
USA [1] - 45:14
usage [1] - 152:5
useless [1] - 130:13
usual [6] - 186:10, 232:7, 234:1, 234:7, 240:7, 251:3
utilitarian [1] - 303:3
utilized [1] - 267:16
utilizing [1] - 249:21

**V**

value [2] - 236:22, 307:3
variable [1] - 252:10
variation [1] - 63:21
varies [2] - 227:20, 241:22
variety [1] - 13:8
various [9] - 4:9, 5:23, 26:23, 36:6, 63:19, 104:3, 104:13, 174:18, 256:7
variously [1] - 7:17
VDR [6] - 49:18, 49:21, 83:11, 208:8, 235:9, 239:4
VDRs [2] - 33:14, 39:18
vector [2] - 55:9, 198:12
vehicle [3] - 140:8, 140:9, 152:8
versa [1] - 233:16
version [3] - 12:4, 12:5, 286:20
versus [6] - 129:17, 131:9, 132:8, 150:18, 232:10, 256:9
vessel [90] - 25:12, 26:16, 27:3, 29:5, 29:20, 31:13, 32:4, 34:22, 35:3, 35:23, 38:18, 39:10, 43:16, 43:19, 48:23, 49:7, 54:3, 57:22, 79:24, 83:13, 84:20, 99:17, 101:25, 103:15, 110:1, 113:3, 113:5, 120:25, 121:10, 124:7, 132:20, 132:22, 136:6, 140:13, 141:3, 141:11, 141:15, 141:18, 143:20, 143:22, 148:12, 153:22, 154:7, 156:4, 156:7, 183:2, 194:17, 196:15, 196:18, 196:21, 211:7, 211:9, 220:22, 220:24, 221:9, 228:12, 228:20, 232:4, 232:11, 232:15, 232:19, 233:7, 233:8, 234:18, 236:12, 240:19, 241:10, 245:13, 249:17, 250:15, 260:12, 263:9, 270:2, 270:3, 270:6, 270:9, 272:10, 272:23, 274:10, 274:23, 275:11, 276:5, 277:5, 277:15, 277:23, 280:1, 286:12, 297:7
vessel's [2] - 29:6, 30:5
vessels [84] - 14:16, 31:3, 31:7, 31:22, 32:6, 32:7, 32:8, 32:11, 33:3, 33:10, 33:11, 34:20, 35:7, 35:16, 36:4, 39:21, 39:25, 40:15, 42:7, 42:16, 56:3, 56:18, 59:19, 66:21, 67:15, 89:24, 89:25, 99:1, 102:6, 112:23, 113:2, 131:7, 131:10, 145:12, 150:23, 181:1, 196:23, 197:1, 209:18, 211:11, 211:13, 213:25, 214:4, 214:14, 214:25, 215:1, 215:5, 215:9, 217:18, 219:9, 226:4, 226:6, 226:8, 226:18, 226:25, 228:9, 228:10, 229:3, 229:4, 232:24, 233:24, 234:1, 234:3, 234:10, 234:19, 234:22, 235:2, 236:6, 236:7, 240:5, 240:11, 240:16, 240:22, 241:11, 246:4, 246:12, 251:25, 252:1, 252:6, 252:8, 257:12, 260:22, 275:21
vet [1] - 303:3
vetting [1] - 286:16
VHF [11] - 137:15, 137:16, 156:10, 233:2, 233:3, 234:13, 234:17, 238:1, 239:8, 250:7, 250:9
via [10] - 69:11, 78:20, 84:24, 156:10, 233:2, 234:14, 234:15, 234:17, 237:12, 283:23
viable [7] - 82:24, 154:15, 263:8, 264:23, 278:15, 278:18, 280:4
vice [5] - 233:16, 286:12, 286:23, 286:24, 286:25
vicinity [3] - 9:19, 22:4, 205:5
video [33] - 38:19, 68:12, 68:15, 68:22, 68:24, 69:9, 69:11, 78:20, 84:24, 166:4, 178:18, 214:19, 235:5, 235:7, 237:24, 241:13, 241:24, 244:9, 250:1, 250:5, 253:21, 256:20, 256:21, 258:12, 261:23, 296:20, 296:22, 296:23, 297:4, 299:2, 299:3, 299:9, 299:16
Video [11] - 36:9, 39:3, 54:20, 57:10, 58:12, 59:5, 60:5, 60:23, 61:15, 62:24, 299:13
videos [1] - 208:11
Videotaped [1] - 86:4
view [5] - 163:9, 203:2, 259:3, 263:8
vigilance [1] - 79:1
violate [2] - 254:11, 254:22
violated [1] - 230:16
violates [1] - 274:12
violation [4] - 34:18, 179:13, 247:10, 257:23
virtues [3] - 79:11, 79:16, 79:19
visibility [1] - 139:9
visible [1] - 232:24
visually [3] - 70:8, 151:13, 151:16
VLGC [4] - 2:5, 2:11, 2:11, 214:10
voce [2] - 28:22, 54:25
voyage [12] - 122:9, 141:5, 144:22, 145:1, 145:4, 145:7, 145:8, 294:16, 303:22, 304:9, 304:13, 304:19
voyage-planning [1] - 145:7
VOYAGER [188] - 3:21, 3:24, 7:10, 7:16, 7:17, 7:19, 9:20, 11:21, 20:13, 28:10, 44:7, 68:20, 69:18, 70:10, 70:14, 72:8, 74:11, 74:15, 74:17, 74:23, 75:1, 75:8, 75:11, 75:23, 76:2, 76:4, 76:7, 76:15, 76:19, 77:1, 77:9, 77:12, 77:18, 77:21, 81:25, 82:9, 82:16, 82:20, 82:23, 83:3, 83:4, 83:17, 85:12, 101:2, 101:3, 101:6, 101:7, 101:8, 126:12, 126:22, 127:3, 127:9, 127:14, 127:15, 129:2, 129:11, 130:19, 131:7, 131:9, 131:11, 131:16, 131:25, 132:17, 132:19, 132:21, 132:23, 134:21, 135:1, 135:3, 135:9, 135:15, 137:7, 137:13, 138:3, 138:4, 142:10, 142:14, 142:18, 142:22, 147:14, 149:14, 149:18, 151:3, 151:10, 153:3, 160:3, 160:6, 160:14, 161:22, 162:11, 165:20, 166:11, 171:21, 171:24, 172:6, 172:17, 172:25, 181:17, 190:15, 191:16, 204:10, 205:21,

