**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **KIRBY INLAND MARINE L.P.** | § | **3:19-CV-00297** |
| | § | |
| **V.** | § | **9:06 A.M. TO 5:09 P.M.** |
| | § | |
| **FPG SHIPHOLDING PANAMA 47 S.A., ET AL** | § § | **FEBRUARY 4, 2021** |
| **IN THE MATTER OF KIRBY INLAND MARINE, LP, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY** | § § § § § | **RULE 9(H) ADMIRALTY** |
| **IN THE MATTER OF THE COMPLAINT OF FPG SHIPHOLDING PANAMA 47 S.A. SHIP NO. 138 CO. LTD., ET AL, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | § § § § § § § | **RULE 9(h) ADMIRALTY** |

**BENCH TRIAL**
**BEFORE THE HONORABLE JEFFREY V. BROWN**
**Day 3 of 4 Days**

**APPEARANCES:**

**FOR KIRBY INLAND MARINE, LLP:**
Ms. Amy Louise Snell
Mr. George T. Shipley
Ms. Brooksie Bonvillain Boutet
Shipley Snell Montgomery LLP
712 Main Street
Suite 1400
Houston, Texas 77002
(713) 652-3052
and
Mr. David Earl James
Clark Hill Strasburger
2615 Calder Avenue
Suite 240
Beaumont, Texas 77002
(409) 351-3802

**FOR KIRBY INLAND MARINE, LLP:** (continued)
Mr. Misha Paltiyevich
Clark Hill Strasburger
909 Fannin Street
Suite 2300
Houston, Texas 77010
(713) 951-5600

**FOR FPG SHIPHOLDING PANAMA 47 S.A.; "K" LINE ENERGY SHIP MANAGEMENT; VLGC GENESIS RIVER:**
Mr. Dimitri P. Georgantas
Mr. Eugene Wade Barr
Mr. Kevin Patrick Walters
Mr. Blake E. Bachtel
Royston Rayzor
1600 Smith Street
Suite 5000
Houston, Texas 77002
(713) 225-9945

**FOR BW VLGC LTD.; BW GAS A.S.; BW FLEET MANAGEMENT A.S.; VLGC BW OAK:**
Mr. Robert L. Klawetter
Mr. James T. Bailey
Eastham Watson Dale & Forney
808 Travis
Suite 1300
Houston, Texas 77002
(713) 225-0905

**ALSO IN ATTENDANCE:**
Ms. Kim Darnell
Mr. Patrick Shamus O'Brien
Mr. Corey E. Dunbar
Mr. William W. Dills

Court Reporter:
Laura Wells, RPR, RMR, CRR
515 Rusk Street, Suite 8004
Houston, Texas 77002

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

**DAY 3**
**(Bench Trial)**


| | Page |
|---|---|
| February 4, 2021 | |
| Admission of Exhibits........................... | 4 |
| Kirby Rests..................................... | 6 |
| Admission of Exhibits........................... | 7 |
| GENESIS RIVER Rests............................. | 295 |
| Admission of Exhibits........................... | 296 |
| Reporter's Certificate.......................... | 298 |


**ALPHABETICAL**


| WITNESSES | Page |
|---|---|
| **CAPTAIN WILLARD WALTER BREATHWIT, JR.** | |
| Direct Examination By Mr. Barr | 8 |
| Cross-Examination By Mr. Shipley | 26 |
| Redirect Examination By Mr. Barr | 73 |
| Recross-Examination By Mr. Shipley | 79 |
| Redirect Examination By Mr. Barr | 82 |
| Recross-Examination By Mr. Shipley | 83 |
| **CAPTAIN STEPHEN RICHTER** | |
| Direct Examination By Mr. Walters | 86 |
| Cross-Examination By Mr. Klawetter | 137 |
| Cross-Examination By Mr. Klawetter | 166 |
| Cross-Examination By Mr. Shipley | 218 |
| Redirect Examination By Mr. Walters | 241 |
| Recross-Examination By Mr. Klawetter | 244 |
| **PROFESSOR PAUL SCLAVOUNOS** | |
| Direct Examination By Mr. Walters | 248 |
| Cross-Examination By Mr. Klawetter | 257 |
| Cross-Examination By Mr. James | 289 |

**(Call to order of the Court.)**

THE COURT: Good morning, everybody. You may take your seats.

All right. There were some exhibits we were going to take up this morning, I think.

09:06:11

MR. JAMES: Good morning, Your Honor.

THE COURT: Yes.

MR. JAMES: Kirby would like to offer at this time what has been previously marked for identification as Kirby 2, 7, 8, 9, 10, 11, 12, 14, 15, 20, 21, 22, 26, 27, 34, 35, 36, 40, 45, 48, 49, 50, 51, 120, 121, 52, 53, 54, 56, 57, 62, 64, 65, 69, 70, 71, 72, 73, 74, 78, 79, 91, 92, 93, 94, 96, 99, 100, 101, 114, 115, 116, 118, 119, 122, 123, 124, 108, 109 and 113.

09:06:22

09:08:05

And, Your Honor, would the Court like a digital copy and a paper copy both or which would it prefer?

THE COURT: I think a -- I mean, if you have got digital and paper, I'll take digital and paper.

MR. JAMES: Yes, Your Honor. We are prepared to provide that.

09:08:27

THE COURT: Okay. Great.

Any objections to any of those? I know that was a long list.

MR. KLAWETTER: None, Your Honor.

09:08:34

MR. GEORGANTAS: None.

THE COURT: I'm not going to repeat them.

You have got them all down, right, Laura?

THE REPORTER: Yes, Your Honor.

THE COURT: All of those exhibits are admitted.

09:08:42 MR. JAMES: Your Honor, one other thing to take up. Part of our case, our limitations, one is the Shipowner's Limitation and Liability Act. The other is the OPA 90 limitation. I have circulated a notice that we would like to file in the case and provide the Court that 09:09:01 provides those values under both of those statutory regimes. And if I may approach, I'll just hand it up and put it into the record.

THE COURT: All right.

MR. SHIPLEY: Has this already been filed in the 09:09:14 case?

MR. JAMES: No, it hasn't been filed in the case. We will file them today, Your Honor.

THE COURT: Okay. George, can you file that? Can you take it and file it?

09:09:22 MR. SHIPLEY: I can file it.

THE COURT: No. I'm sorry. This George.

MR. SHIPLEY: I'm sorry. I can do anything you want to.

MR. JAMES: Your Honor, just for the record, it 09:09:30 provides that the limitation act limit is $790,000 and the

limitation value for the purposes of the OPA 90 limit is $4,699,200.

THE COURT: All right. That's what those two notices provide or explain?

09:09:49 MR. JAMES: Yes, Your Honor.

THE COURT: Great. All right. George will be able to take those from you in a second, George Cardenas.

Anything else from the Plaintiffs?

MR. JAMES: Not at this time, Your Honor. Thank
09:10:01 you.

MR. SHIPLEY: Just to remind the Court that, you know, we have this issue about damages, which we're still working on. So this is all we have to present at this point. At some point, if we don't get this damage thing
09:10:14 worked out, we're going to submit briefing and affidavits and invoices. I'm hoping that we can get it worked out.

MR. GEORGANTAS: Agreed.

THE COURT: Okay.

MR. SHIPLEY: With that, we're through with our
09:10:26 presentation at this point. We're ready for the GENESIS RIVER to proceed.

THE COURT: So, aside from whatever the Court has to do on damages, whether pursuant to a stipulation or any kind of ruling I need to make, the Plaintiff rests?

09:10:40 MR. SHIPLEY: Yes, Your Honor.

09:10:50
09:10:58
09:11:09
09:11:29
09:11:41

THE COURT: All right. All right.

MR. GEORGANTAS: Your Honor, we have some exhibits from yesterday.

THE COURT: Great.

MR. BACHTEL: It's Exhibit 164, which are the excerpts from the Rose Point.

THE COURT: Okay. That's the only one you have got --

MR. BACHTEL: Yes, sir.

THE COURT: -- right now? Okay. GENESIS RIVER 164 is admitted.

Do y'all have anything you need to add in?

MR. KLAWETTER: Not at this time, Your Honor.

THE COURT: Okay. Great.

All right. The GENESIS RIVER may call its first witness.

MR. BARR: Good morning, Your Honor. We would like to call Captain Walt Breathwit, our tugboat expert.

THE COURT: Okay. Great.

Captain, if you'll wind your way through and pause in front of the court reporter, and I'll swear you in.

Do you solemnly swear the testimony that you are about to give in the case now on trial is the truth, the whole truth and nothing but the truth, so help you God?

THE WITNESS: I do.

THE COURT: You may take the stand. If you feel comfortable, you may take your mask off.

**CAPTAIN WILLARD WALTER BREATHWIT, JR.,**

having been first duly sworn, testified as follows:

09:11:59 **DIRECT EXAMINATION**

BY MR. BARR:

**Q.** Good morning, Captain Breathwit.
**A.** Good morning, sir.
**Q.** Will you please state your full name for the record?
09:12:04 **A.** Full name is Willard Walter Breathwit, Jr.
**Q.** And you are a tugboat captain, right, sir?
**A.** Yes, sir.
**Q.** Are you licensed by the U.S. Coast Guard?
**A.** Yes, I am.
09:12:15 **Q.** And what kind of license do you have?
**A.** I have a master's of towing on the inland waters of the United States, including the intracoastal waterways, Great Lakes, ship channels, all the inland waters.
**Q.** And does that permit you to operate tows in the 09:12:32 Houston Ship Channel?
**A.** Yes, it does.
**Q.** And I believe in your first report you mentioned that you are on your ninth issue. What does that mean?
**A.** That means that I have renewed my license that many 09:12:42 times.

**Q.** And when did you first start captaining tugboats?
**A.** Oh, I started in the late '70s. So it would have been about '77 that I was running bigger tugs.
**Q.** And since '77 you have been running tugs until the present date?
09:13:01
**A.** Yes, sir. That's correct.
**Q.** Okay. And what kind of tows have you pushed over the years?
**A.** Up to 1,180 foot on the west end, including the Houston Ship Channel.
09:13:10
**Q.** And have you ever pushed any breasted-up, side-by-side tows?
**A.** Yes, sir, I have.
**Q.** In the same configuration as the VOYAGER on May 10th, 2019?
09:13:20
**A.** Yes, sir, I have.
**Q.** And you have even navigated tows through the Houston Ship Channel as well, right?
**A.** Hundreds of times.
09:13:26
**Q.** And have you navigated any tows through the area where this incident occurred?
**A.** Yes, sir, I have.
**Q.** How many times?
**A.** Hundreds.
09:13:34
**Q.** When is the last time you captained a boat?

**A.** I got off a vessel approximately two weeks ago.
**Q.** When is the last time you navigated a tow through the Houston Ship Channel area where this incident occurred?
**A.** Approximately three weeks ago.
09:13:48 **Q.** And you have been retained by the Genesis River interests in this matter to analyze the actions of the VOYAGER on May 10th, correct?
**A.** Yes, sir. That is correct.
**Q.** And how many times have you served as an expert?
09:13:59 **A.** Including this case, this will be my fifth time.
**Q.** And has your testimony been accepted by a court as an expert before?
**A.** Yes, sir, it has.
**Q.** And you have issued four reports in this matter,
09:14:11 right? Exhibits 135, 136, 137 and 137-A, right?
**A.** Yes, sir.
**Q.** And what did you review as part of your analysis for these reports?
**A.** I reviewed depositions, video, audios. And it's all
09:14:26 in my report.
**Q.** And the AIS information, the Rose Point?
**A.** Yes, sir.
**Q.** And I would like to call up Kirby Exhibit 41.
MR. BARR: Is the volume on?
09:14:45 (Video played.)

BY MR. BARR:
**Q.** And what we have here as Exhibit 41 from Kirby -- this is that four --
THE WITNESS: Could you turn that audio up a little bit? I don't have it over here. So I couldn't really hear it.
MR. BARR: It's up all the way.
THE WITNESS: It's up all the way? Okay.
BY MR. BARR:
09:15:14 **Q.** Well, you have reviewed this video before, correct?
**A.** Yes, sir, I have.
**Q.** And this first clip here, is that the first contact from the GENESIS RIVER to the VOYAGER?
**A.** Yes, sir, it is.
09:15:22 **Q.** And do we all hear the GENESIS RIVER telling the VOYAGER that there might be an issue?
**A.** Yes, sir, he did. He said it wasn't checking up.
**Q.** And we also saw in the video here that Tony Marie dropped his phone and acknowledged the GENESIS RIVER's call, right?
**A.** Yes, sir, he did.
**Q.** Where is the VOYAGER at this time?
**A.** He is in the barge lane abreast Beacon 74.
**Q.** In the middle of the barge lane?
09:15:50 **A.** Yes, sir, he is.

**Q.** Is that where the VOYAGER is supposed to be?
**A.** Yes, sir.
**Q.** And what does "checking up" mean?
**A.** It means it's swinging, and it's not -- it's not -- it's not stopping the swing.
09:15:59
**Q.** And what is the purpose of the barge lane?
**A.** It is to give us a safety buffer zone from deep-draft ships.
THE REPORTER: From what ships?
09:16:17 THE WITNESS: Deep-draft ships, shallow water.
BY MR. BARR:
**Q.** In the bottom right-hand quadrant here, that's the Rose Point, right?
**A.** Yes, sir, it is.
09:16:23 **Q.** And it's showing the VOYAGER going how fast?
**A.** He is going 5.98 miles per hour.
**Q.** This first call from the GENESIS RIVER, that's, what, about three minutes before collision?
**A.** Yes, sir. That is correct.
09:16:38 **Q.** And according to the upper left-hand screen here, that's the PPU from Captain Charpentier, right?
**A.** Yes, sir, it is.
**Q.** And it is showing a .8 nautical mile distance between the VOYAGER and the GENESIS RIVER?
09:16:51 **A.** Yes, sir. That's approximately three-quarters, yes,

sir.

(Video played.)

BY MR. BARR:

**Q.** Were you able to hear that?

09:17:15 **A.** Yeah.

**Q.** Okay. And so this is about 15 seconds later, this clip, correct?

**A.** Yes, sir. That is correct.

**Q.** And according to Captain Cunningham's transcript that 09:17:28 was provided earlier in this trial, it's the GENESIS RIVER pilot, Captain Charpentier, saying, "She's not checking up, VOYAGER," and then VOYAGER responds, "What do you need me to do," correct?

**A.** Yes, sir, he did. He responded, "What do you need me 09:17:43 to do, Captain?"

**Q.** And then that's followed up with, "Go to the greens. Go to the greens," from the GENESIS RIVER?

**A.** Yes, sir. That was followed by, "Go to the greens. Go to the greens."

09:17:53 **Q.** And so -- but in this first instance, where it's just, "She's not checking up," you heard Captain Marie respond by asking Charpentier what Charpentier wants Marie to do, right?

**A.** Yes, sir, I did.

09:18:06 **Q.** And at this time, we see on the wheelhouse video that

Captain Marie adjusts something in front of him?
**A.** Yeah. He pulled the throttles back to idle.
**Q.** And what does that action have, in effect, upon the VOYAGER?
09:18:20 **A.** Well, it buys him time -- in the closer distance between the two vessels, it buys him time to assess the situation.
**Q.** Is that important?
**A.** Yes, sir. Very important.
09:18:32 **Q.** And why is that?
**A.** Well, you -- you don't want to make the wrong decision.
**Q.** And do you have any problems with Captain Marie's decision to go to clutch?
09:18:41 **A.** No. He's made the correct decision so far.
**Q.** Would you have done the same thing?
**A.** Yes, sir, I would have.
**Q.** And at this time that Captain Marie goes to clutch, how fast is the VOYAGER traveling?
09:18:51 **A.** His speed had dropped to, like, 5.98.
**Q.** So roughly about the same as that first clip still?
**A.** Yeah. Pretty well the same, yeah.
**Q.** And according to the PPU, they're still about .8 nautical miles away from one another?
09:19:05 **A.** Yes, they are.

(Video Audio played.)

BY MR. BARR:

**Q.** And so this was just seconds after she is not checking up, right?

09:19:19 **A.** Yes, sir. That's correct.

**Q.** And Captain responds -- Captain Charpentier responds by telling VOYAGER to go to the greens, right?

**A.** "Go to the greens," yes, sir.

**Q.** And what do we see on the video?

09:19:30 **A.** Well, what we see is Captain Marie instantaneously slam the throttles down, went to hard port rudder.

**Q.** Okay. And at this time VOYAGER is doing 5.87?

**A.** Yes, sir. His speed had decreased because he had pulled the throttles back earlier.

09:19:49 **Q.** And the VOYAGER and the GENESIS RIVER are .7 nautical miles apart?

**A.** Yes, sir. They are.

**Q.** Will turning to the greens have an impact on the VOYAGER's speed?

09:19:59 **A.** Yes, sir. When he turns the rudders hard over, the speed is going to continue to decrease.

**Q.** And where is the VOYAGER at in the barge lane at this point?

**A.** They are about approximately in the middle of the barge lane.

09:20:10

**Q.** And so we have seen enough schematics during the course of this litigation over this trial that the navigable barge space is 235 feet wide, right?
**A.** Yes, sir, it is.
09:20:21 **Q.** And the red half of the main channel is 265 feet wide, right?
**A.** Yes, sir, that is correct.
**Q.** And so at this point here, we're about two and a half minutes before collision?
09:20:30 **A.** Yes, sir. That is correct.
**Q.** Do you agree with Captain Marie's action to turn to port and try to go to the greens?
**A.** No. I do not.
**Q.** Why not?
09:20:38 **A.** He is leaving the shallow water to go out into harm's way out into the deeper water where the ship is constrained to the ship channel.
**Q.** It's my understanding that you believe it appears that Captain Marie simply followed the pilot's instructions to go to the greens?
09:20:56
**A.** Basically, he just did what he was told.
**Q.** And that's based upon what? What did you look at to confirm that?
**A.** Say that again.
09:21:03 **Q.** What did you look at to confirm that?

**A.** Well, because he slammed the throttles down and went hard over. He didn't review that -- you know, at this point he is, like, two and a half minutes -- he is -- there is no way he could make that maneuver in time.
09:21:18 **Q.** Have you ever told a pilot "no"?
**A.** Yes, sir. Multiple times.
**Q.** Do tugboats have to follow a ship pilot's instructions or advices?
**A.** No, sir. He is in command of his vessel, and you are in command of your vessel. 09:21:29
**Q.** What would you have done at this point?
**A.** I would have went full stern and stopped and bought time between me and the GENESIS RIVER.
**Q.** And what was the VOYAGER's stopping distance?
09:21:43 **A.** Captain Marie testified that he could stop his vessel in two tow lengths.
**Q.** And, in your experience, do you think that's right?
**A.** Yes, sir. That's very accurate, yes, sir.
**Q.** Are you familiar with the term "crash astern"?
09:21:55 **A.** Yes, sir, I am.
**Q.** And what is it?
**A.** It's where you put both engines in reverse, wide open, and stop your vessel.
**Q.** Have you ever had to do that before?
09:22:06 **A.** Numerous times in my career, yes, sir.

**Q.** Have you ever done that with a tow traveling at 6 miles per hour?
**A.** Yes, sir, I have.
**Q.** Have you ever done that with two loaded tows breasted up just like the VOYAGER?
**A.** I have done it with breasted up and strung out, both.
**Q.** And whenever you did it, were you able to keep your tow under control?
**A.** Yes, sir, I was.
**Q.** It didn't swing out to port or starboard?
**A.** No, sir, it did not.
**Q.** And why is that?
**A.** Well, there's -- on these vessels there is what we call "flanking rudders," and it's rudders in front of the propellers. So when you start backing down, you have control of the wheel wash just like your main rudders going forward.
**Q.** In some of the testimony earlier this week, it sounds like those rudders need to catch water before they start working?
**A.** Yes, sir. As soon as the propeller bites the water, then the thrusts will start going forward.
**Q.** And so how soon do they start catching that water?
**A.** Usually, two to three seconds.
**Q.** Did the VOYAGER have a tow behind it?

**A.** Yes, sir. He had the PROVIDER behind him.
**Q.** If the VOYAGER had gone crash astern, do you think it would have had any problems with the PROVIDER?
**A.** No. He would have contacted the PROVIDER and said, Hey. I'm in reverse, and then -- but the PROVIDER was listening to the frequency. So he was aware of the situation.

(Video played.)

BY MR. BARR:
**Q.** So this was about 30 seconds later, correct?
**A.** Yes, sir. That is correct.
**Q.** About two minutes before the collision?
**A.** Yes, sir. About two minutes before the collision.
**Q.** And we just heard Captain Charpentier tell Captain Marie to take a 90 to the greens because GENESIS RIVER is probably going to come back his way?
**A.** Yeah. He informed him that he was more likely going to sheer off the -- off the bank, which is normal for ships.
**Q.** Where is the VOYAGER at this point?
**A.** He is still in the barge lane.
**Q.** Completely in the barge lane, right?
**A.** Completely in the barge lane, yes, sir.
**Q.** And that's readily apparent from the Rose Point in the bottom right-hand corner?

**A.** Yes, sir. That is correct.
**Q.** And that Rose Point, it displays the tug and its tow, correct?
**A.** Yes, sir, it does.
09:24:42 **Q.** And there is two curved, dotted lines emanating from the front of the barges that has a red box at the end of that, right? Do you see that?
**A.** Yes, sir. It depicts where the VOYAGER should be in approximately three minutes.
09:24:58 **Q.** And does it show the VOYAGER making a 90-degree turn?
**A.** No, sir.
**Q.** And you have reviewed this whole video, right?
**A.** Yes, sir, I have.
**Q.** Has that barge indicator ever displayed the VOYAGER
09:25:15 making a 90-degree turn?
**A.** No, sir, it does not.
**Q.** In your opinion, in the amount of time available, was it possible for VOYAGER to make a 90-degree turn to the greens?
09:25:25 **A.** No, sir. It -- there is -- it's just not practical in the industry to make a 90-degree turn. It's just not practical.
**Q.** Would it give you concern if another vessel was asking your tugboat to make a 90-degree turn?
09:25:40 **A.** Well, he is not aware of what my capabilities are or

what my vessel can do.
**Q.** And so the Rose Point is now indicating that the VOYAGER is going 5.75 miles per hour?
**A.** Yes, sir. That's correct.
09:25:55 **Q.** So it's about a tenth of a mile per hour slower than the previous screenshot?
**A.** Yes, sir. Because his rudders are hard over, his speed is slowing down.
**Q.** And turning impacts speed, right?
09:26:08 **A.** Yes, sir.
**Q.** And you would expect the VOYAGER to continue to slow down as she turns, right?
**A.** Yes, he will. He will continue to slow down -- up -- up to a point.
09:26:16 **Q.** In your opinion, was VOYAGER committed to going to port at this time?
**A.** In my opinion, yes, he was very negligent going to port.
**Q.** No. In your opinion, was the VOYAGER committed to going to port at this time? 09:26:28
**A.** Oh, no. He was not committed at all. He is still fully in the barge lane.
**Q.** But, as you just said, you think he was negligent going to port?
09:26:38 **A.** Yes, sir, he was.

**Q.** And why do you believe that the VOYAGER was not committed to go to port at this time?
**A.** Well, he has got -- he is not utilizing his situational awareness of his particular line, where he is at. He is just taking -- it sounds like he is just taking orders from the ship. He is still in the barge lane. He can still stop his vessel.
**Q.** He can still stop?
**A.** Yes, sir, he can.
09:27:02 **Q.** How do you know this?
**A.** I have done it before.
**Q.** Do you think he could have stopped and avoided the collision at this point?
**A.** Yes, sir, he could have.
09:27:14 **Q.** Did you do any analysis to confirm this?
**A.** Yes, sir. I took Marie's information that he could stop the tow in approximately two tow lengths. I agree with that. I have done that before myself. I took the measurements off the Rose Point. And we could get the tow stopped below the yellow predictor line in the barge lane. That would have given us approximately 200 foot where the GENESIS RIVER left the barge lane.
**Q.** Just for the clarity of the record, the image that we're stopped on right now, in the upper right-hand corner of the AIS -- the VDR screen is 20:14:00?

**A.** Yes, sir. That's correct.
**Q.** And so did you compare the stopping distance of the VOYAGER against the GENESIS RIVER's path on May 10th, 2019?
09:28:14 **A.** Excuse me. Yes, sir, I did.
**Q.** And what did you find?
**A.** I found that it would stop -- you could stop the vessel with a -- at least 200 foot before collision.
**Q.** And, as you just said, that was based upon the GENESIS
09:28:34 RIVER's path on May 10th, 2019?
**A.** Yes, sir. That was based on his path on that date, yes, sir.
**Q.** If Captain Marie had stayed in the barge lane and stopped his tow, as you would have done, do you think the
09:28:44 GENESIS RIVER would have taken the same path on May 10th?
**A.** No, because Charpentier wouldn't have held a hard port rudder if they had agreed on the one whistle instead of the two whistle. He would have come out of the barge lane sooner, which would have given more distance than the 200
09:29:04 foot.
**Q.** Would that have any impact on the distance between VOYAGER and GENESIS RIVER?
**A.** It would have increased.
**Q.** And just to make sure that -- you certainly believe
09:29:19 that Captain Marie could have done a safe crash astern at

this point, at 20:14:00?
**A.** Yes, sir, he could have.
**Q.** And that's what you would have done in this situation?
**A.** Exactly what I would have done.
09:29:31 **Q.** And we see that the VOYAGER is angled slightly to port. Do you believe that the VOYAGER would have continued at that same angle as part of the crash astern maneuver?
**A.** No, sir. He wouldn't. Because the first thing I
09:29:48 would have done, I would have put the starboard in reverse. I'll use my hand here as the VOYAGER. You'd put your starboard engine in reverse. You would put your rudder -- your flanking rudders hard to port, which would send the thrust out this side, pushing the stern.
09:30:05 You would turn the rudder hard over to starboard for the engine that's still in forward. It's called a twin-screw maneuver. You would check that barge up pretty quick. And as soon as it checked up, then you would grab the other engine and go full astern on both engines and
09:30:22 keep yourself in the barge lane.
**Q.** Your reports have repeatedly stated that Captain Marie's decision to go to port was his worst option?
**A.** Repeat that again.
**Q.** Your reports repeatedly state that Captain Marie's
09:30:38 decision to go to port was his worst option?

**A.** It was his worst option, yes, sir.
**Q.** Why is that?
**A.** Well, he just didn't analyze the information that was in front of him. I mean, he had -- at this point he had less than two minutes, and he has not even left the confines of the shallow water. He is still in the barge lane.
**Q.** And earlier this week we have looked at a graphic from Captain Cunningham that displayed the VOYAGER tow basically at a 45-degree angle into the starboard side of the barge lane. Do you remember that?
**A.** Yes, sir. I do. That was not reality. That is not what you would do. You would be -- if you did what he -- Cunningham said, you would be exposing your tug. You would ease your tug over slowly to the side, but not at that angle that he -- that he depicted.
**Q.** So whenever you suggest going to starboard, you don't mean taking a 45-degree angle into the --
**A.** No, sir, I do not.
**Q.** You just meant a gradual easing?
**A.** Yeah, you ease over there. As you're -- as you are slowing down, you would ease over to the starboard side.
**Q.** Going to starboard, would you be maintaining the same speed that VOYAGER had when GENESIS RIVER first made contact?

**A.** No. You would be decreasing your speed because you would be in reverse.
**Q.** And so slowing down, that would also increase the distance between the two vessels?
09:32:03 **A.** Yes, sir, it would.
MR. BARR: I pass the witness.

**CROSS-EXAMINATION**

BY MR. SHIPLEY:
**Q.** Hello, Captain Breathwit. George Shipley.
09:32:14 How are you?
**A.** Nice to meet you, George.
**Q.** In your report, you wrote that Captain Marie exhibited complete incompetency and lack of seamanship. That still -- you have been here all week, right?
09:32:32 **A.** Yes, sir, I have.
**Q.** You heard him testify?
**A.** Yes, sir.
**Q.** That's still your opinion?
**A.** Yes, sir. He didn't utilize his situational
09:32:40 awareness.
**Q.** I want to be clear. So your testimony is that he exhibited complete incompetency -- Captain Marie?
**A.** I believe he did.
**Q.** Okay. And you are as sure of that as anything -- any
09:32:52 of your other opinions?

**A.** That's my opinion, yes, sir.
**Q.** Okay. I want to look at your CV, GENESIS RIVER 135, Page 7.
MR. SHIPLEY: We need it switched over.
09:33:10 BY MR. SHIPLEY:
**Q.** So I have a few questions about this. First of all, your CV says you are in Hempstead, but all the reports you wrote say you are in Louisville, North Carolina?
**A.** Yes, sir. That's an old CV that I accidentally sent.
09:33:32 Excuse me. I updated it with Eugene Barr.
**Q.** Okay. But this is the one that was on your report, right?
**A.** I believe so, yes, sir. It's incorrect because I -- at the time of that first case, I was living in Hempstead.
09:33:47 **Q.** Okay. Well, I have some questions about this one because this is the one I looked at.
It says that you have a master of towing license, correct?
**A.** Yes, sir.
09:34:00 **Q.** That's the same license that Captain Marie has?
**A.** I believe so, yes, sir.
**Q.** Hang on just a minute. I have got the wrong stack here.
So do you remember hearing about an endorsement that
09:34:33 Captain Marie has on his license?

**A.** I remember him mentioning his radar endorsement.
**Q.** Well, yeah. He has that. And you have that, too, correct?
**A.** Yes, sir.
09:34:49 **Q.** But do you recall that he has an endorsement that allows him -- it's called a designated examiner endorsement?
**A.** Yes, sir. I do remember that.
**Q.** Do you have that?
09:35:03 **A.** No, sir. All the years I was training, it wasn't required. It is now, but it wasn't back then.
**Q.** So you have never had it, that designation?
**A.** Not by -- since it became in place, no, sir.
**Q.** Okay. So as you sit here today -- I want to make sure
09:35:22 I understand this -- and this is a coast guard endorsement, correct?
**A.** Yes, sir, it is.
**Q.** So the coast guard has authorized Tony Marie to judge the capabilities of other people at the wheel, correct?
09:35:40 **A.** Yes, sir.
**Q.** And make recommendations about whether they should get a license, correct?
**A.** Yes, sir.
**Q.** But you don't have that certification from the coast
09:35:50 guard?

**A.** No. But as the owner and a master of my vessels, I was able to write letters and make recommendations to captains to go get their license.
**Q.** Yeah, you have got the right recommendations, but you have never had the coast guard authorization that Tony has where he is already approved by the coast guard to make judgments about whether somebody is competent behind the wheel, correct?
**A.** It wasn't required at the time that I was doing it.
09:36:16 **Q.** So you have never had it?
**A.** No, sir.
**Q.** And you don't have it today?
**A.** No, sir.
**Q.** So Tony Marie could come -- if you asked him to, he could come on your vessel and judge whether or not you are qualified to get some kind of endorsement, correct? The coast guard is giving --
**A.** According to the coast guard --
**Q.** -- him that authority?
09:36:32 **A.** -- he could.
**Q.** Right. Okay. Do you have any kind of coast guard endorsement that Captain Marie doesn't have?
**A.** Do I have any kind of endorsement --
**Q.** Coast guard license that Tony Marie doesn't have?
09:36:54 **A.** Just my masters of towing.

**Q.** Okay. So looking at this exhibit, your CV, it says you are an owner of Breathwit Marine Contractors?
**A.** Yes, sir, that's correct.
**Q.** Is that still true?
09:37:17 **A.** Sir?
**Q.** Is that still true?
**A.** The company is in dormant right now. But, yes, I still have the corporation.
**Q.** Okay. But, I mean, like, you are the -- I just want
09:37:27 to understand. You are the sole shareholder and all that, right?
**A.** Yes. I am the sole shareholder, yes, sir.
**Q.** Today, you don't have any tugs or barges that's owned by your company, right?
09:37:37 **A.** No, sir.
**Q.** And how long has it been since you have actually owned a company where you had tugs and barges?
**A.** I sold my last tug -- I started liquidating my company in about 2014, and I sold my last tug in, I think it was,
09:37:57 roughly, November of 2015.
**Q.** Okay. And why did you liquidate?
**A.** 40 years in the marine business, the wife and I decided we wanted to do something different.
**Q.** Okay. But -- so what you do now as far as being a
09:38:19 pilot is you do day trips or contracting with people that

need you to fill in, essentially, right?
**A.** Yes, sir. I'm tripping for --
**Q.** Is that --
**A.** -- several companies.
09:38:29 **Q.** -- the word "tripping"?
**A.** Yeah. It's called tripping.
**Q.** Okay. I'm not a full-time maritime lawyer, so you have to excuse me.
Then on this thing, if you are under marine towing, it
09:38:44 says that you've performed route cause analysis. Do you see that?
**A.** Yeah. Root cause analysis --
**Q.** Oh, that's root cause analysis?
**A.** Yeah. That was misspelled.
09:38:58 **Q.** Oh, okay. I thought it was, like, vessels getting lost or something.
What is the root cause analysis that you have done?
**A.** Well, in collision cases, any type of barge damage or anything, I would go out and survey the barge or the
09:39:16 vessel and try to figure out what went wrong.
**Q.** Yeah. Did you do a root cause analysis in this case?
**A.** In a roundabout way, yeah, I guess you could say I did by analyzing all of the data.
**Q.** Have you ever been formally trained in doing root
09:39:35 cause analysis?

09:39:48
09:40:01
09:40:13
09:40:25
09:40:44

**A.** No. But I think 40 years in the barge marine business would make me pretty well trained.
**Q.** Why do you think that?
**A.** Because I worked alongside surveyors and stuff that I hired and learned from them, too.
**Q.** Okay. So as I understand root cause analysis, you try to figure out -- you don't look at the last thing that happened. You try to figure out the first thing that went wrong?
**A.** The chain of events.
**Q.** And in this case, the first thing that went wrong was the GENESIS RIVER lost control?
**A.** That is correct.
**Q.** Now, they may say, oh, yeah, but that's -- that's because BW OAK did something. They can talk about that.
But the first thing that went wrong is GENESIS RIVER lost control, right?
**A.** It appears that is so, yes, sir.
**Q.** Okay. We'll come back to that.
So let's go down to the bottom of this. These memberships that you list -- GICA, is that the Gulf Intracoastal Canal Association?
**A.** Yes, sir, it was. My membership -- when I sold my last vessel, I was not -- I didn't pay my dues anymore.
**Q.** What is AWO and RCP?

**A.** Your company is aware of AWO and RCP. They were involved in the Subchapter M and all the new regulations that we have on us today.

**Q.** Yeah. But -- I may know a little bit about it. I think the Court wants to know what it is. What is AWO?

09:40:59

**A.** It's American Waterways Association. It's an association that we all belong to.

**Q.** You used to belong to it?

**A.** Used to belong to it, yes, sir.

09:41:11

**Q.** And what is the responsible carrier program?

**A.** It's a program that the AWO implemented. And I believe, if I remember right -- correct me if I'm wrong -- Kirby had a lot of involvement in helping with the responsible carrier plan.

09:41:30

**Q.** And when you were members of these organizations, these were the leading industry groups, right?

**A.** Yes, sir. They were.

**Q.** And one reason you were a member is because they did continuous teaching, training, improvement, trying to improve the safety of barges in the barge industry, correct?

09:41:46

**A.** Yes, sir. You are correct.

**Q.** And you volunteered already twice that Kirby is one of the leaders in -- that brought those programs, correct?

09:41:59

**A.** Yes, sir. They do consider theirselfs a leader, yes,

sir.
**Q.** Well, you apparently consider them a leader because you have mentioned them twice that they have been very active, correct?
09:42:07 **A.** Yes. They have.
**Q.** And people on Kirby have been on the boards of these organizations, right?
**A.** Yes, sir. They have.
**Q.** And they have done seminars and taught people in the industry, correct, repeatedly?
09:42:16
**A.** That is correct, sir.
**Q.** That's what Kirby did?
**A.** Yes, sir.
**Q.** Were you ever on the board?
09:42:21 **A.** No, sir. I was too busy running my company.
**Q.** Were you ever asked to come teach a seminar to other people in the industry by the American Waterways Operators practices?
**A.** No, sir, I was not.
09:42:38 **Q.** We'll come back to the training a little bit more.
So I want to go back to this -- to the root cause analysis. And I think the way we can kick off a little bit about what happened is, I want to look at what Mr. Georgantas said in his opening statement. And I want to go to Page 47. We'll start with Line 4 and go
09:42:55

through 13.

Now, you were here when Mr. Georgantas talked about this, correct?

**A.** Yes, sir.

09:43:09 **Q.** So he says, "We do recognize that the GENESIS RIVER does share responsibility in this collision"?

**A.** Yes. He said that, yes, sir.

**Q.** Right. Were you surprised when you heard that?

**A.** No, sir.

09:43:25 **Q.** Okay. I was surprised because they have denied any liability. In fact, their court papers still say they deny all liability. Did you know that?

**A.** I believe so.

**Q.** Okay. But apparently you were in on it and you knew 09:43:40 that they really know they have responsibility before it was announced in open court?

**A.** Well, I was basically hired for the -- mainly for the VOYAGER and what I felt the VOYAGER did wrong.

**Q.** I know that. But you knew -- before he said it in the 09:43:58 courtroom, you knew that they knew they were responsible? You just told me that.

**A.** Yeah. I probably did. I don't remember.

**Q.** Okay. And then he said -- we'll come back to this in just a minute.

09:44:13 I want to go to the next page, the Page 48, and look

at Lines 6 through 10.

And he says, "We understand, Your Honor, it was a dangerous situation."

Correct?

09:44:34 **A.** That is a correct statement, yes, sir.

**Q.** Right. A large, huge gas carrier fully loaded with liquefied butane and propane, out of control, is a dangerous situation, correct?

**A.** We agree with that, yes, sir.

09:44:47 **Q.** And they also agree that the situation was in no way created by Kirby, correct?

**A.** Okay. (witness reading.)

**Q.** This was not a dangerous situation that was created by the Kirby tug, the VOYAGER, correct?

09:45:08 **A.** Correct.

**Q.** Okay. Now, let's go back to Page 47 and look at 10 through 13.

And this is really -- this is what you were hired to give testimony about, right?

09:45:25 Captain Marie had better options and went with the option that basically instructed -- he was instructed to go by, by Captain Charpentier, and the collision resulted.

Correct?

**A.** That is correct.

09:45:38 **Q.** And if we wanted to distill down what your opinion is,

it is that Marie did what Captain Charpentier asked him and he should have done something differently?
**A.** It appears that's what he did.
**Q.** Okay. You heard him say that he considered the other alternatives?
09:45:54
**A.** Yes, sir.
**Q.** Do you believe it?
**A.** No. Not by his actions.
**Q.** Okay. So you think Captain Marie came in here and lied about considering the options?
09:46:06
**A.** I just don't think his situational awareness was where it needed to be.
**Q.** Well, you don't get to get off that easy. Do you disbelieve his testimony?
09:46:18 **A.** Yes, sir. I do.
**Q.** So you believe Captain Marie lied about considering the other options?
**A.** I don't know if he lied or he was confused, but he had other options.
09:46:30 **Q.** Did he appear confused to you when he was in this courtroom?
**A.** Well, today -- I mean, in a courtroom, he wasn't. But in the pilothouse --
**Q.** Have you --
09:46:38 **A.** -- he was.

**Q.** -- ever seen Captain Marie when he appeared confused?
**A.** Say that again, sir.
**Q.** Have you ever seen him when he appeared confused?
**A.** Not here in the courtroom, no, sir.
09:46:48 **Q.** When he was on the -- when we saw the videotape and he first got the call from the GENESIS RIVER, you just said he immediately stood up and responded and did immediately what you would have done, which was go to clutch, correct?
**A.** That was --
09:47:04 **Q.** Did he appear confused --
**A.** At that point --
**Q.** -- at that point in time?
**A.** At that point, no, he wasn't confused.
**Q.** So you are going to say the first time he got confused was when Charpentier tells him to go to port? Is that it?
09:47:12
**A.** When he said, "Go to the greens. Go to the greens," he --
**Q.** Okay. And that's when Captain Marie became confused, right?
09:47:22 **A.** Yeah. Well, when he told him to go the port, go -- he was confused --
**Q.** Go to the --
MR. BARR: Your Honor --
THE COURT: Yeah. Y'all need to be careful about walking over each other. I was just about to say.
09:47:30

THE WITNESS: Sorry about that.
THE COURT: Both of you, please.
BY MR. SHIPLEY:
**Q.** That's when you think he got confused is when Charpentier says, Go to the port -- go to the greens? That's when his confusion started?
**A.** In about that time, yes, sir.
**Q.** Well, I want to be precise. This whole thing only took, like, two minutes. So was it before Charpentier told him to go to the greens?
**A.** When he slammed the throttles down and took off to port, his situational awareness wasn't there.
**Q.** That was after Charpentier told him to go to the greens?
**A.** Yeah. That was afterwards, yes, sir.
**Q.** Okay. So sometime between Charpentier saying, "Go to the greens" and him complying and pushing the throttles down, your opinion is confusion set in on Tony Marie?
**A.** It appears so.
**Q.** Okay. And what do you base that on, other than you disagree with what he did? What did you physically see? When you watched the video, the DashCam of him, what did you see that indicated a captain who was frightened or worried or confused?
**A.** Well, I mean, his actions. He was -- he was moving

around and he was basically -- in my opinion, he was disorientated.

**Q.** Okay. We'll come back to this.

Now -- so you are basically -- your fundamental problem with Marie is he should have challenged -- first of all, let's talk about this.

This is a -- when he says, "Go to the greens," the GENESIS RIVER is out of control, right?

**A.** Yes, sir. It was.

**Q.** Okay. And Captain Marie doesn't know what -- all that stuff we just listened to, about 90 percent of that is just stuff going on on the bridge of the GENESIS RIVER, correct?

**A.** Yes, sir.

**Q.** Yesterday we went through -- there is, like, eight very discreet communications between the GENESIS RIVER and the VOYAGER, right?

**A.** Yes, sir. We did.

**Q.** Okay. And that's all -- that's all Captain Marie hears is what Charpentier tells him, right? That's all he can hear on his ship?

**A.** Yes, sir. He can't hear the talking on the ship, no. Only the radio.

**Q.** So let's talk about what happened. So he immediately looks up when he gets contact, and he is immediately

paying intention. And the pilot says, "She is not checking up." He says, "What do you want me to do?" And he says, "Go the greens."

Now, the pilot knows -- and the bridge team, they know what their plan is, right?

**A.** Yeah. I'm not sure what you are asking me. Are you talking about the -- what the tug's plan is or what his plan --

**Q.** No. No. No, what the GENESIS RIVER plan is.

**A.** Yeah. They know what their plan is, yeah.

**Q.** What was their plan?

**A.** To try to check the ship up, I guess.

**Q.** I know. But how were they going to do that?

**A.** By putting -- applying starboard rudder.

**Q.** Okay. So why do you think that Charpentier told him to go to the greens?

**A.** Evidently he thought he couldn't do it.

**Q.** Charpentier thought he wouldn't be able to check it up. And Charpentier was worried, after ricocheting off the green side, that he was going to go all the way to the red side?

**A.** Correct.

**Q.** Okay. So Charpentier made a mistake in saying, "Go to the greens"?

**A.** You are in command of your vessel, and he is in

command of his.

**Q.** I completely agree with that. I'm not disputing that. But they are on a vessel. There is a bridge team with Charpentier on this huge vessel that's out of control, and they know what they are trying to do, where they are trying to go. Captain Marie doesn't know that, does he?

**A.** Well, if he -- he claims he has got 20-something years' experience. You can't tell me he has not seen a ship sheer off that ship channel in 20-something years. I mean, I have seen dozens of them do it. I have got chased out of that ship channel multiple times.

**Q.** We'll come back to that.

I'm just saying, on this day he doesn't know what Charpentier and the others are planning to do, right?

**A.** At that point in time, probably not.

**Q.** And Charpentier and the bridge team, they can see him easily. They know where he is. And they make the decision to tell him to go to the greens, right?

**A.** At that point, yes.

**Q.** Now, my question is: Do you think Charpentier made the wrong decision?

**A.** Yeah. He made the wrong decision to request that.

**Q.** So the GENESIS RIVER initially made the wrong decision in telling the VOYAGER what to do?

**A.** The pilot made the wrong decision.

**Q.** The pilot. But there is a bridge team there, too, right?
**A.** Yes, sir.
**Q.** And the bridge team is supposed to, first of all, have their radar and ECDIS turned on, right?
09:52:42
**A.** I believe so, yes, sir.
**Q.** It wasn't turned on, was it?
**A.** I understood it was in standby, which you could instantly turn it on.
09:52:52
**Q.** Did anybody ever turn it on?
**A.** I wasn't there. I don't think. I don't know.
**Q.** You have read all the reports. Did anybody ever turn it on?
**A.** No. Not according to the reports, no.
09:53:01
**Q.** That wasn't hard to say, was it?
**A.** No.
**Q.** Now, if the bridge team is doing their job, they all have full situational awareness, too, right?
**A.** Yes, sir.
09:53:12
**Q.** So they have the advantage that they are up in this huge ship that's out of control, and they know that there is some plan for trying to regain control. They have some sense of where that ship is going to go. Tony Marie doesn't know any of that. All he knows is, it's a ship out of control, right?
09:53:30

**A.** He knows it's a ship out of control, and he has other information that he can utilize.
**Q.** I'm sorry. I couldn't hear that. The end of it.
**A.** He knows the ship is out of control, and he has other means to utilize what -- to evaluate the situation.
09:53:45
**Q.** Okay. I don't dispute that. But they know more about what is going to happen than Tony does?
**A.** I disagree with that. With --
**Q.** Okay.
09:54:00
**A.** -- 20-something years' experience, he should know what that ship is going to do.
**Q.** The ship didn't know what they were going to do.
**A.** Yeah. They knew. He -- Charpentier --
**Q.** Why do you say that?
09:54:15
**A.** Charpentier told him he was going to come back out.
**Q.** Oh, we're going to come to that.
Charpentier told him that after the second time he told him to go the greens, right?
**A.** Yes, sir.
09:54:25
**Q.** Okay. So Charpentier tells him a second time, "Go to the greens." And it's only after that that Charpentier says, "I'm going to come out of the bank," right?
**A.** Correct.
**Q.** So, if Charpentier knew where he was going, that he was going to go to the bank and ricochet, why did he tell
09:54:36

him to go the greens? That would have been a fatal mistake or a potentially fatal mistake, right?
**A.** It appears so.
**Q.** Right. And that was Charpentier's mistake, not Captain Marie's mistake, right?
09:54:50
**A.** At that point in time, yes.
**Q.** Okay. So would you agree with me that until the second sheer at least Charpentier didn't know where he was going, and he didn't know what angle he was going to hit the bank, and he didn't know what was going to happen, right?
09:55:05
**A.** Well, at the second --
**Q.** If he did know that, why did he tell the VOYAGER to go to port?
**A.** I guess he assumed the VOYAGER -- he might have done a quick calculation at 6 miles an hour and assumed he could make it, not realizing that he is going to slow down to, like, 4-point-something.
09:55:16
**Q.** So I want to understand. Is it your testimony that Charpentier knew that he was going to sheer a second time and, in the face of that, tells Tony Marie, "Go to the greens"? Is that your testimony?
09:55:32
**A.** Yeah. That's what happened.
**Q.** And so Charpentier knew this was going to happen. And he told Tony, "Go to the greens"?
09:55:46

**A.** It appears so, yes, sir.
**Q.** But, apparently, Charpentier -- you saw his testimony -- he thought he was going to be able to avoid the collision, right?
09:55:58 **A.** He thought he could --
**Q.** Correct?
**A.** -- yeah.
**Q.** Right?
**A.** He thought he could, yeah.
09:56:01 **Q.** Right. So, if the pilot and the bridge team of the ship are careening toward the other side -- and just assuming that you are right, which I don't think that you are -- but assuming you are right, that Charpentier knows he is going to careen off a second time and he tells Tony,
09:56:20 "Go to the greens," he thought he could be able to avoid the collision, right, even though he was going to sheer a second time? Correct?
**A.** Correct.
**Q.** Okay.
09:56:37 THE WITNESS: Does anybody got a bottle of water?
MR. SHIPLEY: Sure. I have got one right here. It hasn't been opened.
THE WITNESS: Thank you, sir. I didn't bring one with me.
09:56:50 BY MR. SHIPLEY:

**Q.** Okay. So the bridge team and Charpentier, they are up in the big ship. They know what's going on. They know they have a -- they don't have a ship under control, but they have a lot better understanding of what is going on and what might happen than Captain Marie. You agree with that?
**A.** I mean, even Marie knew -- he had some obligation, too, to avoid the collision.
**Q.** Of course he did.
**A.** They both had an obligation.
**Q.** Yeah. We are in a collision avoidance situation once the ship is out of control, right?
**A.** Say that again, sir.
**Q.** We're in a collision avoidance situation once that ship is out of control, right?
**A.** Yes, sir, we are.
**Q.** Okay. This isn't the normal passing where you are coming down the ship channel like the BW OAK and the GENESIS RIVER and they see each other and they say, Hey. We're going to pass on the ones. This is a ship out of control, and we're in collision avoidance mode, right?
**A.** That is correct, sir.
**Q.** And that never changed because Charpentier never got control of that ship again until after the collision, correct?

**A.** That is correct.
**Q.** Did he ever tell Captain Marie, Hey, I just want you to know, I have no control over this ship? Did he ever tell that to Captain Marie?
09:58:13 **A.** Not that I recall, no.
**Q.** Now, on the bridge of the GENESIS RIVER, you are saying that -- Well, let me back up.
In collision avoidance, do you agree that time is of the essence?
09:58:40 **A.** I'll agree with that, yes, sir.
**Q.** You said Tony did the right thing to slow down and start thinking about, What are my options, right?
**A.** Yes, sir. He did the correct action in the beginning, yes.
09:58:54 **Q.** Because the ships are moving toward each other and every second counts, right?
**A.** Yes, sir.
**Q.** Decisions have to be made quickly, correct?
**A.** Yes, sir.
09:59:03 **Q.** So what you are saying is Tony should have said, Hey. Well, wait a minute. I don't know about this going-to-port business. What are you going to do? I mean, where are you going? Why do you want me to go to port? It's really unusual.
09:59:18 He should have challenged him. Is that what you are

saying?
**A.** I would have, based on the data on my Rose Point.
**Q.** Okay. And what would you have done? What would you have said to him?
09:59:29 **A.** I would have said, Captain, there is no way I can complete this maneuver. I'll see you on the one whistle, and I'll be in my -- the barge lane.
**Q.** There is no way you could go the greens?
**A.** I didn't have enough time, sir.
09:59:40 **Q.** No. Go to the greens.
**A.** I would say I'd have told him, 'Negative' --
**Q.** So go to port --
MR. BARR: Please let him finish his answer.
**A.** Say it again.
09:59:50 BY MR. SHIPLEY:
**Q.** Your point is, you don't think that you could go to the greens and get out of the way in time?
**A.** According to the data on the Rose Point, no, sir.
**Q.** Looking at it after the fact?
10:00:02 **A.** Well, that wasn't after the fact when he was looking at the data in front of him. That was present-day knowledge.
**Q.** So whatever data -- that same data is available on the bridge to anybody that has their equipment turned on and
10:00:18 looking at it, right?

10:00:30
10:00:44
10:00:51
10:01:08
10:01:21

**A.** I believe so, yes, sir.
**Q.** And Tony Marie has the right to assume that the bridge team hasn't turned off their radar and ECDIS, right?
**A.** He probably didn't know that.
**Q.** Well, wait. When you are going up and down the ship channel in a barge, do you assume people are violating the international law and turning off radars and ECDIS?
**A.** No, sir.
**Q.** Okay. Tony Marie had a right to assume that the bridge team hadn't violated the law and had their ECDIS and radar on, correct?
**A.** Yes --
**Q.** Correct?
**A.** I believe so. Yes, sir.
**Q.** Okay. And if they have their ECDIS and radar on and they are paying attention, they know how fast Tony Marie is going at that very moment, right?
**A.** Yes. But you have the pilot in charge with his computer. So he was the one that was calling the shots.
**Q.** Right. But the bridge team, if they are doing their team, they are watching all this, too, right?
**A.** I believe so, yes, sir.
**Q.** Just stay with me.
So, if they have their equipment on and they are watching this, and the pilot does have his equipment on,

the pilot knows how fast Tony Marie is going, right?
**A.** Yes, sir, he does.
**Q.** And if the bridge team had their stuff on, they would have known how fast Tony Marie was going?
10:01:35 **A.** I believe so.
**Q.** They would have known all the information that Tony Marie had, right?
**A.** Correct.
**Q.** Except they know what their plan is and Tony doesn't
10:01:43 know that, right?
**A.** Yes, sir.
**Q.** And you are saying that, as you sit here, your argument is, Oh, I would have known that I was going to slow down on the turn and may not be able to make it?
10:01:55 That's your position?
**A.** Based on the Rose Point data, yes, sir.
**Q.** But in your report you said every competent mariner knows that when a barge turns it's going to slow down. Heck, I'm not even a maritime lawyer and I know a barge is
10:02:08 going to slow when it turns. Right? Everybody knows that?
**A.** It's pretty common knowledge, really.
**Q.** It's not common. It's physics. If you are going to turn a fully-loaded barge like that, it's going to slow
10:02:22 down, right?

**A.** Correct.
**Q.** Everybody knows that?
**A.** Correct.
**Q.** And the people on the bridge knew that when they are looking. And the pilot knew that. He knows the speed Tony is going, and he says, "Go to the greens." He knows Tony is going to slow down, right?
**A.** Correct.
**Q.** All right. It's no surprise there, correct?
10:02:42 **A.** Correct.
**Q.** Okay. So the pilot could have said, Stop. Reverse it. He could have -- he could have told Tony that, The emergency action we need to take is you need to stop and go full reverse. The pilot could have asked for that, right?
**A.** I assume he could have, yeah.
**Q.** Is that what you would have done if you had been on the bridge of the GENESIS RIVER?
**A.** Probably. You know, I mean, I'm trying to second-guess Charpentier.
**Q.** Let me get -- Oh. You are worried about second-guessing Charpentier?
**A.** Well, if I was on the bridge, yeah, I would have probably asked the VOYAGER to stop, to keep distance between us.

10:03:46
10:03:51
10:04:05
10:04:16
10:04:34

**Q.** Okay. Okay. Or you might have said, Go starboard?
**A.** I would have -- I would have probably said, Hey. Go to the outer limits of the barge -- of the barge lane.
**Q.** Would you have told him to -- Get out of the barge lane. I don't have any control. Get out of the barge lane?
**A.** I wouldn't advise him of that --
**Q.** You would have --
**A.** -- to get out of it, but --
**Q.** I'm talking about going east to the shallows, across the buried reef and that stuff. Would you have told him to go out that way of the ship channel?
**A.** I would have told him to go over to the far extremes of the boundaries.
**Q.** You wouldn't have told him to get out of the ship channel to the east?
**A.** Probably not.
**Q.** How come? Why wouldn't you have told him that?
**A.** I don't know.
**Q.** Do you agree that the map that he is looking at, his chart, tells him it's too shallow to go that way? It would tell both the -- it would tell -- if they had their ECDIS and other equipment on and they were looking at the correct charts, they would have known by looking at it that the chart says it's too shallow to go out that way,

10:04:44
10:05:04
10:05:13
10:05:21
10:05:27

correct?
**A.** Based on the chart, if my memory serves me right, it was -- I think there was a "7" on there.
**Q.** Yeah.
**A.** He knew it was close to high tide because the tide had been coming in. So if you add 3 feet to 7, he would have had enough water to get over a little bit.
**Q.** Now, wait a minute. But you knew Tony didn't have the 3 feet because he doesn't get the live feed. He had called, and he thought it was, like, a foot and a half, right?
**A.** Say that again.
**Q.** You knew Tony didn't know the actual tide was 3 feet because, the way it comes in to him, it was just the predicted foot and a half or something, right?
**A.** Yeah.
**Q.** Did you --
**A.** It's a prediction that he --
**Q.** Right.
**A.** -- if I -- he could have looked up.
THE COURT: Mr. Shipley, be careful about talking over the witness, please.
THE WITNESS: Yes, sir.
MR. SHIPLEY: Yes.
He is talking to me. I'm sorry.

THE WITNESS: Oh, okay.
THE COURT: Yeah, I was on to him, not on to you.
THE WITNESS: All right. Sorry about that.
BY MR. SHIPLEY:
10:05:34 **Q.** Okay. So he didn't know it was 3 feet, right? Tony didn't.
**A.** He could have found that information out if he wanted to.
**Q.** Okay. So -- what? Was he supposed to stop everything
10:05:44 and get on the phone and call in to find out what the actual tide is or check it on the internet while in this moment?
**A.** Well, your Rose Point is on the internet. So I don't know -- I'm assuming Kirby's is, too. You can pull up the
10:06:00 tide -- the tide information on your Rose Point.
**Q.** Okay. Well, let's go back to where I was.
You were saying Charpentier -- if you knew where Charpentier was, you would not have told Tony Marie to go to the east and leave the ship channel, right?
10:06:15 **A.** I don't think I would have if I had been the pilot, no.
**Q.** Yeah. And why wouldn't you have told him to do that?
**A.** Because I know I'm going to sheer back out.
**Q.** So the pilot should know he is going to sheer back
10:06:29 out. Okay.

**A.** And he did because he advised Tony --
**Q.** I've heard a lot --
**A.** -- of that.
**Q.** I have heard -- First of all, your report suggested he could leave the channel going to the east, right?
**A.** Well, I have said he could go to the outer edges a little -- and he's out a little bit.
**Q.** Okay. Maybe I misread your report. We can move on.
Your opinion is that Tony Marie should not have tried to exit to the safety outside the ship channel, the barge lanes going to the east? You would not recommend that?
**A.** Not at the angle that Cunningham suggested.
**Q.** Well, now, wait a minute. I thought you just told me he shouldn't go outside the ship channel at all to the east.
**A.** You don't know until you touch bottom, but there was probably some water that he could have got over to the edge.
**Q.** But he wasn't going to know until he touched bottom?
**A.** Pretty much, yes.
**Q.** The chart says he is going to touch bottom as soon as he gets out of the barge lane, right? That's what the chart says?
**A.** Well, not if you -- not -- it won't -- it would have a little bit of room.

**Q.** That's not what the chart says, right?
**A.** Yes, sir.
**Q.** And we're not even talking about the submerged reef yet. That was on the chart, too, right?
10:07:44 **A.** Yes, sir.
**Q.** Okay. I can probably move on. I just want to be clear.
Are we now down to two options, that he stops and stays in the barge lane on the far right or he does what
10:07:57 the pilot asks him to? Does it come down to those two choices? Because what I hear you saying is -- you are no longer saying, Leave the barge lane and go to the east?
**A.** His best option was to back down and stop, keep the distance from the GENESIS RIVER.
10:08:11 **Q.** Okay. Did he have another viable option that you would have recommended if you had been Charpentier? Would you -- I understand now you are saying you would not have suggested that he go to the east, out of the barge lane. Is that correct?
10:08:25 **A.** To go to the east, out of the barge lane?
**Q.** Yeah.
**A.** I would have -- go to the far extremities.
**Q.** But not out of the barge lane?
**A.** No, sir.
10:08:38 **Q.** Okay. That saves me a lot of time.

So now we're down to two options. We either stop and back down and try to get on the far right or he goes to the greens like he was asked to do, correct?
**A.** Correct.
10:08:53 **Q.** Okay. Let's get back -- I want to go back to this when you call and challenge.
What if he had called and said, Hey. I don't know if I have time to go to the greens; or if you had called and said, I'm worried about going to the greens because I
10:09:45 don't know where you are going and when you are going to get here, would that have been a reasonable thing to do?
**A.** Well, you know when he is going to get there by the yellow predictor line on the Rose Point. That is telling you where you are going to meet. So that information is
10:10:03 in front of you.
**Q.** Okay. So what if -- Let's go back.
You are going to -- you are in the place of Marie now, and you call and you say -- you are going to challenge it. What do you tell Charpentier?
10:10:18 **A.** Captain Charpentier? What am I going to tell him?
**Q.** Yeah.
**A.** When he said, "Go to the greens," I'd say, Captain, I can't comply with that request. I don't have enough time. I'm less than two minutes to meeting you.
10:10:31 **Q.** And what if he said, You have got to go to the greens.

If you stay there, I'm going to kill you? What would you have done?
**A.** I would have disagreed with him because I'm in the safety of the barge lane.
10:10:44 **Q.** Because a deep-draft vessel can't penetrate the barge lane? Is that it? Is that why you feel safe?
**A.** It's going to sheer back off, as it did.
**Q.** Well, have you ever seen or heard of big ships losing control and running it into the mud to intentionally
10:11:09 ground it? Have you heard of that?
**A.** I have heard that, yes, sir.
**Q.** Have you seen it?
**A.** I have seen it, yes, sir.
**Q.** You know that's a possibility that the ship might do
10:11:18 that in this situation, right?
**A.** Had it done to me, sir.
**Q.** Yeah. It's a -- so how does -- At this point, Marie doesn't know. For all he knows, they are still trying to decide what they are trying to do. It's not off the table
10:11:37 they are going to run it into the mud, right?
**A.** No. He is attempting to try to get back control. So he is going to sheer.
**Q.** How does Marie know what he is planning to do? How does Marie know that Charpentier is not considering it,
10:11:52 just running it into the mud and intentionally grounding

this runaway vessel? How does he know that?
**A.** With his 22-years experience out there, he is bound to have seen it before.
**Q.** So, when you saw the ships going into the mud, how did you know they were going into the mud intentionally?
10:12:09
**A.** The ship had told me he was in crash reverse.
**Q.** Okay. But nobody --
**A.** And he dropped an anchor to make sure that he --
**Q.** Did Charpentier drop an anchor here?
10:12:26
**A.** I don't know enough about his ship to make that -- that answer.
**Q.** All right. So you don't know -- Tony didn't know if he is dropping an anchor, going to try to run it into the mud, or if he is hoping that he can actually get control and get it straightened back up. Tony doesn't know what is on -- what the pilot is trying to do exactly, correct?
10:12:41
**A.** No. He --
**Q.** He may be trying to do all of those things, too, right?
10:12:54
**A.** No. He just knows what his information is in front of him.
**Q.** Yeah. And the pilot -- right. And whatever information Tony has, the pilot has, right?
**A.** Correct.
10:13:04
**Q.** Okay. And the pilot has the benefit that he is on the

ship, and he knows what's going on on the ship and what he is trying to do, right?
**A.** Yes, sir.
**Q.** The pilot is in a position of superior knowledge as to Tony, correct?
10:13:16
**A.** As to what the ship is doing, yes, sir.
**Q.** Right. And the pilot is on a position of equal knowledge to Tony about what the VOYAGER is doing, right?
**A.** He may not know. He may not have ever driven a vessel like that. He may not know what Tony is capable of doing.
10:13:33
**Q.** Okay. Well, but even the lawyers know, if you turn a VOYAGER -- if you turn the barge, it's going to slow down. Everybody knows that, right?
**A.** Repeat that question.
**Q.** Everybody knows -- if he does what the pilot says and goes to the greens, everybody knows the barge is going to slow down, right?
10:13:49
**A.** Yes, sir. That's correct.
**Q.** Okay. So we're going to look at 137 in a minute. You don't need to put it up yet.
10:14:50
So, to get back to this, just to be clear, we're down to two options. We either do what the pilot says or we do what Captain Breathwit says, which is to stop and get over to the far right of the barge lane, right? Is that correct?
10:15:13

**A.** Correct.
**Q.** Okay. So those are the two options that we're dealing with.
Now, Captain Charpentier testified that, if the VOYAGER had maintained its course and speed or if the VOYAGER had stopped, it would have been at risk for being hit. And, as he put it, "I believe very strongly I would have killed guys that day if the VOYAGER had went to the right, to the right side of the barge."
10:15:32
You saw that testimony, correct?
10:15:54
**A.** Yes, sir, I did.
**Q.** And so, in responding to your report, Mr. Cunningham pointed out that testimony, correct?
**A.** Yes, sir. He did.
**Q.** And you had --
10:16:08
MR. SHIPLEY: Let's look at page -- well, it's Paragraph 5. It's the third -- Your page numbers came out weird for me. So it's the third page on the bottom.
One more. Oh. That's it. Just highlight all that. No. I want to get what he says, too.
10:16:31
BY MR. SHIPLEY:
**Q.** So this is your response to Captain Cunningham -- I mean -- yeah, Captain Cunningham -- pointing out, well, Captain Breathwit is not right because the pilot of the ship says -- if Charpentier says, If I had been there --
10:16:49

if he had done what Breathwit says to do, I would have killed people. That's essentially what Charpentier says, right?
**A.** Not a true statement.
10:17:01 **Q.** Well, he says that, "If the VOYAGER would have stopped, it would have been at risk for being hit. I believe very strongly I would have killed guys that day," right?
**A.** That's what he says, yes.
10:17:14 **Q.** Okay. And you believe that's what they should have done, is they should have stopped?
**A.** They -- Yes. Well, they would have never made it up to the collision point if they had stopped.
**Q.** Well, that's what you say. But Charpentier says, I
10:17:26 believe I would have killed them.
**A.** He is incorrect on that statement.
**Q.** Okay. Have you done any kind of a study or analysis or some objective -- This was your chance to do it. And all you said -- You could have put some objective analysis
10:17:41 in your report. And all you said was: "The objective evidence" -- which you don't point out -- "does not support this self-serving revisionist testimony by someone who could potentially face some sort of recourse for his actions that day."
10:17:58 Basically, you are saying Charpentier is lying?

**A.** I don't agree with his statement.
**Q.** Well, you are casting aspersions at his motives for saying what he is saying. You don't believe he is telling the truth, right?
10:18:14 **A.** Yes, sir.
**Q.** Okay. How in the world does it help Charpentier to say if they had done something like what Captain Breathwit says, "I would have killed them." How does that help Charpentier?
10:18:32 **A.** I don't know.
**Q.** Charpentier could have just blamed it on Captain Marie, couldn't he?
**A.** I guess he could have.
**Q.** He could have come in like Captain Breathwit and said, 10:18:43 Well, wait a minute. I didn't know he was going to slow down that much. I didn't know it was going to take him all day to get across. Captain Charpentier -- I mean, Pilot Charpentier has never made that accusation, correct?
**A.** Correct.
10:18:54 **Q.** In fact, Charpentier's testimony is, "But for that second sheer, I think we could have made the passing." That's what Charpentier says, right?
**A.** I believe that was his statement, yes, sir.
**Q.** Which indicates to me that Charpentier didn't know the 10:19:13 second ricochet, second sheer, was going to happen, right,

or else why would he have even told him to do it? We talked about that earlier, right?
**A.** Right.
**Q.** Okay. So let's just look above here.
10:19:29 So you talk about the safety of the barge lanes. And Captain Cunningham went back and he had done some -- he looked at it and he talked about it, and he pointed -- This is your report. This is -- this image, this visual that we see here, is from Captain Cunningham's report,
10:19:52 correct?
**A.** That is correct.
**Q.** Okay. And I want to make sure that I get this right.
So there is two kind of dark lines, one at the very top and a hash line and then another dark line. There are
10:20:10 two dark lines. That's on either side of the "8" that we're looking at?
**A.** That represents the barge lane, yes, sir.
**Q.** Okay. And you didn't contest or try to suggest in any way that what Mr. Cunningham depicted on here, from a
10:20:29 location standpoint, was inaccurate, did you?
**A.** I --
**Q.** That's where the ship was, right?
**A.** At this time. But this is irrelevant because it's post accident.
10:20:41 **Q.** Okay. So you are saying that somehow the ship can go

in to the barge lane and penetrate the barge lane sufficiently to hit the VOYAGER, because that's what this depicts, right?

**A.** His stern did because it was being pushed out by the VOYAGER and causing a pivoting effect with the stern of the ship.

**Q.** Okay. We're going to come back to that. You'll be able to explain that.

Do you agree that this shows that it penetrated the barge lane far enough to collide with the VOYAGER? Even if the VOYAGER was to the far right all the way, it would have collided, correct?

**A.** No. I believe there is another video or screenshot that would have showed that even if the VOYAGER was there, there was still clearance.

**Q.** No. That's not what I'm asking.

Your position for why it was safe to hang out on the far right of the barge lane is that you were protected, and your report says because a deep-draft vessel can't penetrate the 12-foot barge lane, right?

**A.** It wouldn't have penetrated like this because this was post accident. It had other factors twisting the ship.

**Q.** Okay. I understand what you are saying. But the fact is, post accident, the ship did go far enough. It did penetrate far enough to collide with the barge on the far

right, correct?
**A.** It did. But it wouldn't have if it hadn't had the VOYAGER pushing it --
**Q.** Okay.
10:22:16 **A.** -- pushing it sideways.
**Q.** So why are you saying it's somehow -- you have a safety factor for being in the barge lane? Is it -- I mean, did the -- did it get more -- did it get deeper or something after the collision?
10:22:31 I mean, if you can penetrate the barge lane sufficient to hit the barge after -- after the collision, why couldn't you have penetrated the barge lane sufficient to hit it before the collision?
**A.** This is all irrelevant because it's all post accident.
10:22:47 **Q.** I understand --
**A.** And it --
**Q.** -- that you --
**A.** -- wouldn't have penetrated the barge lane.
**Q.** Everything you have done is post accident, right?
10:22:58 Everything you have done is post accident, right?
**A.** Based on the data that was --
**Q.** Right. Okay. Right.
**A.** -- that was at the time?
**Q.** I don't want to dwell on this, but I want to make sure
10:23:08 we understand. You agree that what Captain Cunningham

demonstrates on here is where the GENESIS RIVER physically went after the collision, correct?
**A.** With outside forces, yes.
**Q.** Okay. And it went into the barge lane far enough, penetrated far enough that it would have collided with the VOYAGER if the VOYAGER had been at that location, correct?
**A.** It wouldn't -- it wouldn't do that because there is other factors of pushing the bow around. So if the VOYAGER had just went over there, the ship would have glanced off and went on its merry way.
**Q.** If the ship had penetrated as far as it did and the VOYAGER were there, there would have been a collision, correct?
**A.** If the VOYAGER was there. But the VOYAGER wouldn't be there.
**Q.** Okay. Well, you don't know where --
**A.** It could be 200 feet down the channel.
**Q.** We don't know exactly -- when this thing comes in careening off, we don't know -- Charpentier apparently didn't even know it was going to ricochet again. But he doesn't know exactly where it's going to come in or what angle it's going to come out at, right?
**A.** Well, in my experience in the Houston Ship Channel, those really deep-loaded ships like that, they very seldom -- usually it's the lighter ships that will go

straight in. The big ones almost always sheer off.
**Q.** Almost always?
**A.** All I have ever seen sheer --
**Q.** All I'm getting at --
10:24:33 MR. BARR: Let him finish.
BY MR. SHIPLEY:
**Q.** All I want to get at of this is, you say -- in your reports you unequivocally said that the GENESIS RIVER couldn't penetrate the barge lane because it was 12 feet and, in fact, it can physically penetrate far enough to collide with the VOYAGER, correct? 10:24:45
**A.** With outside factors, yes.
**Q.** Okay. Well, let's talk about that. So you are saying, because it's post accident, there was some kind of force on the ship that caused it to go further in? 10:24:59
**A.** That is correct.
**Q.** But once the impact happens -- we have seen the video of the impact, right?
**A.** Yes, sir.
10:25:11 **Q.** Doesn't that have a huge and significant dissipation of the force and the momentum that's on the GENESIS RIVER? That had an effect of slowing it down, right?
**A.** Slowing it down. And with the forward motion, it's twisting the ship.
10:25:26 **Q.** Okay. But if the ship -- if the ship hadn't hit the

GENESIS RIVER and it continued into the barge lane, it could have easily penetrated the barge lane and gone far enough because it had more force and momentum at that point, right?
**A.** I believe it would have sheered. That is my testimony.
**Q.** Say that again.
**A.** It would have sheered. The GENESIS RIVER would have sheered.
**Q.** Okay. But it did clearly penetrate the barge lane both before and after the collision?
**A.** With post-accident video, yes.
**Q.** Okay. Now --
MR. SHIPLEY: Can I have just one minute?
THE COURT: You may.
BY MR. SHIPLEY:
**Q.** Now, you said you have testified five times before, I think?
**A.** That would include today. Four times before and then today.
**Q.** Okay. And you got to testify last week in the Eastern District of Texas, right?
**A.** Yes, sir. In Beaumont, Texas, in federal court.
**Q.** Uh-huh. And there you had been -- you were giving testimony for a lawyer named Tom Nork who represents

Blessey Marine, who was the manager of the PAUL E. LORD vessel?

**A.** Yes, sir. That's correct.

**Q.** Okay. And in that case, the PAUL E. LORD master was Captain Niles Shoemaker, correct?

**A.** That is correct.

**Q.** And he was trying to help hold some barges in and sent a tankerman out front to connect some lines, correct?

**A.** Correct.

**Q.** And so Captain Shoemaker is at the barge and in active holding it in place, and he sends one of his men out to the front to do something. And something goes wrong and a line snaps and it hits the man in the head, correct?

**A.** That's correct.

THE WITNESS: But may I ask a question? That case is not finished. It's still ongoing. Should I be talking about that case when it's still ongoing?

THE COURT: It's all right for you to testify about the testimony that you gave.

THE WITNESS: Okay. Thank you, sir.

THE COURT: Yes. But thanks for checking, Captain.

BY MR. SHIPLEY:

**Q.** He apparently got hurt bad. His projected medical bills are, like, 29 million or something like that?

**A.** That's what Buzbee is claiming, yes.
**Q.** You don't think he is going to get 10 or 15 million?
**A.** (Shaking head negatively.)
**Q.** We'll see what happens.
10:29:16 But the point is, the whole time the Pilot Niles Shoemaker is at the controls while this is going on and he has got a man way out front on his barge, he is on the telephone, right?
**A.** I believe before -- two minutes before, if my memory
10:29:35 serves me right, he was, yes, sir.
**Q.** You don't think you had heard it was 20 minutes, that he had been on the phone 20 minutes?
**A.** He had been on the phone. There was two testimonies. One was 14 minutes. One was 20 minutes. But that was
10:29:50 before, that I remember, yes, sir.
**Q.** Okay. But he is actively -- actively in the moment at the time when he is doing this, he is on the cell phone while he is maneuvering the vessel with a guy out front?
**A.** If I remember the testimony, he had a hands-free. But
10:30:07 when his men walked out there to do the tie-off, he had disconnected the call, from what I remember.
**Q.** Well, anyway, ultimately, what you said in your report was that it's not unusual for a captain to receive calls or to make calls. The captain should use his own
10:30:28 judgment --

MR. BARR: Your Honor.

THE COURT: Yes.

MR. BARR: I've just got an objection here to the relevance of this. Captain Breathwit hasn't produced any testimony about phone usage or anything whatsoever. I mean, this has not been something that's come up in his reports. It hasn't come up in his testimony. It just seems completely irrelevant.

MR. SHIPLEY: I can move on. That's probably the better way to do it.

BY MR. SHIPLEY:

**Q.** You have read every expert report in this case, right?

**A.** Yes, sir.

**Q.** Not one expert in this case has even suggested that Tony Marie's use of the phone was improper or in any way contributed to this event, correct?

**A.** Not to my knowledge.

**Q.** Okay.

MR. SHIPLEY: I'll pass the witness.

THE COURT: BW OAK.

MR. KLAWETTER: No questions, Your Honor.

THE COURT: Redirect, Mr. Barr?

MR. BARR: A little bit, Your Honor.

**REDIRECT EXAMINATION**

BY MR. BARR:

**Q.** Captain Breathwit, Mr. Shipley was asking you quite a few questions about what you would have done if you were Captain Charpentier. Do you remember those?
**A.** Yes, sir, I do.
10:31:37 **Q.** You are not a ship pilot. Never have been, right?
**A.** Never have been, sir.
**Q.** Never have piloted an LPG carrier before?
**A.** No, I don't -- I don't hold myself out as an expert on a ship, just tugboats.
10:31:47 **Q.** You were retained in this case because you have got 40 years' experience on the water as a tugboat captain, right?
**A.** That is correct.
**Q.** Mr. Shipley also brought up your CV. And, admittedly, 10:31:58 you are not a spelling-bee champion, are you?
**A.** Say that again.
**Q.** You are not winning spelling bees out on the water, are you?
**A.** No, sir. We are not.
10:32:19 **Q.** No. You have 40 years of experience, and you have run hundreds of trips on the ship channel --
THE REPORTER: Hold on. Slow down, please.
THE COURT: The court reporter is asking that you slow down a little bit.
MR. BARR: I apologize.

THE COURT: You are fine. So that means your client gets a lot of words per minute, Mr. Barr.
BY MR. BARR:
**Q.** Captain Breathwit, you are not an office desk jockey here or anything like that? You are a tugboat captain?
10:32:31
**A.** No. I'm a tugboat captain now; but even when I was running my company, I was on the boats multiple times per month. I even ran the office from the tugboat that I was running several years.
10:32:48
**Q.** And you were being asked questions about Captain Charpentier's perspective. But earlier in your testimony you had indicated and in your report you've also indicated that, you know, it's up to the GENESIS RIVER to decide what is good for it and it's up to the VOYAGER to decide what is good for it, right?
10:33:04
**A.** Yeah. They are each in command of their own vessel.
**Q.** And they each have their own electronic information and charts and data in front of them to allow them to make that -- make the necessary decisions for their vessels, correct?
10:33:16
**A.** Yeah, the information is right in front of them on Rose Point, yes, sir.
**Q.** And so you would expect that Captain Marie was not having Captain Charpentier drive his boat for him, correct?
10:33:25

**A.** I wouldn't let a pilot drive my boat, no, sir. And I don't think Marie should have either.
**Q.** And that's what you saw from the video of the VOYAGER wheelhouse, correct?
10:33:36 **A.** It was obvious that -- yes, sir, that's correct.
**Q.** A knee-jerk reaction to go to port and immediately put the engines up to full steam, correct?
**A.** Yeah. He instantaneously slammed the throttles and went hard port rudder.
10:33:50 **Q.** And we talked about stopping as well earlier today. I mean, this isn't a car, correct?
**A.** No, sir. It's not.
**Q.** I mean, whenever you go crash astern, you are putting your engines into reverse, right?
10:34:02 **A.** Correct.
**Q.** And once you hit that 700 foot, you are going to start going in reverse, right?
**A.** Yes, sir.
**Q.** And at the point where we had stopped on the four-way
10:34:20 video, that was at 20:14:00, you may remember the GENESIS RIVER and the VOYAGER were .6 nautical miles apart, correct?
**A.** Yes, sir. Just barely over a half a mile.
**Q.** And you previously testified that the VOYAGER could
10:34:33 have stopped at about 700 feet?

**A.** That is correct. Based on --
**Q.** Do you --
**A.** Based on Captain Marie's testimony and my own -- I have actually stopped vessels in that length of time.
10:34:45 **Q.** And so .6 nautical miles is about 6,000 more feet, right?
**A.** .6? Well, it's 5,280 feet. So it's a half -- just barely over a half a mile. So it would only be, you know, roughly, what, 3,000 feet or something like that maybe.
10:35:06 **Q.** And I was asking about nautical miles. That's over 6,000 --
**A.** Oh, nautical. Yeah. Yeah. I wasn't thinking.
**Q.** And so the GENESIS RIVER and the VOYAGER were thousands of feet apart, correct?
10:35:20 **A.** Yes, sir.
**Q.** And, you know, we're also looking at this image that Captain Cunningham had put together as part of his report that you were critical of. I mean, your testimony throughout this case has been that the VOYAGER should have 10:35:40 popped it in reverse, stopped, and maybe even gotten it to go in reverse, correct?
**A.** Yes, sir.
**Q.** So as you said, this is irrelevant. The VOYAGER never would have even been at this point in the channel, 10:35:53 correct?

**A.** That is correct.
**Q.** If Tony Marie had popped the engine in reverse and done a crash astern, as you say he should have whenever Captain Charpentier told him to go to the straight to the greens, do a 90 to the greens, the VOYAGER never would have been at this point?
**A.** He would have never been at that point, yes, sir.
**Q.** He would have been pretty far away, right?
**A.** Yes, sir.
**Q.** I mean, he probably would have been going in reverse already by the time the GENESIS RIVER was getting over here?
**A.** Yes, sir. That is correct.
**Q.** And we're not even talking about the first opportunity that Tony Marie had to go to crash astern. This was the second chance, right?
**A.** If he would have done the first opportunity when he told him the ship is not checking up -- because that's advising him that there is something going on -- he would have went in reverse at that time, I calculated that he would have had approximately 500 feet instead of 200 feet.
**Q.** And so at 20:14:00, he still had a second bite at the apple, a second opportunity; and he didn't take it?
**A.** Yeah. He had two bites at the apple and ignored both of them.

10:37:14
10:37:33
10:37:52
10:38:06
10:38:13

**Q.** And you would agree with me that a ship's angle has a lot to do with whether or not it's going to ground when it runs into the barge lane as well, correct?
**A.** Yes. That would make a difference.
**Q.** So if the VOYAGER saw that the GENESIS RIVER was proceeding to the red side but angling back to its starboard, that would indicate to you that she is probably not going to run aground, correct?
**A.** Yes, sir.
**Q.** And at the end of the day, it's Tony Marie's decision to decide what he needs to do for his boat?
**A.** He is in command of his vessel, yes, sir.
**Q.** And just at the time of the collision, the VOYAGER was -- where was she? She was in the middle of the red side of the main channel?
**A.** She was in the middle of the barge lane, yes, sir.
**Q.** Never made it across the centerline?
**A.** Never -- never made it, no, sir.
MR. BARR: Thank you, Captain.
THE COURT: Do y'all have anything, BW OAK?
MR. KLAWETTER: Nothing, Your Honor.
THE COURT: Mr. Shipley.

**RECROSS-EXAMINATION**

BY MR. SHIPLEY:
**Q.** So what you say is that you think that, if he had done

what you had said, that he could have avoided this at 200 or 500 feet?
**A.** That is correct, sir.
**Q.** But that's based on your looking at what happened after he made the decision and where the GENESIS RIVER actually ended up going, right?
**A.** Well, it's based on the Rose Point data that was in front of him to what decision he should make.
**Q.** But this 200, 500 feet is based on where the GENESIS RIVER actually went that day, correct?
**A.** Where it come out of the barge lane, yes, sir, it was based on that.
**Q.** But he didn't have that information. Nobody had that information. Where it was going to go in and come out of the barge lane, nobody had that information, correct?
**A.** But he did have the information of where he was going to meet. So if he could stop short of the meeting point, there is no collision.
**Q.** But the ship is out of control. The meeting point can very well change, right? The ship is out of control, correct?
**A.** It's out of control, yes, sir.
**Q.** Right. And what you have done is, for the benefit of hindsight, you have said, Oh, well, we know what happened after Tony made the decision. And if he had made another

decision, we would have missed it by 200 feet. But you have the benefit of knowing what actually happened, right? Correct?
**A.** Plus the data that's at hand to make the decision.
10:39:39 **Q.** Nobody knew where the ship was going. In fact, Charpentier didn't even know where the ship was going. Charpentier was surprised when it did what it did and ricocheted, right?
**A.** No. I think he realized it was going to sheer. 10:39:53 That's why he advised the VOYAGER it was going to sheer.
**Q.** When did he realize that?
**A.** What, 20 -- 15 seconds or 20 seconds. I forget what the exact number was.
**Q.** Before the collision?
10:40:05 **A.** Before the collision, two minutes, something like that.
**Q.** But nobody knew where the ship was actually going to go. It was an out-of-control ship. They are trying to get control. Nobody knows what the path is. And what you 10:40:18 have simply done is said, Oh, the car ran off the highway and went over here; and if somebody had stopped back here, the accident wouldn't have happened. But you don't know where that ship is going at the time, correct?
**A.** It would -- the angle the ship was coming at him, the 10:40:35 ship was going to sheer. I mean, if you --

**Q.** But you don't know what the angle of the sheer is going to be and you don't know how far it's going to go into the barge lane, right?

**A.** I know it's going to sheer from my experience, sir.

10:40:46 **Q.** But the 200-foot calculation, that was done based after the fact on what actually happened after Marie had to make his decision, correct?

**A.** That's correct. Where he came out of the barge lane.

MR. SHIPLEY: All right. Thank you.

10:41:01 MR. BARR: Your Honor, just a couple of quick points.

THE COURT: Sure.

**REDIRECT EXAMINATION**

BY MR. BARR:

10:41:07 **Q.** And so you are -- just to reiterate, Captain Breathwit, your point on anticipating the sheer is just based upon your 40 years of experience on the water seeing how ships operate in the channel, correct?

**A.** That is correct. It's based on my 40 years of experience, yes, sir. 10:41:24

**Q.** And that's a reasonable expectation to have?

**A.** Yes, sir. It is.

**Q.** You would expect a 20-year experienced captain to know the same thing?

10:41:32 **A.** I would expect a 20-year -- probably not a five-year

captain, but a 20-year captain, yes, sir.
**Q.** But certainly someone with Captain Marie's experience?
**A.** Yes, sir.
**Q.** And the other thing -- talking about all the post-incident items here, as you stated earlier, had Captain Marie gone crash astern to reverse, the GENESIS RIVER never would have even been where she was. I mean, that was because Captain Charpentier was trying to hold onto the bank, right?
**A.** Yeah. His testimony was that he was holding hard port rudder, trying to hold the ship. But that wasn't going to happen. The forces were going to push the ship back out.
**Q.** And so if Captain Marie had backed off -- either of those two opportunities -- the distances would have been even greater, correct?
**A.** Yeah. They would have been even greater, yes, sir.
MR. BARR: Thank you, Captain.
MR. SHIPLEY: Just one last thing.

**RECROSS-EXAMINATION**

BY MR. SHIPLEY:
**Q.** Have you ever come within 200 feet of a serious collision like this?
**A.** I have been within two foot of a ship collision.
**Q.** At this speed, coming in at this angle?
**A.** Yeah. The ship was doing about 12 or 13 miles an hour

when I ported it.
**Q.** So the ship was coming straight for you and stopped two feet before it hit you?
**A.** Yeah. He was -- no, it didn't stop. I was able to get past him. And, basically, I never touched him, but the pressure kept me off of him.
**Q.** Okay. There was nobody more motivated to do the right thing and make the right decision than Tony Marie, do you agree with that?
**A.** If he had used the information that was in front of him, yes.
**Q.** But the clear thing is, he was the most motivated person in the world to make the right judgment call under pressure, which is exactly what he was trying to do. There was nobody more at risk than him, right?
**A.** I feel he just took orders from the ship, which he shouldn't have done.
**Q.** Okay. But do you have a problem with that? Do you agree that he was the most motivated person in the world trying to preserve his own life and the life of his crew? He had no ulterior motives other than trying to save himself and his crew when he made these rapid decisions, correct?
**A.** He should have been, yes, sir.
**Q.** You think he wasn't?

**A.** Yes. I agree with you.

MR. SHIPLEY: Thank you. No further questions.

MR. BARR: Thank you, Your Honor.

MR. KLAWETTER: Nothing, Your Honor.

10:44:02 THE COURT: Captain, you may step down.

THE WITNESS: Thank you, Your Honor.

THE COURT: We can take a break here in a second. Any exhibits you want to add to the record from that?

MR. BARR: Could we do that at the end of the day, Your Honor? 10:44:14

THE COURT: Absolutely. Yes. Yes. Okay. Let's come back at about 5 till 11:00.

(Recess from 10:44 a.m. to 11:01 a.m.)

THE COURT: You may take your seats. All right. The GENESIS RIVER may call its next witness. 11:01:14

MR. WALTERS: Your Honor, GENESIS RIVER calls Captain Stephen Richter.

THE COURT: Captain Richter.

Do you solemnly swear that the testimony you are about to give in the case that's now on trial will be the truth, the whole truth and nothing but the truth, so help you God? 11:01:38

THE WITNESS: I do.

THE COURT: All right. You may take a seat.

11:01:53 THE WITNESS: (Complying.)

MR. WALTERS: May I proceed, Your Honor?
THE COURT: You may.

**CAPTAIN STEPHEN RICHTER,**

having been first duly sworn, testified as follows:

11:02:01 **DIRECT EXAMINATION**

BY MR. WALTERS:
**Q.** Captain Richter, good morning.
**A.** Good morning.
**Q.** Where are you from?
11:02:07 **A.** I live in Philadelphia now. I'm originally from New York state.
**Q.** What do you do for a living?
**A.** I'm a ship captain, slash, pilot, harbor pilot, docking pilot.
11:02:17 **Q.** What do you mean by "slash, docking pilot, harbor pilot"? Do you still captain vessels?
**A.** Well, I still maintain a captain's license, but I don't actively sail as a captain on a vessel now, no.
**Q.** So, as far as your employment now, are you a full-time pilot?
11:02:29
**A.** I am.
**Q.** And do you have any other enterprises that you are presently involved with?
**A.** Yes, sir.
11:02:34 **Q.** And what is that?

**A.** I have a consulting business where I do expert testimony, forensic work for marine accidents and the like.
**Q.** Cases like this?
11:02:43 **A.** Yes, sir.
**Q.** We're going to pull up Exhibit 138, Page 16 of 18. It's Appendix 2. Is that a true and correct copy of your CV?
**A.** Yes. It appears to be, yes.
11:02:56 **Q.** Does it accurately reflect your educational, employment, and professional experience?
**A.** Yes, sir.
**Q.** I just want to touch on a few items.
You are a Schuyler guy?
11:03:08 **A.** I am.
**Q.** Is Schuyler better than Kings Point?
**A.** Certainly. I can't say about Galveston. I notice there are a couple Galveston guys here. I'm outnumbered two to one.
11:03:16 **Q.** Okay. That would be prudent not to.
You graduated in '81 as a -- with a degree in marine transportation economics?
**A.** Yes.
**Q.** What is that?
11:03:27 **A.** It's a business-type degree that instead of -- it had

more of a concentration on the economics of the marine business.

**Q.** I'm not going to go through each of your jobs, but you eventually went to sea and sailed up to what position aboard vessels?

**A.** I've sailed as captain, a master.

**Q.** And what license do you hold?

**A.** I hold a master, unlimited tonnage, oceans -- which means any ship anywhere, I can be a captain on that ship. I have a master of towing vessels endorsement on that license. And I have a number of pilot endorsements as a first-class pilot as well.

**Q.** And is that license in good standing in all regards?

**A.** Yes, it is.

**Q.** Have you maintained it continuously since you first received it?

**A.** I have. I have.

**Q.** And when did you first receive it?

**A.** The master's license I received in 1984.

I had a couple of really good jobs, good fortune early in my career, and was able to move along very quickly. I ended up being the first person in my graduating class to get a master's license and then sail as a master.

**Q.** And approximately how many vessels have you sailed as a master in your career?

11:04:48 11:04:58 11:05:12 11:05:23 11:05:38

**A.** A half a dozen anyway.
**Q.** What types of vessels have you sailed as master on?
**A.** Hopper dredges, tankers, tank ships, tug barges.
**Q.** Okay. Have you sailed on a tug similar to the VOYAGER?
**A.** I have.
**Q.** Okay. On how many occasions?
**A.** You know, I was never actually assigned as a crew member on the vessel, but I would fill in if someone needed time off or something. They would say, Hey, can you go sail as captain on the Tug ODOM or some other tug for a week or two, which I often did.
And I also -- as a pilot I handle and maneuver and drive tug barges similar to the VOYAGER regularly.
**Q.** So you do that now as a pilot?
**A.** I do.
**Q.** Okay. And tell us a little bit about that. Would that be where? In Philly?
**A.** Mostly northeast ports, Philadelphia, New York primarily. Occasionally the Hudson River.
When I pilot a ship, I stand and give directions on the ship kind of like Captain Charpentier or Holland or Barton did. When I'm piloting a tug and barge, I typically sit in the chair and grab the throttles and grab the sticks and drive the vessel.

**Q.** KC Transportation. That's the old Eckloff Marine?
**A.** When I started working there, it was Eckloff. It became KC during my tenure.
**Q.** And that's now part of Kirby?
11:05:52 **A.** Yes, it is.
**Q.** When did you become -- when did you get your pilot's license?
**A.** I got my first piece of pilotage -- I believe it was Brunswick, Georgia, back in the mid-80s. I really started
11:06:02 getting pilotage as I was working for Eckloff. I became captain on one of their vessels. It was unlimited tonnage, meaning the gross tonnage of the vessel is --
THE COURT REPORTER: Hold on a second. Hold on a second.
THE WITNESS: I'm sorry.
THE COURT REPORTER: Okay. You started getting your pilotage...
THE WITNESS: Right. I got a piece of pilotage in Brunswick, Georgia, in the mid-80s.
11:06:19 I'll slow down. I'm sorry.
Then I was employed by Eckloff, and I was on a vessel that was considered unlimited tonnage where everywhere the vessel went, it had to have a first-class pilot on board.
**Q.** And you are presently still piloting ships?
11:06:35 **A.** I am.

**Q.** Approximately how many vessels have you piloted in the last six months?
**A.** The last six months, probably 75 or 80.
**Q.** Okay. When was the last time you were on a ship?
11:06:44 **A.** Last week.
**Q.** Where were you on the vessel last week?
**A.** Last week I did a job on the Delaware River. I had a ship called the AMERICAN PHOENIX, which is a U.S. flagged tanker. I brought it from sea up to Marcus Hook
11:06:58 Anchorage. Its draft was 35 and a half feet, I believe, and it was a flat keel. It was the same draft fore and aft.
A couple of days later, I did a ship called the ICARUS. That's a foreign flagged ship. I transported it
11:07:11 around New York Harbor from Staples Anchorage -- I'm sorry -- Bay Ridge Anchorage to Perth Amboy.
**Q.** I know the reporter has asked you, Captain. We both share the same affliction. We speak a little rapidly.
**A.** Yes.
11:07:21 **Q.** So just try to take our time.
**A.** I caught the eye.
**Q.** We don't want to break any fingers. All right.
The ship in Philly, Marcus Hook, if I'm remembering right, that's the pretty little refinery when you are
11:07:34 crossing the 95 bridge?

**A.** That's correct. There's actually two refineries there, yes, both in Marcus Hook.
**Q.** And that vessel was coming from where?
**A.** Corpus, Corpus Christi.
11:07:43 **Q.** And you mentioned it was on even keel when you brought her in?
**A.** Yes. It was a flat-keel vessel, yes.
**Q.** And you --
**A.** It --
THE COURT REPORTER: I'm sorry. I'm really having trouble with y'all talking over each other. Thank you.
THE COURT: Everybody slow down just a little.
MR. WALTERS: Sorry, Judge.
11:07:43 THE COURT REPORTER: "And you mentioned it was on even keel when you brought her in?"
THE WITNESS: Yes. My apologies.
THE COURT REPORTER: Thank you.
**A.** Very often the available draft at a berth is of 11:08:06 paramount consideration. So to get the maximum amount of cargo on a vessel as they can, they will load it flat as an even-keel vessel. So quite often I'm piloting inbound ships in the Delaware Bay that load cargo here in Texas and bring it in on a flat keel.
11:08:21 BY MR. WALTERS:

11:08:29
11:08:49
11:09:06
11:09:20
11:09:37

**Q.** And to get to Marcus Hook you had to transit the Delaware River; is that right?
**A.** That is correct.
**Q.** And approximately how wide is the Delaware River?
**A.** The channel is 800 feet.
**Q.** Would you consider it a narrow channel for purposes of the inland rules?
**A.** Yes.
**Q.** Okay. What is involved in becoming a pilot?
**A.** Different associations have different rules as far as becoming a pilot with an association. The one that I belonged to, initially, Interport Pilots -- I started riding with them, observing what they did, and they would allow me to do the work under their -- under their watchful eye. Eventually, it would assign me pilot jobs on vessels that were of limited draft, and I would move up from there.
To get the actual pilot license, if that's what you were asking, you would have to make a number of trips over a specific route. The coast guard breaks down the Hudson River, for instance, into eight different pieces. New York is, I think, 13 or 14 different pieces. You have to get so many trips, typically 12 round trips, over each segment and then take an exam. The exam includes drawing the chart from memory.

**Q.** Back to your CV just for a moment.
On the screen is the first page, and you list a number of waterways that you have transited; is that correct?
**A.** Those are all waterways that I actually have a pilot endorsement as a first-class pilot for.
**Q.** And have you transited on some of all those waterways?
**A.** Numerous times, yes.
**Q.** How about Arthur Kill and Kill Van Kull? Where is that?
**A.** That's the waterway that's between New Jersey and Staten Island. The Kill Van Kull is the north side of Staten Island. The Arthur Kill is the west side of Staten Island.
**Q.** Are those narrow channels?
**A.** They are.
**Q.** For the purposes of the inland rules?
**A.** That's correct. They are anywhere from 500 to 600-foot channels. The Kill Van Kull is a little wider.
**Q.** How about Raritan Bay and the Raritan River?
**A.** The same thing. I piloted there just last week.
**Q.** And is that a narrow channel?
**A.** It is. It's 600 feet to 800 feet.
**Q.** And the Hudson River from New York to Albany, how about that? Is that narrow?
**A.** That's a very narrow channel, yes.

**Q.** In addition to your coast guard license and your pilot's license, do you hold any other certificates?
**A.** Yes. I have taken some training along the way, obviously. Accident investigation is one that I have. 11:11:07 The class was offered by DNVGL. I have taken bridge resource management numerous times. I have taken a number of STCW classes over the years.
**Q.** Captain, what is DNVGL? Is that a class society?
**A.** It is, similar to AVS.
11:11:33 **Q.** And you said, in addition to your work as a master mariner pilot, you maintain a maritime consultancy, correct?
**A.** I do.
**Q.** And how long have you been doing that?
11:11:44 **A.** I think the first work I did was approximately 20 years ago. I just did it as a side issue here and there for the bulk of the time. The last few years I have tried to increase my exposure and increase the workload I have done.
11:12:01 **Q.** But you are still an active pilot, correct?
**A.** I am, yes.
**Q.** Approximately what percentage of your time is spent or devoted to your consultancy work as opposed to when you are actually piloting?
11:12:12 **A.** I would say it's roughly 50/50 now.

**Q.** And has that increased or decreased over the years?
**A.** Yes. Five years ago my consultancy work was maybe 15 or 20 percent. Then 30. Then 35. And last year, as I say, it was just about 50/50.
11:12:28 **Q.** Have you testified as an expert witness in cases like this in the past?
**A.** Yes, I have.
**Q.** Approximately how many times?
**A.** Well, I'm sorry. I have worked on a case like this.
11:12:37 The one that comes to mind, I never did testify.
**Q.** You are speaking about a collision case --
**A.** Yes.
**Q.** -- specifically?
**A.** Yes. I have testified in federal court a half a dozen
11:12:46 times. I have testified in other courts twice.
**Q.** In what areas have you given testimony as an expert?
**A.** Navigation and piloting, shiphandling, vessel operations, vessel safety. Navigation and piloting primarily, vessel safety as well.
11:13:06 **Q.** Have you been accepted by the courts as an expert in those areas?
**A.** I have.
**Q.** Has there ever been an occasion when you have not been accepted as an expert by a court?
11:13:20 **A.** Yes, sir, one time.

**Q.** And did that deal with your friend Gene Mattioni from Philadelphia, who thought you were a vessel appraiser and not a ship's captain?
**A.** Yes, sir. That's correct.
11:13:30 **Q.** And what case was that?
**A.** I believe the name of the case was *Walker v. Miller Services*. It was in Connecticut.
**Q.** And tell the Court a little bit about that circumstance.
11:13:39 **A.** Yeah. Certainly.
I was working on the case on behalf of the plaintiff, a fellow, Tom Walker, and his wife. Tom Walker is a pilot in Long Island Sound. I know who Tom Walker is, of course. I was working for an attorney, Gene Mattioni, who 11:13:53 I have been friends with for years. He is very active with the Philadelphia Maritime Academy charter schools, and I have been a volunteer there more in the past, but I still am involved with it somewhat.
Gene asked me to give him opinions on the value of a 11:14:07 couple of vessels. I explained to him, "Well, Gene, I'm not a marine surveyor. You know, I can give you a ballpark, but that's all I can do." And he said, "That's what I'm looking for."
So I said, "Okay. I'll get on the train. I'll go out 11:14:18 to New Haven to inspect the vessels. And I'll give you

some numbers."

He said, "No. No. I don't want you to go to New Haven. Just look it up on online, comparisons, and give me some sort of report," which I did.

11:14:29 I compared it on the vessels there, my knowledge of them to other vessels that I considered to be similar, and I wrote him up a couple-of-page report and gave it to him. My understanding was that report was strictly for case preparation. It was in-house.

11:14:45 I didn't know that he had submitted it to the Court until I was asked a similar question in a deposition a couple of years ago when I said, No, I have never been declined, and the attorney kind of incredulously said, "No? Are you sure?" And I amended my answer to, "Well, 11:15:00 not to my knowledge." And that's when I discovered that this had occurred.

**Q.** And that was Judge Haight in Connecticut?

**A.** I don't recall the judge's name.

MR. WALTERS: And I will provide the cite to the 11:15:10 Court, if Your Honor would like it.

BY MR. WALTERS:

**Q.** But he had said -- he said you are probably -- you are in an honorary -- an ancient profession as a navigator, but you don't know jack about appraisals, right?

11:15:23 **A.** That's a fair assessment. And it was not inaccurate.

**Q.** Have you been aboard vessels transiting the Houston Ship Channel?
**A.** I have.
**Q.** Have you ever transited the Houston Ship Channel as the navigation officer on a vessel, either as a captain or as a pilot?
11:15:34
**A.** I have not.
**Q.** On what occasions have you transited the Houston Ship Channel?
11:15:43
**A.** I have ridden on the GENESIS RIVER on three occasions, once in January when it was outbound, loaded; and in May I rode it inbound to the dock and outbound.
**Q.** Is that part of your work in this case?
**A.** It is or was.
11:15:58
**Q.** And why did you do this?
**A.** Well, for purposes of familiarization, also to make an assessment myself of the vessel, how the vessel was operated, the professionalism and such of the crew, the condition of the vessel.
11:16:17
**Q.** Have you ever navigated, as a pilot or as a master, a VLGC?
**A.** No, sir.
**Q.** Have you been on vessels of similar size and characteristics?
11:16:27
**A.** Numerous times.

**Q.** What types of vessels?
**A.** Tank ships.
**Q.** Of what size?
**A.** Similar length. You know, maybe up to 850 feet long. 11:16:37 I have been on container ships that have a similar beam and over 900 feet long, close to a thousand feet. A number of tank ships, Suezmaxes, what they typically call them. They are a size typically of -- I'm sorry -- Aframax. They are of a size 750 by a similar beam, 11:16:55 similar draft.
**Q.** And have you ever been a pilot aboard ships -- these types of ships transiting narrow channels?
**A.** Yes, I have.
**Q.** Where and when?
11:17:04 **A.** New York Harbor as a pilot. Philadelphia and the Delaware River as a pilot, as a docking pilot as well. In the northeast primarily, in narrow channels.
**Q.** Have you written reports in this case?
**A.** I have.
11:17:17 **Q.** And you have your reports with you, which we have identified as Exhibits GR-138 and 139 and 140 and 148, correct?
**A.** Yes, sir.
**Q.** You have written four reports?
11:17:29 **A.** Yes.

**Q.** I would like to talk a little bit about your work in this case, Captain.
What were you asked to do?
**A.** I have been asked to review the available evidence,
11:17:48 testimony, including the pilot personal units, including the Rose Point navigation from the VOYAGER, the vessel particulars, all the relevant information regarding the voyage that occurred on May 10th, 2019, to be able to render an opinion on what occurred, what the cause of the
11:18:11 accident was, what could have been done differently, perhaps.
**Q.** And, Captain, we have your August 11, 2020, report, Exhibit 138, on the screen. Can you see it?
**A.** Yes.
11:18:23 **Q.** Okay. And the penultimate paragraph, is that an accurate description of what you were asked to do in this case?
**A.** "I have been asked to give my professional opinion in this litigation, the cause of collision" --
11:18:38 THE COURT REPORTER: Start over.
**A.** "I have been asked to give my professional opinion in this litigation to the cause of the collision from the perspective of the marine navigation, piloting, safety, operations, and ship and boat handling, including the
11:18:53 navigation and operation of the GENESIS RIVER, the BW OAK,

and the tug VOYAGER and her two barges, as well as each vessel's possible role and responsibility relative to the collision that occurred on May 10th, 2019."

I couldn't have said it better myself.

11:19:14 **Q.** Captain, as part of your work in the case, you indicated you reviewed materials. Did you listen to or watch the live stream of the USCG/NTSB formal hearing in September of 2019?

**A.** Yes, sir, I did.

11:19:28 **Q.** Did you attend several of the depositions by Zoom in this case as well?

**A.** Yes, I have.

**Q.** Did you review the deposition transcripts of the other witnesses?

11:19:39 **A.** Yes, I have.

**Q.** Have you reviewed any of the electronic evidence available in this case?

**A.** Yes, I have.

**Q.** That would include the Rose Point off the VOYAGER, the

11:19:47 PPUs off both GENESIS RIVER and BW OAK?

**A.** Yes, sir.

**Q.** Anything else?

**A.** Yeah. I believe there was the VTS, electronic video, as well.

11:19:59 **Q.** And you have been sitting in the courtroom all week;

is that correct?
**A.** I have.
**Q.** And you have heard the testimony of the witnesses up until now, correct?
11:20:04 **A.** Yes, sir.
**Q.** And you have seen the exhibits that were presented to those witnesses?
**A.** Yes, sir.
**Q.** You have seen Captain Cunningham's synchronized
11:20:13 four-screen video?
**A.** Yes, I have.
**Q.** Okay. Captain, what kind of vessel is the GENESIS RIVER?
**A.** It's a very large gas carrier. It carries butane,
11:20:31 propane, gas cargos.
**Q.** Is the BW OAK a similar type of vessel and a similar size vessel?
**A.** They are similarly sized and similar design and type, yes.
11:20:43 **Q.** And the GENESIS RIVER came out of the yard in November of 2018, correct?
**A.** Yes. At the time of the accident, she was a relatively brand new vessel.
**Q.** How about VOYAGER? Are you familiar with her
11:20:57 characteristics?

**A.** Yes, I am.
**Q.** And describe her briefly for us.
**A.** She is a twin-screw push tug with twin rudders and twin flanking rudders of -- I believe it's three deckside. The horsepower -- I have heard testimony that 1,750 is the horsepower of the vessel. It's used to push barges in and around this area.
**Q.** And you have told us that you have been on and you have navigated vessels of -- tugs of similar characteristics?
**A.** I have filled in as captain on similar vessels. I have piloted similar vessels hundreds of times. And, again, when I say I have piloted them, that typically means I'm sitting in the chair driving them myself.
**Q.** Understood. Captain, from the tasks you were given -- let's start first with the BW OAK. Okay?
**A.** Yes, sir.
**Q.** So you are going to analyze for us the role of BW OAK, GENESIS RIVER, and VOYAGER in this collision, correct?
**A.** Yes.
**Q.** Okay. Now, with regard to the BW OAK, you have heard testimony from numerous witnesses, experts. You have read the expert reports which have described the meeting on May 10, 2019, between GENESIS RIVER and BW OAK as "textbook", have you not?

**A.** I have.
**Q.** Do you agree with that?
**A.** I do not.
**Q.** Why not?
11:22:21 **A.** If you look at the small snippet, if you will, of the PPU that is available when the GENESIS RIVER and the BW OAK were side by side, it doesn't look that bad. They were a little tight together, you know, but their separation was adequate. They were on reciprocal or nearly reciprocal headings. So, from that perspective, it wasn't bad. 11:22:44
But if you back out a little bit and look at the larger picture, there was a number of flaws, I believe, with the meeting. The first of which, as they approached the meeting, the inbound BW OAK had moved over to the left side of the centerline. So he was approaching the turn and the meeting of the two vessels from the outbound lane of the ship channel. 11:22:58
I believe he moved over there to put a little extra distance between himself and an inbound tow in the barge lane that he had been overtaking, the SEADRIFT. That's perfectly prudent. That's perfectly fine. But then you have to get back over on your side. He did not do that. 11:23:18
Then when they -- then when they approached the turn in the meeting, the BW OAK started his turn relatively 11:23:37

late. If you look at the PPU of the BW OAK, you can see that he had to turn rather drastically to the right and then turn on the reciprocal heading to the GENESIS RIVER's heading parallel to the channel and then scoot back in astern of him.

11:23:59

Captain Barton testified that he gave 10 degrees rudder, then 20 degrees rudder, then he kicked the engine to full ahead in order to accomplish that maneuver. I believe that's all because he started out the maneuver from an improper position, being left of centerline.

11:24:13

MR. KLAWETTER: Your Honor, could we do this in question-and-answer format instead of a narrative and the witness speculating? I object.

MR. WALTERS: We'll do it question and answer, yes.

11:24:27

THE COURT: Thank you, Counsel.

BY MR. WALTERS:

**Q.** Captain, I have put on the screen -- it's Exhibit 140. It's Page 5 of your report, correct?
**A.** Yes. Yes.

11:24:35

**Q.** And this is an enlarged copy of a figure that was found in the BW OAK's expert report, correct?
**A.** That's my understanding, yes. Yeah.
**Q.** And it's a screenshot from the PPU?
**A.** Yes.

11:24:48

**Q.** And does this -- does this figure, does this pictorially show what you have just explained?
**A.** Yes, it does.
**Q.** And explain for us when you see the -- kind of the flow of the various silhouettes of the hull on the red side of the channel, beginning on the green side but then passing over to the red side, is that the BW OAK?
**A.** That is.
**Q.** And your point is that for whatever reason -- and we see SEA DRIFT identified in the lower right corner, do we not?
**A.** Yes.
**Q.** So you understand that BW might have got over a bit because she was overtaking a tow, the SEA DRIFT?
**A.** That's my assumption, yes.
**Q.** Okay. And have you read the testimony of Captain Barton in preparation for testifying in this case?
**A.** I have.
**Q.** And, again, it shows the -- is this the PPU -- and, again, you use a PPU, don't you, Captain?
**A.** I do.
**Q.** But the software you use on your PPU is not a Raven software, is it?
**A.** No. It's not. I use the Rose Point software.
**Q.** The same as the VOYAGER was using?

11:26:17
**A.** The same as the VOYAGER. There was a time when I was the youngest pilot in our group. So it was my job to take us from beepers to BlackBerries and to find software, and I selected the Rose Point for our group because it's a good program.

MR. KLAWETTER: Your Honor, I would ask that the witness be more responsive so we can move along. He didn't answer the question. He is espousing about his background again.

11:26:27
THE COURT: Let's keep our questions and answers tight.

Go ahead, Counsel.

MR. WALTERS: Sure. I think he did, Your Honor. But I take counsel's point.

11:26:35
BY MR. WALTERS:

**Q.** Captain, if you could, just, as counsel indicated, answer my question. They are going to have tons of questions for you. You are going to have a chance to answer all those questions.

11:26:42
**A.** Yes, sir.

**Q.** Thank you.

Again, at the location of the meeting, do you have any -- what many of the experts have shown is when the vessels were almost making their centerline approach -- you have seen that and you have seen those exhibits and

11:26:59

you have heard that testimony, right?
**A.** Yes.
**Q.** No one is backing up to where we are starting, correct, so far this week?
11:27:10 **A.** I don't recall if there was testimony to that effect or not.
**Q.** But your point is, because of where BW OAK started her turn, okay, that forced GENESIS RIVER to do something? Is that what you are telling us?
11:27:22 **A.** Yes. As you can see from the bottom of the photograph, he is left of the centerline. You can look at this and determine when the BW OAK began his turn, and it was a little bit late. So that forced the GENESIS RIVER to move to the right edge of the channel, the green edge
11:27:38 of the channel, and he was forced to begin his turn after meeting late.
**Q.** And when -- again, they -- when could, in your opinion, GENESIS RIVER have begun to make that turn there, that little 16-degree turn below the flare?
11:27:58 **A.** The GENESIS RIVER can't really make his turn or begin his turn until he sees the portside or the port profile of the BW OAK, until he sees daylight to make that turn, so to say.
**Q.** What do you mean by "see daylight"?
11:28:12 **A.** He has to ensure that the BW OAK is not remaining in

his path, that there is a clear lane for him to turn into on the next course that allows him room to proceed.
**Q.** And to see daylight, would he have to see the port aspect of the BW OAK?
11:28:30 **A.** That's correct.
**Q.** So regardless of where they ended up when they actually met, your opinion is that, because of where BW began that turn, that had an impact on the GENESIS RIVER?
**A.** It certainly did, yes.
11:28:46 **Q.** And what was -- what was the impact?
**A.** The impact was that it forced the GENESIS RIVER further to the right, closer to the edge of the channel that was on his starboard side. And it also forced the GENESIS RIVER to delay his turn to port as he approached the turn at Beacons 75 and 76. 11:29:01
**Q.** And at the red side of the channel there on 76, there is a little flat triangle. Do you see where I'm referring to?
**A.** Yes, I do.
11:29:14 **Q.** What is that?
**A.** That is referred to or called a widener.
**Q.** What is a widener, Captain?
**A.** Very often on the inside of a turn, they will shave off an area to allow the inbound vessel or the vessel that, in this case, is inbound, the vessel on the inside 11:29:26

of the turn more room to make that turn.

The idea is you don't have to make a full 16-degree sharp turn at the intersection of the reaches. You can kind of ease that turn a little bit. Typically, eight degrees parallel to the widener, eight degrees to finish it.

11:29:41

MR. KLAWETTER: Objection, Your Honor. Nonresponsive.

THE COURT: I'll overrule that objection.

Go ahead, Counsel, please.

11:29:50

BY MR. WALTERS:

**Q.** Yes. And that widener area there at 76, what was BW's draft inbound?

**A.** I believe it was 26 feet.

**Q.** And are you aware of the water depths over there in the widener at 76?

11:30:01

**A.** Yes.

**Q.** What were they?

**A.** Close to 44 feet.

**Q.** Okay. So there is no reason why BW couldn't have been over there, right?

11:30:09

**A.** No reason at all.

**Q.** And if she had been over there, the distance between the two hulls when they met would have been greater, correct?

11:30:20

**A.** That is correct.
**Q.** And the GENESIS RIVER would have been closer to the centerline rather than being squeezed on the outside?
**A.** The GENESIS RIVER would have had more room to maneuver closer to the centerline, absolutely.
11:30:30
**Q.** Now, you are going to be asked questions about what is to the starboard of GENESIS RIVER as she is outbound, Captain. Do you see the tow there of the Bayport Flare?
**A.** I do.
11:30:43
**Q.** All right. In your opinion, would it have been a good practice for GENESIS RIVER to have used that when making that turn there, that 16-degree turn below the flare?
**A.** No, sir.
**Q.** Why not?
11:30:55
**A.** If he had -- all right. So the GENESIS RIVER is outbound approaching a 16-degree turn. To get into the flare, the Bayport Flare, he would have to turn to starboard perhaps four or five, six degrees to get over there. He would have to turn the 16 degrees plus that
11:31:10
much to get back on the next channel. So instead of making a 16-degree left-hand turn, he would be forced to make a 20-, 21-, 22-degree left-hand turn.
**Q.** Did the BW OAK approach the turn as if there were no widener?
11:31:25
**A.** That's my opinion, yes.

**Q.** And, again, as a master mariner and as a ship's pilot, you are aware of hydrodynamic forces in ship vessel interactions, correct?
**A.** Certainly.
11:31:41 **Q.** And for the English major, when ships are closer together, there is greater forces? When they are farther apart, there are lesser forces?
**A.** One of the factors that determines the force or the amount of force is proximity. The further apart, the less the force. The closer together, the greater the force.
11:31:56
**Q.** What other forces affect hydrodynamics?
**A.** Primarily speed and size.
**Q.** Okay. With speed, is it greater the speed, greater the force?
11:32:09 **A.** Yes. And it's a geometric comparison, not an arithmetic comparison.
**Q.** And how about the size? The larger the size, the greater the force?
**A.** That's correct.
11:32:20 **Q.** And there is hydrodynamic interactions every time vessels meet, correct, Captain?
**A.** Yes.
**Q.** And captains and pilots, they are aware of this?
**A.** That is correct.
11:32:32 **Q.** And we have had discussions earlier, and we looked at

some figures from the ship handler's guide which reflect that. You were in the courtroom when they were discussed?
**A.** Yes, sir.
**Q.** Now, when the GENESIS RIVER was forced to the starboard -- her starboard to the far side of the channel, was there any shoaling over there?
**A.** Yes. There was shoaling there.
**Q.** And you've read the testimony of the pilots involved, as well as Captain Mitchem from the Pilot Board, that that shoaling was unknown and unprecedented, according to the pilots, right?
**A.** That is correct.
**Q.** And they both testified that if they had known about that, they would have met someplace else, did they not?
**A.** They did.
**Q.** If the BW had used the widener, the GENESIS RIVER would have been closer to the centerline, correct, when they met?
**A.** Certainly.
MR. KLAWETTER: Your Honor, I'm going to object to the continued leading of the witness. I'm sure he can answer a non-leading question.
MR. WALTERS: Judge, he can. We have been here all week. Everyone is leading their experts.
THE COURT: Tone down the leading a little bit,

please, Counsel.

MR. WALTERS: Yes, Your Honor.

THE COURT: Okay.

BY MR. WALTERS:

11:34:07 **Q.** Captain, have you reviewed the declaration of Captain Fazioli?

**A.** I have.

MR. WALTERS: Put up Exhibit 44, please.

BY MR. WALTERS:

**Q.** Did you rely on --

MR. WALTERS: Our 44.

BY MR. WALTERS:

**Q.** You reviewed it in connection with your work in this case?

11:34:26 **A.** Yes, sir.

**Q.** And what did Captain Fazioli do?

**A.** He provided a number of screenshots that showed vessels meeting in the same general location.

**Q.** And over what period of time did he show those screenshots, 11:34:41 did he capture those screenshots?

**A.** If my memory serves, it was about a 90-day period, similar to the time that the accident occurred.

**Q.** Captain, do you see in your screen the CL ALICE and the UBC STOCKHOLM?

11:35:09 **A.** I do.

**Q.** Tell the Court what that depicts, those two screenshots.

**A.** That depicts two vessels meeting in the vicinity of the -- below the Bayport Flare, a similar location to where the GENESIS RIVER and BW OAK had met. It shows --

11:35:20

MR. KLAWETTER: Your Honor, I object because the witness is misinterpreting the exhibit that's here. The meeting did not take place below the elbow.

MR. WALTERS: Your Honor, that's subject to cross-examination.

11:35:37

MR. KLAWETTER: Well, I hate to mess the record up and mislead the Court. I'm sure you don't want to do that.

MR. WALTERS: I do not, Counsel. You are correct.

11:35:46

THE COURT: I'll overrule the objection.

Go ahead.

BY MR. WALTERS:

**Q.** Captain Richter, the screenshot of the CL ALICE and the UBC STOCKHOLM, it's in the vicinity, but it's not where the GENESIS RIVER met BW OAK; is that correct?

11:35:54

**A.** Same general area.

**Q.** But it's not the area where GENESIS RIVER met BW OAK?

**A.** Not the same place, no.

**Q.** No.

11:36:06

And the inbound vessel made partial use of the widener, did she not?
**A.** Yes, she did. The inbound vessel is over in the area of the widener at least partially.
11:36:23 **Q.** Captain, the CAPE BRASILIA and the DIAMOND LAND, again, inbound vessels making use of the widener. Have you seen that?
**A.** The inbound vessel, you can tell by its silhouette, is utilizing the widener. The outbound vessel is quite close to the centerline as a result.
11:36:41
**Q.** And what are the speeds of those two vessels?
**A.** Just over ten knots for each of them.
**Q.** That's still a little bit below where GENESIS RIVER met BW, but it's closer, correct?
11:36:57 **A.** That is correct.
**Q.** ASOPOS and the SILVER MANOORA, does that show the inbound ship again making use of the widener?
**A.** It does. The inbound ship is using more of the widener than the other one did, actually. And the outbound ship is close to the centerline again.
11:37:22
**Q.** Again, that allows the separation between the two hulls when they meet to be farther apart, correct?
**A.** To be greater, yes.
**Q.** The BOW SUN and the SONGA FORTUNE, does the inbound ship make use of the wideners?
11:37:44

11:38:13 11:38:26 11:38:55 11:39:11 11:39:16

**A.** The inbound ship is certainly making use of the widener here.
**Q.** Captain, the approach of the inbound ship on the top screenshot, is she to the starboard side of the centerline?
**A.** Yes. The upper image indicates his approach, and he is to the starboard and centerline, yes.
**Q.** And that's the approach to meet the outbound vessel?
**A.** That's correct. You can see that he is planning to head over towards the widener here.
**Q.** And is that the case with the other screenshots we have reviewed?
**A.** Yes, sir.
**Q.** Now, Captain, you have heard testimony that neither of the pilots aboard either vessel, BW or GENESIS RIVER, had any complaints about each other, correct?
**A.** That is correct.
**Q.** And that -- you have read and you'll hear testimony of the number of transits that these pilots have made on the Houston Ship Channel, correct?
**A.** Yes, sir.
**Q.** And there are many, correct?
**A.** Certainly.
**Q.** Very experienced pilots?
**A.** Yes, they are.

**Q.** And does the fact that there has been no criticism of the effect that the BW's approach had on GENESIS RIVER affect your opinion?
**A.** No, sir.
11:39:28 **Q.** Why not?
**A.** Well, number one, I have made 4,177 piloting transits myself. I know what I'm looking at when I look at the screenshots. So using the screenshots, using the PPU displays, using the Rose Point, I can glean from that information that helps me to form my opinion. 11:39:47
**Q.** And in your opinion, Captain, where BW OAK began the approach for the meeting with GENESIS RIVER, was that in violation of Rule 9?
**A.** Yes.
11:40:00 **Q.** And that's because they are on the wrong side of the channel, correct?
**A.** That's correct.
MR. KLAWETTER: Objection to form, leading.
**A.** Rule 9 --
11:40:09 MR. WALTERS: Captain, wait for the Judge.
THE COURT: I'll sustain the objection. A little bit of leading to set stuff up is fine, but to ultimate issues, let's avoid the leading.
BY MR. WALTERS:
11:40:18 **Q.** Captain, you've evaluated the approach of the BW OAK

to the GENESIS RIVER, have you not?
**A.** I have.
**Q.** Okay. Have you formed an opinion about the approach?
**A.** Yes, I have.
11:40:27 **Q.** Okay. What is that opinion?
**A.** The opinion is that the BW OAK set up for the meeting from the outbound or the green side of the channel in violation of Rule 9. That action precipitated a meeting that crowded the GENESIS RIVER and did not afford the GENESIS RIVER as much room as was required. 11:40:46
**Q.** And you -- again, the basis for this opinion is what?
**A.** The basis for this opinion is my studying, observing, looking at the different electronic data available, the PPUs of both vessels, and the Rose Point from the VOYAGER, along with my own experience and my own knowledge of how these systems work and how vessels meet one another. 11:41:10
**Q.** What does Rule 9 provide? What does it tell a mariner?
**A.** It's discussing narrow channels, conduct in narrow channels. The relevant part is that you are supposed to stay to the starboard side of the channel as far as is safe and practicable. 11:41:27
**Q.** Captain, I'm going to turn now to the VOYAGER. And, again, I think Judge Brown understands the dynamics here. So we're not going to get into detail about all the backs 11:42:02

and forths of the calls. Okay? And we have heard Captain Breathwit and the brown water guys.

But you have written a report in which you made some comments about the VOYAGER, have you not?

11:42:13 **A.** I have.

**Q.** All right. And as far as your evaluation of the evidence, did you form any opinions about the conduct of Captain Marie aboard the VOYAGER at the time of the pending collision?

11:42:26 **A.** Yes, sir.

**Q.** And what opinions did you form?

**A.** I believe Captain Marie did not properly evaluate the situation as it developed. I believe Captain Marie made a poor decision when he decided what course of action to

11:42:41 take.

**Q.** What course of action -- I'm sorry. Are you done with your answer, Captain?

**A.** Yes.

**Q.** And what course of action do you believe Captain Marie

11:42:52 should have taken?

**A.** I believe Captain Marie should have slowed down and attempted to stop his vessel. He should have steered it to his starboard as far as he felt that he safely could.

**Q.** And in steering to his starboard, would you

11:43:05 contemplate that he would take a 45?

**A.** Oh, certainly not. No. I'm talking about a shallow steer to starboard remaining relatively parallel to the channel but heading that way a few degrees.
**Q.** And you have navigated tugboats yourself, Captain?
11:43:20 **A.** Yes, I have.
**Q.** Have you ever had to go emergency crash astern on a tug?
**A.** I have.
**Q.** On a tug similar to the VOYAGER?
11:43:27 **A.** Larger than the VOYAGER, yes, but in a push configuration with a very strong following current behind me.
**Q.** Tell us about that circumstance.
**A.** It was a vessel called the SEA RAVEN. The available 11:43:41 channel draft or depth was 32 feet. I was drawn just shy of 30 feet. Because of a vessel up ahead of me getting out of shape and taking up the entire channel, I had to go to emergency crash astern. So I had to back the vessel as hard as I could. While I was backing, she did begin to 11:44:02 yaw slightly.
**Q.** What do you mean by "yaw," Captain?
**A.** Yaw is a change in the rotation of the vessel. It's heading yaws or swings a little bit to the left or swings a little bit to the right.
11:44:12 When it did that, I corrected the yaw by coming ahead

on the outboard engine and using rudder. I got it swinging or yawing back the way that it was necessary to where it was parallel again to the channel and then continued backing the vessel.

11:44:25 **Q.** Were you able to maintain control of the tug?

**A.** I was.

**Q.** Were you able to stop?

**A.** I was.

**Q.** Captain, you have heard testimony about Captain
11:44:40 Charpentier's interaction with Captain Marie, and you have listened to the exchanges, have you not?

**A.** I have.

**Q.** Okay. And you would agree -- and I think everyone is agreed -- that everyone is in charge of their own boat,
11:44:52 right?

**A.** Yes.

**Q.** Captain Marie is in charge of the VOYAGER. Captain Charpentier was conning GENESIS RIVER and, along with the bridge team of GENESIS RIVER, was responsible for GENESIS
11:45:04 RIVER, correct?

**A.** That's correct.

**Q.** Have you ever given directions to other vessels that you have encountered during transits when you have been either a captain or a pilot?

11:45:15 **A.** No. All the time you make a -- you propose a meeting.

You say, I will see you on one or I will see you on two or I will overtake you on your starboard side or something of that nature. But that's different, I believe, than directing another vessel to take a specific action.

11:45:31 **Q.** And you have heard the exchange -- and we listened to it quite a few times -- when Charpentier tells Marie to go to the greens, correct?

**A.** Yes.

**Q.** Okay. And if Captain Marie had not agreed to that, 11:45:42 then the one-whistle port-to-port would remain in place, would it not?

**A.** It would. Captain Sutton gave very good testimony yesterday regarding the agreement as necessary, and agreement would be necessary for the two whistles.

11:45:55 **Q.** And you have heard testimony about the sheer that the GENESIS RIVER took from the red side -- from the green side over to the red side of the channel, correct?

**A.** Of course, yes.

**Q.** And you have heard about the actions that Captain 11:46:08 Marie -- Captain Charpentier tried to take to arrest that sheer, did you not?

**A.** Yes.

**Q.** And when he was unable to break the initial sheer, his intention was to give a port rudder and try to hold the 11:46:20 red side of the channel, was it not?

**A.** Yes. His initial attempt was to stay on the centerline or the green outbound side. Very early on he realized that was not possible. So then his next plan was to try to maintain as close to the red tow as he could.
11:46:37 **Q.** And if he had not given -- if he had not tried to hug that red side, then the hydrodynamic forces would have pushed them out much earlier, would they not have?
**A.** That's -- that's a fair statement, yes. He was attempting to stay over on the red side as long as he
11:46:52 could to afford Captain Marie and the VOYAGER as much time as possible to get across to the green side of the channel.
**Q.** Captain, we have heard discussion and testimony about situational awareness. What does that mean to you?
11:47:06 **A.** I don't recall the exact definition. It's, in a nutshell, being aware of your surroundings, being acutely aware of your surroundings so, if there are changes in your surroundings, you would notice them right away. It's being very attentive to what is transpiring around you.
11:47:23 **Q.** In your opinion, would that include anticipating events --
**A.** Yeah.
**Q.** -- or possible events?
**A.** Certainly. Certainly. It's planning for the what
11:47:32 ifs.

**Q.** Based on your captaining and piloting of tugs, do you believe that Captain Marie's decision -- and he has testified that it was his decision -- to go to the port was the correct decision?

11:47:52 **A.** No, I do not.

**Q.** And why do you believe that?

**A.** A couple of reasons. Number one is, I don't believe that he had -- and, apparently, he did not have the horsepower, speed, the ability to get across to the other
11:48:09 side to get to these -- to affect a starboard-to-starboard meeting safely. The vessel just didn't have time to get across there.

I believe Captain Charpentier testified, as well, that he was surprised how long it took him to get across.

11:48:23 The other reason is to affect a starboard-to-starboard passing, he had to, in effect, cross the bow of a loaded outbound tanker. Boy, I would really be hesitant to ever do any maneuver with a vessel, especially an underpowered vessel, if that involved putting myself in the crosshairs
11:48:48 of a vessel heading in my direction. I believe that was his least safe option.

**Q.** Captain, you have also heard testimony that if Captain Marie had slowed, stopped, gone to starboard that he would have been a sitting duck. Do you remember hearing that
11:49:05 testimony?

**A.** Yes.
**Q.** In your opinion, if he had done that and Captain Charpentier had not tried to hug the red side, would he have been a sitting duck?
11:49:14 **A.** I don't believe so, no.
**Q.** Why not?
**A.** Okay. First off, the GENESIS RIVER, it entered the barge lane and the transition area, certainly; but it entered at a very shallow angle. So it was pretty obvious 11:49:31 it was going to get rejected from that shallow water and put back in the barge channel. So I don't think he would have reached him.
Secondly, the VOYAGER did have the option to go as far to his starboard as he felt was safe to do so. Basically, 11:49:44 he could run uphill a lot further than the GENESIS RIVER could run uphill. So I believe that there was -- the depth of water offered him some shield or some protection.
And, lastly, kind of piggybacking on the first point, because the GENESIS RIVER would be rejected by the barge 11:50:02 channel and would sheer back into the ship channel, it would not reach his position if he tried to stop or stayed down lower in the ship channel -- I'm sorry -- in the barge channel.
**Q.** Captain, you have also been asked to evaluate the role 11:50:18 of the GENESIS RIVER in the collision, have you not?

**A.** Yes, I have.
**Q.** You have heard testimony from experts and you have read the expert reports --
**A.** Yes.
11:50:23 **Q.** -- criticizing the GENESIS RIVER?
**A.** Yes.
**Q.** Do you have any criticisms of GENESIS RIVER?
**A.** Yeah. Of course I do.
**Q.** What are they?
11:50:33 **A.** All right. Two primarily. One is, because the vessel was loaded to a flat keel, it was more difficult to handle. I know this because I handle vessels on a flat keel often. And while it certainly doesn't make them unsafe, it does make it more difficult.
11:50:49 The other major objection I would have is, I believe that their speed, when they met the BW OAK and when they made the turn at 75 and 76, was more excessive than was necessary. It should have been slower to maintain better control of the vessel so that the hydrodynamic forces that 11:51:09 affected the vessel -- and at this point I'm referring primarily to the force of bank effects, bank suction, bank cushion, kind of exaggerated by the shoaling that was present. If the vessel had been traveling at a slower rate of speed, that effect would have been reduced.
11:51:28 **Q.** Let's talk about speed a little bit more, Captain.

When Captain Charpentier took the conn from Captain Barton just south of Morgan's Point, within the first 15 minutes he asked for 10-minute notice, did he not?

**A.** He did.

11:51:41 **Q.** And what does that mean?

**A.** 10-minute notice is taking a vessel above maneuvering speed. Let me backtrack here.

You have dead slow, slow, half, and then maneuvering full ahead. And you can change the RPMs within that range
11:51:54 anytime you want with no notice.

Typically, when you speed up to sea speed -- and they refer to it as 10-minute notice, sometimes it's 5, sometimes it's 12 -- the vessel's -- the ship's engines have a load program to protect the engines to keep them
11:52:09 from changing temperatures rapidly. So they request that you have a -- or they have a load program that would not allow you to change the speed immediately. It would require -- if you were at sea speed, under normal circumstances, if you wanted to reduce down to maneuvering
11:52:26 or to half ahead, you would have to give them 10 minutes to gradually make that change.

**Q.** And, Captain, you have heard the testimony that the speed of the GENESIS RIVER at the time of the collision was in excess of what the passage plan provided for those
11:52:42 waypoints, have you not?

**A.** Yes.
**Q.** And in passage -- you are familiar with the concept of passage planning?
**A.** Yes, I am.
11:52:49 **Q.** And it's basically the voyage from the dock out to the sea buoy?
**A.** Or whatever the case may be, yes. It's a description of the entire voyage, hoping to plan for potential contingencies and plan for how they expect to make the 11:53:04 passage.
**Q.** And the speed that's provided for various segments is primarily based on UKC, is it not?
**A.** Primarily, yes. They determine what is the UKC requirements and then what speeds, depending upon the 11:53:19 tide, depending upon the load, which is relative to the squat that they can expect to have and how that relates to the available depth of water to keep the proper underkeel clearance.
**Q.** And you read the testimony of the chief officer and 11:53:35 the second officer about what they did when Captain Charpentier asked for sea speed?
**A.** I did. They basically did a quick calculation to determine if they would have the required UKC even at a higher speed. I made a similar calculation myself while 11:53:53 reviewing the information.

**Q.** You have also heard testimony, Captain, about the adequacy of the master/pilot exchange, have you not?
**A.** Yes.
**Q.** Okay. And, in your opinion, was the master/pilot exchange adequate or inadequate?
**A.** It was adequate.
**Q.** And why do you say that?
**A.** They covered all the major points that are necessary. And a couple of other things to consider there. When I say it's adequate, that doesn't mean that's the last time these gentlemen are going to speak.
I get on a ship and have a master/pilot exchange where I'm providing the master with information, and I don't give him information all the way from the sea buoy to the dock at that time. I give him the information that's relevant in the next short period of time. Then I'll expand upon that as we are going.
So the master/pilot exchange does not cover everything. It covers the immediate needs. And they certainly had an adequate master/pilot exchange.
**Q.** There has also been testimony about the pilot cards being inadequate. Do you remember that?
**A.** Yes.
**Q.** And specifically because "nav full ahead" and the load program are not mentioned in the pilot cards. Do you

remember that?
**A.** Yes, I do remember that.
**Q.** And have you reviewed both the BW OAK and the GENESIS RIVER pilot cards?
11:55:05 **A.** I reviewed both pilot cards.
**Q.** And do they contain information regarding those items?
**A.** No, they did not.
**Q.** In your experience -- how many times -- 4,000-plus pilotage transits?
11:55:17 **A.** 4,177. So I have looked at probably, you know, 3,500 pilot cards.
**Q.** Okay. And is it customary to see that information in the pilot cards?
**A.** I can't remember the last time I did.
11:55:26 THE COURT: Y'all are speeding up a little bit again.
MR. WALTERS: Thank you, Judge.
**A.** I can't recall the last time that I saw that information on the pilot card, no.
11:55:33 BY MR. WALTERS:
**Q.** How about risk assessments? Do you ever receive a risk assessment from the crew when you board a vessel to pilot her?
**A.** No. Typically not. On occasion it might be stapled
11:55:45 to the bottom of the pilot card. I don't typically look

at it. That's not really my concern as much as is safely piloting a vessel.

**Q.** And you mentioned -- when I asked you about criticisms, you mentioned trim of the GENESIS RIVER. And you explained that it's -- on even keel, a vessel, it takes a little more vigilance?

**A.** That's a fair way to put it. It certainly -- a flat keel does not make it inherently unsafe by any measure. And, as I already stated, I pilot vessels loaded to a flat keel regularly on the Delaware Bay and in New York Harbor, for that matter as well. But it does require more vigilance. It is not as simple as piloting a vessel that has trim.

**Q.** Captain, would you agree that, generally, a fully-laden vessel is more difficult to handle than a light ship?

**A.** That's a simplification, but yes.

**Q.** Well, is it overly simple?

**A.** Well, there is a number of other factors involved. Sometimes you could have a light ship that's a difficult ship to handle as opposed to a loaded ship that's pretty easy to handle.

We used to get these Eagle tankers, the EAGLE BEAUMONT, the EAGLE BOSTON --

MR. KLAWETTER: Your Honor, objection.

11:57:17
11:57:29
11:57:36
11:57:47
11:58:04

Nonresponsive. We're talking about history again here instead of answering the question.

THE COURT: Okay. Finish your answer, Captain, and then let's move on.

MR. WALTERS: Thank you, Judge.

**A.** Typically, light draft are easier to maneuver and handle than the same vessel if it were loaded.

BY MR. WALTERS:

**Q.** Captain, you have heard testimony that Captain Charpentier asked for additional RPMs as the vessel was sheering -- the GENESIS RIVER was sheering across the channel and did not get them. Do you remember that testimony?

**A.** That's correct.

**Q.** You read reports where experts have given opinions about what that could or could not have done? Do you remember that?

**A.** Yes. Yes, I have.

**Q.** And, in your opinion, if -- if the extra RPM had been given to Captain Charpentier when he requested it, could that have broken the sheer?

**A.** All right. There is two parts to that. One is, he was given additional RPMs. He was not given them immediately, which I believe is what he was actually requesting. But the bridge officer, the second officer,

was in fact increasing the RPMs, not necessarily as Charpentier was requesting.

The second part of that is, no, I do not believe the additional RPMs, had they been delivered in a rapid 11:58:21 fashion, would have been -- they would have made a difference.

**Q.** How about as far as holding the red side once -- once she had sheered all the way across the channel? Do you think those extra RPMs would have allowed him to do that?

11:58:33 **A.** The same answer. I don't believe that they would have been able to overcome the hydrodynamic forces pushing the vessel back into the deep channel with additional RPMs.

**Q.** You have also heard some testimony that there was a suggestion that the GENESIS RIVER should have dropped her 11:58:47 anchor. Do you remember that testimony?

**A.** Yes. I believe so.

**Q.** Do you think that would have been a good idea?

**A.** No.

**Q.** Why not?

11:58:53 **A.** The most obvious answer is because of the draft and the available depth of water. If you drop an anchor -- an anchor is a very large object. If you drop an anchor and then run over it with your own vessel, you certainly could puncture the hull of your vessel on the bottom.

11:59:11 Also, you could lose the anchor. If it runs out --

there is a lot of force when you drop an anchor of that size on a vessel traveling at a high rate of speed. You could rip the anchor right out of the ship.
**Q.** Captain, you listened to the GENESIS RIVER's VDR, did you not?
11:59:27
**A.** Yes.
**Q.** Do you remember the conversation between Captain Barton and Captain Charpentier at the handover at Morgan's Point?
11:59:35
**A.** Yes.
**Q.** Holland. I'm sorry.
**A.** Yeah, Holland.
**Q.** Yeah, Barton we talked to off the BW OAK.
**A.** Yes.
11:59:41
**Q.** Sorry for the confusion.
Yeah. Captain Holland and Captain Charpentier --
**A.** Yes.
**Q.** -- you listened to that conversation?
**A.** Yes, I did.
11:59:48
**Q.** And did Captain Holland advise Captain Charpentier about his experience navigating the vessel in the upper reaches of the Houston Ship Channel?
**A.** He did. They gave what I would consider a proper exchange when you are changing the conn. We do it all the time as well when we change out pilots. You give a
12:00:04

certain amount of information to the other pilot as a courtesy and for reasons of safety.

**Q.** And did he tell him that he was needing to use a little extra rudder and also to give her a kick every once in a while?

12:00:17

**A.** He did.

**Q.** Okay. So Captain Charpentier was aware of the vessel's alleged handling characteristics when he took the conn, was he not?

12:00:27 **A.** I believe he was.

MR. WALTERS: I pass the witness, Judge.

THE COURT: All right. BW OAK.

MR. KLAWETTER: Yes, Your Honor. Thank you.

THE COURT: We'll go until about 12:30 again

12:00:36 today, just so you all have an idea of where we are headed.

MR. KLAWETTER: All right.

**CROSS-EXAMINATION**

BY MR. KLAWETTER:

12:00:44 **Q.** Captain Richter, I'm Bob Klawetter. You and I met remotely some time ago, right?

**A.** Yes, we did. Good morning.

**Q.** I suspect you are going to get some disagreement on Schuyler being better than Kings Point before the trial is

12:00:56 over.

I've got some questions for you, obviously. I'm going to ask you, if you would, to please answer me directly. All right?

**A.** I'll do the best I can.

12:01:05 **Q.** I'd appreciate that, because I would like to move this along.

You were here for Captain Cunningham's testimony, correct?

**A.** I was.

12:01:11 **Q.** You have had the opportunity to either attend remotely or read the deposition transcripts of the various pilots; is that right?

**A.** Yes, sir.

**Q.** That would be Captain Charpentier, Captain Holland, 12:01:28 Captain Barton. I suspect -- are you familiar with Captain Rodrigues?

**A.** I don't recall that I read his. Did he -- was he deposed? I don't recall.

**Q.** I think he was interviewed. I don't know if you read 12:01:41 his interview.

**A.** I believe I did.

**Q.** All right. And, of course, you have seen the depositions of Captain Highfield and Captain Lawson as well; is that right?

12:01:49 **A.** Yes, sir.

**Q.** You understand that, between those pilots, we're talking about basically seven master mariners; is that right?
**A.** I don't remember that they are all master mariners, but yes.
**Q.** Well over 30,000 transits of the Houston Ship Channel?
**A.** Yes, sir.
**Q.** You have never transited the Houston Ship Channel as a pilot, have you?
**A.** That is correct.
**Q.** You have never transited the Houston Ship Channel as a crew member on a vessel, have you?
**A.** That is correct.
**Q.** Do you remember me asking you when I took your deposition if you would agree with me that any of those pilots were better qualified to talk about transiting the Houston Ship Channel than you?
**A.** Transiting the channel? Yes.
**Q.** All right. And you agreed with me that they were better qualified to comment on transiting the Houston Ship Channel than you?
**A.** Yes, sir.
**Q.** All right. You saw that -- I'm sure you read your deposition in preparing to come here today, didn't you?
**A.** Yes.

**Q.** And on Page 41 we had that exchange. And you stand by that testimony, don't you?
**A.** Depending upon context, yes.
**Q.** All right. Now, against this background, you understand that -- well, before I do that:

12:02:59

You have also read the deposition of the captain of the GENESIS RIVER; is that correct?
**A.** Yes, sir.
**Q.** So now we're up to eight master mariners total?
12:03:11 **A.** I believe so.
**Q.** All right. Against that background, you understand that you are the only navigation person who has criticized the BW OAK in this case, don't you? Do you agree with that statement?
12:03:29 **A.** Yes. I believe that's a fair summarization, yes.
**Q.** We're going to go through some things that I would like to discuss with you about your criticisms of the GENESIS RIVER because I think we may need to add a few things to that list.
12:03:45 Do you remember when I took your deposition and we talked about the "K" Line guidance for the Houston Ship Channel?
**A.** The "K" Line what?
**Q.** Guidance for navigating the Houston Ship Channel.
12:03:53 **A.** Yes, sir.

**Q.** All right. You had that at the time I took your deposition, didn't you?
**A.** Yes.
**Q.** It had been given to you by the attorneys for the GENESIS RIVER?
12:04:01
**A.** No. I believe I got it when I was on the vessel.
**Q.** All right. We'll talk about that as well.
So you had it. You have read it. You were familiar with its contents?
12:04:11
**A.** Yes, sir.
**Q.** When I took your deposition?
**A.** Yes, sir.
**Q.** You didn't bring a copy of it with you to your deposition, did you?
12:04:17
**A.** No.
**Q.** It had not been produced to us at the time, I'll just tell you, which would have --
**A.** I don't know.
**Q.** -- made me ask you some additional questions. But we'll go through those.
12:04:27
I want to ask you, just jumping around a little bit here, did captain -- you have listened to the VDR for the GENESIS RIVER, correct?
**A.** Numerous times.
12:04:40
**Q.** And for the BW OAK?

**A.** I have not listened to the VDR from the BW OAK.
**Q.** You know from listening to the GENESIS RIVER's VDR that Captain Charpentier never expressed any concern at all to Captain Barton on the BW OAK about the meeting and passing; is that correct?
12:04:56
**A.** That is fair, yes.
**Q.** He didn't ask what the BW OAK was doing or why it was doing it or why it was positioned where it was?
**A.** Not that I can recall, no.
12:05:07
**Q.** He was able to see the BW OAK graphically on his own pilot Raven unit, his PPU unit; is that correct?
**A.** Certainly.
**Q.** He knew at all times where the BW OAK was located in the channel below the elbow there at the Bayport Flare?
12:05:24
**A.** Yes, sir.
**Q.** He could see it?
**A.** He could see it looking out the window, yes.
**Q.** All right. He could see it by eye as well as being able to get a bird's-eye view on his PPU?
12:05:33
**A.** I'm sorry. I thought that's what you were asking me.
**Q.** Yeah. They were in constant radio contact?
**A.** Yes.
**Q.** Was there ever a time when any concern of any kind was expressed by Captain Charpentier?
12:05:48
**A.** The answer is no, but that's not uncommon.

MR. KLAWETTER: Objection. Nonresponsive.

BY MR. KLAWETTER:

**Q.** Was there ever a time when Captain Charpentier expressed any concern? Yes or no?

12:06:00 **A.** On the radio you are saying? No.

**Q.** All right. Now, you told counsel just a moment ago that everyone is in charge of their own vessel; is that right?

**A.** That is correct.

12:06:10 **Q.** And on the GENESIS RIVER, at the time this meeting and passing was taking place, the people in charge would have been Captain Charpentier and the bridge team of the GENESIS RIVER, correct?

**A.** Yes, sir.

12:06:20 **Q.** They were responsible for making sure that their vessel was safely navigating?

**A.** Yes, sir.

**Q.** They were responsible for exercising what you described as "situational awareness," correct?

12:06:33 **A.** Yes.

**Q.** In other words, they had to be aware of what was going on, what was unfolding and decide what action to take; is that right?

**A.** Yes.

12:06:41 **Q.** And you expected that Captain Charpentier would

exercise situational awareness as this meeting and passing was taking place?

**A.** Yes.

**Q.** You would expect that the bridge team -- they had a similar obligation to exercise situational awareness, didn't they?

12:06:54

**A.** Yes.

**Q.** In the exercise of situational awareness, did any of them ever say anything to Captain Charpentier -- to Captain Barton on the BW OAK?

12:07:07

**A.** No, sir.

**Q.** I assume that's another criticism you would have of GENESIS RIVER?

**A.** Not necessarily.

**Q.** In other words, if they see something, which as you have described is irregular, they had no obligation to say or do anything?

12:07:17

**A.** I guess it would depend what you expect them to say. If they felt that it was going to create a dangerous situation and they needed Captain Barton to do something, then that would be one thing. If they feel they were being a little bit crowded, maybe he wouldn't say anything then. I don't believe that Captain Charpentier recognized it initially.

12:07:33

**Q.** Well, you have represented to the Court that you can

12:07:46

look at this stuff and see what you describe as an irregular situation developing?
**A.** Yes, sir.
**Q.** All right. And you have never transited the Houston Ship Channel as a pilot or a ship captain?
12:07:57
**A.** I don't believe I represented that I have.
**Q.** All right.
**A.** My opinions have been based --
**Q.** My point is this, sir. My point is this: If you can see it after the fact, you would have expected a competent pilot and bridge team to be able to see a problem, if one was developing, at the time?
12:08:07
**A.** I don't believe Captain Charpentier recognized it, no. Does that answer your question?
12:08:20
**Q.** No, not really. My question was: You would expect a competent pilot and a competent bridge team to be able to see a problem if one was developing?
**A.** Yes. They should notice that, yes.
**Q.** All right. And, again, you are the only person who has identified a problem in this case?
12:08:37
**A.** Number one, that doesn't mean I'm wrong. Number two --
**Q.** It doesn't mean you are right. Just answer my question. Okay?
12:08:46
**A.** Number two, I am basing my opinion on review of the

information, which whether I have been up and down the Houston Ship Channel numerous times or not, I'm certainly qualified to review the information that's available.

MR. KLAWETTER: Objection. Nonresponsive, Your Honor.

12:09:00

THE COURT: I'll overrule the objection. Let's try to keep -- I overruled it. Let's try to keep the answer tightened up to what the question is, please.

BY MR. KLAWETTER:

12:09:10

**Q.** All right. So what do you think Captain Charpentier should have done as this meeting and passing was setting up to take place?

**A.** I believe he could have slowed down perhaps to limit the hydrodynamic effects that he was going to be experiencing because he was further to the starboard end.

12:09:32

**Q.** He had the ability to do that?

**A.** Yes, sir.

**Q.** Do you think, in retrospect, that he should have done that?

12:09:41

**A.** That would have been wise, yes.

**Q.** Is that something you would have done?

**A.** I can't say for certain, but probably, yes.

**Q.** And what should he have slowed down to?

**A.** Sir?

12:09:52

**Q.** What should he have slowed down to?

**A.** Fewer RPMs, trying to get the speed down a knot or two perhaps.

**Q.** Let's approach it this way. How fast was the ship going?

12:10:02 **A.** I believe it was around 12 knots, 12 point something.

**Q.** So what should he have slowed down to is my question or what would you have slowed down to?

**A.** I think ten would have been appropriate.

**Q.** And, in fact, you know that that is "K" Line's policy,

12:10:16 right?

**A.** Sir?

**Q.** You know that's "K" Line's policy, right?

**A.** Now.

**Q.** Yeah, now.

12:10:21 **A.** Okay. Yes.

**Q.** Yeah. In other words, "K" Line recognizes that the vessel was traveling at an excessive rate of speed, yes?

**A.** Yes. I didn't recognize that that was a question. Yes. And I have said that that was one of my criticisms

12:10:34 of the GENESIS RIVER's performance.

**Q.** And we'll go through that in some detail as we go along.

What else should Captain Charpentier have done, if he was exercising situational awareness?

12:10:47 **A.** I think he had to stay as focused on what was

happening as he could have.

**Q.** Well, that's what I'm asking. What should he have done if he was as focused --

**A.** I believe I was answering --

12:10:59 **Q.** -- as he should have been?

**A.** -- your question. He should have stayed more focused on what he was doing.

**Q.** Okay.

**A.** There was a brief conversation between the pilots

12:11:06 about something unrelated. Perhaps that caused some distraction to him. When he was getting squeezed, pushed to the right a little bit by the BW OAK's position, he needed to be aware of that immediately and take action to account for that.

12:11:23 **Q.** So that's another criticism you have of Captain Charpentier?

**A.** That he was not as focused as he was supposed to be? Yes, that's fair.

**Q.** So not as focused, not as situationally aware, yes?

12:11:36 **A.** I said not as focused.

**Q.** What else?

**A.** What else what?

**Q.** What other criticisms do you have? What else should he have been doing as he was seeing what you have

12:11:49 described as an irregular meeting and passing situation

developing?
**A.** I believe I answered that he should have slowed down.
**Q.** I got that.
**A.** And he should have been very cognizant of what was occurring and giving it perhaps more focus.
12:12:00
**Q.** Yeah. Did Captain Charpentier ever say that he thought he was being squeezed?
**A.** Not to my knowledge.
**Q.** Did he ever suggest to Captain Barton that he needed more room?
12:12:16
**A.** No, sir.
**Q.** Did Captain Charpentier ever say to Captain Barton, You are delaying my turn because of the way you are setting up? Did that conversation ever take place?
12:12:31
**A.** No, sir.
**Q.** So we have got these experienced Houston ship pilots who, as you put it, are having an irregular setup for a meeting and passing?
**A.** Or having -- I'm sorry?
12:12:43
**Q.** Having what you have described as an irregular meeting and passing setup; is that right?
**A.** I don't think I said irregular, but I understand your concept, yes.
**Q.** Yeah. And nobody says anything?
12:12:58
**A.** Is that a question?

**Q.** Yes, it is.
**A.** Okay.
**Q.** Nobody says anything, do they?
**A.** Nobody said anything, no.
12:13:03 **Q.** Nobody does anything different, do they?
**A.** No, sir.
**Q.** The GENESIS RIVER is the deep-laden ship; is that right?
**A.** Yes.
12:13:13 **Q.** As you've told us, because it was on even keel, it would not handle as responsively as perhaps the GENESIS RIVER -- or the BW OAK would?
**A.** Yes. Plus the BW OAK had 11 feet less draft.
**Q.** Okay. And that's certainly something that Charpentier 12:13:31 and the bridge team needed to be situationally aware of?
**A.** Yes.
**Q.** Now, you rode the ship, you told us, on two outbound trips and one inbound trip, correct?
**A.** Yes.
12:13:47 **Q.** On each of the trips you made, the GENESIS RIVER was trimmed by the stern?
**A.** Yes. As I mentioned, that was one of my criticisms of the GENESIS RIVER. And on the transits I saw, they had a trim one time of -- I'm talking loaded now, of course -- 12:14:05 .3 meters and one time .35.

12:14:15 12:14:24 12:14:28 12:14:35 12:14:47

**Q.** And the reason for that is it improves the handling of the ship?
**A.** Yes.
**Q.** And that is, as you know, "K" Line policy?
**A.** You are saying now?
**Q.** Yes.
**A.** Yes.
**Q.** That was not being followed, not being adhered to on the day this incident occurred?
**A.** I don't know that it was --
MR. WALTERS: Objection, mischaracterizes the testimony.
THE COURT: Okay.
BY MR. KLAWETTER:
**Q.** Was there any --
MR. KLAWETTER: Excuse me, Your Honor.
THE COURT: I will overrule the objection.
BY MR. KLAWETTER:
**Q.** Was there any stern trim on the GENESIS RIVER when it departed Targa on the day of this incident?
**A.** Was there any what?
**Q.** Stern trim. Was it trimmed by the stern?
**A.** Oh, stern trim. On what date?
**Q.** On the day of the incident when it left the Targa terminal.

**A.** No, sir.
**Q.** You have seen the testimony of the pilots -- in particular Captain Holland -- that because it was a deep-laden tanker on an even keel without any stern trim that it would dip by the head. In other words, it would trim by the bow; is that correct?
**A.** I believe that's what his testimony is. I don't recall it, to be honest.
**Q.** He was obviously on the ship that day and would be in a better position to comment about that than you?
**A.** I have a fair bit of experience with similar-sized ships. I have dealt with a lot of flat-loaded ships. So I do know what I'm speaking of when I talk about the handling characteristics of flat-loaded ships, yes.
MR. KLAWETTER: Objection. Nonresponsive.
THE COURT: It's overruled.
BY MR. KLAWETTER:
**Q.** You have no experience with the GENESIS RIVER on the day of this incident when it departed Targa terminal, do you?
**A.** By "no experience," I'm not sure I understand what you are asking.
**Q.** You weren't on it. You weren't conning the vessel. You weren't the pilot.
**A.** No. I was not onboard, no.

**Q.** Captain Holland was the pilot who took it off the dock; is that right?
**A.** That is correct.
**Q.** And he says it was trimmed by the bow, it was down by the head and was a -- you heard the words -- "piss-poor handling ship"?
**A.** I don't remember his exact testimony, but it was something like that, yes.
**Q.** All right. That was something that obviously, at the time of the incident, Charpentier and the bridge team needed to be aware of to take into consideration?
**A.** I believe Captain Holland told Captain Charpentier that.
**Q.** Now, when you rode the ship, you were doing it as a paid litigation expert?
**A.** As an observer, yes.
**Q.** You were getting paid for your time, weren't you?
**A.** Of course.
**Q.** You were serving in your capacity as an expert for the Genesis River interests?
**A.** Yes, sir.
**Q.** And when I took your deposition in November of last year, you told me you had already billed about $80,000 at that point in time?
**A.** I believe it was a little more than that when I went

back and looked.
**Q.** How much have you billed them to date for your opinions in this case?
**A.** About $125,000.
12:16:54 **Q.** You've billed about $125,000, and you are the only purported navigation expert in the case who has any criticism of the BW OAK?
**A.** I don't see that that is relevant. But, yes.
**Q.** It's not your job to see if it's relevant. Is what I said correct?
12:17:09
**A.** I believe so.
**Q.** Thank you.
Have you seen any evidence from any source that Captain Charpentier ever felt that he was pushed to the extreme edge of the channel?
12:17:28
**A.** You have to ask that again. I'm sorry.
**Q.** Have you seen any evidence from any source that Captain Charpentier ever said he felt he was pushed to the extreme edge of the channel on his starboard side?
12:17:43 **A.** I don't believe Captain Charpentier has ever said that, no.
**Q.** Was the GENESIS RIVER ever outside the channel?
**A.** I don't believe so.
**Q.** So the GENESIS RIVER remained on its side of the channel throughout the meeting and passing with the
12:17:55

BW OAK?
**A.** Right at the very edge, yes.
**Q.** All right. And the BW OAK was touching, scraping up against the barge lane on its side when they were abeam, side by side?
**A.** No, sir.
**Q.** What was the -- what was the distance, if you know, between the starboard side of the GENESIS RIVER and the channel edge on its side?
**A.** I don't know exactly. It was very close.
**Q.** What was the distance, if you know, between the starboard side and the BW OAK and the side of the channel on its side?
**A.** A couple of hundred feet.
**Q.** Okay. Well, let's do some math. How wide is the BW OAK?
**A.** I believe it's 120.
**Q.** How wide is the GENESIS RIVER?
**A.** 122.
**Q.** What was the separation between the two vessels, if you know, when they were abeam?
**A.** I can just give you a range. I would say somewhere in the neighborhood of a couple of hundred feet, maybe less.
**Q.** All right. How wide is the channel where they met? I'm talking about the marked channel.

**A.** That is a difficult answer. The ship channel straightaway dimensions are 530 feet. However, the widener increases that. The widener, of course, is the elbow of the turn.

12:19:19 So at one point the widener is -- in the center of the widener, it's considerably larger than it is as it tapers down to nothing.

**Q.** And that's -- let me ask you about that. The slides that you were shown by counsel of vessels meeting in the 12:19:35 vicinity of the Bayport Flare, do you remember he showed you, I think, three screenshots?

**A.** Yes.

**Q.** All of those were meetings and passings that set up below the elbow or south of the elbow at the Bayport 12:19:50 Flare; is that correct?

**A.** I think one of them was right at the elbow. They were a little bit below where the BW OAK and GENESIS RIVER met, if that's your question.

**Q.** None of them -- none of them depicted passings in the 12:20:02 area where -- the actual passing between the GENESIS RIVER and BW OAK?

**A.** No. I disagree. They were all within this general area. They were not the exact location, no.

**Q.** They were at the bottom of the elbow, coming into the 12:20:13 turn, as opposed to in the straightaway above the elbow?

**A.** As I answered, I believe one was right on the elbow and the other ones were just below.
**Q.** So if -- the channel is 530 feet wide. Is that your understanding?
**A.** The ship channel on straightaways is 530.
**Q.** So if I do the math on the numbers you gave me, I come up with 442 feet?
**A.** I'll trust your math, sure.
**Q.** Okay. So it looks like we've got about 88 feet of channel left; is that right?
**A.** That's not including the widener.
**Q.** And, look, I understand what you are saying. I'm talking about the channel itself.
**A.** Well, the widener is the channel. The widener is considered the channel.
**Q.** The widener is there primarily for ships coming in and out of the Bayport container terminal, isn't it?
**A.** No. No. The Bayport --
**Q.** You understand that is what that is?
**A.** The Bayport Flare is. The widener that is on the east side of the channel is to assist vessels making a turn at that location.
**Q.** To assist vessels turning into or coming out of the flare to go to the Bayport container terminal. You don't know that?

**A.** I don't agree with that. I don't agree with that assessment. It's also --

**Q.** Have you seen that in the testimony of some of the other experts in the case?

12:21:32 **A.** No. But I have piloted numerous times in channels where they have wideners and there is no exit channel to the other side like the Bayport Flare. Wideners are commonly used to making turns in channels easier, to give people more room to make the turns.

12:21:46 **Q.** But, again, you have never piloted a ship through this area?

**A.** Correct.

**Q.** You have never made the turn into Bayport, have you?

**A.** No, sir.

12:22:00 **Q.** All right. Now, you've told us that you reviewed the pilot board investigation and findings?

**A.** The what?

**Q.** The pilot board investigation.

MR. WALTERS: I object to that. I think it
12:22:14 mischaracterizes. He said the formal hearing.

BY MR. KLAWETTER:

**Q.** Have you reviewed the report from the pilot board investigation, is my question?

**A.** I don't recall that I have.

12:22:23 MR. KLAWETTER: Can we put up Exhibit Number 26,

please.

BY MR. KLAWETTER:

**Q.** Have you seen the BW Exhibit 26 before, Captain?

**A.** I don't recall that I have.

12:22:37 MR. KLAWETTER: Let's go to the second page, if we could.

BY MR. KLAWETTER:

**Q.** But, first, before we do that, you can see it's dated August the 22nd, 2019. That would have been six weeks

12:22:45 after the incident in this case?

**A.** Yes, sir.

MR. KLAWETTER: Let's go to the second page.

BY MR. KLAWETTER:

**Q.** Do you generally understand that there are pilots on

12:22:55 the board when these types of investigations are done?

**A.** It depends on the pilot group. For instance, in New York and New Jersey, there are no pilots on the pilot board.

**Q.** If I represent to you there are pilots on the pilot

12:23:07 board here, would you have any reason to disagree?

**A.** No, sir.

**Q.** Do you see there at the top, Section 2, where it says, "Proposed findings regarding Captain Charpentier"?

**A.** Yes, I see it.

12:23:21 **Q.** Are you able to read that?

**A.** Yes.
**Q.** "Following its deliberations by a vote of 6 to 3, the" -- and I'm just going to call it pilot board instead of using the acronym.
12:23:33 **A.** That's fine.
**Q.** -- "proposed the following findings: The unprecedented and unknown shoaling in the vicinity of the Bayport Flare contributed to the MT GENESIS RIVER sheering to port."
12:23:43 Do you agree with that?
**A.** It was certainly a contributing factor, yes.
**Q.** As you have told us, you don't have any reason to believe that Captain Barton was aware of that?
**A.** I don't believe any of the pilots were, no.
12:23:57 **Q.** Let's go on now. "Captain Charpentier was unable to recover due to a poor-handling ship."
Now, you have acknowledged that the GENESIS RIVER in its condition -- deep laden, even keel or trimmed by the bow -- would have been a difficult-handling ship?
12:24:20 **A.** I have said difficult, yes.
**Q.** And you agree that that contributed to the inability to recover from the sheer?
**A.** Yes, sir.
**Q.** All right. Let's go on to the next one. "Captain
12:24:34 Charpentier briefly lost situational awareness, which

impacted his ability to consider all options to avoid a collision."

And I think, based on what you have told us, that you agree with that as well?

12:24:44 **A.** Yeah. Language different, but, yes.

**Q.** All right. And what were his options to avoid a collision?

**A.** His options to avoid a collision?

**Q.** Yes, sir. What it says right there, that the board

12:24:58 found that his lack of situational or loss of situational awareness impacted his ability to consider all options to avoid a collision.

What were his options?

**A.** That's a good question. I believe his options -- let

12:25:15 me ask you a question. Are you saying --

**Q.** No, sir. I don't answer questions.

**A.** Okay. I guess it depends --

MR. WALTERS: Your Honor --

THE COURT: Okay. All right. If you need the

12:25:23 question clarified, you can.

THE WITNESS: I need clarification.

THE COURT: Yes. Go ahead, Captain.

**A.** At what point are we referring to? Like, from when they left the dock or at the point of the meeting or where

12:25:33 are we saying his options?

BY MR. KLAWETTER:

**Q.** I'm reading from the finding of the pilot board. And I'm asking you if you can tell us, if you can tell Judge Brown, what options he failed to exercise to avoid a collision. That's the question.

12:25:47

MR. WALTERS: Your Honor, he has no idea what the pilot board was thinking about.

You can ask him his opinion, but he can't speak for the pilot board.

12:25:56

MR. KLAWETTER: I'm not asking him to do that. He has told me that he agrees with the finding of loss of situational awareness which impacted ability to consider options to avoid a collision.

And I'm asking the next logical follow-up, what options did he fail to consider.

12:26:08

THE COURT: In the expert's opinion?

MR. KLAWETTER: In the expert's opinion, yes, sir.

**A.** And my issue is I don't know at what point they are considering options. Like, are we saying his options that he had before they even left the dock or --

12:26:18

BY MR. KLAWETTER:

**Q.** Sure, let's start there. If that helps, let's start there.

**A.** His options were to request the vessel be trimmed.

12:26:26

That's one.

BY MR. KLAWETTER:

**Q.** Okay. All right.

**A.** His options were to pay closer attention.

12:26:36 **Q.** Okay.

**A.** His options were to operate the vessel at a reduced speed.

**Q.** Okay.

**A.** That's my options at this point.

12:26:49 **Q.** And those are options which would have avoided a collision?

**A.** Probably, yes.

**Q.** And those were options that were available to Pilot Charpentier and Pilot Holland on the GENESIS RIVER?

12:27:03 **A.** I believe so.

**Q.** Those were options that were available to the bridge team of the GENESIS RIVER had they chosen to involve themselves in the process? Yes?

**A.** I believe so.

12:27:17 **Q.** Okay. So from --

**A.** The reason I keep being kind of smug with "I believe so" is I don't know what the trim options were at that point.

**Q.** Well, we know what they are doing now. But let's

12:27:26 just --

**A.** Correct.
**Q.** Let's just move along, if we can.
So from the moment this ship, the GENESIS RIVER, left the dock at Targa, there were options that could have been exercised to prevent this collision?
**A.** Certainly reduce the likelihood, yes.
**Q.** Well, now, you told me just a minute ago that these are things that would prevent the collision. Do we need to read that back to you?
**A.** No, sir.
**Q.** All right. So from the moment it left the dock, there were things that this ship, its pilots and crew, could have done to avoid the collision, correct?
**A.** Most likely. You know -- and, again, I'm not trying to be a wise guy here. But you don't know what is going to transpire a couple of hours later. You certainly would lower the likelihood --
**Q.** Yeah. You are giving your expert opinion.
**A.** I'm sorry?
**Q.** You gave me your expert opinion. And I'm just following up on it. Okay?
**A.** Okay.
**Q.** Let's try one more time. You have identified at least three things that the pilots and the bridge team of the GENESIS RIVER could have done starting from when the ship

left the dock that morning up until the time of the meeting and passing with the BW OAK that would have avoided the collision, correct?
**A.** It's an assumption, yes.
12:28:41 **Q.** But it's also your opinion?
**A.** Yes.
**Q.** Thank you.
MR. KLAWETTER: Your Honor, is this a good time to break?
12:28:48 THE COURT: This is a good time. Let's take a little bit longer today. Let's come back at 1:45. Okay?
MR. KLAWETTER: Your Honor, if I may. How late do you intend to work today, because I'm thinking about a witness at the end of the day, depending on how things go?
12:29:05 THE COURT: I was going to go until 6:00 again today if that works for everybody.
MR. KLAWETTER: That's fine.
THE COURT SECURITY OFFICER: All rise.
(Recess from 12:29 p.m. to 1:51 p.m.)
01:51:39 THE COURT: Good afternoon, everybody. You may take your seats.
Captain Richter, you may resume the stand.
You are still under oath, Captain.
THE WITNESS: Yes, sir.
01:52:08 MR. KLAWETTER: May it please the Court.

THE COURT: Yes.

**CROSS-EXAMINATION**

BY MR. KLAWETTER:

**Q.** Captain, are you ready to proceed?
**A.** Yes, sir.
**Q.** Did they feed you some lunch?
**A.** Yes, they did.
**Q.** We were talking about the pilot board investigation when we broke at lunchtime.

You are aware that there were no findings of fault made against Pilot Barton or the BW OAK by the pilot board in connection with this collision; is that correct?
**A.** I don't know that. I have no reason to suspect that's not accurate.
**Q.** All right. Well, when I showed you Page 2 of Exhibit 26 -- do I need to show it to you again?
**A.** I didn't read down any further than you highlighted.
**Q.** Let's put Exhibit 26 up again, and we'll look at the bottom. And I'm going to sit down because I can't read it standing up because I'm straining.

You'll see there at Section 4 -- excuse me -- Section 3 --
**A.** Yes.
**Q.** -- that Captain Charpentier was issued a letter of reprimand because of findings. Can you see that?

**A.** Yes, sir.
**Q.** And "The Houston pilots are directed to consider trim rules for this class of ship based on poor-handling characteristics."
01:53:20 **A.** Yes, sir.
**Q.** Do you see that?
**A.** Yes, sir. I'm sorry. I answered you.
**Q.** And you understand that whether it's because of this finding or because of a decision by "K" Line that they now
01:53:35 require trim for this class of ships on the Houston Ship Channel?
**A.** Yes, sir.
**Q.** All right. Section B, "Captain Charpentier is directed to attend the next convening of the blue/brown
01:53:48 water class." Do you know what that is?
**A.** No, sir.
**Q.** And then he is also directed to attend the bridge resource management class by the end of March 2020. Of course, you know what bridge resource management is?
01:53:59 **A.** I do.
**Q.** Apparently they felt that there was some deficiency with his bridge resource management skills or, at least, he needed a refresher; is that right?
**A.** I can't comment. I understand what you are saying,
01:54:10 but I can't comment.

**Q.** But that's what you see when you look at Section C; is that right?
**A.** He should attend a bridge resource management class, yes.
01:54:20 **Q.** All right.
MR. KLAWETTER: And if we could zoom back out so we could see the whole page.
BY MR. KLAWETTER:
**Q.** There were no findings as to Captain Holland, and
01:54:26 there are no findings as to the BW OAK or Captain Barton, are there?
**A.** I don't see any.
**Q.** All right. And, Captain, you know from your preparation in this case that Captain Charpentier
01:54:40 testified under oath four times after this incident in various proceedings?
**A.** I know of at least three, yes.
**Q.** I'll represent to you it's four. But whether it's three or four, they were all after the fact, correct?
01:54:55 **A.** Yes, sir.
**Q.** And at a -- at a time when he might reasonably have been concerned about an action of some kind against his license?
**A.** That's a question?
01:55:06 **Q.** Yes.

**A.** Yes.
**Q.** And he never suggested that he was squeezed by the BW OAK; is that right?
**A.** Not to my knowledge, no.
01:55:17 **Q.** He never suggested that he was pushed to the starboard side of the channel by the BW OAK?
**A.** Not to my knowledge.
**Q.** And he never suggested that he had to delay his turn above the Bayport Flare because of anything the BW OAK was
01:55:34 doing?
**A.** I don't know he has ever made that claim, no.
**Q.** You have not seen it if he did?
**A.** That's correct.
**Q.** All right, sir. I want to go back and just visit with
01:55:42 you briefly again about the transit that you made in your role as an expert for GENESIS RIVER in the aftermath of the incident.
You have told us already that on each of those occasions the vessel departed -- and was it departing
01:55:58 Targa when you went outbound on it?
**A.** Two outbounds, one inbound.
**Q.** And the outbounds were both from Targa?
**A.** Yes, sir.
**Q.** That's the same facility it was sailing from on the
01:56:08 date of the incident?

**A.** I believe so, yes.
**Q.** It was fully laden on each occasion?
**A.** I believe so.
**Q.** And you told us that there was stern trim.
01:56:16 How do you put trim on a vessel like the GENESIS RIVER before it gets underway?
**A.** I can't say with certainty how they did it in this case. It's by moving, adding, or reducing cargo; moving, adding, or reducing ballast.
01:56:33 **Q.** Okay. And "ballast" is just adding or removing water; is that right?
**A.** Seawater, yes.
**Q.** Okay. And it doesn't cost anything to do that, does it?
01:56:40 **A.** It actually does, yes.
**Q.** How much does it cost?
**A.** I don't know. But I should say there is ballast regulations that you can't just take ballast water in Houston and discharge it in Japan.
01:56:51 **Q.** Okay. But, apparently, whatever the requirements are, the GENESIS RIVER is able to do that whenever it's at Targa these days; is that right?
**A.** I would say yes.
**Q.** When you were aboard, were you ever there during the
01:57:02 ballasting process?

**A.** I didn't observe that, no.
**Q.** Okay. On each of the outbound transits you made, was the master on the bridge for the entire outbound transit?
**A.** I believe so.
01:57:14 **Q.** That was not the situation on the date this incident occurred, was it?
**A.** That's my understanding.
**Q.** You understand and you have heard here in testimony in trial that the Captain was out until about 4:00 in the
01:57:25 morning and came back onboard. Apparently, he did -- apparently, he was on the bridge when the pilots came on; is that right?
**A.** Yes, he was.
**Q.** You listened to the VDR, you told us, correct?
01:57:39 **A.** Yes, sir.
**Q.** Did you capture or were you able to hear a master/pilot meeting on the VDR?
**A.** Vaguely.
**Q.** Were you able to understand what was said?
01:57:47 **A.** Sort of, yes. The gist of it, yes.
**Q.** Was there any discussion of speed?
**A.** Not that I recall.
**Q.** Any discussion of trim?
**A.** Not that I recall.
01:57:56 **Q.** Any discussion of situational awareness?

**A.** Not that I can recall.
**Q.** Any discussion of any local hydrodynamic anomalies that might be encountered?
**A.** No. That would be odd to hear that, but no.
01:58:14 **Q.** Okay. Any discussion of shoaling, for example?
**A.** No, sir.
**Q.** Any discussion of the GENESIS RIVER's passage plan?
**A.** I don't recall.
**Q.** And any discussion of the risk assessment GENESIS
01:58:29 RIVER did to arrive at that passage plan?
**A.** Not that I recall. I don't recall.
**Q.** You do know that a passage plan was put together. You have heard all the testimony about that?
**A.** Yes.
01:58:38 **Q.** And it was put together by -- who would it have been? A junior officer or second officer?
**A.** Probably a second officer.
**Q.** Okay. Is that standard on a ship like this?
**A.** Yes, it is.
01:58:47 **Q.** And the company -- in this case, "K" Line -- would have policies and procedures as to how that would be put together and what would be considered?
**A.** Yes.
**Q.** In other words, what risk would be considered and
01:58:59 analyzed and evaluated?

**A.** I believe so, yes.

**Q.** All right. Based on that passage plan and risk assessment, as we have discussed, they arrived at speeds that were to be followed at various areas of the transit of the Houston Ship Channel?

01:59:15

**A.** They did.

**Q.** And for the area where the GENESIS RIVER and the BW OAK met, the passage plan speed was 6 to 8 knots?

**A.** Yes. That is correct. A passage plan is a living document.

01:59:32

MR. KLAWETTER: Objection as nonresponsive to the passage plan as a living document.

THE COURT: All right. Sustained.

BY MR. KLAWETTER:

01:59:41

**Q.** How fast was the GENESIS RIVER going as it approached its meeting with the BW OAK?

**A.** I believe it was about 12 knots.

**Q.** As much as two times the lower limit of the passage plan speed?

01:59:58

**A.** Yes, sir.

**Q.** And you, frankly, admitted that they were traveling at an excessive rate of speed for the situation?

**A.** I don't remember the exact language, but they would have been better served to have been traveling at a slower speed.

02:00:11

**Q.** Do you know what types of considerations went into the decision to have a risk-assessed passage plan speed of 6 to 8 knots in the area where the incident occurred?
**A.** Typically, it's to maintain the required underkeel clearance.
02:00:29
**Q.** And underkeel clearance is important for things like bank effect, bank suction, bank cushion, things of that nature?
**A.** It would play into those issues. It's mainly to make sure that they have enough room that they don't go aground, to have a margin for error.
02:00:45
**Q.** Yes, sir. Understood. But the lower your underkeel clearance and the faster you are going, the more likely you are to experience bank effect if you get close to a bank?
02:01:02
**A.** Yes.
**Q.** Okay. I mean, that's something that all pilots know, right?
**A.** Yes.
02:01:07
**Q.** And if you experience bank effect and you can't control it, then you will do exactly what the -- you might do exactly what the GENESIS RIVER did and take an uncontrolled sheer across the channel?
**A.** It depends on the situation. That is possible.
02:01:25
**Q.** Okay. And unknown shoaling can certainly play a role

in something like that, too, can't it?
**A.** Yes, it could.
**Q.** All right. The area where the unknown shoaling was found after the incident is the same area where the GENESIS RIVER took its sheer?
02:01:42
**A.** Yes.
**Q.** Okay. All right. Do you know how much the underkeel clearance was affected by the shoaling?
**A.** I'm not sure if this answers your question, but my understanding is the shoaling had reduced the available depths by around 4 feet up to 6 feet in some places. Is that answering your question?
02:02:00
**Q.** That sounds like that's all you know about it. So, do you know how much underkeel clearance there would have been left with a reduction of that amount?
02:02:14
**A.** I would have to do the math in my head here. It is dependent upon the speed they are traveling. I guess I would have to say 4 feet less.
**Q.** I think there is a formula. If you reduce the speed by half, it reduces the squat by a factor of four; is that right?
02:02:35
**A.** Yes. When you are talking about speed in relation to surge of vessels to effect, it's typically the reduction is squared -- the effect is squared or the addition in speed.
02:02:53

**Q.** Right. In other words, if the GENESIS RIVER is making 12 knots, if it had instead been making 6 to 8 knots as specified in the passage plan, it would have reduced the squat by a factor of at least half?

02:03:12 **A.** Yes. It should. Yes.

**Q.** Or maybe -- or maybe more, depending on whether it was 6 knots or 8 knots?

**A.** Perhaps, yes.

**Q.** Which would obviously affect the underkeel clearance. 02:03:27 It would give more clearance, reduce the likelihood of a bank effect?

**A.** I'm not sure I understand the last part you said there.

**Q.** Yeah. In other words, the more underkeel clearance 02:03:34 you have got, the less susceptible the vessel is to bank effect?

**A.** I'm not sure that there is a connection there.

**Q.** Let me rephrase the question.

**A.** Sure.

02:03:47 **Q.** If you have insufficient underkeel clearance, are you more susceptible to bank effect?

**A.** Depending on the location of the vessel against the bank, yes. Bank effect is not strictly a function of underkeel clearance, obviously.

02:04:02 **Q.** Got it. I understand.

**A.** It's the effect of the shoaling on your side.
**Q.** Understood. And there was -- not only was there shoaling in the area below the beacons where the sheer began, but there was some shoaling up above as well?
02:04:18 **A.** I don't recall.
**Q.** You don't recall? Okay.
All right. You have not attempted to do any quantitative analysis of how the shoaling, the unknown shoaling, affected the sheer at that curve, have you?
02:04:28 **A.** No. I believe the comments I have made is it may have magnified the effect.
**Q.** Okay. And you feel comfortable that that certainly could be an expected result of the unknown shoaling?
**A.** That's fair.
02:04:42 **Q.** All right. But, again, going at the passage plan speed, you believe, would have reduced the effect even of the unknown shoaling? In other words, if the speed is reduced, the more likely you are to be able to control the vessel?
02:05:00 **A.** I have testified to that prior, yes.
**Q.** And the reason that you can -- are better able to control the vessel at a slower speed is because you have more RPMs readily available on the main engine to use to break a sheer, the engine kick that we have heard so much
02:05:17 about?

**A.** That's something different than we have been discussing, but that's actually true, yes.

**Q.** Do you generally agree with this statement: "Navigation in narrow channels should be carried out at 02:05:29 slow speed with due regard to local hydrographic conditions"?

**A.** That's very vague; so, I don't know that I can say "yes" automatically. I mean, what is "slow speed"? That's a relative term.

02:05:42 **Q.** What about 6 to 8 knots for this area of the transit of the Houston Ship Channel?

**A.** That would have been safer than the speed they transited at.

**Q.** Do you also agree that "A vessel's speed should be 02:05:55 appropriate for the depth of water such as to adequately maintain control with sufficient contingent power to aid the rudder if necessary"?

**A.** I need you to read that again. I'm sorry.

**Q.** I'll read it slowly. Do you also agree that "A 02:06:11 vessel's speed should be appropriate for the depth of water such as to adequately maintain control with sufficient contingent power available to aid the rudder if necessary"?

**A.** Yes, sir.

02:06:25 **Q.** Okay. In this case, the GENESIS RIVER was traveling

at sea speed?
**A.** Yes. At 10-minutes notice, yes.
**Q.** All right. At sea speed, as we discussed, beyond a certain range that they were very close to topping out on, there were no additional RPMs available unless the -- what is it? -- the load program was overridden?
**A.** I think you are misrepresenting that.
**Q.** Or --
**A.** There were more RPMs available. If you want them instantly, you would have to bypass the load program.
**Q.** Okay. And the load program was never bypassed on the day of the incident by the bridge team of the GENESIS RIVER, was it?
**A.** I don't believe so, no.
**Q.** And why not?
**A.** I could only speculate.
**Q.** Well, is there a range of speculation that we could maybe look at and try to hone in on?
MR. WALTERS: Your Honor --
MR. KLAWETTER: I'm asking him as an expert.
BY MR. KLAWETTER:
**Q.** Are there a number of things that we can consider here?
**A.** Yes.
**Q.** You have heard the VDR, correct?

**A.** I'm answering your question. Yes.
**Q.** And you heard Pilot Charpentier say, "Give me all you have got" --
**A.** Yes.
02:07:37 **Q.** -- or something to that effect, correct?
**A.** Yes.
**Q.** When he said that and the emergency override was not activated -- that's what I'm asking you -- why wasn't it, when he is asking for everything they can give him so that
02:07:50 he can try to break the sheer?
**A.** I believe it's quite possible that while I -- or I imagine you would know what Captain Charpentier meant when he said that. I'm not sure that the individuals in the wheelhouse or on the bridge of the ship, the officers up
02:08:06 there, understood that he meant that he wanted it at that instant.
**Q.** All right. Now, for just a second, all of these people on the bridge of the GENESIS RIVER -- and we have all heard the graphic exchanges that took place and the
02:08:22 salty language that was used. All that stuff we heard, the people on the bridge of the GENESIS RIVER, the bridge team, they were hearing that leading up to the time the sheer took place and the collision; is that right?
**A.** Yes, sir.
02:08:34 **Q.** And English is the language that is supposed to be

used on the bridge of the ship?
**A.** Yes.
**Q.** So the bridge team is supposed to be able to understand English?
02:08:46 **A.** Yes. And they do.
**Q.** Okay. All right. Although some of them were conferring in Tagalog, Filipino dialect, and Hindi from India; is that right?
**A.** I'm not sure.
02:08:58 **Q.** You didn't hear that on the VDR?
**A.** I wouldn't recognize it if I heard it.
**Q.** Well, if you heard a foreign language, whether you knew what it was, you would understand it, wouldn't you -- you would understand you were hearing a foreign language?
02:09:08 **A.** I can't say with certainty.
**Q.** Okay. Do you remember hearing that type of conversation take place in violation of the requirement that English be used?
**A.** Not really, no.
02:09:18 **Q.** Okay. All right. But, in any event, when this is happening and he is saying, "Give me all you have got" -- as you told me earlier, the people on the bridge, although they don't have their ECDIS or radar on, they can look out the front of the wheelhouse and see what's going on, can't
02:09:35 they?

**A.** Again, you are asking me to speculate what they were thinking or what they interpreted his request as?
**Q.** No.
**A.** I knew what he meant. I can't say for certainty that they did. That's my point.
02:09:42
**Q.** No, no, no. I'm asking what they could see. Do you think they had an appreciation of something developing here that he was trying to address?
**A.** I believe they did.
02:09:51
**Q.** Okay. Did they ask for any clarification as to what he meant?
**A.** No.
**Q.** And he never got the additional RPMs?
**A.** Not in the timely fashion he was hoping to get them.
02:10:04
**Q.** Now, I know that you -- I know that you don't believe it would have made any difference; but you understand there are other people, other experts in the case, that do believe it would have made a difference?
**A.** Yes, sir.
02:10:13
**Q.** All right. You have heard from Captain Cunningham, correct?
**A.** I have.
**Q.** And you are going to hear from others as well that, had he gotten the additional RPMs, he would have been able to break the sheer or, at least, once he sheered across
02:10:23

the channel, hold it to the red side long enough for the VOYAGER to get by. You know that evidence is in the case?
**A.** Yes.
**Q.** Do you know what kind of analysis was done to arrive
02:10:42 at those conclusions?
**A.** At the conclusions of Mr. Cunningham and the other gentlemen?
**Q.** Yeah.
**A.** I don't know.
02:10:50 **Q.** You don't question his professional ability to arrive at a conclusion like that, do you?
**A.** Well, I don't question his ability at all. I disagree with that conclusion.
**Q.** Understood. Understood. All right.
02:11:12 MR. KLAWETTER: Could we look at BW-57, please?
BY MR. KLAWETTER:
**Q.** There are two pages here, Captain. You'll recall that I asked you about these in your deposition?
**A.** Yes, sir.
02:11:25 **Q.** These are plots that were done by Captain Highfield, one of the BW OAK's experts. They are plots that he did that he then superimposed on the chart that we have been talking about in the case.
Do you recognize that that's what has been done?
02:11:40 **A.** I do.

**Q.** And the red ship is the BW OAK. The green ship is the GENESIS RIVER.
**A.** Yes. That's how they are labeled, yes.
**Q.** As you can see here, the GENESIS RIVER is much closer to the centerline when the BW OAK -- as the BW OAK is exiting above the elbow; is that right?
**A.** In this depiction, that's correct.
MR. KLAWETTER: And let's look at the second page, if we could, of Exhibit 57.
BY MR. KLAWETTER:
**Q.** And here we are with the ships almost abeam, almost side by side; is that correct?
**A.** Yes, sir.
**Q.** And based on Captain Highfield's plots superimposed on the chart, do you see that the BW OAK is actually further away from the centerline than the GENESIS RIVER?
**A.** In this depiction, that is correct.
**Q.** And when we looked at these in your deposition and I asked you about it, you admitted that, based on these plots, there was no squeeze?
**A.** There was no...
**Q.** No squeeze.
**A.** No squeaks?
**Q.** Squeeze.
**A.** Oh, squeeze. I'm sorry.

**Q.** Yes.
**A.** Based on this plot, yes, the BW OAK is where -- he is over on his side. He is further away from the centerline than the GENESIS RIVER, yes.
02:12:53 **Q.** And, indeed, he is riding right along the edge of the barge lane, right?
**A.** Again, in this depiction, yes.
**Q.** Yes. Okay. Did you attempt to do your own plots and superimpose them on the chart?
02:13:04 **A.** I did not.
**Q.** Are you capable of doing that?
**A.** It depends upon the data I would get. I imagine I could.
**Q.** Do you know what data you would have to have to do it?
02:13:14 **A.** You would have to have the AIS data. I have plotted this on other cases, something similar.
**Q.** Okay.
**A.** You would have to have the exact measurements of where the antenna is in relation to the bow, stern, port, and
02:13:26 starboard side. You would have to know the heading of the vessel at that time as well.
**Q.** Okay. So you had some but not all of that information, right? Or did you have all of it?
**A.** No. I did not have all of it.
02:13:36 **Q.** Did you ask for it?

**A.** I did not.
**Q.** Did it ever occur to you that it might be important to actually validate with your own plots where the vessels were located before you criticized the BW OAK for crowding or squeezing the GENESIS RIVER?
02:13:51
**A.** As I explained in my answer in the deposition -- and I believe I'm still consistent with that -- the information that I had reviewed was the same information the pilots were reviewing at that time: the PPU of the BW OAK, the
02:14:07 PPU of the GENESIS RIVER, and the Rose Point display from the VOYAGER. All three of those were consistent. All three of those are what was available to the individuals at that time. So I believe that is the most important display, the most important information to consider.
02:14:24 **Q.** And all three of those, as you said, were relied upon by Captain Charpentier, Captain Holland, Captain Barton, and Captain Rodrigues; and none of them felt that a squeeze or crowding took place; is that correct?
**A.** That has been their testimony.
02:14:39 **Q.** Okay. And, again, you are the only one who has taken that position in this case?
**A.** And, again, I'm not -- that doesn't mean I'm necessarily mistaken.
**Q.** Okay. Well, it may be. It won't be our decision.
02:14:50 Okay. We'll find out in due course.

All right. Thank you. That's all I need on that.

And, also, based on those plots we just looked at, there was no Rule 9 violation?

**A.** The plots we just viewed? I would agree with that.

02:15:11 **Q.** All right.

MR. KLAWETTER: Can we see Exhibit 76, please. That's the three diagrams, Phase 1, 2, and 3 of a passing situation.

BY MR. KLAWETTER:

02:15:31 **Q.** As he is setting that up, Captain, as you know, in the Houston Ship Channel -- and as you have heard -- the vessels -- large, deep-draft vessels, meeting on the Houston Ship Channel use the centerline approach; is that correct?

02:15:43 **A.** Typically, yes.

**Q.** All right. And it's referred to as a "Texas Three Step" or the "Texas Chicken" or whatever; is that right?

**A.** I know what you are talking about.

**Q.** Yeah. And in this case, the way the vessels met, it

02:15:58 was kind of a modified "Texas Chicken" because of the elbow that was having to be dealt with?

**A.** And because of the position of the BW OAK approaching.

**Q.** And that's why I want to show you these. I want to -- I want to talk about that.

02:16:10 If we look at Figure 28, Phase 1, am I correct that in

a standard centerline approach and passing on the Houston Ship Channel that each vessel invades the other vessel's lane, so to speak, or side of the channel at some point?

**A.** Okay. In the display here, it's showing that the stern does because, as you turn to starboard, your stern kicks to port.

02:16:35

**Q.** All right. And that's what I wanted to -- to clarify.

So every time a standard meeting -- centerline approach meeting takes place on the Houston Ship Channel, the sterns of the respective vessels will go into the lane of the other vessel; is that right?

02:16:49

**A.** That's common. The earlier display we were looking at, though, the BW OAK was not initiating his turn to starboard as yet.

02:17:05

MR. KLAWETTER: Your Honor, I object to everything after "that's common" as nonresponsive.

THE COURT: Okay. I mean, I'll overrule that. I understand what is going on.

MR. KLAWETTER: Okay.

02:17:14

BY MR. KLAWETTER:

**Q.** And in Figure 29, do we see the vessels coming roughly abeam?

**A.** Correct.

**Q.** And we've had a discussion of the forces that are at work here. At what stage of the passing is the -- of a

02:17:29

passing like this -- is the greatest force being transferred between the vessels? Is it as they are meeting side by side or going apart at the sterns?

**A.** There's primarily two different forces that happen sequentially and are opposite of one another. As they are approaching each other, there is a force keeping the bows apart, keeping the hulls apart, the positive pressure force.

After they clear each other, they both kind of get drawn into the void that's created behind other ships. So then there is a force drawing them towards the centerline or towards where the ship was.

**Q.** Right. But what I was asking was a little bit different.

**A.** Okay.

**Q.** When they meet, when they are side by side, and when they are separating. Okay. As they are bow to bow, side by side, stern to stern, when is the -- when are the forces acting on the vessels the strongest from a hydrodynamic standpoint?

**A.** You know, it depends upon a couple of different things. It depends what the speeds are of the vessels, the sizes of the vessels. There are other factors that are at play here and would dictate that.

**Q.** The hydrodynamic expert that GENESIS RIVER has hired

in this case, have you read his report?
**A.** I have not.
**Q.** Have you talked to him?
**A.** I have not.
02:18:52 **Q.** Okay. He explains that when the vessels are side by side -- and I believe I'm getting this right. Correct me if I'm not.
When they are side by side, the forces are two times as great as they are when they are meeting and three times
02:19:06 as great as they are when they are separating.
Any reason to disagree with that?
**A.** I don't know that I can confirm his numbers. I have no reason to doubt that.
**Q.** Okay.
02:19:15 **A.** It stands to reason that the proximity and size are what matters. When they are side by side, that's going to be their greatest proximity or their closest proximity, and more of the displacement of each vessel is going to be near each other at that time as opposed to bow to bow when
02:19:34 there is just -- the bows are near each other or stern to stern if the sterns are near each other.
Did I explain that adequately for you?
**Q.** About as good as I'll ever be able to understand it. Okay? So that's fine.
02:19:49 If the greatest force is exerted when they are abeam

side by side, am I correct that the GENESIS RIVER did not sheer or lose control when they were side by side?

**A.** The GENESIS RIVER sheer began as they were passing each other, as they were past each other.

02:20:04 **Q.** As they passed each other?

**A.** That's when the -- that's when the --

**Q.** But not when they were side by side?

**A.** I don't know.

**Q.** All right. They are not doing anything to try to

02:20:17 quantify --

**A.** The force that the GENESIS -- the GENESIS RIVER, I think we are in agreement, sheered to port. It rotated to port. The force that would be acting upon the GENESIS RIVER from the BW OAK to effectuate that, to make that

02:20:31 happen, would be after they have met and the BW OAK has got a negative force behind it that the GENESIS RIVER is falling into, sometimes referred to --

**Q.** Falling into --

**A.** -- as falling into the hole.

02:20:40 **Q.** Falling into the hole?

**A.** Yes.

**Q.** All right. And that's where you believe the sheer had its beginning?

**A.** I think that's where the effect from the BW OAK upon

02:20:53 the GENESIS RIVER adversely began or was its strongest,

yes.
**Q.** Now, every time two big ships like this pass, these kinds of forces are in play, correct?
**A.** Yes, sir.
02:21:05 **Q.** And every time two big ships pass like this on the centerline approach, they are going to each drop into the void, the hole in the water left by the ship they just passed, right?
**A.** To some extent, yes.
02:21:16 **Q.** And pilots know this?
**A.** Pilots often rely on it.
**Q.** And bridge teams on ships that conn in the Port of Houston know this or should know it?
**A.** I would agree.
02:21:26 **Q.** And you have to make sure that you have positioned your vessel appropriately in the channel and that your speed is appropriate to deal with falling into the hole, right?
**A.** Yes, sir.
02:21:37 **Q.** Okay. Because when you fall into the hole, you may have to make certain rudder adjustments to line back up on the midline of the channel?
**A.** Yes. And that's true of all vessel meetings, even when you are not doing the centerline approach here.
02:21:53 **Q.** All right. Thank you, sir. That's all I needed with

that.

MR. KLAWETTER: Could you put up Exhibit 1, please?

BY MR. KLAWETTER:

02:22:07 **Q.** You have reviewed the BW OAK's PPU playback?

**A.** A number of times.

**Q.** And what we are seeing here -- what is this bull's-eye that's in the middle there at the flare? Is that a waypoint?

02:22:20 **A.** I believe that's what it is, yes.

**Q.** Okay. All right.

MR. KLAWETTER: Go ahead and you can play it, if you would.

BY MR. KLAWETTER:

02:22:28 **Q.** We see the BW OAK coming up from the bottom of the screen; is that correct?

**A.** I do.

(Video played.)

MR. KLAWETTER: I'm going to want to stop this
02:22:40 when we get to 15:11:04, please.

BY MR. KLAWETTER:

**Q.** BW OAK is on the centerline at this point; is that correct?

**A.** He is a little bit to the left of centerline but
02:23:21 relatively on the centerline.

**Q.** Okay. All right. And we see the GENESIS RIVER coming into the picture up above?
**A.** Yes.
**Q.** All right. GENESIS RIVER is -- excuse me. BW OAK has passed the SEA DRIFT at this point?
02:23:51
**A.** Yes.
**Q.** You remember the testimonies from the Captain of the SEA DRIFT that BW OAK didn't affect him with his passage?
**A.** I don't recall.
02:24:03
**Q.** You didn't see that testimony?
**A.** I don't recall that I did or did not.
**Q.** I'm going to represent to you that's the case. Any reason to disagree --
**A.** No, sir.
02:24:09
**Q.** -- that he was not adversely affected?
**A.** No, sir.
**Q.** The tow was much smaller.
BW OAK is still -- go ahead and tell us what you are seeing here.
02:24:29
**A.** The BW OAK is --
MR. GEORGANTAS: Your Honor, excuse me. Did you refer to the testimony of the SEA DRIFT?
MR. KLAWETTER: Yes. I think I misspoke. I don't think the SEA DRIFT Captain was deposed. And I apologize.
02:24:39

I correct myself, Your Honor. It was another. There were two tows that were passed. I thought the SEA DRIFT was one of them, but it was not.

**A.** There were three tows that were passed.

02:24:50 BY MR. KLAWETTER:

**Q.** Three tows.

**A.** And he did yaw the VOYAGER when he went past the VOYAGER. He did a -- when the BW OAK passed the VOYAGER, the VOYAGER was yaw affected by his passing. I don't

02:25:01 recall anything about the SEA DRIFT.

THE COURT: Okay. The fact finder will disregard that.

MR. GEORGANTAS: Thank you. Thank you, Your Honor.

02:25:07 BY MR. KLAWETTER:

**Q.** All right. You can see now that the BW OAK its projection is showing that it's started its turn to starboard?

**A.** Yes.

02:25:32 MR. KLAWETTER: And stop it at four. All right.

BY MR. KLAWETTER:

**Q.** In this position, Captain, do you agree that the GENESIS RIVER -- the captain, the pilot, the bridge team -- can now see the port bow of the BW OAK?

02:26:00 **A.** The port bow, yes.

**Q.** All right.

MR. KLAWETTER: Would you go ahead and lay a line along the starboard side straight out.

BY MR. KLAWETTER:

02:26:10 **Q.** All right. At this point in time, based on your testimony, the GENESIS RIVER should be able to see -- begin to do whatever it wants to do with regard to a turn; is that correct?

**A.** No. He is too far above the turn.

02:26:27 **Q.** That's exactly my point. Because in your deposition testimony you said that the BW OAK -- until the BW OAK showed a port profile, that the GENESIS RIVER was delayed from doing what it needed to do to set up for the next leg of --

02:26:45 **A.** I don't believe that the BW OAK is showing the GENESIS RIVER a port profile now. He is showing him -- you asked is he showing the port bow, and I agreed with that.

**Q.** Well, he certainly has, hasn't he?

**A.** The port bow.

02:26:56 **Q.** Yeah.

**A.** He is not showing a profile.

**Q.** Well, he is not seeing the starboard side of the vessel at this point, is he?

**A.** No, sir. He is seeing the port bow.

02:27:05 **Q.** Right. And it's too early for him to begin his turn,

the GENESIS RIVER, right?
**A.** I would not begin a turn yet, no.
MR. KLAWETTER: All right. Let it keep running.
BY MR. KLAWETTER:
02:27:15 **Q.** And tell us --
MR. KLAWETTER: And, Trevor, when he says "stop," you stop.
BY MR. KLAWETTER:
**Q.** Tell us when he can begin his turn.
02:27:45 (Video played.)
**A.** All right. Stop there. He can begin his turn here were it not for that he has got to be worried about getting too close to the BW OAK to do it.
BY MR. KLAWETTER:
02:28:13 **Q.** All right.
MR. KLAWETTER: Can we take a screenshot of that to make it as our next exhibit, whatever that is, James, or to offer it as our next exhibit?
Okay. Let's keep going.
02:28:23 BY MR. KLAWETTER:
**Q.** And tell us -- so he could do it here, but you wouldn't. So tell us when you would.
**A.** Right about here.
MR. KLAWETTER: Okay. Let's take another
02:28:40 screenshot. And this will be Exhibit 78. The previous

one would be 77. And it would be offered as exhibits.
BY MR. KLAWETTER:
**Q.** At this point in time, both vessels are on their respective sides of the channel?
02:28:54 **A.** Yes. The BW OAK is closer to the centerline, but they are both on their respective sides.
**Q.** And if you look at the lower left-hand corner of the display, it indicates R156 feet. And this is the BW OAK's PPU. What is that telling you or what does that 156 feet mean? 02:29:11
**A.** That's his cross track error. That's saying he is 156 feet to right of the centerline.
**Q.** You've heard Captain Barton's testimony that anything over 120 feet is acceptable on the Houston Ship Channel?
02:29:25 **A.** I don't recall it exactly, but I'll take you at your word.
MR. KLAWETTER: Okay. Let's run it up until they are side by side.
BY MR. KLAWETTER:
02:29:36 **Q.** Am I correct that at this point --
MR. KLAWETTER: And you can stop it now.
BY MR. KLAWETTER:
**Q.** Am I correct that at this point you can see that the BW OAK is projecting to its portside to be prepared to drop into the hole and then line up on the centerline 02:29:49

going inbound?
**A.** That's what that curved indicator is showing, yes.
**Q.** Is there -- do you see the TREY DELOACH tow up there on the left-hand side?
02:30:04 **A.** I do.
**Q.** Do you remember Captain Barton's statement that he was concerned that he didn't want to do anything that would cause him to take a sheer and perhaps go towards that tow?
**A.** I don't recall that.
02:30:18 **Q.** In the area where the BW OAK is located in this screenshot, the widener is closing; is that right?
**A.** The widener opens until you get to the turn or the waypoint, at the end of the waypoint, and then it closes from that point on. So the answer is yes.
02:30:34 **Q.** You were shown -- you were shown three screenshots -- I think I asked you about this earlier -- of vessels meeting below this elbow.
MR. KLAWETTER: Can you put a line straight across where you see that line there, Trevor? No. Right 02:30:52 here. Right here. I'm sorry. Right here. Straight across. That's good.
BY MR. KLAWETTER:
**Q.** The screenshots that we looked at earlier depicted meetings that were taking place below this red line; is 02:31:15 that correct?

**A.** I think one of them was at the red line and a couple of others were just below it, I believe.
**Q.** None of them were in the position where the two vessels are shown above the line?
02:31:25 **A.** I don't think exactly. As I said -- when we were looking at it, I said they are in the same general area.
**Q.** I'm not arguing with you. I'm just trying to get a graphic depiction here of what we're talking about here.
**A.** Understood.
02:31:35 **Q.** All right. Very good. Thank you.
MR. KLAWETTER: Could we pull up Exhibit 67, please?
BY MR. KLAWETTER:
**Q.** This is the document that I discussed briefly with you
02:31:55 in your deposition, Captain. It's BW-67. You can see it's called "Navigation Guidance for the Houston Ship Channel," prepared by "K" Line, the parties at interest for the GENESIS RIVER?
**A.** Yes, sir.
02:32:11 **Q.** Have you -- I know you had looked at it in connection with your deposition. Have you also reviewed it in connection with trial?
**A.** I pulled it out of my file and reviewed it again, yes.
**Q.** All right. Are you prepared to answer some questions
02:32:23 as I go through it with you?

**A.** It depends on the questions.
**Q.** I'll do my best if you will.
You think you got this during one of the times you attended the vessel, correct?
02:32:33 **A.** Yes, sir.
**Q.** And it was given to you by what, the vessel master or bridge team member?
**A.** If I remember correctly, it was the captain.
**Q.** All right. I want to kind of just step through certain parts of it. If we look at the second full paragraph there, it's -- second sentence down, it says, "Every time prior to arrival at Houston Ship Channel, this guidance should be read and understood clearly by all navigating officers."
02:33:00 Do you see that?
**A.** Yes.
**Q.** Previous voyage's passage debriefing notes should also be included in the bridge team discussions and passage planning, right?
02:33:12 **A.** Yes. I see that.
MR. KLAWETTER: Let's turn to the next page.
BY MR. KLAWETTER:
**Q.** You'll recall that there are a number of headings in this document providing instructions to vessel crews on how to safely operate in the Houston Ship Channel?

**A.** I believe that's the intention, yes.
**Q.** All right. Let's start with the first one there. "Bridge team requirements. Work and rest hour management." The first sentence there: "Master should keep the conn throughout the HSC transit and must be available on the bridge."
02:33:41
As we discussed, that was not what was taking place on the day of this incident; is that right?
**A.** The captain was not on the bridge the whole time.
02:33:55
**Q.** If we look down at the first sentence of the second paragraph, it says, "The HSC is narrow and near-collision situations can develop quickly due to the changing hydrodynamic forces acting on the vessel. Other navigating officers with lesser experience may not be able to take adequate action to challenge the pilot."
02:34:10
In this case, from your review of the VDR, you know that no member of the bridge team ever challenged the pilot's decision to go to sea speed; is that right?
**A.** My understanding is that the officers on the bridge when Captain Charpentier requested sea speed just below Morgan's Point discussed it quickly between themselves and came to the determination that the UKC would still be adequate at a higher speed.
02:34:30
**Q.** But no one challenged him, despite the fact he was going to go twice as fast as the passage plan?
02:34:46

**A.** You know, as I said in deposition, a passage plan is a living document. May I give an analogy?

**Q.** Well, I would rather you respond to my question. So if I could repeat it again.

02:34:59 **A.** Go ahead.

**Q.** Am I correct that no one challenged him based on the fact he was proposing to go twice as fast as the passage plan?

**A.** They did not challenge the pilot.

02:35:09 **Q.** All right. Thank you.

So it goes on to say, "The master must closely monitor the pilot's actions and take immediate corrective action when required. Masters and OOWs" -- is that officer of the watch?

02:35:22 **A.** I believe so, yes.

**Q.** -- "must not hesitate to order a crash astern when required."

Was a crash astern ever ordered by either Captain Charpentier or any member of the bridge team to try to

02:35:38 avoid a collision with the VOYAGER?

**A.** If memory serves, Captain Charpentier said fullest -- he said, "Stop, full astern, or just stop."

**Q.** At that point in time, it was obvious that the collision was unavoidable, as I recall?

02:35:54 **A.** That's correct.

**Q.** Okay.
**A.** He was trying to minimize the forces involved, I'm sure. The captain --
**Q.** In an effort to stop the vessel, break the sheer, keep from hitting the VOYAGER, the crash astern was never ordered until it was entirely too late to have any effect?
**A.** That's my understanding.
**Q.** All right.
MR. KLAWETTER: Let's go down to Section 3.
BY MR. KLAWETTER:
**Q.** Criteria for challenging the pilot's action during the transit. Here "K" Line is telling its bridge teams that during predeparture bridge team meetings, the criteria for challenging the pilot should be determined by the master. Navigating officers must be guided accordingly and should maintain high levels of alertness and challenge the pilot as required.
And then you can see that they set forth some parameters to consider in challenging a pilot; is that right?
**A.** (No verbal response.)
**Q.** The next sentence says --
**A.** I'm reading --
**Q.** "For HSC transit, the following parameters should be used as guidance by the master to make the navigating

officer alert and aware towards a possible challenge scenario?"

Did I read that correctly?

**A.** Yes. You read that correctly.

02:37:07 **Q.** All right. And then a number of factors are listed. The first one is speed, greater than ten knots, yes?

**A.** That's what it reads, yes.

**Q.** And sea speed was in excess of ten knots?

**A.** It was.

02:37:19 **Q.** The vessel was traveling in excess of ten knots at the time it took a sheer?

**A.** Yes. Now, one of the times that I rode the GENESIS RIVER, the pilots -- I'm sorry, the captain informed the pilots of, I'm not going to go to sea speed. They were 02:37:37 not happy with that at all. The pilots said, We want to go to sea speed. We want to go to sea speed, period.

**Q.** But the vessel didn't go to sea speed?

**A.** It did not.

**Q.** Okay. In other words, the master has control of that, 02:37:50 right?

**A.** The pilots deferred.

**Q.** Yeah. But pilots can't make the vessel master do anything the vessel master doesn't want to do?

**A.** The leverage they used on him was they said, "Listen, 02:38:03 Captain, if that's unacceptable, we're going to get off.

You can order another pilot. They will be here in four hours, and they are going to tell you the same thing."
**Q.** Did they get off?
**A.** Sir?
02:38:12 **Q.** Did they get off?
**A.** No. They kind of diffused the situation.
**Q.** So, in other words, the captain was able to do what the company told him to?
**A.** On this occasion, yes.
02:38:21 **Q.** Yeah. And both outbound transits you made were made at ten knots, correct?
**A.** Give or take, yes.
**Q.** Okay. The pilots didn't refuse to take it out either time, did they?
02:38:32 **A.** Well, as I said, they initially did and then backed off.
**Q.** Okay. Both times?
**A.** Sir?
**Q.** Both times?
02:38:39 **A.** They only had that conversation one time.
**Q.** Okay. And then you say: "Distance from bank lesser than 100 feet." Was it your testimony earlier that the GENESIS RIVER was less than 100 feet from the bank on its starboard side as it was meeting and passing the BW OAK?
02:38:59 **A.** It is difficult to tell from those screenshots. I

believe it was.
**Q.** Okay. So that's another thing that should have come to the attention of the bridge team; is that right?
**A.** Well, this is after May 10th.
02:39:11 **Q.** Well, I understand. But this is the kind of thing now that would make them question a pilot, right?
**A.** At this point, yes.
**Q.** All right. And would you be able to tell that with your ECDIS turned off?
02:39:24 **A.** Yeah.
**Q.** How would you do that?
**A.** Well, the PPU or the pilot gives you cross track error.
**Q.** Well, that's for the pilot, correct?
02:39:31 **A.** Everybody looks at it, though. I have my PPU display. There is officers on the ship looking at it all the time.
**Q.** If everybody looks at it, why do they have ECDIS on ships?
**A.** Well, I'm not disputing that the ECDIS should be
02:39:45 there. I'm not disputing that.
**Q.** It should be there and it should be on, right?
**A.** It should be used, yes. And it's not best practices --
**Q.** And radar -- the radar should be on as well?
02:39:49 THE COURT REPORTER: Best practices?

THE WITNESS: That was the end. I was just saying to not have it is not best practices.
BY MR. KLAWETTER:
**Q.** Okay. And it's not best practices to have it on standby or to have the radar on standby?
**A.** I would agree with that.
**Q.** That was not a professional thing for the master or bridge team to do on the day of this incident?
**A.** I stand by the statement it's not best practices, yes.
**Q.** All right. Are there any of these other factors here that were in play that would have provided a basis for a master or officer of the watch to challenge the pilot? Greater than 15 degrees rate of turn?
**A.** I would say deep-draft vessel or any large vessel meeting near turns.
**Q.** Okay. All right. Anything else?
**A.** Obviously, the rate of turn on the 10th of May did, in fact, exceed 15 degrees per minute.
**Q.** Okay. So we have got four out of six. Or is there another one you need to add?
**A.** I can't speak to UKC or CPA/TCAP -- TCPA.
**Q.** All right. But all of these things are guidance that "K" Line now is providing --
**A.** I think --
**Q.** -- in an effort to keep this kind of thing from

happening, right?
**A.** To be proactive, to respond to what happened to them.
**Q.** I'm looking at Page 3 of 15 up at the top. "Masters and other navigating officers must be aware of requests that could be made by Houston pilots. However, masters should not agree to follow any order that deviates from compliance with our safe navigation procedures and international regulations."
Did I read that correctly?
02:41:24
**A.** Yes, you did.
02:41:43
**Q.** Their safe navigation procedures would obviously include their passage plan and risk assessment, correct?
**A.** I would assume. I can't say.
**Q.** And "K" Line is saying that the bridge teams are not allowed to deviate from that?
02:41:58
**A.** Say that again.
**Q.** What this instruction is doing is telling the officers and crew that they are not allowed to deviate from those procedures?
**A.** Yeah. I am not sure that you are accurate when you are lumping the passage plan or the risk analysis into navigation procedures. I'm not sure that's what they are referring to.
02:42:09
**Q.** You don't think a passage plan is part of safe navigation procedures?
02:42:25

**A.** I didn't say that. I said I'm not sure that's what they are referring to.
**Q.** Fair enough.
All right. Let's go down to No. 6. "Bridge equipment and alarms must not be turned off." And we have already discussed that. But they were turned off or on standby --
**A.** On standby.
**Q.** -- on the day of the incident; is that correct?
**A.** They were on standby, yes.
**Q.** And was that true from the time the ship left the dock?
**A.** I believe it was right around then. Yes.
**Q.** The last sentence of the second paragraph says: "The bridge team must use vessel's own navigating equipment to track targets, obtain required information, plot positions, and monitor the progress of the vessel continuously throughout the Houston channel as per the passage plan." Is that correct?
**A.** That is what that says.
**Q.** You can't do that if you have got the ECDIS and the radar turned off, can you?
**A.** You can, but that's not -- excuse me. You can, but that's not what they are referring to. They are not giving you a pass on not doing it.
**Q.** I'm sorry. I didn't understand your answer.

**A.** Yeah. Excuse me.
Without the ECDIS you can, in fact, monitor the vessel's plot, positions, its progress. You can monitor all that.
02:43:35 **Q.** But the ECDIS --
**A.** In fact, on the 5th -- I'm sorry -- on the 10th of May, they made all the entries in the bell book that they were -- they were looking out the window, observing the markers as they went by, looking at the planning
02:43:47 navigation equipment they had, looking at the pilot's PPU.
Now, is that as effective as the ECDIS? Does that excuse not using the ECDIS? No. But I think it's a mischaracterization to say that because the ECDIS was off that they were not able to effectively monitor and plot
02:44:03 the vessel's position.
**Q.** But they were not using the piece of equipment that was on that ship for that purpose?
**A.** That is correct.
**Q.** And it's a violation of law for them to turn that off,
02:44:11 isn't it?
**A.** I'm not sure.
**Q.** You are not aware of that?
**A.** I said, I'm not sure.
**Q.** Okay. You certainly agree it's not a best practice?
02:44:18 **A.** It is not a best practice, no.

**Q.** All right. Let's go to the next page, Page 4, No. 7 at the top. You can see that they are telling the -- in case the pilot requests --

MR. KLAWETTER: I think we need to go up a little bit further. If you could go up just -- yeah, there.

02:44:38

BY MR. KLAWETTER:

**Q.** "In case the pilot requests that any navigating equipment or alarms should be switched off, the vessel must refuse such request and contact the company immediately." Is that right?

02:44:59

**A.** That's what it says, yes.

**Q.** And it goes on to say: "Monitoring of the vessel's passage and position using ECDIS and alarm. An integral part of the bridge and organization must be to constantly double-check and eliminate the risk of human error by any single navigating officer. Vessels are recommended to use ECDIS safety frame instead of safety sector mode."

02:45:09

In other words, they are saying that the crew needs to use the ECDIS to double-check and make sure there is no mistake; is that right?

02:45:25

**A.** I think this entire document makes it very clear that "K" Line expects them to use the ECDIS and have it operational every time from here on.

MR. KLAWETTER: If we could go to the next page.

BY MR. KLAWETTER:

12:22:29

**Q.** "Shiphandling Requirements. Safe speed must be maintained at all times."
And it goes on. The first paragraph there says: "Vessels should always transit at a safe speed based on prevailing circumstances. The master should determine a safe speed for each leg of transit."
Basis of call, No. 7, "Safe speed will depend on the circumstances and conditions affecting the vessel and is decided when preparing and executing the passage plan." Correct?
**A.** That's what it says.
**Q.** All right. So a safe speed is determined when the passage plan is put together. And you see in the next paragraph that it's supposed to be discussed with the pilot with special mention of speed; is that right?
**A.** Yes.
**Q.** "Limitation on increase in speed is to be made clear to the pilot"?
**A.** Yes. And the day I was there, the captain was doing exactly that.
**Q.** But, apparently, it didn't happen on the date of this incident?
**A.** This document came out after the incident.
**Q.** I didn't ask you that. Apparently, this did not happen on the date the collision occurred?

**A.** Is that a question?
**Q.** Yes.
**A.** That's correct. I said that's correct. Your statement is correct.
02:46:49 **Q.** "The vessel should not increase to sea speed," correct?
**A.** That's what it says.
**Q.** "Any RPM setting above the maneuvering full ahead when transiting the Houston Ship Channel, maximum allowed is maneuvering full ahead." 02:47:02
And why -- what is the reason for that?
**A.** Well, as I said earlier, I believe speed -- their speed was one of their faults. So here the "K" Line is clearly stating you will not exceed, I believe it is, 59 RPMs on the -- 02:47:18
**Q.** And what is the reason for that, sir?
**A.** Sir?
**Q.** What is the reason for that?
**A.** For a better outcome, for a safe passage.
02:47:27 **Q.** All right.
**A.** You had asked me earlier specifically if there was any fault I found, and one of the things I said was speed. And, obviously, "K" Line has that same opinion.
**Q.** And so the bridge team will have RPMs in reserve to break a sheer such as the one that was experienced on the 02:47:44

date of this incident?
**A.** That's not what it says. But that's one of the cause and effects, yes.
**Q.** Yes. Thank you.
02:47:56 Do you see -- skip down to the section that says: "Lowering the speed greatly reduces such hydrodynamic effects and increases reaction time, which is especially valuable when transiting the Houston Ship Channel."
Do you agree?
02:48:11 **A.** I'm looking to see where it says "lowering the speed greatly" -- yes. That statement is true.
**Q.** And that's something that Pilot Charpentier, the master of the ship, and the bridge team should have known on the date of the incident?
02:48:29 **A.** I can't speak to that. I don't know.
**Q.** Well, isn't that -- isn't that common knowledge for people who drive ships?
**A.** I don't believe for a minute that Charpentier would have asked for sea speed if he did not believe that -- or 02:48:44 if he believed that it would, in fact, make it unsafe.
MR. KLAWETTER: Objection. Nonresponsive.
**A.** I don't believe the Captain would agree to sea speed if he thought it would make it unsafe. So I can't say that they should have known this because, clearly, they 02:48:57 didn't think it was an issue.

MR. KLAWETTER: Objection. Nonresponsive.

BY MR. KLAWETTER:

**Q.** I'm going to repeat my question.

**A.** Okay.

02:49:04 **Q.** People who drive ships for a living are supposed to know that lowering the speed greatly reduces hydrodynamic effects, correct?

**A.** That is true.

**Q.** And increases reaction time, correct?

02:49:15 **A.** Potentially, yes.

**Q.** Which is especially valuable when transiting a narrow channel like the Houston Ship Channel?

**A.** Okay.

**Q.** You agree?

02:49:23 **A.** I do.

**Q.** Do you know how long the widener that you referred to earlier has been in place?

**A.** I do not.

**Q.** You know it hasn't been there as long as the Houston Ship Channel, correct? 02:49:58

**A.** I suspect that's true, yeah.

**Q.** Meetings and passings took place in this area before there was ever a widener, don't you imagine?

**A.** Meetings and overtakings took place before there was a barge channel. It's part of the improvement of the 02:50:15

overall safety of the channel as a whole, I would imagine.
**Q.** But you do agree that there was -- I guess for the vast majority of the history of the Houston Ship Channel, there was no widener in place there?
02:50:28 **A.** That's true, but I'm not sure I understand the premise. If you are trying to make navigation safer, that would be one of the things you would do.
**Q.** Vessels were able to safely meet and pass there before there was a widener, weren't they?
02:50:43 **A.** Vessels were able to safely meet and pass traveling at sea speed. They do it every day.
MR. KLAWETTER: Your Honor, may I have just a moment to review my notes?
THE COURT: Yes.
02:51:15 BY MR. KLAWETTER:
**Q.** You do recall that Captain Holland experienced a couple of sheers while he was at the conn of the vessel before turning it over to Charpentier?
**A.** I remember his testimony to that effect, yes.
02:51:25 **Q.** And what was his testimony as to how he was able to break those sheers?
**A.** I believe he gave it more rudder and gave it a kick. I don't recall exactly what he said.
**Q.** He was traveling at a maneuvering speed as opposed to
02:51:40 sea speed?

**A.** I believe he was, yeah. Maybe half.
**Q.** So, doing that, he was able to regain control both times he took a sheer?
**A.** Well, clearly, yes. He did not go outside of the channel. So, yes.

02:51:53

MR. KLAWETTER: Your Honor, I pass the witness. Thank you.

THE COURT: All right. Cross by Kirby.

**CROSS-EXAMINATION**

02:52:06

BY MR. SHIPLEY:

**Q.** Yes. I would like to go back to the beginning and let's look at Exhibit 138. I want to look at the paragraph "I have been asked..." You remember this is where your testimony started today, correct?
**A.** Yes, sir.

02:52:21

**Q.** And you wrote in your first report that, "I have been asked to give my professional opinion in this litigation as to the cause of the collision from the perspective of marine navigation, piloting, safety, operations of the ship and boat handling, including the navigation and operation of the GENESIS RIVER, the BW OAK, and the TUG VOYAGER and her two barges as well as each vessel's possible role and responsibility relative to the collision that occurred on May 10th." Right?

02:52:38

**A.** Yes, sir.

02:52:59

**Q.** And do you agree that you were -- did you understand that, when you are preparing an expert opinion in federal court, you are supposed to include all the opinions that you have?

02:53:15 **A.** Yes. I believe I --

**Q.** And that you have a duty of candor and honesty to the parties and the Court when you write your reports?

**A.** Yes.

**Q.** I stayed up really late last night rereading these 02:53:30 reports. Do you put anywhere -- in the four reports that you have written, did you write anywhere the opinions that you gave this morning that the GENESIS RIVER was at fault for speed and other issues?

**A.** I don't recall that I did.

02:53:50 **Q.** But those are your opinions?

**A.** My opinion is speed was a problem for the GENESIS RIVER and its trim as well.

**Q.** Right. But you didn't put that in any of your reports?

02:54:03 **A.** I don't believe I did.

**Q.** Why not?

**A.** I guess I hadn't focused on that aspect at that time. It was after I had listened to additional deposition testimony that I came to that conclusion that that is part 02:54:19 of it as well.

**Q.** Well, these reports weren't written until almost all the discovery was completed, right?
**A.** These reports were written after the other expert reports came through prior to depositions, I believe.
02:54:37 **Q.** That's not right, is it?
**A.** No?
**Q.** No, I don't think that's right.
When did you first come to the opinion that the GENESIS RIVER bears responsibility for this?
02:54:49 **A.** With regard to speed?
**Q.** Or anything.
**A.** Okay.
**Q.** Is speed the one you came to first?
**A.** Sir?
02:54:58 **Q.** Was speed the one opinion that came to mind? Was that the first thing that you realized that the GENESIS RIVER should bear fault for was speed?
**A.** As far as trying to be specific with the things that they did wrong, yes.
02:55:11 **Q.** Okay. So when did you decide that speed -- when did you arrive at the professional opinion that you've testified about today that the GENESIS RIVER was at fault?
**A.** Initially, I hadn't really considered it. It was after I listened to depositions, gave my own deposition
02:55:31 and did a little more homework preparing for trial,

preparing to be able to render an opinion here.
**Q.** Which deposition did you read that changed your mind about the fault of the GENESIS RIVER?
**A.** I don't remember exactly.
02:55:52 **Q.** Okay. This BW-67 that we just went through about all the changes that they've made, that the defendant has made about how they are going to do things in the port -- do you know what we're talking about?
**A.** Yes, sir.
02:56:11 **Q.** You had that when you wrote your final report, didn't you?
**A.** I did.
**Q.** So you knew that "K" Line had already made the decision that speed, failure to challenge the pilot and 02:56:22 these other issues was something that the defendant, the people who had hired you, had already recognized was a problem and contributory to the accident, correct?
**A.** I'm not sure that's a fair assessment. I look at that as this is their effort to be proactive. This is their 02:56:39 effort to prevent this from happening again.
**Q.** So do you have any other opinions that you haven't given us today?
**A.** Not that I can think of.
**Q.** Okay. Now, I assume you knew you had an obligation to 02:56:58 supplement your reports if you came up with new opinions.

**A.** I had not considered that.
**Q.** Okay. I mean, one reason I think you know that is because in your first report -- whoa. It's longer than I realized. In your first report you said: "I reserve the right to revise my opinions."
02:57:25
You never provided us with anything additional about these new opinions that you came up with months ago until you showed up in court today, correct? That's the first time I knew about it, correct?
02:57:38
**A.** I would agree.
**Q.** Now, I want to talk about this notion of challenging the pilot. And what you said was you have been challenged a lot. And so as -- there is going to be a presumed passing on the ones before the GENESIS RIVER lost control, correct?
02:58:05
**A.** Yes.
**Q.** Had they actually had an express communication and agreement to have a passing on the ones?
**A.** Not that I'm aware of, no.
02:58:19
**Q.** Okay. Would you have expected they would have had that at some point in time?
**A.** Not necessarily.
**Q.** Okay. So they could have just gone down and never talked to each other, passed on the ones, and that would have been acceptable, in your view?
02:58:29

**A.** That's quite common.
**Q.** Okay. So there was no agreement for passing when the GENESIS RIVER first reached out to the VOYAGER?
**A.** I would agree there was not an agreement, but it was an implied agreement.
02:58:47
**Q.** There was no express agreement?
**A.** If I may, on the Delaware River, when I meet ships, we rarely say one whistle. You typically only would say if there is not going to be one whistle or if there's some reason. It's implied that it's one whistle unless otherwise agreed.
02:59:02
**Q.** You know, I haven't listened to many -- I haven't done many of these cases, but I have listened to people constantly say, See you on the one whistle.
**A.** Yes.
02:59:12
**Q.** I have never watched the VTS where they don't say that on the Houston Ship Channel. They say it a lot here, right?
**A.** On the ship, certainly.
**Q.** Yeah.
02:59:21
Okay. So there is no agreement. So what you are saying is -- first of all, when the -- when Charpentier reaches out to the VOYAGER, he didn't call and say -- it wasn't a normal passing arrangement where he says, Hey, the rule is pass on the ones, and we're going to pass on
02:59:41

the twos.

It was already -- he had already lost control. He was already careening across. And he knows -- he knows that he is in a collision-avoidance mode, correct?

02:59:59 **A.** I don't know that that's accurate when he first reached out. Shortly after, but not when he first. I think at first he was not out of control. He hadn't -- he had not --

**Q.** He was out of control because he said it wasn't checking up?

03:00:11

**A.** At first he said, "Just keep an eye on me." When he said, "This isn't checking up for me," I would say you are right.

**Q.** Okay. So that was the second call, and that's when he says, "Go to the greens"?

03:00:19

**A.** Yes, sir.

**Q.** Okay. Now, he didn't -- when he says, "Go to the greens," he didn't -- he says, "I need you to go to the greens," correct?

03:00:31 **A.** I believe that's correct.

**Q.** That's not the typical passing arrangement, correct?

**A.** Correct.

**Q.** Wouldn't you agree with me that for Tony Marie it was reasonable for him to hear, "She's not checking up. I need you to go to the greens" means that to avoid a

03:00:50

collision, the pilot thinks he needs me to go to the greens? That would be a reasonable assumption by Tony Marie, correct?
**A.** I'm not sure. I am not sure. I'm not trying to be smug.
03:01:09
**Q.** You have been working on this case for a year, right?
**A.** Right.
**Q.** You are looking at a three-minute time period for Tony Marie, right? A three-minute time period --
03:01:17 **A.** 3 minutes and 15 or 16 seconds --
**Q.** -- and you can't say whether that's reasonable or not?
**A.** All right. I don't believe -- if I were in Tony Marie's seat --
**Q.** Which you never were. But if you were --
03:01:29 **A.** If I were --
**Q.** -- what is your 20/20 --
THE COURT: Let's let him answer, please, Mr. Shipley.
MR. SHIPLEY: Yes, sir.
03:01:36 **A.** -- and a pilot said to me, I want you to cut across and -- cut across my bow and see me on the two, I need you to go to the greens, I would not just automatically do what the pilot said. That's -- it proved it was a dangerous maneuver for him to undertake.
03:01:53 **Q.** Let's talk about what happened in this case. Because

what you just said didn't happen. He called and said, "Keep an eye on me."
**A.** Yes.
**Q.** "She is not checking up."
03:02:03 **A.** Yes.
**Q.** "I need you to go to the greens."
**A.** It's Tony Marie's decision if he does or does not.
**Q.** I totally agree with that. I'm not disputing that. But Tony Marie is on a vessel -- he is on a barge -- 03:02:20 pushing a barge, and the pilot and bridge team of the big ship that's out of control is saying, I need you to go to the greens. Isn't it reasonable for Tony Marie to think, to avoid collision, I need to go to the greens?
**A.** Okay. He has to consider what the pilot said when he 03:02:39 makes his decision, certainly.
**Q.** Yes. That's all I'm saying.
**A.** All right. I misunderstood.
**Q.** Okay. Right?
**A.** Okay. Go ahead.
03:02:49 **Q.** Okay. Now, your view is that he -- that Tony Marie -- your judgment with the benefit of hindsight -- and now you have gotten to change your opinions multiple times -- your opinion with hindsight is that the better choice would have been for Tony to the stay in the barge lane as far to 03:03:08 the right as he could?

**A.** Yes, sir.
**Q.** Okay. Now, Tony hasn't gotten to look at everything -- he didn't get to look at where the GENESIS RIVER was actually going to go. He didn't know where -- 03:03:27 he didn't know what angle the GENESIS RIVER was going to hit the far bank at. He didn't know any of that. He is just sitting there, trying to figure out what is best to save him and his crew, correct?
**A.** Okay.
03:03:41 **Q.** All right. And you think he should have stayed there. And Sutton -- Charpentier, Tony Marie, and Sutton have all testified that they think that would have been worse, and we might be here talking about dead people instead of property. That's their view, right?
03:04:05 **A.** I believe so.
**Q.** And the fact that all of those people, some of whom were involved, doesn't mean that you are wrong; but just because you are saying it this way doesn't mean that they are wrong either, correct?
03:04:20 **A.** I understand your premise.
**Q.** Okay.
**A.** There was a collision that -- Tony Marie decided to go that way; and there was, in fact, a collision. So I would say that they are wrong.
03:04:32 **Q.** But you don't know what would have happened if he had

stayed in the barge lane. Mr. Cunningham disagrees with you. Charpentier disagrees with you. Sutton disagrees with you. They all think there would have been a collision, and we might have been talking about dead people. You have seen the testimony, right?

03:04:47

**A.** I have.

**Q.** Okay. They have a different opinion, right?

**A.** Correct.

**Q.** The fact that you have an opinion doesn't mean that they are wrong, right?

03:04:56

**A.** No. What I was saying is, because there was, in fact, a collision. Now, granted, thankfully, no one was killed. But the fact that there was a collision does indicate to me that that was the wrong choice to make.

03:05:10

**Q.** But you don't know what the collision would have been like if they had done what you asked to do?

**A.** I believe there would not have been a collision.

**Q.** I know you believe that. But what caught my ear -- the reason I'm asking about this is when you were asked, "Weren't they just sitting ducks," your testimony was -- at 123, 21, you said, "No, I don't think they were because the GENESIS RIVER had entered the barge lane in the transition."

03:05:24

So your first report said the GENESIS RIVER wouldn't go into the barge lane, right?

03:05:40

**A.** No. I never said that.
**Q.** Okay. So you always understood -- I guess that was the other guy.
**A.** It certainly partially entered the barge lane.
03:05:50 **Q.** Okay. And it entered -- but it entered at a very shallow angle, which means it went in less into the barge lane than it would have in a more direct angle, right?
**A.** Right. If you drive a car into a wall at a straight angle, you are going to crash through the wall. If you hit at a shallow angle, you are going to glance off. 03:06:06
**Q.** Right. So you are saying what actually happened, the GENESIS RIVER hit it at a shallow angle and, therefore, didn't go into the barge lane as far as it might have if it had hit it at a more direct angle, correct?
03:06:22 **A.** Correct. Yes.
**Q.** Okay. So you can -- you will agree with me that if the GENESIS RIVER had hit at a more direct angle, it would have gone even further into the barge lane than it actually did?
03:06:34 **A.** Possibly, yes.
**Q.** Well, there is no possibly about it. It would have been at a direct angle and would have had more force. It would have gone further into the barge lane, right?
**A.** Its momentum would have carried it further in. Yes, I understand your question now. 03:06:47

03:07:00 03:07:19 03:07:33 03:07:42 03:07:54

**Q.** And, certainly, Tony Marie had no idea at what angle that ship is going to come into the barge lane, right?
**A.** He didn't have that information in front of him.
**Q.** Right.
**A.** Okay.
**Q.** So back to your answer, because I want to be -- what you said was, the GENESIS RIVER entered at a very shallow angle. So it was pretty obvious it was going to get rejected from that shallow water and put back in the barge channel. Of course, Charpentier didn't know that, did he, because he was surprised when he kicked back out?
**A.** Well, he -- Charpentier -- I'm sorry. I misunderstood it. I thought you said Tony Marie.
Charpentier, he thought he was -- he was trying to keep it in the barge.
**Q.** Right.
**A.** He went from Plan A, which was a port-to-port, to Plan B, which was starboard to starboard, to Plan C, which was let's hit the barges, not the tug.
**Q.** Right.
**A.** At this point, he was doing every effort to maintain that red side to stay in that barge lane.
**Q.** Right. But he also said he was surprised when it sheered the second time. If he hadn't sheered, he thinks they could have done the passing. He was hoping he wasn't

going to sheer, right?
**A.** He was making every effort not to sheer, yes.
**Q.** So he didn't know what was going to happen. He was hoping he was going to be able to avoid the sheer and do the passing, right?
03:08:05
**A.** At that point, yes. Yes.
**Q.** And he testified that but for the sheer, which he didn't expect, he thought he could have pulled it off, right?
03:08:15
**A.** I don't agree that he would have pulled it off or if he did --
**Q.** I know you don't --
**A.** -- it would be awfully close.
**Q.** -- agree. But he thought he agreed. He agreed. He thought he could do it, right?
03:08:22
**A.** Charpentier or --
**Q.** Yeah. Charpentier.
**A.** Yes.
MR. WALTERS: Your Honor.
03:08:27
MR. SHIPLEY: I'll slow down. I'm sorry.
THE COURT: Okay.
BY MR. SHIPLEY:
**Q.** Charpentier thought he could pull it off. If he hadn't had the sheer, the second sheer, he thinks they could have done the passing?
03:08:37

**A.** That was his intention.
**Q.** You disagree with that?
**A.** I do.
**Q.** You don't think he is a very good pilot, right?
03:08:46 **A.** I'm hesitant to judge based upon the knowledge I have. He has made thousands of trips that are without incident.
**Q.** Okay. But to get back to what you said was -- so he entered at a very shallow angle. So it was pretty obvious it was going to get rejected from that shallow water and put back in the barge channel. 03:09:05
So here is what I hear. This is what I want -- your testimony was, "So I don't think he would have reached it." That's the testimony you gave today, right --
**A.** Yes.
03:09:21 **Q.** -- "I don't think he would have reached it"?
**A.** Correct.
**Q.** In the shallow -- when he -- hitting at the shallow angle, you don't think he would have reached it.
And then you said, "Oh, and also the GENESIS RIVER" -- are you still saying he could have gone out of the barge lane to the east? 03:09:36
**A.** The GENESIS RIVER?
**Q.** I'm sorry. Are you still saying that the VOYAGER could have gone out the barge lane to the east?
03:09:46 **A.** For a certain distance, yes.

**Q.** Okay. You don't know how far he could have gone?
**A.** I can give you an example of how far he could go, yes.
**Q.** Well, the chart showed he -- the chart showed it wouldn't work. And Breathwit doesn't hold that opinion anymore that he should go to the east. You heard that testimony, right?
**A.** I did.
**Q.** Okay. So you were saying that if he tried to do that, he could run uphill. He said, "So I believe that there was -- the depth of water offered him some shield or some protection."
Those are your words, correct?
**A.** Yes. The --
**Q.** Okay.
**A.** -- the VOYAGER and its tows could certainly go further to the east than the GENESIS RIVER would be able to go to the east.
**Q.** That's your judgment, sitting here today, a year later, after you have come up with new opinions and changed some of your opinions, right?
**A.** That's -- that's based upon one vessel is drawing 27 feet more than the other, if GENESIS RIVER was drawing 37 feet and the VOYAGER and its tows is drawing 10 feet. So based upon the difference in draft, I believe the VOYAGER would be able to go considerably further to the

east as opposed to the GENESIS RIVER.

**Q.** Yeah. But what you say is, it would offer some shield or protection. So it's just your judgment with hindsight today that that would have protected him. Of course, Breathwit now says he shouldn't have been doing that anyway.

**A.** And my opinion is based upon the difference in the drafts. I mean, it's not a couple of feet. It's 27 feet different.

03:11:26 **Q.** So you disagree with Breathwit. You think he still should have gone out the other -- the east side of the channel?

**A.** I believe the testimony I have offered in the past was he should have stayed as far to the right as he was able.

03:11:37 **Q.** In the barge lane?

**A.** And if he had to go outside the barge lane to increase his margin of safety, that would be something I would have said he should do.

**Q.** But when would he have done that?

03:11:48 **A.** Sir?

**Q.** When would he have done that? When does he know how to do that?

**A.** If I saw that the -- if I went right up to the beacon edge and I saw that the GENESIS RIVER was dumping back into the ship channel, was being rejected from the barge

lane, I would say, Okay, I'm good. If he felt -- if Tony Marie felt that he was still coming towards him, certainly, he would go further to the east.
**Q.** Or tried to. You are assuming he could do it?
03:12:12 **A.** Well, I have seen the surveys from the Army Corps of Engineers and, you know, I believe --
**Q.** Wait a minute.
**A.** -- you can go out there.
**Q.** The Army Corps of Engineers is not the chart that Tony
03:12:22 Marie has. That wasn't brought in until the lawyers brought it in. That was done after the accident. That wasn't available to Tony Marie. You know Rose Point is tied to the NOAA chart, right?
**A.** Yes, it is.
03:12:33 **Q.** And the NOAA chart says that it's about 8 feet deep right there, correct?
**A.** And --
**Q.** And there is a submerged obstruction. That's --
**A.** And the same --
03:12:42 **Q.** -- what the chart says, right?
**A.** And the same chart shows shallower readings in the barge channel -- or in the barge canal -- I'm sorry, the barge lane -- that are there, also. So if I saw it in the channel that depth that I saw out of the channel, the
03:12:55 depth was only one foot less and I know I could go in the

channel with no issues, I would assume I can go there.
Plus -- if you'll allow me -- plus, I pilot all the time. And I can tell you what the surveys say outside the channel. I keep apprised of what the NOAA chart -- I'm sorry -- what the Corps of Engineers' surveys are.
**Q.** Okay. But here the chart said, look, this is a maintained ship channel and barge channel, correct?
**A.** That's correct.
**Q.** Outside the barge channel is not maintained?
**A.** It is surveyed, but it's not maintained.
**Q.** And the NOAA chart may show, in the channel, it may say you have seven or eight. But the fact that you know you have more than seven or eight in the maintained barge lane doesn't give you confidence that outside the barge lane I know I have the same depth, right?
**A.** I don't necessarily agree.
**Q.** Okay. Well, it's a judgment call, right? Tony Marie had to make a judgment call?
**A.** That is correct.
**Q.** You think he had the wrong judgment?
**A.** Given the choices that were before him. And let's face it, none of them were good options. His best bad decision, in my opinion, I still believe firmly, is to go to the right and go as far to the right as is necessary.
**Q.** And he, Charpentier, and Cunningham and others think

if he had done that, there is a very good chance we would be talking about dead people here, right?
**A.** That -- that --
**Q.** Right?
03:14:24 **A.** -- opinion -- correct me if I'm wrong, that opinion is based upon that he was going to angle towards the outside of the channel at a 45-degree angle or so and, therefore, expose the tug to an oncoming ship.
I've never suggested that. I'm suggesting he goes
03:14:36 over at a very shallow angle so he would be kind of protected by the barge a little bit.
**Q.** That was not Charpentier. You know Charpentier didn't give that testimony at all. Charpentier said if he stayed there, I would have -- I think I would have killed them.
03:14:49 It wasn't linked to any angle of departure, right?
**A.** No. I'm actually referring here to Mr. Cunningham -- I'm sorry, Captain Cunningham's diagram that he showed the barge at about a 45-degree angle heading out.
**Q.** That was when he was showing that if he had tried to
03:15:04 go out, you could get caught up and hung up and lose control. That was not where he was saying the impact would occur if he had just stayed in the barge lane.
**A.** No. The point I'm trying to make, if I may, is that that shows where the barge was angled at a 45 and the tug
03:15:20 would be exposed to the danger.

**Q.** Okay.
**A.** I'm not suggesting that that's how he exit the barge channel.
**Q.** So Tony Marie had to make a quick decision. You think he got it wrong. Other people think he got it right. Correct?
**A.** That's accurate.
**Q.** Okay. You have had over a year to work on your opinions. And here you are still changing and refining and coming up with new opinions today, right?
**A.** That's a mischaracterization. I mean, seriously, I said speed would be an issue after listening to some testimony and looking at it again. And it's not like I'm saying that that's someone else's fault. I'm saying, Hey, we need to take ownership of this.
**Q.** Okay. But you changed your opinion after a year, based on new information?
**A.** I'm splitting hairs, but I'm going to tell you I added to it.
**Q.** I'm sorry?
**A.** I never once --
**Q.** I'm sorry?
**A.** I didn't -- I added to my opinion, if you will, by bringing speed into the equation.
**Q.** I know. You had new opinions, right? You had never

given an opinion that the GENESIS RIVER was at fault until this morning, right?

**A.** With regard to speed or what?

**Q.** Speed.

03:16:30 **A.** Yes.

**Q.** Or anything. You have never given any -- put any fault on the GENESIS RIVER until this morning in open court, right?

THE COURT: The Court takes your point,
03:16:39 Mr. Shipley. You can move on.

MR. SHIPLEY: Okay.

BY MR. SHIPLEY:

**Q.** And yet you are faulting Tony Marie for not getting one critical decision where he is the person most at risk?
03:16:49 You are faulting with him for a decision that had to be made in less than one or two minutes?

**A.** I'm trying to answer your question. I'm not finding fault so much with Tony Marie. He was in a bad spot. There is no question about that.

03:17:01 **Q.** Well, do you find fault with Tony Marie?

**A.** He made the worst -- I'm sorry, the worse of a bad decision, put it like that.

**Q.** Do you think he acted unreasonably? Was he negligent or not?

03:17:12 MR. WALTERS: Your Honor --

MR. SHIPLEY: No, I want the question answered.
BY MR. SHIPLEY:
**Q.** I want to know if you are finding fault or not. Did Tony Marie --
03:17:19 THE COURT: This objection is overruled.
BY MR. SHIPLEY:
**Q.** Did Tony Marie act unreasonably on the day of this collision?
**A.** I think he made a very poor decision.
03:17:31 **Q.** Did he act unreasonably or did -- given the circumstances he was in, did he make the best decision he could that, under the circumstances, was a reasonable decision choosing the -- one of several bad options?
**A.** He believes he made the correct decision, clearly. I
03:17:54 disagree.
**Q.** Do you have -- I'm sorry. Go ahead.
**A.** I disagree that he made the correct decision.
**Q.** I understand correct. But I'm saying at the time -- given where he was at the time and what he was dealing
03:18:04 with and what he was having to manage, are you actually testifying that he was negligent and unreasonable or he just made the wrong decision?
MR. WALTERS: Your Honor, I object. He is saying that is evidence. If he is asking about fault or
03:18:18 responsibility, that's one thing. He's asking -- he's

conflating a lot of things there.

THE COURT: Okay. The objection is overruled.

**A.** I don't think Tony was negligent. I think Tony made a wrong decision.

03:18:28 BY MR. SHIPLEY:

**Q.** Thank you.

MR. SHIPLEY: No further questions.

THE COURT: Redirect.

MR. WALTERS: Thank you, Your Honor.

03:18:34 **REDIRECT EXAMINATION**

BY MR. WALTERS:

**Q.** Captain Richter, was Tony Marie responsible for the decisions he made as the navigating officer on VOYAGER?

**A.** Yes, he was.

03:18:44 **Q.** Is anyone else responsible for his decisions but Tony Marie?

**A.** No.

**Q.** Captain Richter, if the GENESIS RIVER was able to move more to the centerline, regardless of speed, when meeting 03:18:55 the BW, would that have improved the chances of avoiding sheer?

**A.** We wouldn't be sitting here today.

**Q.** In your opinion, Captain, the approach of the BW to the GENESIS RIVER, did that violate Rule 9?

03:19:15 **A.** Yes, it did.

**Q.** Captain, when two vessels are meeting head-on, is the one whistle port-to-port is that the statutorily required orientation of the vessels in their meeting under Rule 14?
**A.** That's what's implied and what's otherwise agreed to otherwise -- or what's otherwise agreed to.
03:19:32
THE COURT REPORTER: I'm sorry. Say that one more time.
THE WITNESS: It is a port-to-port passage. Each vessel alters course to starboard unless otherwise agreed upon.
03:19:40
BY MR. WALTERS:
**Q.** So in the absence of another agreement, that's the way they would meet?
**A.** That's correct.
03:19:45
**Q.** It may be good practice to confirm it, but it's not necessary?
**A.** Correct.
**Q.** Captain, is it your understanding that inbound ships not going into the Bayport container terminal make use of the widener when inbound to Houston?
03:20:02
**A.** They certainly do.
**Q.** Captain, in your opinion, is the passage plan a living document?
**A.** It is.
03:20:11
**Q.** What do you mean by that?

**A.** Just as a course line, as a representation of the direction you want to go, you don't steer down it like you do a railroad track. The passage plan is put together to outline your plans to go from one point to another. It's open to changes as situations develop.
03:20:28
**Q.** Captain, do you agree that hydrodynamic effects of bank cushion and bank suction are increased as water underkeel decreases?
**A.** Ask me that again.
03:20:44 **Q.** Yes. Do you agree that the effects of bank cushion and bank suction are increased as water underkeel decreases?
**A.** Yes, sir.
**Q.** Captain, do you believe that the shoaling just below 03:21:05 the flare on May 10th, 2019, increased the hydrodynamic forces on the GENESIS RIVER?
**A.** Yes. It exaggerated those forces, if you will, or intensified them.
**Q.** Captain, counsel for BW showed you the BW PPU and had 03:21:28 you stop and explain positions of the vessels at certain points. Do you recall that --
**A.** Yes.
**Q.** -- testimony?
**A.** Yes.
03:21:36 **Q.** And there was a point you made -- you distinguished

between the time that BW was showing its port bow as opposed to its port profile. Do you recall that testimony?

**A.** Yes. They are different.

03:21:49 **Q.** How are they different?

**A.** Port bow means you see upward of the anchors where the names are. You are not looking at a head-on perspective where you would see both sides equally. You are seeing a little bit of the portside. The port profile you can see all the way down the side of hull.

03:22:03

MR. WALTERS: Thank you, Captain. That's all I have. Pass the witness.

MR. KLAWETTER: Just a very few, Your Honor.

THE COURT: Great.

03:22:11

**RECROSS-EXAMINATION**

BY MR. KLAWETTER:

**Q.** So let me recap. Really, everybody is wrong except you. And let's start with Charpentier is wrong in his testimony about the BW OAK not playing a role. He is wrong? Is that your opinion?

03:22:20

**A.** Charpentier is wrong with regard to what?

**Q.** That the BW OAK didn't have anything to do with the accident.

**A.** I agree that Charpentier is mistaken.

03:22:30 **Q.** All right. And you feel the same way about Barton,

correct?
**A.** Yes, sir.
**Q.** And Holland, correct?
**A.** Yes, sir.
03:22:38 **Q.** And Cunningham, correct?
**A.** Yes, sir.
**Q.** And Lawson, correct?
**A.** Yes, sir.
**Q.** And Highfield, correct?
03:22:48 **A.** I believe so, yes.
**Q.** And the captain of the GENESIS RIVER, correct?
**A.** I don't recall his exact testimony.
**Q.** Well, he identified three things: The fact that the ECDIS and radar were turned off and they were going too fast. 03:23:03 That's what he told the superintendent the day the accident happened. So you disagree with him as well? Yes?
**A.** No. If that's the testimony you are referring to, I agree with that.
03:23:12 **Q.** And he didn't say anything about the BW OAK?
**A.** I don't recall that he did.
**Q.** You disagree with the pilot board?
**A.** How so?
**Q.** They didn't find any fault with the BW OAK or Barton. 03:23:23 They found that it was Charpentier's fault, and it was the

03:23:36 03:23:49 03:24:01 03:24:09 03:24:21

fault of a poor-handling vessel and unknown shoaling.
**A.** I'm not going to suggest that I should tell the pilot board what they should or should not find.
**Q.** But you disagree with their findings to the extent they didn't criticize the BW OAK?
**A.** I thought they should have criticized --
**Q.** Or Barton, correct?
**A.** I thought they should have criticized the BW OAK.
**Q.** So, again, everybody got it wrong but you?
**A.** I have had the opportunity to review the available information, including the PPUs. My conclusions are as I have stated.
**Q.** Absolutely. And everybody who disagrees with you got it wrong?
**A.** I believe so.
MR. KLAWETTER: That's all I have got. Thank you.
MR. SHIPLEY: No further questions, Your Honor.
MR. WALTERS: Nothing further, Your Honor.
THE COURT: All right. Captain, you may step down. Thank you very much.
THE WITNESS: Thank you.
MR. WALTERS: Your Honor, we -- our final witness is a Zoom witness. I don't know what the Court wants to do as far as the afternoon break.

THE COURT: We probably should take a break to set that up.

Okay. Let's go ahead and take our afternoon break now, and we'll set up for that next witness while we're on the break. Okay?

03:24:30

MR. WALTERS: Yes, Your Honor.

THE COURT SECURITY OFFICER: All rise.

(Recess from 3:32 p.m. to 3:54 p.m.)

THE COURT SECURITY OFFICER: All rise.

03:54:49

THE COURT: Thank you. You may take your seats.

All right. The GENESIS RIVER may call its next witness.

MR. WALTERS: Yes, Your Honor. Professor Paul Sclavounos.

03:55:09

THE COURT: Okay. Professor, if you could raise your right hand to be sworn.

THE WITNESS: (Complying.)

THE COURT: Do you solemnly swear the testimony that you are about to give in the case that's now on trial will be the truth, the whole truth, and nothing but the truth, so help you God?

03:55:17

THE WITNESS: I do.

THE COURT: Counsel, you may proceed.

MR. WALTERS: Thank you, Your Honor.

**PROFESSOR PAUL SCLAVOUNOS,**

having been first duly sworn, testified via video link as follows:

**DIRECT EXAMINATION**

BY MR. WALTERS:

03:55:28 **Q.** Professor, good afternoon. Whereabouts are you?
**A.** I'm in Boston -- in Back Bay, Boston, Massachusetts, my home office, working virtually.
**Q.** Excellent. I hope you are well.
Are you a professor at MIT?
03:55:46 **A.** Yes. I'm a professor at MIT.
**Q.** Can you see the screen in front of you, Professor?
**A.** Yes, I can.
**Q.** Is that a true and correct copy of your curriculum vitae?
03:56:01 **A.** Yes.
**Q.** Tell the Court a little bit about your educational background.
**A.** I have received my master's degree from the National Technical University of Athens in 1977.
03:56:19 I'm assuming you can hear me well.
**Q.** Yes, sir.
**A.** And I came to MIT as a graduate student in 1977, where I earned my PhD in 1981 in the field of marine hydrodynamics. And I have been -- I have been on the
03:56:45 faculty since 1981.

03:57:14 03:57:33 03:57:53 03:58:12 03:58:32

**Q.** What kind of things do you do as a professor at MIT?
**A.** Well, my core field of expertise is the marine hydrodynamics of ships and oil and gas platforms, and this has been my primary activity from the early '80s until the turn of the century. I have been involved with the hydrodynamic analysis over a wide range of ships, high-speed vessels, America's top yachts. And I have developed, with my group at MIT, a computer program for the analysis of the behavior of these structures on the ocean.
Since 2000, as an additional activity, I have introduced the concept of floating wind turbines, and I have been working also in the field of also wind energy. My group is developing floating wind turbines for deployment in utility scale alternative wind farms around the coastlines of the northeast, west coast, and all over the world. So I have expanded my activities at MIT to looking into offshore and alternative wind energy.
**Q.** Thank you, Professor.
Would your activities include studying and evaluating ship interactions in meeting situations?
**A.** What I have just described -- I've described my activities as an academic at MIT. I have also been involved in a wide range of outside professional activities since the mid-80s. And I can talk more about

03:58:52 03:59:14 03:59:35 03:59:59 04:00:09

those; but in response to your specific question, I have been involved in two prior cases involving the hydrodynamic interaction of ships in restricted waters.

**Q.** Tell us about those cases, if you would, Professor.

**A.** Yes. The first case was a few years ago. A Greek shipowner approached me, and he mentioned that he has been involved in a court case for ten years in southeast Asia. Their vessel was cruising in shallow waters with a relatively low clearance, as is the case here.

And when another vessel approached it head-on, it had to steer away from the other vessel, claiming that the other vessel was navigating or cruising in their lane. And by changing course, they lost control of the vessel. And they hit a crane, which was basically on the pier, and the crane fell. And I understand they got into a litigation which lasted for about ten years.

The son of the shipowner turned out to be a student of mine. He got his doctorate at MIT under my supervision. So one day they said to each other, Why don't you approach Professor Sclavounos to see if he can help us with this case?

**Q.** Thank you, Professor. Did you testify in that case?

**A.** No. I did not.

**Q.** You said there was a second case?

**A.** I have -- yeah, there was a second case. The second

case involved two vessels in the Suez Canal from the same shipowner. The vessel of the shipowner who hired me for the first case was moored on the side banks of the Suez Canal. It was basically stationary. And another vessel, a large vessel, was coming by at a relatively close distance to the vessel of the shipowner that I just mentioned. As the other vessel came by, the hydrodynamic force of the vessel that was coming or was cruising in the canal, it caused a significant force on the vessel of the shipowner. And the mooring from the lines snapped, and their vessel swung into the Suez Canal and collided with another vessel.

**Q.** Thank you, Professor.

Were you asked to evaluate certain issues with regard to this case?

**A.** No. I did not. Apparently, they settled. They asked me to review a video of the accident. It was clearly a case very similar to the case that we're working on here. And they basically -- apparently, they settled. And they didn't ask me to pursue my analysis any further.

**Q.** Thank you, Professor. I was referring to the case that we're here today to discuss.

**A.** Okay. What was your question again?

**Q.** Yes, sir. Were you asked to provide some opinions evaluating the interaction of the vessels at issue in this

case?
**A.** Yes. Yes, I did.
**Q.** And did you prepare a report?
**A.** I did.
04:01:53 **Q.** And does that report contain your opinions in this case?
**A.** Yes, it does.
**Q.** And can you see on the screen what we have marked as Exhibit 141? Is that your report?
04:02:04 MR. WALTERS: And, Blake, can we go through the pages?
MR. BACHTEL: Yeah.
**A.** Yeah. I see the first page. That's my report.
BY MR. WALTERS:
04:02:15 **Q.** Okay. Now we're just going to go through it. Is it a four-page report?
**A.** Four or five with the references. Let me see.
**Q.** Thank you.
**A.** One, two -- yeah.
04:02:28 **Q.** And, Professor, the second page of the report under the paragraph "Force and Moment on GENESIS RIVER from BW OAK" -- do you see the second page? We're going to put it in front of the screen for you.
**A.** Can you increase the font a little bit? I can still
04:02:46 see it, yes. That's all right. I have it right next to

04:03:08 04:03:33 04:03:51 04:04:16 04:04:42

me. Yes. That's perfect. Yeah.

**Q.** Thank you, Professor.

The information for water depth, draft, vessel separation, and speed, that was provided to you?

**A.** Yes. It was.

**Q.** And it's in meters, but is it fair to say that water depth is approximately 45 feet; GENESIS RIVER draft is approximately 36, 37 feet; BW OAK draft is approximately 26 feet; vessel separation is approximately 184 feet; and, in miles per hour, 12 and 13 knots are about 14 miles an hour and 15 miles an hour?

**A.** Correct.

**Q.** Thank you. And with that information, what did you do as far as your hydrodynamic analysis?

**A.** I went back to a thorough report that was prepared in the early 2000s by a group in Belgium that carried out a schematic series of experiments of vessels with the same particulars or very similar particulars as the GENESIS RIVER and BW OAK. And they measured the hydrodynamic suction force and moment of vessels that were encountering each other with similar or very similar dimensions on blockness and very similar velocities and water depths.

And in that report they provided detailed data of the hydrodynamic suction force and the moments that one vessel exerts on the other. And I based the preparation of my

report on this data.
**Q.** And is that the Flanders hydraulic test you are referring to, Professor?
**A.** Yes.
04:04:51 **Q.** Could you explain for us what you mean by "force and moment" in hydrodynamic terms?
**A.** When two ships are cruising in opposite directions at a relatively close distance -- in this case, 56 meters -- with one ship moving in one direction and the other ship 04:05:11 moving in the other direction, the water -- and in shallow water, in water depths which are relatively small or -- in other words, in cases where the clearance of the keel of each vessel relevant to the bottom is small -- when the two vessels are cruising in opposite directions at a small 04:05:33 distance, 56 meters compared to their length -- the length of the two vessels was around 230 to 225 meters -- what happens is the water in between the two vessels accelerates.

And when the flow between the two vessels, the water 04:05:48 between the two vessels, moves at a higher velocity than it would otherwise, then the result of this increased velocity of the water between the two vessels is a rapid decrease of the hydrodynamic pressure of the -- on the channel of water between the two vessels. This rapid drop 04:06:09 of the hydrodynamic pressure is the primary reason for the

generation of the suction force that tends to bring the vessels closer to each other and tends to rotate the vessels around their axis located at their midpoint.

04:06:28 **Q.** Okay. And if I understood -- and I probably didn't -- your report correctly, you analyzed the relative forces when the vessels are approaching bow to bow, when they are abeam, and when they are about to clear. Do you agree on those three phases?

**A.** Yes.

04:06:43 **Q.** And I'll credit opposing counsel for the analysis, but is the force, relatively speaking, the greatest when the two vessels are abeam?

**A.** Yes.

04:06:58 **Q.** And have you calculated what that force was, given the parameters provided?

**A.** Yes.

**Q.** And what was that force?

04:07:15 **A.** It was stated in my report that it was 400 to 500 ton -- metric tons. A metric ton being 1,000 kilograms or about 2,200 pounds.

**Q.** And, Professor, in relative terms, the smaller the separation between the hulls, the greater the forces that would have been generated?

**A.** Yes.

04:07:28 **Q.** And with that calculation completed about the forces

at issue, did you then undertake to see what effect that force would have on the rudder? And is that what you are exploring on Page 4 of your report?

**A.** Yes.

04:07:45 **Q.** And what were your findings in regard to that?

**A.** My findings with regard to that was I was given the geometry description of the GENESIS RIVER vessel and the size of the rudder. So I was given all the information that I needed to evaluate the capacity of the rudder. And 04:08:07 what I determined on the basis of the data that was given on the size of the rudder is that the maximum force that the rudder can generate, if it was deflected at the maximum angle of 30 degrees, as you can see on the table, would be 82 tons.

04:08:27 So, in its maximum deflection, the rudder would generate a force no larger than 82 tons, and that is a much smaller force than the 400 to 500 tons of suction force that my analysis on the hydrodynamic interaction between the two vessels revealed.

04:08:46 **Q.** And what conclusion did you draw from that finding?

**A.** The conclusion I drew from that finding is that the hydrodynamic interaction and the hydrodynamic suction force between the two vessels was much larger than the capacity of the rudder, and it affected significantly the 04:09:01 ability of the vessel to undertake a steering maneuver and

04:09:16
04:09:26
04:09:34
04:09:46
04:09:58

prevent it losing directional stability and hitting the bank.

MR. WALTERS: Thank you, Professor.

Your Honor, I'll pass the witness.

THE COURT: BW OAK.

MR. KLAWETTER: Yes, Your Honor.

THE COURT: Oh. Sorry. You are over here.

**CROSS-EXAMINATION**

BY MR. KLAWETTER:

**Q.** A question of my tech before we get started. Pardon me, Professor. I'm trying to get a technical issue worked out.

**A.** Yes.

MR. KLAWETTER: Will you be able to show -- you can do it? Well, I'll just stay here, then.

BY MR. KLAWETTER:

**Q.** Professor Sclavounos, how are you, sir?

**A.** Very well.

**Q.** Are you able to hear me okay?

**A.** Yeah. I can hear you great.

**Q.** Very good. Thank you, sir. I have a few questions for you.

First of all, am I correct that you are not a licensed merchant mariner?

**A.** Yes.

**Q.** You have never been involved in working on ships as a ship's officer or member of the crew?

**A.** I spent two summers as a practicing engineer when I was in college and working in the engine room between Italy and Greece.

04:10:21

**Q.** But you didn't have tech officer duties that involved navigation, did you?

**A.** No.

**Q.** Am I correct that your area of expertise is hydrodynamics and not shiphandling itself as a deck officer?

04:10:35

**A.** It is hydrodynamics and shiphandling as it is affected by hydrodynamics, but not in the capacity of a deck officer.

04:10:50

**Q.** All right, sir.

**A.** In other words, I look into the maneuvering of vessels as a result of the hydrodynamic loads that they experience at sea.

**Q.** Right. And the people who operate vessels can do things that affect the hydrodynamic impact on those vessels; is that correct?

04:11:02

**A.** The people who steer vessels can steer, can adjust the setting of the rudder. The rudder affects the steering of the vessel, but they can do nothing to affect the hydrodynamic forces exerted on the hull of the vessel by

04:11:21

the environment.

**Q.** Let me just ask you, sir. Do you generally agree that navigating in narrow channels should be carried out at slow speeds?

04:11:36 **A.** It depends on what you call "slow speeds."

**Q.** All right, sir. What would you call a slow speed in a narrow channel like the Houston Ship Channel for a vessel like the GENESIS RIVER?

**A.** Well, tankers of the size of GENESIS RIVER and, for 04:11:55 that matter, BW OAK have very standard platforms. They are designed to cruise at speeds of around 15 to 16 knots. My data, the data I was provided, indicated that the speeds they were cruising at were around 12 knots, which is significantly less than the 15 to 16 knots that 04:12:21 typically such vessels were designed for. I cannot comment as to whether these speeds are low or not for the Houston Ship Channel.

**Q.** Let me ask you this, sir. We heard testimony today, sworn testimony, from the GENESIS RIVER's navigation 04:12:32 expert who has told us, has told the Court, that the GENESIS RIVER was traveling at too fast a speed when it took its sheer. You have no reason to disagree with that, based on the information you have been provided, do you?

**A.** I don't have an opinion as to whether the speed was 04:12:52 high or low, because if the designed speed of the vessel

like GENESIS RIVER is around 15 knots, the speed of the vessel depends on a variety of factors: the size of the rudder and the environment in which the vessel was cruising. So I cannot express an opinion as to whether that speed was high or not.

**Q.** To state it differently, you would defer to the navigation expert who said it was too fast?

**A.** Yes.

**Q.** The navigation expert for GENESIS RIVER has also testified under oath today that the trim of the vessel was a contributing factor to the sheer and loss of control. Do you have any reason to disagree with that, based upon the evidence you have considered?

**A.** I did not take into account the trim of the vessel in my analysis. I assumed that the vessel was at level trim.

**Q.** There has also been testimony from the GENESIS RIVER's navigation expert that a failure in situational awareness on the part of the pilot of that vessel was a contributing cause of the incident.

I take it you have no reason to disagree with that?

**A.** I will answer the question certainly. Can I go back to your previous question about trim?

**Q.** Yes, sir. Would you answer the pending question first and then we go back?

**A.** Yeah. Can you repeat it because I sort of lost track.

**Q.** Yes, sir. No problem.

The GENESIS RIVER's navigation expert has also said that a lack of situational awareness on the part of the pilot of the GENESIS RIVER was a factor in causing the sheer that resulted in the loss of control.

04:14:38

Do you have any basis to disagree with that?

**A.** No.

**Q.** All right. So you wanted to go back to the issue of trim. Please do.

04:14:47

**A.** Yeah. Yeah. I understand what you mean by "trim." You mean bow down or bow up. What we call "trim" in naval architecture is the inclination of the hull more towards the bow or the stern. Am I correct?

**Q.** Let me be more specific. When I refer to "trim", I'm talking about trim by the bow or trim by the stern. That's what I was referring to.

04:15:05

**A.** Okay. We have resolved the definition of trim.

Regardless of the degree of trim, the magni- -- the degree of trim would not affect materially the size and magnitude of the forces that I evaluated in my report.

04:15:21

**Q.** The existence of trim and the degree of trim would, however, affect the handling of the vessel; is that correct?

**A.** Perhaps.

04:15:35

**Q.** All right. Are you aware of the evidence in this case

that the GENESIS RIVER was navigating down by the bow during its outbound transit?

**A.** I recall that that was discussed in my interaction with the Genesis River interests, but I did not pursue the analysis and the assumption that that trim was significant.

04:15:58

**Q.** Do you generally understand that when a deep-laden tanker like the GENESIS RIVER is navigating in a narrow waterway, trimmed by the bow, down by the bow, that it does not steer as well?

04:16:14

**A.** I would need to look into this to be able to give you a definitive answer.

**Q.** All right. Thank you, sir.

To the extent that there is testimony from other experts in this case that the GENESIS RIVER, because of its trim, was directionally unstable and difficult to steer, you would have no basis to disagree?

04:16:34

**A.** I cannot express an opinion because, in order to answer that question, someone would need to do an analysis to determine that this is a cause for loss of stability.

04:16:56

**Q.** And you have not done that analysis?

**A.** I have not done that analysis.

**Q.** Sir, as I understand it, you have used some standardized studies from tank tests or model basins testing that was done at the Flanders Hydraulic Institute;

04:17:12

is that correct?
**A.** Yeah.
**Q.** Those standardized findings have been around for a number of years?
04:17:25 **A.** Since 2002, I believe, which is when this paper was published.
**Q.** All right, sir. To be clear, you did not -- you did not do any model basin testing with models of the GENESIS RIVER and BW OAK, did you?
04:17:41 **A.** Myself, no.
**Q.** To your knowledge, has anyone done that?
**A.** Oh, yeah. There have been a number of studies, tank tests and computations of fluid dynamic studies, involving vessels that encounter each other because this phenomenon 04:17:58 is very common and has been widely studied by my community. Let me --
**Q.** Sir, my question was poorly phrased. I'm sorry.
To your knowledge, no one has done model testing on models of the GENESIS RIVER and BW OAK in this case, have 04:18:14 they?
**A.** Oh, yeah. Yeah. No. No. No one.
**Q.** And did you attempt to model the Houston Ship Channel in connection with the work you did?
**A.** I assumed that the bottom of the ship channel -- of 04:18:31 the Houston channel was flat and that the clearance was

the clearance that I state in my report.
**Q.** All right. So the answer is, you did not do any modeling specific to the Houston Ship Channel, correct?
**A.** It depends what you mean by "modeling." I'm assuming -- I have assumed that the bottom of the Houston channel was a flat surface and that the clearance is the clearance that I was given. And that's all the modeling that is needed for my report.
**Q.** Am I correct, sir, that you have never attempted to simulate the events on the VDR of the GENESIS RIVER or the BW OAK?
**A.** Yes.
**Q.** Have you been provided with the VDRs for either vessel?
**A.** I was provided with the videos, if that's what you mean, on how the vessels encountered each other and how their trajectories evolved.
**Q.** No, sir. I was talking about something different. The VDRs are the voyage data recorders, the black boxes for the vessels. Have you reviewed those?
**A.** Oh. No.
**Q.** Do you know what a PPU is, a personal pilot unit?
**A.** No.
**Q.** It's fair to say you have not reviewed those in connection with your work in this case?

**A.** Yes. I have not reviewed them.
**Q.** Have you studied in any fashion the Bayport Flare area of the Houston Ship Channel where these two vessels met and passed?
04:20:07 **A.** I have looked at the videos, and I have discussed it with the Genesis River interests; but this was the extent of my having studied the topography of that location in the channel where the accident took place.
**Q.** So you, stated differently, have not done any studies
04:20:26 specific to the Bayport Flare area of the Houston Ship Channel, correct?
**A.** No. I have not.
**Q.** And when you did the work that you did, understanding that you didn't actually model the two vessels involved,
04:20:40 did you account in any way for the poor-handling characteristics of the GENESIS RIVER as they have been testified about in this case?
**A.** No. I did not. To be specific, I did not account for the rudder. The handling of the vessel is obviously
04:21:00 affected by the way you steer, you rotate the rudder. I did not take the rudder into account in my report in evaluating the hydrodynamic suction forces and moment that were exerted on the GENESIS RIVER.
**Q.** Looking at the information available from the Flanders
04:21:21 Hydraulic Institute, they have a number of different

options that you can plug in to do the type of work that you did in this case; is that correct?
**A.** Yes.
**Q.** They have different bank configurations that you can use; is that right?
**A.** They have done tests on different types of ships.
**Q.** All right. And you can factor in, for example, the size of the ship, obviously?
**A.** What I -- I selected the two ships that were closest to the geometry shape and the blockness of GENESIS RIVER and BW OAK.
**Q.** Right.
**A.** The key parameters that affect the hydrodynamic force exerted from one vessel on the other are the length of the ship, the clearance below the keel, and what we call the blockness or the block coefficient.
The vessels that I selected have block coefficients that were very close to the block coefficients of GENESIS RIVER and BW OAK. Those parameters and beam and draft, which were also similar, are all that is needed to draw the conclusions that I did draw and report in my report.
MR. KLAWETTER: With respect, I have to object as nonresponsive.
BY MR. KLAWETTER:
**Q.** Let me rephrase my question. I'm just trying to go

through the things that you can plug in based on the Flanders studies.
Am I correct that you can plug in different speeds to your analysis?
04:22:50 **A.** Oh, I believe you are looking at the mathematical equations that the Flanders studies have produced in their appendix. Am I correct?
**Q.** No, sir. I'm just looking at the parameters -- a listing of parameters that can be used. That's what I'm
04:23:05 looking at.
So am I correct that you can use a variety of different speeds?
**A.** Yes. And I selected the speeds that were 12 knots for one vessel and, I believe, 10 knots or 11 knots for the
04:23:20 other.
**Q.** We'll talk about that in just a moment.
Can you choose a propeller rate?
**A.** It doesn't matter. Propeller was not part of the experiment.
04:23:29 **Q.** Can you choose a rudder angle?
**A.** The rudder was not part of the experimental study.
**Q.** Can you choose --
**A.** There were no rudders.
**Q.** Can you choose a lateral distance?
04:23:40 **A.** Yes.

**Q.** And what distance did you choose?
**A.** I chose the distance that was the same as the 56 meters that responded to the clearance between GENESIS RIVER and BW OAK. They did -- they did experiments over variable distances. They did experiments at narrower distances, some larger distances; and I selected the one that corresponded to the 56 meters.
04:23:55
**Q.** Where did that 56 meters figure come from?
**A.** They reported the clearance between the vessels as a proportion of the vessel beam.
04:24:14
**Q.** Who is "they"?
**A.** They reported --
**Q.** Who is "they"?
**A.** The Flanders -- the Flanders authors.
**Q.** No, sir. I am asking where you got the number, 56 meters. How did you get that in this case? Who did it come from?
04:24:22
**A.** I was provided that by Genesis River interests.
**Q.** All right. All of the information you were provided that went into your analysis was provided by the Genesis River interests?
04:24:37
**A.** Yes.
**Q.** And you assumed that all of it was correct?
**A.** I worked with the figures that I was given. In my report it was discussed the separation between the vessels
04:24:54

in my interaction with Genesis River interests. And I was asked to work on my report on the basis of the clearance of 56 meters.

If you look into my report -- I don't know on what 04:25:10 page is that -- I also did carry out an analysis assuming that if the distance was 86 meters, larger than 56, I quoted that the hydrodynamic force would be in the vicinity of 200 to 250 metric tons. So I did evaluate the hydrodynamic suction force for a larger distance just to 04:25:34 look in extensivity.

**Q.** Let me go back. And I'd like to break this down a little bit, if we can, and ask you, if you would, to focus on trying to answer directly the questions that I ask.

You said that you assume that -- a flat bottom of the 04:25:51 Houston Ship Channel for purposes of your analysis?

**A.** Yes.

**Q.** Did you have different options to choose from? For example, a sloped bank?

**A.** No. Because the experiments that were carried out and 04:26:09 that I was basing my analysis on were obviously carried out in a towing tank with the water that was flat. So I did not consider the information with any inclination of the bottom of the Houston Ship Channel.

**Q.** So to the extent that we're not talking about a true 04:26:25 flat seabed, that would influence the outcome of your

study?
**A.** To a certain degree. Not to a significant degree.
**Q.** But you haven't attempted to quantify what that degree would be for purposes of your opinion in this case, have you?
04:26:42
**A.** No.
**Q.** And it's not contained in your report, is it?
**A.** No. I did not evaluate it. Therefore, it's not contained.
04:26:50
**Q.** Now, sir, are you familiar at all with the facts of the case or just the numbers that you were given by the attorneys for GENESIS RIVER?
**A.** I am familiar with the facts of the case in general terms, yes.
04:27:06
**Q.** All right. Do you know what a passage plan is?
**A.** I can -- I can surmise what it is, yes.
**Q.** Well, let me ask you this: Are you aware that the Genesis River interests did a risk assessment to determine safe speeds for each area of their transit of the Houston Ship Channel?
04:27:30
**A.** No.
**Q.** Are you aware that in the area where the GENESIS RIVER took a sheer that the ship was going as much as twice as fast as the speeds provided for in the passage plan and risk assessment? Did you know that?
04:27:46

**A.** I didn't know that.
**Q.** Did you do any modeling of any kind to attempt to determine if there would have been a different outcome if the ship had been traveling at six knots, seven knots or eight knots?
04:28:02
**A.** I did not do any analysis of that sort.
**Q.** And Genesis River interests never, number one, told you about the speeds in the passage plan or asked you to do such an analysis. Am I correct?
04:28:16
**A.** No. They have asked me to do the analysis for the speeds that you see in my report.
**Q.** All right. Do you agree that a vessel's speed should be appropriate for the depth of water where it's navigating?
04:28:41
**A.** It depends on the environment in which the ship is navigating.
**Q.** All right. Should a prudent vessel operator ensure that they have enough power in reserve navigating in a narrow channel to provide RPMs to break a sheer, if necessary?
04:29:01
**A.** I would presume that this would be the case.
But just to go back to your previous question, the speed of the vessel would primarily be adjusted, first of all, to make sure you don't ground. The faster you go, the more you are likely to keep the speeds lower. So,
04:29:20

clearly, the pilot would be obviously aware that the speeds would be high enough not to ground. Otherwise, I presume the pilot or the captain would have the plan on how fast it can go in a particular channel environment in which they are cruising.

04:29:34

**Q.** Does a low speed reduce squat?
**A.** Yes.
**Q.** Does a high rate -- does a high speed increase squat?
**A.** A high speed is likely to trim the bow up, and you are likely to hit the seafloor from the stern.

04:29:51

**Q.** Will a low speed minimize the effects of bank effects?
**A.** What do you define as "bank effects"?
**Q.** Did you consider bank effects at all in your report in this case?

04:30:12

**A.** When you say "bank," do you mean side banks --
**Q.** Yes, sir.
**A.** -- the banks of the transverse --
**Q.** Yes.
**A.** No, I did not.

04:30:20

**Q.** In other words, you did not evaluate at all issues like bank suction or bank cushion, did you?
**A.** No. I did not.
**Q.** Did you take into consideration any shoaling that might have affected the underkeel clearance of the GENESIS RIVER during the transit?

04:30:39

**A.** I did not.
**Q.** Are you aware of evidence in this case that there was shoaling in the area where the GENESIS RIVER took its sheer?
04:30:54 **A.** There was a discussion about the presence of shoaling that I was -- I listened to when I was discussing with the Genesis River interests.
**Q.** But you did not --
**A.** I did not have any --
04:31:05 **Q.** I'm sorry. Go ahead.
**A.** I did not have any specific data to quantify the degree of shoaling.
**Q.** Okay. So they did not provide you with the hydrographic surveys that were performed before and after
04:31:19 this incident that would have quantified the shoaling for you?
**A.** I saw contour maps of the seafloor, which shows the variation in water depth. And this is the extent of my knowledge of shoaling in the area.
04:31:34 **Q.** Yes, sir. I was asking about something different.
They never provided you with any specific information about the shoaling in the area of where the sheer occurred, did they?
**A.** They -- they provided me with contour maps. The
04:31:47 contour map is a qualitative description of water depths,

but I did not receive any quantitative data that I was supposed to take into account in my report.
**Q.** Yes, sir. Are you aware of any investigations that were done by the Pilot Board for the Houston Pilot Association into the causes of this incident?
04:32:08
**A.** No.
**Q.** You are unaware that the pilot board investigation concluded that unknown and unprecedented shoaling was a contributing cause?
04:32:26
**A.** No.
**Q.** Are you aware that they also concluded that the poor-handling characteristics of the GENESIS RIVER were a cause?
**A.** I read that in the report that was actually reviewed by the Genesis River interests.
04:32:42
**Q.** Did you learn that the Pilot Board concluded that the pilot of the GENESIS RIVER lost situational awareness and didn't exercise all options he had to avoid the collision with the tug? Did you --
04:32:59
**A.** I do not know that.
**Q.** You did not know that. Okay. Go ahead.
I'm just looking at my notes, sir, if you'll just give me a moment.
**A.** Sure.
04:33:26
**Q.** You did not do any, just to be clear, any modeling of

the Houston Ship Channel at all, did you?
**A.** I have -- you asked this question before. I have assumed that the bottom of the Houston Ship Channel was flat, and that's basically all the modeling that is needed for the kind of analysis that I did carry out.
04:33:44
**Q.** But if the -- if the bottom of the ship channel is not flat, again, that would be a flaw in your analysis?
**A.** No, it would not. The dominant effect that causes the significant suction force between two vessels cruising the
04:34:06
way the BW OAK and GENESIS RIVER were proceeding to encounter each other -- the dominant effect is the mean clearance of the seafloor below their keels. And that was the reason why we decided to carry out the analysis assuming that the floor, the seafloor, was flat.
04:34:26
And the results of my analysis indicated that the hydrodynamic suction was a large force, which was the reason for the significant impact that it had on the steering of the vessel. Any variations around the flat bottom could have an effect, but the dominant effect comes
04:34:47
from the clearance below the keels of both vessel, their speed, and their separation.
**Q.** Was the GENESIS RIVER fully loaded at the time it took a sheer?
**A.** I worked with the draft that I was given. Perhaps you
04:35:08
should ask the Genesis River interests if it was fully

loaded or not. I worked with the draft that I was given.
**Q.** What do you understand the condition of the BW OAK to be? Was it loaded or in ballast?
**A.** I believe I was told that it was not fully loaded.
04:35:31 **Q.** What did you assume for purposes of your opinions in this case?
**A.** I -- when I carried out my analysis, the only parameter that mattered in evaluating the suction force and moment between the two vessels is the draft. 04:35:48 Regardless of whether they are fully loaded, partially loaded, or in ballast, the only number that matters for the hydrodynamic is the given draft. And that is what I worked with.
**Q.** Which vessel will create the largest hydrodynamic 04:36:04 effects? The vessel with the deepest draft or the lesser draft?
**A.** You are getting into hydrodynamic questions. The answer is both.
**Q.** Well, let me ask the question --
04:36:22 **A.** The hydrodynamic --
**Q.** -- better.
**A.** Yeah.
**Q.** If the GENESIS RIVER was fully loaded and had a draft of 36 and 37 feet and the BW OAK was in ballast and had a 04:36:36 draft of, say, 26 feet, which vessel will create the

greater hydrodynamic effects?
**A.** When you asked the question of which vessel would create the hydrodynamic effects, on the other vessel I presume you mean?
04:36:56 **Q.** Yes, sir.
**A.** Well, the fully-loaded vessel is going to create a larger force on the -- of the vessel which is -- that is cruising at the smaller draft versus the other way around.
**Q.** Yes, sir. That was what I thought, but I wanted to
04:37:13 make sure.
So the GENESIS RIVER would have had a greater impact from a hydrodynamic standpoint on the BW OAK than vice versa, based on draft?
**A.** Yeah.
04:37:27 **Q.** All right. Did you attempt to quantify the effect of the GENESIS RIVER from a hydrodynamic effect standpoint on the BW OAK?
**A.** No.
**Q.** Are you aware that the BW OAK never lost control or
04:37:45 took a sheer as a result of this meeting and passing?
**A.** My understanding is that this is the case.
**Q.** Okay. All right. Do you know anything about the rudder orders that were given by the pilot of the GENESIS RIVER before, during, and after the sheer occurred?
04:38:10 **A.** I did not account for that information in my report.

I did see videos and pullouts of the settings of the rudder in the videos that I was given by the Genesis River interests, but I did not account for the rudder settings during the encounter in my analysis.

04:38:33 **Q.** As you told us, you are not a ship handler by profession. I take it you would not be in a position to comment on whether any particular rudder order was the correct one to be given at any point in time while this was evolving?

04:38:46 **A.** Well, I could answer this question as a marine hydrodynamicist. If you were to tell me -- if you were to give me a rudder order, I will tell you what the effect of that rudder order would be on the ship on the basis of pure hydrodynamics. But I would not be the one who would

04:39:02 be deciding what that order would be.

**Q.** In any event, you were not asked to do that?

**A.** No.

**Q.** If a pilot is navigating a deep-draft ship like the GENESIS RIVER in a narrow channel like the Houston Ship

04:39:18 Channel and navigates the vessel into the bank on his starboard side, will that create a hydrodynamic effect?

**A.** When you -- when you say "navigated into the bank," what do you mean?

**Q.** I mean navigated into an area where he loses underkeel

04:39:40 clearance, experiences bank effect, bank cushion, and bank

suction, and takes a sheer.
**A.** You are -- what is your question, again?
**Q.** You would agree that a ship handler should not do that, wouldn't you?
**A.** Well, I assume or at least my analysis would suggest that the dominant hydrodynamic effect the GENESIS RIVER experienced was the hydrodynamic suction force from BW OAK and not from the bank which was on the other side of the vessel.
**Q.** Absolutely. And you can't assist the Court at all, based on your work in this case and the opinions you have rendered, with the effect that bank cushion, bank suction, or shoaling had on the loss of control of the GENESIS RIVER, can you, sir?
**A.** No.
**Q.** Thank you.
Are you aware that the draft you assumed for the GENESIS RIVER is incorrect?
**A.** Nope.
**Q.** Are you aware that the draft you assumed for the BW OAK is incorrect?
**A.** Nope.
**Q.** Are you aware that the speed you assumed for the GENESIS RIVER is incorrect?
**A.** Nope.

**Q.** Are you aware that the speed you assumed for the BW OAK is incorrect?
**A.** Nope.
**Q.** Did you -- did you consider wind speed at all in your analysis?
04:41:26
**A.** No.
**Q.** Wave loads?
**A.** I was told that there were no waves.
**Q.** The lawyers told you that. It's not something you have figured out on your own?
04:41:35
**A.** No. I was -- I was not given any information on the existence of waves in the channel.
**Q.** And you didn't consider the level of the tide in your analysis, did you?
04:41:57
**A.** No. I did not. But the tide -- the tides lift all vessels. So I'm assuming if there was a tide, that would affect the clearance of both vessels below their keel.
**Q.** But my point being, you weren't given that information and you didn't consider it?
04:42:14
**A.** I was given information on the draft of both vessels and the clearance of both vessels below their keels. And that's all that I needed to carry out my analysis.
**Q.** Did you have any information on currents?
**A.** Nope.
04:42:26
**Q.** Do you know how far the starboard side of the GENESIS

RIVER was from the edge of the channel on its outbound side when it met and passed the BW OAK?

**A.** Nope.

**Q.** Conversely, do you know how far the starboard side of the BW OAK was from the inbound side of the channel where it was transiting?

**A.** No. I have seen videos of their encounter. So I have a vague idea of the distances, but I was never given any specific figures on how far they were.

**Q.** Yeah. Do you know what full sea speed on the GENESIS RIVER would be?

**A.** What the full sea speed in the open ocean?

**Q.** Well, let's do both, full sea speed in the open ocean and full sea speed in a narrow waterway like the Houston Ship Channel.

**A.** I was not given this information. I can only guess on the basis of my experience of how fast tankers of this size can go.

**Q.** Did you -- you did not factor in, in any way, in your opinions in this case all of the evidence about the poor-handling characteristics and the directional instability of the GENESIS RIVER, did you?

**A.** I did not. What I, however, was a participant in, I was a participant in discussions about the size of the rudder. We discussed the size of the rudder. And I was

asked -- I asked the owner of the vessel to give me precise data on the size of the rudder because that was necessary for my report in evaluating what is the -- what is the magnitude of the force that the rudder of the GENESIS RIVER can generate at different deflection angles.

04:44:21

So the extent of my knowledge on this subject is basically contained in having asked the owners or the -- the owners of the vessels to give me detailed information on the size of the rudder.

04:44:41
**Q.** Did you ever have an opportunity to listen to any of the communications, the audio voice communications, on the bridge of the GENESIS RIVER at any point during its outbound transit; in other words, the things the pilots were saying to the bridge team or to one another?

04:44:57
**A.** Nope.
**Q.** The GENESIS RIVER is a Japanese-built ship?
**A.** I believe so.
**Q.** Yeah. Do you know how its rudder size compares to the rudder on the BW OAK?

04:45:14
**A.** No. I was not given information on the rudder of BW OAK.
**Q.** Did the lawyers for GENESIS RIVER tell you about all the complaints that the pilots were making about the fact that the GENESIS RIVER's rudder and, generally speaking, on Japanese ships of the same class was too small?

04:45:30

**A.** I recall discussions, and I recall reading in a report that there was a comment to that effect.

**Q.** And I apologize to everyone. I'm just using some language that was used by one of the pilots on the GENESIS RIVER who described the ship as piss-poor handling. Was that shared with you at all?

**A.** No. I did not.

But going back to your question about the size of the rudders on Japanese vessels, the effectiveness of the rudder does not depend only on the size of the rudder. It depends also on the way the rudder is integrated with the stern of the vessel. The thin lining of the stern of a vessel effectively acts as a substitute rudder. So when the designer decides on the size of the rudder, they also take into account the way the rudder is streamlined with the aft end of the vessel which can act as a rudder.

So it is a challenging and difficult hydrodynamic question to express an opinion as to whether a particular rudder by itself is small or not because the interaction between the flow at the aft end of the ship and the rudder affects the ability of the captain to steer the vessel.

**Q.** All right. And you were not provided with any drawings of the GENESIS RIVER, were you?

**A.** I was provided with drawings of the hull and drawings of the rudder.

**Q.** All right. Did you get drawings of the BW OAK?
**A.** Nope.
**Q.** You don't have an opinion, do you, here today as to whether the GENESIS RIVER would have lost control if it had been going at 6 knots instead of 12 plus, do you?
04:47:22
**A.** I don't have an opinion on that.
**Q.** You don't have an opinion here today as to whether the GENESIS RIVER would have took a sheer and lost control if it had been traveling at eight knots, do you?
04:47:40
**A.** Nope.
**Q.** You have not attempted to evaluate either of those things?
**A.** Nope.
**Q.** To the extent that there is expert testimony in this case that the sheer and loss of control would not have occurred, you are in no position to contradict that, based on your work?
04:47:50
**A.** Well, for the six-knot and eight-knot speeds, am I correct?
04:48:06
**Q.** Yes, sir.
**A.** Yeah. I cannot express an opinion on that.
**Q.** Okay. You have told us earlier that speed can affect the squat of the vessel; is that right?
**A.** Yes.
04:48:20
**Q.** And this is about as scientific as I'm going to

attempt to get. Am I correct that squat is roughly proportional to the square of the speed of the ship?
**A.** Yes.
**Q.** In other words, if you reduce the speed of the ship by one-half, the squat effect is reduced by a factor of four?
04:48:35
**A.** Yes.
**Q.** So the slower you go, the less squat you have?
**A.** Yes.
**Q.** The less squat you have, the more underkeel clearance you have got?
04:48:49
**A.** Would you define a squat as the submergence of the --
**Q.** The loss of buoyancy which causes a ship to settle lower in the water. That's what I'm talking about.
**A.** I didn't understand your question. Can you repeat it? Because I want to make sure you define "squat" the same way I define it.
04:49:12
**Q.** Let me approach it in this fashion. The more space you have got between the keel of the ship and the seabed, the better it's going to handle; is that right?
04:49:27
**A.** Yeah. Yes.
**Q.** And the more directional stability it's going to have; is that right?
**A.** The effectiveness of the rudder can increase if you have a smaller clearance, but there are factors that can affect the steering ability of the captain in both ways.
04:49:54

04:50:17 So it's not a clear-cut answer that you have better steering capacity when you have the larger clearance and -- but I would probably agree with your assessment that the more clearance you have, the easier it is to steer the vessel.

**Q.** All right. Sir, when the counsel for GENESIS RIVER was asking you questions, he went through the paragraph you have about force on, I guess, Page 2 of your report. And I wanted to ask you about that just to make sure I understand. 04:50:36

MR. KLAWETTER: Can we call up Page 2 of the report. This is -- are you able to do that?

MR. WALTERS: 142, GENESIS RIVER 142. No. 141.

MR. KLAWETTER: Yes, sir.

04:51:11 BY MR. KLAWETTER:

**Q.** I'm referring to the bottom paragraph there about force, and I just want to make sure I understand. The highest --

**A.** Can you -- yes. That's great. Yes.

04:51:17 **Q.** There we go. Are you able to see that?

**A.** Yes. Very well.

**Q.** All right. Thank you. And I just want to make sure that I understand what you are saying here.

Am I correct that when the ships are side by side that is the -- that is the moment of the highest repulsive 04:51:29

force between them?
**A.** Yes. When the ships are side by side, this is the moment of the highest suction force between the vessels.
**Q.** All right. That's the greatest hydrodynamic force during this passing situation?
04:51:49
**A.** Yes.
**Q.** All right. You are aware that the GENESIS RIVER did not lose control when the vessels were abeam of one another, aren't you?
04:52:01
**A.** I have not seen the details of how the vessel steered the rudder during the encounter. I don't know how would you be able to define losing control over a time interval with the rudder of 10 to 20 seconds.
**Q.** But you have not seen any evidence that that's where the loss of control took place, have you?
04:52:24
**A.** From the videos I saw, I saw -- I concluded that the GENESIS RIVER lost control after the two vessels cleared each other.
**Q.** All right. So after the -- after the point in time where the highest hydrodynamic force would have been encountered, correct?
04:52:40
**A.** Yes.
**Q.** Because when they pass each other -- as they pass each other, that's the lowest force; is that correct?
**A.** That's correct. But what occurs when two vessels
04:52:57

04:53:17 04:53:40 cross each other and they exert a large force upon each other -- in this case, the force that the GENESIS RIVER experienced from the BW OAK was the largest when the vessels were side by side. The consequence of the force and, on the next page of my report, the moment, because they act at the same time -- the consequence of those two large forces and moment on GENESIS RIVER is that these forces caused GENESIS RIVER to change its orientation relative to its intended course of navigation. And that deflection, which is not easy to see during the ten seconds that the encounter took place, that initial deflection from its initial force at the speed of GENESIS RIVER steered it in a way that GENESIS RIVER could not recover from.

04:53:56 So what you need to pay attention to is not just the forces but the consequences of the forces on the trajectory of the GENESIS RIVER. No matter how small that came in -- in direction, that is sufficient to induce instability.

04:54:17 **Q.** And against that background, you have no idea what role the unprecedented and unknown shoaling had in this event?

**A.** I have answered this question many times.

**Q.** And the answer is "no"?

04:54:29 **A.** "No."

**Q.** You have no idea and no opinion as to the impact of any bank effect on this incident?

**A.** I have an opinion that the dominant effect was the hydrodynamic interaction force and moment between the two vessels, based on the contour plots that I have seen and the clearances under the GENESIS RIVER keel.

04:54:45

**Q.** And just to be clear, sir -- and I'm certainly not trying to be disrespectful or argue with you -- but you have not given any consideration to bank effects or shoaling for purposes of your opinion, correct?

04:55:04

**A.** Correct.

**Q.** Thank you. Did -- I'll withdraw that question.

To your knowledge, did the pilot of the GENESIS RIVER ever suggest in any bridge-to-bridge communications with the BW OAK that he felt he was being squeezed or pushed to his starboard bank or felt that he was being adversely impacted by hydrodynamic effects of the passing?

04:55:57

**A.** I'm not aware of such communication.

MR. KLAWETTER: I pass the witness.

Thank you for your time, Professor.

04:56:52

THE COURT: Did Kirby have any cross?

MR. JAMES: Yes, Your Honor. I have just a few questions. Let me trade spots with Mr. Klawetter here.

**CROSS-EXAMINATION**

BY MR. JAMES:

04:57:00

**Q.** Good afternoon, Professor. My name is David James. Can you hear me?
**A.** Yes. I can hear you.
**Q.** I represent Kirby Inland Marine, the owner of the tug that the GENESIS RIVER subsequently collided with.
04:57:22
Do you understand there was subsequently a collision after the GENESIS RIVER sheered off the bank?
**A.** Yeah. I saw the video.
**Q.** Okay. And you -- part of your training, your education and your -- and what you do for a living in hydrodynamics, you could calculate the force and moment that was created by that sheer, correct?
04:57:37
**A.** I --
**Q.** If you were tasked with that --
**A.** Yeah. I used the standard method that we use in my profession for evaluating the hydrodynamic forces and moment with the highest possible accuracy, and that is through experiments.
04:57:56
**Q.** Sure. And my point is: You could have calculated those forces created by that sheer, but you weren't tasked to do that, correct?
04:58:15
**A.** We discussed it with Genesis River interests extensively, and we considered doing computations with the commercial grade computational fluid dynamics code. We decided not to do that because the experiments that I used
04:58:35

04:58:50

in my report are considered standard in my discipline, and they have been quoted in a number of publications as being standard for evaluating the accuracy of computational methods.

So the answer to your question is: I have more faith in the experiments that I base my analysis on than the computational fluid dynamics simulations.

04:59:07

**Q.** I understand that. I'm asking that -- there was -- after the GENESIS RIVER met the BW OAK, do you understand that it went to the bank on its starboard side and sheered? Do you understand that?

**A.** Yeah.

04:59:20

**Q.** And do you understand from your training that there's a certain amount of force and moment created by that event? Do you understand that?

**A.** I -- I -- after GENESIS RIVER cleared BW OAK, she steered to port and hit the barge.

04:59:42

**Q.** I understand. I'm not trying to cut you off. But my point is: You have expertise that would allow you to calculate the moment and force created by that sheer event, true?

**A.** What do you define as "sheer event"?

04:59:56

**Q.** The sheer event when the GENESIS RIVER was repelled from the bank to her starboard and went in the direction of the VOYAGER tug.

**A.** My analysis did not take into account the bank on the right of GENESIS RIVER. My analysis took into account the hydrodynamic force that was exerted on GENESIS RIVER by BW OAK.
05:00:14 **Q.** I understand that. But you have the competency to run that calculation and make that determination as far as those forces created by that sheering event, true?
**A.** I have the competency, but I do not have the computational methods that would carry out that analysis. 05:00:31 These are commercial grade codes that are marketed by vendors, and those codes would have to be used to evaluate the bank effect on the GENESIS RIVER.
**Q.** And you --
**A.** I do have the competency -- I do have the competency 05:00:43 of supervising someone to carry out this computation and evaluating the result, if that's your question.
**Q.** It is. And it's true that you suggested that to the Genesis River interests, but they declined that commercial computation that you suggested, true?
05:00:59 MR. WALTERS: Objection to form, Your Honor.
**A.** Not exactly. We --
THE REPORTER: Hold on a second.
**A.** And that's not exactly true. We discussed it -- and there -- I don't know if Kevin wants to comment here, but 05:01:10 we did evaluate that option before we concluded that the

experiment was the way to go. I did not discourage them. I suggested to them that that's another option. That's an option. And we conversed to the use of the experiment because they have been around for a long time, and they are considered standard. I did not discourage them to use computational fluid dynamics, if that's your question.

05:01:30

THE COURT: Okay. I'm sorry, Mr. Walters. Repeat your objection.

MR. WALTERS: Yeah. I think it mischaracterized his testimony as far as the question, the way it was framed.

05:01:42

MR. JAMES: I'll rephrase it.

THE COURT: Okay. All right.

MR. WALTERS: Your Honor, I say that. Obviously, I don't remember what the question was, but that's --

05:01:51

THE COURT: Right.

BY MR. JAMES:

**Q.** Professor, moving on. Do you also have the capability to calculate how much rudder force would be necessary to counteract a sheer event if you used that commercial software that you just discussed?

05:02:05

**A.** Yes.

**Q.** And you have the capacity to determine whether or not a vessel could overcome a sheer event, true?

**A.** Of course. I am assuming a "sheer event" means the

05:02:20

hydrodynamic interaction between the two vessels. Am I correct?

**Q.** I mean the hydrodynamic event between the GENESIS RIVER and the bank.

05:02:38 **A.** That can be evaluated with computer programs that I am very familiar with, yes.

**Q.** And so in this case you weren't tasked to try to determine whether or not the rudder force of the GENESIS RIVER was sufficient to overcome the hydrodynamic event

05:02:55 between the GENESIS RIVER and the starboard bank that occurred prior to the collision of the VOYAGER, true?

**A.** True, because I was never tasked with evaluating the hydrodynamic force from the bank on GENESIS RIVER.

MR. JAMES: Okay. Thank you, sir, for your time.

05:03:12 Have a good afternoon.

Pass the witness, Your Honor.

MR. WALTERS: No redirect, Your Honor.

THE COURT: All right. Professor, thank you very much for making yourself available this afternoon or this

05:03:23 evening. Your testimony is complete. We appreciate you joining us.

THE WITNESS: Thank you.

MR. WALTERS: Thank you, Professor.

THE WITNESS: Okay. Good night.

05:03:44 MR. GEORGANTAS: Your Honor, at this point all we

05:04:00 have to do is offer our exhibits into the record.

THE COURT: Okay. Right. And the -- Right.

MR. GEORGANTAS: That's our last witness.

THE COURT: And we're -- as y'all rest, let's make sure -- as each party rests, let's make sure the record is clear that you are resting on everything but the Court's evaluation of damages, which will be done pursuant to either stipulation or --

MR. SHIPLEY: (Nodding head affirmatively.)

05:04:18 MR. GEORGANTAS: Thank you, Your Honor. We do so.

THE COURT: All right. And you rest, also, subject to the Court allowing you to enter some exhibits later on, too, which I'll certainly do?

05:04:28 MR. SHIPLEY: Yes.

THE COURT: Okay. All right. Does the BW OAK have a witness to call?

MR. KLAWETTER: Your Honor, we have discussed with Genesis River interests. We can finish tomorrow.

05:04:41 And with the order of witnesses we would like to go with, we would appreciate your indulgence in letting us start in the morning.

THE COURT: Mrs. Brown wants me home at 6:00 tonight anyway. So I think that will work fine for me.

05:04:55 MR. KLAWETTER: Your Honor, we are going to be

asserting a motion now that GENESIS RIVER has rested. May we do that in the morning?

THE COURT: We can do that first thing in the morning.

05:05:04 Are y'all ready to offer your exhibits or do you want to do that in the morning, too?

MR. GEORGANTAS: If are you ready.

MR. BACHTEL: Yeah.

MR. GEORGANTAS: I think we are.

05:05:15 THE COURT: Then if you miss any or you find out overnight you missed any, let me know in the morning.

MR. BACHTEL: Your Honor, GENESIS RIVER would like to tender Exhibits 1 through 166. I can give you the exact range, if you would like.

05:05:31 THE COURT: So your offer -- so you want all of your exhibits in?

MR. BACHTEL: Yes, Your Honor.

THE COURT: Okay. Any objection to that?

MR. SHIPLEY: Well, we had the objection on the 05:05:42 coast guard testimony. Is that one of the exhibits you are trying to get in? I think it's totally inappropriate to put in a huge transcript from a coast guard hearing when it hasn't even been used in the trial, and it's just dumping a bunch of statements from a long hearing. So we 05:05:58 would object to that as hearsay and irrelevant and

duplicative of testimony that we have heard.

THE COURT: That's Exhibit 144?

MR. BACHTEL: Yes, Your Honor.

THE COURT: Okay.

05:06:09 MR. SHIPLEY: We don't have objections to anything else. That's our only objection.

THE COURT: All right. The Court admits GENESIS RIVER Exhibits 1 through 166 with the exception of 144. If you want to make an argument for 144 in the morning, 05:06:35 I'll take it up; but, as of tonight, I'll just admit everything that's not objected to, which is everything but 144.

MR. GEORGANTAS: Thank you, Your Honor.

MR. BAILEY: Your Honor, a few from BW OAK today. 05:06:50 We move to admit Exhibits 26, 57, 76, 67, 77 and 78. Those latter two we will file with the Court. They were the screenshots that were used during the cross-examination of Captain Richter.

THE COURT: Okay. BW OAK Exhibits 26, 57, 76, 05:07:14 67, 77 and 78 are admitted.

Okay. Let's go off the record.

(Discussion off the record.)

THE COURT: All right. I guess that's it for tonight.

05:09:46 THE COURT SECURITY OFFICER: All rise.

(Proceedings adjourned at 5:09 p.m. and continued on Day 4.)

*Date: February 4, 2021*

**COURT REPORTER'S CERTIFICATE**

*I, Laura Wells, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.*

*/s/* Laura Wells

*Laura Wells, CRR, RMR*

**$**

$125,000 [2] - 154:4, 154:5
$4,699,200 [1] - 6:2
$790,000 [1] - 5:25
$80,000 [1] - 153:23

**'**

'70s [1] - 9:2
'77 [2] - 9:3, 9:4
'80s [1] - 249:4
'81 [1] - 87:21
'negative' [1] - 49:11

**/**

/s [1] - 298:8

**1**

1 [5] - 187:7, 187:25, 193:2, 296:13, 297:8
1,000 [1] - 255:19
1,180 [1] - 9:9
1,750 [1] - 104:5
10 [10] - 4:10, 36:1, 36:16, 72:2, 104:24, 106:6, 129:20, 233:23, 267:14, 287:13
10-minute [3] - 129:3, 129:6, 129:12
10-minutes [1] - 179:2
100 [3] - 4:13, 206:22, 206:23
101 [1] - 4:13
108 [1] - 4:14
109 [1] - 4:14
10:44 [1] - 85:13
10th [12] - 9:14, 10:7, 23:3, 23:10, 23:15, 101:8, 102:3, 207:4, 208:17, 211:6, 218:24, 243:15
11 [4] - 4:10, 101:12, 150:13, 267:14
113 [1] - 4:14
114 [1] - 4:13
115 [1] - 4:13
116 [1] - 4:13
118 [1] - 4:13
119 [1] - 4:13
11:00 [1] - 85:12
11:01 [1] - 85:13
12 [13] - 4:10, 69:9, 83:25, 93:23, 129:13, 147:5, 173:17, 176:2, 253:10, 259:13, 267:13, 284:5
12-foot [1] - 66:20
120 [3] - 4:11, 155:17, 198:14
121 [1] - 4:11
122 [2] - 4:14, 155:19
123 [2] - 4:14, 228:21
124 [1] - 4:14
12:29 [1] - 165:19
12:30 [1] - 137:14
13 [5] - 35:1, 36:17, 83:25, 93:22, 253:10
1300 [1] - 2:14
135 [2] - 10:15, 27:2
136 [1] - 10:15
137 [3] - 3:13, 10:15, 61:19
137-A [1] - 10:15
138 [4] - 1:13, 87:6, 101:13, 218:12
139 [1] - 100:21
14 [5] - 4:10, 72:14, 93:22, 242:3, 253:10
140 [2] - 100:21, 106:18
1400 [1] - 1:21
141 [2] - 252:9, 286:13
142 [2] - 286:13
144 [4] - 297:2, 297:8, 297:9, 297:12
148 [1] - 100:21
15 [14] - 4:10, 13:6, 72:2, 81:12, 96:2, 129:3, 208:13, 208:18, 209:3, 225:10, 253:11, 259:11, 259:14, 260:1
156 [2] - 198:9, 198:11
15:11:04 [1] - 193:20
16 [5] - 87:6, 112:19, 225:10, 259:11, 259:14
16-degree [5] - 109:19, 111:2, 112:12, 112:16, 112:21
1600 [1] - 2:8
164 [2] - 7:5, 7:11
166 [3] - 3:13, 296:13, 297:8
18 [1] - 87:6
184 [1] - 253:9
1977 [2] - 248:19, 248:22
1981 [2] - 248:23, 248:25
1984 [1] - 88:19
1:45 [1] - 165:11
1:51 [1] - 165:19

**2**

2 [7] - 4:10, 87:7, 159:22, 166:15, 187:7, 286:8, 286:11
2,200 [1] - 255:20
20 [11] - 4:10, 72:11, 72:12, 72:14, 81:12, 95:16, 96:3, 106:7, 112:22, 287:13
20-something [3] - 42:7, 42:9, 44:10
20-year [3] - 82:23, 82:25, 83:1
20/20 [1] - 225:16
200 [10] - 22:21, 23:8, 23:19, 68:17, 78:21, 80:1, 80:9, 81:1, 83:21, 269:8
200-foot [1] - 82:5
2000 [1] - 249:11
2000s [1] - 253:16
2002 [1] - 263:5
2014 [1] - 30:19
2015 [1] - 30:20
2018 [1] - 103:21
2019 [9] - 9:15, 23:4, 23:10, 101:8, 102:3, 102:8, 104:24, 159:9, 243:15
2020 [2] - 101:12, 167:18
2021 [3] - 1:6, 3:2, 298:3
20:14:00 [4] - 22:25, 24:1, 76:20, 78:22
21 [3] - 4:10, 112:22, 228:21
218 [1] - 3:14
22 [1] - 4:10
22-degree [1] - 112:22
22-years [1] - 60:2
225 [1] - 254:16
225-0905 [1] - 2:15
225-9945 [1] - 2:10
22nd [1] - 159:9
230 [1] - 254:16
2300 [1] - 2:3
235 [1] - 16:3
240 [1] - 1:24
241 [1] - 3:14
244 [1] - 3:15
248 [1] - 3:16
250 [1] - 269:8
257 [1] - 3:16
26 [11] - 3:9, 4:10, 111:14, 158:25, 159:3, 166:16, 166:18, 253:9, 276:25, 297:15, 297:19
2615 [1] - 1:24
265 [1] - 16:5
27 [3] - 4:10, 233:22, 234:8
28 [1] - 187:25
289 [1] - 3:17
29 [2] - 71:25, 188:21
295 [1] - 3:5
296 [1] - 3:5
298 [1] - 3:6

**3**

3 [13] - 1:16, 3:1, 54:6, 54:9, 54:13, 55:5, 150:25, 160:2, 166:22, 187:7, 204:9, 209:3, 225:10
3,000 [1] - 77:9
3,500 [1] - 132:10
30 [4] - 19:10, 96:3, 122:16, 256:13
30,000 [1] - 139:6
32 [1] - 122:15

34 [1] - 4:11
35 [4] - 4:11, 91:10, 96:3, 150:25
351-3802 [1] - 1:25
36 [3] - 4:11, 253:8, 276:24
37 [3] - 233:23, 253:8, 276:24
3:19-CV-00297 [1] - 1:4
3:32 [1] - 247:8
3:54 [1] - 247:8

**4**

4 [12] - 1:6, 1:16, 3:2, 3:3, 34:25, 166:21, 175:11, 175:18, 212:1, 256:3, 298:2, 298:3
4,000-plus [1] - 132:8
4,177 [2] - 119:6, 132:10
4-point-something [1] - 45:18
40 [7] - 4:11, 30:22, 32:1, 74:11, 74:20, 82:17, 82:19
400 [2] - 255:18, 256:17
409 [1] - 1:25
41 [3] - 10:23, 11:2, 140:1
44 [3] - 111:19, 115:8, 115:11
442 [1] - 157:7
45 [4] - 4:11, 121:25, 237:24, 253:7
45-degree [4] - 25:10, 25:18, 237:7, 237:18
47 [5] - 1:6, 1:12, 2:5, 34:25, 36:16
48 [2] - 4:11, 35:25
49 [1] - 4:11
4:00 [1] - 171:9

**5**

5 [4] - 62:17, 85:12, 106:19, 129:12
5,280 [1] - 77:7
5.75 [1] - 21:3
5.87 [1] - 15:12
5.98 [2] - 12:16, 14:20
50 [1] - 4:11
50/50 [2] - 95:25, 96:4
500 [6] - 78:21, 80:2, 80:9, 94:17, 255:18, 256:17
5000 [1] - 2:9
51 [1] - 4:11
515 [1] - 2:20
52 [1] - 4:11
53 [1] - 4:11
530 [3] - 156:2, 157:3, 157:5
54 [1] - 4:11
56 [9] - 4:12, 254:8, 254:15, 268:3, 268:7, 268:8, 268:16, 269:3, 269:6
57 [4] - 4:12, 184:9, 297:15, 297:19
59 [1] - 214:14
5:09 [2] - 1:5, 298:1
5th [1] - 211:6

**6**

6 [16] - 3:4, 18:2, 36:1, 45:16, 76:21, 77:5, 77:7, 160:2, 173:8, 174:2, 175:11, 176:2, 176:7, 178:10, 210:4, 284:5
6,000 [2] - 77:5, 77:11
600 [1] - 94:22
600-foot [1] - 94:18
62 [1] - 4:12
64 [1] - 4:12
65 [1] - 4:12
652-3052 [1] - 1:22
67 [3] - 200:11, 297:15, 297:20
69 [1] - 4:12
6:00 [2] - 165:15, 295:23

**7**

7 [8] - 3:4, 4:10, 15:15, 27:3, 54:3, 54:6, 212:1, 213:7
70 [1] - 4:12
700 [2] - 76:16, 76:25
71 [1] - 4:12
712 [1] - 1:20
713 [4] - 1:22, 2:4, 2:10, 2:15
72 [1] - 4:12
73 [2] - 3:10, 4:12
74 [2] - 4:12, 11:23
75 [3] - 91:3, 110:15, 128:17
750 [1] - 100:9
76 [8] - 110:15, 110:16, 111:12, 111:16, 128:17, 187:6, 297:15, 297:19
77 [3] - 198:1, 297:15, 297:20
77002 [5] - 1:21, 1:25, 2:9, 2:14, 2:20
77010 [1] - 2:3
78 [4] - 4:12, 197:25, 297:15, 297:20
79 [2] - 3:10, 4:12

**8**

8 [11] - 3:9, 4:10, 12:23, 14:24, 65:15, 173:8, 174:3, 176:2, 176:7, 178:10, 235:15
80 [1] - 91:3
800 [2] - 93:5, 94:22
8004 [1] - 2:20
808 [1] - 2:13
82 [3] - 3:11, 256:14, 256:16
83 [1] - 3:11
850 [1] - 100:4
86 [2] - 3:12, 269:6
88 [1] - 157:9

**9**

9 [7] - 4:10, 119:13, 119:19, 120:8, 120:17, 187:3, 241:24
9(H [1] - 1:9
9(h [1] - 1:13
90 [5] - 5:8, 6:1, 19:15, 40:11, 78:5
90-day [1] - 115:21
90-degree [5] - 20:10, 20:15, 20:18, 20:21, 20:24
900 [1] - 100:6
909 [1] - 2:2
91 [1] - 4:12
92 [1] - 4:13
93 [1] - 4:13
94 [1] - 4:13
95 [1] - 91:25
951-5600 [1] - 2:4
96 [1] - 4:13
99 [1] - 4:13
9:06 [1] - 1:5

**A**

a.m [2] - 85:13
A.M [1] - 1:5
A.S [2] - 2:11
abeam [8] - 155:4, 155:21, 184:11, 188:22, 190:25, 255:7, 255:12, 287:8
ability [10] - 126:9, 146:16, 161:1, 161:11, 162:12, 183:10, 183:12, 256:25, 283:21, 285:25
able [49] - 6:7, 13:4, 18:7, 29:2, 41:18, 46:3, 46:15, 51:14, 66:8, 84:4, 88:21, 101:8, 123:5, 123:7, 135:11, 142:10, 142:19, 145:11, 145:16, 159:25, 170:21, 171:16, 171:19, 177:18, 177:21, 181:3, 182:24, 190:23, 196:6, 202:14, 206:7, 207:8, 211:14, 217:8, 217:10, 217:20, 218:2, 221:1, 231:4, 233:16, 233:25, 234:14, 241:18, 257:14, 257:19, 262:11, 286:12, 286:20, 287:12
aboard [6] - 88:5, 99:1, 100:11, 118:15, 121:8, 170:24

above-entitled [1] - 298:7
abreast [1] - 11:23
absence [1] - 242:12
absolutely [4] - 85:11, 112:5, 246:13, 279:10
academic [1] - 249:23
Academy [1] - 97:16
accelerates [1] - 254:18
acceptable [2] - 198:14, 222:25
accepted [3] - 10:11, 96:20, 96:24
accident [19] - 65:24, 66:22, 66:24, 67:14, 67:19, 67:20, 69:14, 70:12, 81:22, 95:4, 101:10, 103:22, 115:22, 221:17, 235:11, 244:23, 245:16, 251:17, 265:8
accidentally [1] - 27:9
accidents [1] - 87:2
accomplish [1] - 106:8
according [7] - 12:20, 13:9, 14:23, 29:18, 43:14, 49:18, 114:10
accordingly [1] - 204:15
account [11] - 148:14, 260:14, 265:15, 265:18, 265:21, 274:2, 277:25, 278:3, 283:15, 292:1, 292:2
accuracy [2] - 290:17, 291:3
accurate [6] - 17:18, 101:16, 166:14, 209:20, 224:5, 238:7
accurately [1] - 87:10
accusation [1] - 64:18
acknowledged [2] - 11:19, 160:17
acronym [1] - 160:4
act [6] - 5:7, 5:25, 240:7, 240:10, 283:16, 288:6
acted [1] - 239:23
acting [3] - 189:19, 191:13, 202:13
action [15] - 14:3, 16:11, 48:13, 52:13, 120:8, 121:14, 121:16, 121:19, 124:4, 143:22, 148:13, 168:22, 202:15, 203:12, 204:11
actions [6] - 10:6, 37:8, 39:25, 63:24, 124:19, 203:12
activated [1] - 180:8
active [4] - 34:4, 71:10, 95:20, 97:15
actively [3] - 72:16, 86:18
activities [4] - 249:17, 249:20, 249:23, 249:25
activity [2] - 249:4, 249:11
acts [1] - 283:13
actual [4] - 54:13, 55:11, 93:18, 156:20
acutely [1] - 125:16
add [5] - 7:12, 54:6, 85:8, 140:18, 208:20
added [2] - 238:18, 238:23
adding [3] - 170:8, 170:9, 170:10
addition [3] - 95:1, 95:10, 175:24
additional [11] - 134:10, 134:23, 135:4, 135:12, 141:19, 179:5, 182:13, 182:24, 219:23, 222:6, 249:11
address [1] - 182:8
adequacy [1] - 131:2
adequate [7] - 105:9, 131:5, 131:6, 131:10, 131:20, 202:15, 202:23
adequately [3] - 178:15, 178:21, 190:22
adhered [1] - 151:8
adjourned [1] - 298:1
adjust [1] - 258:22
adjusted [1] - 271:23
adjustments [1] - 192:21
adjusts [1] - 14:1
ADMIRALTY [2] - 1:9, 1:13
Admission [3] - 3:3, 3:4, 3:5
admit [2] - 297:10, 297:15
admits [1] - 297:7
admitted [5] - 5:4, 7:11, 173:21, 184:19, 297:20
admittedly [1] - 74:14
advantage [1] - 43:20
adversely [3] - 191:25, 194:15, 289:16
advices [1] - 17:8
advise [2] - 53:7, 136:20
advised [2] - 56:1, 81:10
advising [1] - 78:19
affect [14] - 113:11, 119:3, 126:10, 126:15, 176:9, 194:8, 258:20, 258:24, 261:19, 261:22, 266:13, 280:17, 284:22, 285:25
affected [9] - 128:20, 175:8, 177:9, 194:15, 195:9, 256:24, 258:12, 265:20, 272:24
affecting [1] - 213:8
affects [2] - 258:23, 283:21
affidavits [1] - 6:15
affirmatively [1] - 295:9
affliction [1] - 91:18
afford [2] - 120:9, 125:10
aframax [1] - 100:9
aft [3] - 91:12, 283:16, 283:20
aftermath [1] - 169:16
afternoon [7] - 165:20, 246:25, 247:3, 248:5, 290:1, 294:15, 294:19
afterwards [1] - 39:15
ago [10] - 10:1, 10:4, 95:16, 96:2, 98:12, 137:21, 143:6, 164:7, 222:7, 250:5
agree [58] - 16:11, 22:17, 36:9, 36:10, 42:2, 45:7, 47:5, 48:8, 48:10, 53:20, 64:1, 66:9, 67:25, 79:1, 84:9, 84:19, 85:1, 105:2, 123:13, 133:14, 139:15, 140:13, 158:1, 160:10, 160:21, 161:4, 178:3, 178:14, 178:19, 187:4, 192:14, 195:22, 208:6, 209:6, 211:24, 215:9, 215:22, 216:14, 217:2, 219:1, 222:10, 223:4, 224:23, 226:8, 229:16, 231:10, 231:14, 236:16, 243:6, 243:10, 244:24, 245:19, 255:7, 259:2, 271:12, 279:3, 286:3
agreed [12] - 6:17, 23:17, 123:14, 124:9, 139:19, 196:17, 223:11, 231:14, 242:4, 242:5, 242:9
agreement [10] - 124:13, 124:14, 191:12, 222:18, 223:2, 223:4, 223:5, 223:6, 223:21, 242:12
agrees [1] - 162:11
aground [2] - 79:8, 174:11
ahead [21] - 106:8, 108:12, 111:10, 116:17, 122:16, 122:25, 129:9, 129:20, 131:24, 161:22, 193:12, 194:18, 196:2, 203:5, 214:8, 214:10, 226:19, 240:16, 247:3, 273:10, 274:21
aid [2] - 178:16, 178:22
AIS [3] - 10:21, 22:25, 185:15
AL [2] - 1:6, 1:13
alarm [1] - 212:13
alarms [2] - 210:5, 212:8
Albany [1] - 94:23
alert [1] - 205:1
alertness [1] - 204:16
ALICE [2] - 115:23, 116:19

alleged [1] - 137:8
allow [6] - 75:18, 93:14, 110:24, 129:17, 236:2, 291:19
allowed [4] - 135:9, 209:15, 209:18, 214:9
allowing [1] - 295:13
allows [3] - 28:6, 110:2, 117:21
almost [6] - 69:1, 69:2, 108:24, 184:11, 220:1
alongside [1] - 32:4
ALPHABETICAL [1] - 3:7
ALSO [1] - 2:16
alternative [2] - 249:15, 249:18
alternatives [1] - 37:5
alters [1] - 242:9
Amboy [1] - 91:16
amended [1] - 98:14
America's [1] - 249:7
AMERICAN [1] - 91:8
American [2] - 33:6, 34:17
amount [6] - 20:17, 92:20, 113:9, 137:1, 175:15, 291:14
Amy [1] - 1:18
analogy [1] - 203:2
analysis [48] - 10:17, 22:15, 31:10, 31:12, 31:13, 31:17, 31:21, 31:25, 32:6, 34:22, 63:17, 63:19, 177:8, 183:4, 209:21, 249:6, 249:9, 251:20, 253:14, 255:10, 256:18, 260:15, 262:5, 262:19, 262:21, 262:22, 267:4, 268:20, 269:5, 269:15, 269:20, 271:6, 271:9, 271:10, 275:5, 275:7, 275:13, 275:15, 276:7, 278:4, 279:5, 280:5, 280:14, 280:22, 291:6, 292:1, 292:2, 292:9
analyze [3] - 10:6, 25:3, 104:18
analyzed [2] - 172:25, 255:5
analyzing [1] - 31:23
anchor [10] - 60:8, 60:9, 60:13, 135:15, 135:21, 135:22, 135:25, 136:1, 136:3
Anchorage [3] - 91:10, 91:15, 91:16
anchors [1] - 244:6
ancient [1] - 98:23
angle [32] - 24:7, 25:10, 25:16, 25:18, 45:9, 56:12, 68:22, 79:1, 81:24, 82:1, 83:24, 127:9, 227:5, 229:6, 229:7, 229:9, 229:10, 229:12, 229:14, 229:17, 229:22, 230:1, 230:8, 232:8, 232:18, 237:6, 237:7, 237:10, 237:15, 237:18, 256:13, 267:20
angled [2] - 24:5, 237:24
angles [1] - 282:5
angling [1] - 79:6
announced [1] - 35:16
anomalies [1] - 172:2
answer [38] - 49:13, 60:11, 98:14, 106:12, 106:14, 108:8, 108:17, 108:19, 114:22, 121:17, 134:3, 135:10, 135:20, 138:2, 142:25, 145:14, 145:23, 146:8, 156:1, 161:16, 186:6, 199:14, 200:24, 210:25, 225:17, 230:6, 239:17, 260:21, 260:23, 262:12, 262:19, 264:2, 269:13, 276:18, 278:10, 286:1, 288:24, 291:5
answered [5] - 149:2, 157:1, 167:7, 240:1, 288:23
answering [4] - 134:2, 148:4, 175:12, 180:1
answers [2] - 108:10, 175:9
antenna [1] - 185:19
anticipating [2] - 82:16, 125:20
anytime [1] - 129:10
anyway [4] - 72:22, 89:1, 234:6, 295:24
apart [9] - 15:16, 76:21, 77:14, 113:7, 113:9, 117:22, 189:3, 189:7
apologies [1] - 92:17
apologize [3] - 74:25, 194:25, 283:3
apparent [1] - 19:24
appear [2] - 37:20, 38:10
APPEARANCES [1] - 1:17
appeared [2] - 38:1, 38:3
appendix [2] - 87:7, 267:7
apple [2] - 78:23, 78:24
applying [1] - 41:14
appraisals [1] - 98:24
appraiser [1] - 97:2
appreciate [3] - 138:5, 294:20, 295:21
appreciation [1] - 182:7
apprised [1] - 236:4
approach [19] - 5:11, 108:24, 112:23, 118:3, 118:6, 118:8, 119:2, 119:12, 119:25, 120:3, 147:3, 187:13, 188:1, 188:9, 192:6, 192:24, 241:23, 250:19, 285:17
approached [6] - 105:14, 105:24, 110:14, 173:15, 250:6, 250:10
approaching [5] - 105:16, 112:16, 187:22, 189:6, 255:6
appropriate [5] - 147:8, 178:15, 178:20, 192:17, 271:13
appropriately [1] - 192:16
approved [1] - 29:6
architecture [1] - 261:12
area [30] - 9:20, 10:3, 104:7, 110:24, 111:12, 116:22, 116:23, 117:3, 127:8, 156:20, 156:23, 158:11, 173:7, 174:3, 175:3, 175:4, 177:3, 178:10, 199:10, 200:6, 216:22, 258:9, 265:2, 265:10, 270:19, 270:22, 273:3, 273:19, 273:22, 278:24
areas [3] - 96:16, 96:21, 173:4
argue [1] - 289:8
arguing [1] - 200:7
argument [2] - 51:13, 297:9
arithmetic [1] - 113:16
Army [2] - 235:5, 235:9
arrangement [2] - 223:24, 224:21
arrest [1] - 124:20
arrival [1] - 201:12
arrive [4] - 172:10, 183:4, 183:10, 220:21
arrived [1] - 173:3
Arthur [2] - 94:8, 94:12
Asia [1] - 250:7
aside [1] - 6:22
asked.. [1] - 218:13
ASOPOS [1] - 117:16
aspect [2] - 110:4, 219:22
aspersions [1] - 64:2
asserting [1] - 296:1
assess [1] - 14:6
assessed [1] - 174:2
assessment [11] - 98:25, 99:17, 132:22, 158:2, 172:9, 173:3, 209:12, 221:18, 270:18, 270:25, 286:3
assessments [1] - 132:21
assign [1] - 93:15
assigned [1] - 89:8
assist [3] - 157:21, 157:23, 279:10
assisted [1] - 2:22
Association [3] - 32:22, 33:6, 274:5
association [2] - 33:7, 93:11
associations [1] - 93:10

assume [11] - 50:2, 50:6, 50:9, 52:16, 144:12, 209:13, 221:24, 236:1, 269:14, 276:5, 279:5
assumed [11] - 45:15, 45:16, 260:15, 263:24, 264:5, 268:23, 275:3, 279:17, 279:20, 279:23, 280:1
assuming [10] - 46:12, 46:13, 55:14, 235:4, 248:20, 264:5, 269:5, 275:14, 280:16, 293:25
assumption [4] - 107:15, 165:4, 225:2, 262:5
astern [16] - 17:19, 19:2, 23:25, 24:7, 24:19, 76:13, 78:3, 78:15, 83:6, 106:5, 122:6, 122:18, 203:16, 203:18, 203:22, 204:5
Athens [1] - 248:19
attempt [6] - 125:1, 185:8, 263:22, 271:2, 277:15, 285:1
attempted [5] - 121:22, 177:7, 264:9, 270:3, 284:11
attempting [2] - 59:21, 125:9
attend [5] - 102:10, 138:10, 167:14, 167:17, 168:3
ATTENDANCE [1] - 2:16
attended [1] - 201:4
attention [4] - 50:16, 163:4, 207:3, 288:15
attentive [1] - 125:19
attorney [2] - 97:14, 98:13
attorneys [2] - 141:4, 270:12
Audio [1] - 15:1
audio [2] - 11:4, 282:11
audios [1] - 10:19
August [2] - 101:12, 159:9
authority [1] - 29:19
authorization [1] - 29:5
authorized [1] - 28:18
authors [1] - 268:14
automatically [2] - 178:8, 225:22
available [24] - 20:17, 49:23, 92:19, 101:4, 102:17, 105:6, 120:13, 122:14, 130:17, 135:21, 146:3, 163:13, 163:16, 175:10, 177:23, 178:22, 179:5, 179:9, 186:12, 202:6, 235:12, 246:10, 265:24, 294:19
Avenue [1] - 1:24
avoid [16] - 46:3, 46:15, 47:8, 119:23, 161:1, 161:6, 161:8, 161:12, 162:4, 162:13, 164:13, 203:20, 224:25, 226:13, 231:4, 274:18
avoidance [5] - 47:11, 47:14, 47:21, 48:8, 224:4
avoided [4] - 22:12, 80:1, 163:10, 165:3
avoiding [1] - 241:20
AVS [1] - 95:9
aware [34] - 19:6, 20:25, 33:1, 111:15, 113:2, 113:23, 125:16, 125:17, 137:7, 143:21, 148:13, 148:19, 150:15, 153:11, 160:13, 166:10, 205:1, 209:4, 211:22, 222:19, 261:25, 270:17, 270:22, 272:1, 273:2, 274:3, 274:11, 277:19, 279:17, 279:20, 279:23, 280:1, 287:7, 289:18
awareness [18] - 22:4, 26:20, 37:11, 39:12, 43:18, 125:14, 143:19, 144:1, 144:5, 144:8, 147:24, 160:25, 161:11, 162:12, 171:25, 260:17, 261:3, 274:17
awfully [1] - 231:13
AWO [4] - 32:25, 33:1, 33:5, 33:11
axis [1] - 255:3

**B**

BACHTEL [7] - 7:5, 7:9, 252:12, 296:8, 296:12, 296:17, 297:3
Bachtel [1] - 2:7
backed [2] - 83:13, 206:15
background [5] - 108:9, 140:4, 140:11, 248:17, 288:20
backing [4] - 18:15, 109:3, 122:19, 123:4
backs [1] - 120:25
backtrack [1] - 129:7
bad [7] - 71:24, 105:7, 105:11, 236:22, 239:18, 239:21, 240:13
Bailey [1] - 2:12
BAILEY [1] - 297:14
ballast [7] - 170:9, 170:10, 170:17, 170:18, 276:3, 276:11, 276:24
ballasting [1] - 170:25
ballpark [1] - 97:22
bank [54] - 19:18, 44:22, 44:25, 45:10, 83:9, 128:21, 174:7, 174:14, 174:15, 174:20, 176:11, 176:15, 176:21, 176:23, 206:21, 206:23, 227:6, 243:7, 243:10, 243:11, 257:2, 266:4, 269:18, 272:11, 272:12, 272:13, 272:15, 272:21, 278:20, 278:22, 278:25, 279:8, 279:12, 289:2, 289:9, 289:16, 290:7, 291:10, 291:24, 292:1, 292:12, 294:4, 294:10, 294:13
banks [3] - 251:3, 272:15, 272:17
barely [2] - 76:23, 77:8
barge [115] - 11:23, 11:24, 12:6, 15:22, 15:25, 16:3, 19:21, 19:22, 19:23, 20:14, 21:22, 22:6, 22:20, 22:22, 23:13, 23:18, 24:17, 24:20, 25:6, 25:11, 31:18, 31:19, 32:1, 33:20, 49:7, 50:6, 51:18, 51:19, 51:24, 53:3, 53:4, 53:5, 56:10, 56:22, 57:9, 57:12, 57:18, 57:20, 57:23, 59:4, 59:5, 61:12, 61:16, 61:24, 62:9, 65:5, 65:17, 66:1, 66:10, 66:18, 66:20, 66:25, 67:7, 67:10, 67:11, 67:12, 67:18, 68:4, 69:9, 70:1, 70:2, 70:10, 71:10, 72:7, 79:3, 79:16, 80:11, 80:15, 82:3, 82:8, 89:23, 105:20, 127:8, 127:11, 127:19, 127:23, 155:4, 185:6, 216:25, 226:9, 226:10, 226:24, 228:1, 228:22, 228:25, 229:4, 229:6, 229:13, 229:18, 229:23, 230:2, 230:9, 230:15, 230:22, 232:10, 232:20, 232:24, 234:15, 234:16, 234:25, 235:22, 235:23, 236:7, 236:9, 236:13, 236:14, 237:11, 237:18, 237:22, 237:24, 238:2, 291:17
barges [11] - 20:6, 30:13, 30:17, 33:20, 71:7, 89:3, 89:14, 102:1, 104:6, 218:22, 230:19
BARR [26] - 7:17, 8:6, 10:24, 11:1, 11:7, 11:9, 12:11, 13:3, 15:2, 19:9, 26:6, 38:23, 49:13, 69:5, 73:1, 73:3, 73:23, 73:25, 74:25, 75:3, 79:19, 82:10, 82:14, 83:17, 85:3, 85:9
Barr [7] - 2:6, 3:9, 3:10, 3:11, 27:10, 73:22, 75:2
Barton [19] - 89:23, 106:6, 107:17, 129:2, 136:8, 136:13, 138:15, 142:4, 144:10, 144:20, 149:9, 149:12, 160:13, 166:11, 168:10, 186:16, 244:25, 245:24, 246:7

Barton's [2] - 198:13, 199:6
base [2] - 39:20, 291:6
based [43] - 16:22, 23:9, 23:11, 49:2, 51:16, 54:2, 67:21, 77:1, 77:3, 80:4, 80:7, 80:9, 80:12, 82:5, 82:17, 82:19, 126:1, 130:12, 145:8, 161:3, 167:3, 173:2, 184:14, 184:19, 185:2, 187:2, 196:5, 203:6, 213:4, 232:5, 233:21, 233:24, 234:7, 237:6, 238:17, 253:25, 259:23, 260:12, 267:1, 277:13, 279:11, 284:16, 289:5
basin [1] - 263:8
basing [2] - 145:25, 269:20
basins [1] - 262:24
basis [10] - 120:11, 120:12, 208:11, 213:7, 256:10, 261:6, 262:17, 269:2, 278:13, 281:17
Bay [3] - 91:16, 94:19, 248:6
bay [2] - 92:23, 133:10
Bayport [17] - 112:8, 112:17, 116:4, 142:14, 156:10, 156:14, 157:17, 157:18, 157:20, 157:24, 158:7, 158:13, 160:8, 169:9, 242:19, 265:2, 265:10
beacon [2] - 11:23, 234:23
Beacons [1] - 110:15
beacons [1] - 177:3
beam [4] - 100:5, 100:9, 266:19, 268:10
bear [1] - 220:17
bears [1] - 220:9
BEAUMONT [1] - 133:24
Beaumont [2] - 1:25, 70:23
became [4] - 28:13, 38:18, 90:3, 90:10
become [1] - 90:6
becoming [2] - 93:9, 93:11
bee [1] - 74:15
beepers [1] - 108:3
bees [1] - 74:17
BEFORE [1] - 1:16
began [6] - 109:12, 110:8, 119:11, 177:4, 191:3, 191:25
begin [8] - 109:15, 109:20, 122:19, 196:7, 196:25, 197:2, 197:9, 197:11
beginning [4] - 48:13, 107:6, 191:23, 218:11
begun [1] - 109:18
behalf [1] - 97:11
behavior [1] - 249:9
behind [6] - 18:25, 19:1, 29:7, 122:11, 189:10, 191:16
Belgium [1] - 253:16
believes [1] - 240:14
bell [1] - 211:7
belong [3] - 33:7, 33:8, 33:9
belonged [1] - 93:12
below [21] - 22:20, 109:19, 112:12, 116:4, 116:8, 117:13, 142:14, 156:14, 156:17, 157:2, 177:3, 199:17, 199:24, 200:2, 202:20, 243:14, 266:15, 275:12, 275:20, 280:17, 280:21
Bench [1] - 3:1
BENCH [1] - 1:15
benefit [4] - 60:25, 80:23, 81:2, 226:21
berth [1] - 92:19
best [13] - 57:13, 138:4, 201:2, 207:22, 207:25, 208:2, 208:4, 208:9, 211:24, 211:25, 227:7, 236:22, 240:11
better [17] - 36:20, 47:4, 73:10, 87:16, 102:4, 128:18, 137:24, 139:16, 139:20, 152:10, 173:24, 177:21, 214:19, 226:23, 276:21, 285:19, 286:1
between [45] - 12:23, 14:6, 17:13, 23:21, 26:4, 39:16, 40:16, 52:25, 94:10, 104:24, 105:20, 111:23, 117:21, 136:7, 139:1, 148:9, 155:8, 155:11, 155:20, 156:20, 189:2, 202:21, 244:1, 254:17, 254:19, 254:20, 254:22, 254:24, 255:22, 256:19, 256:23, 258:4, 268:3, 268:9, 268:25, 275:9, 276:9, 283:20, 285:18, 287:1, 287:3, 289:4, 294:1, 294:3, 294:10
beyond [1] - 179:3
big [6] - 47:2, 59:8, 69:1, 192:2, 192:5, 226:10
bigger [1] - 9:3
billed [3] - 153:23, 154:2, 154:5
bills [1] - 71:25
bird's [1] - 142:19
bird's-eye [1] - 142:19
bit [37] - 11:5, 33:4, 34:20, 34:23, 54:7, 56:7, 56:25, 73:23, 74:24, 89:17, 97:8, 101:1, 105:12, 107:13, 109:13, 111:4, 114:25, 117:13, 119:22, 122:23, 122:24, 128:25, 132:15, 141:21, 144:22, 148:12, 152:11, 156:17, 165:11, 189:13, 193:24, 212:5, 237:11, 244:9, 248:16, 252:24, 269:12
bite [1] - 78:22
bites [2] - 18:21, 78:24
black [1] - 264:19
BlackBerries [1] - 108:3
Blake [2] - 2:7, 252:10
blamed [1] - 64:11
Blessey [1] - 71:1
block [3] - 266:16, 266:17, 266:18
blockness [3] - 253:22, 266:10, 266:16
blue/brown [1] - 167:14
Board [3] - 114:9, 274:4, 274:16
board [19] - 34:14, 90:23, 132:22, 158:16, 158:18, 158:22, 159:15, 159:18, 159:20, 160:3, 161:9, 162:2, 162:7, 162:9, 166:8, 166:11, 245:22, 246:3, 274:7
boards [1] - 34:6
boat [7] - 9:25, 75:24, 76:1, 79:11, 101:24, 123:14, 218:20
boats [1] - 75:7
Bob [1] - 137:20
Bonvillain [1] - 1:19
book [1] - 211:7
BOSTON [1] - 133:24
Boston [2] - 248:6
bottle [1] - 46:20
bottom [22] - 12:12, 19:25, 32:20, 56:16, 56:19, 56:21, 62:18, 109:10, 132:25, 135:24, 156:24, 166:19, 193:15, 254:13, 263:24, 264:5, 269:14, 269:23, 275:3, 275:6, 275:19, 286:16
bought [1] - 17:12
bound [1] - 60:2
boundaries [1] - 53:14
Boutet [1] - 1:19
BOW [1] - 117:24
bow [28] - 68:8, 126:16, 152:6, 153:4, 160:19, 185:19, 189:17, 190:19, 195:24, 195:25, 196:17, 196:19, 196:24, 225:21, 244:1, 244:6, 255:6, 261:11, 261:13, 261:15, 262:1, 262:9, 272:9
bows [2] - 189:6, 190:20
box [1] - 20:6
boxes [1] - 264:19
boy [1] - 126:17
brand [1] - 103:23
BRASILIA [1] - 117:5

break [16] - 85:7, 91:22, 124:23, 165:9, 177:24, 180:10, 182:25, 204:4, 214:25, 217:21, 246:25, 247:1, 247:3, 247:5, 269:11, 271:19
breaks [1] - 93:20
breasted [3] - 9:11, 18:4, 18:6
breasted-up [1] - 9:11
BREATHWIT [2] - 3:8, 8:3
Breathwit [18] - 7:18, 8:7, 8:10, 26:9, 30:2, 61:23, 62:24, 63:1, 64:7, 64:14, 73:4, 74:1, 75:4, 82:16, 121:2, 233:4, 234:5, 234:10
bridge [69] - 40:12, 41:4, 42:3, 42:16, 43:1, 43:4, 43:17, 46:10, 47:1, 48:6, 49:24, 50:2, 50:10, 50:20, 51:3, 52:4, 52:18, 52:23, 91:25, 95:5, 123:19, 134:25, 143:12, 144:4, 145:11, 145:16, 150:15, 153:10, 163:16, 164:24, 167:17, 167:19, 167:22, 168:3, 171:3, 171:11, 179:12, 180:14, 180:18, 180:21, 181:1, 181:3, 181:22, 192:12, 195:23, 201:7, 201:18, 202:3, 202:6, 202:9, 202:17, 202:19, 203:19, 204:12, 204:13, 207:3, 208:8, 209:14, 210:4, 210:14, 212:14, 214:24, 215:13, 226:10, 282:12, 282:14, 289:14
bridge-to-bridge [1] - 289:14
brief [1] - 148:9
briefing [1] - 6:15
briefly [4] - 104:2, 160:25, 169:15, 200:14
bring [4] - 46:23, 92:24, 141:13, 255:1
bringing [1] - 238:24
broke [1] - 166:9
broken [1] - 134:21
Brooksie [1] - 1:19
brought [7] - 33:24, 74:14, 91:9, 92:5, 92:16, 235:10, 235:11
BROWN [1] - 1:16
Brown [3] - 120:24, 162:4, 295:23
brown [1] - 121:2
Brunswick [2] - 90:9, 90:19
buffer [1] - 12:7
built [1] - 282:16
bulk [1] - 95:17
bull's [1] - 193:7
bull's-eye [1] - 193:7
bunch [1] - 296:24
buoy [2] - 130:6, 131:14
buoyancy [1] - 285:12
buried [1] - 53:11
business [6] - 30:22, 32:1, 48:22, 87:1, 87:25, 88:2
business-type [1] - 87:25
busy [1] - 34:15
butane [2] - 36:7, 103:14
buys [2] - 14:5, 14:6
Buzbee [1] - 72:1
BW [147] - 2:11, 2:11, 32:15, 47:18, 73:20, 79:20, 101:25, 102:20, 103:16, 104:16, 104:18, 104:21, 104:24, 105:7, 105:15, 105:25, 106:1, 106:22, 107:7, 107:13, 109:7, 109:12, 109:22, 109:25, 110:4, 110:7, 111:20, 112:23, 114:16, 116:5, 116:21, 116:23, 117:14, 118:15, 119:11, 119:25, 120:6, 128:16, 132:3, 136:13, 137:12, 140:13, 141:25, 142:1, 142:4, 142:7, 142:10, 142:13, 144:10, 148:12, 150:12, 150:13, 154:7, 155:1, 155:3, 155:12, 155:16, 156:17, 156:21, 159:3, 165:2, 166:11, 168:10, 169:3, 169:6, 169:9, 173:8, 173:16, 183:21, 184:1, 184:5, 184:15, 185:2, 186:4, 186:9, 187:22, 188:13, 191:14, 191:15, 191:24, 193:5, 193:15, 193:22, 194:4, 194:8, 194:18, 194:20, 195:8, 195:16, 195:24, 196:11, 196:15, 197:13, 198:5, 198:8, 198:24, 199:10, 206:24, 218:21, 241:20, 241:23, 243:19, 244:1, 244:19, 244:22, 245:20, 245:24, 246:5, 246:8, 252:22, 253:8, 253:19, 257:5, 259:10, 263:9, 263:19, 264:11, 266:11, 266:19, 268:4, 275:10, 276:2, 276:24, 277:12, 277:17, 277:19, 279:7, 279:21, 280:2, 281:2, 281:5, 282:19, 282:21, 284:1, 288:3, 289:15, 291:9, 291:16, 292:4, 295:16, 297:14, 297:19
BW's [2] - 111:12, 119:2
BW-57 [1] - 183:15
BW-67 [2] - 200:15, 221:5
BY [97] - 8:6, 11:1, 11:9, 12:11, 13:3, 15:2, 19:9, 26:8, 27:5, 39:3, 46:25, 49:15, 55:4, 62:21, 69:6, 70:16, 71:23, 73:11, 73:25, 75:3, 79:24, 82:14, 83:20, 86:6, 92:25, 98:21, 106:17, 108:15, 111:11, 115:4, 115:9, 115:12, 116:18, 119:24, 132:20, 134:8, 137:19, 143:2, 146:9, 151:14, 151:18, 152:17, 158:21, 159:2, 159:7, 159:13, 162:1, 162:22, 163:2, 166:3, 168:8, 173:14, 179:21, 183:16, 184:10, 187:9, 188:20, 193:4, 193:14, 193:21, 195:5, 195:15, 195:21, 196:4, 197:4, 197:8, 197:14, 197:20, 198:2, 198:19, 198:22, 199:22, 200:13, 201:22, 204:10, 208:3, 212:6, 212:25, 216:2, 217:15, 218:10, 231:22, 239:12, 240:2, 240:6, 241:5, 241:11, 242:11, 244:16, 248:4, 252:14, 257:9, 257:16, 266:24, 286:15, 289:25, 293:17
bypass [1] - 179:10
bypassed [1] - 179:11

## C

calculate [3] - 290:11, 291:20, 293:19
calculated [3] - 78:20, 255:14, 290:19
calculation [6] - 45:16, 82:5, 130:22, 130:24, 255:25, 292:6
Calder [1] - 1:24
canal [3] - 235:22, 251:9, 251:11
Canal [3] - 32:22, 251:1, 251:4
candor [1] - 219:6
cannot [4] - 259:15, 260:4, 262:18, 284:21
capabilities [2] - 20:25, 28:19
capability [1] - 293:18
capable [2] - 61:10, 185:11
capacity [6] - 153:19, 256:9, 256:24, 258:13, 286:2, 293:23
CAPE [1] - 117:5
CAPTAIN [4] - 3:8, 3:12, 8:3, 86:3
captain [39] - 8:11, 15:10, 39:23, 72:23, 72:24, 74:11, 75:5, 75:6, 82:23, 83:1, 86:13, 86:16, 86:18, 88:6, 88:9, 89:11, 90:11, 97:3, 99:5, 104:11, 108:16, 123:24, 140:6, 141:22, 145:5, 186:16, 195:23, 201:8, 202:9, 204:3, 205:13, 206:7, 213:19,

245:11, 272:3, 283:21, 285:25
Captain [238] - 7:18, 7:20, 8:7, 12:21, 13:9, 13:11, 13:15, 13:21, 14:1, 14:13, 14:18, 15:6, 16:11, 16:19, 17:15, 19:14, 23:13, 23:25, 24:21, 24:24, 25:9, 26:9, 26:12, 26:22, 27:20, 27:25, 29:22, 36:20, 36:22, 37:1, 37:9, 37:16, 38:1, 38:18, 40:10, 40:19, 42:6, 45:5, 47:5, 48:2, 48:4, 49:5, 58:20, 58:22, 61:23, 62:4, 62:22, 62:23, 62:24, 64:7, 64:11, 64:14, 64:17, 65:6, 65:9, 67:25, 71:5, 71:10, 71:22, 73:4, 74:1, 74:3, 75:4, 75:10, 75:23, 75:24, 77:3, 77:17, 78:4, 79:19, 82:15, 83:2, 83:6, 83:8, 83:13, 83:17, 85:5, 85:17, 85:18, 86:7, 89:22, 91:17, 95:8, 101:2, 101:12, 102:5, 103:9, 103:12, 104:15, 106:6, 106:18, 107:16, 107:20, 110:22, 112:8, 113:21, 114:9, 115:5, 115:6, 115:16, 115:23, 116:19, 117:5, 118:3, 118:14, 119:11, 119:20, 119:25, 120:23, 121:1, 121:8, 121:12, 121:13, 121:17, 121:19, 121:21, 122:4, 122:21, 123:9, 123:10, 123:17, 124:9, 124:12, 124:19, 124:20, 125:10, 125:13, 126:2, 126:13, 126:22, 127:2, 127:24, 128:25, 129:1, 129:22, 130:20, 131:1, 133:14, 134:3, 134:9, 134:20, 136:4, 136:7, 136:8, 136:16, 136:20, 137:7, 137:20, 138:7, 138:14, 138:15, 138:16, 138:23, 142:3, 142:4, 142:24, 143:3, 143:12, 143:25, 144:9, 144:10, 144:20, 144:23, 145:13, 146:10, 147:23, 148:15, 149:6, 149:9, 149:12, 152:3, 153:1, 153:12, 154:14, 154:18, 154:20, 159:3, 159:23, 160:13, 160:15, 160:24, 161:22, 165:22, 165:23, 166:4, 166:24, 167:13, 168:9, 168:10, 168:13, 168:14, 171:9, 180:12, 182:20, 183:17, 183:20, 184:14, 186:16, 186:17, 187:10, 194:7, 194:24, 195:22, 198:13, 199:6, 200:15, 202:20, 203:18, 203:21, 205:25, 215:22, 217:16, 237:17, 241:12, 241:18, 241:23, 242:1, 242:18, 242:22, 243:6, 243:14, 243:19, 244:11, 246:20, 297:18
captain's [1] - 86:17
captained [1] - 9:25
captaining [2] - 9:1, 126:1
captains [2] - 29:3, 113:23
capture [2] - 115:20, 171:16
car [3] - 76:11, 81:20, 229:8
card [2] - 132:19, 132:25
Cardenas [1] - 6:7
cards [6] - 131:21, 131:25, 132:4, 132:5, 132:11, 132:13
careen [1] - 46:14
careening [3] - 46:11, 68:19, 224:3
career [3] - 17:25, 88:21, 88:25
careful [2] - 38:24, 54:21
cargo [3] - 92:21, 92:23, 170:8
cargos [1] - 103:15
Carolina [1] - 27:8
carried [7] - 178:4, 229:24, 253:16, 259:3, 269:19, 269:20, 276:7
carrier [5] - 33:10, 33:14, 36:6, 74:7, 103:14
carries [1] - 103:14
carry [6] - 269:5, 275:5, 275:13, 280:22, 292:9, 292:15
case [94] - 5:6, 5:9, 5:15, 5:16, 7:23, 10:10, 27:14, 31:21, 32:11, 71:4, 71:16, 71:17, 73:12, 73:14, 74:10, 77:19, 85:20, 96:9, 96:11, 97:5, 97:6, 97:11, 98:8, 99:13, 100:18, 101:2, 101:17, 102:5, 102:11, 102:17, 107:17, 110:25, 115:14, 118:11, 130:7, 140:13, 145:20, 154:3, 154:6, 158:4, 159:10, 168:14, 170:8, 172:20, 178:25, 182:17, 183:2, 183:23, 186:21, 187:19, 190:1, 194:12, 202:16, 212:3, 212:7, 225:6, 225:25, 247:19, 250:5, 250:7, 250:9, 250:21, 250:22, 250:24, 250:25, 251:1, 251:3, 251:15, 251:18, 251:21, 252:1, 252:6, 254:8, 261:25, 262:15, 263:19, 264:25, 265:17, 266:2, 268:16, 270:4, 270:11, 270:13, 271:21, 272:14, 273:2, 276:6, 277:21, 279:11, 281:20, 284:15, 288:2, 294:7
cases [8] - 31:18, 87:4, 96:5, 185:16, 223:13, 250:2, 250:4, 254:12
casting [1] - 64:2
catch [1] - 18:19
catching [1] - 18:23
caught [3] - 91:21, 228:18, 237:20
CAUSE [2] - 1:9, 1:13
caused [4] - 69:15, 148:10, 251:9, 288:8
causes [3] - 274:5, 275:8, 285:12
causing [2] - 66:5, 261:4
cell [1] - 72:17
center [1] - 156:5
centerline [29] - 79:17, 105:16, 106:10, 108:24, 109:11, 112:3, 112:5, 114:17, 117:10, 117:20, 118:5, 118:7, 125:2, 184:5, 184:16, 185:3, 187:13, 188:1, 188:8, 189:11, 192:6, 192:24, 193:22, 193:24, 193:25, 198:5, 198:12, 198:25, 241:19
century [1] - 249:5
certain [10] - 137:1, 146:22, 179:4, 192:21, 201:10, 232:25, 243:20, 251:14, 270:2, 291:14
certainly [37] - 23:24, 83:2, 87:17, 97:10, 110:9, 113:4, 114:19, 118:1, 118:23, 122:1, 125:24, 127:8, 128:13, 131:20, 133:7, 135:23, 142:12, 146:2, 150:14, 160:11, 164:6, 164:16, 174:25, 177:12, 196:18, 211:24, 223:19, 226:15, 229:4, 230:1, 233:15, 235:3, 242:21, 260:21, 289:7, 295:14
certainty [3] - 170:7, 181:15, 182:4
CERTIFICATE [1] - 298:4
Certificate........................ [1] - 3:6
certificates [1] - 95:2
certification [1] - 28:24
certify [1] - 298:5
chain [1] - 32:10
chair [2] - 89:24, 104:14
challenge [8] - 58:6, 58:18, 202:15, 203:9, 204:16, 205:1, 208:12, 221:14
challenged [6] - 40:5, 48:25, 202:17, 202:24, 203:6, 222:12
challenging [5] - 204:11, 204:14, 204:19, 222:11,

283:17
champion [1] - 74:15
chance [4] - 63:18, 78:16, 108:18, 237:1
chances [1] - 241:20
change [8] - 80:20, 122:22, 129:9, 129:17, 129:21, 136:25, 226:22, 288:8
changed [4] - 47:23, 221:2, 233:20, 238:16
changes [3] - 125:17, 221:6, 243:5
changing [5] - 129:15, 136:24, 202:12, 238:9, 250:13
Channel [49] - 8:20, 9:10, 9:18, 10:3, 68:23, 99:2, 99:4, 99:9, 118:20, 136:22, 139:6, 139:8, 139:11, 139:17, 139:21, 140:22, 140:24, 145:5, 146:2, 167:11, 173:5, 178:11, 187:11, 187:13, 188:2, 188:9, 198:14, 200:17, 201:12, 201:25, 214:9, 215:8, 216:12, 216:20, 217:3, 223:17, 259:7, 259:17, 263:22, 264:3, 265:3, 265:11, 269:15, 269:23, 270:20, 275:1, 275:3, 278:20, 281:15
channel [107] - 16:5, 16:17, 42:9, 42:11, 47:18, 50:6, 53:12, 53:16, 55:19, 56:5, 56:10, 56:14, 68:17, 74:21, 77:24, 79:15, 82:18, 93:5, 93:6, 94:21, 94:25, 105:18, 106:4, 107:6, 109:14, 109:15, 110:12, 110:16, 112:20, 114:5, 119:16, 120:7, 120:21, 122:3, 122:15, 122:17, 123:3, 124:17, 124:25, 125:12, 127:11, 127:20, 127:22, 127:23, 134:12, 135:8, 135:12, 139:18, 142:14, 154:15, 154:19, 154:22, 154:25, 155:9, 155:12, 155:24, 155:25, 156:1, 157:3, 157:5, 157:10, 157:13, 157:14, 157:15, 157:21, 158:6, 169:6, 174:23, 183:1, 188:3, 192:16, 192:22, 198:4, 210:17, 216:12, 216:25, 217:1, 218:5, 230:10, 232:10, 234:12, 234:25, 235:22, 235:24, 236:1, 236:4, 236:7, 236:9, 236:11, 237:7, 238:3, 254:24, 259:7, 263:24, 263:25, 264:6, 265:8, 271:19, 272:4, 275:6, 278:19, 280:12, 281:1, 281:5
channels [11] - 8:18, 94:14, 94:18, 100:12, 100:17, 120:19, 120:20, 158:5, 158:8, 178:4, 259:3
characteristics [9] - 99:24, 103:25, 104:10, 137:8, 152:14, 167:4, 265:16, 274:12, 281:21
charge [5] - 50:18, 123:14, 123:17, 143:7, 143:11
Charpentier [131] - 12:21, 13:11, 13:22, 15:6, 19:14, 23:16, 36:22, 37:1, 38:15, 39:5, 39:9, 39:13, 39:16, 40:20, 41:15, 41:18, 41:19, 41:23, 42:4, 42:14, 42:16, 42:20, 44:13, 44:15, 44:17, 44:20, 44:21, 44:24, 45:8, 45:20, 45:24, 46:2, 46:13, 47:1, 47:23, 52:20, 52:22, 55:17, 55:18, 57:16, 58:19, 58:20, 59:24, 60:9, 62:4, 62:25, 63:2, 63:14, 63:25, 64:6, 64:9, 64:11, 64:17, 64:18, 64:22, 64:24, 68:19, 74:3, 75:24, 78:4, 81:6, 81:7, 83:8, 89:22, 123:18, 124:6, 124:20, 126:13, 127:3, 129:1, 130:21, 134:10, 134:20, 135:2, 136:8, 136:16, 136:20, 137:7, 138:14, 142:3, 142:24, 143:3, 143:12, 143:25, 144:9, 144:23, 145:13, 146:10, 147:23, 148:16, 149:6, 149:12, 150:14, 153:10, 153:12, 154:14, 154:18, 154:20, 159:23, 160:15, 160:25, 163:14, 166:24, 167:13, 168:14, 180:2, 180:12, 186:16, 202:20, 203:19, 203:21, 215:12, 215:18, 217:18, 223:22, 227:11, 228:2, 230:10, 230:12, 230:14, 231:16, 231:17, 231:23, 236:25, 237:12, 237:13, 244:18, 244:21, 244:24
Charpentier's [5] - 45:4, 64:20, 75:11, 123:10, 245:25
chart [21] - 53:21, 53:25, 54:2, 56:21, 56:23, 57:1, 57:4, 93:25, 183:22, 184:15, 185:9, 233:3, 235:9, 235:13, 235:15, 235:20, 235:21, 236:4, 236:6, 236:11
charter [1] - 97:16
charts [2] - 53:24, 75:18
chased [1] - 42:10
check [6] - 24:17, 41:12, 41:18, 55:11, 212:15, 212:19
checked [1] - 24:18
checking [12] - 11:17, 12:3, 13:11, 13:21, 15:3, 41:2, 71:21, 78:18, 224:10, 224:12, 224:24, 226:4
Chicken [2] - 187:17, 187:20
chief [1] - 130:19
choice [2] - 226:23, 228:14
choices [2] - 57:11, 236:21
choose [6] - 267:17, 267:20, 267:22, 267:24, 268:1, 269:17
choosing [1] - 240:13
chose [1] - 268:2
chosen [1] - 163:17
Christi [1] - 92:4
circulated [1] - 5:8
circumstance [2] - 97:9, 122:13
circumstances [5] - 129:19, 213:5, 213:8, 240:11, 240:12
cite [1] - 98:19
CL [2] - 115:23, 116:19
claim [1] - 169:11
claiming [2] - 72:1, 250:11
claims [1] - 42:7
clarification [2] - 161:21, 182:10
clarified [1] - 161:20
clarify [1] - 188:7
clarity [1] - 22:23
Clark [2] - 1:23, 2:2
class [12] - 88:12, 88:22, 90:23, 94:5, 95:5, 95:8, 167:3, 167:10, 167:15, 167:18, 168:3, 282:25
classes [1] - 95:7
clear [14] - 26:21, 57:7, 61:21, 84:12, 110:1, 189:9, 212:21, 213:17, 255:7, 263:7, 274:25, 286:1, 289:7, 295:6
clear-cut [1] - 286:1
clearance [32] - 66:15, 130:18, 174:5, 174:6, 174:13, 175:8, 175:14, 176:9, 176:10, 176:14, 176:20, 176:24, 250:9, 254:12, 263:25, 264:1, 264:6, 264:7, 266:15, 268:3, 268:9, 269:2, 272:24, 275:12, 275:20, 278:25, 280:17, 280:21, 285:9, 285:24, 286:2, 286:4
clearances [1] - 289:6
cleared [2] - 287:17, 291:16
clearly [8] - 70:10, 201:13, 214:14, 215:24, 218:4, 240:14, 251:17, 272:1
client [1] - 75:2

clip [3] - 11:12, 13:7, 14:21
close [14] - 54:5, 100:6, 111:19, 117:9, 117:20, 125:4, 155:10, 174:14, 179:4, 197:13, 231:13, 251:5, 254:8, 266:18
closely [1] - 203:11
closer [12] - 14:5, 110:12, 112:2, 112:5, 113:5, 113:10, 114:17, 117:14, 163:4, 184:4, 198:5, 255:2
closes [1] - 199:13
closest [2] - 190:17, 266:9
closing [1] - 199:11
clutch [3] - 14:14, 14:18, 38:8
CO [1] - 1:13
coast [14] - 28:15, 28:18, 28:24, 29:5, 29:6, 29:17, 29:18, 29:21, 29:24, 93:20, 95:1, 249:16, 296:20, 296:22
Coast [1] - 8:13
coastlines [1] - 249:16
code [1] - 290:24
codes [2] - 292:10, 292:11
coefficient [1] - 266:16
coefficients [2] - 266:17, 266:18
cognizant [1] - 149:4
college [1] - 258:4
collide [3] - 66:10, 66:25, 69:11
collided [4] - 66:12, 68:5, 251:11, 290:5
collision [71] - 12:18, 16:9, 19:12, 19:13, 22:13, 23:8, 31:18, 35:6, 36:22, 46:4, 46:16, 47:8, 47:11, 47:14, 47:21, 47:24, 48:8, 63:13, 67:9, 67:11, 67:13, 68:2, 68:12, 70:11, 79:13, 80:18, 81:14, 81:15, 83:22, 83:23, 96:11, 101:19, 101:22, 102:3, 104:19, 121:9, 127:25, 129:23, 161:2, 161:7, 161:8, 161:12, 162:5, 162:13, 163:11, 164:5, 164:8, 164:13, 165:3, 166:12, 180:23, 202:11, 203:20, 203:24, 213:25, 218:18, 218:23, 224:4, 225:1, 226:13, 227:22, 227:23, 228:4, 228:12, 228:13, 228:15, 228:17, 240:8, 274:18, 290:6, 294:11
collision-avoidance [1] - 224:4
comfortable [2] - 8:2, 177:12
coming [17] - 47:18, 54:6, 81:24, 83:24, 84:2, 92:3, 122:25, 156:24, 157:16, 157:23, 188:21, 193:15, 194:1, 235:2, 238:10, 251:5, 251:8
command [6] - 17:9, 17:10, 41:25, 42:1, 75:16, 79:12
comment [8] - 139:20, 152:10, 167:24, 167:25, 259:16, 278:7, 283:2, 292:24
comments [2] - 121:4, 177:10
commercial [4] - 290:24, 292:10, 292:18, 293:20
committed [4] - 21:15, 21:19, 21:21, 22:2
common [7] - 51:22, 51:23, 188:12, 188:16, 215:16, 223:1, 263:15
commonly [1] - 158:8
communication [2] - 222:17, 289:18
communications [4] - 40:16, 282:11, 289:14
community [1] - 263:16
companies [1] - 31:4
company [10] - 30:7, 30:14, 30:17, 30:18, 33:1, 34:15, 75:7, 172:20, 206:8, 212:9
compare [1] - 23:2
compared [2] - 98:5, 254:15
compares [1] - 282:18
comparison [2] - 113:15, 113:16
comparisons [1] - 98:3
competency [4] - 292:5, 292:8, 292:14
competent [5] - 29:7, 51:17, 145:10, 145:16
COMPLAINT [1] - 1:12
complaints [2] - 118:16, 282:23
complete [4] - 26:13, 26:22, 49:6, 294:20
completed [2] - 220:2, 255:25
completely [4] - 19:22, 19:23, 42:2, 73:8
compliance [1] - 209:7
comply [1] - 58:23
complying [3] - 39:17, 85:25, 247:17
computation [2] - 292:15, 292:19
computational [5] - 290:24, 291:3, 291:7, 292:9, 293:6
computations [2] - 263:13, 290:23
computer [4] - 2:22, 50:19, 249:8, 294:5
computer-assisted [1] - 2:22
concentration [1] - 88:1
concept [3] - 130:2, 149:23, 249:12
concern [5] - 20:23, 133:1, 142:3, 142:23, 143:4
concerned [2] - 168:22, 199:7
concluded [5] - 274:8, 274:11, 274:16, 287:16, 292:25
conclusion [5] - 183:11, 183:13, 219:24, 256:20, 256:21
conclusions [4] - 183:5, 183:6, 246:11, 266:21
condition [3] - 99:19, 160:18, 276:2
conditions [2] - 178:6, 213:8
conduct [2] - 120:19, 121:7
conferring [1] - 181:7
confidence [1] - 236:14
configuration [2] - 9:14, 122:11
configurations [1] - 266:4
confines [1] - 25:6
confirm [5] - 16:23, 16:25, 22:15, 190:12, 242:15
conflating [1] - 241:1
confused [11] - 37:18, 37:20, 38:1, 38:3, 38:10, 38:13, 38:14, 38:18, 38:21, 39:4, 39:24
confusion [3] - 39:6, 39:18, 136:15
conn [6] - 129:1, 136:24, 137:9, 192:12, 202:5, 217:17
connect [1] - 71:8
Connecticut [2] - 97:7, 98:17
connection [7] - 115:13, 166:12, 176:17, 200:20, 200:22, 263:23, 264:25
conning [2] - 123:18, 152:23
consequence [2] - 288:4, 288:6
consequences [1] - 288:16
consider [19] - 33:25, 34:2, 93:6, 131:9, 136:23, 161:1, 161:11, 162:12, 162:15, 167:2, 179:22, 186:14, 204:19, 226:14,

269:22, 272:13, 280:4, 280:13, 280:19
considerably [2] - 156:6, 233:25
consideration [4] - 92:20, 153:11, 272:23, 289:9
considerations [1] - 174:1
considered [12] - 37:4, 90:22, 98:6, 157:15, 172:22, 172:24, 220:23, 222:1, 260:13, 290:23, 291:1, 293:5
considering [4] - 37:10, 37:16, 59:24, 162:20
consistent [2] - 186:7, 186:11
constant [1] - 142:21
constantly [2] - 212:14, 223:14
constrained [1] - 16:17
consultancy [3] - 95:11, 95:23, 96:2
consulting [1] - 87:1
contact [5] - 11:12, 25:25, 40:25, 142:21, 212:9
contacted [1] - 19:4
contain [2] - 132:6, 252:5
contained [3] - 270:7, 270:9, 282:7
container [4] - 100:5, 157:17, 157:24, 242:19
contemplate [1] - 121:25
contents [1] - 141:9
contest [1] - 65:18
context [1] - 140:3
contingencies [1] - 130:9
contingent [2] - 178:16, 178:22
continue [3] - 15:21, 21:11, 21:13
continued [6] - 2:1, 24:7, 70:1, 114:21, 123:4, 298:1
continuous [1] - 33:19
continuously [2] - 88:15, 210:17
contour [4] - 273:17, 273:24, 273:25, 289:5
contracting [1] - 30:25
Contractors [1] - 30:2
contradict [1] - 284:16
contributed [3] - 73:16, 160:8, 160:21
contributing [4] - 160:11, 260:11, 260:18, 274:9
contributory [1] - 221:17
control [55] - 18:8, 18:16, 32:12, 32:17, 36:7, 40:8, 42:4, 43:21, 43:22, 43:25, 44:1, 44:4, 47:3, 47:12, 47:15, 47:21, 47:24, 48:3, 53:5, 59:9, 59:21, 60:14, 80:19, 80:20, 80:22, 81:18, 81:19, 123:5, 128:19, 174:21, 177:18, 177:22, 178:16, 178:21, 191:2, 205:19, 218:2, 222:14, 224:2, 224:7, 224:9, 226:11, 237:21, 250:13, 260:11, 261:5, 277:19, 279:13, 284:4, 284:8, 284:15, 287:8, 287:12, 287:15, 287:17
controls [1] - 72:6
convening [1] - 167:14
conversation [6] - 136:7, 136:18, 148:9, 149:14, 181:17, 206:20
conversed [1] - 293:3
conversely [1] - 281:4
copy [6] - 4:15, 4:16, 87:7, 106:21, 141:13, 248:13
core [1] - 249:2
Corey [1] - 2:17
corner [4] - 19:25, 22:24, 107:10, 198:7
corporation [1] - 30:8
Corps [3] - 235:5, 235:9, 236:5
corpus [1] - 92:4
Corpus [1] - 92:4
correct [294] - 9:6, 10:7, 10:8, 11:10, 12:19, 13:7, 13:8, 13:13, 14:15, 15:5, 16:7, 16:10, 19:10, 19:11, 20:1, 20:3, 21:4, 23:1, 27:18, 28:3, 28:16, 28:19, 28:22, 29:8, 29:16, 30:3, 32:13, 33:12, 33:21, 33:22, 33:24, 34:4, 34:10, 34:11, 35:3, 36:4, 36:5, 36:8, 36:11, 36:14, 36:15, 36:23, 36:24, 38:8, 40:13, 41:22, 44:23, 46:6, 46:17, 46:18, 47:22, 47:25, 48:1, 48:13, 48:18, 50:11, 50:13, 51:8, 52:1, 52:3, 52:8, 52:9, 52:10, 53:24, 54:1, 57:19, 58:3, 58:4, 60:16, 60:24, 61:5, 61:18, 61:25, 62:1, 62:10, 62:13, 64:18, 64:19, 65:10, 65:11, 66:12, 67:1, 68:2, 68:6, 68:13, 69:11, 69:16, 71:3, 71:5, 71:6, 71:8, 71:9, 71:13, 71:14, 73:16, 74:13, 75:20, 75:25, 76:4, 76:5, 76:7, 76:11, 76:15, 76:22, 77:1, 77:14, 77:21, 77:25, 78:1, 78:13, 79:3, 79:8, 80:3, 80:10, 80:15, 80:21, 81:3, 81:23, 82:7, 82:8, 82:18, 82:19, 83:15, 84:23, 87:7, 92:1, 93:3, 94:3, 94:17, 95:12, 95:20, 97:4, 100:22, 103:1, 103:4, 103:21, 104:19, 106:19, 106:22, 109:4, 110:5, 111:25, 112:1, 113:3, 113:19, 113:21, 113:24, 114:12, 114:17, 116:15, 116:21, 117:14, 117:15, 117:22, 118:9, 118:16, 118:17, 118:20, 118:22, 119:16, 119:17, 123:20, 123:21, 124:7, 124:17, 126:4, 134:14, 138:8, 139:10, 139:13, 140:7, 141:23, 142:5, 142:11, 143:9, 143:13, 143:19, 150:18, 152:6, 153:3, 154:10, 156:15, 158:12, 164:1, 164:13, 165:3, 166:12, 168:19, 169:13, 171:14, 173:9, 179:25, 180:5, 182:21, 184:7, 184:12, 184:17, 186:18, 187:14, 187:25, 188:23, 190:6, 191:1, 192:3, 193:16, 193:23, 195:1, 196:8, 198:20, 198:23, 199:25, 201:4, 203:6, 203:25, 206:11, 207:14, 209:12, 210:8, 210:18, 211:18, 213:10, 214:3, 214:4, 214:6, 216:7, 216:9, 216:20, 218:14, 221:17, 222:8, 222:9, 222:15, 224:4, 224:19, 224:20, 224:21, 224:22, 225:3, 227:8, 227:19, 228:8, 229:14, 229:15, 232:16, 233:12, 235:16, 236:7, 236:8, 236:19, 237:5, 238:6, 240:14, 240:17, 240:18, 242:14, 242:17, 245:1, 245:3, 245:5, 245:7, 245:9, 245:11, 246:7, 248:13, 253:12, 257:23, 258:9, 258:21, 261:13, 261:23, 263:1, 264:3, 264:9, 265:11, 266:2, 267:3, 267:7, 267:11, 268:23, 271:9, 278:8, 284:19, 285:1, 286:24, 287:21, 287:24, 287:25, 289:10, 289:11, 290:12, 290:21, 294:2, 298:6
corrected [1] - 122:25
corrective [1] - 203:12
correctly [5] - 201:8, 205:3, 205:4, 209:9, 255:5
corresponded [1] - 268:7
cost [2] - 170:13, 170:16
counsel [7] - 108:16, 143:6, 156:9, 243:19, 247:23, 255:10, 286:6
Counsel [5] - 106:16,

108:12, 111:10, 115:1, 116:14
counsel's [1] - 108:14
counteract [1] - 293:20
counts [1] - 48:16
couple [16] - 82:10, 87:18, 88:20, 91:13, 97:20, 98:7, 98:12, 126:7, 131:9, 155:14, 155:23, 164:16, 189:21, 200:1, 217:17, 234:8
couple-of-page [1] - 98:7
course [23] - 16:2, 47:9, 62:5, 97:14, 110:2, 121:14, 121:16, 121:19, 124:18, 128:8, 138:22, 150:24, 153:18, 156:3, 167:19, 186:25, 230:10, 234:4, 242:9, 243:1, 250:13, 288:9, 293:25
COURT [118] - 1:1, 4:2, 4:7, 4:17, 4:21, 5:1, 5:4, 5:13, 5:18, 5:21, 6:3, 6:6, 6:18, 6:22, 7:1, 7:4, 7:7, 7:10, 7:14, 7:19, 8:1, 38:24, 39:2, 54:21, 55:2, 70:15, 71:18, 71:21, 73:2, 73:20, 73:22, 74:23, 75:1, 79:20, 79:22, 82:12, 85:5, 85:7, 85:11, 85:14, 85:18, 85:24, 86:2, 90:13, 90:16, 92:10, 92:13, 92:15, 92:18, 101:20, 106:16, 108:10, 111:9, 114:25, 115:3, 116:16, 119:21, 132:15, 134:3, 137:12, 137:14, 146:6, 151:13, 151:17, 152:16, 161:19, 161:22, 162:16, 165:10, 165:15, 165:18, 165:20, 166:1, 173:13, 188:17, 195:11, 207:25, 217:14, 218:8, 225:17, 231:21, 239:9, 240:5, 241:2, 241:8, 242:6, 244:14, 246:20, 247:1, 247:7, 247:9, 247:10, 247:15, 247:18, 247:23, 257:5, 257:7, 289:21, 293:7, 293:13, 293:16, 294:18, 295:2, 295:4, 295:12, 295:16, 295:23, 296:3, 296:10, 296:15, 296:18, 297:2, 297:4, 297:7, 297:19, 297:23, 297:25, 298:4
court [13] - 5:9, 7:21, 10:11, 35:11, 35:16, 70:23, 74:23, 96:14, 96:24, 219:3, 222:8, 239:8, 250:7
Court [22] - 2:19, 4:1, 4:15, 6:11, 6:22, 33:5, 97:8, 98:10, 98:20, 116:1, 116:12, 144:25, 165:25, 219:7, 239:9, 246:24, 248:16, 259:20, 279:10, 295:13, 297:7, 297:16
Court's [1] - 295:7
courtesy [1] - 137:2
courtroom [6] - 35:20, 37:21, 37:22, 38:4, 102:25, 114:2
courts [2] - 96:15, 96:20
cover [1] - 131:18
covered [1] - 131:8
covers [1] - 131:19
CPA/TCAP [1] - 208:21
crane [2] - 250:14, 250:15
crash [15] - 17:19, 19:2, 23:25, 24:7, 60:6, 76:13, 78:3, 78:15, 83:6, 122:6, 122:18, 203:16, 203:18, 204:5, 229:9
create [6] - 144:19, 276:14, 276:25, 277:3, 277:6, 278:21
created [8] - 36:11, 36:13, 189:10, 290:12, 290:20, 291:14, 291:20, 292:7
credit [1] - 255:10
crew [11] - 84:20, 84:22, 89:8, 99:18, 132:22, 139:12, 164:12, 209:18, 212:18, 227:8, 258:2
crews [1] - 201:24
criteria [2] - 204:11, 204:13
critical [2] - 77:18, 239:14
criticism [4] - 119:1, 144:12, 148:15, 154:7
criticisms [6] - 128:7, 133:4, 140:17, 147:19, 148:23, 150:22
criticize [1] - 246:5
criticized [4] - 140:12, 186:4, 246:6, 246:8
criticizing [1] - 128:5
Cross [6] - 3:9, 3:13, 3:13, 3:14, 3:16, 3:17
cross [8] - 116:10, 126:16, 198:11, 207:12, 218:8, 288:1, 289:21, 297:18
CROSS [6] - 26:7, 137:18, 166:2, 218:9, 257:8, 289:24
Cross-Examination [6] - 3:9, 3:13, 3:13, 3:14, 3:16, 3:17
cross-examination [2] - 116:10, 297:18
CROSS-EXAMINATION [6] - 26:7, 137:18, 166:2, 218:9, 257:8, 289:24
crosshairs [1] - 126:19
crossing [1] - 91:25
crowded [2] - 120:9, 144:22
crowding [2] - 186:4, 186:18
CRR [2] - 2:19, 298:9
cruise [1] - 259:11
cruising [10] - 250:8, 250:12, 251:8, 254:7, 254:14, 259:13, 260:4, 272:5, 275:9, 277:8
Cunningham [16] - 25:9, 25:14, 56:12, 62:12, 62:22, 62:23, 65:6, 65:19, 67:25, 77:17, 182:20, 183:6, 228:1, 236:25, 237:16, 245:5
Cunningham's [5] - 13:9, 65:9, 103:9, 138:7, 237:17
current [1] - 122:11
currents [1] - 280:23
curriculum [1] - 248:13
curve [1] - 177:9
curved [2] - 20:5, 199:2
cushion [7] - 128:22, 174:7, 243:7, 243:10, 272:21, 278:25, 279:12
customary [1] - 132:12
cut [4] - 225:20, 225:21, 286:1, 291:18
CV [7] - 27:2, 27:7, 27:9, 30:1, 74:14, 87:8, 94:1

## D

Dale [1] - 2:13
damage [2] - 6:14, 31:18
damages [3] - 6:12, 6:23, 295:7
danger [1] - 237:25
dangerous [5] - 36:3, 36:8, 36:13, 144:19, 225:24
dark [3] - 65:13, 65:14, 65:15
Darnell [1] - 2:16
DashCam [1] - 39:22
data [24] - 31:23, 49:2, 49:18, 49:21, 49:23, 51:16, 67:21, 75:18, 80:7, 81:4, 120:13, 185:12, 185:14, 185:15, 253:23, 254:1, 256:10, 259:12, 264:19, 273:11, 274:1, 282:2
Date [1] - 298:3
date [10] - 9:5, 23:11, 151:23, 154:2, 169:25, 171:5, 213:21, 213:25, 215:1, 215:14
dated [1] - 159:8
David [2] - 1:23, 290:1
DAY [1] - 3:1
daylight [3] - 109:22, 109:24, 110:3
days [2] - 91:13, 170:22

Days [1] - 1:16
dead [4] - 129:8, 227:13, 228:4, 237:2
deal [2] - 97:1, 192:17
dealing [2] - 62:2, 240:19
dealt [2] - 152:12, 187:21
debriefing [1] - 201:17
decide [6] - 59:19, 75:13, 75:14, 79:11, 143:22, 220:20
decided [6] - 30:23, 121:14, 213:9, 227:22, 275:13, 290:25
decides [1] - 283:14
deciding [1] - 278:15
decision [41] - 14:12, 14:14, 14:15, 24:22, 24:25, 42:18, 42:21, 42:22, 42:23, 42:25, 79:10, 80:5, 80:8, 80:25, 81:1, 81:4, 82:7, 84:8, 121:14, 126:2, 126:3, 126:4, 167:9, 174:2, 186:24, 202:18, 221:14, 226:7, 226:15, 236:23, 238:4, 239:14, 239:15, 239:22, 240:9, 240:11, 240:13, 240:14, 240:17, 240:22, 241:4
decisions [5] - 48:18, 75:19, 84:22, 241:13, 241:15
deck [2] - 258:10, 258:13
deckside [1] - 104:4
declaration [1] - 115:5
declined [2] - 98:13, 292:18
decrease [2] - 15:21, 254:23
decreased [2] - 15:13, 96:1
decreases [2] - 243:8, 243:12
decreasing [1] - 26:1
deep [14] - 12:7, 12:10, 59:5, 66:19, 68:24, 135:12, 150:7, 152:4, 160:18, 187:12, 208:14, 235:15, 262:7, 278:18
deep-draft [7] - 12:7, 12:10, 59:5, 66:19, 187:12, 208:14, 278:18
deep-laden [3] - 150:7, 152:4, 262:7
deep-loaded [1] - 68:24
deeper [2] - 16:16, 67:8
deepest [1] - 276:15
defendant [2] - 221:6, 221:15
defer [1] - 260:6
deferred [1] - 205:21
deficiency [1] - 167:21
define [6] - 272:12, 285:11, 285:15, 285:16, 287:12, 291:22
definition [2] - 125:15, 261:17
definitive [1] - 262:12
deflected [1] - 256:12
deflection [4] - 256:15, 282:5, 288:10, 288:12
degree [10] - 87:21, 87:25, 248:18, 261:18, 261:19, 261:21, 270:2, 270:3, 273:12
degrees [10] - 106:6, 106:7, 111:5, 112:18, 112:19, 122:3, 208:13, 208:18, 256:13
Delaware [6] - 91:7, 92:23, 93:4, 100:16, 133:10, 223:7
delaware [1] - 93:2
delay [2] - 110:14, 169:8
delayed [1] - 196:12
delaying [1] - 149:13
deliberations [1] - 160:2
delivered [1] - 135:4
DELOACH [1] - 199:3
demonstrates [1] - 68:1
denied [1] - 35:10
deny [1] - 35:12
departed [3] - 151:20, 152:19, 169:19
departing [1] - 169:19
departure [1] - 237:15
dependent [1] - 175:17
depicted [4] - 25:16, 65:19, 156:19, 199:23
depiction [4] - 184:7, 184:17, 185:7, 200:8
depicts [4] - 20:8, 66:3, 116:1, 116:3
deployment [1] - 249:15
deposed [2] - 138:18, 194:24
deposition [21] - 98:11, 102:13, 138:11, 139:15, 139:24, 140:6, 140:20, 141:2, 141:11, 141:14, 153:22, 183:18, 184:18, 186:6, 196:10, 200:15, 200:21, 203:1, 219:23, 220:24, 221:2
depositions [5] - 10:19, 102:10, 138:23, 220:4, 220:24
depth [14] - 122:15, 127:17, 130:17, 135:21, 178:15, 178:20, 233:10, 235:24, 235:25, 236:15, 253:3, 253:7, 271:13, 273:18
depths [5] - 111:15, 175:11, 253:22, 254:11, 273:25
describe [2] - 104:2, 145:1
described [8] - 104:23, 143:19, 144:16, 148:25, 149:20, 249:22, 283:5
description [4] - 101:16, 130:7, 256:7, 273:25
design [1] - 103:18
designated [1] - 28:6
designation [1] - 28:12
designed [3] - 259:11, 259:15, 259:25
designer [1] - 283:14
desk [1] - 75:4
despite [1] - 202:24
detail [2] - 120:25, 147:21
detailed [2] - 253:23, 282:8
details [1] - 287:10
determination [2] - 202:22, 292:6
determine [9] - 109:12, 130:13, 130:23, 213:5, 262:20, 270:18, 271:3, 293:23, 294:8
determined [3] - 204:14, 213:12, 256:10
determines [1] - 113:8
develop [2] - 202:12, 243:5
developed [2] - 121:13, 249:8
developing [6] - 145:2, 145:12, 145:17, 149:1, 182:7, 249:14
deviate [2] - 209:15, 209:18
deviates [1] - 209:6
devoted [1] - 95:23
diagram [1] - 237:17
diagrams [1] - 187:7
dialect [1] - 181:7
DIAMOND [1] - 117:5
dictate [1] - 189:24
difference [6] - 79:4, 135:6, 182:16, 182:18, 233:24, 234:7
different [27] - 30:23, 93:10, 93:21, 93:22, 120:13, 124:3, 150:5, 161:5, 178:1, 189:4, 189:14, 189:21, 228:7, 234:9, 244:4, 244:5, 264:18, 265:25, 266:4, 266:6, 267:3, 267:12, 269:17, 271:3, 273:20, 282:5
differently [4] - 37:2, 101:10, 260:6, 265:9
difficult [10] - 128:11, 128:14, 133:15, 133:20, 156:1, 160:19, 160:20, 206:25,

262:16, 283:17
difficult-handling [1] - 160:19
diffused [1] - 206:6
digital [3] - 4:15, 4:18
Dills [1] - 2:18
dimensions [2] - 156:2, 253:21
Dimitri [1] - 2:6
dip [1] - 152:5
direct [4] - 229:7, 229:14, 229:17, 229:22
Direct [3] - 3:9, 3:12, 3:16
DIRECT [3] - 8:5, 86:5, 248:3
directed [3] - 167:2, 167:14, 167:17
directing [1] - 124:4
direction [6] - 126:20, 243:2, 254:9, 254:10, 288:18, 291:24
directional [3] - 257:1, 281:21, 285:21
directionally [1] - 262:16
directions [4] - 89:21, 123:22, 254:7, 254:14
directly [2] - 138:2, 269:13
disagree [19] - 39:21, 44:8, 156:22, 159:20, 183:12, 190:11, 194:13, 232:2, 234:10, 240:15, 240:17, 245:16, 245:22, 246:4, 259:22, 260:12, 260:20, 261:6, 262:17
disagreed [1] - 59:3
disagreement [1] - 137:23
disagrees [4] - 228:1, 228:2, 246:13
disbelieve [1] - 37:14
discharge [1] - 170:19
discipline [1] - 291:1
disconnected [1] - 72:21
discourage [2] - 293:1, 293:5
discovered [1] - 98:15
discovery [1] - 220:2
discreet [1] - 40:16
discuss [2] - 140:17, 251:22
discussed [16] - 114:2, 173:3, 179:3, 200:14, 202:7, 202:21, 210:6, 213:14, 262:3, 265:5, 268:25, 281:25, 290:22, 292:23, 293:21, 295:18
discussing [3] - 120:19, 178:2, 273:6
discussion [10] - 125:13, 171:21, 171:23, 171:25, 172:2, 172:5, 172:7, 172:9, 188:24, 273:5
Discussion [1] - 297:22
discussions [4] - 113:25, 201:18, 281:24, 283:1
disorientated [1] - 40:2
displacement [1] - 190:18
display [6] - 186:10, 186:14, 188:4, 188:12, 198:8, 207:15
displayed [2] - 20:14, 25:9
displays [2] - 20:2, 119:9
dispute [1] - 44:6
disputing [4] - 42:2, 207:19, 207:20, 226:8
disregard [1] - 195:11
disrespectful [1] - 289:8
dissipation [1] - 69:20
distance [23] - 12:23, 14:5, 17:14, 23:2, 23:19, 23:21, 26:4, 52:24, 57:14, 105:20, 111:23, 155:7, 155:11, 206:21, 232:25, 251:6, 254:8, 254:15, 267:24, 268:1, 268:2, 269:6, 269:9
distances [5] - 83:14, 268:5, 268:6, 281:8
distill [1] - 36:25
distinguished [1] - 243:25
distraction [1] - 148:11
DISTRICT [2] - 1:1, 1:2
District [1] - 70:22
DIVISION [1] - 1:2
DNVGL [2] - 95:5, 95:8
dock [10] - 99:12, 130:5, 131:15, 153:2, 161:24, 162:21, 164:4, 164:11, 165:1, 210:11
docking [3] - 86:14, 86:15, 100:16
doctorate [1] - 250:18
document [8] - 173:10, 173:12, 200:14, 201:24, 203:2, 212:21, 213:23, 242:23
dominant [5] - 275:8, 275:11, 275:19, 279:6, 289:3
done [69] - 14:16, 17:11, 18:1, 18:4, 18:6, 22:11, 22:18, 23:14, 23:25, 24:3, 24:4, 24:10, 31:17, 34:9, 37:2, 38:8, 45:15, 49:3, 52:17, 59:2, 59:16, 63:1, 63:11, 63:17, 64:7, 65:6, 67:19, 67:20, 74:2, 78:3, 78:17, 79:25, 80:23, 81:20, 82:5, 84:17, 95:19, 101:10, 121:16, 127:2, 134:16, 146:11, 146:18, 146:21, 147:23, 148:3, 159:15, 164:13, 164:25, 183:4, 183:20, 183:24, 223:12, 228:16, 230:25, 231:25, 234:19, 234:21, 235:11, 237:1, 262:21, 262:22, 262:25, 263:11, 263:18, 265:9, 266:6, 274:4, 295:7
dormant [1] - 30:7
dotted [1] - 20:5
double [2] - 212:15, 212:19
double-check [2] - 212:15, 212:19
doubt [1] - 190:13
down [69] - 5:2, 15:11, 17:1, 18:15, 21:8, 21:12, 21:13, 25:22, 26:3, 32:20, 36:25, 39:11, 39:18, 45:17, 47:18, 48:11, 50:5, 51:14, 51:18, 51:25, 52:7, 57:8, 57:10, 57:13, 58:1, 58:2, 61:12, 61:17, 61:21, 64:16, 68:17, 69:22, 69:23, 74:22, 74:24, 85:5, 90:20, 92:13, 93:20, 114:25, 121:21, 127:22, 129:19, 146:1, 146:13, 146:23, 146:25, 147:1, 147:6, 147:7, 149:2, 153:4, 156:7, 166:17, 166:19, 201:11, 202:10, 204:9, 210:4, 215:5, 222:23, 231:20, 243:2, 244:10, 246:21, 261:11, 262:1, 262:9, 269:11
dozen [2] - 89:1, 96:14
dozens [1] - 42:10
draft [35] - 12:7, 12:10, 59:5, 66:19, 91:10, 91:11, 92:19, 93:16, 100:10, 111:13, 122:15, 134:6, 135:20, 150:13, 187:12, 208:14, 233:24, 253:3, 253:7, 253:8, 266:19, 275:24, 276:1, 276:9, 276:12, 276:15, 276:16, 276:23, 276:25, 277:8, 277:13, 278:18, 279:17, 279:20, 280:20
drafts [1] - 234:8
drastically [1] - 106:2
draw [3] - 256:20, 266:20, 266:21
drawing [5] - 93:24, 189:11, 233:21, 233:22, 233:23
drawings [4] - 283:23, 283:24, 284:1
drawn [2] - 122:15, 189:10
dredges [1] - 89:3
drew [1] - 256:21
DRIFT [8] - 107:10,

107:14, 194:5, 194:8, 194:22, 194:24, 195:2, 195:10
drive [7] - 75:24, 76:1, 89:14, 89:25, 215:17, 216:5, 229:8
driven [1] - 61:9
driving [1] - 104:14
drop [7] - 60:9, 135:21, 135:22, 136:1, 192:6, 198:25, 254:24
dropped [4] - 11:19, 14:20, 60:8, 135:14
dropping [1] - 60:13
duck [2] - 126:24, 127:4
ducks [1] - 228:20
due [4] - 160:16, 178:5, 186:25, 202:12
dues [1] - 32:24
duly [3] - 8:4, 86:4, 248:1
dumping [2] - 234:24, 296:24
Dunbar [1] - 2:17
duplicative [1] - 297:1
during [16] - 16:1, 90:3, 123:23, 170:24, 201:3, 204:11, 204:13, 262:2, 272:25, 277:24, 278:4, 282:12, 287:5, 287:11, 288:10, 297:17
duties [1] - 258:6
duty [1] - 219:6
dwell [1] - 67:24
dynamic [1] - 263:13
dynamics [4] - 120:24, 290:24, 291:7, 293:6

**E**

eagle [1] - 133:23
EAGLE [2] - 133:23, 133:24
ear [1] - 228:18
Earl [1] - 1:23
early [5] - 88:20, 125:2, 196:25, 249:4, 253:16
earned [1] - 248:23
ease [4] - 25:15, 25:21, 25:22, 111:4
easier [3] - 134:6, 158:8, 286:4
easily [2] - 42:17, 70:2
easing [1] - 25:20
east [18] - 53:10, 53:16, 55:19, 56:5, 56:11, 56:15, 57:12, 57:18, 57:20, 157:20, 232:21, 232:24, 233:5, 233:16, 233:17, 234:1, 234:11, 235:3
Eastern [1] - 70:21
Eastham [1] - 2:13
easy [3] - 37:13, 133:22, 288:10
ECDIS [21] - 43:5, 50:3, 50:7, 50:10, 50:15, 53:23, 181:23, 207:9, 207:17, 207:19, 210:20, 211:2, 211:5, 211:11, 211:12, 211:13, 212:13, 212:17, 212:19, 212:22, 245:14
Eckloff [4] - 90:1, 90:2, 90:10, 90:21
economics [2] - 87:22, 88:1
edge [11] - 56:18, 109:14, 110:12, 154:15, 154:19, 155:2, 155:9, 185:5, 234:24, 281:1
edges [1] - 56:6
education [1] - 290:10
educational [2] - 87:10, 248:16
effect [40] - 14:3, 66:5, 69:22, 109:5, 119:2, 126:16, 128:24, 174:7, 174:14, 174:20, 175:23, 175:24, 176:11, 176:16, 176:21, 176:23, 177:1, 177:11, 177:16, 180:5, 191:24, 204:6, 217:19, 256:1, 275:8, 275:11, 275:19, 277:15, 277:16, 278:12, 278:21, 278:25, 279:6, 279:12, 283:2, 285:5, 289:2, 289:3, 292:12
effective [1] - 211:11
effectively [2] - 211:14, 283:13
effectiveness [2] - 283:9, 285:23
effects [16] - 128:21, 146:14, 215:3, 215:7, 216:7, 243:6, 243:10, 272:11, 272:12, 272:13, 276:15, 277:1, 277:3, 289:9, 289:17
effectuate [1] - 191:14
effort [6] - 204:4, 208:25, 221:19, 221:20, 230:21, 231:2
eight [10] - 40:15, 93:21, 111:4, 111:5, 140:9, 236:12, 236:13, 271:5, 284:9, 284:18
eight-knot [1] - 284:18
either [15] - 58:1, 61:22, 65:15, 76:2, 83:13, 99:5, 118:15, 123:24, 138:10, 203:18, 206:13, 227:19, 264:13, 284:11, 295:8
elbow [12] - 116:8, 142:14, 156:4, 156:14, 156:16, 156:24, 156:25, 157:1, 184:6, 187:21, 199:17
electronic [4] - 75:17, 102:16, 102:23, 120:13
eliminate [1] - 212:15
emanating [1] - 20:5
emergency [4] - 52:13, 122:6, 122:18, 180:7
employed [1] - 90:21
employment [2] - 86:19, 87:11
encounter [6] - 263:14, 275:11, 278:4, 281:7, 287:11, 288:11
encountered [4] - 123:23, 172:3, 264:16, 287:21
encountering [1] - 253:20
end [12] - 9:9, 20:6, 44:3, 79:10, 85:9, 146:15, 165:14, 167:18, 199:13, 208:1, 283:16, 283:20
ended [3] - 80:6, 88:22, 110:6
endorsement [10] - 27:24, 28:1, 28:5, 28:7, 28:16, 29:16, 29:22, 29:23, 88:10, 94:5
endorsements [1] - 88:11
energy [2] - 249:13, 249:18
ENERGY [1] - 2:5
engine [9] - 24:12, 24:16, 24:19, 78:2, 106:7, 123:1, 177:23, 177:24, 258:4
engineer [1] - 258:3
Engineers [2] - 235:6, 235:9
Engineers' [1] - 236:5
engines [6] - 17:22, 24:19, 76:7, 76:14, 129:13, 129:14
English [4] - 113:5, 180:25, 181:4, 181:18
enlarged [1] - 106:21
ensure [2] - 109:25, 271:17
enter [1] - 295:13
entered [8] - 127:7, 127:9, 228:22, 229:4, 229:5, 230:7, 232:8
enterprises [1] - 86:22
entire [4] - 122:17, 130:8, 171:3, 212:21
entirely [1] - 204:6
entitled [1] - 298:7
entries [1] - 211:7
environment [4] - 259:1, 260:3, 271:15, 272:4
equal [1] - 61:7
equally [1] - 244:8
equation [1] - 238:24
equations [1] - 267:6
equipment [9] - 49:24, 50:24, 50:25, 53:23, 210:4, 210:14, 211:10, 211:16, 212:8
error [4] - 174:11, 198:11, 207:13, 212:15
especially [3] - 126:18, 215:7, 216:11

espousing [1] - 108:8
essence [1] - 48:9
essentially [2] - 31:1, 63:2
ET [2] - 1:6, 1:13
Eugene [2] - 2:6, 27:10
evaluate [11] - 44:5, 121:12, 127:24, 251:14, 256:9, 269:8, 270:8, 272:20, 284:11, 292:11, 292:25
evaluated [4] - 119:25, 172:25, 261:20, 294:5
evaluating [9] - 249:20, 251:25, 265:22, 276:8, 282:3, 290:16, 291:3, 292:16, 294:12
evaluation [2] - 121:6, 295:7
even-keel [1] - 92:22
evening [1] - 294:20
event [14] - 73:16, 181:20, 278:16, 288:22, 291:15, 291:21, 291:22, 291:23, 292:7, 293:20, 293:24, 293:25, 294:3, 294:9
events [4] - 32:10, 125:21, 125:23, 264:10
eventually [2] - 88:4, 93:15
everywhere [1] - 90:22
evidence [13] - 63:21, 101:4, 102:16, 121:7, 154:13, 154:17, 183:2, 240:24, 260:13, 261:25, 273:2, 281:20, 287:14
evidently [1] - 41:17
evolved [1] - 264:17
evolving [1] - 278:9
exact [8] - 81:13, 125:15, 153:7, 156:23, 173:23, 185:18, 245:12, 296:14
exactly [16] - 24:4, 60:16, 68:18, 68:21, 84:14, 155:10, 174:21, 174:22, 196:10, 198:15, 200:5, 213:20, 217:23, 221:4, 292:21, 292:23
exaggerated [2] - 128:22, 243:17
exam [2] - 93:24
Examination [15] - 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:16, 3:16, 3:17
EXAMINATION [15] - 8:5, 26:7, 73:24, 79:23, 82:13, 83:19, 86:5, 137:18, 166:2, 218:9, 241:10, 244:15, 248:3, 257:8, 289:24
examination [2] - 116:10, 297:18
examiner [1] - 28:6
example [4] - 172:5, 233:2, 266:7, 269:18
exceed [2] - 208:18, 214:14
excellent [1] - 248:8
except [2] - 51:9, 244:17
exception [1] - 297:8
excerpts [1] - 7:6
excess [3] - 129:24, 205:8, 205:10
excessive [3] - 128:17, 147:17, 173:22
exchange [8] - 124:5, 131:2, 131:5, 131:12, 131:18, 131:20, 136:24, 140:1
exchanges [2] - 123:11, 180:19
excuse [10] - 23:5, 27:10, 31:8, 151:16, 166:21, 194:4, 194:21, 210:22, 211:1, 211:12
executing [1] - 213:9
exercise [5] - 144:1, 144:5, 144:8, 162:4, 274:18
exercised [1] - 164:5
exercising [2] - 143:18, 147:24
exert [1] - 288:1
exerted [5] - 190:25, 258:25, 265:23, 266:14, 292:3
exerts [1] - 253:25
exhibit [4] - 30:1, 116:7, 197:17, 197:18
Exhibit [19] - 7:5, 10:23, 11:2, 87:6, 101:13, 106:18, 115:8, 158:25, 159:3, 166:15, 166:18, 184:9, 187:6, 193:2, 197:25, 200:11, 218:12, 252:9, 297:2
exhibited [2] - 26:12, 26:22
Exhibits [5] - 10:15, 296:13, 297:8, 297:15, 297:19
exhibits [13] - 4:4, 5:4, 7:3, 85:8, 100:21, 103:6, 108:25, 198:1, 295:1, 295:13, 296:5, 296:16, 296:20
Exhibits......................... [3] - 3:3, 3:4, 3:5
existence [2] - 261:21, 280:12
exit [3] - 56:10, 158:6, 238:2
exiting [1] - 184:6
EXONERATION [2] - 1:9, 1:14
expand [1] - 131:17
expanded [1] - 249:17
expect [10] - 21:11, 75:23, 82:23, 82:25, 130:9, 130:16, 144:4, 144:18, 145:15, 231:8
expectation [1] - 82:21
expected [4] - 143:25, 145:10, 177:13, 222:20
expects [1] - 212:22
experience [23] - 17:17, 42:8, 44:10, 60:2, 68:23, 74:11, 74:20, 82:4, 82:17, 82:20, 83:2, 87:11, 120:15, 132:8, 136:21, 152:11, 152:18, 152:21, 174:14, 174:20, 202:14, 258:17, 281:17
experienced [7] - 82:23, 118:24, 149:16, 214:25, 217:16, 279:7, 288:3
experiences [1] - 278:25
experiencing [1] - 146:15
experiment [3] - 267:19, 293:1, 293:3
experimental [1] - 267:21
experiments [7] - 253:17, 268:4, 268:5, 269:19, 290:18, 290:25, 291:6
expert [30] - 7:18, 10:9, 10:12, 73:12, 73:14, 74:8, 87:1, 96:5, 96:16, 96:20, 96:24, 104:23, 106:22, 128:3, 153:15, 153:19, 154:6, 164:18, 164:20, 169:16, 179:20, 189:25, 219:2, 220:3, 259:20, 260:7, 260:9, 260:17, 261:2, 284:14
expert's [2] - 162:16, 162:17
expertise [3] - 249:2, 258:9, 291:19
experts [9] - 104:22, 108:23, 114:24, 128:2, 134:15, 158:4, 182:17, 183:21, 262:15
explain [6] - 6:4, 66:8, 107:4, 190:22, 243:20, 254:5
explained [4] - 97:20, 107:2, 133:5, 186:6
explains [1] - 190:5
exploring [1] - 256:3
expose [1] - 237:8
exposed [1] - 237:25
exposing [1] - 25:14
exposure [1] - 95:18
express [6] - 222:17, 223:6, 260:4, 262:18, 283:18, 284:21
expressed [3] - 142:3, 142:24, 143:4
extensively [1] - 290:23

extensivity [1] - 269:10
extent [8] - 192:9, 246:4, 262:14, 265:6, 269:24, 273:18, 282:6, 284:14
extra [4] - 105:19, 134:19, 135:9, 137:4
extreme [2] - 154:15, 154:19
extremes [1] - 53:13
extremities [1] - 57:22
eye [7] - 91:21, 93:15, 142:18, 142:19, 193:7, 224:11, 226:2

## F

face [3] - 45:21, 63:23, 236:22
facility [1] - 169:24
fact [28] - 35:11, 49:19, 49:20, 64:20, 66:23, 69:10, 81:5, 82:6, 119:1, 135:1, 145:10, 147:9, 168:19, 195:11, 202:24, 203:7, 208:18, 211:2, 211:6, 215:20, 227:16, 227:23, 228:9, 228:11, 228:13, 236:12, 245:13, 282:23
factor [9] - 67:7, 160:11, 175:20, 176:4, 260:11, 261:4, 266:7, 281:19, 285:5
factors [10] - 66:22, 68:8, 69:12, 113:8, 133:19, 189:23, 205:5, 208:10, 260:2, 285:24
facts [2] - 270:10, 270:13
faculty [1] - 248:25
fail [1] - 162:15
failed [1] - 162:4
failure [2] - 221:14, 260:17
fair [12] - 98:25, 125:8, 133:7, 140:15, 142:6, 148:18, 152:11, 177:14, 210:3, 221:18, 253:6, 264:24
faith [1] - 291:5
fall [1] - 192:20
falling [5] - 191:17, 191:18, 191:19, 191:20, 192:17
familiar [8] - 17:19, 103:24, 130:2, 138:15, 141:8, 270:10, 270:13, 294:6
familiarization [1] - 99:16
Fannin [1] - 2:2
far [45] - 14:15, 30:24, 53:13, 57:9, 57:22, 58:2, 61:24, 66:10, 66:11, 66:18, 66:24, 66:25, 68:4, 68:5, 68:11, 69:10, 70:2, 78:8, 82:2, 86:19, 93:10, 109:4, 114:5, 120:21, 121:6, 121:23, 127:13, 135:7, 196:9, 220:18, 226:24, 227:6, 229:13, 233:1, 233:2, 234:14, 236:24, 246:25, 253:14, 280:25, 281:4, 281:9, 292:6, 293:10
farms [1] - 249:15
fashion [4] - 135:5, 182:14, 265:2, 285:17
fast [15] - 12:15, 14:19, 50:16, 51:1, 51:4, 147:3, 173:15, 202:25, 203:7, 245:15, 259:21, 260:7, 270:24, 272:4, 281:17
faster [2] - 174:13, 271:24
fatal [2] - 45:1, 45:2
fault [16] - 166:10, 214:22, 219:12, 220:17, 220:22, 221:3, 238:14, 239:1, 239:7, 239:18, 239:20, 240:3, 240:24, 245:24, 245:25, 246:1
faulting [2] - 239:13, 239:15
faults [1] - 214:13
Fazioli [2] - 115:6, 115:16
February [2] - 3:2, 298:3
FEBRUARY [1] - 1:6
federal [3] - 70:23, 96:14, 219:2
feed [2] - 54:9, 166:6
feet [59] - 16:3, 16:5, 54:6, 54:9, 54:13, 55:5, 68:17, 69:9, 76:25, 77:5, 77:7, 77:9, 77:14, 78:21, 80:2, 80:9, 81:1, 83:21, 84:3, 91:10, 93:5, 94:22, 100:4, 100:6, 111:14, 111:19, 122:15, 122:16, 150:13, 155:14, 155:23, 156:2, 157:3, 157:7, 157:9, 175:11, 175:18, 198:8, 198:9, 198:12, 198:14, 206:22, 206:23, 233:22, 233:23, 234:8, 235:15, 253:7, 253:8, 253:9, 276:24, 276:25
fell [1] - 250:15
fellow [1] - 97:12
felt [12] - 35:18, 121:23, 127:14, 144:19, 154:14, 154:18, 167:21, 186:17, 235:1, 235:2, 289:15, 289:16
few [12] - 27:6, 74:2, 87:13, 95:17, 122:3, 124:6, 140:18, 244:13, 250:5, 257:21, 289:22, 297:14
fewer [1] - 147:1
field [3] - 248:23, 249:2, 249:13
fifth [1] - 10:10
Figure [2] - 187:25, 188:21
figure [7] - 31:20, 32:7, 32:8, 106:21, 107:1, 227:7, 268:8
figured [1] - 280:10
figures [3] - 114:1, 268:24, 281:9
file [7] - 5:9, 5:17, 5:18, 5:19, 5:20, 200:23, 297:16
filed [2] - 5:14, 5:16
Filipino [1] - 181:7
fill [2] - 31:1, 89:9
filled [1] - 104:11
final [2] - 221:10, 246:23
finder [1] - 195:11
findings [11] - 158:16, 159:23, 160:6, 166:10, 166:25, 168:9, 168:10, 246:4, 256:5, 256:6, 263:3
fine [7] - 75:1, 105:22, 119:22, 160:5, 165:17, 190:24, 295:24
fingers [1] - 91:22
finish [5] - 49:13, 69:5, 111:5, 134:3, 295:19
finished [1] - 71:16
firmly [1] - 236:23
first [66] - 7:15, 8:4, 8:22, 9:1, 11:12, 12:17, 13:20, 14:21, 24:9, 25:24, 27:6, 27:14, 32:8, 32:11, 32:16, 38:6, 38:14, 40:5, 43:4, 56:4, 78:14, 78:17, 86:4, 88:12, 88:15, 88:18, 88:22, 90:8, 90:23, 94:2, 94:5, 95:15, 104:16, 105:14, 127:7, 127:18, 129:2, 159:8, 202:2, 202:4, 202:10, 205:6, 213:3, 218:16, 220:8, 220:13, 220:16, 222:3, 222:4, 222:8, 223:3, 223:22, 224:5, 224:6, 224:7, 224:11, 228:24, 248:1, 250:5, 251:3, 252:13, 257:23, 260:23, 271:23, 296:3
first-class [3] - 88:12, 90:23, 94:5
five [5] - 70:17, 82:25, 96:2, 112:18, 252:17
five-year [1] - 82:25
flagged [2] - 91:8, 91:14
Flanders [7] - 254:2, 262:25, 265:24, 267:2, 267:6, 268:14
flanking [3] - 18:14, 24:13, 104:4
flare [6] - 109:19, 112:12, 112:17, 157:24, 193:8, 243:15
Flare [12] - 112:8, 112:17, 116:4, 142:14, 156:10, 156:15, 157:20, 158:7, 160:8,

169:9, 265:2, 265:10
flat [20] - 91:11, 92:7, 92:21, 92:24, 110:17, 128:11, 128:12, 133:7, 133:9, 152:12, 152:14, 263:25, 264:6, 269:14, 269:21, 269:25, 275:4, 275:7, 275:14, 275:18
flat-keel [1] - 92:7
flat-loaded [2] - 152:12, 152:14
flaw [1] - 275:7
flaws [1] - 105:13
FLEET [1] - 2:11
floating [2] - 249:12, 249:14
floor [1] - 275:14
flow [3] - 107:5, 254:19, 283:20
fluid [4] - 263:13, 290:24, 291:7, 293:6
focus [2] - 149:5, 269:12
focused [7] - 147:25, 148:3, 148:6, 148:17, 148:19, 148:20, 219:22
follow [3] - 17:7, 162:14, 209:6
follow-up [1] - 162:14
followed [5] - 13:16, 13:18, 16:19, 151:8, 173:4
following [5] - 122:11, 160:2, 160:6, 164:21, 204:24
follows [3] - 8:4, 86:4, 248:2
font [1] - 252:24
foot [9] - 9:9, 22:21, 23:8, 23:20, 54:10, 54:15, 76:16, 83:23, 235:25
FOR [5] - 1:14, 1:18, 2:1, 2:5, 2:11
force [64] - 69:15, 69:21, 70:3, 113:8, 113:9, 113:10, 113:14, 113:18, 128:21, 136:1, 189:1, 189:6, 189:8, 189:11, 190:25, 191:11, 191:13, 191:16, 229:22, 251:8, 251:9, 252:21, 253:20, 253:24, 254:5, 255:1, 255:11, 255:14, 255:17, 256:2, 256:11, 256:16, 256:17, 256:18, 256:23, 266:13, 269:7, 269:9, 275:9, 275:16, 276:8, 277:7, 279:7, 282:4, 286:8, 286:17, 287:1, 287:3, 287:4, 287:20, 287:24, 288:1, 288:2, 288:4, 288:12, 289:4, 290:11, 291:14, 291:20, 292:3, 293:19, 294:8, 294:13
forced [7] - 109:8, 109:13, 109:15, 110:11, 110:13, 112:21, 114:4
forces [31] - 68:3, 83:12, 113:2, 113:6, 113:7, 113:11, 125:6, 128:19, 135:11, 188:24, 189:4, 189:19, 190:8, 192:3, 202:13, 204:2, 243:16, 243:17, 255:5, 255:22, 255:25, 258:25, 261:20, 265:22, 288:7, 288:8, 288:16, 290:16, 290:20, 292:7
fore [1] - 91:11
foregoing [1] - 298:5
foreign [3] - 91:14, 181:12, 181:14
forensic [1] - 87:2
forget [1] - 81:12
form [5] - 119:10, 119:18, 121:7, 121:11, 292:20
formal [2] - 102:7, 158:20
formally [1] - 31:24
format [1] - 106:12
formed [1] - 120:3
formula [1] - 175:19
Forney [1] - 2:13
forth [1] - 204:18
forths [1] - 121:1
FORTUNE [1] - 117:24
fortune [1] - 88:20
forward [4] - 18:17, 18:22, 24:16, 69:23
four [18] - 10:14, 11:3, 70:19, 76:19, 100:24, 103:10, 112:18, 168:15, 168:18, 168:19, 175:20, 195:20, 206:1, 208:19, 219:10, 252:16, 252:17, 285:5
four-page [1] - 252:16
four-screen [1] - 103:10
four-way [1] - 76:19
FPG [3] - 1:6, 1:12, 2:5
frame [1] - 212:17
framed [1] - 293:11
frankly [1] - 173:21
free [1] - 72:19
frequency [1] - 19:6
friend [1] - 97:1
friends [1] - 97:15
frightened [1] - 39:23
FROM [2] - 1:9, 1:14
front [20] - 7:21, 14:1, 18:14, 20:6, 25:4, 49:21, 58:15, 60:20, 71:8, 71:12, 72:7, 72:18, 75:18, 75:21, 80:8, 84:10, 181:24, 230:3, 248:11, 252:23
full [21] - 8:9, 8:10, 17:12, 24:19, 31:7, 43:18, 52:14, 76:7, 86:19, 106:8, 111:2, 129:9, 131:24, 201:10, 203:22, 214:8, 214:10, 281:10, 281:12, 281:13, 281:14
full-time [2] - 31:7, 86:19
fullest [1] - 203:21
fully [11] - 21:22, 36:6, 51:24, 133:15, 170:2, 275:22, 275:25, 276:4, 276:10, 276:23, 277:6
fully-laden [1] - 133:15
fully-loaded [2] - 51:24, 277:6
function [1] - 176:23
fundamental [1] - 40:4

### G

GALVESTON [1] - 1:2
Galveston [2] - 87:17, 87:18
gas [4] - 36:6, 103:14, 103:15, 249:3
GAS [1] - 2:11
Gene [3] - 97:1, 97:14, 97:20
gene [1] - 97:19
general [5] - 115:18, 116:22, 156:22, 200:6, 270:13
generally [6] - 133:14, 159:14, 178:3, 259:2, 262:7, 282:24
generate [3] - 256:12, 256:16, 282:5
generated [1] - 255:23
generation [1] - 255:1
GENESIS [273] - 2:5, 3:5, 6:20, 7:10, 7:15, 11:13, 11:15, 11:19, 12:17, 12:24, 13:10, 13:17, 15:15, 17:13, 19:15, 22:22, 23:3, 23:9, 23:15, 23:22, 25:24, 27:2, 32:12, 32:16, 35:5, 38:6, 40:8, 40:12, 40:16, 41:9, 42:23, 47:19, 48:6, 52:18, 57:14, 68:1, 69:8, 69:21, 70:1, 70:8, 75:13, 76:20, 77:13, 78:11, 79:5, 80:5, 80:9, 83:6, 85:15, 85:16, 99:10, 101:25, 102:20, 103:12, 103:20, 104:19, 104:24, 105:6, 106:3, 109:8, 109:13, 109:18, 109:20, 110:8, 110:11, 110:14, 112:2, 112:4, 112:7, 112:11, 112:15, 114:4, 114:16, 116:5, 116:21, 116:23, 117:13, 118:15, 119:2, 119:12, 120:1, 120:9, 120:10, 123:18, 123:19, 124:16, 127:7, 127:15, 127:19, 127:25, 128:5, 128:7, 129:23, 132:3, 133:4, 134:11, 135:14, 136:4,

140:7, 140:18, 141:5, 141:23, 142:2, 143:10, 143:13, 144:13, 147:20, 150:7, 150:11, 150:20, 150:23, 151:19, 152:18, 154:22, 154:24, 155:8, 155:18, 156:17, 156:20, 160:8, 160:17, 163:14, 163:17, 164:3, 164:25, 169:16, 170:5, 170:21, 172:7, 172:9, 173:7, 173:15, 174:22, 175:5, 176:1, 178:25, 179:12, 180:18, 180:21, 184:2, 184:4, 184:16, 185:4, 186:5, 186:10, 189:25, 191:1, 191:3, 191:11, 191:13, 191:16, 191:25, 194:1, 194:4, 195:23, 196:6, 196:12, 196:15, 197:1, 200:18, 205:12, 206:23, 218:21, 219:12, 219:16, 220:9, 220:16, 220:22, 221:3, 222:14, 223:3, 227:3, 227:5, 228:22, 228:24, 229:12, 229:17, 230:7, 232:19, 232:22, 233:16, 233:22, 234:1, 234:24, 239:1, 239:7, 241:18, 241:24, 243:16, 245:11, 247:11, 252:21, 253:7, 253:18, 256:7, 259:8, 259:9, 259:19, 259:21, 260:1, 260:9, 260:16, 261:2, 261:4, 262:1, 262:8, 262:15, 263:8, 263:19, 264:10, 265:16, 265:23, 266:10, 266:18, 268:3, 270:12, 270:22, 272:24, 273:3, 274:12, 274:17, 275:10, 275:22, 276:23, 277:11, 277:16, 277:23, 278:19, 279:6, 279:13, 279:18, 279:24, 280:25, 281:10, 281:22, 282:5, 282:12, 282:16, 282:22, 282:24, 283:4, 283:23, 284:4, 284:8, 286:6, 286:13, 287:7, 287:17, 288:2, 288:7, 288:8, 288:12, 288:13, 288:17, 289:6, 289:13, 290:5, 290:7, 291:9, 291:16, 291:23, 292:2, 292:3, 292:12, 294:3, 294:8, 294:10, 294:13, 296:1, 296:12, 297:7

Genesis [16] - 10:5, 153:20, 262:4, 265:6, 268:18, 268:20, 269:1, 270:18, 271:7, 273:7, 274:15, 275:25, 278:2, 290:22, 292:18, 295:19

gentlemen [2] - 131:11, 183:7

geometric [1] - 113:15

geometry [2] - 256:7, 266:10

Georgantas [3] - 2:6, 34:24, 35:2

GEORGANTAS [11] - 4:25, 6:17, 7:2, 194:21, 195:13, 294:25, 295:3, 295:10, 296:7, 296:9, 297:13

George [7] - 1:19, 5:18, 5:21, 6:6, 6:7, 26:9, 26:11

Georgia [2] - 90:9, 90:19

GICA [1] - 32:21

gist [1] - 171:20

given [38] - 22:21, 23:19, 96:16, 104:15, 123:22, 125:5, 134:15, 134:20, 134:23, 141:4, 201:6, 221:22, 236:21, 239:1, 239:6, 240:10, 240:19, 255:14, 256:6, 256:8, 256:10, 264:7, 268:24, 270:11, 275:24, 276:1, 276:12, 277:23, 278:2, 278:8, 280:11, 280:18, 280:20, 281:8, 281:16, 282:20, 289:9

glance [1] - 229:10

glanced [1] - 68:10

glean [1] - 119:9

God [3] - 7:24, 85:22, 247:21

going-to-port [1] - 48:22

GR-138 [1] - 100:21

grab [3] - 24:18, 89:24

grade [2] - 290:24, 292:10

gradual [1] - 25:20

gradually [1] - 129:21

graduate [1] - 248:22

graduated [1] - 87:21

graduating [1] - 88:22

granted [1] - 228:12

graphic [3] - 25:8, 180:19, 200:8

graphically [1] - 142:10

great [11] - 4:21, 6:6, 7:4, 7:14, 7:19, 8:18, 190:9, 190:10, 244:14, 257:20, 286:19

greater [14] - 83:15, 83:16, 111:24, 113:6, 113:10, 113:13, 113:18, 117:23, 205:6, 208:13, 255:22, 277:1, 277:11

greatest [5] - 189:1, 190:17, 190:25, 255:11, 287:4

greatly [3] - 215:6, 215:11, 216:6

Greece [1] - 258:5

Greek [1] - 250:5

green [8] - 41:20, 107:6, 109:14, 120:7, 124:16, 125:2, 125:11, 184:1

greens [50] - 13:16, 13:17, 13:18, 13:19, 15:7, 15:8, 15:18, 16:12, 16:20, 19:15, 20:19, 38:16, 39:5, 39:10, 39:14, 39:17, 40:7, 41:3, 41:16, 41:24, 42:18, 44:18, 44:21, 45:1, 45:22, 45:25, 46:15, 49:8, 49:10, 49:17, 52:6, 58:3, 58:8, 58:9, 58:22, 58:25, 61:16, 78:5, 124:7, 224:15, 224:18, 224:19, 224:25, 225:2, 225:22, 226:6, 226:12, 226:13

gross [1] - 90:12

ground [4] - 59:10, 79:2, 271:24, 272:2

grounding [1] - 59:25

group [6] - 108:2, 108:4, 159:16, 249:8, 249:14, 253:16

groups [1] - 33:16

guard [13] - 28:15, 28:18, 28:25, 29:5, 29:6, 29:17, 29:18, 29:21, 29:24, 93:20, 95:1, 296:20, 296:22

Guard [1] - 8:13

guess [14] - 31:22, 41:12, 45:15, 52:20, 64:13, 144:18, 161:17, 175:17, 217:2, 219:22, 229:2, 281:16, 286:8, 297:23

guessing [1] - 52:22

Guidance [1] - 200:16

guidance [5] - 140:21, 140:24, 201:13, 204:25, 208:22

guide [1] - 114:1

guided [1] - 204:15

Gulf [1] - 32:21

guy [4] - 72:18, 87:14, 164:15, 229:3

guys [4] - 62:8, 63:7, 87:18, 121:2

## H

Haight [1] - 98:17

hairs [1] - 238:18

half [17] - 16:5, 16:8, 17:3, 54:10, 54:15, 76:23, 77:7, 77:8, 89:1, 91:10, 96:14, 129:8, 129:20, 175:20, 176:4, 218:1, 285:5

hand [12] - 5:11, 12:12, 12:20, 19:25, 22:24, 24:11, 81:4, 112:21, 112:22, 198:7, 199:4, 247:16

handle [9] - 89:13, 128:12, 133:15, 133:21, 133:22, 134:7, 150:11, 285:19

handler [2] - 278:5, 279:3

handler's [1] - 114:1

handling [16] - 101:24, 137:8, 151:1, 152:14, 153:6, 160:16, 160:19, 167:3, 218:20, 246:1,

261:22, 265:15, 265:19, 274:12, 281:21, 283:5
handover [1] - 136:8
hands [1] - 72:19
hands-free [1] - 72:19
hang [2] - 27:22, 66:17
happy [1] - 205:15
harbor [5] - 86:13, 86:15, 91:15, 100:15, 133:10
hard [11] - 15:11, 15:20, 17:2, 21:7, 23:16, 24:13, 24:15, 43:15, 76:9, 83:10, 122:19
harm's [1] - 16:15
hash [1] - 65:14
hate [1] - 116:11
haven [1] - 97:25
Haven [1] - 98:3
head [10] - 71:13, 72:3, 118:10, 152:5, 153:5, 175:16, 242:1, 244:7, 250:10, 295:9
head-on [3] - 242:1, 244:7, 250:10
headed [1] - 137:16
heading [7] - 106:3, 106:4, 122:3, 122:23, 126:20, 185:20, 237:18
headings [2] - 105:10, 201:23
hear [19] - 11:6, 11:15, 13:4, 40:21, 40:22, 44:3, 57:11, 118:18, 171:16, 172:4, 181:10, 182:23, 224:24, 232:11, 248:20, 257:19, 257:20, 290:2, 290:3
heard [44] - 13:21, 19:14, 26:16, 35:8, 37:4, 56:2, 56:4, 59:8, 59:10, 59:11, 72:11, 103:3, 104:5, 104:21, 109:1, 118:14, 121:1, 123:9, 124:5, 124:15, 124:19, 125:13, 126:22, 128:2, 129:22, 131:1, 134:9, 135:13, 153:5, 171:8, 172:13, 177:24, 179:25, 180:2, 180:19, 180:20, 181:11, 181:12, 182:20, 187:11, 198:13, 233:5, 259:18, 297:1
hearing [9] - 27:24, 102:7, 126:24, 158:20, 180:22, 181:14, 181:16, 296:22, 296:24
hears [1] - 40:20
hearsay [1] - 296:25
heck [1] - 51:19
held [1] - 23:16
hello [1] - 26:9
help [7] - 7:24, 64:6, 64:8, 71:7, 85:21, 247:21, 250:20
helping [1] - 33:13
helps [2] - 119:10, 162:23
Hempstead [2] - 27:7, 27:14
hesitant [2] - 126:17, 232:5
hesitate [1] - 203:16
high [10] - 54:5, 136:2, 204:16, 249:7, 259:25, 260:5, 272:2, 272:8, 272:9
high-speed [1] - 249:7
higher [3] - 130:24, 202:23, 254:20
highest [5] - 286:18, 286:25, 287:3, 287:20, 290:17
Highfield [3] - 138:23, 183:20, 245:9
Highfield's [1] - 184:14
highlight [1] - 62:19
highlighted [1] - 166:17
highway [1] - 81:20
Hill [2] - 1:23, 2:2
himself [2] - 84:22, 105:20
Hindi [1] - 181:7
hindsight [4] - 80:24, 226:21, 226:23, 234:3
hired [6] - 32:5, 35:17, 36:18, 189:25, 221:16, 251:2
history [2] - 134:1, 217:3
hit [18] - 45:9, 62:7, 63:6, 66:2, 67:11, 67:13, 69:25, 76:16, 84:3, 227:6, 229:10, 229:12, 229:14, 229:17, 230:19, 250:14, 272:10, 291:17
hits [1] - 71:13
hitting [3] - 204:5, 232:17, 257:1
Hold [3] - 74:22, 90:13, 292:22
hold [11] - 71:7, 74:8, 83:8, 83:11, 88:7, 88:8, 90:13, 95:2, 124:24, 183:1, 233:4
holding [3] - 71:11, 83:10, 135:7
hole [6] - 191:19, 191:20, 192:7, 192:17, 192:20, 198:25
Holland [14] - 89:22, 136:11, 136:12, 136:16, 136:20, 138:14, 152:3, 153:1, 153:12, 163:14, 168:9, 186:16, 217:16, 245:3
home [2] - 248:7, 295:23
homework [1] - 220:25
hone [1] - 179:18
honest [1] - 152:8
honesty [1] - 219:6
Honor [78] - 4:6, 4:15, 4:19, 4:24, 5:3, 5:5, 5:17, 5:24, 6:5, 6:9, 6:25, 7:2, 7:13, 7:17, 36:2, 38:23, 73:1, 73:21, 73:23, 79:21, 82:10, 85:3, 85:4, 85:6, 85:10, 85:16, 86:1, 98:20, 106:11, 108:6, 108:13, 111:7, 114:20, 115:2, 116:6, 116:9, 133:25, 137:13, 146:5, 151:16, 161:18, 162:6, 165:8, 165:12, 179:19, 188:15, 194:21, 195:1, 195:14, 217:12, 218:6, 231:19, 239:25, 240:23, 241:9, 244:13, 246:18, 246:19, 246:23, 247:6, 247:13, 247:24, 257:4, 257:6, 289:22, 292:20, 293:14, 294:16, 294:17, 294:25, 295:10, 295:18, 295:25, 296:12, 296:17, 297:3, 297:13, 297:14
HONORABLE [1] - 1:16
honorary [1] - 98:23
Hook [4] - 91:9, 91:23, 92:2, 93:1
hope [1] - 248:8
hoping [6] - 6:16, 60:14, 130:8, 182:14, 230:25, 231:4
hopper [1] - 89:3
horsepower [3] - 104:5, 104:6, 126:9
hour [10] - 12:16, 18:2, 21:3, 21:5, 45:16, 83:25, 202:3, 253:10, 253:11
hours [2] - 164:16, 206:2
house [1] - 98:9
Houston [64] - 1:21, 2:3, 2:9, 2:14, 2:20, 8:20, 9:10, 9:17, 10:3, 68:23, 99:1, 99:4, 99:8, 118:20, 136:22, 139:6, 139:8, 139:11, 139:17, 139:20, 140:21, 140:24, 145:4, 146:2, 149:16, 167:2, 167:10, 170:19, 173:5, 178:11, 187:11, 187:13, 188:1, 188:9, 192:13, 198:14, 200:16, 201:12, 201:25, 209:5, 210:17, 214:9, 215:8, 216:12, 216:19, 217:3, 223:17, 242:20, 259:7, 259:17, 263:22, 263:25, 264:3, 264:5, 265:3, 265:10, 269:15, 269:23, 270:19, 274:4, 275:1, 275:3, 278:19, 281:14
HSC [3] - 202:5, 202:11, 204:24
Hudson [3] - 89:20, 93:20, 94:23
hug [2] - 125:5, 127:3

huge [5] - 36:6, 42:4, 43:21, 69:20, 296:22
hull [6] - 107:5, 135:24, 244:10, 258:25, 261:12, 283:24
hulls [4] - 111:24, 117:22, 189:7, 255:22
human [1] - 212:15
hundred [2] - 155:14, 155:23
hundreds [4] - 9:19, 9:24, 74:21, 104:12
hung [1] - 237:20
hurt [1] - 71:24
hydraulic [1] - 254:2
Hydraulic [2] - 262:25, 265:25
hydrodynamic [56] - 113:2, 113:20, 125:6, 128:19, 135:11, 146:14, 172:2, 189:20, 189:25, 202:13, 215:6, 216:6, 243:6, 243:15, 249:6, 250:3, 251:7, 253:14, 253:19, 253:24, 254:6, 254:23, 254:25, 256:18, 256:22, 258:17, 258:20, 258:25, 265:22, 266:13, 269:7, 269:9, 275:16, 276:12, 276:14, 276:17, 276:20, 277:1, 277:3, 277:12, 277:16, 278:21, 279:6, 279:7, 283:17, 287:4, 287:20, 289:4, 289:17, 290:16, 292:3, 294:1, 294:3, 294:9, 294:13
hydrodynamicist [1] - 278:11
hydrodynamics [8] - 113:11, 248:24, 249:3, 258:10, 258:12, 258:13, 278:14, 290:11
hydrographic [2] - 178:5, 273:14

**I**

ICARUS [1] - 91:14
idea [8] - 111:2, 135:17, 137:15, 162:6, 230:1, 281:8, 288:20, 289:1
identification [1] - 4:9
identified [5] - 100:21, 107:10, 145:20, 164:23, 245:13
idle [1] - 14:2
ifs [1] - 125:25
ignored [1] - 78:24
image [4] - 22:23, 65:8, 77:16, 118:6
imagine [4] - 180:12, 185:12, 216:23, 217:1
immediate [2] - 131:19, 203:12
immediately [9] - 38:7, 40:24, 40:25, 76:6, 129:17, 134:24, 148:13, 212:10
impact [12] - 15:18, 23:21, 69:17, 69:18, 110:8, 110:10, 110:11, 237:21, 258:20, 275:17, 277:11, 289:1
impacted [4] - 161:1, 161:11, 162:12, 289:17
impacts [1] - 21:9
implemented [1] - 33:11
implied [3] - 223:5, 223:10, 242:4
important [6] - 14:8, 14:9, 174:6, 186:2, 186:13, 186:14
improper [2] - 73:15, 106:10
improve [1] - 33:20
improved [1] - 241:20
improvement [2] - 33:19, 216:25
improves [1] - 151:1
IN [5] - 1:8, 1:8, 1:11, 1:13, 2:16
in-house [1] - 98:9
inability [1] - 160:21
inaccurate [2] - 65:20, 98:25
inadequate [2] - 131:5, 131:22
inappropriate [1] - 296:21
inbound [22] - 92:22, 99:12, 105:15, 105:20, 110:24, 110:25, 111:13, 117:1, 117:3, 117:6, 117:8, 117:17, 117:18, 117:24, 118:1, 118:3, 150:18, 169:21, 199:1, 242:18, 242:20, 281:5
incident [28] - 9:21, 10:3, 83:5, 151:9, 151:20, 151:24, 152:19, 153:10, 159:10, 168:15, 169:17, 169:25, 171:5, 174:3, 175:4, 179:12, 202:8, 208:8, 210:8, 213:22, 213:23, 215:1, 215:14, 232:6, 260:19, 273:15, 274:5, 289:2
inclination [2] - 261:12, 269:22
include [6] - 70:19, 102:19, 125:20, 209:12, 219:3, 249:20
included [1] - 201:18
includes [1] - 93:24
including [9] - 8:17, 9:9, 10:10, 101:5, 101:24, 157:11, 218:20, 246:11
incompetency [2] - 26:13, 26:22
incorrect [6] - 27:13, 63:16, 279:18, 279:21, 279:24, 280:2
increase [9] - 26:3, 95:18, 213:17, 214:5, 234:16, 252:24, 272:8, 285:23
increased [6] - 23:23, 96:1, 243:7, 243:11, 243:15, 254:21
increases [3] - 156:3, 215:7, 216:9
increasing [1] - 135:1
incredulously [1] - 98:13
indeed [1] - 185:5
India [1] - 181:8
indicate [2] - 79:7, 228:13
indicated [7] - 39:23, 75:12, 102:6, 108:16, 259:12, 275:15
indicates [3] - 64:24, 118:6, 198:8
indicating [1] - 21:2
indicator [2] - 20:14, 199:2
individuals [2] - 180:13, 186:12
induce [1] - 288:18
indulgence [1] - 295:21
industry [5] - 20:21, 33:16, 33:20, 34:10, 34:17
influence [1] - 269:25
information [53] - 10:21, 22:16, 25:3, 44:2, 51:6, 55:7, 55:15, 58:14, 60:20, 60:23, 75:17, 75:21, 80:13, 80:14, 80:15, 80:16, 84:10, 101:7, 119:10, 130:25, 131:13, 131:14, 131:15, 132:6, 132:12, 132:19, 137:1, 146:1, 146:3, 185:23, 186:7, 186:8, 186:14, 210:15, 230:3, 238:17, 246:11, 253:3, 253:13, 256:8, 259:23, 265:24, 268:19, 269:22, 273:21, 277:25, 280:11, 280:18, 280:20, 280:23, 281:16, 282:8, 282:20
informed [2] - 19:17, 205:13
inherently [1] - 133:8
initial [4] - 124:23, 125:1, 288:11, 288:12
initiating [1] - 188:13
Inland [1] - 290:4
INLAND [4] - 1:4, 1:8, 1:18, 2:1
inland [4] - 8:16, 8:18, 93:7, 94:16
inside [2] - 110:23, 110:25
inspect [1] - 97:25
instability [2] - 281:22, 288:19
instance [3] - 13:20, 93:21, 159:16

instant [1] - 180:16
instantaneously [2] - 15:10, 76:8
instantly [2] - 43:9, 179:10
instead [11] - 23:17, 78:21, 87:25, 106:12, 112:20, 134:2, 160:3, 176:2, 212:17, 227:13, 284:5
Institute [2] - 262:25, 265:25
instructed [2] - 36:21
instruction [1] - 209:17
instructions [3] - 16:19, 17:7, 201:24
insufficient [1] - 176:20
integral [1] - 212:13
integrated [1] - 283:11
intend [1] - 165:13
intended [1] - 288:9
intensified [1] - 243:18
intention [4] - 41:1, 124:24, 202:1, 232:1
intentionally [3] - 59:9, 59:25, 60:5
interaction [10] - 123:10, 250:3, 251:25, 256:18, 256:22, 262:3, 269:1, 283:19, 289:4, 294:1
interactions [3] - 113:3, 113:20, 249:21
interest [1] - 200:17
interests [16] - 10:6, 153:20, 262:4, 265:6, 268:18, 268:21, 269:1, 270:18, 271:7, 273:7, 274:15, 275:25, 278:3, 290:22, 292:18, 295:19
international [2] - 50:7, 209:8
internet [2] - 55:11, 55:13
Interport [1] - 93:12
interpreted [1] - 182:2
intersection [1] - 111:3
interval [1] - 287:12
interview [1] - 138:20
interviewed [1] - 138:19
Intracoastal [1] - 32:22
intracoastal [1] - 8:17
introduced [1] - 249:12
invades [1] - 188:2
investigation [6] - 95:4, 158:16, 158:18, 158:23, 166:8, 274:7
investigations [2] - 159:15, 274:3
invoices [1] - 6:16
involve [1] - 163:17
involved [17] - 33:2, 86:23, 93:9, 97:18, 114:8, 126:19, 133:19, 204:2, 227:17, 249:5, 249:24, 250:2, 250:7, 251:1, 258:1, 258:6, 265:14
involvement [1] - 33:13
involving [2] - 250:2, 263:13
irregular [6] - 144:16, 145:2, 148:25, 149:17, 149:20, 149:22
irrelevant [5] - 65:23, 67:14, 73:8, 77:23, 296:25
island [1] - 97:13
Island [3] - 94:11, 94:12, 94:13
issue [11] - 6:12, 8:23, 11:16, 95:16, 162:19, 215:25, 238:12, 251:25, 256:1, 257:11, 261:8
issued [2] - 10:14, 166:24
issues [7] - 119:23, 174:9, 219:13, 221:15, 236:1, 251:14, 272:20
Italy [1] - 258:5
items [3] - 83:5, 87:13, 132:6
itself [3] - 157:13, 258:10, 283:19


## J


jack [1] - 98:24
James [5] - 1:23, 2:12, 3:17, 197:17, 290:1
JAMES [13] - 4:6, 4:8, 4:19, 5:5, 5:16, 5:24, 6:5, 6:9, 289:22, 289:25, 293:12, 293:17, 294:14
January [1] - 99:11
Japan [1] - 170:19
Japanese [3] - 282:16, 282:25, 283:9
Japanese-built [1] - 282:16
JEFFREY [1] - 1:16
jerk [1] - 76:6
Jersey [2] - 94:10, 159:17
job [4] - 43:17, 91:7, 108:2, 154:9
jobs [3] - 88:3, 88:20, 93:15
jockey [1] - 75:4
joining [1] - 294:21
Jr [1] - 8:10
JR [2] - 3:8, 8:3
judge [3] - 28:18, 29:15, 232:5
Judge [9] - 92:14, 98:17, 114:23, 119:20, 120:24, 132:17, 134:5, 137:11, 162:3
judge's [1] - 98:18
judgment [8] - 72:25, 84:13, 226:21, 233:18, 234:3, 236:17, 236:18, 236:20
judgments [1] - 29:7
jumping [1] - 141:21
junior [1] - 172:16


## K


KC [2] - 90:1, 90:3
keel [19] - 91:11, 92:5, 92:7, 92:16, 92:22, 92:24, 128:11, 128:13, 133:5, 133:8, 133:10, 150:10, 152:4, 160:18, 254:12, 266:15, 280:17, 285:18, 289:6
keels [3] - 275:12, 275:20, 280:21
Keep [1] - 226:2
keep [19] - 18:7, 24:20, 52:24, 57:13, 108:10, 129:14, 130:17, 146:7, 163:21, 197:3, 197:19, 202:5, 204:4, 208:25, 224:11, 230:15, 236:4, 271:25
keeping [2] - 189:6, 189:7
kept [1] - 84:6
Kevin [2] - 2:7, 292:24
key [1] - 266:13
kick [4] - 34:22, 137:4, 177:24, 217:22
kicked [2] - 106:7, 230:11
kicks [1] - 188:6
kill [1] - 59:1
Kill [5] - 94:8, 94:11, 94:12, 94:18
killed [7] - 62:8, 63:2, 63:7, 63:15, 64:8, 228:12, 237:14
kilograms [1] - 255:19
Kim [1] - 2:16
kind [30] - 6:24, 8:15, 9:7, 29:16, 29:21, 29:23, 63:17, 65:13, 69:14, 89:22, 98:13, 103:12, 107:4, 111:4, 127:18, 128:22, 142:23, 163:21, 168:22, 183:4, 187:20, 189:9, 201:9, 206:6, 207:5, 208:25, 237:10, 249:1, 271:2, 275:5
kinds [1] - 192:3
kings [2] - 87:16, 137:24
Kirby [15] - 3:4, 4:8, 4:10, 10:23, 11:2, 33:13, 33:23, 34:6, 34:12, 36:11, 36:14, 90:4, 218:8, 289:21, 290:4
KIRBY [4] - 1:4, 1:8, 1:18, 2:1
Kirby's [1] - 55:14
KLAWETTER [117] - 4:24, 7:13, 73:21,

79:21, 85:4, 106:11, 108:6, 111:7, 114:20, 116:6, 116:11, 119:18, 133:25, 137:13, 137:17, 137:19, 143:1, 143:2, 146:4, 146:9, 151:14, 151:16, 151:18, 152:15, 152:17, 158:21, 158:25, 159:2, 159:5, 159:7, 159:12, 159:13, 162:1, 162:10, 162:17, 162:22, 163:2, 165:8, 165:12, 165:17, 165:25, 166:3, 168:6, 168:8, 173:11, 173:14, 179:20, 179:21, 183:15, 183:16, 184:8, 184:10, 187:6, 187:9, 188:15, 188:19, 188:20, 193:2, 193:4, 193:12, 193:14, 193:19, 193:21, 194:23, 195:5, 195:15, 195:20, 195:21, 196:2, 196:4, 197:3, 197:4, 197:6, 197:8, 197:14, 197:16, 197:20, 197:24, 198:2, 198:17, 198:19, 198:21, 198:22, 199:18, 199:22, 200:11, 200:13, 201:21, 201:22, 204:9, 204:10, 208:3, 212:4, 212:6, 212:24, 212:25, 215:21, 216:1, 216:2, 217:12, 217:15, 218:6, 244:13, 244:16, 246:16, 257:6, 257:9, 257:14, 257:16, 266:22, 266:24, 286:11, 286:14, 286:15, 289:19, 295:18, 295:25

Klawetter [7] - 2:12, 3:13, 3:13, 3:15, 3:16, 137:20, 289:23

knee [1] - 76:6

knee-jerk [1] - 76:6

knot [3] - 147:1, 284:18

knots [27] - 117:12, 147:5, 173:8, 173:17, 174:3, 176:2, 176:7, 178:10, 205:6, 205:8, 205:10, 206:11, 253:10, 259:11, 259:13, 259:14, 260:1, 267:13, 267:14, 271:4, 271:5, 284:5, 284:9

knowing [1] - 81:2

knowledge [18] - 49:22, 51:22, 61:4, 61:8, 73:17, 98:5, 98:15, 120:15, 149:8, 169:4, 169:7, 215:16, 232:5, 263:11, 263:18, 273:19, 282:6, 289:13

known [7] - 51:4, 51:6, 51:13, 53:24, 114:13, 215:13, 215:24

knows [20] - 41:4, 43:24, 44:1, 44:4, 46:13, 51:1, 51:18, 51:20, 52:2, 52:5, 52:6, 59:18, 60:20, 61:1, 61:13, 61:15, 61:16, 81:19, 224:3

Kull [3] - 94:8, 94:11, 94:18

## L

L.P [1] - 1:4

labeled [1] - 184:3

lack [3] - 26:13, 161:10, 261:3

laden [6] - 133:15, 150:7, 152:4, 160:18, 170:2, 262:7

lakes [1] - 8:18

LAND [1] - 117:5

lane [80] - 11:23, 11:24, 12:6, 15:22, 15:25, 19:21, 19:22, 19:23, 21:22, 22:6, 22:20, 22:22, 23:13, 23:18, 24:20, 25:7, 25:11, 49:7, 53:3, 53:5, 53:6, 56:22, 57:9, 57:12, 57:18, 57:20, 57:23, 59:4, 59:6, 61:24, 65:17, 66:1, 66:10, 66:18, 66:20, 67:7, 67:10, 67:12, 67:18, 68:4, 69:9, 70:1, 70:2, 70:10, 79:3, 79:16, 80:11, 80:15, 82:3, 82:8, 105:17, 105:21, 110:1, 127:8, 155:4, 185:6, 188:3, 188:10, 226:24, 228:1, 228:22, 228:25, 229:4, 229:7, 229:13, 229:18, 229:23, 230:2, 230:22, 232:21, 232:24, 234:15, 234:16, 235:1, 235:23, 236:14, 236:15, 237:22, 250:12

lanes [2] - 56:11, 65:5

language [7] - 161:5, 173:23, 180:20, 180:25, 181:12, 181:14, 283:4

large [9] - 36:6, 103:14, 135:22, 187:12, 208:14, 251:5, 275:16, 288:1, 288:7

larger [11] - 105:13, 113:17, 122:10, 156:6, 256:16, 256:23, 268:6, 269:6, 269:9, 277:7, 286:2

largest [2] - 276:14, 288:3

last [25] - 9:25, 10:2, 30:18, 30:19, 32:7, 32:24, 70:21, 83:18, 91:2, 91:3, 91:4, 91:5, 91:6, 91:7, 94:20, 95:17, 96:3, 131:10, 132:14, 132:18, 153:22, 176:12, 210:13, 219:9, 295:3

lasted [1] - 250:16

lastly [1] - 127:18

late [7] - 9:2, 106:1, 109:13, 109:16, 165:12, 204:6, 219:9

lateral [1] - 267:24

latter [1] - 297:16

Laura [5] - 2:19, 5:2, 298:5, 298:8, 298:9

law [3] - 50:7, 50:10, 211:19

Lawson [2] - 138:23, 245:7

lawyer [3] - 31:7, 51:19, 70:25

lawyers [4] - 61:11, 235:10, 280:9, 282:22

lay [1] - 196:2

leader [2] - 33:25, 34:2

leaders [1] - 33:24

leading [9] - 33:16, 114:21, 114:22, 114:24, 114:25, 119:18, 119:22, 119:23, 180:22

learn [1] - 274:16

learned [1] - 32:5

least [10] - 23:8, 45:8, 117:4, 126:21, 164:23, 167:22, 168:17, 176:4, 182:25, 279:5

leave [2] - 55:19, 56:5

Leave [1] - 57:12

leaving [1] - 16:15

left [22] - 12:20, 22:22, 25:5, 105:15, 106:10, 109:11, 112:21, 112:22, 122:23, 151:24, 157:10, 161:24, 162:21, 164:3, 164:11, 165:1, 175:15, 192:7, 193:24, 198:7, 199:4, 210:10

left-hand [5] - 12:20, 112:21, 112:22, 198:7, 199:4

leg [2] - 196:13, 213:6

length [5] - 77:4, 100:4, 254:15, 266:14

lengths [2] - 17:16, 22:17

less [14] - 25:5, 58:24, 113:9, 150:13, 155:23, 175:18, 176:15, 206:23, 229:6, 235:25, 239:16, 259:14, 285:7, 285:9

lesser [4] - 113:7, 202:14, 206:21, 276:15

letter [1] - 166:24

letters [1] - 29:2

letting [1] - 295:21

level [2] - 260:15, 280:13

levels [1] - 204:16

leverage [1] - 205:24

LIABILITY [2] - 1:10, 1:14

liability [3] - 5:7, 35:11, 35:12

license [19] - 8:15, 8:24, 27:17, 27:20, 27:25, 28:22, 29:3, 29:24, 86:17, 88:7, 88:11, 88:13, 88:19, 88:23, 90:7, 93:18, 95:1,

95:2, 168:23
licensed [2] - 8:13, 257:23
lied [3] - 37:10, 37:16, 37:18
life [2] - 84:20
lift [1] - 280:15
light [3] - 133:16, 133:20, 134:6
lighter [1] - 68:25
likelihood [3] - 164:6, 164:17, 176:10
likely [7] - 19:17, 164:14, 174:13, 177:18, 271:25, 272:9, 272:10
limit [4] - 5:25, 6:1, 146:13, 173:18
limitation [5] - 5:7, 5:8, 5:25, 6:1, 213:17
LIMITATION [2] - 1:9, 1:14
limitations [1] - 5:6
limited [1] - 93:16
limits [1] - 53:3
Line [15] - 34:25, 140:21, 140:23, 147:16, 151:4, 167:9, 172:20, 200:17, 204:12, 208:23, 209:14, 212:22, 214:13, 214:23, 221:13
LINE [1] - 2:5
line [15] - 22:4, 22:20, 58:13, 65:14, 71:13, 192:21, 196:2, 198:25, 199:18, 199:19, 199:24, 200:1, 200:4, 243:1
Line's [2] - 147:9, 147:12
Lines [1] - 36:1
lines [5] - 20:5, 65:13, 65:15, 71:8, 251:10
lining [1] - 283:12
link [1] - 248:1
linked [1] - 237:15
liquefied [1] - 36:7
liquidate [1] - 30:21
liquidating [1] - 30:18
list [4] - 4:23, 32:21, 94:2, 140:19
listed [1] - 205:5
listen [2] - 102:6, 282:10
Listen [1] - 205:24
listened [13] - 40:11, 123:11, 124:5, 136:4, 136:18, 141:22, 142:1, 171:14, 219:23, 220:24, 223:12, 223:13, 273:6
listening [3] - 19:6, 142:2, 238:12
listing [1] - 267:9
litigation [6] - 16:2, 101:19, 101:22, 153:15, 218:17, 250:16
live [3] - 54:9, 86:10, 102:7
living [8] - 27:14, 86:12, 173:9, 173:12, 203:2, 216:5, 242:22, 290:10
LLP [3] - 1:18, 1:20, 2:1
load [9] - 92:21, 92:23, 129:14, 129:16, 130:15, 131:24, 179:6, 179:10, 179:11
loaded [21] - 18:4, 36:6, 51:24, 68:24, 99:11, 126:16, 128:11, 133:9, 133:21, 134:7, 150:24, 152:12, 152:14, 275:22, 276:1, 276:3, 276:4, 276:10, 276:11, 276:23, 277:6
loads [2] - 258:17, 280:7
local [2] - 172:2, 178:5
located [4] - 142:13, 186:4, 199:10, 255:3
location [9] - 65:20, 68:6, 108:22, 115:18, 116:4, 156:23, 157:22, 176:22, 265:7
logical [1] - 162:14
look [40] - 16:22, 16:25, 27:2, 32:7, 34:23, 35:25, 36:16, 61:19, 62:16, 65:4, 98:3, 105:5, 105:7, 105:12, 106:1, 109:11, 119:7, 132:25, 145:1, 157:12, 166:18, 168:1, 179:18, 181:23, 183:15, 184:8, 187:25, 198:7, 201:10, 202:10, 218:12, 221:18, 227:2, 227:3, 236:6, 258:16, 262:11, 269:4, 269:10
looked [12] - 25:8, 27:16, 54:20, 65:7, 113:25, 132:10, 154:1, 184:18, 187:2, 199:23, 200:20, 265:5
looking [32] - 30:1, 49:19, 49:20, 49:25, 52:5, 53:20, 53:23, 53:24, 65:16, 77:16, 80:4, 97:23, 119:7, 120:13, 142:17, 188:12, 200:6, 207:16, 209:3, 211:8, 211:9, 211:10, 215:10, 225:8, 238:13, 244:7, 249:18, 265:24, 267:5, 267:8, 267:10, 274:22
looks [4] - 40:25, 157:9, 207:15, 207:17
LORD [2] - 71:1, 71:4
lose [4] - 135:25, 191:2, 237:20, 287:8
loses [1] - 278:24
losing [3] - 59:8, 257:1, 287:12
loss [9] - 161:10, 162:11, 260:11, 261:5, 262:20, 279:13, 284:15, 285:12, 287:15
lost [13] - 31:16, 32:12, 32:17, 160:25, 222:14, 224:2, 250:13, 260:25, 274:17, 277:19, 284:4, 284:8, 287:17
Louise [1] - 1:18
Louisville [1] - 27:8
low [5] - 250:9, 259:16, 259:25, 272:6, 272:11
lower [8] - 107:10, 127:22, 164:17, 173:18, 174:12, 198:7, 271:25, 285:13
lowering [3] - 215:6, 215:10, 216:6
lowest [1] - 287:24
LP [1] - 1:8
LPG [1] - 74:7
LTD [2] - 1:13, 2:11
lumping [1] - 209:21
lunch [1] - 166:6
lunchtime [1] - 166:9
lying [1] - 63:25

## M

magni [1] - 261:18
magnified [1] - 177:11
magnitude [2] - 261:20, 282:4
main [4] - 16:5, 18:16, 79:15, 177:23
Main [1] - 1:20
maintain [10] - 86:17, 95:11, 123:5, 125:4, 128:18, 174:4, 178:16, 178:21, 204:16, 230:21
maintained [7] - 62:5, 88:15, 213:2, 236:7, 236:9, 236:10, 236:13
maintaining [1] - 25:23
major [3] - 113:5, 128:15, 131:8
majority [1] - 217:3
man [2] - 71:13, 72:7
manage [1] - 240:20
management [6] - 95:6, 167:18, 167:19, 167:22, 168:3, 202:4
MANAGEMENT [2] - 2:5, 2:11
manager [1] - 71:1
maneuver [12] - 17:4, 24:8, 24:17, 49:6, 89:13, 106:8, 106:9, 112:4, 126:18, 134:6, 225:24, 256:25
maneuvering [8] - 72:18, 129:6, 129:8, 129:19, 214:8, 214:10, 217:24, 258:16
MANOORA [1] - 117:16
map [2] - 53:20, 273:25
maps [2] - 273:17, 273:24
March [1] - 167:18
Marcus [4] - 91:9, 91:23, 92:2, 93:1
margin [2] - 174:11, 234:17

Marie [91] - 11:18, 13:21, 13:22, 14:1, 14:18, 15:10, 16:19, 17:15, 19:15, 23:13, 23:25, 26:12, 26:22, 27:20, 27:25, 28:18, 29:14, 29:22, 29:24, 36:20, 37:1, 37:9, 37:16, 38:1, 38:18, 39:18, 40:5, 40:10, 40:19, 42:6, 43:23, 45:21, 47:5, 47:7, 48:2, 48:4, 50:2, 50:9, 50:16, 51:1, 51:4, 51:7, 55:18, 56:9, 58:17, 59:17, 59:23, 59:24, 64:12, 75:23, 76:2, 78:2, 78:15, 82:6, 83:6, 83:13, 84:8, 121:8, 121:12, 121:13, 121:19, 121:21, 123:10, 123:17, 124:6, 124:9, 124:20, 125:10, 126:23, 224:23, 225:3, 225:9, 226:9, 226:12, 226:20, 227:11, 227:22, 230:1, 230:13, 235:2, 235:10, 235:12, 236:17, 238:4, 239:13, 239:18, 239:20, 240:4, 240:7, 241:12, 241:16
Marie's [13] - 14:13, 16:11, 22:16, 24:22, 24:24, 45:5, 73:15, 77:3, 79:10, 83:2, 126:2, 225:13, 226:7
Marine [3] - 30:2, 71:1, 290:4
MARINE [4] - 1:4, 1:8, 1:18, 2:1
marine [13] - 30:22, 31:9, 32:1, 87:2, 87:21, 88:1, 90:1, 97:21, 101:23, 218:19, 248:23, 249:2, 278:10
mariner [5] - 51:17, 95:11, 113:1, 120:18, 257:24
mariners [3] - 139:2, 139:4, 140:9
maritime [4] - 31:7, 51:19, 95:11, 97:16
marked [3] - 4:9, 155:25, 252:8
markers [1] - 211:9
marketed [1] - 292:10
mask [1] - 8:2
Massachusetts [1] - 248:6
master [35] - 27:17, 29:1, 71:4, 88:6, 88:8, 88:10, 88:23, 88:25, 89:2, 95:10, 99:20, 113:1, 131:2, 131:4, 131:12, 131:13, 131:18, 131:20, 139:2, 139:4, 140:9, 171:3, 171:16, 201:6, 202:4, 203:11, 204:14, 204:25, 205:19, 205:22, 205:23, 208:7, 208:12, 213:5, 215:13
master's [4] - 8:16, 88:19, 88:23, 248:18
masters [4] - 29:25, 203:13, 209:3, 209:5
materially [1] - 261:19
materials [1] - 102:6
math [4] - 155:15, 157:6, 157:8, 175:16
mathematical [1] - 267:5
matter [7] - 10:6, 10:14, 133:11, 259:10, 267:18, 288:17, 298:7
MATTER [2] - 1:8, 1:11
mattered [1] - 276:8
matters [2] - 190:16, 276:11
Mattioni [2] - 97:1, 97:14
maximum [5] - 92:20, 214:9, 256:11, 256:13, 256:15
mean [54] - 4:17, 8:23, 12:3, 25:4, 25:18, 30:9, 37:22, 39:25, 42:10, 47:7, 48:23, 52:19, 62:23, 64:17, 67:8, 67:10, 73:6, 76:11, 76:13, 77:18, 78:10, 81:25, 83:7, 86:15, 109:24, 122:21, 125:14, 129:5, 131:10, 145:21, 145:23, 174:17, 178:8, 186:22, 188:17, 198:10, 222:2, 227:17, 227:18, 228:9, 234:8, 238:11, 242:25, 254:5, 261:10, 261:11, 264:4, 264:16, 272:15, 275:11, 277:4, 278:23, 278:24, 294:3
meaning [1] - 90:12
means [10] - 8:24, 12:4, 44:5, 75:1, 88:9, 104:14, 224:25, 229:6, 244:6, 293:25
meant [5] - 25:20, 180:12, 180:15, 182:4, 182:11
measure [1] - 133:8
measured [1] - 253:19
measurements [2] - 22:19, 185:18
mechanical [1] - 2:21
medical [1] - 71:24
meet [12] - 26:11, 58:14, 80:17, 113:21, 117:22, 118:8, 120:16, 189:16, 217:8, 217:10, 223:7, 242:13
meeting [44] - 58:24, 80:17, 80:19, 104:23, 105:14, 105:15, 105:17, 105:25, 108:22, 109:16, 115:18, 116:3, 116:8, 119:12, 120:6, 120:8, 123:25, 126:11, 142:4, 143:10, 144:1, 146:11, 148:25, 149:18, 149:20, 154:25, 156:9, 161:24, 165:2, 171:17, 173:16, 187:12, 188:8, 188:9, 189:3, 190:9, 199:17, 206:24, 208:15, 241:19, 242:1, 242:3, 249:21, 277:20
meetings [6] - 156:13, 192:23, 199:24, 204:13, 216:22, 216:24
member [7] - 33:18, 89:9, 139:12, 201:7, 202:17, 203:19, 258:2
members [1] - 33:15
membership [1] - 32:23
memberships [1] - 32:21
memory [5] - 54:2, 72:9, 93:25, 115:21, 203:21
men [2] - 71:11, 72:20
mention [1] - 213:15
mentioned [10] - 8:22, 34:3, 92:5, 92:15, 131:25, 133:3, 133:4, 150:22, 250:6, 251:7
mentioning [1] - 28:1
merchant [1] - 257:24
merry [1] - 68:10
mess [1] - 116:11
met [18] - 110:7, 111:24, 114:14, 114:18, 116:5, 116:21, 116:23, 117:14, 128:16, 137:20, 155:24, 156:17, 173:8, 187:19, 191:15, 265:3, 281:2, 291:9
meters [11] - 150:25, 253:6, 254:8, 254:15, 254:16, 268:3, 268:7, 268:8, 268:16, 269:3, 269:6
method [1] - 290:15
methods [2] - 291:4, 292:9
metric [3] - 255:19, 269:8
mid-80s [3] - 90:9, 90:19, 249:25
middle [5] - 11:24, 15:24, 79:14, 79:16, 193:8
midline [1] - 192:22
midpoint [1] - 255:3
might [15] - 11:16, 45:15, 47:5, 53:1, 59:14, 107:13, 132:24, 168:21, 172:3, 174:21, 186:2, 227:13, 228:4, 229:13, 272:24
mile [4] - 12:23, 21:5, 76:23, 77:8
miles [13] - 12:16, 14:24, 15:16, 18:2, 21:3, 45:16, 76:21, 77:5, 77:10, 83:25, 253:10, 253:11
miller [1] - 97:6
million [2] - 71:25, 72:2
mind [3] - 96:10, 220:15, 221:2

mine [1] - 250:18
minimize [2] - 204:2, 272:11
minute [15] - 27:22, 35:24, 48:21, 54:8, 56:13, 61:19, 64:15, 70:14, 75:2, 164:7, 208:18, 215:18, 225:8, 225:9, 235:7
minutes [19] - 12:18, 16:9, 17:3, 19:12, 19:13, 20:9, 25:5, 39:9, 58:24, 72:9, 72:11, 72:12, 72:14, 81:15, 129:3, 129:20, 225:10, 239:16
mischaracterization [2] - 211:13, 238:11
mischaracterized [1] - 293:9
mischaracterizes [2] - 151:11, 158:20
Misha [1] - 2:1
misinterpreting [1] - 116:7
mislead [1] - 116:12
misread [1] - 56:8
misrepresenting [1] - 179:7
miss [1] - 296:10
missed [2] - 81:1, 296:11
misspelled [1] - 31:14
misspoke [1] - 194:23
mistake [6] - 41:23, 45:2, 45:4, 45:5, 212:20
mistaken [2] - 186:23, 244:24
misunderstood [2] - 226:17, 230:12
MIT [8] - 248:9, 248:10, 248:22, 249:1, 249:8, 249:17, 249:23, 250:18
Mitchem [1] - 114:9
mode [3] - 47:21, 212:17, 224:4
model [5] - 262:24, 263:8, 263:18, 263:22, 265:14
modeling [6] - 264:3, 264:4, 264:7, 271:2, 274:25, 275:4
models [2] - 263:8, 263:19
modified [1] - 187:20
moment [24] - 50:17, 55:12, 72:16, 94:1, 143:6, 164:3, 164:11, 217:13, 252:21, 253:20, 254:6, 265:22, 267:16, 274:23, 276:9, 286:25, 287:3, 288:5, 288:7, 289:4, 290:11, 290:17, 291:14, 291:20
moments [1] - 253:24
momentum [3] - 69:21, 70:3, 229:24
monitor [5] - 203:11, 210:16, 211:2, 211:3, 211:14
Monitoring [1] - 212:12
Montgomery [1] - 1:20
month [1] - 75:8
months [3] - 91:2, 91:3, 222:7
moored [1] - 251:3
mooring [1] - 251:10
Morgan's [3] - 129:2, 136:8, 202:21
morning [20] - 4:2, 4:5, 4:6, 7:17, 8:7, 8:8, 86:7, 86:8, 137:22, 165:1, 171:10, 219:12, 239:2, 239:7, 295:22, 296:2, 296:4, 296:6, 296:11, 297:9
most [7] - 84:12, 84:19, 135:20, 164:14, 186:13, 186:14, 239:14
mostly [1] - 89:19
motion [2] - 69:23, 296:1
motivated [3] - 84:7, 84:12, 84:19
motives [2] - 64:2, 84:21
move [13] - 56:8, 57:6, 73:9, 88:21, 93:16, 108:7, 109:14, 134:4, 138:5, 164:2, 239:10, 241:18, 297:15
moved [2] - 105:15, 105:19
moves [1] - 254:20
moving [7] - 39:25, 48:15, 170:8, 254:9, 254:10, 293:18
MR [276] - 4:6, 4:8, 4:19, 4:24, 4:25, 5:5, 5:14, 5:16, 5:20, 5:22, 5:24, 6:5, 6:9, 6:11, 6:17, 6:19, 6:25, 7:2, 7:5, 7:9, 7:13, 7:17, 8:6, 10:24, 11:1, 11:7, 11:9, 12:11, 13:3, 15:2, 19:9, 26:6, 26:8, 27:4, 27:5, 38:23, 39:3, 46:21, 46:25, 49:13, 49:15, 54:24, 55:4, 62:16, 62:21, 69:5, 69:6, 70:14, 70:16, 71:23, 73:1, 73:3, 73:9, 73:11, 73:19, 73:21, 73:23, 73:25, 74:25, 75:3, 79:19, 79:21, 79:24, 82:9, 82:10, 82:14, 83:17, 83:18, 83:20, 85:2, 85:3, 85:4, 85:9, 85:16, 86:1, 86:6, 92:14, 92:25, 98:19, 98:21, 106:11, 106:14, 106:17, 108:6, 108:13, 108:15, 111:7, 111:11, 114:20, 114:23, 115:2, 115:4, 115:8, 115:9, 115:11, 115:12, 116:6, 116:9, 116:11, 116:14, 116:18, 119:18, 119:20, 119:24, 132:17, 132:20, 133:25, 134:5, 134:8, 137:11, 137:13, 137:17, 137:19, 143:1, 143:2, 146:4, 146:9, 151:11, 151:14, 151:16, 151:18, 152:15, 152:17, 158:19, 158:21, 158:25, 159:2, 159:5, 159:7, 159:12, 159:13, 161:18, 162:1, 162:6, 162:10, 162:17, 162:22, 163:2, 165:8, 165:12, 165:17, 165:25, 166:3, 168:6, 168:8, 173:11, 173:14, 179:19, 179:20, 179:21, 183:15, 183:16, 184:8, 184:10, 187:6, 187:9, 188:15, 188:19, 188:20, 193:2, 193:4, 193:12, 193:14, 193:19, 193:21, 194:21, 194:23, 195:5, 195:13, 195:15, 195:20, 195:21, 196:2, 196:4, 197:3, 197:4, 197:6, 197:8, 197:14, 197:16, 197:20, 197:24, 198:2, 198:17, 198:19, 198:21, 198:22, 199:18, 199:22, 200:11, 200:13, 201:21, 201:22, 204:9, 204:10, 208:3, 212:4, 212:6, 212:24, 212:25, 215:21, 216:1, 216:2, 217:12, 217:15, 218:6, 218:10, 225:19, 231:19, 231:20, 231:22, 239:11, 239:12, 239:25, 240:1, 240:2, 240:6, 240:23, 241:5, 241:7, 241:9, 241:11, 242:11, 244:11, 244:13, 244:16, 246:16, 246:18, 246:19, 246:23, 247:6, 247:13, 247:24, 248:4, 252:10, 252:12, 252:14, 257:3, 257:6, 257:9, 257:14, 257:16, 266:22, 266:24, 286:11, 286:13, 286:14, 286:15, 289:19, 289:22, 289:25, 292:20, 293:9, 293:12, 293:14, 293:17, 294:14, 294:17, 294:23, 294:25, 295:3, 295:9, 295:10, 295:15, 295:18, 295:25, 296:7, 296:8, 296:9, 296:12, 296:17, 296:19, 297:3, 297:5, 297:13, 297:14
MT [1] - 160:8
mud [6] - 59:9, 59:20, 59:25, 60:4, 60:5, 60:14
multiple [4] - 17:6, 42:11, 75:7, 226:22
must [10] - 202:5, 203:11, 203:16, 204:15, 209:4, 210:5, 210:14, 212:9, 212:14,

213:1

**N**

name [5] - 8:9, 8:10, 97:6, 98:18, 290:1
named [1] - 70:25
names [1] - 244:7
narrative [1] - 106:12
narrow [18] - 93:6, 94:14, 94:21, 94:24, 94:25, 100:12, 100:17, 120:19, 178:4, 202:11, 216:11, 259:3, 259:7, 262:8, 271:19, 278:19, 281:14
narrower [1] - 268:5
National [1] - 248:18
nature [2] - 124:3, 174:8
nautical [7] - 12:23, 14:24, 15:15, 76:21, 77:5, 77:10, 77:12
nav [1] - 131:24
naval [1] - 261:11
navigable [1] - 16:3
navigated [8] - 9:17, 9:20, 10:2, 99:20, 104:9, 122:4, 278:22, 278:24
navigates [1] - 278:20
navigating [20] - 136:21, 140:24, 143:16, 201:14, 202:14, 204:15, 204:25, 209:4, 210:14, 212:7, 212:16, 241:13, 250:12, 259:3, 262:1, 262:8, 271:14, 271:16, 271:18, 278:18
Navigation [1] - 200:16
navigation [24] - 96:17, 96:18, 99:5, 101:6, 101:23, 101:25, 140:12, 154:6, 178:4, 209:7, 209:11, 209:22, 209:25, 211:10, 217:6, 218:19, 218:20, 258:7, 259:19, 260:7, 260:9, 260:17, 261:2, 288:9
navigator [1] - 98:23
near [5] - 190:19, 190:20, 190:21, 202:11, 208:15
near-collision [1] - 202:11
nearly [1] - 105:10
necessarily [5] - 135:1, 144:14, 186:23, 222:22, 236:16
necessary [13] - 75:19, 123:2, 124:13, 124:14, 128:18, 131:8, 178:17, 178:23, 236:24, 242:16, 271:20, 282:3, 293:19
need [30] - 6:24, 7:12, 13:12, 13:14, 18:19, 27:4, 31:1, 38:24, 52:13, 61:20, 140:18, 161:19, 161:21, 164:8, 166:16, 178:18, 187:1, 208:20, 212:4, 224:18, 224:25, 225:21, 226:6, 226:11, 226:13, 238:15, 262:11, 262:19, 288:15
needed [15] - 37:12, 89:10, 144:20, 148:13, 149:9, 150:15, 153:11, 167:23, 192:25, 196:13, 256:9, 264:8, 266:20, 275:4, 280:22
needing [1] - 137:3
needs [4] - 79:11, 131:19, 212:18, 225:1
negative [1] - 191:16
negatively [1] - 72:3
negligent [5] - 21:17, 21:23, 239:23, 240:21, 241:3
neighborhood [1] - 155:23
never [49] - 28:12, 29:5, 29:10, 47:23, 63:12, 64:18, 74:5, 74:6, 74:7, 77:23, 78:5, 78:7, 79:17, 79:18, 83:7, 84:5, 89:8, 96:10, 98:12, 139:8, 139:11, 142:3, 145:4, 158:10, 158:13, 169:2, 169:5, 169:8, 179:11, 182:13, 204:5, 222:6, 222:23, 223:16, 225:14, 229:1, 237:9, 238:21, 238:25, 239:6, 258:1, 264:9, 271:7, 273:21, 277:19, 281:8, 294:12
new [9] - 33:2, 97:25, 103:23, 221:25, 222:7, 233:19, 238:10, 238:17, 238:25
New [11] - 86:10, 89:19, 91:15, 93:21, 94:10, 94:23, 98:2, 100:15, 133:10, 159:16, 159:17
next [21] - 35:25, 85:15, 110:2, 112:20, 125:3, 131:16, 160:24, 162:14, 167:14, 196:13, 197:17, 197:18, 201:21, 204:22, 212:1, 212:24, 213:13, 247:4, 247:11, 252:25, 288:5
nice [1] - 26:11
night [2] - 219:9, 294:24
Niles [2] - 71:5, 72:5
ninth [1] - 8:23
NO [1] - 1:13
no.. [1] - 184:21
NOAA [4] - 235:13, 235:15, 236:4, 236:11
nobody [12] - 60:7, 80:13, 80:15, 81:5, 81:17, 81:19, 84:7, 84:15, 149:24, 150:3, 150:4, 150:5
non [1] - 114:22
non-leading [1] - 114:22
none [7] - 4:24, 4:25, 156:19, 186:17, 200:3, 236:22
nonresponsive [5] - 111:8, 173:11, 188:16, 215:21, 266:23
Nonresponsive [5] - 134:1, 143:1, 146:4, 152:15, 216:1
Nork [1] - 70:25
normal [4] - 19:18, 47:17, 129:18, 223:24
north [1] - 94:11
North [1] - 27:8
northeast [3] - 89:19, 100:17, 249:16
notes [3] - 201:17, 217:13, 274:22
nothing [8] - 7:24, 79:21, 85:4, 85:21, 156:7, 246:19, 247:20, 258:24
notice [9] - 5:8, 87:17, 125:18, 129:3, 129:6, 129:10, 129:12, 145:18, 179:2
notices [1] - 6:4
notion [1] - 222:11
November [3] - 30:20, 103:20, 153:22
number [25] - 81:13, 88:11, 93:19, 94:2, 95:6, 100:7, 105:13, 115:17, 118:19, 119:6, 126:7, 133:19, 145:21, 179:22, 193:6, 201:23, 205:5, 263:4, 263:12, 265:25, 268:15, 271:7, 276:11, 291:2
Number [2] - 145:25, 158:25
numbers [5] - 62:17, 98:1, 157:6, 190:12, 270:11
numerous [8] - 17:25, 94:7, 95:6, 99:25, 104:22, 141:24, 146:2, 158:5
nutshell [1] - 125:16

**O**

O'Brien [1] - 2:17
OAK [127] - 2:11, 32:15, 47:18, 73:20, 79:20, 101:25, 102:20, 103:16, 104:16, 104:18, 104:21, 104:24, 105:7, 105:15, 105:25, 106:1, 107:7, 109:7, 109:12, 109:22, 109:25, 110:4, 112:23, 116:5, 116:21, 116:23, 119:11, 119:25, 120:6, 128:16, 132:3, 136:13, 137:12, 140:13, 141:25, 142:1, 142:4, 142:7, 142:10, 142:13, 144:10, 150:12, 150:13, 154:7, 155:1, 155:3, 155:12, 155:16, 156:17, 156:21, 165:2, 166:11, 168:10, 169:3, 169:6, 169:9, 173:8,

173:16, 184:1, 184:5, 184:15, 185:2, 186:4, 186:9, 187:22, 188:13, 191:14, 191:15, 191:24, 193:15, 193:22, 194:4, 194:8, 194:18, 194:20, 195:8, 195:16, 195:24, 196:11, 196:15, 197:13, 198:5, 198:24, 199:10, 206:24, 218:21, 244:19, 244:22, 245:20, 245:24, 246:5, 246:8, 252:22, 253:8, 253:19, 257:5, 259:10, 263:9, 263:19, 264:11, 266:11, 266:19, 268:4, 275:10, 276:2, 276:24, 277:12, 277:17, 277:19, 279:7, 279:21, 280:2, 281:2, 281:5, 282:19, 282:21, 284:1, 288:3, 289:15, 291:9, 291:16, 292:4, 295:16, 297:14, 297:19
OAK's [5] - 106:22, 148:12, 183:21, 193:5, 198:8
oath [3] - 165:23, 168:15, 260:10
object [9] - 106:13, 114:20, 116:6, 135:22, 158:19, 188:15, 240:23, 266:22, 296:25
objected [1] - 297:11
objection [24] - 73:3, 111:7, 111:9, 116:16, 119:18, 119:21, 128:15, 133:25, 143:1, 146:4, 146:6, 151:11, 151:17, 152:15, 173:11, 215:21, 216:1, 240:5, 241:2, 292:20, 293:8, 296:18, 296:19, 297:6
objections [2] - 4:22, 297:5
objective [3] - 63:18, 63:19, 63:20
obligation [5] - 47:7, 47:10, 144:5, 144:16, 221:24
observe [1] - 171:1
observer [1] - 153:16
observing [3] - 93:13, 120:12, 211:8
obstruction [1] - 235:18
obtain [1] - 210:15
obvious [6] - 76:5, 127:9, 135:20, 203:23, 230:8, 232:8
obviously [13] - 95:4, 138:1, 152:9, 153:9, 176:9, 176:24, 208:17, 209:11, 214:23, 265:19, 266:8, 269:20, 272:1
Obviously [1] - 293:14
occasion [4] - 96:23, 132:24, 170:2, 206:9
occasionally [1] - 89:20
occasions [4] - 89:7, 99:8, 99:10, 169:19
occur [2] - 186:2, 237:22
occurred [16] - 9:21, 10:3, 98:16, 101:8, 101:9, 102:3, 115:22, 151:9, 171:6, 174:3, 213:25, 218:24, 273:23, 277:24, 284:16, 294:11
occurring [1] - 149:5
occurs [1] - 287:25
ocean [3] - 249:10, 281:12, 281:13
oceans [1] - 88:8
odd [1] - 172:4
ODOM [1] - 89:11
OF [7] - 1:2, 1:8, 1:9, 1:9, 1:11, 1:12, 1:14
offer [6] - 4:8, 197:18, 234:2, 295:1, 296:5, 296:15
offered [5] - 95:5, 127:17, 198:1, 233:10, 234:13
office [3] - 75:4, 75:8, 248:7
OFFICER [4] - 165:18, 247:7, 247:9, 297:25
officer [17] - 99:5, 130:19, 130:20, 134:25, 172:16, 172:17, 203:13, 205:1, 208:12, 212:16, 241:13, 258:2, 258:6, 258:11, 258:14
officers [8] - 180:14, 201:14, 202:14, 202:19, 204:15, 207:16, 209:4, 209:17
offshore [1] - 249:18
often [6] - 89:12, 92:19, 92:22, 110:23, 128:13, 192:11
oil [1] - 249:3
old [2] - 27:9, 90:1
onboard [2] - 152:25, 171:10
once [10] - 47:11, 47:14, 69:17, 76:16, 99:11, 135:7, 137:4, 182:25, 238:21
oncoming [1] - 237:8
one [108] - 5:5, 5:6, 7:7, 14:24, 23:17, 27:11, 27:15, 27:16, 33:18, 33:23, 46:21, 46:23, 49:6, 50:19, 62:19, 65:13, 70:14, 71:11, 72:14, 73:14, 83:18, 87:19, 90:11, 93:11, 95:4, 96:10, 96:25, 109:3, 113:8, 117:19, 119:6, 120:16, 124:1, 124:10, 126:7, 128:10, 134:22, 144:21, 145:11, 145:17, 145:21, 147:19, 150:18, 150:22, 150:24, 150:25, 156:5, 156:16, 157:1, 160:24, 163:1, 164:23, 169:21, 183:21, 186:20, 189:5, 195:3, 198:1, 200:1, 201:3, 202:2, 202:24, 203:6, 205:6, 205:12, 206:20, 208:20, 214:13, 214:22, 214:25, 215:2, 217:7, 220:13, 220:15, 222:2, 223:8, 223:9, 223:10, 223:14, 228:12, 233:21, 235:25, 239:14, 239:16, 240:13, 240:25, 242:2, 242:6, 243:4, 250:19, 252:19, 253:24, 254:9, 263:18, 263:21, 266:14, 267:14, 268:6, 271:7, 278:8, 278:14, 282:14, 283:4, 285:5, 287:8, 296:20
one-half [1] - 285:5
one-whistle [1] - 124:10
ones [7] - 47:20, 69:1, 157:2, 222:14, 222:18, 222:24, 223:25
ongoing [2] - 71:16, 71:17
online [1] - 98:3
OOWs [1] - 203:13
OPA [2] - 5:8, 6:1
open [6] - 17:22, 35:16, 239:7, 243:5, 281:12, 281:13
opened [1] - 46:22
opening [1] - 34:24
opens [1] - 199:12
operate [5] - 8:19, 82:18, 163:6, 201:25, 258:19
operated [1] - 99:18
operation [2] - 101:25, 218:21
operational [1] - 212:23
operations [3] - 96:18, 101:24, 218:19
operator [1] - 271:17
Operators [1] - 34:17
opinion [70] - 20:17, 21:15, 21:17, 21:19, 26:18, 27:1, 36:25, 39:18, 40:1, 56:9, 101:9, 101:18, 101:21, 109:18, 110:7, 112:10, 112:25, 119:3, 119:10, 119:11, 120:3, 120:5, 120:6, 120:11, 120:12, 125:20, 127:2, 131:4, 134:19, 145:25, 162:8, 162:16, 162:17, 164:18, 164:20, 165:5, 214:23, 218:17, 219:2, 219:16, 220:8, 220:15, 220:21, 221:1, 226:23, 228:7, 228:9, 233:4, 234:7, 236:23, 237:5, 238:16, 238:23, 239:1, 241:23, 242:22, 244:20, 259:24, 260:4, 262:18, 270:4, 283:18, 284:3, 284:6, 284:7, 284:21, 289:1, 289:3, 289:10

opinions [25] - 26:25, 97:19, 121:7, 121:11, 134:15, 145:8, 154:3, 219:3, 219:11, 219:15, 221:21, 221:25, 222:5, 222:7, 226:22, 233:19, 233:20, 238:9, 238:10, 238:25, 251:24, 252:5, 276:5, 279:11, 281:20
opportunities [1] - 83:14
opportunity [6] - 78:14, 78:17, 78:23, 138:10, 246:10, 282:10
opposed [7] - 95:23, 133:21, 156:25, 190:19, 217:24, 234:1, 244:2
opposing [1] - 255:10
opposite [3] - 189:5, 254:7, 254:14
option [11] - 24:22, 24:25, 25:1, 36:21, 57:13, 57:15, 126:21, 127:13, 292:25, 293:2, 293:3
options [35] - 36:20, 37:10, 37:17, 37:19, 48:12, 57:8, 58:1, 61:22, 62:2, 161:1, 161:6, 161:8, 161:11, 161:13, 161:14, 161:25, 162:4, 162:13, 162:15, 162:20, 162:25, 163:4, 163:6, 163:9, 163:10, 163:13, 163:16, 163:22, 164:4, 236:22, 240:13, 266:1, 269:17, 274:18
OR [2] - 1:9, 1:14
order [11] - 4:1, 106:8, 203:16, 206:1, 209:6, 262:18, 278:7, 278:12, 278:13, 278:15, 295:20
ordered [2] - 203:18, 204:6
orders [3] - 22:6, 84:16, 277:23
organization [1] - 212:14
organizations [2] - 33:15, 34:7
orientation [2] - 242:3, 288:8
originally [1] - 86:10
otherwise [7] - 223:11, 242:4, 242:5, 242:9, 254:21, 272:2
out-of-control [1] - 81:18
outboard [1] - 123:1
outbound [19] - 99:11, 99:12, 105:17, 112:7, 112:16, 117:9, 117:20, 118:8, 120:7, 125:2, 126:17, 150:17, 169:20, 171:2, 171:3, 206:10, 262:2, 281:1, 282:13
outbounds [2] - 169:21, 169:22
outcome [3] - 214:19, 269:25, 271:3
outer [2] - 53:3, 56:6
outline [1] - 243:4
outnumbered [1] - 87:18
outside [13] - 56:10, 56:14, 68:3, 69:12, 112:3, 154:22, 218:4, 234:16, 236:3, 236:9, 236:14, 237:6, 249:24
overall [1] - 217:1
overcome [3] - 135:11, 293:24, 294:9
overly [1] - 133:18
overnight [1] - 296:11
overridden [1] - 179:6
override [1] - 180:7
overrule [5] - 111:9, 116:16, 146:6, 151:17, 188:17
overruled [4] - 146:7, 152:16, 240:5, 241:2
overtake [1] - 124:2
overtaking [2] - 105:21, 107:14
overtakings [1] - 216:24
own [16] - 72:24, 75:16, 75:17, 77:3, 84:20, 120:15, 123:14, 135:23, 142:10, 143:7, 185:8, 186:3, 210:14, 220:24, 280:10
owned [2] - 30:13, 30:16
owner [4] - 29:1, 30:2, 282:1, 290:4
owners [2] - 282:7, 282:8
ownership [1] - 238:15

## P

p.m [5] - 165:19, 247:8, 298:1
P.M [1] - 1:5
page [19] - 35:25, 62:16, 62:17, 62:18, 94:2, 98:7, 159:5, 159:12, 168:7, 184:9, 201:21, 212:1, 212:24, 252:13, 252:16, 252:20, 252:22, 269:5, 288:5
Page [15] - 3:2, 3:8, 27:3, 34:25, 35:25, 36:16, 87:6, 106:19, 140:1, 166:15, 209:3, 212:1, 256:3, 286:8, 286:11
pages [2] - 183:17, 252:11
paid [2] - 153:15, 153:17
Paltiyevich [1] - 2:1
PANAMA [3] - 1:6, 1:12, 2:5
paper [4] - 4:16, 4:18, 263:5
papers [1] - 35:11
paragraph [10] - 101:15, 201:11, 202:11, 210:13, 213:3, 213:14, 218:13, 252:21, 286:7, 286:16
Paragraph [1] - 62:17
parallel [4] - 106:4, 111:5, 122:2, 123:3
parameter [1] - 276:8
parameters [7] - 204:19, 204:24, 255:15, 266:13, 266:19, 267:8, 267:9
paramount [1] - 92:20
pardon [1] - 257:10
part [19] - 5:6, 10:17, 24:7, 77:17, 90:4, 99:13, 102:5, 120:20, 135:3, 176:12, 209:24, 212:14, 216:25, 219:24, 260:18, 261:3, 267:18, 267:21, 290:9
partial [1] - 117:1
partially [3] - 117:4, 229:4, 276:10
participant [2] - 281:23, 281:24
particular [5] - 22:4, 152:3, 272:4, 278:7, 283:18
particulars [3] - 101:7, 253:18
parties [2] - 200:17, 219:7
parts [2] - 134:22, 201:10
party [1] - 295:5
pass [18] - 26:6, 47:20, 73:19, 137:11, 192:2, 192:5, 210:24, 217:8, 217:10, 218:6, 223:25, 244:12, 257:4, 287:23, 289:19, 294:16
passage [35] - 129:24, 130:2, 130:3, 130:10, 172:7, 172:10, 172:12, 173:2, 173:8, 173:9, 173:12, 173:18, 174:2, 176:3, 177:15, 194:8, 201:17, 201:18, 202:25, 203:1, 203:7, 209:12, 209:21, 209:24, 210:18, 212:13, 213:9, 213:13, 214:19, 242:8, 242:22, 243:3, 270:15, 270:24, 271:8
passed [9] - 191:5, 192:8, 194:5, 195:2, 195:4, 195:8, 222:24, 265:4, 281:2
passing [32] - 47:17, 64:21, 107:7, 126:16, 142:5, 143:11, 144:1, 146:11, 148:25, 149:18, 149:21, 154:25, 156:20, 165:2, 187:7, 188:1, 188:25, 189:1, 191:3, 195:9, 206:24, 222:14, 222:18, 223:2, 223:24, 224:21, 230:25, 231:5, 231:25, 277:20, 287:5, 289:17

passings [3] - 156:13, 156:19, 216:22
past [6] - 84:5, 96:6, 97:17, 191:4, 195:7, 234:13
path [6] - 23:3, 23:10, 23:11, 23:15, 81:19, 110:1
Patrick [2] - 2:7, 2:17
PAUL [4] - 3:15, 71:1, 71:4, 247:25
Paul [1] - 247:13
pause [1] - 7:20
pay [3] - 32:24, 163:4, 288:15
paying [2] - 41:1, 50:16
pending [2] - 121:9, 260:23
penetrate [8] - 59:5, 66:1, 66:20, 66:25, 67:10, 69:9, 69:10, 70:10
penetrated [7] - 66:9, 66:21, 67:12, 67:18, 68:5, 68:11, 70:2
penultimate [1] - 101:15
people [25] - 28:19, 30:25, 34:6, 34:9, 34:17, 50:6, 52:4, 63:2, 143:11, 158:9, 180:18, 180:21, 181:22, 182:17, 215:17, 216:5, 221:16, 223:13, 227:13, 227:16, 228:5, 237:2, 238:5, 258:19, 258:22
per [9] - 12:16, 18:2, 21:3, 21:5, 75:2, 75:7, 208:18, 210:17, 253:10
percent [2] - 40:11, 96:3
percentage [1] - 95:22
perfect [1] - 253:1
perfectly [2] - 105:22
performance [1] - 147:20
performed [2] - 31:10, 273:14
perhaps [11] - 101:11, 112:18, 146:13, 147:2, 148:10, 149:5, 150:11, 176:8, 199:8, 261:24, 275:24
period [6] - 115:19, 115:21, 131:16, 205:16, 225:8, 225:9
permit [1] - 8:19
person [6] - 84:13, 84:19, 88:22, 140:12, 145:19, 239:14
personal [2] - 101:5, 264:22
perspective [5] - 75:11, 101:23, 105:10, 218:18, 244:7
Perth [1] - 91:16
Phase [2] - 187:7, 187:25
phases [1] - 255:8
PhD [1] - 248:23
phenomenon [1] - 263:14
Philadelphia [5] - 86:10, 89:19, 97:2, 97:16, 100:15
Philly [2] - 89:18, 91:23
PHOENIX [1] - 91:8
phone [7] - 11:19, 55:10, 72:12, 72:13, 72:17, 73:5, 73:15
photograph [1] - 109:11
phrased [1] - 263:17
physically [3] - 39:21, 68:1, 69:10
physics [1] - 51:23
pictorially [1] - 107:2
picture [2] - 105:13, 194:2
piece [3] - 90:8, 90:18, 211:16
pieces [2] - 93:21, 93:22
pier [1] - 250:14
piggybacking [1] - 127:18
pilot [131] - 13:11, 17:5, 30:25, 41:1, 41:4, 42:25, 43:1, 46:10, 50:18, 50:25, 51:1, 52:5, 52:11, 52:14, 55:20, 55:24, 57:10, 60:16, 60:22, 60:23, 60:25, 61:4, 61:7, 61:15, 61:22, 62:24, 74:5, 76:1, 86:13, 86:14, 86:15, 86:16, 86:20, 88:11, 88:12, 89:13, 89:15, 89:21, 90:23, 93:9, 93:11, 93:15, 93:18, 94:4, 94:5, 95:11, 95:20, 97:12, 99:6, 99:20, 100:11, 100:15, 100:16, 101:5, 108:2, 113:1, 123:24, 131:2, 131:4, 131:12, 131:18, 131:20, 131:21, 131:25, 132:4, 132:5, 132:11, 132:13, 132:19, 132:23, 132:25, 133:9, 137:1, 139:9, 142:11, 145:5, 145:11, 145:16, 152:24, 153:1, 158:16, 158:18, 158:22, 159:16, 159:17, 159:19, 160:3, 162:2, 162:7, 162:9, 166:8, 166:11, 171:17, 195:23, 202:15, 203:9, 204:14, 204:16, 204:19, 206:1, 207:6, 207:12, 207:14, 208:12, 212:3, 212:7, 213:15, 213:18, 221:14, 222:12, 225:1, 225:20, 225:23, 226:10, 226:14, 232:4, 236:2, 245:22, 246:2, 260:18, 261:4, 264:22, 272:1, 272:3, 274:7, 274:17, 277:23, 278:18, 289:13
Pilot [11] - 64:18, 72:5, 114:9, 163:13, 163:14, 166:11, 180:2, 215:12, 274:4, 274:16
pilot's [8] - 16:19, 17:7, 90:6, 95:2, 202:18, 203:12, 204:11, 211:10
pilotage [4] - 90:8, 90:10, 90:18, 132:9
pilotage.. [1] - 90:17
piloted [7] - 74:7, 91:1, 94:20, 104:12, 104:13, 158:5, 158:10
pilothouse [1] - 37:23
piloting [12] - 89:23, 90:24, 92:22, 95:24, 96:17, 96:18, 101:23, 119:6, 126:1, 133:2, 133:12, 218:19
pilots [36] - 93:12, 113:23, 114:8, 114:11, 118:15, 118:19, 118:24, 136:25, 138:11, 139:1, 139:16, 148:9, 149:16, 152:2, 159:14, 159:17, 159:19, 160:14, 164:12, 164:24, 167:2, 171:11, 174:17, 186:8, 192:10, 192:11, 205:13, 205:14, 205:15, 205:21, 205:22, 206:13, 209:5, 282:13, 282:23, 283:4
piss [2] - 153:5, 283:5
piss-poor [2] - 153:5, 283:5
pivoting [1] - 66:5
place [24] - 28:13, 58:17, 71:11, 116:8, 116:24, 124:10, 143:11, 144:2, 146:12, 149:14, 180:19, 180:23, 181:17, 186:18, 188:9, 199:24, 202:7, 216:17, 216:22, 216:24, 217:4, 265:8, 287:15, 288:11
places [1] - 175:11
plaintiff [2] - 6:24, 97:11
plaintiffs [1] - 6:8
Plan [3] - 230:17, 230:18
plan [39] - 33:14, 41:5, 41:7, 41:8, 41:9, 41:10, 41:11, 43:22, 51:9, 125:3, 129:24, 130:8, 130:9, 172:7, 172:10, 172:12, 173:2, 173:8, 173:9, 173:12, 173:19, 174:2, 176:3, 177:15, 202:25, 203:1, 203:8, 209:12, 209:21, 209:24, 210:18, 213:9, 213:13, 242:22, 243:3, 270:15, 270:24, 271:8, 272:3
planning [7] - 42:14, 59:23, 118:9, 125:24, 130:3, 201:19, 211:9
plans [1] - 243:4
platforms [2] - 249:3, 259:10

play [6] - 174:9, 174:25, 189:24, 192:3, 193:12, 208:11
playback [1] - 193:5
played [6] - 10:25, 13:2, 15:1, 19:8, 193:18, 197:10
playing [1] - 244:19
plot [4] - 185:2, 210:15, 211:3, 211:14
plots [9] - 183:20, 183:21, 184:14, 184:20, 185:8, 186:3, 187:2, 187:4, 289:5
plotted [1] - 185:15
plug [3] - 266:1, 267:1, 267:3
plus [6] - 81:4, 112:19, 150:13, 236:2, 284:5
point [75] - 6:14, 6:20, 15:23, 16:8, 17:3, 17:11, 19:20, 21:14, 22:13, 24:1, 25:4, 38:11, 38:12, 38:13, 42:15, 42:19, 45:6, 49:16, 59:17, 63:13, 63:21, 70:4, 72:5, 76:19, 77:24, 78:6, 78:7, 80:17, 80:19, 82:16, 87:16, 107:9, 108:14, 109:7, 127:18, 128:20, 137:24, 145:9, 147:5, 153:24, 156:5, 161:23, 161:24, 162:19, 163:9, 163:23, 182:5, 188:3, 193:22, 194:5, 196:5, 196:10, 196:23, 198:3, 198:20, 198:23, 199:14, 203:23, 207:7, 222:21, 230:21, 231:6, 237:23, 239:9, 243:4, 243:25, 278:8, 280:18, 282:12, 287:19, 290:19, 291:19, 294:25
Point [26] - 7:6, 10:21, 12:13, 19:24, 20:2, 21:2, 22:19, 49:2, 49:18, 51:16, 55:13, 55:15, 58:13, 75:22, 80:7, 101:6, 102:19, 107:24, 108:4, 119:9, 120:14, 129:2, 136:9, 186:10, 202:21, 235:12
pointed [2] - 62:13, 65:7
pointing [1] - 62:23
points [3] - 82:11, 131:8, 243:21
policies [1] - 172:21
policy [3] - 147:9, 147:12, 151:4
poor [10] - 121:14, 153:5, 160:16, 167:3, 240:9, 246:1, 265:15, 274:12, 281:21, 283:5
poor-handling [6] - 160:16, 167:3, 246:1, 265:15, 274:12, 281:21
poorly [1] - 263:17
popped [2] - 77:20, 78:2
Port [1] - 192:12
port [55] - 15:11, 16:12, 18:10, 21:16, 21:18, 21:20, 21:24, 22:2, 23:16, 24:6, 24:13, 24:22, 24:25, 38:15, 38:20, 39:5, 39:12, 45:14, 48:22, 48:24, 49:12, 76:6, 76:9, 83:10, 109:21, 110:3, 110:14, 124:10, 124:24, 126:3, 160:9, 185:19, 188:6, 191:12, 191:13, 195:24, 195:25, 196:12, 196:16, 196:17, 196:19, 196:24, 221:7, 230:17, 242:2, 242:8, 244:1, 244:2, 244:6, 244:9, 291:17
port-to-port [4] - 124:10, 230:17, 242:2, 242:8
ported [1] - 84:1
ports [1] - 89:19
portside [3] - 109:21, 198:24, 244:9
position [17] - 51:15, 61:4, 61:7, 66:17, 88:4, 106:10, 127:21, 148:12, 152:10, 186:21, 187:22, 195:22, 200:3, 211:15, 212:13, 278:6, 284:16
positioned [2] - 142:8, 192:15
positions [3] - 210:16, 211:3, 243:20
positive [1] - 189:7
possibility [1] - 59:14
possible [10] - 20:18, 102:2, 125:3, 125:11, 125:23, 174:24, 180:11, 205:1, 218:23, 290:17
possibly [2] - 229:20, 229:21
post [9] - 65:24, 66:22, 66:24, 67:14, 67:19, 67:20, 69:14, 70:12, 83:5
post-accident [1] - 70:12
post-incident [1] - 83:5
potential [1] - 130:8
potentially [3] - 45:2, 63:23, 216:10
pounds [1] - 255:20
power [3] - 178:16, 178:22, 271:18
PPU [20] - 12:21, 14:23, 105:6, 106:1, 106:24, 107:19, 107:20, 107:22, 119:8, 142:11, 142:19, 186:9, 186:10, 193:5, 198:9, 207:12, 207:15, 211:10, 243:19, 264:22
PPUs [3] - 102:20, 120:14, 246:11
practicable [1] - 120:22
practical [2] - 20:20, 20:22
practice [4] - 112:11, 211:24, 211:25, 242:15
practices [6] - 34:18, 207:23, 207:25, 208:2, 208:4, 208:9
practicing [1] - 258:3
precipitated [1] - 120:8
precise [2] - 39:8, 282:2
predeparture [1] - 204:13
predicted [1] - 54:15
prediction [1] - 54:18
predictor [2] - 22:20, 58:13
prefer [1] - 4:16
premise [2] - 217:6, 227:20
preparation [4] - 98:9, 107:17, 168:14, 253:25
prepare [1] - 252:3
prepared [5] - 4:19, 198:24, 200:17, 200:24, 253:15
preparing [5] - 139:24, 213:9, 219:2, 220:25, 221:1
presence [1] - 273:5
present [4] - 6:13, 9:5, 49:21, 128:23
present-day [1] - 49:21
presentation [1] - 6:20
presented [1] - 103:6
presently [2] - 86:23, 90:24
preserve [1] - 84:20
pressure [5] - 84:6, 84:14, 189:7, 254:23, 254:25
presume [3] - 271:21, 272:3, 277:4
presumed [1] - 222:13
pretty [11] - 14:22, 24:17, 32:2, 51:22, 56:20, 78:8, 91:24, 127:9, 133:21, 230:8, 232:8
prevailing [1] - 213:5
prevent [4] - 164:5, 164:8, 221:20, 257:1
previous [5] - 21:6, 197:25, 201:17, 260:22, 271:22
previously [2] - 4:9, 76:24
primarily [11] - 89:20, 96:19, 100:17, 113:12, 128:10, 128:21, 130:12, 130:13, 157:16, 189:4, 271:23
primary [2] - 249:4, 254:25

proactive [2] - 209:2, 221:19
problem [8] - 40:5, 84:18, 145:11, 145:17, 145:20, 219:16, 221:17, 261:1
problems [2] - 14:13, 19:3
procedures [6] - 172:21, 209:7, 209:11, 209:19, 209:22, 209:25
proceed [5] - 6:21, 86:1, 110:2, 166:4, 247:23
proceeding [2] - 79:6, 275:10
Proceedings [2] - 2:21, 298:1
proceedings [2] - 168:16, 298:6
process [2] - 163:18, 170:25
produced [4] - 2:22, 73:4, 141:16, 267:6
profession [3] - 98:23, 278:6, 290:16
professional [8] - 87:11, 101:18, 101:21, 183:10, 208:7, 218:17, 220:21, 249:24
professionalism [1] - 99:18
PROFESSOR [2] - 3:15, 247:25
Professor [22] - 247:13, 247:15, 248:5, 248:11, 249:19, 250:4, 250:20, 250:22, 251:13, 251:21, 252:20, 253:2, 254:3, 255:21, 257:3, 257:11, 257:17, 289:20, 290:1, 293:18, 294:18, 294:23
professor [3] - 248:9, 248:10, 249:1
profile [6] - 109:21, 196:12, 196:16, 196:21, 244:2, 244:9
program [10] - 33:10, 33:11, 108:5, 129:14, 129:16, 131:25, 179:6, 179:10, 179:11, 249:8
programs [2] - 33:24, 294:5
progress [2] - 210:16, 211:3
projected [1] - 71:24
projecting [1] - 198:24
projection [1] - 195:17
propane [2] - 36:7, 103:15
propeller [3] - 18:21, 267:17, 267:18
propellers [1] - 18:15
proper [2] - 130:17, 136:23
properly [1] - 121:12
property [1] - 227:14
proportion [1] - 268:10
proportional [1] - 285:2
propose [1] - 123:25
Proposed [1] - 159:23
proposed [1] - 160:6
proposing [1] - 203:7
protect [1] - 129:14
protected [3] - 66:18, 234:4, 237:11
protection [3] - 127:17, 233:11, 234:3
proved [1] - 225:23
provide [8] - 4:20, 5:9, 6:4, 98:19, 120:17, 251:24, 271:19, 273:13
provided [21] - 13:10, 115:17, 129:24, 130:11, 208:11, 222:6, 253:4, 253:23, 255:15, 259:12, 259:23, 264:13, 264:15, 268:18, 268:19, 268:20, 270:24, 273:21, 273:24, 283:22, 283:24
PROVIDER [4] - 19:1, 19:3, 19:4, 19:5
provides [2] - 5:10, 5:25
providing [3] - 131:13, 201:24, 208:23
proximity [4] - 113:9, 190:15, 190:17
prudent [3] - 87:20, 105:22, 271:17
publications [1] - 291:2
published [1] - 263:6
pull [4] - 55:14, 87:6, 200:11, 231:23
pulled [5] - 14:2, 15:14, 200:23, 231:8, 231:10
pullouts [1] - 278:1
puncture [1] - 135:24
pure [1] - 278:14
purported [1] - 154:6
purpose [2] - 12:6, 211:17
purposes [8] - 6:1, 93:6, 94:16, 99:16, 269:15, 270:4, 276:5, 289:10
pursuant [2] - 6:23, 295:7
pursue [2] - 251:20, 262:4
push [4] - 83:12, 104:3, 104:6, 122:10
pushed [9] - 9:7, 9:11, 66:4, 125:7, 148:11, 154:14, 154:18, 169:5, 289:15
pushing [7] - 24:14, 39:17, 67:3, 67:5, 68:8, 135:11, 226:10
put [34] - 5:12, 17:22, 24:10, 24:11, 24:12, 61:20, 62:7, 63:19, 76:6, 77:17, 105:19, 106:18, 115:8, 127:11, 133:7, 149:17, 158:25, 166:18, 170:5, 172:12, 172:15, 172:21, 193:2, 199:18, 213:13, 219:10, 219:18, 230:9, 232:10, 239:6, 239:22, 243:3, 252:22, 296:22
putting [3] - 41:14, 76:13, 126:19

**Q**

quadrant [1] - 12:12
qualified [4] - 29:16, 139:16, 139:20, 146:3
qualitative [1] - 273:25
quantified [1] - 273:15
quantify [4] - 191:10, 270:3, 273:11, 277:15
quantitative [2] - 177:8, 274:1
quarters [1] - 12:25
question-and-answer [1] - 106:12
questions [22] - 27:6, 27:15, 73:21, 74:2, 75:10, 85:2, 108:10, 108:18, 108:19, 112:6, 138:1, 141:19, 161:16, 200:24, 201:1, 241:7, 246:18, 257:21, 269:13, 276:17, 286:7, 289:23
quick [5] - 24:18, 45:16, 82:10, 130:22, 238:4
quickly [4] - 48:18, 88:21, 202:12, 202:21
quite [6] - 74:1, 92:22, 117:9, 124:6, 180:11, 223:1
quoted [2] - 269:7, 291:2

**R**

R156 [1] - 198:8
radar [11] - 28:1, 43:5, 50:3, 50:11, 50:15, 181:23, 207:24, 208:5, 210:21, 245:14
radars [1] - 50:7
radio [3] - 40:23, 142:21, 143:5
railroad [1] - 243:3
raise [1] - 247:15
ran [2] - 75:8, 81:20
range [7] - 129:9, 155:22, 179:4, 179:17, 249:6, 249:24, 296:14
rapid [4] - 84:22, 135:4, 254:22, 254:24
rapidly [2] - 91:18, 129:15
rarely [1] - 223:8
Raritan [2] - 94:19
rate [8] - 128:24, 136:2, 147:17, 173:22, 208:13, 208:17,

267:17, 272:8
rather [3] - 106:2, 112:3, 203:3
RAVEN [1] - 122:14
Raven [2] - 107:22, 142:11
Rayzor [1] - 2:8
RCP [2] - 32:25, 33:1
reach [1] - 127:21
reached [6] - 127:12, 223:3, 224:6, 232:12, 232:15, 232:18
reaches [3] - 111:3, 136:22, 223:23
reaction [3] - 76:6, 215:7, 216:9
read [28] - 43:12, 73:12, 104:22, 107:16, 114:8, 118:18, 128:3, 130:19, 134:15, 138:11, 138:17, 138:19, 139:23, 140:6, 141:8, 159:25, 164:9, 166:17, 166:19, 178:18, 178:19, 190:1, 201:13, 205:3, 205:4, 209:9, 221:2, 274:14
readily [2] - 19:24, 177:23
reading [4] - 36:12, 162:2, 204:23, 283:1
readings [1] - 235:21
reads [1] - 205:7
ready [4] - 6:20, 166:4, 296:5, 296:7
reality [1] - 25:12
realize [1] - 81:11
realized [4] - 81:9, 125:3, 220:16, 222:4
realizing [1] - 45:17
really [17] - 11:6, 35:15, 36:18, 48:24, 51:22, 68:24, 88:20, 90:9, 92:10, 109:20, 126:17, 133:1, 145:15, 181:19, 219:9, 220:23, 244:17
reason [27] - 33:18, 107:9, 111:20, 111:22, 126:15, 151:1, 159:20, 160:12, 163:21, 166:13, 177:21, 190:11, 190:13, 190:15, 194:13, 214:11, 214:16, 214:18, 222:2, 223:10, 228:19, 254:25, 259:22, 260:12, 260:20, 275:13, 275:17
reasonable [7] - 58:11, 82:21, 224:24, 225:2, 225:11, 226:12, 240:12
reasonably [1] - 168:21
reasons [2] - 126:7, 137:2
recap [1] - 244:17
receive [4] - 72:23, 88:18, 132:21, 274:1
received [3] - 88:16, 88:19, 248:18
Recess [3] - 85:13, 165:19, 247:8
reciprocal [3] - 105:9, 105:10, 106:3
recognize [4] - 35:5, 147:18, 181:11, 183:24
recognized [3] - 144:23, 145:13, 221:16
recognizes [1] - 147:16
recommend [1] - 56:11
recommendations [3] - 28:21, 29:2, 29:4
recommended [2] - 57:16, 212:16
record [11] - 5:12, 5:24, 8:9, 22:23, 85:8, 116:11, 295:1, 295:6, 297:21, 297:22, 298:6
recorded [1] - 2:21
recorders [1] - 264:19
recourse [1] - 63:23
recover [3] - 160:16, 160:22, 288:14
RECROSS [3] - 79:23, 83:19, 244:15
Recross [3] - 3:10, 3:11, 3:15
RECROSS-EXAMINATION [3] - 79:23, 83:19, 244:15
Recross-Examination [3] - 3:10, 3:11, 3:15
red [21] - 16:5, 20:6, 41:21, 79:6, 79:14, 107:5, 107:7, 110:16, 124:16, 124:17, 124:25, 125:4, 125:6, 125:9, 127:3, 135:7, 183:1, 184:1, 199:24, 200:1, 230:22
Redirect [3] - 3:10, 3:11, 3:14
redirect [3] - 73:22, 241:8, 294:17
REDIRECT [3] - 73:24, 82:13, 241:10
reduce [6] - 129:19, 164:6, 175:19, 176:10, 272:6, 285:4
reduced [7] - 128:24, 163:6, 175:10, 176:3, 177:16, 177:18, 285:5
reduces [3] - 175:20, 215:6, 216:6
reducing [2] - 170:8, 170:9
reduction [2] - 175:15, 175:23
reef [2] - 53:11, 57:3
refer [3] - 129:12, 194:22, 261:14
references [1] - 252:17
referred [4] - 110:21, 187:16, 191:17, 216:16
referring [12] - 110:17, 128:20, 161:23, 209:23, 210:2, 210:23, 237:16, 245:18, 251:21, 254:3, 261:16, 286:16
refineries [1] - 92:1
refinery [1] - 91:24
refining [1] - 238:9
reflect [2] - 87:10, 114:1
refresher [1] - 167:23
refuse [2] - 206:13, 212:9
regain [2] - 43:22, 218:2
regard [9] - 104:21, 178:5, 196:7, 220:10, 239:3, 244:21, 251:14, 256:5, 256:6
regarding [4] - 101:7, 124:13, 132:6, 159:23
regardless [4] - 110:6, 241:19, 261:18, 276:10
regards [1] - 88:13
regimes [1] - 5:11
regularly [2] - 89:14, 133:10
regulations [3] - 33:2, 170:18, 209:8
reiterate [1] - 82:15
rejected [5] - 127:10, 127:19, 230:9, 232:9, 234:25
relates [1] - 130:16
relation [2] - 175:22, 185:19
relative [7] - 102:2, 130:15, 178:9, 218:23, 255:5, 255:21, 288:9
relatively [9] - 103:23, 105:25, 122:2, 193:25, 250:9, 251:5, 254:8, 254:11, 255:11
relevance [1] - 73:4
relevant [6] - 101:7, 120:20, 131:16, 154:8, 154:9, 254:13
relied [1] - 186:15
rely [2] - 115:10, 192:11
remain [1] - 124:10
remained [1] - 154:24
remaining [2] - 109:25, 122:2
remember [34] - 25:11, 27:24, 28:1, 28:8, 33:12, 35:22, 72:15, 72:19, 72:21, 74:3, 76:20, 126:24, 131:22, 132:1, 132:2, 132:14, 134:12, 134:17, 135:15, 136:7, 139:4, 139:14, 140:20, 153:7, 156:10, 173:23, 181:16, 194:7, 199:6, 201:8, 217:19, 218:13, 221:4, 293:15

remembering [1] - 91:23
remind [1] - 6:11
remotely [2] - 137:21, 138:10
removing [1] - 170:10
render [2] - 101:9, 221:1
rendered [1] - 279:12
renewed [1] - 8:24
repeat [8] - 5:1, 24:23, 61:14, 203:4, 216:3, 260:25, 285:14, 293:8
repeatedly [3] - 24:21, 24:24, 34:10
repelled [1] - 291:23
rephrase [3] - 176:18, 266:25, 293:12
report [63] - 8:22, 10:20, 26:12, 27:11, 51:17, 56:4, 56:8, 62:12, 63:20, 65:8, 65:9, 66:19, 72:22, 73:12, 75:12, 77:17, 98:4, 98:7, 98:8, 101:12, 106:19, 106:22, 121:3, 158:22, 190:1, 218:16, 221:10, 222:3, 222:4, 228:24, 252:3, 252:5, 252:9, 252:13, 252:16, 252:20, 253:15, 253:23, 254:1, 255:5, 255:18, 256:3, 261:20, 264:1, 264:8, 265:21, 266:21, 268:25, 269:2, 269:4, 270:7, 271:11, 272:13, 274:2, 274:14, 277:25, 282:3, 283:1, 286:8, 286:12, 288:5, 291:1
reported [2] - 268:9, 268:12
Reporter [1] - 2:19
REPORTER [12] - 5:3, 12:9, 74:22, 90:13, 90:16, 92:10, 92:15, 92:18, 101:20, 207:25, 242:6, 292:22
reporter [3] - 7:21, 74:23, 91:17
REPORTER'S [1] - 298:4
Reporter's [1] - 3:6
reports [23] - 10:14, 10:18, 24:21, 24:24, 27:7, 43:12, 43:14, 69:8, 73:7, 100:18, 100:20, 100:24, 104:23, 128:3, 134:15, 219:7, 219:10, 219:19, 220:1, 220:3, 220:4, 221:25
represent [4] - 159:19, 168:18, 194:12, 290:4
representation [1] - 243:1
represented [2] - 144:25, 145:6
represents [2] - 65:17, 70:25
reprimand [1] - 166:25
repulsive [1] - 286:25
request [6] - 42:22, 58:23, 129:15, 162:25, 182:2, 212:9
requested [2] - 134:20, 202:20
requesting [2] - 134:25, 135:2
requests [3] - 209:4, 212:3, 212:7
require [3] - 129:18, 133:11, 167:10
required [10] - 28:11, 29:9, 120:10, 130:23, 174:4, 203:13, 203:17, 204:17, 210:15, 242:2
requirement [1] - 181:17
requirements [4] - 130:14, 170:20, 202:3, 213:1
rereading [1] - 219:9
reserve [3] - 214:24, 222:4, 271:18
resolved [1] - 261:17
resource [5] - 95:6, 167:18, 167:19, 167:22, 168:3
respect [1] - 266:22
respective [3] - 188:10, 198:4, 198:6
respond [3] - 13:21, 203:3, 209:2
responded [3] - 13:14, 38:7, 268:3
responding [1] - 62:12
responds [3] - 13:12, 15:6
response [3] - 62:22, 204:21, 250:1
responsibility [6] - 35:6, 35:15, 102:2, 218:23, 220:9, 240:25
responsible [8] - 33:10, 33:14, 35:20, 123:19, 143:15, 143:18, 241:12, 241:15
responsive [1] - 108:7
responsively [1] - 150:11
rest [3] - 202:3, 295:4, 295:12
rested [1] - 296:1
resting [1] - 295:6
restricted [1] - 250:3
rests [2] - 6:24, 295:5
Rests........................... [1] - 3:5
Rests...................................... [1] - 3:4
result [6] - 117:10, 177:13, 254:21, 258:17, 277:20, 292:16
resulted [2] - 36:22, 261:5
results [1] - 275:15
resume [1] - 165:22
retained [2] - 10:5, 74:10
retrospect [1] - 146:18
revealed [1] - 256:19
reverse [16] - 17:22, 19:5, 24:11, 24:12, 26:2, 52:11, 52:14, 60:6, 76:14, 76:17, 77:20, 77:21, 78:2, 78:10, 78:20, 83:6
review [10] - 10:17, 17:2, 101:4, 102:13, 145:25, 146:3, 202:16, 217:13, 246:10, 251:17
reviewed [20] - 10:19, 11:10, 20:12, 102:6, 102:16, 115:5, 115:13, 118:12, 132:3, 132:5, 158:15, 158:22, 186:8, 193:5, 200:21, 200:23, 264:20, 264:24, 265:1, 274:14
reviewing [2] - 130:25, 186:9
revise [1] - 222:5
revisionist [1] - 63:22
RICHTER [2] - 3:12, 86:3
Richter [9] - 85:17, 85:18, 86:7, 116:19, 137:20, 165:22, 241:12, 241:18, 297:18
ricochet [3] - 44:25, 64:25, 68:20
ricocheted [1] - 81:8
ricocheting [1] - 41:19
ridden [1] - 99:10
Ridge [1] - 91:16
riding [2] - 93:13, 185:5
right-hand [3] - 12:12, 19:25, 22:24
rip [1] - 136:3
rise [4] - 165:18, 247:7, 247:9, 297:25
risk [15] - 62:6, 63:6, 84:15, 132:21, 132:22, 172:9, 172:24, 173:2, 174:2, 209:12, 209:21, 212:15, 239:14, 270:18, 270:25
risk-assessed [1] - 174:2
River [18] - 10:5, 89:20, 91:7, 153:20, 262:4, 265:6, 268:18, 268:21, 269:1, 270:18, 271:7, 273:7, 274:15, 275:25, 278:2, 290:22, 292:18, 295:19
RIVER [260] - 2:5, 3:5, 6:21, 7:10, 7:15, 11:13, 11:15, 12:17, 12:24, 13:10, 13:17, 15:15, 17:13, 19:15, 22:22, 23:15, 23:22, 25:24, 27:2, 32:12, 32:16, 35:5, 38:6, 40:8, 40:12, 40:16, 41:9, 42:23, 47:19,

48:6, 52:18, 57:14, 68:1, 69:8, 69:21, 70:1, 70:8, 75:13, 76:21, 77:13, 78:11, 79:5, 80:5, 80:10, 83:7, 85:15, 85:16, 99:10, 101:25, 102:20, 103:13, 103:20, 104:19, 104:24, 105:6, 109:8, 109:13, 109:18, 109:20, 110:8, 110:11, 110:14, 112:2, 112:4, 112:7, 112:11, 112:15, 114:4, 114:16, 116:5, 116:21, 116:23, 117:13, 118:15, 119:2, 119:12, 120:1, 120:9, 120:10, 123:18, 123:19, 123:20, 124:16, 127:7, 127:15, 127:19, 127:25, 128:5, 128:7, 129:23, 132:4, 133:4, 134:11, 135:14, 140:7, 140:18, 141:5, 141:23, 143:10, 143:13, 144:13, 150:7, 150:12, 150:20, 150:23, 151:19, 152:18, 154:22, 154:24, 155:8, 155:18, 156:17, 156:20, 160:8, 160:17, 163:14, 163:17, 164:3, 164:25, 169:16, 170:5, 170:21, 172:10, 173:7, 173:15, 174:22, 175:5, 176:1, 178:25, 179:13, 180:18, 180:21, 184:2, 184:4, 184:16, 185:4, 186:5, 186:10, 189:25, 191:1, 191:3, 191:11, 191:14, 191:16, 191:25, 194:1, 194:4, 195:23, 196:6, 196:12, 196:16, 197:1, 200:18, 205:13, 206:23, 218:21, 219:12, 219:17, 220:9, 220:16, 220:22, 221:3, 222:14, 223:3, 227:4, 227:5, 228:22, 228:24, 229:12, 229:17, 230:7, 232:19, 232:22, 233:16, 233:22, 234:1, 234:24, 239:1, 239:7, 241:18, 241:24, 243:16, 245:11, 247:11, 252:21, 253:7, 253:19, 256:7, 259:8, 259:9, 259:21, 260:1, 260:9, 261:4, 262:1, 262:8, 262:15, 263:9, 263:19, 264:10, 265:16, 265:23, 266:10, 266:19, 268:4, 270:12, 270:22, 272:25, 273:3, 274:12, 274:17, 275:10, 275:22, 276:23, 277:11, 277:16, 277:24, 278:19, 279:6, 279:14, 279:18, 279:24, 281:1, 281:11, 281:22, 282:5, 282:12, 282:16, 282:22, 283:5, 283:23, 284:4, 284:8, 286:6, 286:13, 287:7, 287:17, 288:2, 288:7, 288:8, 288:13, 288:17, 289:6, 289:13, 290:5, 290:7, 291:9, 291:16, 291:23, 292:2, 292:3, 292:12, 294:4, 294:9, 294:10, 294:13, 296:1, 296:12, 297:8

river [7] - 93:2, 93:4, 93:21, 94:19, 94:23, 100:16, 223:7

RIVER's [12] - 11:19, 23:3, 23:10, 106:3, 136:4, 142:2, 147:20, 172:7, 259:19, 260:16, 261:2, 282:24

RMR [2] - 2:19, 298:9

Robert [1] - 2:12

rode [4] - 99:12, 150:17, 153:14, 205:12

Rodrigues [2] - 138:16, 186:17

role [8] - 102:2, 104:18, 127:24, 169:16, 174:25, 218:23, 244:19, 288:21

room [9] - 56:25, 110:2, 111:1, 112:4, 120:10, 149:10, 158:9, 174:10, 258:4

root [7] - 31:12, 31:13, 31:17, 31:21, 31:24, 32:6, 34:21

Rose [23] - 7:6, 10:21, 12:13, 19:24, 20:2, 21:2, 22:19, 49:2, 49:18, 51:16, 55:13, 55:15, 58:13, 75:22, 80:7, 101:6, 102:19, 107:24, 108:4, 119:9, 120:14, 186:10, 235:12

rotate [2] - 255:2, 265:20

rotated [1] - 191:12

rotation [1] - 122:22

roughly [6] - 14:21, 30:20, 77:9, 95:25, 188:21, 285:1

round [1] - 93:23

roundabout [1] - 31:22

route [2] - 31:10, 93:20

Royston [1] - 2:8

RPM [2] - 134:19, 214:8

RPMs [16] - 129:9, 134:10, 134:23, 135:1, 135:4, 135:9, 135:12, 147:1, 177:23, 179:5, 179:9, 182:13, 182:24, 214:15, 214:24, 271:19

RPR [1] - 2:19

rudder [61] - 15:11, 23:17, 24:13, 24:15, 41:14, 76:9, 83:11, 106:7, 123:1, 124:24, 137:4, 178:17, 178:22, 192:21, 217:22, 256:2, 256:8, 256:9, 256:11, 256:12, 256:15, 256:24, 258:23, 260:3, 265:19, 265:20, 265:21, 267:20, 267:21, 277:23, 278:2, 278:3, 278:7, 278:12, 278:13, 281:25, 282:2, 282:4, 282:9, 282:18, 282:19, 282:20, 282:24, 283:10, 283:11, 283:13, 283:14, 283:15, 283:16, 283:19, 283:20, 283:25, 285:23, 287:11, 287:13, 293:19, 294:8

rudders [11] - 15:20, 18:14, 18:16, 18:19, 21:7, 24:13, 104:3, 104:4, 267:23, 283:9

RULE [2] - 1:9, 1:13

rule [1] - 223:25

Rule [7] - 119:13, 119:19, 120:8, 120:17, 187:3, 241:24, 242:3

rules [4] - 93:7, 93:10, 94:16, 167:3

ruling [1] - 6:24

run [10] - 59:20, 60:13, 74:20, 79:8, 127:15, 127:16, 135:23, 198:17, 233:9, 292:5

runaway [1] - 60:1

running [8] - 9:3, 9:4, 34:15, 59:9, 59:25, 75:7, 75:9, 197:3

runs [2] - 79:3, 135:25

Rusk [1] - 2:20

**S**

S.A [3] - 1:6, 1:13, 2:5

safe [15] - 23:25, 59:6, 66:17, 120:22, 126:21, 127:14, 209:7, 209:11, 209:24, 213:1, 213:4, 213:6, 213:12, 214:19, 270:19

Safe [1] - 213:7

safely [7] - 121:23, 126:11, 133:1, 143:16, 201:25, 217:8, 217:10

safer [2] - 178:12, 217:6

safety [15] - 12:7, 33:20, 56:10, 59:4, 65:5, 67:7, 96:18, 96:19, 101:23, 137:2, 212:17, 217:1, 218:19, 234:17

sail [3] - 86:18, 88:23, 89:11

sailed [5] - 88:4, 88:6, 88:24, 89:2, 89:4

sailing [1] - 169:24

salty [1] - 180:20

save [2] - 84:21, 227:8

saves [1] - 57:25

saw [18] - 11:18, 38:5, 46:2, 60:4, 62:10, 76:3, 79:5, 132:18, 139:23, 150:23, 234:23, 234:24, 235:23, 235:24, 273:17, 287:16, 290:8

scale [1] - 249:15

scenario [1] - 205:2

schematic [1] - 253:17

schematics [1] - 16:1

schools [1] - 97:16

Schuyler [3] - 87:14, 87:16, 137:24
scientific [1] - 284:25
Sclavounos [3] - 247:14, 250:20, 257:17
SCLAVOUNOS [2] - 3:15, 247:25
scoot [1] - 106:4
scraping [1] - 155:3
screen [11] - 12:20, 22:25, 94:2, 101:13, 103:10, 106:18, 115:23, 193:16, 248:11, 252:8, 252:23
screenshot [8] - 21:6, 66:13, 106:24, 116:19, 118:4, 197:16, 197:25, 199:11
screenshots [12] - 115:17, 115:20, 116:2, 118:11, 119:8, 156:11, 199:15, 199:23, 206:25, 297:17
screw [2] - 24:17, 104:3
sea [26] - 88:4, 91:9, 129:11, 129:18, 130:6, 130:21, 131:14, 179:1, 179:3, 202:18, 202:20, 205:8, 205:14, 205:16, 205:17, 214:5, 215:19, 215:22, 217:11, 217:25, 258:18, 281:10, 281:12, 281:13, 281:14
SEA [9] - 107:10, 107:14, 122:14, 194:5, 194:8, 194:22, 194:24, 195:2, 195:10
seabed [2] - 269:25, 285:18
SEADRIFT [1] - 105:21
seafloor [4] - 272:10, 273:17, 275:12, 275:14
seamanship [1] - 26:13
seat [2] - 85:24, 225:13
seats [4] - 4:3, 85:14, 165:21, 247:10
seawater [1] - 170:12
second [42] - 6:7, 44:17, 44:20, 45:8, 45:12, 45:20, 46:14, 46:17, 48:16, 52:20, 52:22, 64:21, 64:25, 78:16, 78:22, 78:23, 85:7, 90:13, 90:14, 130:20, 134:25, 135:3, 159:5, 159:12, 172:16, 172:17, 180:17, 184:8, 201:10, 201:11, 202:10, 210:13, 224:14, 230:24, 231:24, 250:24, 250:25, 252:20, 252:22, 292:22
second-guess [1] - 52:20
second-guessing [1] - 52:22
secondly [1] - 127:13
seconds [9] - 13:6, 15:3, 18:24, 19:10, 81:12, 225:10, 287:13, 288:11
Section [5] - 159:22, 166:21, 166:22, 168:1, 204:9
section [2] - 167:13, 215:5
sector [1] - 212:17
SECURITY [4] - 165:18, 247:7, 247:9, 297:25
see [89] - 13:25, 15:9, 15:10, 20:7, 24:5, 31:11, 39:21, 39:23, 42:16, 47:19, 49:6, 65:9, 72:4, 101:13, 106:1, 107:4, 107:10, 109:10, 109:24, 110:3, 110:17, 112:8, 115:23, 118:9, 124:1, 132:12, 142:10, 142:16, 142:17, 142:18, 144:15, 145:1, 145:10, 145:11, 145:17, 154:8, 154:9, 159:8, 159:22, 159:24, 166:21, 166:25, 167:6, 168:1, 168:7, 168:12, 181:24, 182:6, 184:4, 184:15, 187:6, 188:21, 193:15, 194:1, 194:10, 195:16, 195:24, 196:6, 198:23, 199:3, 199:19, 200:15, 201:15, 201:20, 204:18, 212:2, 213:13, 215:5, 215:10, 223:14, 225:21, 244:6, 244:8, 244:9, 248:11, 250:20, 252:8, 252:13, 252:17, 252:22, 252:25, 256:1, 256:13, 271:11, 278:1, 286:20, 288:10
seeing [7] - 82:17, 148:24, 193:7, 194:19, 196:22, 196:24, 244:8
sees [2] - 109:21, 109:22
segment [1] - 93:24
segments [1] - 130:11
seldom [1] - 68:25
selected [5] - 108:4, 266:9, 266:17, 267:13, 268:6
self [1] - 63:22
self-serving [1] - 63:22
seminar [1] - 34:16
seminars [1] - 34:9
send [1] - 24:14
sends [1] - 71:11
sense [1] - 43:23
sent [2] - 27:9, 71:7
sentence [5] - 201:11, 202:4, 202:10, 204:22, 210:13
separating [2] - 189:17, 190:10
separation [8] - 105:9, 117:21, 155:20, 253:4, 253:9, 255:22, 268:25, 275:21
September [1] - 102:8
sequentially [1] - 189:5
series [1] - 253:17
serious [1] - 83:21
seriously [1] - 238:11
served [2] - 10:9, 173:24
serves [4] - 54:2, 72:10, 115:21, 203:21
services [1] - 97:7
serving [2] - 63:22, 153:19
set [8] - 39:18, 119:22, 120:6, 156:13, 196:13, 204:18, 247:2, 247:4
setting [5] - 146:11, 149:14, 187:10, 214:8, 258:23
settings [2] - 278:1, 278:3
settle [1] - 285:12
settled [2] - 251:16, 251:19
setup [2] - 149:17, 149:21
seven [4] - 139:2, 236:12, 236:13, 271:4
several [4] - 31:4, 75:9, 102:10, 240:13
Shaking [1] - 72:3
shallow [20] - 12:10, 16:15, 25:6, 53:21, 53:25, 122:1, 127:9, 127:10, 229:6, 229:10, 229:12, 230:7, 230:9, 232:8, 232:9, 232:17, 237:10, 250:8, 254:10
shallower [1] - 235:21
shallows [1] - 53:10
Shamus [1] - 2:17
shape [2] - 122:17, 266:10
share [2] - 35:6, 91:18
shared [1] - 283:6
shareholder [2] - 30:10, 30:12
sharp [1] - 111:3
shave [1] - 110:23
sheer [69] - 19:18, 42:9, 45:8, 45:20, 46:16, 55:23, 55:24, 59:7, 59:22, 64:21, 64:25, 69:1, 69:3, 81:9, 81:10, 81:25, 82:1, 82:4, 82:16, 124:15, 124:21, 124:23, 127:20, 134:21, 160:22, 174:23, 175:5, 177:3, 177:9, 177:24, 180:10, 180:23, 182:25, 191:2, 191:3, 191:22, 199:8, 204:4, 205:11, 214:25, 218:3, 231:1, 231:2, 231:4, 231:7, 231:24, 241:21, 259:22, 260:11, 261:5, 270:23, 271:19, 273:4, 273:22, 275:23,

277:20, 277:24, 279:1, 284:8, 284:15, 290:12, 290:20, 291:20, 291:22, 291:23, 293:20, 293:24, 293:25
sheered [10] - 70:5, 70:8, 70:9, 135:8, 182:25, 191:12, 230:24, 290:7, 291:11
sheering [4] - 134:11, 160:8, 292:7
sheers [2] - 217:17, 217:21
shield [3] - 127:17, 233:10, 234:2
ship [155] - 8:18, 16:16, 16:17, 17:7, 22:6, 40:21, 40:22, 41:12, 42:9, 42:11, 43:21, 43:23, 43:24, 44:1, 44:4, 44:11, 44:12, 46:11, 47:2, 47:3, 47:12, 47:15, 47:18, 47:20, 47:24, 48:3, 50:5, 53:12, 53:15, 55:19, 56:10, 56:14, 59:14, 60:6, 60:10, 61:1, 61:6, 62:25, 65:22, 65:25, 66:6, 66:22, 66:24, 68:9, 68:11, 69:15, 69:24, 69:25, 74:5, 74:9, 74:21, 78:18, 80:19, 80:20, 81:5, 81:6, 81:17, 81:18, 81:23, 81:24, 81:25, 83:11, 83:12, 83:23, 83:25, 84:2, 84:16, 86:13, 88:9, 89:21, 89:22, 91:4, 91:8, 91:13, 91:14, 91:23, 101:24, 105:18, 113:2, 114:1, 117:17, 117:18, 117:20, 117:25, 118:1, 118:3, 127:20, 127:22, 131:12, 133:16, 133:20, 133:21, 136:3, 145:5, 147:3, 149:16, 150:7, 150:17, 151:2, 152:9, 153:6, 153:14, 156:1, 157:5, 158:10, 160:16, 160:19, 164:3, 164:12, 164:25, 167:3, 172:18, 180:14, 181:1, 184:1, 189:12, 192:7, 207:16, 210:10, 211:17, 215:13, 218:20, 223:19, 226:11, 230:2, 234:25, 236:7, 237:8, 249:21, 254:9, 263:24, 266:8, 266:15, 270:23, 271:4, 271:15, 275:6, 278:5, 278:13, 278:18, 279:3, 282:16, 283:5, 283:20, 285:2, 285:4, 285:12, 285:18
SHIP [2] - 1:13, 2:5
Ship [49] - 8:20, 9:10, 9:18, 10:3, 68:23, 99:2, 99:4, 99:8, 118:20, 136:22, 139:6, 139:8, 139:11, 139:17, 139:20, 140:21, 140:24, 145:5, 146:2, 167:10, 173:5, 178:11, 187:11, 187:13, 188:2, 188:9, 198:14, 200:16, 201:12, 201:25, 214:9, 215:8, 216:12, 216:20, 217:3, 223:17, 259:7, 259:17, 263:22, 264:3, 265:3, 265:10, 269:15, 269:23, 270:20, 275:1, 275:3, 278:19, 281:15
ship's [4] - 79:1, 97:3, 113:1, 129:13
shiphandling [4] - 96:17, 213:1, 258:10, 258:12
SHIPHOLDING [3] - 1:6, 1:12, 2:5
SHIPLEY [45] - 5:14, 5:20, 5:22, 6:11, 6:19, 6:25, 26:8, 27:4, 27:5, 39:3, 46:21, 46:25, 49:15, 54:24, 55:4, 62:16, 62:21, 69:6, 70:14, 70:16, 71:23, 73:9, 73:11, 73:19, 79:24, 82:9, 83:18, 83:20, 85:2, 218:10, 225:19, 231:20, 231:22, 239:11, 239:12, 240:1, 240:2, 240:6, 241:5, 241:7, 246:18, 295:9, 295:15, 296:19, 297:5
Shipley [13] - 1:19, 1:20, 3:9, 3:10, 3:11, 3:14, 26:9, 54:21, 74:1, 74:14, 79:22, 225:18, 239:10
shipowner [6] - 250:6, 250:17, 251:2, 251:6, 251:10
shipowner's [1] - 5:7
ships [44] - 12:8, 12:9, 12:10, 19:19, 48:15, 59:8, 60:4, 68:24, 68:25, 82:18, 89:3, 90:24, 92:23, 100:2, 100:5, 100:7, 100:11, 100:12, 113:5, 152:12, 152:14, 157:16, 167:10, 184:11, 189:10, 192:2, 192:5, 192:12, 207:18, 215:17, 216:5, 223:7, 242:18, 249:3, 249:6, 250:3, 254:7, 258:1, 266:6, 266:9, 282:25, 286:24, 287:2
ship’s [1] - 258:2
shoaling [30] - 114:6, 114:7, 114:10, 128:22, 160:7, 172:5, 174:25, 175:3, 175:8, 175:10, 177:1, 177:3, 177:4, 177:8, 177:9, 177:13, 177:17, 243:14, 246:1, 272:23, 273:3, 273:5, 273:12, 273:15, 273:19, 273:22, 274:8, 279:13, 288:21, 289:10
Shoemaker [3] - 71:5, 71:10, 72:6
short [2] - 80:17, 131:16
shortly [1] - 224:6
shots [1] - 50:19
show [8] - 20:10, 107:2, 115:19, 117:16, 166:16, 187:23, 236:11, 257:14
showed [10] - 66:14, 115:17, 156:10, 166:15, 196:12, 222:8, 233:3, 237:17, 243:19
showing [11] - 12:15, 12:23, 188:4, 195:17, 196:15, 196:16, 196:17, 196:21, 199:2, 237:19, 244:1
shown [5] - 108:23, 156:9, 199:15, 200:4
shows [6] - 66:9, 107:19, 116:5, 235:21, 237:24, 273:17
shy [1] - 122:15
side [104] - 9:11, 24:14, 25:10, 25:15, 25:22, 41:20, 41:21, 46:11, 62:9, 65:15, 79:6, 79:15, 94:11, 94:12, 95:16, 105:7, 105:16, 105:23, 107:6, 107:7, 110:13, 110:16, 114:5, 118:4, 119:15, 120:7, 120:21, 124:2, 124:16, 124:17, 124:25, 125:2, 125:6, 125:9, 125:11, 126:10, 127:3, 135:7, 154:19, 154:24, 155:4, 155:5, 155:8, 155:9, 155:12, 155:13, 157:21, 158:7, 169:6, 177:1, 183:1, 184:12, 185:3, 185:20, 188:3, 189:3, 189:16, 189:17, 189:18, 190:5, 190:6, 190:8, 190:16, 191:1, 191:2, 191:7, 196:3, 196:22, 198:18, 199:4, 206:24, 230:22, 234:11, 244:10, 251:3, 272:15, 278:21, 279:8, 280:25, 281:2, 281:4, 281:5, 286:24, 287:2, 288:4, 291:10
side-by-side [1] - 9:11
sides [3] - 198:4, 198:6, 244:8
sideways [1] - 67:5
significant [6] - 69:20, 251:9, 262:6, 270:2, 275:9, 275:17
significantly [2] - 256:24, 259:14
silhouette [1] - 117:8
silhouettes [1] - 107:5
SILVER [1] - 117:16
similar [29] - 89:4, 89:14, 95:9, 98:6, 98:11, 99:23, 100:4, 100:5, 100:9, 100:10, 103:16, 103:18, 104:9, 104:11, 104:12, 115:22, 116:4, 122:9, 130:24, 144:5, 152:11, 185:16, 251:18, 253:18, 253:21, 253:22, 266:20
similar-sized [1] - 152:11
similarly [1] - 103:18
simple [2] - 133:12,

133:18
simplification [1] - 133:17
simply [2] - 16:19, 81:20
simulate [1] - 264:10
simulations [1] - 291:7
single [1] - 212:16
sit [4] - 28:14, 51:12, 89:24, 166:19
sitting [8] - 102:25, 104:14, 126:24, 127:4, 227:7, 228:20, 233:18, 241:22
situation [21] - 14:7, 19:7, 24:3, 36:3, 36:8, 36:10, 36:13, 44:5, 47:11, 47:14, 59:15, 121:13, 144:20, 145:2, 148:25, 171:5, 173:22, 174:24, 187:8, 206:6, 287:5
situational [19] - 22:4, 26:19, 37:11, 39:12, 43:18, 125:14, 143:19, 144:1, 144:5, 144:8, 147:24, 160:25, 161:10, 162:12, 171:25, 260:17, 261:3, 274:17
situationally [2] - 148:19, 150:15
situations [3] - 202:12, 243:5, 249:21
six [7] - 91:2, 91:3, 112:18, 159:9, 208:19, 271:4, 284:18
six-knot [1] - 284:18
size [25] - 99:23, 100:3, 100:8, 100:9, 103:17, 113:12, 113:17, 136:2, 190:15, 256:8, 256:11, 259:9, 260:2, 261:19, 266:8, 281:18, 281:24, 281:25, 282:2, 282:9, 282:18, 283:8, 283:10, 283:14
sized [2] - 103:18, 152:11
sizes [1] - 189:23
skills [1] - 167:22
skip [1] - 215:5
slam [1] - 15:11
slammed [3] - 17:1, 39:11, 76:8
slash [2] - 86:13, 86:15
slides [1] - 156:8
slightly [2] - 24:5, 122:20
sloped [1] - 269:18
slow [23] - 21:11, 21:13, 45:17, 48:11, 51:14, 51:18, 51:20, 51:24, 52:7, 61:12, 61:17, 64:15, 74:24, 90:20, 92:13, 129:8, 178:5, 178:8, 231:20, 259:4, 259:5, 259:6
Slow [1] - 74:22
slowed [8] - 121:21, 126:23, 146:13, 146:23, 146:25, 147:6, 147:7, 149:2
slower [6] - 21:5, 128:18, 128:23, 173:24, 177:22, 285:7
slowing [5] - 21:8, 25:22, 26:3, 69:22, 69:23
slowly [2] - 25:15, 178:19
small [7] - 105:5, 254:11, 254:13, 254:14, 282:25, 283:19, 288:17
smaller [5] - 194:17, 255:21, 256:17, 277:8, 285:24
Smith [1] - 2:8
smug [2] - 163:21, 225:5
snapped [1] - 251:10
snaps [1] - 71:13
Snell [2] - 1:18, 1:20
snippet [1] - 105:5
society [1] - 95:8
software [5] - 107:22, 107:23, 107:24, 108:3, 293:21
sold [3] - 30:18, 30:19, 32:23
sole [2] - 30:10, 30:12
solemnly [3] - 7:22, 85:19, 247:18
someone [6] - 63:22, 83:2, 89:9, 238:14, 262:19, 292:15
someplace [1] - 114:14
sometime [1] - 39:16
sometimes [4] - 129:12, 129:13, 133:20, 191:17
somewhat [1] - 97:18
somewhere [1] - 155:22
son [1] - 250:17
SONGA [1] - 117:24
soon [4] - 18:21, 18:23, 24:18, 56:21
sooner [1] - 23:19
sorry [43] - 5:21, 5:22, 39:1, 44:3, 54:25, 55:3, 90:15, 90:20, 91:15, 92:10, 92:14, 96:9, 100:8, 121:16, 127:22, 136:11, 136:15, 142:20, 149:19, 154:16, 164:19, 167:7, 178:18, 184:25, 199:20, 205:13, 210:25, 211:6, 230:12, 231:20, 232:23, 235:22, 236:5, 237:17, 238:20, 238:22, 239:21, 240:16, 242:6, 257:7, 263:17, 273:10, 293:7
sort [5] - 63:23, 98:4, 171:20, 260:25, 271:6
sound [1] - 97:13
sounds [3] - 18:18, 22:5, 175:13
source [2] - 154:13, 154:17
south [2] - 129:2, 156:14
southeast [1] - 250:7
SOUTHERN [1] - 1:2
space [2] - 16:3, 285:17
speaking [4] - 96:11, 152:13, 255:11, 282:24
special [1] - 213:15
specific [11] - 93:20, 124:4, 220:18, 250:1, 261:14, 264:3, 265:10, 265:18, 273:11, 273:21, 281:9
specifically [3] - 96:13, 131:24, 214:21
specified [1] - 176:3
speculate [2] - 179:16, 182:1
speculating [1] - 106:13
speculation [1] - 179:17
speed [119] - 14:20, 15:13, 15:19, 15:21, 21:8, 21:9, 25:24, 26:1, 52:5, 62:5, 83:24, 113:12, 113:13, 126:9, 128:16, 128:24, 128:25, 129:7, 129:11, 129:17, 129:18, 129:23, 130:11, 130:21, 130:24, 136:2, 147:1, 147:17, 163:7, 171:21, 173:8, 173:19, 173:22, 173:25, 174:2, 175:17, 175:19, 175:22, 175:25, 177:16, 177:17, 177:22, 178:5, 178:8, 178:12, 178:14, 178:20, 179:1, 179:3, 192:17, 202:18, 202:20, 202:23, 205:6, 205:8, 205:14, 205:16, 205:17, 213:1, 213:4, 213:6, 213:7, 213:12, 213:15, 213:17, 214:5, 214:12, 214:13, 214:22, 215:6, 215:10, 215:19, 215:22, 216:6, 217:11, 217:24, 217:25, 219:13, 219:16, 220:10, 220:13, 220:15, 220:17, 220:20, 221:14, 238:12, 238:24, 239:3, 239:4, 241:19, 249:7, 253:4, 259:6, 259:21, 259:24, 259:25, 260:1, 260:5, 271:12, 271:23, 272:6, 272:8, 272:9, 272:11, 275:21, 279:23, 280:1, 280:4, 281:10, 281:12, 281:13, 281:14, 284:22, 285:2, 285:4, 288:12
speeding [1] - 132:15
speeds [19] - 117:11, 130:14, 173:3, 189:22, 259:4, 259:5, 259:11, 259:13, 259:16, 267:3, 267:12, 267:13,

270:19, 270:24, 271:8, 271:11, 271:25, 272:2, 284:18
spelling [2] - 74:15, 74:17
spelling-bee [1] - 74:15
spent [2] - 95:22, 258:3
splitting [1] - 238:18
spot [1] - 239:18
spots [1] - 289:23
square [1] - 285:2
squared [2] - 175:24
squat [12] - 130:16, 175:20, 176:4, 272:6, 272:8, 284:23, 285:1, 285:5, 285:7, 285:9, 285:11, 285:15
squeaks [1] - 184:23
squeeze [5] - 184:20, 184:22, 184:24, 184:25, 186:18
squeezed [5] - 112:3, 148:11, 149:7, 169:2, 289:15
squeezing [1] - 186:5
stability [3] - 257:1, 262:20, 285:21
stack [1] - 27:22
stage [1] - 188:25
stand [5] - 8:1, 89:21, 140:1, 165:22, 208:9
standard [8] - 172:18, 188:1, 188:8, 259:10, 290:15, 291:1, 291:3, 293:5
standardized [2] - 262:24, 263:3
standby [6] - 43:8, 208:5, 210:6, 210:7, 210:9
standing [2] - 88:13, 166:20
standpoint [4] - 65:20, 189:20, 277:12, 277:16
stands [1] - 190:15
stapled [1] - 132:24
Staples [1] - 91:15
starboard [51] - 18:10, 24:10, 24:12, 24:15, 25:10, 25:17, 25:22, 25:23, 41:14, 53:1, 79:7, 110:13, 112:7, 112:18, 114:5, 118:4, 118:7, 120:21, 121:23, 121:24, 122:2, 124:2, 126:10, 126:15, 126:23, 127:14, 146:15, 154:19, 155:8, 155:12, 169:5, 185:20, 188:5, 188:14, 195:18, 196:3, 196:22, 206:24, 230:18, 242:9, 278:21, 280:25, 281:4, 289:16, 291:10, 291:24, 294:10
starboard-to-starboard [2] - 126:10, 126:15
Start [1] - 101:20
start [14] - 9:1, 18:15, 18:19, 18:22, 18:23, 34:25, 48:12, 76:16, 104:16, 162:23, 202:2, 244:18, 295:21
started [13] - 9:2, 30:18, 39:6, 90:2, 90:9, 90:16, 93:12, 105:25, 106:9, 109:7, 195:17, 218:14, 257:10
starting [2] - 109:3, 164:25
state [5] - 8:9, 24:24, 86:11, 260:6, 264:1
statement [13] - 34:24, 36:5, 63:4, 63:16, 64:1, 64:23, 125:8, 140:14, 178:3, 199:6, 208:9, 214:4, 215:11
statements [1] - 296:24
Staten [3] - 94:11, 94:12
STATES [1] - 1:1
States [1] - 8:17
stating [1] - 214:14
stationary [1] - 251:4
statutorily [1] - 242:2
statutory [1] - 5:10
stay [9] - 50:23, 59:1, 120:21, 125:1, 125:9, 147:25, 226:24, 230:22, 257:15
stayed [9] - 23:13, 127:21, 148:6, 219:9, 227:10, 228:1, 234:14, 237:13, 237:22
stays [1] - 57:9
STCW [1] - 95:7
steam [1] - 76:7
steer [10] - 122:2, 243:2, 250:11, 258:22, 262:10, 262:17, 265:20, 283:21, 286:5
steered [4] - 121:22, 287:10, 288:13, 291:17
steering [6] - 121:24, 256:25, 258:23, 275:18, 285:25, 286:2
stenography [1] - 2:21
Step [1] - 187:17
step [3] - 85:5, 201:9, 246:20
STEPHEN [2] - 3:12, 86:3
Stephen [1] - 85:17
stern [23] - 17:12, 24:14, 66:4, 66:5, 150:21, 151:19, 151:22, 151:23, 152:4, 170:4, 185:19, 188:5, 189:18, 190:20, 190:21, 261:13, 261:15, 272:10, 283:12
sterns [3] - 188:10, 189:3, 190:21
sticks [1] - 89:25
still [38] - 6:12, 14:21, 14:23, 19:21, 21:21, 22:6, 22:7, 22:8, 24:16, 25:6, 26:14, 26:18, 30:4, 30:6, 30:8, 35:11, 59:18, 66:15, 71:16, 71:17, 78:22, 86:16, 86:17, 90:24, 95:20, 97:18, 117:13, 165:23, 186:7, 194:18, 202:22, 232:20, 232:23, 234:10, 235:2, 236:23, 238:9, 252:24
stipulation [2] - 6:23, 295:8
STOCKHOLM [2] - 115:24, 116:20
stood [1] - 38:7
Stop [1] - 203:22
stop [28] - 17:15, 17:23, 22:7, 22:8, 22:17, 23:7, 52:11, 52:13, 52:24, 55:9, 57:13, 58:1, 61:23, 80:17, 84:4, 121:22, 123:7, 127:21, 193:19, 195:20, 197:6, 197:7, 197:11, 198:21, 203:22, 204:4, 243:20
stopped [16] - 17:12, 22:12, 22:20, 22:24, 23:14, 62:6, 63:6, 63:11, 63:13, 76:19, 76:25, 77:4, 77:20, 81:21, 84:2, 126:23
stopping [4] - 12:5, 17:14, 23:2, 76:10
stops [1] - 57:8
straight [7] - 69:1, 78:4, 84:2, 196:3, 199:18, 199:20, 229:8
straightaway [2] - 156:2, 156:25
straightaways [1] - 157:5
straightened [1] - 60:15
straining [1] - 166:20
Strasburger [2] - 1:23, 2:2
stream [1] - 102:7
streamlined [1] - 283:15
Street [4] - 1:20, 2:2, 2:8, 2:20
strictly [2] - 98:8, 176:23
strong [1] - 122:11
strongest [2] - 189:19, 191:25
strongly [2] - 62:7, 63:7
structures [1] - 249:9
strung [1] - 18:6
student [2] - 248:22, 250:17
studied [3] - 263:15, 265:2, 265:7
studies [6] - 262:24, 263:12, 263:13, 265:9, 267:2, 267:6
study [3] - 63:17, 267:21, 270:1

studying [2] - 120:12, 249:20
stuff [8] - 32:4, 40:11, 40:12, 51:3, 53:11, 119:22, 145:1, 180:20
Subchapter [1] - 33:2
subject [3] - 116:9, 282:6, 295:13
submerged [2] - 57:3, 235:18
submergence [1] - 285:11
submit [1] - 6:15
submitted [1] - 98:10
subsequently [2] - 290:5, 290:6
substitute [1] - 283:13
suction [19] - 128:21, 174:7, 243:7, 243:11, 253:20, 253:24, 255:1, 256:17, 256:22, 265:22, 269:9, 272:21, 275:9, 275:16, 276:8, 279:1, 279:7, 279:12, 287:3
Suez [3] - 251:1, 251:3, 251:11
suezmaxes [1] - 100:7
sufficient [6] - 67:10, 67:12, 178:16, 178:22, 288:18, 294:9
sufficiently [1] - 66:2
suggest [6] - 25:17, 65:18, 149:9, 246:2, 279:5, 289:14
suggested [11] - 56:4, 56:12, 57:18, 73:14, 169:2, 169:5, 169:8, 237:9, 292:17, 292:19, 293:2
suggesting [2] - 237:9, 238:2
suggestion [1] - 135:14
Suite [6] - 1:21, 1:24, 2:3, 2:9, 2:14, 2:20
summarization [1] - 140:15
summers [1] - 258:3
SUN [1] - 117:24
superimpose [1] - 185:9
superimposed [2] - 183:22, 184:14
superintendent [1] - 245:15
superior [1] - 61:4
supervising [1] - 292:15
supervision [1] - 250:18
supplement [1] - 221:25
support [1] - 63:22
supposed [11] - 12:1, 43:4, 55:9, 120:20, 148:17, 180:25, 181:3, 213:14, 216:5, 219:3, 274:2
surface [1] - 264:6
surge [1] - 175:23
surmise [1] - 270:16
surprise [1] - 52:9
surprised [6] - 35:8, 35:10, 81:7, 126:14, 230:11, 230:23
surroundings [3] - 125:16, 125:17, 125:18
survey [1] - 31:19
surveyed [1] - 236:10
surveyor [1] - 97:21
surveyors [1] - 32:4
surveys [4] - 235:5, 236:3, 236:5, 273:14
susceptible [2] - 176:15, 176:21
suspect [4] - 137:23, 138:15, 166:13, 216:21
sustain [1] - 119:21
sustained [1] - 173:13
Sutton [4] - 124:12, 227:11, 228:2
swear [4] - 7:21, 7:22, 85:19, 247:18
swing [2] - 12:5, 18:10
swinging [2] - 12:4, 123:2
swings [2] - 122:23
switched [2] - 27:4, 212:8
sworn [5] - 8:4, 86:4, 247:16, 248:1, 259:19
swung [1] - 251:11
synchronized [1] - 103:9
systems [1] - 120:16

### T

table [2] - 59:19, 256:13
Tagalog [1] - 181:7
tank [6] - 89:3, 100:2, 100:7, 262:24, 263:12, 269:21
tanker [4] - 91:9, 126:17, 152:4, 262:8
tankerman [1] - 71:8
tankers [4] - 89:3, 133:23, 259:9, 281:17
tapers [1] - 156:6
Targa [7] - 151:20, 151:24, 152:19, 164:4, 169:20, 169:22, 170:22
targets [1] - 210:15
tasked [4] - 290:14, 290:20, 294:7, 294:12
tasks [1] - 104:15
taught [1] - 34:9
TCPA [1] - 208:21
teach [1] - 34:16
teaching [1] - 33:19
team [39] - 41:4, 42:3, 42:16, 43:1, 43:4, 43:17, 46:10, 47:1, 50:3, 50:10, 50:20, 50:21, 51:3, 123:19, 143:12, 144:4, 145:11, 145:16, 150:15, 153:10, 163:17, 164:24, 179:12, 180:22, 181:3, 195:24, 201:7, 201:18, 202:3, 202:17, 203:19, 204:13, 207:3, 208:8, 210:14, 214:24, 215:13, 226:10, 282:14
teams [3] - 192:12, 204:12, 209:14
tech [2] - 257:10, 258:6
Technical [1] - 248:19
technical [1] - 257:11
telephone [1] - 72:8
temperatures [1] - 129:15
ten [9] - 117:12, 147:8, 205:6, 205:8, 205:10, 206:11, 250:7, 250:16, 288:10
tender [1] - 296:13
tends [2] - 255:1, 255:2
tenth [1] - 21:5
tenure [1] - 90:3
term [2] - 17:19, 178:9
terminal [5] - 151:25, 152:19, 157:17, 157:24, 242:19
terms [3] - 254:6, 255:21, 270:14
test [1] - 254:2
testified [21] - 8:4, 17:15, 62:4, 70:17, 76:24, 86:4, 96:5, 96:14, 96:15, 106:6, 114:13, 126:3, 126:13, 168:15, 177:20, 220:22, 227:12, 231:7, 248:1, 260:10, 265:17
testify [5] - 26:16, 70:21, 71:18, 96:10, 250:22
testifying [2] - 107:17, 240:21
testimonies [2] - 72:13, 194:7
testimony [94] - 7:22, 10:11, 18:18, 26:21, 36:19, 37:14, 45:19, 45:22, 46:3, 62:10, 62:13, 63:22, 64:20, 70:6, 70:25, 71:19, 72:19, 73:5, 73:7, 75:11, 77:3, 77:18, 83:10, 85:19, 87:2, 96:16, 101:5, 103:3, 104:5, 104:22, 107:16, 109:1, 109:5, 114:8, 118:14, 118:18, 123:9, 124:12, 124:15, 125:13, 126:22, 126:25, 128:2, 129:22, 130:19, 131:1, 131:21, 134:9, 134:13, 135:13, 135:15, 138:7, 140:2, 151:12, 152:2, 152:7, 153:7, 158:3, 171:8,

172:13, 186:19, 194:10, 194:22, 196:6, 196:11, 198:13, 206:22, 217:19, 217:20, 218:14, 219:24, 228:5, 228:20, 232:12, 232:13, 233:6, 234:13, 237:13, 238:13, 243:23, 244:3, 244:19, 245:12, 245:18, 247:18, 259:18, 259:19, 260:16, 262:14, 284:14, 293:10, 294:20, 296:20, 297:1
testing [3] - 262:25, 263:8, 263:18
tests [3] - 262:24, 263:13, 266:6
Texas [12] - 1:21, 1:25, 2:3, 2:9, 2:14, 2:20, 70:22, 70:23, 92:23, 187:16, 187:17, 187:20
TEXAS [1] - 1:2
textbook [1] - 104:25
thankfully [1] - 228:12
THE [151] - 1:8, 1:11, 1:16, 4:2, 4:7, 4:17, 4:21, 5:1, 5:3, 5:4, 5:13, 5:18, 5:21, 6:3, 6:6, 6:18, 6:22, 7:1, 7:4, 7:7, 7:10, 7:14, 7:19, 7:25, 8:1, 11:4, 11:8, 12:9, 12:10, 38:24, 39:1, 39:2, 46:20, 46:23, 54:21, 54:23, 55:1, 55:2, 55:3, 70:15, 71:15, 71:18, 71:20, 71:21, 73:2, 73:20, 73:22, 74:22, 74:23, 75:1, 79:20, 79:22, 82:12, 85:5, 85:6, 85:7, 85:11, 85:14, 85:18, 85:23, 85:24, 85:25, 86:2, 90:13, 90:15, 90:16, 90:18, 92:10, 92:13, 92:15, 92:17, 92:18, 101:20, 106:16, 108:10, 111:9, 114:25, 115:3, 116:16, 119:21, 132:15, 134:3, 137:12, 137:14, 146:6, 151:13, 151:17, 152:16, 161:19, 161:21, 161:22, 162:16, 165:10, 165:15, 165:18, 165:20, 165:24, 166:1, 173:13, 188:17, 195:11, 207:25, 208:1, 217:14, 218:8, 225:17, 231:21, 239:9, 240:5, 241:2, 241:8, 242:6, 242:8, 244:14, 246:20, 246:22, 247:1, 247:7, 247:9, 247:10, 247:15, 247:17, 247:18, 247:22, 247:23, 257:5, 257:7, 289:21, 292:22, 293:7, 293:13, 293:16, 294:18, 294:22, 294:24, 295:2, 295:4, 295:12, 295:16, 295:23, 296:3, 296:10, 296:15, 296:18, 297:2, 297:4, 297:7, 297:19, 297:23, 297:25
theirselfs [1] - 33:25
themselves [2] - 163:18, 202:21
therefore [3] - 229:12, 237:7, 270:8
they've [1] - 221:6
thin [1] - 283:12
thinking [5] - 48:12, 77:12, 162:7, 165:13, 182:2
thinks [3] - 225:1, 230:24, 231:24
third [2] - 62:17, 62:18
thorough [1] - 253:15
thousand [1] - 100:6
thousands [2] - 77:14, 232:6
three [23] - 10:4, 12:18, 12:25, 18:24, 20:9, 99:10, 104:4, 156:11, 164:24, 168:17, 168:19, 186:11, 186:12, 186:15, 187:7, 190:9, 195:4, 195:6, 199:15, 225:8, 225:9, 245:13, 255:8
Three [1] - 187:16
three-minute [2] - 225:8, 225:9
three-quarters [1] - 12:25
throttles [8] - 14:2, 15:11, 15:14, 17:1, 39:11, 39:17, 76:8, 89:24
throughout [4] - 77:19, 154:25, 202:5, 210:17
thrust [1] - 24:14
thrusts [1] - 18:22
tide [10] - 54:5, 54:13, 55:11, 55:15, 130:15, 280:13, 280:15, 280:16
tides [1] - 280:15
tie [1] - 72:20
tie-off [1] - 72:20
tied [1] - 235:13
tight [2] - 105:8, 108:11
tightened [1] - 146:8
timely [1] - 182:14
TO [1] - 1:5
today [29] - 5:17, 28:14, 29:12, 30:13, 33:3, 37:22, 70:19, 70:20, 76:10, 137:15, 139:24, 165:11, 165:13, 165:16, 218:14, 220:22, 221:22, 222:8, 232:13, 233:18, 234:4, 238:10, 241:22, 251:22, 259:18, 260:10, 284:3, 284:7, 297:14
together [9] - 77:17, 105:8, 113:6, 113:10, 172:12, 172:15, 172:22, 213:13, 243:3
Tom [4] - 70:25, 97:12, 97:13
tomorrow [1] - 295:19
ton [2] - 255:18, 255:19
tone [1] - 114:25
tonight [3] - 295:24, 297:10, 297:24
tonnage [4] - 88:8, 90:12, 90:22
tons [6] - 108:17, 255:19, 256:14, 256:16, 256:17, 269:8
Tony [69] - 11:18, 28:18, 29:5, 29:14, 29:24, 39:18, 43:23, 44:7, 45:21, 45:25, 46:14, 48:11, 48:20, 50:2, 50:9, 50:16, 51:1, 51:4, 51:6, 51:9, 52:6, 52:7, 52:12, 54:8, 54:13, 55:5, 55:18, 56:1, 56:9, 60:12, 60:15, 60:23, 61:5, 61:8, 61:10, 73:15, 78:2, 78:15, 79:10, 80:25, 84:8, 224:23, 225:2, 225:8, 225:12, 226:7, 226:9, 226:12, 226:20, 226:24, 227:2, 227:11, 227:22, 230:1, 230:13, 235:1, 235:9, 235:12, 236:17, 238:4, 239:13, 239:18, 239:20, 240:4, 240:7, 241:3, 241:12, 241:15
took [33] - 22:16, 22:18, 39:9, 39:11, 84:16, 124:16, 126:14, 129:1, 137:8, 139:14, 140:20, 141:1, 141:11, 153:1, 153:22, 175:5, 180:19, 180:23, 186:18, 205:11, 216:22, 216:24, 218:3, 259:22, 265:8, 270:23, 273:3, 275:22, 277:20, 284:8, 287:15, 288:11, 292:2
top [6] - 65:14, 118:3, 159:22, 209:3, 212:2, 249:7
topography [1] - 265:7
topping [1] - 179:4
total [1] - 140:9
totally [2] - 226:8, 296:21
touch [3] - 56:16, 56:21, 87:13
touched [2] - 56:19, 84:5
touching [1] - 155:3
tow [18] - 10:2, 17:16, 18:1, 18:8, 18:25, 20:2, 22:17, 22:19, 23:14, 25:9, 105:20, 107:14, 112:8, 125:4, 194:17, 199:3, 199:8
toward [2] - 46:11, 48:15
towards [8] - 118:10, 189:11, 189:12, 199:8, 205:1, 235:2, 237:6, 261:12
towing [6] - 8:16, 27:17, 29:25, 31:9, 88:10, 269:21
tows [11] - 8:19, 9:7,

9:12, 9:17, 9:20, 18:4, 195:2, 195:4, 195:6, 233:15, 233:23
track [5] - 198:11, 207:12, 210:15, 243:3, 260:25
trade [1] - 289:23
train [1] - 97:24
trained [2] - 31:24, 32:2
training [6] - 28:10, 33:19, 34:20, 95:3, 290:9, 291:13
trajectories [1] - 264:17
trajectory [1] - 288:17
Transcript [1] - 2:22
transcript [3] - 13:9, 296:22, 298:6
transcription [1] - 2:22
transcripts [2] - 102:13, 138:11
transferred [1] - 189:2
transit [14] - 93:1, 169:15, 171:3, 173:4, 178:10, 202:5, 204:12, 204:24, 213:4, 213:6, 262:2, 270:19, 272:25, 282:13
transited [8] - 94:3, 94:6, 99:4, 99:8, 139:8, 139:11, 145:4, 178:13
transiting [9] - 99:1, 100:12, 139:16, 139:18, 139:20, 214:9, 215:8, 216:11, 281:6
transition [2] - 127:8, 228:23
transits [8] - 118:19, 119:6, 123:23, 132:9, 139:6, 150:23, 171:2, 206:10
transpire [1] - 164:16
transpiring [1] - 125:19
transportation [2] - 87:22, 90:1
transported [1] - 91:14
transverse [1] - 272:17
traveling [15] - 14:19, 18:1, 128:23, 136:2, 147:17, 173:21, 173:24, 175:17, 178:25, 205:10, 217:10, 217:24, 259:21, 271:4, 284:9
Travis [1] - 2:13
Trevor [2] - 197:6, 199:19
TREY [1] - 199:3
Trial [1] - 3:1
TRIAL [1] - 1:15
trial [10] - 7:23, 13:10, 16:2, 85:20, 137:24, 171:9, 200:22, 220:25, 247:19, 296:23
triangle [1] - 110:17
tried [9] - 56:9, 95:18, 124:20, 125:5, 127:3, 127:21, 233:8, 235:4, 237:19
trim [33] - 133:4, 133:13, 150:24, 151:19, 151:22, 151:23, 152:4, 152:6, 163:22, 167:2, 167:10, 170:4, 170:5, 171:23, 219:17, 260:10, 260:14, 260:15, 260:22, 261:9, 261:10, 261:11, 261:14, 261:15, 261:17, 261:18, 261:19, 261:21, 262:5, 262:16, 272:9
trimmed [6] - 150:21, 151:22, 153:4, 160:18, 162:25, 262:9
trip [1] - 150:18
tripping [3] - 31:2, 31:5, 31:6
trips [8] - 30:25, 74:21, 93:19, 93:23, 150:18, 150:20, 232:6
trouble [1] - 92:11
true [21] - 30:4, 30:6, 63:4, 87:7, 178:2, 192:23, 210:10, 215:11, 216:8, 216:21, 217:5, 248:13, 269:24, 291:21, 292:7, 292:17, 292:19, 292:23, 293:24, 294:11, 294:12
trust [1] - 157:8
truth [10] - 7:23, 7:24, 64:4, 85:20, 85:21, 247:20, 247:21
try [20] - 16:12, 31:20, 32:6, 32:8, 41:12, 58:2, 59:21, 60:13, 65:18, 91:20, 124:24, 125:4, 146:7, 164:23, 179:18, 180:10, 191:9, 203:19, 294:7
trying [35] - 33:19, 42:5, 42:6, 43:22, 52:19, 59:18, 59:19, 60:16, 60:18, 61:2, 71:7, 81:18, 83:8, 83:11, 84:14, 84:20, 84:21, 147:1, 164:14, 182:8, 200:7, 204:2, 217:6, 220:18, 225:4, 227:7, 230:14, 237:23, 239:17, 257:11, 266:25, 269:13, 289:8, 291:18, 296:21
tug [22] - 20:2, 25:14, 25:15, 30:18, 30:19, 36:14, 89:3, 89:4, 89:11, 89:14, 89:23, 102:1, 104:3, 122:7, 122:9, 123:5, 230:19, 237:8, 237:24, 274:19, 290:4, 291:25
TUG [1] - 218:21
Tug [1] - 89:11
tug's [1] - 41:7
tugboat [7] - 7:18, 8:11, 20:24, 74:11, 75:5, 75:6, 75:8
tugboats [4] - 9:1, 17:7, 74:9, 122:4
tugs [6] - 9:3, 9:4, 30:13, 30:17, 104:9, 126:1
turbines [2] - 249:12, 249:14
turn [68] - 11:4, 16:11, 20:10, 20:15, 20:18, 20:21, 20:24, 24:15, 43:9, 43:10, 43:12, 51:14, 51:24, 61:11, 61:12, 105:16, 105:24, 105:25, 106:2, 106:3, 109:8, 109:12, 109:15, 109:18, 109:19, 109:20, 109:21, 109:22, 110:1, 110:8, 110:14, 110:15, 110:23, 111:1, 111:3, 111:4, 112:12, 112:16, 112:17, 112:19, 112:21, 112:22, 112:23, 120:23, 128:17, 149:13, 156:4, 156:25, 157:21, 158:13, 169:8, 188:5, 188:13, 195:17, 196:7, 196:9, 196:25, 197:2, 197:9, 197:11, 199:12, 201:21, 208:13, 208:17, 211:19, 249:5
turned [10] - 43:5, 43:7, 49:24, 50:3, 207:9, 210:5, 210:6, 210:21, 245:14, 250:17
turning [5] - 15:18, 21:9, 50:7, 157:23, 217:18
turns [7] - 15:20, 21:12, 51:18, 51:20, 158:8, 158:9, 208:15
twice [6] - 33:23, 34:3, 96:15, 202:25, 203:7, 270:23
twin [4] - 24:17, 104:3, 104:4
twin-screw [2] - 24:17, 104:3
twisting [2] - 66:22, 69:24
two [89] - 6:3, 10:1, 14:6, 16:8, 17:3, 17:16, 18:4, 18:24, 19:12, 19:13, 20:5, 22:17, 23:18, 25:5, 26:4, 39:9, 57:8, 57:10, 58:1, 58:24, 61:22, 62:2, 65:13, 65:15, 72:9, 72:13, 78:24, 81:15, 83:14, 83:23, 84:3, 87:19, 89:12, 92:1, 102:1, 105:17, 111:24, 116:1, 116:3, 117:11, 117:21, 124:1, 124:14, 128:10, 134:22, 145:22, 145:25, 147:1, 150:17, 155:20, 169:21, 173:18, 183:17, 189:4, 190:8, 192:2, 192:5, 195:2, 200:3, 218:22, 225:21, 239:16, 242:1, 250:2, 251:1, 252:19, 254:7, 254:14, 254:16, 254:17, 254:19, 254:20, 254:22, 254:24, 255:12, 256:19, 256:23, 258:3, 265:3, 265:14, 266:9, 275:9, 276:9, 287:17, 287:25, 288:6, 289:4, 294:1, 297:16

twos [1] - 224:1
type [6] - 31:18, 87:25, 103:16, 103:18, 181:16, 266:1
types [6] - 89:2, 100:1, 100:12, 159:15, 174:1, 266:6
typical [1] - 224:21
typically [15] - 89:24, 93:23, 100:7, 100:8, 104:13, 111:4, 129:11, 132:24, 132:25, 134:6, 174:4, 175:23, 187:15, 223:8, 259:15

### U

U.S [2] - 8:13, 91:8
UBC [2] - 115:24, 116:20
UKC [5] - 130:12, 130:13, 130:23, 202:22, 208:21
ulterior [1] - 84:21
ultimate [1] - 119:22
ultimately [1] - 72:22
unable [2] - 124:23, 160:15
unacceptable [1] - 205:25
unavoidable [1] - 203:24
unaware [1] - 274:7
uncommon [1] - 142:25
uncontrolled [1] - 174:23
under [16] - 5:10, 18:8, 31:9, 47:3, 84:13, 93:14, 129:18, 165:23, 168:15, 240:12, 242:3, 250:18, 252:20, 260:10, 289:6
underkeel [15] - 130:17, 174:4, 174:6, 174:12, 175:7, 175:14, 176:9, 176:14, 176:20, 176:24, 243:8, 243:11, 272:24, 278:24, 285:9
underpowered [1] - 126:18
understood [11] - 43:8, 104:15, 174:12, 177:2, 180:15, 183:14, 200:9, 201:13, 229:2, 255:4
undertake [3] - 225:24, 256:1, 256:25
underway [1] - 170:6
unequivocally [1] - 69:8
unfolding [1] - 143:22
unit [3] - 142:11, 264:22
UNITED [1] - 1:1
United [1] - 8:17
units [1] - 101:5
University [1] - 248:19
unknown [10] - 114:10, 160:7, 174:25, 175:3, 177:8, 177:13, 177:17, 246:1, 274:8, 288:21
unless [3] - 179:5, 223:10, 242:9
unlimited [3] - 88:8, 90:11, 90:22
unprecedented [4] - 114:10, 160:7, 274:8, 288:21
unreasonable [1] - 240:21
unreasonably [3] - 239:23, 240:7, 240:10
unrelated [1] - 148:10
unsafe [4] - 128:14, 133:8, 215:20, 215:23
unstable [1] - 262:16
unusual [2] - 48:24, 72:23
up [112] - 4:5, 5:6, 5:11, 9:9, 9:11, 10:23, 11:4, 11:7, 11:8, 11:17, 12:3, 13:12, 13:16, 13:21, 15:4, 18:5, 18:6, 21:13, 21:14, 24:17, 24:18, 38:7, 40:25, 41:2, 41:12, 41:19, 43:20, 47:1, 48:7, 50:5, 54:20, 55:14, 60:15, 61:20, 63:12, 73:6, 73:7, 74:14, 75:13, 75:14, 76:7, 78:18, 80:6, 87:6, 88:4, 88:22, 91:9, 93:16, 98:3, 98:7, 100:4, 103:3, 109:3, 110:6, 115:8, 116:12, 119:22, 120:6, 122:16, 122:17, 129:11, 132:15, 140:9, 146:1, 146:8, 146:12, 149:14, 155:3, 156:13, 157:7, 158:25, 162:14, 164:21, 165:1, 166:18, 166:20, 175:11, 177:4, 180:14, 180:22, 187:10, 192:21, 193:2, 193:15, 194:2, 196:13, 198:17, 198:25, 199:3, 200:11, 209:3, 212:4, 212:5, 219:9, 221:25, 222:7, 222:8, 224:10, 224:12, 224:24, 226:4, 233:19, 234:23, 237:20, 238:10, 247:2, 247:4, 261:11, 272:9, 286:11, 297:10
updated [1] - 27:10
uphill [3] - 127:15, 127:16, 233:9
upper [4] - 12:20, 22:24, 118:6, 136:21
upward [1] - 244:6
usage [1] - 73:5
USCG/NTSB [1] - 102:7
utility [1] - 249:15
utilize [3] - 26:19, 44:2, 44:5
utilizing [2] - 22:3, 117:9

### V

vague [2] - 178:7, 281:8
vaguely [1] - 171:18
validate [1] - 186:3
valuable [2] - 215:8, 216:11
value [2] - 6:1, 97:19
values [1] - 5:10
van [1] - 94:8
Van [2] - 94:11, 94:18
variable [1] - 268:5
variation [1] - 273:18
variations [1] - 275:18
variety [2] - 260:2, 267:11
various [5] - 107:5, 130:11, 138:11, 168:16, 173:4
vast [1] - 217:3
VDR [11] - 22:25, 136:4, 141:22, 142:1, 142:2, 171:14, 171:17, 179:25, 181:10, 202:16, 264:10
VDRs [2] - 264:13, 264:19
velocities [1] - 253:22
velocity [2] - 254:20, 254:22
vendors [1] - 292:11
verbal [1] - 204:21
versa [1] - 277:13
versus [1] - 277:8
vessel [185] - 10:1, 17:9, 17:10, 17:15, 17:23, 20:23, 21:1, 22:7, 23:8, 29:15, 31:20, 32:24, 41:25, 42:3, 42:4, 59:5, 60:1, 61:9, 66:19, 71:2, 72:18, 75:16, 79:12, 86:18, 89:9, 89:25, 90:12, 90:21, 90:23, 91:6, 92:3, 92:7, 92:21, 92:22, 96:17, 96:18, 96:19, 97:2, 99:5, 99:17, 99:19, 101:6, 103:12, 103:16, 103:17, 103:23, 104:6, 110:24, 110:25, 113:2, 117:1, 117:3, 117:8, 117:9, 118:8, 118:15, 121:22, 122:14, 122:16, 122:18, 122:22, 123:4, 124:4, 126:11, 126:18, 126:19, 126:20, 128:10, 128:19, 128:20, 128:23, 129:6, 132:22, 133:2, 133:5, 133:12, 133:15, 134:7, 134:10, 135:12, 135:23, 135:24, 136:2, 136:21, 139:12, 141:6, 143:7, 143:16, 147:17, 152:23, 162:25, 163:6, 169:19, 170:5, 176:15, 176:22, 177:19, 177:22, 185:21, 188:2, 188:11, 190:18, 192:16, 192:23, 196:23, 201:4, 201:6, 201:24, 202:13, 204:4, 205:10, 205:17,

205:22, 205:23, 208:14, 210:16, 212:8, 213:8, 214:5, 217:17, 226:9, 233:21, 242:9, 246:1, 250:8, 250:10, 250:11, 250:12, 250:13, 251:2, 251:4, 251:5, 251:6, 251:7, 251:8, 251:9, 251:11, 251:12, 253:3, 253:9, 253:24, 254:13, 256:7, 256:25, 258:24, 258:25, 259:7, 259:25, 260:2, 260:3, 260:10, 260:14, 260:15, 260:18, 261:22, 264:14, 265:19, 266:14, 267:14, 268:10, 271:17, 271:23, 275:18, 275:20, 276:14, 276:15, 276:25, 277:2, 277:3, 277:6, 277:7, 278:20, 279:9, 282:1, 283:12, 283:13, 283:16, 283:21, 284:23, 286:5, 287:10, 293:24

vessel's [12] - 102:2, 129:13, 137:8, 178:14, 178:20, 188:2, 210:14, 211:3, 211:15, 212:12, 218:22, 271:12

vessels [109] - 14:6, 18:13, 26:4, 29:1, 31:15, 75:19, 77:4, 86:16, 88:5, 88:10, 88:24, 89:2, 90:11, 91:1, 93:16, 97:20, 97:25, 98:5, 98:6, 99:1, 99:23, 100:1, 104:9, 104:11, 104:12, 105:17, 108:24, 113:21, 115:18, 116:3, 117:6, 117:11, 120:14, 120:16, 123:22, 128:12, 133:9, 155:20, 156:9, 157:21, 157:23, 175:23, 186:3, 187:12, 187:19, 188:10, 188:21, 189:2, 189:19, 189:22, 189:23, 190:5, 198:3, 199:16, 200:4, 212:16, 213:4, 217:8, 217:10, 242:1, 242:3, 243:20, 249:7, 251:1, 251:25, 253:17, 253:20, 254:14, 254:16, 254:17, 254:19, 254:20, 254:22, 254:24, 255:2, 255:3, 255:6, 255:12, 256:19, 256:23, 258:16, 258:19, 258:21, 258:22, 259:15, 263:14, 264:16, 264:20, 265:3, 265:14, 266:17, 268:9, 268:25, 275:9, 276:9, 280:16, 280:17, 280:20, 280:21, 282:8, 283:9, 287:3, 287:8, 287:17, 287:25, 288:4, 289:5, 294:1

via [1] - 248:1

viable [1] - 57:15

vice [1] - 277:12

vicinity [5] - 116:3, 116:20, 156:10, 160:7, 269:8

video [17] - 10:19, 11:10, 11:18, 13:25, 15:9, 20:12, 39:22, 66:13, 69:17, 70:12, 76:3, 76:20, 102:23, 103:10, 248:1, 251:17, 290:8

Video [6] - 10:25, 13:2, 15:1, 19:8, 193:18, 197:10

videos [6] - 264:15, 265:5, 278:1, 278:2, 281:7, 287:16

videotape [1] - 38:5

view [4] - 142:19, 222:25, 226:20, 227:14

viewed [1] - 187:4

vigilance [2] - 133:6, 133:12

violate [1] - 241:24

violated [1] - 50:10

violating [1] - 50:6

violation [5] - 119:13, 120:8, 181:17, 187:3, 211:19

virtually [1] - 248:7

visit [1] - 169:14

visual [1] - 65:8

vitae [1] - 248:14

VLGC [4] - 2:5, 2:11, 2:11, 99:21

voice [1] - 282:11

void [2] - 189:10, 192:7

volume [1] - 10:24

volunteer [1] - 97:17

volunteered [1] - 33:23

vote [1] - 160:2

voyage [4] - 101:8, 130:5, 130:8, 264:19

voyage's [1] - 201:17

VOYAGER [110] - 9:14, 10:7, 11:13, 11:16, 11:22, 12:1, 12:15, 12:24, 13:12, 14:4, 14:19, 15:7, 15:12, 15:15, 15:22, 18:5, 18:25, 19:2, 19:20, 20:8, 20:10, 20:14, 20:18, 21:3, 21:11, 21:15, 21:19, 22:1, 23:3, 23:22, 24:5, 24:6, 24:11, 25:9, 25:24, 35:18, 36:14, 40:17, 42:24, 45:13, 45:15, 52:24, 61:8, 61:12, 62:5, 62:6, 62:8, 63:5, 66:2, 66:5, 66:10, 66:11, 66:14, 67:3, 68:6, 68:9, 68:12, 68:14, 69:11, 75:14, 76:3, 76:21, 76:24, 77:13, 77:19, 77:23, 78:5, 79:5, 79:13, 81:10, 89:5, 89:14, 101:6, 102:1, 102:19, 103:24, 104:19, 107:25, 108:1, 120:14, 120:23, 121:4, 121:8, 122:9, 122:10, 123:17, 125:10, 127:13, 183:2, 186:11, 195:7, 195:8, 195:9, 203:20, 204:5, 218:22, 223:3, 223:23, 232:23, 233:15, 233:23, 233:25, 241:13, 291:25, 294:11

VOYAGER's [2] - 15:19, 17:14

VTS [2] - 102:23, 223:16

### W

Wade [1] - 2:6

wait [7] - 48:21, 50:5, 54:8, 56:13, 64:15, 119:20, 235:7

walked [1] - 72:20

walker [4] - 97:6, 97:12, 97:13

walking [1] - 38:25

wall [2] - 229:8, 229:9

Walt [1] - 7:18

Walter [1] - 8:10

WALTER [2] - 3:8, 8:3

Walters [5] - 2:7, 3:12, 3:14, 3:16, 293:7

WALTERS [56] - 85:16, 86:1, 86:6, 92:14, 92:25, 98:19, 98:21, 106:14, 106:17, 108:13, 108:15, 111:11, 114:23, 115:2, 115:4, 115:8, 115:9, 115:11, 115:12, 116:9, 116:14, 116:18, 119:20, 119:24, 132:17, 132:20, 134:5, 134:8, 137:11, 151:11, 158:19, 161:18, 162:6, 179:19, 231:19, 239:25, 240:23, 241:9, 241:11, 242:11, 244:11, 246:19, 246:23, 247:6, 247:13, 247:24, 248:4, 252:10, 252:14, 257:3, 286:13, 292:20, 293:9, 293:14, 294:17, 294:23

wants [6] - 13:22, 33:5, 196:7, 246:24, 292:24, 295:23

wash [1] - 18:16

watch [3] - 102:7, 203:14, 208:12

watched [2] - 39:22, 223:16

watchful [1] - 93:15

watching [2] - 50:21, 50:25

water [45] - 12:10, 16:15, 16:16, 18:19, 18:21, 18:23, 25:6, 46:20, 54:7, 56:17, 74:11, 74:17, 82:17, 111:15, 121:2, 127:10, 127:17, 130:17, 135:21, 167:15, 170:10, 170:18, 178:15, 178:21, 192:7, 230:9, 232:9, 233:10, 243:7, 243:11, 253:3,

253:6, 253:22, 254:10, 254:11, 254:17, 254:19, 254:22, 254:24, 269:21, 271:13, 273:18, 273:25, 285:13
waters [4] - 8:16, 8:18, 250:3, 250:8
waterway [3] - 94:10, 262:9, 281:14
Waterways [2] - 33:6, 34:17
waterways [4] - 8:17, 94:3, 94:4, 94:6
Watson [1] - 2:13
wave [1] - 280:7
waves [2] - 280:8, 280:12
waypoint [3] - 193:9, 199:13
waypoints [1] - 129:25
ways [1] - 285:25
week [12] - 18:18, 25:8, 26:14, 70:21, 89:12, 91:5, 91:6, 91:7, 94:20, 102:25, 109:4, 114:24
weeks [3] - 10:1, 10:4, 159:9
weird [1] - 62:18
Wells [4] - 2:19, 298:5, 298:8, 298:9
west [3] - 9:9, 94:12, 249:16
whatsoever [1] - 73:5
wheel [3] - 18:16, 28:19, 29:8
wheelhouse [4] - 13:25, 76:4, 180:14, 181:24
whereabouts [1] - 248:5
whistle [9] - 23:17, 23:18, 49:6, 124:10, 223:8, 223:9, 223:10, 223:14, 242:2
whistles [1] - 124:14
whoa [1] - 222:3
whole [9] - 7:23, 20:12, 39:8, 72:5, 85:21, 168:7, 202:9, 217:1, 247:20
wide [10] - 16:3, 16:5, 17:22, 93:4, 155:15, 155:18, 155:24, 157:3, 249:6, 249:24
widely [1] - 263:15
widener [31] - 110:21, 110:22, 111:5, 111:12, 111:16, 112:24, 114:16, 117:2, 117:4, 117:6, 117:9, 117:17, 117:19, 118:2, 118:10, 156:3, 156:5, 156:6, 157:11, 157:14, 157:16, 157:20, 199:11, 199:12, 216:16, 216:23, 217:4, 217:9, 242:20
wideners [3] - 117:25, 158:6, 158:7
wider [1] - 94:18
wife [2] - 30:22, 97:12
WILLARD [2] - 3:8, 8:3
Willard [1] - 8:10
William [1] - 2:18
wind [7] - 7:20, 249:12, 249:13, 249:14, 249:15, 249:18, 280:4
window [2] - 142:17, 211:8
winning [1] - 74:17
wise [2] - 146:20, 164:15
withdraw [1] - 289:12
witness [24] - 7:16, 26:6, 36:12, 54:22, 73:19, 85:15, 96:5, 106:13, 108:7, 114:21, 116:7, 137:11, 165:14, 218:6, 244:12, 246:23, 246:24, 247:4, 247:12, 257:4, 289:19, 294:16, 295:3, 295:17
WITNESS [27] - 7:25, 11:4, 11:8, 12:10, 39:1, 46:20, 46:23, 54:23, 55:1, 55:3, 71:15, 71:20, 85:6, 85:23, 85:25, 90:15, 90:18, 92:17, 161:21, 165:24, 208:1, 242:8, 246:22, 247:17, 247:22, 294:22, 294:24
witnesses [5] - 102:14, 103:3, 103:7, 104:22, 295:20
WITNESSES [1] - 3:8
word [2] - 31:5, 198:16
words [19] - 75:2, 143:21, 144:15, 147:16, 152:5, 153:5, 172:24, 176:1, 176:14, 177:17, 205:19, 206:7, 212:18, 233:12, 254:12, 258:16, 272:20, 282:13, 285:4
workload [1] - 95:18
works [1] - 165:16
world [4] - 64:6, 84:13, 84:19, 249:17
worried [5] - 39:24, 41:19, 52:21, 58:9, 197:12
worse [2] - 227:12, 239:21
worst [4] - 24:22, 24:25, 25:1, 239:21
write [3] - 29:2, 219:7, 219:11
written [6] - 100:18, 100:24, 121:3, 219:11, 220:1, 220:3
wrote [5] - 26:12, 27:8, 98:7, 218:16, 221:10

## Y

y'all [7] - 7:12, 38:24, 79:20, 92:11, 132:15, 295:4, 296:5
yachts [1] - 249:7
yard [1] - 103:20
yaw [6] - 122:20, 122:21, 122:22, 122:25, 195:7, 195:9
yawing [1] - 123:2
yaws [1] - 122:23
year [7] - 82:25, 96:3, 153:23, 225:6, 233:18, 238:8, 238:16
years [20] - 9:8, 28:10, 30:22, 32:1, 42:9, 74:20, 75:9, 82:17, 82:19, 95:7, 95:16, 95:17, 96:1, 96:2, 97:15, 98:12, 250:5, 250:7, 250:16, 263:4
years' [3] - 42:8, 44:10, 74:11
yellow [2] - 22:20, 58:13
yesterday [3] - 7:3, 40:15, 124:13
York [8] - 86:11, 89:19, 91:15, 93:22, 94:23, 100:15, 133:10, 159:17
youngest [1] - 108:2
yourself [3] - 24:20, 122:4, 294:19

## Z

zone [1] - 12:7
Zoom [2] - 102:10, 246:24
zoom [1] - 168:6

## §

§ [18] - 1:4, 1:4, 1:5, 1:5, 1:6, 1:6, 1:8, 1:8, 1:9, 1:9, 1:10, 1:11, 1:12, 1:12, 1:13, 1:13, 1:14, 1:14