United States District Court
Southern District of Texas
**ENTERED**
July 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KIRBY INLAND MARINE L.P., § | |
| § | |
| *Plaintiff*, § | |
| VS. § | CIVIL ACTION NO. 3:19-CV-207 |
| § | |
| FPG SHIPHOLDING PANAMA § | |
| 47 S.A., *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER

In support of their respective positions at trial, the parties submitted deposition excerpts of the following witnesses:

- Santosh Badgujar,
- Kevin Godwin Barnes,
- Kent Barton,
- Jason Charpentier,
- Steven Cunningham,
- Saibal Das,
- Kevin Highfield,
- Barry Craig Holland,
- Michael Lawson,
- Vistasp Mandviwalla,
- Tony Marie,
- Aneesh Mijar,
- Severo Montero,
- Venkatesh Ramakrishnan,
- Stephen Richter,

- Gaurav Upadhyay,
- John L. Wheat, Jr.,
- Yzhar Yasona,
- Antonio Decorion,
- Dudley Bourg, and
- Kevin Barnes.

All the parties' objections to the excerpted depositions of these witnesses (including but not limited to Dkts. 526 & 529) are overruled.

Signed on Galveston Island on the 8th day of July, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE