IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRBY INLAND MARINE, LP | § § | |
| v. | § § | C.A. NO. 3:19-cv-00207 |
| FPG SHIPHOLDING PANAMA 47 S.A., K LINE ENERGY SHIP MANAGEMENT, and the VLGC GENESIS RIVER, *in rem* | § § § § | |

******************************

| | | |
|---|---|---|
| IN THE MATTER OF KIRBY INLAND MARINE, LP, in a cause for exoneration from or limitation of liability | § § § | Rule 9(h) - Admiralty |

## AGREED MOTION FOR CONTINUANCE

COME NOW, FPG Shipholding Panama 47 S.A., Ship No. 138 Co. Ltd., Ship No. 139 Co. Ltd., Genesis River Shipping, S.A., and "K" Line Energy Ship Management Co., Ltd. (the "Genesis River Interests"), along with liaison counsel for the OPA Claimants, and file this Agreed Motion for Continuance, and in support would show as follows:

Hurricane Ida recently made landfall in Louisiana, devastating the state as the storm worked its way north. Several of the OPA Claimants' counsel were impacted by the storm and were displaced. Additionally, Louisiana-based experts for both the OPA Claimants and Defendants were adversely impacted by the hurricane and its aftermath. Nevertheless, the parties are continuing to litigate the case as efficiently and expeditiously as possible and conducted the deposition of one OPA expert on September 2, 2021. To allow those impacted by Hurricane Ida to regroup and recover, the parties are requesting a 60-day extension of the

remaining deadlines. Following the conclusion of the expert depositions, the parties still expect to mediate the case. The requested new dates are outlined on the following page:

| Case Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. | Monday, September 13, 2021 | Friday, November 12, 2021 |
| **DISPOSITIVE MOTIONS** and motions to exclude expert opinion evidence. | Monday, September 27, 2021 | Friday, December 3, 2021 |
| **ALL OTHER PRETRIAL MOTIONS** | Monday, September 27, 2021 | Friday, December 3, 2021 |
| **MEDIATION COMPLETED** | Friday, October 15, 2021 | Tuesday, December 14, 2021 |
| Exhibit lists, witness lists, motion in limine, deposition designations and objections, and exhibit binders | Thursday, November 11, 2021 | Monday, January 10, 2022 |
| **DOCKET CALL** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. | Friday, November 12, 2021 | Tuesday, January 11, 2022 |

For the above-stated reasons, the Genesis River Interests and OPA Claimants respectfully request that the Court modify the present scheduling order and enter a new order modifying the remaining deadlines as outlined above.

Respectfully submitted,

By: */s/ Dimitri P. Georgantas*
    Dimitri P. Georgantas
    Texas State Bar No.: 07805100
    Fed. I.D. No.: 2805
    Eugene W. Barr
    Texas State Bar No.: 24059425
    Fed. I.D. No.: 1144784
    Kevin P. Walters
    Texas State Bar No.: 20818000
    Fed. I.D. No. 5649
    ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
    1600 Smith Street, Suite 5000
    Houston, Texas 77002
    Telephone: 713.224.8380
    Facsimile: 713.225.9545
    dimitri.georgantas@roystonlaw.com
    eugene.barr@roystonlaw.com
    kevin.walters@roystonlaw.com

*Attorneys for the Genesis River Interests*

By: */s/ William Dills\**
    William "Billy" Dills
    Texas State Bar No.: 24067421
    Fed. I.D. No.: 2346498
    Terry Joseph
    Texas State Bar No.: 11029500
    D. Ryan Cordell, Jr.
    Texas State Bar No.: 24109754
    MATTHEWS, LAWSON, MCCUTCHEON & JOSEPH PLLC
    2000 Bering Dr., Suite 700
    Houston, Texas 77057
    Telephone: (713) 355-4200
    Facsimile: (713) 355-9689
    wdills@matthewsfirm.com
    tjoseph@matthewsfirm.com
    dcordell@matthewsfirm.com

By: */s/ Corey E. Dunbar\**
    Corey E. Dunbar
    Texas Bar No.: 24076801
    PIVACH, PIVACH, HUFFT, THRIFFILEY & DUNBAR, L.L.C.
    ATTORNEYS AT LAW
    8311 Highway 23, Suite 104
    Post Office Box 7125
    Belle Chasse, LA 70037
    Telephone: (504) 394-1870
    Facsimile: (504) 393-2553
    cdunbar@pivachlaw.com

*Liaison Counsel for Claimants*

 * Signed with permission

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 15th day of September, 2021, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

                                          /s/ *Dimitri P. Georgantas*
                                          Dimitri P. Georgantas