UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **KIRBY INLAND MARINE, LP** § § § *Plaintiff,* § § V. § § **FPG SHIPHOLDING PANAMA 47 S.A., K LINE ENERGY SHIP MANAGEMENT**, and the **VLGC** § § § § § *Defendants,* § | Civil Action No. 3:19-cv-00207 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IN THE MATTER OF KIRBY INLAND MARINE, LP**, in a Cause of exoneration from or Limitation of liability

Rule 9(h) Admiralty

Demand for Jury Trial

## AGREED MOTION FOR CONTINUANCE OF DEADLINES FOR DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERT OPINION EVIDENCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, liaison counsel for the OPA Claimants, and file this Agreed Motion for Continuance, and in support thereof would respectfully show as follows:

OPA claimants and FPG Shipholding Panama 47 S.A., Ship No. 138 Co. Ltd., Ship No. 139 Co. Ltd., Genesis River Shipping, S.A., and "K" Line Energy Ship Management Co., Ltd. (the "Genesis River Interests"), jointly **agree** and request an extension of the deadline for Dispositive Motions and Motions to Exclude Expert Opinion Evidence in this matter be moved **from December 3, 2021** [ECF No. 596] **to December 9, 2021**, as reflected by the attached Proposed Order. The parties have completed the expert depositions at issue, and have just recently obtained transcripts from the most recent depositions. The parties also note that this matter is scheduled for mediation on Monday, December 13, and the parties are actively

engaged in preparations for same. This request for a brief, six-day extension of the current deadline is respectfully requested to permit the parties sufficient time to complete these preparations and activities.

Respectfully submitted,

By: */s/ Dimitri P. Georgantas* *
    Dimitri P. Georgantas
    Texas State Bar No.: 07805100
    Fed. I.D. No.: 2805
    Eugene W. Barr
    Texas State Bar No.: 24059425
    Fed. I.D. No.: 1144784
    Kevin P. Walters
    Texas State Bar No.: 20818000
    Fed. I.D. No. 5649
    ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
    1600 Smith Street, Suite 5000
    Houston, Texas 77002
    Telephone: 713.224.8380
    Facsimile: 713.225.9545
    dimitri.georgantas@roystonlaw.com
    eugene.barr@roystonlaw.com
    kevin.walters@roystonlaw.com

    *Attorneys for the Genesis River Interests*

By: */s/ William Dills*
    William "Billy" Dills
    Texas State Bar No.: 24067421
    Fed. I.D. No.: 2346498
    Terry Joseph
    Texas State Bar No.: 11029500
    D. Ryan Cordell, Jr.
    Texas State Bar No.: 24109754
    MATTHEWS, LAWSON, MCCUTCHEON & JOSEPH PLLC
    2000 Bering Dr., Suite 700
    Houston, Texas 77057
    Telephone: (713) 355-4200
    Facsimile: (713) 355-9689
    wdills@matthewsfirm.com
    tjoseph@matthewsfirm.com
    dcordell@matthewsfirm.com

By: */s/ Corey E. Dunbar*
    Corey E. Dunbar
    Texas Bar No.: 24076801
    PIVACH, PIVACH, HUFFT, THRIFFILEY & DUNBAR, L.L.C.
    ATTORNEYS AT LAW
    8311 Highway 23, Suite 104
    Post Office Box 7125
    Belle Chasse, LA 70037
    Telephone: (504) 394-1870
    Facsimile: (504) 393-2553
    cdunbar@pivachlaw.com

    *Liaison Counsel for Claimants*

(* Signed with permission)

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court for the United States District Court for the Southern District of Texas via the CM/ECF System, which provides notice to all counsel of record.

                                                        */s/ William Dills*
                                                        William Dills

**CERTIFICATE OF CONFERENCE**

      I hereby certify that I have consulted with counsel for all parties concerning this motion and the Motion is agreed.

                                                        */s/ William Dills*
                                                        William Dills