IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRBY INLAND MARINE, LP | * | Civil Action No. |
| | * | 3:19cv207 |
| *Plaintiff*, | * | |
| | * | |
| V. | * | |
| | * | |
| FPG SHIPHOLDING PANAMA 47 S.A., K | * | |
| LINE ENERGY SHIP MANAGEMENT, and | * | |
| the VLGC GENESIS RIVER, *in rem* | * | |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF | Rule 9(h) Admiralty |
| KIRBY INLAND MARINE, LP, | |
| in a cause of exoneration from | Non-Jury |
| or limitation of liability | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Consolidated with*

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | C.A. NO. 3:19-cv-372 |
| FPG SHIPHOLDING PANAMA 47 S.A., | * | Admiralty -- Rule 9(h) |
| SHIP NO. 138 CO. LTD., SHIP NO. 139 CO. | * | |
| LTD., GENESIS RIVER SHIPPING, S.A. AND | * | |
| "K" LINE ENERGY SHIP MANAGEMENT | * | |
| CO., LTD., AS OWNER AND OWNER PRO | * | |
| HAC VICE OF THE VLGC GENESIS RIVER | * | |
| PETITIONING FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CLAIMANTS' CONTESTED MOTION IN LIMINE TO EXCLUDE THE
EXPERT TESTIMONY OF DR. BENJAMIN CORD HARRIS**

NOW INTO COURT, come liaison counsel for the OPA Claimants, who file

this Contested Motion in Limine to Exclude the Expert Testimony of Dr. Benjamin

Cord Harris, and, pursuant to Federal Rule of Evidence Rule 702, respectfully move this Honorable Court to exclude any testimony of Genesis River's expert witness, Dr. Benjamin Cord Harris.

    Respectfully submitted,

    PIVACH, PIVACH, HUFFT,
    THRIFFILEY & DUNBAR, L.L.C.
    ATTORNEYS AT LAW

    By: */s/ Corey E. Dunbar*
    COREY E. DUNBAR
    (Texas Bar No. 24076801)
    8311 Highway 23, Suite 104
    Post Office Box 7125
    Belle Chasse, LA 70037
    Telephone: (504) 394-1870
    Facsimile: (504) 393-2553
    cdunbar@pivachlaw.com
    LIAISON COUNSEL on behalf of all claimants

    and

By: */s/ William Dills (by permission)*
Terry Joseph
William "Billy" Dills
S.D. Bar No. 2346498
State Bar No. 24067421
D. Ryan Cordell, Jr.
State Bar No. 24109754
MATTHEWS, LAWSON, MCCUTCHEON &
JOSEPH PLLC
2000 Bering Dr., Suite 700
Houston, Texas 77057
Telephone: (713) 355-4200
Facsimile: (713) 355-9689
WDills@matthewsfirm.com
tjoseph@matthewsfirm.com
dcordel@matthewsfirm.com
LIAISON COUNSEL on behalf of all claimants

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 9th day of December, 2021 with a copy of the above document via the court's CM/ECF System per Local Rule 5.1.

*Corey E. Dunbar*
COREY E. DUNBAR