UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KIRBY INLAND MARINE, LP** | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:19-cv-00207 |
| V. | § § § | |
| **FPG SHIPHOLDING PANAMA 47 S.A., K LINE ENERGY SHIP MANAGEMENT**, and the **VLGC** | § § § § § | |
| *Defendants,* | § § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **IN THE MATTER OF KIRBY INLAND MARINE, LP**, in a Cause of exoneration from or Limitation of liability | Rule 9(h) Admiralty<br><br>Demand for Jury Trial |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Consolidated with

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF FPG SHIPHOLDING PANAMA 47 S.A. SHIP NO. 138 CO. LTD., ET AL,** in a cause for exoneration from or limitation of liability | Rule 9(h) Admiralty<br><br>Demand for Jury Trial |

## NOTICE OF STIPULATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Oil Pollution Act ("OPA") Claimants in the above-captioned cause ("Claimants") and FPG Shipholding Panama 47 S.A., Ship No. 138 Co. Ltd., Ship No. 139 Co. Ltd., Genesis River Shipping, S.A., and "K" Line Energy Ship Management Co., Ltd.'s (the "Genesis River Interests") attended mediation on December 13, 2021.

While Claimants and the Genesis River Interests did not reach settlement at mediation, settlement discussions remain ongoing.

This case is currently set for Docket Call on January 7, 2021. ECF No. 596.

Claimants and the Genesis River Interests have **AGREED** to stay all deadlines until **February 10, 2022**, after which, if a settlement has not been reached, the parties will notify the Court and request a trial setting for the first of the bellwether trials.

Should trial become necessary, the parties will submit a joint proposal for the scheduling and order of ten (10) bellwether trials.

Additionally, the parties are not in agreement at this time as to whether or not the OPA Claimants are entitled to a jury trial, and will address this specific issue with the Court should it become necessary.

**[SIGNATURE ON FOLLOWING PAGE]**

By: */s/ Dimitri P. Georgantas\**
   Dimitri P. Georgantas
   Texas State Bar No.: 07805100
   Fed. I.D. No.: 2805
   Eugene W. Barr
   Texas State Bar No.: 24059425
   Fed. I.D. No.: 1144784
   Kevin P. Walters
   Texas State Bar No.: 20818000
   Fed. I.D. No. 5649
   ROYSTON, RAYZOR, VICKERY &
   WILLIAMS, L.L.P.
   1600 Smith Street, Suite 5000
   Houston, Texas 77002
   Telephone: 713.224.8380
   Facsimile: 713.225.9545
   dimitri.georgantas@roystonlaw.com
   eugene.barr@roystonlaw.com
   kevin.walters@roystonlaw.com

*Attorneys for the Genesis River Interests*

By: */s/ William Dills*
   William "Billy" Dills
   Texas State Bar No.: 24067421
   Fed. I.D. No.: 2346498
   Terry Joseph
   Texas State Bar No.: 11029500
   D. Ryan Cordell, Jr.
   Texas State Bar No.: 24109754
   MATTHEWS, LAWSON,
   MCCUTCHEON & JOSEPH PLLC
   2000 Bering Dr., Suite 700
   Houston, Texas 77057
   Telephone: (713) 355-4200
   Facsimile: (713) 355-9689
   wdills@matthewsfirm.com
   tjoseph@matthewsfirm.com
   dcordell@matthewsfirm.com

By: */s/ Corey E. Dunbar\**
   Corey E. Dunbar
   Texas Bar No.: 24076801
   PIVACH, PIVACH, HUFFT,
   THRIFFILEY & DUNBAR, L.L.C.
   ATTORNEYS AT LAW
   8311 Highway 23, Suite 104
   Post Office Box 7125
   Belle Chasse, LA 70037
   Telephone: (504) 394-1870
   Facsimile: (504) 393-2553
   cdunbar@pivachlaw.com

*Liaison Counsel for Claimants*

(* Signed with permission)

## CERTIFICATE OF SERVICE

    I hereby certify that on December 21, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court for the United States District Court for the Southern District of Texas via the CM/ECF System, which provides notice to all counsel of record.

                        */s/ William Dills*
                        William Dills

## **CERTIFICATE OF CONFERENCE**

    I hereby certify that I have consulted with counsel for all parties concerning this notice which is stipulated and agreed.

                                               */s/ William Dills*
                                               William Dills