United States District Court
Southern District of Texas
**ENTERED**
December 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KIRBY INLAND MARINE L.P., § § *Plaintiff*, § VS. § FPG SHIPHOLDING PANAMA 47 § S.A., *et al*, § § *Defendants*. § | CIVIL ACTION NO. 3:19-CV-207 |

## **ORDER**

Before the court is the parties' joint stay stipulation. Dkt. 606. The remaining docket-control deadlines in this case are stayed. The new deadlines will be set by the court at a future date.

Signed on Galveston Island on the 22nd day of December, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE