UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **KIRBY INLAND MARINE, LP** § § § *Plaintiff,* § § Civil Action No. 3:19-cv-00207 § V. § § **FPG SHIPHOLDING PANAMA** § **47 S.A., K LINE ENERGY SHIP** § **MANAGEMENT**, and the **VLGC** § § § *Defendants,* § | |

******************************

| | |
|---|---|
| **IN THE MATTER OF KIRBY INLAND MARINE, LP**, in a Cause of exoneration from or Limitation of liability | Rule 9(h) Admiralty<br><br>Demand for Jury Trial |

******************************
Consolidated with

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF FPG SHIPHOLDING PANAMA 47 S.A. SHIP NO. 138 CO. LTD., ET AL**, in a cause for exoneration from or limitation of liability | Rule 9(h) Admiralty<br><br>Demand for Jury Trial |

**CLAIMANTS' LIAISON COUNSEL'S
MOTION FOR APPROVAL OF SPECIAL MASTER'S
FINAL ALLOCATION OF SETTLEMENT PAYMENTS**

COMES NOW, THE CLAIMANTS' LIAISON COUNSEL, by and through Co-Lead Counsel of Record, and files this motion requesting the Court to approve the Special Master's final allocation of the settlement payments to Claimants.

On September 20, 2022, the Special Master provided his final allocations of settlement payments to counsel for all Claimants, a copy of which are filed herewith under seal. Pursuant to this Honorable Court's Order of July 22, 2022, undersigned counsel files this motion seeking court

approval of the Special Master's final allocation of settlement payments and an order directing the Special Master to make such payments to the Claimants, through their respective counsel.

WHEREFORE, Claimants' Liaison Counsel moves this Honorable Court to set a hearing on the foregoing motion and thereafter issue an order approving the Special Master final allocations of settlement payments and ordering the Special Master to pay all allocated settlement payments to each Claimant, through their respective counsel of record.

Dated: September 30, 2022

Respectfully Submitted,

By: */s/ William Dills*
William "Billy" Dills
Texas State Bar No.: 24067421
Fed. I.D. No.: 2346498
**WILLIAM DILLS LAW PLLC**
2905 Sackett Street
Houston, Texas 77008
Telephone: (713) 238-7704
Facsimile: (713) 589-8563
wdills@williamdillslaw.com

By: */s/ Corey E. Dunbar*
Corey E. Dunbar
Texas Bar No.: 24076801
**PIVACH, PIVACH, HUFFT, THRIFFILEY & DUNBAR, L.L.C.**
ATTORNEYS AT LAW
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com
*Liaison Counsel for Claimants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court for the United States District Court for the Southern District of Texas via the CM/ECF System, which provides notice to all counsel of record.

                                                */s/ Corey E. Dunbar*
                                                Corey E. Dunbar