IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KIRBY INLAND MARINE, LP** | § | |
| | § | |
| v. | § | C.A. NO. 3:19-cv-00207 |
| | § | |
| **FPG SHIPHOLDING PANAMA 47 S.A.,** | § | |
| **K LINE ENERGY SHIP MANAGEMENT,** | § | |
| **and the VLGC GENESIS RIVER,** *in rem* | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **IN THE MATTER OF KIRBY INLAND** | § | |
| **MARINE, LP, in a cause for exoneration** | § | Rule 9(h) – Admiralty |
| **from or limitation of liability** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

1.     The Claimants represented by Matthews, Lawson, McCutcheson & Joseph, PLLC; William Dills Law, PLLC; Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC; Simpson, Beeton, Shabot & McConnel, LLC; Haun Mena, PLLC; Pusch & Nguyen Law Firm, PLLC; Garbin Law Firm, LLC; Pierce Skranbanek, PLLC; Brent Coon & Associates, PC; Baron & Budd, PC; Cossich Sumich Parisola & Taylor, LLC; and White & Harrison (collectively, the "Claimants"[1]), on the one hand, and FPG Shipholding Panama 47, S.A. (FPG); Genesis River Shipping, S.A. (GRS); "K" Line Energy Ship Management (K-ENE); Kawasaki Kisen Kaisha, Ltd. (3K); Ship No. 138 Co. Ltd. (No. 138); Ship No. 139 Co. Ltd (No. 139); and VLGC GENESIS RIVER, *in rem* (GR) (collectively, the

---

[1] The term "Claimants" includes the persons and entities identified in the attached Exhibit A (filed under seal), Special Master Balhoff's Spreadsheet, which was filed with this Court at Dkt. 631.

63541:46710326

"Petitioners") on the other hand, file this Joint Motion to Dismiss with Prejudice and would respectfully show the Court as follows:

2.  Claimants and Petitioners have entered into a settlement agreement that resolves all of the claims that Claimants have brought against Petitioners (including *in rem* claims against the VLGC GENESIS RIVER arising from the May 10, 2019 oil spill that occurred after a collision between the VLGC GENESIS RIVER and the Tow VOYAGER.

3.  Pursuant to the settlement agreement, Claimants and Petitioners file this Joint Motion to Dismiss with Prejudice all claims and causes of action asserted by Claimants, who are the individuals and entities represented by the law firms identified in paragraph 1 and the above-referenced footnote 1/Exhibit A.

4.  For the avoidance of doubt, this Joint Motion to Dismiss does not include the claims brought by claimant John Wheat.

5.  Claimants and Petitioners have submitted a proposed order with this joint motion encompassing the foregoing dismissals. Claimants and Petitioners shall each bear their own attorney's fees, expenses, and costs incurred.

## **CONCLUSION**

For the reasons set forth above, Claimants and Petitioners respectfully request that the Court enter the attached Order of Dismissal with Prejudice, dismissing in their entirety all the claims of Claimants, with prejudice to the refiling of the same, and with all expenses, costs and attorney's fees to be borne by the party incurring the same.

Respectfully submitted,

By: */s/ Dimitri P. Georgantas*
    Dimitri P. Georgantas
    Texas State Bar No.: 07805100
    Fed. I.D. No.: 2805
    Eugene W. Barr
    Texas State Bar No.: 24059425
    Fed. I.D. No.: 1144784
    Kevin P. Walters
    Texas State Bar No.: 20818000
    Fed. I.D. No. 5649
    ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
    1600 Smith Street, Suite 5000
    Houston, Texas 77002
    Telephone: 713.224.8380
    Facsimile: 713.225.9545
    dimitri.georgantas@roystonlaw.com
    eugene.barr@roystonlaw.com
    kevin.walters@roystonlaw.com

*Attorneys for Petitioners*

By: /s/ William Dills
William "Billy" Dills
Texas Bar No.: 24067421
Federal Bar No. 2346498
Terry Joseph
Texas Bar No.: 11029500
D. Ryan Cordell, Jr.
Texas Bar No.: 24109754
MATTHEWS, LAWSON, MCCUTCHEON
& JOSEPH PLLC
2000 Bering Dr., Suite 700
Houston, Texas 77057
Telephone: (713) 355-4200
Facsimile: (713) 355-9689
wdills@matthewsfirm.com
tjoseph@matthewsfirm.com
dcordell@matthewsfirm.com

