UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KIRBY INLAND MARINE, LP, § § Plaintiff, § VS. § FPG SHIPHOLDING PANAMA 47 § S.A., K LINE ENERGY SHIP § MANAGEMENT, and the VLGC § GENESIS RIVER, *in rem*, § Defendants. | NO. 3:19-cv-207 |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the agreed motion to dismiss with prejudice all claims between Claimants represented by Matthews, Lawson, McCutcheson & Joseph, PLLC; William Dills Law, PLLC; Pivach, Pivach, Hufft, Theriffiley & Dunbar, LLC; Simpson, Beeton, Shabot & McConnel, LLC; Haun Mena, PLLC; Pusch & Nguyen Law Firm, PLLC; Garbin Law Firm, LLC; Pierce Skranbanek, PLLC; Brent Coon & Associates, PC; Baron & Budd, PC; Cossich Sumich Parisola & Taylor, LLC; and White & Harrison (collectively, "Claimants") and FPG Shipholding Panama 47, S.A. (FPG); Genesis River Shipping, S.A. (GRS); "K" Line Energy Ship Management (K-ENE); Kawasaki Kisen Kaisha, Ltd. (3K); Ship No. 138 Co. Ltd. (No. 138); Ship No.

139 Co. Ltd (No. 139); and VLGC GENESIS RIVER, *in rem* (GR) (collectively, "Petitioners"). Dkts. 637, 638.

Having considered the motion, Dkt. 637, based upon a settlement entered between the Claimants and Petitioners, the court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by the Claimants against the Petitioners (including *in rem* claims against the VLGC GENESIS RIVER). This judgment is final in all respects and dismisses all claims asserted by Claimants, including the individuals and entities identified in sealed Docket 638, against Petitioners.

All other relief not granted herein is expressly denied.

Each party to bear their/its own respective costs and attorneys' fees.

Signed on Galveston Island this 17th day of January, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE