IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| In the Matter of the Complaint of FPG Shipholding Panama 47 S.A., Ship No. 139 Co. Ltd., Genesis River Shipping S.A., and "K" Line Energy Ship Management Co. Ltd., as Owner and Owner Pro Hac Vice of the VLGC Genesis River Petitioning for Exoneration from or Limitation of Liability, | Civil Action No. 3:19-cv-00207 Admiralty – Rule 9(h) |

## Amended Agreed Scheduling Order

CAME ON to be considered the Agreed Scheduling Order of Claimant John Wheat and Defendants FPG Shipholding Panama 47 S.A.; Ship No. 138 Co. Ltd.; Ship No. 139 Co. Ltd.; Genesis River Shipping, S.A.; "K" Line Energy Ship Management Co., Ltd.; and VLGC Genesis River. The Court enters the following deadlines:

| | |
|---|---|
| December 20, 2022 | Claimant's Expert Designation Deadline |
| January 20, 2023 | Defendants' Expert Designation Deadline |
| March 20, 2023 | Discovery Deadline |
| March 20, 2023 | Mediation Deadline |
| March ___, 2023 | Deadline to File Pretrial Materials |
| March ___, 2023 | Pretrial Conference |
| April ___, 2023 | Trial, Starting at __:00 a.m. |

Signed this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

Approved:

*/s/Patrick M. Dennis*
Counsel for John Wheat


*/s/Dimitri Georgantas*
Counsel for Defendants