United States District Court
Southern District of Texas
**ENTERED**
February 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRBY INLAND MARINE, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3:19-cv-207 |
| | § | |
| FPG SHIPHOLDING PANAMA 47 S.A., K LINE ENERGY SHIP MANAGEMENT, and the VLGC GENESIS RIVER, *in rem*, | § | |
| | § | |
| Defendants. | § | |

## AMENDED AGREED SCHEDULING ORDER

This case will be controlled by the following revised schedule:

### DEADLINES

1. **3/20/2023** **COMPLETION OF DISCOVERY.** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

2. **3/20/2023** **MEDIATION DEADLINE**

3. **3/28/2023** **DEADLINE TO FILE PRETRIAL MOTIONS.**

4. **4/06/2023** **PRETRIAL CONFERENCE.** Parties should exchange and begin to confer on motions *in limine*, exhibit lists, and deposition designations.

5. **4/10/2023** **TRIAL.**

Signed on Galveston Island this 3rd day of February 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE