United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRBY INLAND MARINE, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | 3:19-cv-207 |
| | § | |
| FPG SHIPHOLDING PANAMA 47 S.A., K LINE ENERGY SHIP MANAGEMENT, and the VLGC GENESIS RIVER, *in rem*, | § § § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The court has been advised that a settlement has been reached between the plaintiff and the defendants. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Wednesday, June 7, 2023, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Wednesday, June 7, 2023.

Signed on Galveston Island this 8th day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE