IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KIRBY INLAND MARINE, LP** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | C.A. NO. 3:19-CV-00207 | |
| § | | |
| **FPG SHIPHOLDING PANAMA 47 S.A.,** § | | |
| **K LINE ENERGY SHIP** § | | |
| **MANAGEMENT, and the** § | | |
| **VLGC GENESIS RIVER,** *in rem* § | | |

**************************

| | | |
|---|---|---|
| **IN THE MATTER OF KIRBY INLAND** § | Rule 9(h) Admiralty | |
| **MARINE, LP, in a cause of exoneration** § | | |
| **from or limitation of liability** § | | |

**************************

**Consolidated with**

| | |
|---|---|
| **IN THE MATTER OF THE** § | |
| **COMPLAINT OF FPG** § | |
| **SHIPHOLDING PANAMA 47 S.A.** § | |
| **SHIP NO. 183 CO. LTD., ET AL, in a** § | |
| **cause for exoneration from or** § | |
| **limitation of liability** § | |

### SATISFACTION OF PAYMENT OF FINAL JUDGMENT

WHEREAS, on the 9th day of September, 2021, in the United States District Court for the Southern District of Texas, Galveston Division, in a consolidated cause styled ***Kirby Inland Marine, LP vs. FPG Shipholding Panama 47 S.A., et al.***, Civil Action No. 3:19-cv-00207, a Final Judgment (Doc. 594) was signed by the Court and entered against Defendants, FPG Shipholding Panama 47 S.A., K Line Energy Ship Management Co. Ltd.,

Ship No. 138 Co. Ltd., Ship No. 139 Co. Ltd., Genesis River Shipping S.A., and VLGC GENESIS RIVER ("the Genesis River Interests"); and

WHEREAS, the Final Judgment provided that Kirby Inland Marine, LP ("Kirby") shall recover from the Genesis River Interests the following amounts: (a) $7,936,897 in collision damages, along with prejudgment interest accruing from May 10, 2019 until the date of judgment at the annual rate of 3.25% and postjudgment interest accruing at the rate provided by 28 U.S.C. § 1961 as of the date of the Final Judgment; (b) $9,461,591 in spill response damages, along with interest accruing from July 29, 2019, until the date such amount is paid at the annual rate of 0.15%; and (c) $2,102,115.22 in natural resources damages paid by Kirby pursuant to the consent decree entered in *United States v. Kirby Marine Inland*, C.A. No. 3:21-cv-00180, In the U.S. District Court for the Southern District of Texas, along with interest accruing from the date that Kirby pays the $2,102,115.22 due under the consent decree until the date such amount is paid by the Genesis River Interests to Kirby, at the annual rate of 0.15%; and these amounts shall hereinafter collectively referred to as the "Payments to Kirby"; and

WHEREAS, the Final Judgment also provided that Kirby shall recover from the Genesis River Interests all taxable costs incurred by Kirby in this action; and these taxable costs shall hereinafter be referred to as the "Taxable Cost Payments to Kirby"; and

WHEREAS, the Final Judgment further provided that BW VLGC Limited, BW Gas AS, BW Fleet Management AS, and the VLGC BW OAK ("the BW Interests") shall recover from the Genesis River Interests all taxable costs incurred in this action; and these

taxable costs shall hereinafter be referred to as the "Taxable Cost Payments to the BW Interests"; and

WHEREAS, the Genesis River Interests have fully paid, satisfied, and in all things discharged the Payments to Kirby and the Taxable Cost Payments to Kirby as ordered by the Final Judgment, and Kirby acknowledges receipt of the Payments to Kirby and the Taxable Cost Payments to Kirby from the Genesis River Interests; and

WHEREAS, the Genesis River Interests have fully paid, satisfied, and in all things discharged the Taxable Cost Payments to the BW Interests, and the BW Interests acknowledge receipt of the Taxable Cost Payments to the BW Interests from the Genesis River Interests:

ACCORDINGLY, Kirby and the BW Interests consent and agree to the filing of this Satisfaction of Payment of Final Judgment with the Court.

**SHIPLEY SNELL MONTGOMERY LLP**

By: _/s/ George T. Shipley_   *By Permission*
George T. Shipley
State Bar No. 18267100
Federal ID No. 02118
712 Main Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057
gshipley@shipleysnell.com

**ATTORNEYS FOR KIRBY**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By:   */s/ Dimitri P. Georgantas*
     Dimitri P. Georgantas
     Texas State Bar No.: 07805100
     Fed. I.D. No.: 2805
     Eugene W. Barr
     Texas State Bar No.: 24059425
     Fed. I.D. No.: 1144784
     Kevin P. Walters
     Texas State Bar No.: 20818000
     Fed. I.D. No.: 5649
     1415 Louisiana Street, Suite 4200
     Houston, Texas 77002
     Telephone:   713.224.8380
     Facsimile:   713.225.9545
     dimitri.georgantas@roystonlaw.com
     eugene.barr@roystonlaw.com
     kevin.walters@roystonlaw.com

**ATTORNEYS FOR THE
GENESIS RIVER INTERESTS**

**SCHOUEST, BAMDAS, SOSHEA, BENMAIR & EASTHAM PLLC**

By: */s/ Robert L. Klawetter* * *By Permission*
      Robert L. Klawetter
      Texas State Bar No. 11554700
      Fed. I.D. No. 2471
      Christina K. Schovajsa
      Texas State Bar No. 24002910
      Fed. I.D. No. 25142
      James T. Bailey
      Texas State Bar No. 24031711
      Fed. I.D. No. 30347
      1001 McKinney, Suite 1400
      Houston, Texas 77002
      Telephone: 713.225.0905
      Facsimile: 713.225.2907
      rklawetter@sbsb-eastham.com
      cschovajsa@sbsb-eastham.com
      jbailey@sbsb-eastham.com

**ATTORNEYS FOR THE BW INTERESTS**