209:17, 210:9, 211:12, 221:3, 221:9, 221:14, 228:9, 228:20, 229:4, 230:14, 231:15, 231:23, 231:25, 232:4, 232:16, 235:21, 237:3, 237:15, 240:3, 240:25, 241:4, 241:6, 241:7, 241:16, 243:4, 243:24, 244:13, 244:16, 244:25, 245:3, 245:9, 245:12, 246:14, 246:16, 246:19, 246:24, 247:6, 247:9, 247:15, 248:3, 249:11, 249:23, 251:12, 251:15, 252:15, 252:20, 253:15, 253:17, 253:18, 254:2, 254:7, 254:9, 254:14, 254:21, 259:11, 259:24, 266:7, 266:8, 266:21, 266:23, 270:24, 271:2, 271:25, 275:4, 275:20, 275:22, 276:2, 276:11, 276:16, 276:24, 277:21, 278:19, 278:22, 294:21, 295:5, 298:15, 301:21, 301:23, 302:11, 302:14, 302:16, 302:17, 306:2
voyager [1] - 283:4
VOYAGER' [1] - 202:4
VOYAGER's [13] - 137:21, 150:8, 160:10, 167:5, 212:17, 231:22, 232:24, 245:9, 245:24, 253:5, 253:13, 271:10, 280:23
VTS [2] - 139:18, 235:14