*Attorneys for the Matthews, Lawson, McCutcheson & Joseph, PLLC Claimants*

63541:46710326

By: /s/ Terry Joseph

William "Billy" Dills
Texas Bar No.: 24067421
Federal Bar No. 2346498
Terry Joseph
Texas Bar No.: 11029500
D. Ryan Cordell, Jr.
Texas Bar No.: 24109754
MATTHEWS, LAWSON, MCCUTCHEON
& JOSEPH PLLC
2000 Bering Dr., Suite 700
Houston, Texas 77057
Telephone: (713) 355-4200
Facsimile: (713) 355-9689
wdills@matthewsfirm.com
tjoseph@matthewsfirm.com
dcordell@matthewsfirm.com

*Attorneys for the Matthews, Lawson,
McCutcheon & Joseph, PLLC
Claimants*

By: _____
Corey E. Dunbar
Texas Bar No.: 24076801
PIVACH, PIVACH, HUFFT, THRIFFILEY
& DUNBAR, L.L.C.
ATTORNEYS AT LAW
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

*Attorney for the Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC Claimants*

By: _____

S. Benjamin Shabot
State Bar No. 24055007
S. D. of Texas No. 1058956
SIMPSON, BEETON, SHABOT &
MCCONNELL, LLC
2200 Market Street, Suite 801
Galveston, Texas 77550
Tel. (409) 766-1661
Fax (409) 750-8372
bshabot@simpsonbeeton.com

*Attorney for the Simpson, Beeton, Shabot & McConnel, LLC Claimants*

By: _____
D. Douglas Mena
State Bar No. 24054982
Federal Bar No. 900712
Ryan K. Haun
State Bar No. 24055634
Federal Bar No. 712457
3006 Brazos Street
Houston, Texas 77006
(713) 781-8600 – Telephone
(713) 781-8601 – Fax
doug@haunmena.com
ryan@haunmena.com

*Attorneys for the Haun Mena, PLLC Claimants*

By: _____
Anthony A. Pusch
PUSCH & NGUYEN LAW FIRM PLLC
Federal Bar No. 3372174
6330 Gulf Freeway
Houston, Texas 77023
(713) 524-8139 – Telephone
(713) 524-7034 – Fax
apusch@puschnguyen.com

*Attorney for the Pusch & Nguyen Law Firm, PLLC Claimants*

By: _____
V. Jacob Garbin
(Louisiana Bar No. 27808)
GARBIN LAW FIRM, LLC
535 Derbigny Street
Gretna, Louisiana 70053
(504)217-5454 Telephone
(504)217-5300 Facsimile
jacob@garbinlaw.com

*Attorney for the Garbin Law Firm, LLC Claimants*

By: _____
Michael E. Pierce
State Bar No. 24039117
Federal Bar No. 597900
Eduardo J. Garza
State Bar No. 24099892
Federal Bar No. 2984657
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: Michael@pstriallaw.com
Eduardo@pstriallaw.com
E-service: service@pstriallaw.com

*Attorneys for the Pierce Skranbanek, PLLC Claimants*

By: _____
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
EricNewell@bcoonlaw.com
John R. Thomas
Texas Bar No. 19856400
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

*Attorneys for the Brent Coon & Associates, PC Claimants*

By: _____
P. Scott Summy
Texas Bar No. 19507500
M. Cristina Sanchez
Texas Bar No. 24041856
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 521-3605
Fax: (214) 520-1181

*Attorney for the Baron & Budd, PC Claimants*

By: _____
Philip F. Cossich Jr.
Louisiana Bar No. 1788 (PHV)
Darren D. Sumich
Louisiana Bar No. 23321 (PHV)
Brandon Taylor
Louisiana Bar No. 27662 (PHV)
Natalie Morris
Louisiana Bar No. 38096 (PHV)
Andrew Cvitanovic
Louisiana Bar No. 34500 (PHV)
COSSICH SUMICH PARISOLA
& TAYLOR, LLC
8397 Highway 23, Ste. 100
Belle Chasse, LA 70037
(504) 394-9000
(504) 394-9110 (facsimile)

*Attorneys for the Cossich Sumich Parisola & Taylor, LLC Claimants*

By: _____
Brian E. White
S.D. Federal Bar No.: 31893
Texas Bar No.: 24034736
3120 Southwest Freeway, Ste. 350
Houston, TX 77098
(713) 224-4878 telephone
(713) 237-0510 facsimile
brian@attorneybrianwhite.com

*Attorney for the White & Harrison Claimants*