W

Wade [1] - 2:6
wage [1] - 229:1
wait [4] - 142:4, 301:25, 307:7, 307:9
waiting [2] - 225:5, 303:5
wake [4] - 137:3, 139:22, 159:1, 159:3
walking [1] - 235:13
wallow [1] - 84:5
wallowed [1] - 84:7
WALTER [1] - 69:10
Walter [1] - 69:16
Walters [1] - 2:7
waned [1] - 143:5
wants [5] - 81:14, 211:4, 301:18, 301:20, 307:17
warning [2] - 169:17, 236:9
wash [3] - 278:24, 279:8, 279:10
Watch [1] - 82:20
watch [35] - 48:1, 82:20, 97:15, 105:8, 138:2, 138:14, 138:17, 138:18, 138:20, 138:21, 138:22, 139:16, 139:22, 140:3, 140:10, 140:17, 144:24, 144:25, 168:15, 168:17, 168:18, 174:15, 176:6, 178:18, 179:13, 179:20, 179:22, 181:14, 182:19, 184:14, 186:13, 256:12, 295:11, 296:10, 296:19
watched [2] - 121:21, 293:24
watches [2] - 122:15, 300:1
watching [3] - 220:1, 297:4, 299:15
watchkeeping [1] - 227:21
watchman [1] - 156:9
water [51] - 3:24, 4:19, 5:4, 5:11, 8:25, 10:23, 11:21, 16:17, 21:25, 26:12, 42:1, 56:3, 56:9, 60:12, 64:8, 65:11, 65:14, 65:21, 67:21, 83:21, 84:2, 84:3, 140:1, 150:12, 153:7, 154:6, 154:12, 154:16, 156:2, 157:19, 163:22, 166:6, 166:7, 166:9, 167:8, 168:17, 180:16, 185:2, 185:8, 199:25, 225:18, 280:1, 280:2, 280:13, 281:23, 281:25, 282:1, 283:6, 304:15
waterline [2] - 127:12, 129:19
waters [3] - 45:15, 99:1, 226:11
Waterway [2] - 96:10, 96:18
waterway [2] - 112:23, 113:8
waterways [3] - 96:6, 96:8, 96:20
Watson [1] - 2:13
waypoint [1] - 122:6
ways [1] - 151:15
weather [2] - 139:7, 139:13
website [3] - 51:10, 51:23, 157:22
wedge [1] - 165:25
weeks [1] - 94:15
weighing [1] - 154:10
weight [4] - 253:25, 298:18, 305:24, 306:13
welcome [1] - 71:1
well-committed [1] - 246:22
Wells [4] - 2:19, 308:3, 308:6, 308:7
west [6] - 18:2, 18:7, 19:11, 245:8, 247:7, 253:13
western [4] - 96:8, 99:2, 226:25, 253:7
westward [2] - 234:3, 237:8
whatsoever [1] - 262:3
wheat [1] - 302:11
Wheat [17] - 101:3, 103:13, 103:14, 103:16, 104:4, 104:18, 121:4, 124:21, 124:24, 140:12, 140:18, 141:16, 144:25, 301:22, 302:3, 302:10, 302:12
Wheat's [1] - 291:24
wheel [4] - 167:10, 278:24, 279:7, 279:10
wheelhouse [19] - 81:13, 81:14, 81:15, 81:17, 82:11, 95:12, 102:4, 102:6, 102:14, 104:2, 104:12, 105:18, 117:8, 118:2, 121:21, 140:11, 140:14, 296:23, 299:16
wheelman [10] - 89:5, 93:3, 93:5, 93:11, 97:15, 168:25, 254:25, 290:25, 295:22, 296:2
wheelmen [5] - 231:3, 288:3, 288:4, 290:11, 290:16
wheels [2] - 129:20, 130:1
whereas [2] - 96:3, 132:14
whistle [31] - 159:9, 159:15, 159:16, 159:17, 160:1, 161:4, 161:23, 164:12, 164:19, 190:19, 192:13, 192:15, 192:24, 201:6, 201:8, 203:16, 234:5, 234:7, 234:25, 240:8, 240:18, 241:11, 243:12, 248:4, 248:24, 251:24, 252:15, 254:20, 260:2, 272:18
whistles [4] - 234:14, 234:15, 240:10, 240:22
white [4] - 55:24, 56:16, 67:11, 67:20
whole [11] - 17:25, 18:25, 70:13, 86:25, 191:1, 206:1, 206:3, 224:25, 228:11, 246:17, 285:17
wide [11] - 51:14, 52:21, 129:14, 132:3, 132:10, 132:11, 132:14, 133:5, 133:6, 134:6, 155:1
widener [26] - 56:1, 56:2, 56:7, 56:18, 56:21, 57:1, 59:15, 59:17, 60:18, 61:11, 62:7, 62:9, 62:19, 63:4, 63:8, 63:22, 63:23, 64:10, 64:14, 64:17, 65:7, 65:17, 65:25, 66:7, 66:13, 67:7
width [1] - 232:5
wife [5] - 140:2, 140:3, 140:5, 152:8, 177:20
William [1] - 2:18

WIND [1] - 29:20
wind [3] - 139:11, 139:13, 174:1
window [5] - 127:2, 127:6, 220:2, 266:3, 267:22
windshield [2] - 127:7, 127:8
windy [1] - 51:13
wing [1] - 93:16
wire [11] - 128:15, 166:15, 166:17, 167:7, 167:8, 167:9, 167:11, 167:12, 167:14, 300:4
wired [1] - 244:2
wires [12] - 127:20, 127:21, 128:13, 128:14, 128:19, 128:20, 129:2, 129:8, 136:18, 166:13
witness [27] - 15:6, 30:20, 50:5, 64:23, 68:7, 68:10, 68:15, 68:19, 86:6, 86:20, 87:3, 170:4, 211:4, 211:6, 211:22, 213:9, 216:9, 224:12, 224:17, 224:18, 241:14, 255:6, 278:4, 285:7, 285:12, 300:10
WITNESS [16] - 52:6, 64:25, 87:2, 87:10, 93:5, 128:4, 128:7, 136:24, 187:18, 193:20, 213:11, 222:21, 225:2, 225:5, 225:9, 285:19
witnesses [4] - 68:25, 69:2, 83:13, 146:10
word [3] - 266:18, 266:20, 297:11
words [9] - 17:14, 21:18, 36:1, 40:7, 67:23, 194:3, 203:24, 257:18, 260:18
works [3] - 101:23, 244:1, 301:22
worries [1] - 128:8
worse [1] - 80:2
wrapping [1] - 248:12
write [1] - 104:6
written [2] - 19:22, 192:7

**Y**

Y'all [1] - 136:25
y'all [4] - 222:23, 224:9, 306:24, 307:20
year [7] - 12:21, 93:7, 114:6, 116:16, 117:11, 117:18, 288:18
yearly [1] - 101:24
years [34] - 6:7, 22:16, 84:19, 88:3, 88:11, 89:4, 89:13, 92:2, 92:13, 93:14, 98:21, 99:14, 102:17, 114:9, 129:12, 135:18, 160:6, 174:5, 174:6, 174:7, 227:12, 228:2, 234:13, 250:16, 258:20, 279:13, 282:14, 282:16, 283:17, 286:19, 288:10, 289:2, 301:23
yellow [7] - 37:22, 127:18, 174:19, 194:12, 195:20, 301:3, 301:8
yesterday [12] - 10:3, 10:15, 28:25, 34:5, 34:16, 43:6, 45:5, 45:18, 46:5, 47:7, 47:24, 49:9
yourself [2] - 97:18, 179:23

**Z**

Zavala [1] - 106:20
zone [2] - 4:4, 4:25
zoom [6] - 7:25, 21:21, 237:4, 243:13, 245:16, 265:19
zooming [1] - 246:2

**§**

§ [18] - 1:4, 1:4, 1:5, 1:5, 1:6, 1:6, 1:8, 1:8, 1:9, 1:9, 1:10, 1:11, 1:12, 1:12, 1:13, 1:13, 1:14, 1:14